UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

   Stark Energy, Inc.,　　　　　　　　　　　　　　　　　Chapter 11, Subchapter V
   　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 24-30168
   　　　　　Debtor.

APPLICATION TO RETAIN
DEBTOR'S COUNSEL

Stark Energy, Inc. ("Debtor") hereby applies to this court for its order as follows:

1.    Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), on April 23, 2024 (the "Filing Date") and is currently operating as debtor-in-possession.

2.    Pursuant to Section 327(a) of the Bankruptcy Code, the Debtor wishes to employ Erik A. Ahlgren and the Ahlgren Law Office, PLLC, 220 W. Washington Ave, Ste 105, Fergus Falls, MN 56537 ("Ahlgren") as attorney for the Debtor for the purpose of rendering professional services to the Debtor in all post-confirmation matters that may arise out of and in the course of the administration of the Debtor's estate and for the benefit of such estate, including representation in on-going adversary proceedings and matters relating to claims and claim objections.

3.    Debtor has selected Ahlgren because he is an attorney knowledgeable of the Bankruptcy Code and the reorganization process.  He does not hold or represent an adverse interest to the Debtor and is a "disinterested person" as required by law.

4. Ahlgren has agreed to perform services on an hourly fee plus costs basis. All fees and costs shall be subject to court review and approval. Ahlgren will calculate his fees for services in accordance with standard hourly rates for these services (as such rates are subject to normal adjustment from time to time for inflation and other factors). Such rates are set forth in the accompanying affidavit of Erik A. Ahlgren. Hourly work performed by Ahlgren and staff will be recorded in increments of tenths of an hour, as required by local practice.

6. Based on the foregoing, Debtor requests an order of this court authorizing employment of Erik A. Ahlgren and the Ahlgren Law Office, PLLC as its attorney under the terms and conditions set forth herein.

                            Stark Energy, Inc.

Dated April 23, 2024          By: _____
                                          Robert Fettig
                                          President

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

   Stark Energy, Inc.,                                         Chapter 11, Subchapter V
                                                         Case No. 24-30168

                Debtor.

**AFFIDAVIT OF ERIK A. AHLGREN**

STATE OF MINNESOTA       )
                                      ) ss
COUNTY OF OTTER TAIL    )

ERIK A. AHLGREN, being first duly sworn upon oath, states:

     1.     I am an attorney duly licensed to practice law and admitted to practice before the state and federal courts of North Dakota and am an attorney in good standing. I am the principal attorney in the Ahlgren Law Office PLLC. This affidavit is submitted in support of the application of Stark Energy, Inc. ("Debtor") to retain the Ahlgren Law Office, PLLC in the above-referenced bankruptcy case.

     2.     I do not hold or represent any interest adverse to Debtor in the above reorganization proceeding. I do not have any connection with creditors of the Debtor, other parties in interest, or their respective attorneys or accountants, or the U.S. Trustee or any person employed in the Office of the U. S. Trustee, except as follows: None other than that I am appointed through the United States Trustee to serve on the chapter 7 panel of Trustees in Minnesota and, where there is a conflict of interest with the North Dakota trustees, in North Dakota.

3.  If the Debtor's application to retain me as counsel in this reorganization proceeding is approved, I agree, by execution hereof, to act in the capacity of legal counsel to Debtor in this proceeding and for the purposes as outlined in Debtor's application for employment of counsel. My compensation will be calculated according to hourly rates established from time to time, subject to court approval, as provided in the Bankruptcy Code. The current hourly rate I will charge in this matter is $335 for my time, $275 for the time of attorney Sarah Duffy, a member of my firm, and $175 for staff time. The payment of any fees and costs will be subject to court review and approval as set forth herein and as required by law.

4.  I have not made any agreement for the sharing of any fees earned in connection with the representation in this reorganization matter other than the payment of attorneys who are members of my firm and staff that work under the direct supervision of attorneys who are members of my firm.

FURTHER AFFIANT SAYETH NOT.

_____
Erik A. Ahlgren

Subscribed and sworn before me
this 23rd day of April, 2024.

_____
Notary Public



MARANDA D. GRAY
Notary Public-Minnesota
My Commission Expires Jan. 31, 2029

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Stark Energy, Inc.  Case No.: 24-30168
  Chapter 11, Subchapter V
  Debtor.

NOTICE OF APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY

The Debtor filed and served an Application for Approval of Employment of Attorney dated April 23, 2024.  Your rights may be affected in the action.  You should read the papers carefully and discuss the matters with your attorney if you have one.  If you want the court to consider your views you should mail a written response to the action, within 14 days of the date of mailing of this document, and file the response with the Clerk of Bankruptcy Court.

Clerk, U.S. Bankruptcy Court
Quentin N Burdick U.S. Courthouse
655 First Ave N – Ste 210
Fargo ND  58107-4932


Dated:  April 23, 2024                    /s/ Erik Ahlgren
                                          Erik Ahlgren (ND #09561, MN# 191814)
                                          Ahlgren Law Office, PLLC
                                          220 W Washington Ave. Ste 105
                                          Fergus Falls MN  56537
                                          218-998-2775
                                          erik@ahlgrenlawoffice.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

   Stark Energy, Inc.,                                     Chapter 11, Subchapter V
                                                            Case No. 24-30168

                Debtor.

## CERTIFICATE OF SERVICE

I, Erik A. Ahlgren, under penalty of perjury, hereby declare that on April 23, 2024 in connection with the above-referenced matter, the following documents:

1. Application to Retain Debtors Counsel;
2. Notice of Application
3. Certificate of Service

were filed with the Clerk of Court via **ECF**, and **ECF** will send a notice of electronic filing to all of the parties requesting electronic notice.

Dated: April 23, 2024

                                              /s/ Erik A. Ahlgren_____
                                              Erik A. Ahlgren
                                              North Dakota Attorney #09561
                                              Ahlgren Law Office PLLC
                                              220 W. Washington Ave, Ste 105
                                              Fergus Falls, MN 56537
                                              218-998-2775
                                              erik@ahlgrenlawoffice.net

                                              ATTORNEY FOR DEBTOR