# ND Department of Health and Human Services
## Bismarck, North Dakota
# Certification of Death
## For Informational Use Only

THIS IS TO CERTIFY THAT THERE IS ON RECORD IN THE VITAL RECORDS UNIT OF THE DIVISION OF PUBLIC HEALTH, NORTH DAKOTA DEPARTMENT OF HEALTH AND HUMAN SERVICES, BISMARCK ND, THE FOLLOWING ENTRY OF DEATH:

### DECEDENT INFORMATION

| | | | |
|---|---|---|---|
| NAME: | BENNY JO YUKER | SEX: | MALE |
| PLACE OF DEATH: | DICKINSON, NORTH DAKOTA | DATE OF DEATH: | MAY 09, 2023 |
| MARITAL STATUS: | MARRIED | TIME OF DEATH: | 02:01 |
| SURVIVING SPOUSE'S NAME: | SUSAN KING | DATE OF BIRTH: | AUGUST 25, 1952 |
| FATHER'S NAME: | BENJAMIN T YUKER | AGE: | 70 YEARS |
| MOTHER'S MAIDEN NAME: | HELEN S HIMES | BIRTHPLACE: | MICHIGAN |
| RESIDENTIAL ADDRESS: | 8291 38F ST SW | U.S. ARMED FORCES: | NO |
| | RICHARDTON, NORTH DAKOTA 58652 | | |
| FILING DATE: | MAY 11, 2023 | DATE ISSUED: | MAY 28, 2024 |
| CERTIFICATE NUMBER: | 133-23-002715 | | |

### INFORMANT INFORMATION

| | | | |
|---|---|---|---|
| INFORMANT: | SUSAN YUKER | RELATIONSHIP: | SPOUSE |
| INFORMANT'S ADDRESS: | 8291 38F ST SW | | |
| | RICHARDTON, NORTH DAKOTA 58652 | | |

### DISPOSITION INFORMATION

| | | | |
|---|---|---|---|
| PLACE OF DISPOSITION: | LONG RAPIDS CEMETERY | METHOD: | BURIAL |
| | LONG RAPIDS, MICHIGAN | | |
| FUNERAL HOME: | LADBURY FUNERAL SERVICE | FUNERAL DIRECTOR: | JAMES LADBURY |
| | DICKINSON, ND 58601 | | |

002400284

_Darin J. Meschke_
**State Registrar of Vital Statistics**

This certificate is issued in compliance with the laws of the State of North Dakota
**(NOT VALID without reversed raised impression seal in the lower right corner)**

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE