# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:

Stark Energy, Inc.,

        Debtor.

Chapter 11, Subchapter V
Case No. 24-30168

## SUBCHAPTER V PRE-STATUS CONFERENCE REPORT

In accordance with 11 U.S.C. §1188(c), Stark Energy, Inc. (the "Debtor") submits the following report of the efforts it has undertaken, and will continue to undertake, to attain a consensual plan of reorganization.

**A.**    **Overview of the Debtor's Business**

The Debtor was organized as a North Dakota corporation on April 26, 2017. The Debtor operates as an oilfield services company, primarily hauling water, aggregate and supplies in the North Dakota oil fields. The Debtor also offers limited cleanup services for oil spills. As a result of creditor actions, most of the Debtor's equipment has been taken by creditors. The primary secured creditor is Gate City Bank, which currently has 18 pieces of equipment. Upon return of this equipment, the Debtor can expand its business to and return to a level of profitability to fund a plan of reorganization for the benefit of its creditors.

**B.**    **Debtor's Efforts to Gain Plan Support from Secured Creditors**

The Debtor has begun to collect information from its secured creditors and believes it will be able to propose a plan to pay the secured portion of all claims in full.

**C.     Debtor's Efforts to Gain Plan Support from Priority and Unsecured Creditors.**

The Debtor will allocate its projected disposable income, after payment of secured creditors, over the life of the plan (projected to be 60 months) to fund a distribution to priority and general unsecured creditors. The Debtor's focus has been to collect information from secured creditors and to develop a repayment plan focused on the secured claims and has not yet focused on a possible distribution to the unsecured creditors.

|  |  |
|---|---|
| | **AHLGREN LAW OFFICE, PLLC** |
| Dated: May 30, 2024 | /s/ Erik A Ahlgren |
| | Erik A Ahlgren (#09561) |
| | 220 W Washington Ave Ste 105 |
| | Fergus Falls MN 56537 |
| | 218-998-2775 |
| | erik@ahlgrenlawoffice.net |
| | |
| | *Attorney for the Debtor* |