**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Stark Energy, Inc.** | ) | **Bankr. No. 24-30168** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |

**Objection to Motion of Debtor-In-Possession for Approval**
**of Post-Petition Financing Pursuant to Sections 364(c) and (d)**

COMES NOW the Subchapter V Trustee and submits this objection to the motion of the debtor-in-possession (DIP) for approval of post-petition financing pursuant to Sections 364(c) and (d) of the Bankruptcy Code (Doc. 29).  The Subchapter V Trustee concurs with the objection filed by the United States Trustee.

WHEREFORE, the Subchapter V Trustee requests that the Court sustain the objections and grant such other relief as appropriate.

Dated: June 3, 2024

Signed: s/Thomas J. Kapusta

Thomas J. Kapusta
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
email: tkapusta@aol.com
Sub Chapter V Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **Stark Energy, Inc.** | ) | **Case No. 24-30168** |
| | ) | |
| | ) | **Chapter 11** |
| | ) | **Subchapter V** |
| | ) | |
| **Debtor,** | ) | |

**CERTIFICATE OF SERVICE**

Thomas Kapusta, Subchapter V Trustee, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:  June 3, 2024

/s/ Thomas Kapusta
Thomas Kapusta