UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Stark Energy, Inc.     Bky. Case No. 24-30168
                       Chapter 11, Subchapter V

    Debtor.

## CERTIFICATE OF SERVICE

I, Lisa Ahlgren, declare that on May 23, 2024, I caused to be served by CM/ECF to those entities requesting electronic notification the following:

Motion of Debtor in Possession for approval of post-petition financing pursuant to sections 364(c) and (d) of the bankruptcy code.  Doc 39

And on June 3, 2024 by U.S. Mail to:

| | |
|---|---|
| Alliance Funding Group<br>c/o Kenneth D Peters<br>Dressler & Peters, LLC<br>101 W Grand Ave Suite 404<br>Chicago IL  60654-7129 | Alliance Funding Group<br>Attn:  Officer or Managing Agent<br>3974 Amboy Rd Suite 306<br>Staten Island NY  10308-2414 |
| CTHD Company<br>Attn:  Officer or Managing Agent<br>PO box 2576<br>Springfield IL  62708-2576 | CT Corporation System<br>Attn: SPRS<br>330 N Brand Blvd Suite 700<br>Glendale CA  91203-2336 |
| Financial Pacific Leasing, Inc.<br>Attn:  Officer or Managing Agent<br>3455 S 344th Way Suite 300<br>Federal Way WA  98001 | |

and on 6/5/2024 via email to:
Alliance Funding Group: kpeters@dresslerpeters.com, bknox@afg.com

Executed: June 5, 2024             /s/Lisa Ahlgren
                                   Lisa Ahlgren