UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: ) | |
| ) | |
| Stark Energy, Inc. ) | Case No. 24-30168 |
| ) | |
| ) | Chapter 11 |
| ) | Subchapter V |
| ) | |
| Debtor, ) | |

MOTION TO APPEAR BY VIDEO CONFERENCE/TELEPHONIC

Thomas J. Kapusta, Subchapter V Trustee, respectively moves this Court to enter an order under Local Rule 5000-2 allowing him to appear via video conference for Motion for Approval of Post-Petition Financing and Status Conference scheduled on Thursday, June 13, 2024, at 10:00am.

The Subchapter V Trustee has previously filed an objection to the Motion. Travel for the motion would be difficult and not cost effective.

WHEREFORE, Trustee requests that he be allowed to appear via video conference.

Dated: June 10, 2024

Signed: s/Thomas J. Kapusta

Thomas J. Kapusta
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
email: tkapusta@aol.com
Sub Chapter V Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Stark Energy, Inc. | ) | Case No. 24-30168 |
| | ) | |
| | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| Debtor, | ) | |

**CERTIFICATE OF SERVICE**

Thomas Kapusta, Subchapter V Trustee, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:  June 10, 2024

/s/ Thomas Kapusta
Thomas Kapusta