**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

**Stark Energy, Inc.**                                         **Bankr. No. 24-30168**

   **Debtor.**                                               **Chapter 11**

---

**MOTION TO APPEAR BY VIDEO CONFERENCE**

---

Sarah J. Wencil, Trial Attorney for the U.S. Trustee, respectively moves this
Court to enter an order under Local Rule 5001-1 allowing her to appear by video
conference on Thursday, June 13, 2024 at 10:00 a.m. on the status conference and motion
for approval of post-petition financing.

1.      The U.S. Trustee has a pending objection.

2.      Travel to Fargo, North Dakota would be unduly burdensome and
expense.   The undersigned also underwent a recent medical procedure that may impair
her ability to drive a longer distance.

WHEREFORE, Counsel requests that she be allowed to appear by video

conference.

Dated: June 11, 2024                          MARY R. JENSEN
                                              ACTING U.S. TRUSTEE REGION 12

                                               /s/ Sarah J. Wencil
                                              Sarah J. Wencil
                                              Office of the U.S. Trustee
                                              Suite 1015 U.S. Courthouse
                                              300 South Fourth St.
                                              Minneapolis, MN 55415
                                              Telephone: (612) 334-1366
                                              Sarah.J.Wencil@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**In re:**

**Stark Energy, Inc.**                                    **Bankr. No. 24-30168**

     **Debtor.**                                    **Chapter 11**

---

### CERTIFICATE OF SERVICE

---

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:  June 11, 2024

/s/ Sarah J. Wencil
Sarah J. Wencil
