# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: STARK ENERGY, INC., | Case No. 24-30168 |
| Debtor. | Chapter 11 |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

**To: Stark Energy, Inc., Debtor; Erik A. Ahlgren, Debtor's Attorney; Sub V Bankruptcy Trustee; United States Trustee; and All Other Interest Parties.**

**YOU ARE HEREBY NOTIFIED**, that Regions Bank (the "Bank"), by and through its counsel, has filed the attached Motion for Relief from Automatic Stay.

You are further notified that, unless you or another party in interest files an objection in writing to the relief requested in the motion **within fourteen (14) days after service of this Notice**, the Court may thereafter and without further notice enter an order granting the relief requested in the Motion. A failure to serve and file a response to a motion may be deemed an admission that the motion is well taken under local bankruptcy rules.

You are hereby also notified that, if an objection in writing to the relief requested in the Motion is timely filed, any party in interest may obtain a hearing on the Motion. An objection must be filed with both the Clerk of the Bankruptcy Court, Quentin N. Burdick U.S. Courthouse, 655 First Avenue North, Suite 210, Fargo, North Dakota 58102, and with the attorney for the Bank whose address is shown below.

//

//

//

1

DATED this 14th day of June, 2024.

                CROWLEY FLECK PLLP
                Attorneys for Regions Bank
                P.O. Box 2529
                Billings, MT 59103-2529.

                /s/ Michael J. Klepperich
                MICHAEL J. KLEPPERICH (ND Bar ID # 09296)

## CERTIFICATE OF SERVICE

I, Michael J. Klepperich, hereby certify under penalty of perjury that I electronically filed a true and exact copy of the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification electronically to parties in interest served by the Court's CM/ECF, and by first-class mail, postage prepaid, to the following:

Stark Energy, Inc.
1860 4th Ave E
P.O. Box 748
Dickinson, ND  58602

                /s/ Michael J. Klepperich
                MICHAEL J. KLEPPERICH