| | |
|---|---|
| **From:** | Justin Bacon |
| **To:** | NDBdb_clerks_office |
| **Subject:** | 24-30168 Stark Energy |
| **Date:** | Friday, June 14, 2024 11:18:02 AM |

**CAUTION - EXTERNAL:**

Please add me to creditor matrix's.

Justin Bacon
305 North Wibaux Street
P.O. Box 176
Wibaux MT  59353.

*Justin Bacon*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.