United States Bankruptcy Court
District of North Dakota

In re:                                                                    Case No. 24-30168-skh

Stark Energy, Inc.                                                        Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3                          User: admin                                  Page 1 of 2
Date Rcvd: Jun 13, 2024                       Form ID: pdf2some                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stark Energy, Inc., 1860 4th Ave E, PO Box 748, Dickinson, ND 58602-0748 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2024                      Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Caren W. Stanley | on behalf of Creditor Gate City Bank cstanley@vogellaw.com jnona@vogellaw.com;sthompson@vogellaw.com;kjohnson@vogellaw.com;jschares@vogellaw.com |
| Drew J. Hushka | on behalf of Creditor Gate City Bank dhushka@vogellaw.com jnona@vogellaw.com,kjohnson@vogellaw.com,jschares@vogellaw.com |
| ERIK A. AHLGREN | on behalf of Debtor Stark Energy  Inc. erik@ahlgrenlawoffice.net, lisa@ahlgrenlaw.net;michael@ahlgrenlaw.net;MN23@ecfcbis.com |
| Jennifer M Gooss | on behalf of Creditor Matthew Barrett beulaw3@westriv.com |
| Kenneth D. Peters | on behalf of Creditor Alliance Funding Group kpeters@dresslerpeters.com |

District/off: 0868-3             User: admin             Page 2 of 2

Date Rcvd: Jun 13, 2024             Form ID: pdf2some             Total Noticed: 1

| | |
|---|---|
| Maurice VerStandig | on behalf of Debtor Stark Energy  Inc. mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |
| Sarah J. Wencil | on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov |
| Thomas Kapusta | tkapusta@aol.com |
| Thomas Kapusta | on behalf of Trustee Thomas Kapusta tkapusta@aol.com |

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                          Bankruptcy No. 24-30168
                                                Chapter 11 – Subchapter V
Stark Energy, Inc.,

                              Debtor.

_____/

### SCHEDULING ORDER

Pursuant to Rule 3017.2 of the Federal Rules of Bankruptcy Procedure, the following deadlines shall apply to this Subchapter V case in which there is no requirement to file a disclosure statement.

1. Deadline to file a plan of reorganization under section 1189(b): **July 22, 2024**.

2. Deadline to serve the plan, this order, a ballot conforming to Official Form 314, notice of the time within which the holders of claims and interests may accept or reject the plan, and notice of the date for the hearing on confirmation:  **July 24, 2024**.

3. Deadline for the holders of claims and interests to accept or reject the plan (submit ballots to plan proponent's attorney or other address on the ballot):  **August 21, 2024**.

4. Deadline to file written objections to plan confirmation:  **August 21, 2024**.

5. Deadline by which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security in order to be eligible to accept or reject the plan:  **August 21, 2024**.

6. Deadline to file or email to the Court all exhibits in support of confirmation or an objection to confirmation:  **Friday, August 30, 2024**.  If you elect to email exhibits, please send them to **NDB_Trial_Evidence@ndb.uscourts.gov** with a copy to the Trustee, United States Trustee and any interested party who filed an objection or requested notice in this case.

7. Hearing on confirmation:  **Thursday, September 5, 2024, at 2:00 p.m. in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota**.

If the Court receives no timely-filed written objections (or if all objections are withdrawn)

and the requirements of 11 U.S.C. §1191 and other applicable provisions of the Bankruptcy

Code are met, the Court may confirm the plan without a hearing.

Dated:  June 13, 2024.

Shon Hastings, Judge
United States Bankruptcy Court

Copy served electronically June 13, 2024, to Electronic Mail Notice List for Case No. 24-30168.