IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30168 |
| | ) | (Chapter 11) |
| STARK ENERGY, INC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## NOTICE OF FILING PROPOSED ORDER

Comes now Stark Energy, Inc. ("Stark Energy" or the "Debtor), by and through undersigned proposed co-counsel, and files herewith a proposed order granting the Debtor's motion for approval of a post-petition factoring arrangement (the "Motion," as found at DE #39), specifically noting the proposed order provides, at the close of paragraph #4 thereof, that the guarantee of Matthew Barnett shall *not* be in effect with respect to any post-petition financing.

Respectfully submitted,

Dated: June 17, 2024      By:      /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Proposed Co-Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of June, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

1