**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Bankruptcy No. 24-30168 |
| Stark Energy, Inc., | Chapter 11 – Subchapter V |
| Debtor. | |
| _____/ | |

**ORDER GRANTING AMENDED MOTION FOR RULE 2004 EXAMINATION**

Creditor Gate City Bank filed an Amended Motion for Leave to Conduct Rule 2004 Examination pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure. The Court received no objections. Upon review of the motion, the Court finds cause for granting it. Therefore, **IT IS ORDERED** that the amended motion [Doc. 60] is **GRANTED**. Movant is authorized to examine the **Delene Fettig** and to issue subpoenas as provided under Rule 9016 to compel testimony and production of documents within the scope of Rule 2004. **IT IS ALSO ORDERED** that the examination shall be conducted in person or remotely via video conference (at the movant's discretion) at a time and location convenient to all parties.

Dated this 18th day of June, 2024.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court