# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 24-30168 |
|---|---|
| STARK ENERGY, INC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 79 |

On 6/17/2024, I did cause a copy of the following documents, described below,

Scheduling order ECF Docket Reference No. 79

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/17/2024

/s/ Erik A Ahlgren
Erik A Ahlgren  191814

Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537
218 998 2775
lisa@ahlgrenlaw.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>STARK ENERGY, INC | CASE NO: 24-30168<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 79 |

On 6/17/2024, a copy of the following documents, described below,

Scheduling order ECF Docket Reference No. 79

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/17/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik A Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-30168<br>DISTRICT OF NORTH DAKOTA<br>MON JUN 17 8-2-29 PST 2024 | ALLIANCE FUNDING GROUP<br>DRESSLER PETERS LLC<br>CO KEN PETERS<br>101 W GRAND AVE  SUITE 404<br>CHICAGO  IL 60654-7129 | ALLY BANK  CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| GATE CITY BANK<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO  ND 58107-1389 | REGIONS BANK<br>CO CROWLEY FLECK PLLP<br>ATTN MICHAEL J KLEPPERICH<br>490 N 31ST ST  STE 500<br>PO BOX 2529<br>BILLINGS  MT 59101 UNITED STATES 59103-2529 | DEBTOR<br>STARK ENERGY  INC<br>1860 4TH AVE E<br>PO BOX 748<br>DICKINSON  ND 58602-0748 |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~655 1ST AVENUE NORTH  SUITE 210~~<br>~~FARGO  ND 58102-4932~~ | AVANZA GROUP  LLC<br>3974 AMBOY RD SUITE 306<br>STATEN ISLAND  NY 10308-2414 | ADAM HAMMERLE<br>31732 AVONDALE<br>WESTLAND  MI 48186-4993 |
| ALEXANDER MILLER<br>PO BOX 3256<br>BISMARCK  ND 58602-0016 | (P)ALLIANCE FUNDING GROUP<br>17542 17TH STREET<br>SUITE 200<br>TUSTIN CA 92780-1960 | ALLIANCE FUNDING GROUP<br>ATTN OFFICER OR MANAGING AGENT<br>3974 AMBOY RD SUITE 306<br>STATEN ISLAND NY 10308-2414 |
| ALLIANCE FUNDING GROUP<br>CO KENNETH D PETERS  ESQ<br>DRESSLER  PETERS  LLC<br>101 W GRAND AVE  SUITE 404<br>CHICAGO  IL 60654-7129 | ALLY BANK<br>AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | ~~EXCLUDE~~<br>~~(D)ALLY BANK CO AIS PORTFOLIO SERVICES LLC~~<br>~~4515 N SANTA FE AVE DEPT APS~~<br>~~OKLAHOMA CITY  OK 73118-7901~~ |
| ALLY FINANCIAL<br>500 WOODWARD AVE<br>DETROIT  MI 48226-3416 | AMERIFI CAPITAL LLC<br>330 MAIN ST 105<br>HARTFORD  CT 06106-1860 | ~~EXCLUDE~~<br>~~(D)AMERIFI CAPITAL LLC~~<br>~~330 MAIN ST 105~~<br>~~HARTFORD  CT 06106-1860~~ |
