# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>STARK ENERGY, INC | CASE NO: 24-30168<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 87 |

On 6/24/2024, I did cause a copy of the following documents, described below,

Order Granting motion for approval of post-petition financing pursuant to Section 364(c) of the Bankruptcy Code ECF Docket Reference No. 87

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/24/2024

/s/ Erik A Ahlgren
Erik A Ahlgren  09561

Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537
218 998 2775
lisa@ahlgrenlaw.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>STARK ENERGY, INC | CASE NO: 24-30168<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 87 |

On 6/24/2024, a copy of the following documents, described below,

Order Granting motion for approval of post-petition financing pursuant to Section 364(c) of the Bankruptcy Code ECF Docket Reference No. 87

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/24/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik A Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
RIVIERA FINANCE                      STARK ENERGY, INC                    ALLIANCE FUNDING GROUP
ATTN: GREGORY KMIECIK                PO BOX 748                           C/O KENNETH D. PETERS
17W415 ROOSEVELT ROAD                DICKINSON ND 58601-3362              DRESSLER & PETERS, LLC
OAKBROOK TERRACE, IL  60181                                               101 W GRAND AVE SUITE 404
                                                                          CHICAGO IL 60654-7129


ALLIANCE FUNDING GROUP               ALLY BANK                            AMERIFI CAPITAL LLC
ATTN: OFFICER OR MANAGING AGENT      C/O AIS PORTFOLIO SERVICES, LLC      330 MAIN ST #105
3974 AMBOY RD SUITE 306              4515 N SANTA FE AVE DEPT APS         HARTFORD, CT 06106
STATEN ISLAND NY  10308-2414         OKLAHOMA CITY, OK  73118


AVANZA GROUP, LLC                    CLOUD FUND LLC                       CT CORPORATION SYSTEM
3974 AMBOY RD. SUITE 306             400 RELLA BLVD. SUITE 165-101        ATTN: SPRS
STATEN ISLAND, NY 10308              SUFFERN, NY 10901                    330 N BRAND BLVD SUITE 700
                                                                          GLENDALE CA  91203-2336


CTHD COMPANY                         DANIEL GERSTBERGER                   DYNASTY CAPITAL 26, LLC
ATTN: OFFICER OR MANAGING AGENT      90 EAST 6 MILE RD                    96-14 METROPOLITAN AVE 2ND FL
PO BOX 2576                          GARDEN CITY, KS 67846                FOREST HILLS, NY 11375
SPRINGFIELD IL 62708-2576


EVERYDAY FUNDING GROUP LLC           FINANCIAL PACIFIC LEASING, INC.      GATE CITY BANK
132 32ND ST.                         ATTN:  OFFICER OR MANAGING AGENT     ATTN: OFFICER
BROOKLYN, NY 11232                   3455 S 344TH WAY SUITE 300           1761 THIRD AVE W
                                     FEDERAL WAY WA 98001                 DICKINSON, ND 58601


JOHN C. WILLIAMS & ASSOCIATES        KELLER PAVING &                      KNIGHTSBRIDGE FUNDING LLC
1612 NORTHEAST EXPRESSWAY            LANDSCAPING INC                      40 WALL ST
ATLANTA, GA 30329                    1820 HWY 2 BYPASS EAST               NEW YORK, NY 10005
                                     MINOT, ND 58701


M2 FINANCING                         MATHEW BARRETT                       MIDLAND STATES BANK
20800 SWENSON DRIVE SUITE 475        3007 E PAPILLON CIRCLE               1201 NETWORK CENTRE DRIVE
WAUKESHA, WI 53186                   MESA, AZ 85215                       EFFINGHAM, IL 62401


OFFICE OF STATE TAX COMMISSIONER     PARKVIEW ADVANCE LLC                 REGIONS BANK
600 E BOULEVARD                      400 MAIN ST.                         PO BOX 11407
BISMARCK, ND 58505-0599              STAMFORD, CT 06901                   BIRMINGHAM, AL 35246


RIVER ADVANCE                        RIVER CAPITAL PARTNERS LLC           US SMALL BUSINESS ADMINISTRATION
36 AIRPORT RD                        36 AIRPORT ROAD                      14925 KINGSPORT ROAD
LAKEWOOD, NJ 08701                   LAKEWOOD, NJ 08701                   FORT WORTH, TX 76155
```

```
USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.


U.S. ATTORNEY                           INTERNAL REVENUE SERVICE
655 FIRST AVE N, STE 250                CENTRALIZED INSOLVENCY
FARGO ND  58102-4932                    PO BOX 7346
                                        PHILADELPHIA PA  19101-7346
```