UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re:<br><br>Stark Energy, Inc.<br><br>Debtor. | Case No.: 24-30168<br><br>Chapter 11, Subchapter V |
|---|---|

### MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE

**COMES NOW,** Gate City Bank **("Gate City")**, by and through its counsel, Caren W. Stanley, and files this motion (**"Motion"**) requesting the Court to grant the witness, Sgt. Matt Keesler of the Stark County Sheriff's Department, of Dickinson, North Dakota, leave pursuant to Local Rule 5001-2 to appear by video conference at the Final Hearing on the Motion by Gate City Bank to Lift Automatic Stay [Doc 16] and the hearing regarding the Objection of Debtor to Gate City Bank's Motion to Lift Automatic Stay [Doc 24] scheduled for Tuesday, July 9, 2024 at 10:00 A.M. (the **Hearing"**).

1. Sgt. Matt Keesler will be in Ohio at the date and time of the Hearing and seeks to attend the Hearing by video conference in order to participate (and testify) in the proceedings.

2. The request to attend the Hearing by video conference will not cause any undue hardship to the parties herein and would serve the interests of justice.

**WHEREFORE**, **Gate City** respectfully requests this Court to enter an order granting this Motion to allow Sgt. Matt Keesler to attend by video conference at the aforementioned Hearing and for such other and further relief as the Court deems just and proper.

Dated this 26th day of June, 2024.

          **VOGEL LAW FIRM**

          */S/  CAREN W. STANLEY*

BY: Caren W. Stanley (#06100)
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
Telephone:  701.237.6983
Email:  cstanley@vogellaw.com
ATTORNEYS FOR GATE CITY BANK

2

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 24-30168 |
|---|---|
| Stark Energy, Inc., <br><br> Debtor. | Chapter 11 – Subchapter V |

## CERTIFICATE OF SERVICE

STATE OF NORTH DAKOTA  )
                       )  SS
COUNTY OF CASS         )

Sonie Thompson, being first duly sworn, does depose and say: she is a resident of Cass County, North Dakota, of legal age and not a party to or interested in the above-entitled matter.

On June 26, 2024, affiant caused the following document(s):

**MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE**

to be served by United States postal mail on:

***NONE***

to be served electronically on ECF participants.

*/s/ Sonie Thompson*
Sonie Thompson

Subscribed and sworn to before me this 26 day of June, 2024.

*/s/ Jill Nona*
Notary Public, Cass County, North Dakota

(SEAL)

4877-5141-0891 v.1