# EXHIBIT B

# CERTIFICATE OF TITLE FOR A VEHICLE

NORTH DAKOTA DEPARTMENT OF TRANSPORTATION

SFN 2875 (Rev. 11-2019)

ND DEPT. OF TRANSPORTATION
MOTOR VEHICLE DIVISION
608 E BOULEVARD AVE
BISMARCK ND 58505-0780
Telephone: (701) 328-2725

| VIN | YEAR MODEL | YEAR REGISTERED | MAKE | BODY STYLE | MODEL |
|---|---|---|---|---|---|
| 4V4NC9EH3HN974302 | 2017 | 2017 | VOLVO | TRACTOR TRUCK, DIESE | VN |

**OWNER(S) NAME**
FETTIG ENTERPRISE INC

DBA FETTIG EQUIPMENT

| TITLE NUMBER | VEHICLE TYPE | SHIPPING WEIGHT | DATE ISSUED |
|---|---|---|---|
| ND919751680 | TRUCK | 18450 | 5/26/2021 |

**ODOMETER READING**

**ODOMETER STATUS**
EXEMPT

**MAIL TO:** ALLIANCE FUNDING GROUP
17542 17TH ST STE 200
TUSTIN CA 92780-1960

---

**PART 1. ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)**

| Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessor, Trust): | ☐ Driver's License ☐ FEIN | Telephone Number |
|---|---|---|

| Mailing Address | City | State | ZIP Code | County |
|---|---|---|---|---|

| Co-Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessee, Trust): | ☐ Driver's License ☐ FEIN | Telephone Number |
|---|---|---|

| Mailing Address | City | State | ZIP Code | County |
|---|---|---|---|---|

Check One: ☐ Or  ☐ And  ☐ And/Joint Tenants with Right of Survivorship | Purchase Date (Mo., Day, Year) | Purchase Price

**Odometer Disclosure:** Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked: ☐ Mileage stated is in excess of its mechanical limits. ☐ Odometer reading is not the actual mileage (**warning** *odometer discrepancy*) | Odometer Reading | NO TENTHS

| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
|---|---|---|---|
| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
| Hand-Printed Name(s) of Seller(s)/Transferor(s) | Daytime Telephone No. | Hand-Printed Name(s) of Applicant(s)/Buyer(s)/Transferee(s) | |

---

**LEGAL TITLE OWNER (LIENHOLDER)**

Any lien recorded in the office of the Department of Transportation is shown below. The lien holder named is and shall remain legal owner of the vehicle until the encumbrance is released or satisfied.

ALLIANCE FUNDING GROUP
17542 17TH ST STE 200
TUSTIN CA 92780-1960

I certify that the applicant has complied with the requirements of Title 39 of the North Dakota Century Code relative to the issuance of a certificate of title for a vehicle.

*Robert Rehborg*

Deputy Director for Driver Safety

**LIEN RELEASE - ALL INTERESTS IN THE VEHICLE DESCRIBED ABOVE ARE RELEASED.**

Lienholder Name

Signature of Agent | Date (Mo., Day, Year)

**THE DEPARTMENT OF TRANSPORTATION IS NOT RESPONSIBLE FOR FALSE OR FRAUDULENT STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE.**

SFN 2875 (11-2019)

R351892

ERASURES, ALTERATIONS OR MUTILATIONS VOID THIS TITLE