UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| STARK ENERGY, INC. ) | |
| ) | Case No. 24-30168 |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

Jennifer A. Ernst, hereby certifies that on June 27, 2024 she served the attached:

Notice of Motion and Motion for Relief from the Automatic Stay or, in the Alternative, an Order Directing the Debtor to Provide Adequate Protection

To all parties listed to receive notice via the CM/ECF notification system and the following via U.S. Mail:

Amerifi Capital LLC
330 Main St #105
Hartford, CT 06106

Bryan Adolph Kostelecky
1150 11th Ave W.
Dickinson, ND 58601

Capital One - Spark Business
PO Box 71087
Charlotte, NC 28272-1087

County Line Truck Stop
PO Box 2140
Dickinson, ND 58602

Daniel Gerstberger
90 East 6 Mile Rd
Garden City, KS 67846

DCI - Credit Services Inc.
121 E Rosser Ave
Bismarck, ND 58501

Dynasty Capital 26, LLC
96-14 Metropolitan Ave 2nd FL
Forest Hills, NY 11375

Gate City Bank
204 Sims St
Dickinson, ND 58601

John C. Williams & Associates
1612 Northeast Expressway
Atlanta, GA 30329

Knightsbridge Funding LLC
40 Wall St
New York, NY 10005

M2 Financing
20800 Swenson Drive Suite 475
Waukesha, WI 53186

Mathew Barrett
3007 E Papillon Circle
Mesa, AZ 85215

| | |
|---|---|
| Midland States Bank<br>1201 Network Centre Drive<br>Effingham, IL 62401 | Pinnacle Business Funding LLC<br>1777 Reisterstown Rd<br>Pikesville, MD 21209 |
| Regions Bank<br>PO Box 11407<br>Birmingham, AL 35246 | River Capital Partners LLC<br>36 Airport Road<br>Lakewood, NJ 08701 |
| US Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155 | Western Equipment Solutions<br>PO Box 26975<br>Salt Lake City, UT 84126-0975 |
| Yuker Towing<br>876 E Broadway St<br>Dickinson, ND 58601 | Ebeltoft, Sickler Lawyers PLLC<br>2272 Eight Street West<br>Dickinson, ND 58601 |
| Financial Pacific Leasing Inc.<br>3455 S 344th Way Ste 300<br>Federal Way, WA 98001 | John C. Williams & Associates<br>1612 Northeast Expressway<br>Atlanta, GA 30329 |
| Landmark Funding<br>10232 Southard Dr<br>Beltsville, MD 20705-2105 | Linebarger Goggan Blair & Sampson, LLP<br>233 South Wacker Drive Suite 4030<br>Chicago, IL 60606 |
| Pinnacle Business Funding LLC<br>1777 Reisterstown Rd<br>Pikesville, MD 21209 | Preble Medical Services Inc.<br>101 Collins Avenue<br>Mandan, ND 58554 |
| Quality Quick Print<br>37 1ST Ave West<br>Dickinson, ND 58601 | The Avanza Group LLC<br>3974 Amboy Road Ste 304<br>Staten Island, NY 10308 |
| Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Ally Financial<br>500 Woodward Ave<br>Detroit, MI 48226 |

Dated: June 27, 2024

      /s/ Jennifer A. Ernst
Jennifer A. Ernst