**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| STARK ENERGY, INC. | ) | |
| | ) | |
| | ) | Case No. 24-30168 |
| | ) | |
| Debtor. | ) | |

**AMENDED CERTIFICATE OF SERVICE**

Jennifer A. Ernst, hereby certifies that on June 28, 2024 she served the attached:

Notice of Motion and Motion for Relief from the Automatic Stay or, in the Alternative, an Order Directing the Debtor to Provide Adequate Protection

To all parties listed to receive notice via the CM/ECF notification system and the following via U.S. Mail:

See attached

Dated: June 28, 2024

                                                        /s/ Jennifer A. Ernst
                                                        Jennifer A. Ernst

```
Label Matrix for local noticing         AVANZA GROUP, LLC                    Amerifi Capital LLC
0868-3                                   3974 Amboy Rd. Suite 306             330 Main St #105
Case 24-30168                            Staten Island, NY 10308-2414         Hartford, CT 06106-1860
District of North Dakota
Fargo
Fri Jun 28 08:56:20 CDT 2024

CLOUD FUND LLC                           Daniel Gerstberger                   Dynasty Capital 26, LLC
500 Rella Blvd. Suite 165-101            90 East 6 Mile Rd                    96-14 Metropolitan Ave 2nd FL
Suffern, NY 10901-4241                   Garden City, KS 67846-9544           Forest Hills, NY 11375-6675


EVERYDAY FUNDING GROUP LLC               Gate City Bank                       John C. Williams & Associates
132 32nd St.                             1761 Third Ave W                     1612 Northeast Expressway
Brooklyn, NY 11232-1920                  Dickinson, ND 58601-3086             Atlanta, GA 30329-2003


Keller Paving & Landscaping, Inc.        Knightsbridge Funding LLC            M2 Financing
1820 Hwy 2 Bypass East                   40 Wall St                           20800 Swenson Drive  Suite 475
Minot, ND 58701-7929                     New York, NY 10005-1304              Waukesha, WI 53186-2075


Mathew Barrett                           Midland States Bank                  Office of State Tax Commissioner
5007 E Papillon Circle                   1201 Network Centre Drive            600 E Boulevard
Mesa, AZ 85215                           Effingham, IL 62401-4677             Bismarck, ND 58505-0599


PARKVIEW ADVANCE LLC                     RIVER ADVANCE                        Regions Bank
100 Main St.                             36 Airport Rd                        PO Box 11407
Stamford, CT 06901-3000                  Lakewood, NJ 08701-7034              Birmingham, AL 35246-3035


River Capital Partners LLC               U.S. Small Business Administration   US Small Business Administration
36 Airport Road                          John W. Baker, Attorney              14925 Kingsport Road
Lakewood, NJ 08701-7034                  721 19th Street                      Fort Worth, TX 76155-2243
                                         Suite 426
                                         Denver, CO 80202-2517


End of Label Matrix                      Stark Energy, Inc.
Mailable recipients    20                1860 4th Ave. E.
Bypassed recipients     0                P.O. Box 748
Total                  20                Dickinson, ND 58602
```