# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Stark Energy, Inc.,<br><br>      Debtor. | Case No.: 24-30168<br><br>Chapter 11, Subchapter V<br><br>**CERTIFICATE OF SERVICE** |

STATE OF NORTH DAKOTA  )
              ) SS
COUNTY OF CASS      )

  Sonie Thompson, being first duly sworn, does depose and say: she is a resident of Cass County, North Dakota, of legal age and not a party to or interested in the above-entitled matter.

  On June 28th, 2024, affiant caused the following document(s):

1. **Gate City Bank's Motion to Lift Stay [Doc 16]**

2. **Amended Notice of Hearing [Doc 63]**

to be served by United States postal mail on:

| | |
|---|---|
| AMERIFI CAPITAL LLC<br>330 Main St #105<br>Hartford, CT 06106 | AVANZA GROUP, LLC<br>3974 Amboy Rd. Suite 306<br>Staten Island, NY 10308 |
| CLOUD FUND LLC<br>400 Rella Blvd. Suite 165-101<br>Suffern, NY 10901 | DANIEL GERSTBERGER<br>90 East 6 Mile Rd<br>Garden City, KS 67846 |
| DYNASTY CAPITAL 26, LLC<br>96-14 Metropolitan Ave 2nd FL<br>Forest Hills, NY 11375 | EVERYDAY FUNDING GROUP LLC<br>132 32nd St.<br>Brooklyn, NY 11232 |
| MATHEW BARRETT<br>3007 E Papillon Circle<br>Mesa, AZ 85215 | MIDLAND STATES BANK<br>1201 Network Centre Drive<br>Effingham, IL 62401 |

| | |
|---|---|
| OFFICE OF STATE TAX COMMISSIONER<br>600 E Boulevard<br>Bismarck, ND 58505-0599 | PARKVIEW ADVANCE LLC<br>400 Main St.<br>Stamford, CT 06901 |
| REGIONS BANK<br>PO Box 11407<br>Birmingham, AL 35246 | RIVER ADVANCE<br>36 Airport Rd<br>Lakewood, NJ 08701 |
| US SMALL BUSINESS ADMINISTRATION<br>14925 Kingsport Road<br>Fort Worth, TX 76155 | RIVER CAPITAL PARTNERS LLC<br>36 Airport Road<br>Lakewood, NJ 08701 |
| KNIGHTSBRIDGE FUNDING LLC<br>40 Wall St<br>New York, NY 10005 | M2 FINANCING<br>20800 Swenson Drive Suite 475<br>Waukesha, WI 53186 |
| JOHN C. WILLIAMS & ASSOCIATES<br>1612 Northeast Expressway<br>Atlanta, GA 30329 | KELLER PAVING &<br>LANDSCAPING INC<br>1820 Hwy 2 Bypass East<br>Minot, ND 58701 |
| GATE CITY BANK<br>1761 Third Ave W<br>Dickinson, ND 58601 | |

/s/  Sonie Thompson
Sonie Thompson

Subscribed and sworn to before me this 28 day of June, 2024.

/s/  Jill  Nona
Notary Public, Cass County, North Dakota

(SEAL)

4874-3468-3341 v.1

2