UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | | |
|---|---|---|---|
| In Re: | ) | | |
| | ) | | |
| Stark Energy, Inc. | ) | Case No. 24-30168 | |
| | ) | | |
| | ) | Chapter 11 | |
| | ) | Subchapter V | |
| | ) | | |
| Debtor, | ) | | |

MOTION TO APPEAR BY VIDEO CONFERENCE

Thomas J. Kapusta, Subchapter V Trustee, respectively moves this Court to enter an order under Local Rule 5001-2 allowing him to appear via video conference at the Final Hearing on the Motion by Gate City Bank to Lift Automatic Stay [Doc 16] and the hearing regarding the Objection of Debtor to Gate City Bank's Motion to Lift Automatic Stay [Doc 24] scheduled for Tuesday, July 9, 2024 at 10:00 A.M.

Travel to North Dakota would be unduly burdensome and costly.

    WHEREFORE, Trustee requests that he be allowed to appear via video conference.

Dated: June 29, 2024

Signed: s/Thomas J. Kapusta

Thomas J. Kapusta
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
email: tkapusta@aol.com
Sub Chapter V Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Stark Energy, Inc. | ) | Case No. 24-30168 |
| | ) | |
| | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| Debtor, | ) | |

**CERTIFICATE OF SERVICE**

Thomas Kapusta, Subchapter V Trustee, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:  June 29, 2024

/s/ Thomas Kapusta
Thomas Kapusta