UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

**Stark Energy, Inc.**                                   **Bankr. No. 24-30168**

    **Debtor.**                                              **Chapter 11**

## MOTION TO APPEAR BY TELEPHONE

    Sarah J. Wencil, Trial Attorney for the U.S. Trustee, respectively moves this Court to enter an order under Local Rule 5001-1 allowing her to appear by telephone on Tuesday, July 9, 2024 at 10:00 a.m. on the Final Hearing on Gate City's Motion to Lift Stay (Doc.16).

    1.    The U.S. Trustee is not a party to the dispute and will not be submitting evidence or examining witnesses. The U.S. Trustee wishes to appear by telephone to monitor the proceedings as the proceedings may impact the subchapter V case.

    2.    Travel to Fargo, North Dakota would be unduly burdensome and expensive for a limited purpose.

    WHEREFORE, Counsel requests that she be allowed to appear by telephone.

Dated: July 2, 2024                       MARY R. JENSEN
                                                ACTING U.S. TRUSTEE REGION 12

                                                <u>/s/ Sarah J. Wencil</u>
                                                Sarah J. Wencil
                                                Office of the U.S. Trustee
                                                Suite 1015 U.S. Courthouse
                                                300 South Fourth St.
                                                Minneapolis, MN 55415
                                                Telephone: (612) 334-1366
                                                Sarah.J.Wencil@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

**Stark Energy, Inc.**  **Bankr. No. 24-30168**

**Debtor.**  **Chapter 11**

---

### CERTIFICATE OF SERVICE

---

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:   July 2, 2024

/s/ Sarah J. Wencil
Sarah J. Wencil