UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re: STARK ENERGY, INC., | Case No. 24-30168 |
|---|---|
| Debtor. | Chapter 11 |

CERTIFICATE OF SERVICE

STATE OF MONTANA    )
                    ) ss:
County of Yellowstone )

    I, Michael J. Klepperich, attorney for secured creditor, Regions Bank, hereby certify that on this 1st day of July, 2024, a copy of the *Motion for Relief from Automatic Stay*, together with the exhibits thereto (Docket No. 81), the *Brief in Support of Motion for Relief from Automatic Stay* (Docket No. 82), and the *Notice of Motion for Relief from Automatic Stay* (Docket No. 83) were served on the following 20 largest unsecured claimholders pursuant to Rule 4001(a)(1) of the Federal Rules of Bankruptcy Procedure by certified mailing to the following addresses:

| | | |
|---|---|---|
| Amerifi Capital LLC<br>330 Main St. #105<br>Hartford, CT 06106 | Avanza Group, LLC<br>3974 Amboy Rd., Ste. 306<br>Staten Island, NY 10308 | Cloud Fund LLC<br>400 Rella Blvd., Ste. 165-101<br>Suffern, NY 10901 |
| Daniel Gerstberger<br>90 East 6 Mile Rd.<br>Garden City, KS 97846 | Dynasty Capital 26, LLC<br>96-14 Metropolitan Ave 2nd FL<br>Forest Hills, NY 11375 | Everyday Funding Group LLC<br>132 32nd St.<br>Brooklyn, NY 11232 |
| Gate City Bank<br>1761 Third Ave W<br>Dickinson, ND 58601 | Gate City Bank<br>1761 Third Ave W<br>Dickinson, ND 58601 | John C. Williams & Associates<br>1612 Northeast Expressway<br>Atlanta, GA 30329 |
| Keller Paving & Landscaping Inc.<br>1820 Hwy 2 Bypass East<br>Minot, ND 58701 | Knightsbridge Funding LLC<br>40 Wall St<br>New York, NY 10005 | M2 Financing<br>20800 Swenson Drive Suite 475<br>Waukesha, WI 53186 |
| Mathew Barrett<br>3007 E Papillon Circle<br>Mesa, AZ 85215 | Midland States Bank<br>1201 Network Centre Drive<br>Effingham, IL 62401 | Office of State Tax Commissioner<br>600 E Boulevard<br>Bismarck, ND 58505-0599 |
| PARKVIEW ADVANCE LLC<br>400 Main St.<br>Stamford, CT 06901 | Regions Bank<br>PO Box 11407<br>Birmingham, AL 35246 | RIVER ADVANCE<br>36 Airport Rd<br>Lakewood, NJ 08701 |
| River Capital Partners LLC<br>36 Airport Road<br>Lakewood, NJ 08701 | US Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155 | |

//

//

1

DATED this 1st day of July, 2024.

          CROWLEY FLECK PLLP
          Attorneys for Regions Bank
          P.O. Box 2529
          Billings, MT 59103-2529.

          /s/ Michael J. Klepperich
          MICHAEL J. KLEPPERICH (ND Bar ID # 09296)

Subscribed and sworn to before me on this 1st day of July, 2024.

          /s/ Tracy Ordile
[SEAL]          Notary Public, Yellowstone County, Montana
          My commission expires: November 9, 2025

TRACY ORDILE
NOTARY PUBLIC for the
State of Montana
Residing at Billings, Montana
My Commission Expires
November 9, 2025

2