| (P)ASCENTIUM CAPITAL<br>ATTN DOMINIC DILORETO<br>239070 US 59 NORTH<br>KINGWOOD  TX 77339 | BRAD CROSS<br>809 ECR 7250<br>BISMARCK  ND 79404 | BRIGHT DESIGN HOMES<br>319 PRAIRIE DR<br>STANLEY  ND 58784-8516 |
| BRYAN A KOSTELECKY<br>1150  11TH AVENUE WEST<br>DICKINSON  ND 58601-3652 | BRYAN ADOLPH KOSTELECKY<br>1150  11TH AVE W<br>DICKINSON  ND 58601-3652 | CLOUD FUND LLC<br>400 RELLA BLVD SUITE 165101<br>SUFFERN  NY 10901-4241 |
| CT CORPORATION SYSTEM<br>ATTN SPRS<br>330 N BRAND BLVD SUITE 700<br>GLENDALE  CA 91203-2336 | CTHD COMPANY<br>ATTN OFFICER OR MANAGING AGENT<br>PO BOX 2576<br>SPRINGFIELD  IL 62708-2576 | CAPITAL ONE  SPARK BUSINESS<br>PO BOX 71087<br>CHARLOTTE  NC 28272-1087 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ~~EXCLUDE~~<br>~~(D)CAPITAL ONE - SPARK BUSINESS~~<br>~~PO BOX 71087~~<br>~~CHARLOTTE   NC 28272-1087~~ | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE   NC  28272-1083 | CODY FORD<br>PO BOX 64<br>BISMARCK  ND 58502-0064 |
| CODY LAFFITTE<br>215 WALDROUP RD<br>EROS  LA 71238-7206 | COUNTY LINE TRUCK STOP<br>PO BOX  2140<br>DICKINSON  ND 58602-2140 | ~~EXCLUDE~~<br>~~(D)COUNTY LINE TRUCK STOP~~<br>~~PO BOX  2140~~<br>~~DICKINSON  ND 58602-2140~~ |
| CRAIG ELSER<br>2584 6TH AVE W  APT 7<br>DICKINSON  ND 58601-2556 | DCI  CREDIT SERVICES INC<br>121 E ROSSER AVE<br>BISMARCK  ND 58501-3864 | ~~EXCLUDE~~<br>~~(D)DCI  CREDIT SERVICES INC~~<br>~~121 E ROSSER AVE~~<br>~~BISMARCK  ND 58501-3864~~ |
| DANIEL GERSTBERGER<br>90 EAST 6 MILE RD<br>GARDEN CITY   KS 67846-9544 | DANIEL PALUCK<br>2030 SIERRA COMMONS RD   APT 738<br>DICKINSON   ND 58601-5173 | DUSTIN ONEILL<br>1615 MAIN ST<br>BISMARCK   ND 58501 |
| DYLAN BOYKIN<br>8715 PINE SPRINGS<br>MERIDIAN  MS 39305-9355 | DYLAN NEWTON<br>527 2ND AVE E<br>DICKINSON ND 58601-4476 | DYNASTY CAPITAL 26  LLC<br>9614 METROPOLITAN AVE 2ND FL<br>FOREST HILLS   NY 11375-6675 |
| ~~EXCLUDE~~<br>~~(D)DYNASTY CAPITAL 26 - LLC~~<br>~~9614 METROPOLITAN AVE 2ND FL~~<br>~~FOREST HILLS   NY 11375-6675~~ | EN OD CAPTIAL LLC<br>11777 REISTERSTOWN RD<br>PIKESVILLE  MD 21208 | EVERYDAY FUNDING GROUP LLC<br>132 32ND ST<br>BROOKLYN  NY 11232-1920 |
| EBELTOFT  SICKLER LAWYERS PLLC<br>2272 EIGHT STREET WEST<br>DICKINSON  ND 58601-8590 | EBELTOFT  SICKLER LAWYERS PLLC<br>2272 EIGHTH STREET WEST<br>DICKINSON  ND 58601-8590 | EDUARDO ORTIZ<br>6024 WILSHIRE DR<br>TAMPA  FL 33615-3432 |
| FETTIG ENTERPRISE INC<br>1860 4TH AVE E<br>DICKINSON  ND 58601-3362 | FINANCIAL PACIFIC LEASING INC<br>3455 S 344TH WAY STE 300<br>FEDERAL WAY  WA 98001-9546 | FINANCIAL PACIFIC LEASING INC<br>ATTN OFFICER OR MANAGING AGENT<br>3455 S 344TH WAY STE 300<br>FEDERAL WAY  WA 98001-9546 |
| GARRETT MCKENZIE<br>1289 24TH ST W<br>BISMARCK  ND 58601-2716 | GATE CITY BANK<br>1761 THIRD AVE W<br>DICKINSON  ND 58601-3086 | GATE CITY BANK<br>204 SIMS ST<br>DICKINSON  ND 58601-5142 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECC SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| GATE CITY BANK<br>CO CAREN STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | EXCLUDE<br>(D)GATE CITY BANK<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | GREG MOORE<br>632 8TH ST SE<br>BISMARCK ND 58501 |
| HELEN GEORGE<br>1813 4TH AVE E<br>BISMARCK ND 58501 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JASON LAVIGNE<br>375 HORIZON ST<br>KILLDEER ND 58640 |
| JEFFREY SCHMITT<br>4007 33RD ST N<br>BISMARCK ND 58102-6237 | JENNIFER M GOOSS<br>PO BOX 249<br>BEULAH ND 58523-0249 | JENNIFER M GOOSS<br>SOLEM LAW OFFICE<br>PO BOX 249<br>BEULAH ND 58523-0249 |
| JETT OGREN<br>CO ND DEPARTMENT OF LABOR<br>600 E BOULEVARD AVE DEPT 406<br>BISMARCK ND 58505-0340 | JOHN C WILLIAMS ASSOCIATES<br>1612 NORTHEAST EXPRESSWAY<br>ATLANTA GA 30329-2003 | EXCLUDE<br>(D)JOHN C WILLIAMS ASSOCIATES<br>1612 NORTHEAST EXPRESSWAY<br>ATLANTA GA 30329-2003 |
| JUSTIN BACON<br>305 NORTH WIBAUX STREET<br>PO BOX 176<br>WIBAUX MT 59353-0176 | JUSTIN BACON<br>CO ND DEPARTMENT OF LABOR<br>600 E BOULEVARD AVE DEPT 406<br>BISMARCK ND 58505-0340 | JUSTIN LAVIGNE<br>CO ND DEPARTMENT OF LABOR<br>600 E BOULEVARD AVE DEPT 406<br>BISMARCK ND 58505-0340 |
| KELLER PAVING LANDSCAPING INC<br>1820 HWY 2 BYPASS EAST<br>MINOT ND 58701-7929 | KENNETH MACK<br>306 13TH ST NE<br>TIOGA ND 58852-7150 | KNIGHTSBRIDGE FUNDING LLC<br>1706 AVE M<br>BROOKLYN NY 11230-5307 |
| KNIGHTSBRIDGE FUNDING LLC<br>40 WALL ST<br>NEW YORK NY 10005-1304 | LANDMARK FUNDING<br>10232 SOUTHARD DR<br>BELTSVILLE MD 20705-2105 | LANDMARK FUNDING<br>411 KINGSTON AVE STE 201<br>BROOKLYN NY 11225-3171 |
| LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>233 SOUTH WACKER DRIVE SUITE 4400,<br>CHICAGO, IL 60606 | LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>233 SOUTH WACKER DRIVE SUITE 4030<br>CHICAGO IL 60606-6379 | M2 FINANCING<br>20800 SWENSON DRIVE SUITE 475<br>WAUKESHA WI 53186-2075 |
| EXCLUDE<br>(D)M2 FINANCING<br>20800 SWENSON DRIVE SUITE 475<br>WAUKESHA WI 53186-2075 | MARCELINO GONZALEZ<br>PO BOX 295<br>ELSA TX 78543-0295 | MATHEW BARRETT<br>3007 E PAPILLON CIRCLE<br>MESA AZ 85215 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE
(D)MATHEW BARRETT                    MATHEW HABERSTROH                MICHAEL WERNER
3007 E PAPILLON CIRCLE               3907 EAST DUKE STREET            828 SOUTH 6TH STREET
MESA   AZ 85215                      LUBBOCK   TX 79403-3807          CANON CITY   CO 81212-4123


                                     EXCLUDE
MIDLAND STATES BANK                  (D)MIDLAND STATES BANK           OFFICE OF STATE TAX COMMISSIONER
1201 NETWORK CENTRE DRIVE            1201 NETWORK CENTRE DRIVE        600 E BOULEVARD
EFFINGHAM   IL 62401-4677            EFFINGHAM   IL 62401-4677        BISMARCK   ND 58505-0599



PARKVIEW ADVANCE LLC                 PATRICK VOLCK                    PINNACLE BUSINESS FUNDING LLC
400 MAIN ST                          1402 20TH AVE W  APT 13          1777 REISTERSTOWN RD
STAMFORD   CT 06901-3000             WILLISTON   ND 58801-3775        PIKESVILLE   MD 21208-1313


EXCLUDE
(D)PINNACLE BUSINESS FUNDING LLC     PIONEER CREDIT RECOVERY INC      PREBLE MEDICAL SERVICES INC
1777 REISTERSTOWN RD                 PO BOX 189                       101 COLLINS AVENUE
PIKESVILLE   MD 21208-1313           ARCADE   NY 14009-0189           MANDAN   ND 58554-3176



PREBLE MEDICAL SERVICES INC          QUALITY QUICK PRINT              QUENT LUSK
MARY ANN PREBLEOWNER                 37 1ST AVE WEST                  1455 ROUGH RIDER BLVD  APT 202
101 COLLINS AVENUE                   DICKINSON   ND 58601-5102        DICKINSON   ND 58601-6760
MANDAN   ND 58554-3176



QUINTON JENKINS                      RIVER ADVANCE                    RAYMOND IBE
201 COUNTY ROAD 685                  36 AIRPORT RD                    5809 VICTORIA AVE  UNIT H
QUITMAN   MS 39355-8982              LAKEWOOD   NJ 08701-7034         WILLISTON   ND 58801-5174


                                     EXCLUDE
REGIONS BANK                         (D)REGIONS BANK                  RICARDO MUZQUIZ
PO BOX 11407                         PO BOX 11407                     1004 PASEO DE TIBER
BIRMINGHAM   AL 35246-3035           BIRMINGHAM   AL 35246-3035       LAREDO   TX 78046-8939


                                     EXCLUDE
RIVER CAPITAL PARTNERS LLC           (D)RIVER CAPITAL PARTNERS LLC    ROB FETTIG
36 AIRPORT ROAD                      36 AIRPORT ROAD                  1860 4TH AVE E
LAKEWOOD   NJ 08701-7034             LAKEWOOD   NJ 08701-7034         DICKINSON   ND 58601-3362



ROB FETTIG                           ROBERT BOATRIGHT                 ROBERT HAIDER
1860 4TH AVE E DICKINSON             1810 DIAZ AVE                    1093 ENTERPRISE AVE  APT 3
DICKINSON   ND 58601-3362            BISMARCK   ND 78076-3384         BISMARCK   ND 58601-4162
```

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

SHANNON BROCK
615 29TH ST W
DICKINSON  ND 58601-2536

SOUTH METRO REMODEL AND HOME REPAIR
13617 4TH AVE SOUTH
BURNSVILLE  MN 55337-4071

STEVEN KOPP
1911 RADNOR DR
MELBOURNE  FL 32901-4226

STEVEN STACK
9201 275TH AVE SE
BISMARCK  ND 58781-9221

THE AVANZA GROUP LLC
3974 AMBOY ROAD STE 304
STATEN ISLAND  NY 10308-2414

TODD GRIFFITHS
2463 COVES CT
DICKINSON  ND 58601-3030

TRAVIS VERNON
633 27TH ST WEST
BISMARCK  ND 58501

US ATTORNEY
655 FIRST AVE N STE 250
FARGO ND  58102-4932

US SMALL BUSINESS ADMINISTRATION
14925 KINGSPORT ROAD
FORT WORTH  TX 76155-2243

~~EXCLUDE
(D)US SMALL BUSINESS ADMINISTRATION
14925 KINGSPORT ROAD
FORT WORTH  TX 76155-2243~~

VALENTIN MASCORRO
633 27TH ST WEST
DICKINSON  ND 58601-2520

VOGEL LAW FIRM
218 NP AVE
FARGO  ND 58102-4834

WESTERN EQUIPMENT SOLUTIONS
PO BOX 26975
SALT LAKE CITY  UT 84126-0975

~~EXCLUDE
(D)WESTERN EQUIPMENT SOLUTIONS
PO BOX 26975
SALT LAKE CITY  UT 84126-0975~~

YUKER TOWING
876 E BROADWAY ST
DICKINSON  ND 58601-7416

~~EXCLUDE
(D)YUKER TOWING
876 E BROADWAY ST
DICKINSON  ND 58601-7416~~

M2 EQUIPMENT FINANCE LLC
20800 SWENSON DRIVE
WAUKESHA  WI 53186-2075

~~EXCLUDE
ERIK A AHLGREN
AHLGREN LAW OFFICE  PLLC
220 W WASHINGTON AVE
STE 105
FERGUS FALLS  MN 56537-2569~~

MATTHEW BARRETT
3007 E PAPILLON CIRCLE
MESA  AZ 85215

MAURICE VERSTANDIG
THE DAKOTA BANKRUPTCY FIRM
1630 1ST AVENUE N
SUITE B PMB 24
FARGO  ND 58102-4246

ROBERT B RASCHKE
ASSISTANT US TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS  MN 55415-1320

THOMAS KAPUSTA
PO BOX 90624
SIOUX FALLS  SD 57109-0624