**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| In Re: | Case No.: 24-30168 |
|---|---|
| | Chapter 11, Subchapter V |
| Stark Energy, Inc., | |
| Debtor. | |

**SUPPLEMENTAL DECLARATION OF CHRIS PROCHNOW**

Pursuant to 28 U.S.C. § 1746, I, Chris Prochnow, do hereby declare, under penalty of perjury, the following to the best of my knowledge, information, and belief:

1.      I am employed by Pifer's Auction & Realty ("Pifer's") as an Equipment Salesperson.

2.      If called as a witness, I could and would competently testify to the matters set forth herein based on my personal knowledge. In my capacity as a representative of Pifer's, I am familiar with Pifer's processes to prepare for and value equipment that will be auctioned off. My testimony herein is based on my service as a representative of Pifer's.

3.      Gate City Bank representatives contacted me in March 2024 to inquire if Pifer's would be able to assist with auctioning numerous pieces of heavy equipment that had recently been repossessed from Stark Energy, Inc. (the "Recovered Vehicle Collateral").

4.      On or about March 25, 2024, I participated in a conference call with Gate City representatives Kristi Feil and Shane Brewer to discuss the auctioning of the equipment repossessed from Stark Energy, Inc.

5.      By the end of the conference call, Gate City Bank and Pfeifer's had an agreement/contract with the following terms:

    A.      Gate City Bank would have the Recovered Vehicle Collateral delivered to the Pifer's location in Steele, North Dakota.

    B.      The Recovered Vehicle Collateral would be added to the already-scheduled auction sale that was set for April 23, 2024.

    C.      The auction set for April 23, 2024 would be conducted both in-person and over the web to reach the maximum audience.

    D.      Pifer's would be paid a commission of 8% of the sale price.

    E.      There would be no reserve bid amount.

    F.      The Recovered Vehicle Collateral would be sold as-is, where is and without warranty.

6.      I was assigned to manage pre-and post-sale activities for the auction of the Recovered Vehicle Collateral.

7.      The Recovered Vehicle Collateral was transported from the Bismarck-Mandan area by a third party, and delivered to Pifer's auction location at Steele, North Dakota on or about April 10, 2024.

8.      The Recovered Vehicle Collateral that was transported to Pfier's and that was to be auctioned for Gate City was either severely damaged and/or had parts missing. Generally, I would describe the various categories of equipment, upon receipt of the same, as follows:

    a)  Gravel Trailers - needed extensive work; several were missing tires and an axle on one trailer, air valves were missing on the trailers as well as many were missing the tarps. The overall condition of the trailers was poor.

    b)  Side Dump Trailers – These trailers seemed to be in working order.

c) Belly Dump Trailers – one of the belly dump trailers that had a marking on it of "BD-003" was missing the VIN#.

d) "Dragon" Vac Trailers – Only one trailer looked operable; the remainder had damage to axles and suspension parts were missing and had very bad air leaks. One of the trailers had been in an accident and had a large hole in the top of the trailer. Most trailers were missing rear lights. All trailers were missing vac pumps, except for one.

e) Trucks – Only one truck was drivable. The others needed repairs to the chassis and/or the engines. The trucks were overall in poor condition and needed extensive work to be roadworthy again.

9.    Upon receipt of the equipment to be auctioned for Gate City Bank, Pifer's took photographs for their on-line auction listing, indicating in the narrative any obvious damage. The information as to each piece of equipment and photographs were uploaded to the auction website on the evening the piece of equipment was delivered to Pifer's. Accordingly, all of the Recovered Vehicle Collateral was listed on the auction website for at least ten (10) days before the actual auction commenced on the morning of April 23, 2024.

10.    All seventeen (17) pieces of the Recovered Vehicle Collateral were assigned a bid number, brief description of the equipment, VIN# if known, and related photographs were posted on the auction website. True and correct copies of the photographs and descriptions by bid number as posted on the auction website are attached as **Exhibit A**.

11.    Prior to the auction, Pifer's had received new originals of the Certificates of Title of the Recovered Vehicle Collateral identifying Gate City Bank as the owner to allow

transfer of title to the new buyer after the auction. Said New Certificates of Title were returned to Gate City Bank after the auction was stayed by the filing of the Stark Energy, Inc. bankruptcy on April 23, 2024.  True and correct copies of the New Certificates of Title for the Recovered Vehicle Collateral are attached as **Exhibit B.**

12.     On the morning of the auction, Pifer's obtained a signed Contract from Gate City Bank for the sale of the Recovered Vehicle Collateral. A true and correct copy of the Contract executed by Gate City Bank is attached as **Exhibit C.**

13.     The auction of the Recovered Vehicle Collateral went live online the morning of April 23, 2024, and had just begun receiving opening bids when I was contacted by counsel for Gate City Bank to inform me that Stark Energy, Inc. had filed a Ch. 11 bankruptcy and that the Pifer auction of the Recovered Vehicle Collateral was to be taken off-line.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated this second day of July, 2024.

PIFER'S AUCTION & REALTY

BY: _____

Chris Prochnow

4873-2677-7805 v.3

4



**#193** | 2013 Dragon Vacuum Tank

Lot Full Page



Click or tap the image to zoom in and out

## Detailed description

VIN: 1UNST5343DS128172, 51 ft. x 96 in., 8400 Gallon Capacity, 200 Barrel, Quad Axle, Lift Tag, Unit T-106 NOTE: Salvage Trailer, Passenger Side Damage, Hole in Top **Attention Buyers: Be aware that this item is being sold "As Is-Where Is," with its working condition unknown. Neither the Auction Company nor the Owner have operated or seen this trailer operate. Additionally, some parts may be missing. This trailer is currently owned by a financial institution and sells with a title.**

‹ Back to lots view

**#163** | 2007 Kenworth T800 Semi



Click or tap the image to zoom in and out

CURRENT BID

## $2,300

44 bids ⌄

**Register to bid**

Watch only

**Webcast running**

### Detailed description

VIN: 1XKDP40X07R197151, NOTE: This Truck Was Tipped on Passenger Side, No Transmission, New Rear End, Mileage Unknown **Attention Buyers: Be aware that this item is being sold "As Is-Where Is," with its working condition unknown. Neither the Auction Company nor the Owner have operated or seen this truck operate. Additionally, some parts may be missing. This truck is currently owned by a financial institution and sells with a title.**

**#188** | 2013 Dragon Vacuum Tank Trailer



Click or tap the image to zoom in and out


Register to bid

Watch only

**Webcast running**

## Detailed description

VIN: 1UNST5341DS128154, 8400 Gallon Capacity, 200 Barrel, Challenger Blower, Quad Axle, Unit T-101 **Attention Buyers: Be aware that this item is being sold "As Is-Where Is," with its working condition unknown. Neither the Auction Company nor the Owner have operated or seen this trailer operate. Additionally, some parts may be missing. This trailer is currently owned by a financial institution and sells with a title.**

**#190 | 2013 Dragon Vacuum Tank Trailer**



Register to bid

Watch only

**Webcast running**

### Detailed description

VIN: 1UNST5340DS128162, 51 ft. x 96 in., 8400 Gallon Capacity, 200 Barrel, Quad Axle, Unit T-113 NOTE: Missing Blower **Attention Buyers: Be aware that this item is being sold "As Is-Where Is," with its working condition unknown. Neither the Auction Company nor the Owner have operated or seen this trailer operate. Additionally, some parts may be missing. This trailer is currently owned by a financial institution and sells with a title.**



**#191 | 2014 Dragon ESP Trailer**

Click or tap the image to zoom in and out

Register to bid

Watch only

**Webcast running**

### Detailed description

VIN: 1UNST5340ES128552, 8400 Gallon, 200 Barrel, Quad Axle, Unit T-103 NOTE: Missing Blower **Attention Buyers: Be aware that this item is being sold "As Is-Where Is," with its working condition unknown. Neither the Auction Company nor the Owner have operated or seen this trailer operate. Additionally, some parts may be missing. This trailer is currently owned by a financial institution and sells with a title.**



**#162** | 2012 Kenworth W900 Semi



Click or tap the image to zoom in and out

**Register to bid**

Watch only

**Webcast running**

## Detailed description

VIN: IXKWP4TXBCJ335970, Unit Number: S-209, Cummins ISX 15, 525 hp, 3 Stage Jake, Triple Axle, Lift Pusher, Fixed 5th Wheel Plate, Mileage Unknown  **Attention Buyers: Be aware that this item is being sold "As Is-Where Is," with its working condition unknown. Neither the Auction Company nor the Owner have operated or seen this truck operate. Additionally, some parts may be missing. This truck is currently owned by a financial institution and sells with a title.**



**#164 | 2014 Kenworth W900 Semi**

Register to bid

Watch only

**Webcast running**

## Detailed description

VIN: 1XKWD4PX1EJ413380, Cummins ISX 15 Engine, 3 Stage Jake, 5th Wheel Air Slide, Air Suspension, 600 Hp, Showing 843,735 Miles **Attention Buyers: Be aware that this item is being sold "As Is-Where Is," with its working condition unknown. Neither the Auction Company nor the Owner have operated or seen this truck operate. Additionally, some parts may be missing. This truck is currently owned by a financial institution and sells with a title.**

**#189** | 2013 Dragon Vacuum Tank Trailer



Click or tap the image to zoom in and out

Register to bid

Watch only

**Webcast running**

### Detailed description

VIN: 1UNST5348DS128118, 51 ft. x 96 in., 8400 Gallon Capacity, 200 Barrel, Challenger Blower, Air Suspension, Quad Axle, Unit T-021 **Attention Buyers: Be aware that this item is being sold "As Is-Where Is," with its working condition unknown. Neither the Auction Company nor the Owner have operated or seen this trailer operate. Additionally, some parts may be missing. This trailer is currently owned by a financial institution and sells with a title.**

‹ Back to lots view

**#165 | 2013 Kenworth T800 Semi**



CURRENT BID

**$9,000**

57 bids ⌄

Register to bid

Watch only

**Webcast running**

## Detailed description

VIN: 1NKDX4TX3EJ403810, Cummins ISX 15 Engine, 550 hp, 18 Speed, 3 Stage Jake,  NOTE: Not in Running Condition, Missing Key, Has Oil In Coolant Tank, Mileage Unknown **Attention Buyers: Be aware that this item is being sold "As Is-Where Is," with its working condition unknown. Neither the Auction Company nor the Owner have operated or seen this truck operate. Additionally, some parts may be missing. This truck is currently owned by a financial institution and sells with a title.**

**#192** | 2013 Dragon Vacuum Tank Trailer



### Register to bid

Watch only

**Webcast running**

### Detailed description

VIN: 1UNST5340DS128291, 51 ft. x 96 in., 8400 Gallon Capacity, 200 Barrel, Quad Axle, Air Suspension NOTE: Missing Blower, Has Damage to Left Side, Toolbox and Wheels, Unit T-105 **Attention Buyers: Be aware that this item is being sold "As Is-Where Is," with its working condition unknown. Neither the Auction Company nor the Owner have operated or seen this trailer operate. Additionally, some parts may be missing. This trailer is currently owned by a financial institution and sells with a title.**





‹ Back to lots view

**#181 | 2016 Sidump'r Trailer**

Register to bid

Watch only

**Webcast running**

### Detailed description

VIN: 1D9FS4430GC688099, 42 ft. x 96 in., Tri-Axle, Duals, Electric Roll Tarp, Unit SD-001 **Attention Buyers: Be aware that this item is being sold "As Is-Where Is," Additionally, some parts may be missing. This trailer is currently owned by a financial institution and sells with a title.**

**#183 | 2012 Dakota Mfg. Belly Dump Trailer**



Register to bid

Watch only

**Webcast running**

## Detailed description

VIN: 1D9SH4339DY554348, 43 ft. x 96 in., Tri-Axle, Duals, 11R22.5 Tires
**Attention Buyers: Be aware that this item is being sold "As Is-Where Is." Additionally, some parts may be missing. This trailer is currently owned by a financial institution and sells with a title.**



‹ Back to lots view

**#185** | 1999 Midland Belly Dump Trailer

Register to bid

Watch only

**Webcast running**

## Detailed description

VIN: 2MFB2S3D5YR000651, 44 ft. x 96 in., Tri-Axle, Duals, Unit BD-005
**Attention Buyers: Be aware that this item is being sold "As Is-Where
Is." Additionally, some parts may be missing. This trailer is currently
owned by a financial institution and sells with a title.**

**#187** | 2000 Midland Belly Dump



Register to bid

Watch only

**Webcast running**

### Detailed description

VIN: 2MFB2S4D3YR001148, 48 ft. x 96 in. Unit BD-004 NOTE: Missing Axle, Missing Tires, Missing Air Valve on Back Side of Hopper, Missing Lights **Attention Buyers: Be aware that this item is being sold "As Is-Where Is." Additionally, some parts may be missing. This trailer is currently owned by a financial institution and sells with a title.**

**#184** | 1999 Midland Belly Dump



Click or tap the image to zoom in and out

Register to bid

Watch only

**Webcast running**

## Detailed description

VIN: 2MFB2S3D3YR000650, 44 ft. x 96 in., Tri-Axle, Duals, Unit BD-002 **Attention Buyers: Be aware that this item is being sold "As Is-Where Is." Additionally, some parts may be missing. This trailer is currently owned by a financial institution and sells with a title.**

**#186** | 1999 Midland Belly Dump Trailer



Register to bid

Watch only

**Webcast running**

### Detailed description

VIN: Unknown, 44 ft. x 96 in., Tri-Axle, Duals, Unit BD-003  **Attention Buyers: Be aware that this item is being sold "As Is-Where Is." Additionally, some parts may be missing. This trailer is currently owned by a financial institution and sells with a title.**

LEGAL DOCUMENT -- KEEP IN A SAFE PLACE

## CERTIFICATE OF TITLE FOR A VEHICLE
NORTH DAKOTA DEPARTMENT OF TRANSPORTATION

SFN 2875

ND DEPT. OF TRANSPORTATION
MOTOR VEHICLE DIVISION
608 E BOULEVARD AVE
BISMARCK ND 58505-0780
Telephone: (701) 328-2725

| VIN | YEAR MODEL | YEAR REGISTERED | MAKE | BODY STYLE | MODEL |
|---|---|---|---|---|---|
| 1UNST5343DS128172 | 2013 | 2013 | DRAGON ESP, LTD | SEMI-TRAILER | 200 BBL AL TANK TRL |

| OWNER(S) NAME | TITLE NUMBER | VEHICLE TYPE | SHIPPING WEIGHT | DATE ISSUED |
|---|---|---|---|---|
| GATE CITY BANK | ND297507328 | TRAILER | 0 | 3/26/2024 |

ODOMETER READING

ODOMETER STATUS
EXEMPT

MAIL TO: GATE CITY BANK
PO BOX 2847
FARGO ND 58108-2847

### PREVIOUSLY SALVAGED

THIS VEHICLE HAS BEEN PREVIOUSLY DAMAGED. IF YOU REQUIRE FURTHER INFORMATION, PLEASE CONTACT THE D.O.T.

EXHIBIT
**B**

---

**PART 1. ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)**

Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessor, Trust):   ☐ Driver's License ☐ FEIN   Telephone Number

| Mailing Address | City | State | ZIP Code | County |
|---|---|---|---|---|

Co-Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessee, Trust):   ☐ Driver's License ☐ FEIN   Telephone Number

| Mailing Address | City | State | ZIP Code | County |
|---|---|---|---|---|

Check One: ☐ Or  ☐ And  ☐ And/Joint Tenants with Right of Survivorship   Purchase Date (Mo., Day, Year)   Purchase Price

**Odometer Disclosure:** Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked: ☐ Mileage stated is in excess of its mechanical limits. ☐ Odometer reading is not the actual mileage (**warning \*odometer discrepancy**)

Odometer Reading   NO TENTHS

| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
|---|---|---|---|
| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
| Hand-Printed Name(s) of Seller(s)/Transferor(s) | Daytime Telephone No. | Hand-Printed Name(s) of Applicant(s)/Buyer(s)/Transferee(s) | |

---

**LEGAL TITLE OWNER (LIENHOLDER)**

Any lien recorded in the office of the Department of Transportation is shown below. The lien holder named is and shall remain legal owner of the vehicle until the encumbrance is released or satisfied.

I certify that the applicant has complied with the requirements of Title 39 of the North Dakota Century Code relative to the issuance of a certificate of title for a vehicle.



Deputy Director for Driver Safety

**LIEN RELEASE - ALL INTERESTS IN THE VEHICLE DESCRIBED ABOVE ARE RELEASED.**

Lienholder Name

| Signature of Agent | Date (Mo., Day, Year) |
|---|---|

THE DEPARTMENT OF TRANSPORTATION IS NOT RESPONSIBLE FOR FALSE OR FRAUDULENT STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE.

SFN 2875 (9-2023)

S319916

ERASURES, ALTERATIONS OR MUTILATIONS VOID THIS TITLE

LEGAL DOCUMENT - - KEEP IN A SAFE PLACE

# CERTIFICATE OF TITLE FOR A VEHICLE
NORTH DAKOTA DEPARTMENT OF TRANSPORTATION

SFN 2875

ND DEPT. OF TRANSPORTATION
MOTOR VEHICLE DIVISION
608 E BOULEVARD AVE
BISMARCK ND 58505-0780
Telephone: (701) 328-2725

| VIN | YEAR MODEL | YEAR REGISTERED | MAKE | BODY STYLE | MODEL |
|-----|-----------|-----------------|------|-----------|-------|
| 1XKDP40X07R197151 | 2007 | 2007 | KENWORTH MOTOR | TRACTOR TRUCK, DIESE | CONSTRUCTION |

| OWNER(S) NAME | TITLE NUMBER | VEHICLE TYPE | SHIPPING WEIGHT | DATE ISSUED |
|---------------|--------------|--------------|-----------------|-------------|
| GATE CITY BANK | ND5937664 | TRUCK | 16500 | 3/26/2024 |

ODOMETER READING    ODOMETER STATUS
EXEMPT

MAIL TO: GATE CITY BANK
PO BOX 2847
FARGO ND 58108-2847

## PART 1. ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)

| Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessor, Trust): | | ☐ Driver's License ☐ FEIN | Telephone Number |
|---|---|---|---|
| Mailing Address | City | State | ZIP Code | County |
| Co-Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessee, Trust): | | ☐ Driver's License ☐ FEIN | Telephone Number |
| Mailing Address | City | State | ZIP Code | County |

Check One: ☐ Or ☐ And ☐ And/Joint Tenants with Right of Survivorship    Purchase Date (Mo., Day, Year)    Purchase Price

**Odometer Disclosure:** Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked: ☐ Mileage stated in excess of its mechanical limits. ☐ Odometer reading is not the actual mileage (**warning** *odometer discrepancy*).

Odometer Reading    NO TENTHS

| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
|---|---|---|---|
| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
| Hand-Printed Name(s) of Seller(s)/Transferor(s) | Daytime Telephone No. | Hand-Printed Name(s) of Applicant(s)/Buyer(s)/Transferee(s) | |

### LEGAL TITLE OWNER (LIENHOLDER)
Any lien recorded in the office of the Department of Transportation is shown below. The lien holder named is and shall remain legal owner of the vehicle until the encumbrance is released or satisfied.

I certify that the applicant has complied with the requirements of Title 39 of the North Dakota Century Code relative to the issuance of a certificate of title for a vehicle.

*Robert R Rebong*

Deputy Director for Driver Safety

**LIEN RELEASE - ALL INTERESTS IN THE VEHICLE DESCRIBED ABOVE ARE RELEASED.**

Lienholder Name

Signature of Agent    Date (Mo., Day, Year)

S319920

THE DEPARTMENT OF TRANSPORTATION IS NOT RESPONSIBLE FOR FALSE OR FRAUDULENT STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE.    SFN 2875 (9-2023)

ERASURES, ALTERATIONS OR MUTILATIONS VOID THIS TITLE

LEGAL DOCUMENT -- KEEP IN A SAFE PLACE

**CERTIFICATE OF TITLE FOR A VEHICLE**
NORTH DAKOTA DEPARTMENT OF TRANSPORTATION
SFN 2875

ND DEPT. OF TRANSPORTATION
MOTOR VEHICLE DIVISION
608 E BOULEVARD AVE
BISMARCK ND 58505-0780
Telephone: (701) 328-2725

| VIN | YEAR MODEL | YEAR REGISTERED | MAKE | BODY STYLE | MODEL |
|---|---|---|---|---|---|
| 1UNST5341DS128154 | 2013 | 2013 | DRAGON ESP, LTD | SEMI-TRAILER | 200 BBL AL TANK TRL |

| OWNER(S) NAME | TITLE NUMBER | VEHICLE TYPE | SHIPPING WEIGHT | DATE ISSUED |
|---|---|---|---|---|
| GATE CITY BANK | ND374364672 | TRAILER | 0 | 4/4/2024 |

| ODOMETER READING | ODOMETER STATUS |
|---|---|
| | EXEMPT |

MAIL TO:  GATE CITY BANK
PO BOX 2847
FARGO ND 58108-2847

**PART 1.  ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)**

Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessor, Trust):   ☐ Driver's License   ☐ FEIN   Telephone Number

| Mailing Address | | City | | State | ZIP Code | County |
|---|---|---|---|---|---|---|

Co-Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessee, Trust):   ☐ Driver's License   ☐ FEIN   Telephone Number

| Mailing Address | | City | | State | ZIP Code | County |
|---|---|---|---|---|---|---|

Check One: ☐ Or   ☐ And   ☐ And/Joint Tenants with Right of Survivorship   | Purchase Date (Mo., Day, Year) | Purchase Price |

Odometer Disclosure: Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked: ☐ Mileage stated is in excess of its mechanical limits.  ☐ Odometer reading is not the actual mileage (warning *odometer discrepancy*).

Odometer Reading _____ NO TENTHS

| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
|---|---|---|---|
| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
| Hand-Printed Name(s) of Seller(s)/Transferor(s) | Daytime Telephone No. | Hand-Printed Name(s) of Applicant(s)/Buyer(s)/Transferee(s) | |

LEGAL TITLE OWNER (LIENHOLDER)
Any lien recorded in the office of the Department of Transportation is shown below. The lien holder named is and shall remain legal owner of the vehicle until the encumbrance is released or satisfied.

I certify that the applicant has complied with the requirements of Title 39 of the North Dakota Century Code relative to the issuance of a certificate of title for a vehicle.

*Robert Rehborg*

Deputy Director for Driver Safety

LIEN RELEASE - ALL INTERESTS IN THE VEHICLE DESCRIBED ABOVE ARE RELEASED.

Lienholder Name

| Signature of Agent | Date (Mo., Day, Year) |
|---|---|

THE DEPARTMENT OF TRANSPORTATION IS NOT RESPONSIBLE FOR FALSE OR FRAUDULENT STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE.    SFN 2875 (9-2023)

S346756

ERASURES, ALTERATIONS OR MUTILATIONS VOID THIS TITLE

**LEGAL DOCUMENT -- KEEP IN A SAFE PLACE**

# CERTIFICATE OF TITLE FOR A VEHICLE
NORTH DAKOTA DEPARTMENT OF TRANSPORTATION
SFN 2875

ND DEPT. OF TRANSPORTATION
MOTOR VEHICLE DIVISION
608 E BOULEVARD AVE
BISMARCK ND 58505-0780
Telephone: (701) 328-2725

| | YEAR MODEL | YEAR REGISTERED | MAKE | BODY STYLE | MODEL |
|---|---|---|---|---|---|
| **VIN** 1UNST5340DS128162 | 2013 | 2013 | DRAGON ESP, LTD | SEMI-TRAILER | 200 BBL AL TANK |

| OWNER(S) NAME GATE CITY BANK | TITLE NUMBER ND565942784 | VEHICLE TYPE TRAILER | SHIPPING WEIGHT 0 | DATE ISSUED 3/26/2024 |
|---|---|---|---|---|

ODOMETER READING    ODOMETER STATUS EXEMPT

MAIL TO:
GATE CITY BANK
PO BOX 2847
FARGO ND 58108-2847

## PART 1. ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)

| Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessor, Trust): | | ☐ Driver's License ☐ FEIN | Telephone Number |
|---|---|---|---|

| Mailing Address | City | State | ZIP Code | County |
|---|---|---|---|---|

| Co-Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessee, Trust): | | ☐ Driver's License ☐ FEIN | Telephone Number |
|---|---|---|---|

| Mailing Address | City | State | ZIP Code | County |
|---|---|---|---|---|

Check One: ☐ Or ☐ And ☐ And/Joint Tenants with Right of Survivorship    Purchase Date (Mo., Day, Year)    Purchase Price

Odometer Disclosure: Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked: ☐ Mileage stated is in excess of its mechanical limits. ☐ Odometer reading is not the actual mileage (warning *odometer discrepancy)

Odometer Reading    NO TENTHS

| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
|---|---|---|---|
| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
| Hand-Printed Name(s) of Seller(s)/Transferor(s) | Daytime Telephone No. | Hand-Printed Name(s) of Applicant(s)/Buyer(s)/Transferee(s) | |

### LEGAL TITLE OWNER (LIENHOLDER)

Any lien recorded in the office of the Department of Transportation is shown below. The lien holder named is and shall remain legal owner of the vehicle until the encumbrance is released or satisfied.

I certify that the applicant has complied with the requirements of Title 39 of the North Dakota Century Code relative to the issuance of a certificate of title for a vehicle.

*Robert Rehborg*

Deputy Director for Driver Safety

LIEN RELEASE - ALL INTERESTS IN THE VEHICLE DESCRIBED ABOVE ARE RELEASED.

Lienholder Name

| Signature of Agent | Date (Mo., Day, Year) |
|---|---|

THE DEPARTMENT OF TRANSPORTATION IS NOT RESPONSIBLE FOR FALSE OR FRAUDULENT STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE.    SFN 2875 (9-2023)

S319917

**ERASURES, ALTERATIONS OR MUTILATIONS VOID THIS TITLE**

**LEGAL DOCUMENT -- KEEP IN A SAFE PLACE**

# CERTIFICATE OF TITLE FOR A VEHICLE
NORTH DAKOTA DEPARTMENT OF TRANSPORTATION

SFN 2875

ND DEPT. OF TRANSPORTATION
MOTOR VEHICLE DIVISION
608 E BOULEVARD AVE
BISMARCK ND 58505-0780
Telephone: (701) 328-2725

| VIN | YEAR MODEL | YEAR REGISTERED | MAKE | BODY STYLE | MODEL |
|---|---|---|---|---|---|
| 1UNST5340ES128552 | 2014 | 2014 | DRAGON ESP, LTD | SEMI-TRAILER | BBL AL TANK |

| OWNER(S) NAME | TITLE NUMBER | VEHICLE TYPE | SHIPPING WEIGHT | DATE ISSUED |
|---|---|---|---|---|
| GATE CITY BANK | ND1102813696 | TRAILER | 0 | 3/26/2024 |

| ODOMETER READING | ODOMETER STATUS |
|---|---|
| | EXEMPT |

MAIL TO:
GATE CITY BANK
PO BOX 2847
FARGO ND 58108-2847

---

## PART 1. ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)

Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessor, Trust):  ☐ Driver's License ☐ FEIN | Telephone Number

| Mailing Address | City | State | ZIP Code | County |

Co-Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessee, Trust):  ☐ Driver's License ☐ FEIN | Telephone Number

| Mailing Address | City | State | ZIP Code | County |

Check One: ☐ Or ☐ And ☐ And/Joint Tenants with Right of Survivorship | Purchase Date (Mo., Day, Year) | Purchase Price

**Odometer Disclosure:** Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked: ☐ Mileage stated is in excess of its mechanical limits. ☐ Odometer reading is not the actual mileage (**warning** *odometer discrepancy*)

Odometer Reading [NO TENTHS]

| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |

| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |

| Hand-Printed Name(s) of Seller(s)/Transferor(s) | Daytime Telephone No. | Hand-Printed Name(s) of Applicant(s)/Buyer(s)/Transferee(s) |

---

### LEGAL TITLE OWNER (LIENHOLDER)
Any lien recorded in the office of the Department of Transportation is shown below. The lien holder named is and shall remain legal owner of the vehicle until the encumbrance is released or satisfied.

I certify that the applicant has complied with the requirements of Title 39 of the North Dakota Century Code relative to the issuance of a certificate of title for a vehicle.

*Robert Rehborg*

Deputy Director for Driver Safety

**LIEN RELEASE - ALL INTERESTS IN THE VEHICLE DESCRIBED ABOVE ARE RELEASED.**

Lienholder Name

Signature of Agent | Date (Mo., Day, Year)

S319918

THE DEPARTMENT OF TRANSPORTATION IS NOT RESPONSIBLE FOR FALSE OR FRAUDULENT STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE.

SFN 2875 (9-2023)

**ERASURES, ALTERATIONS OR MUTILATIONS VOID THIS TITLE**

LEGAL DOCUMENT - KEEP IN A SAFE PLACE

# CERTIFICATE OF TITLE FOR A VEHICLE
NORTH DAKOTA DEPARTMENT OF TRANSPORTATION
SFN 2875

ND DEPT. OF TRANSPORTATION
MOTOR VEHICLE DIVISION
608 E BOULEVARD AVE
BISMARCK ND 58505-0780
Telephone: (701) 328-2725

| VIN | YEAR MODEL | YEAR REGISTERED | MAKE | BODY STYLE | MODEL |
|---|---|---|---|---|---|
| 1XKWP4TX8CJ335970 | 2012 | 2012 | KENWORTH MOTOR | TRACTOR TRUCK, DIESE | CONSTRUCTION |

| OWNER(S) NAME | TITLE NUMBER | VEHICLE TYPE | SHIPPING WEIGHT | DATE ISSUED |
|---|---|---|---|---|
| GATE CITY BANK | ND2018793984 | TRUCK | 18500 | 3/26/2024 |

ODOMETER READING

ODOMETER STATUS
EXEMPT

MAIL TO:
GATE CITY BANK
PO BOX 2847
FARGO ND 58108-2847

## PART 1. ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)

| Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessor, Trust): | ☐ Driver's License ☐ FEIN | Telephone Number |
|---|---|---|

| Mailing Address | City | State | ZIP Code | County |
|---|---|---|---|---|

| Co-Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessee, Trust): | ☐ Driver's License ☐ FEIN | Telephone Number |
|---|---|---|

| Mailing Address | City | State | ZIP Code | County |
|---|---|---|---|---|

Check One: ☐ Or ☐ And ☐ And/Joint Tenants with Right of Survivorship | Purchase Date (Mo., Day, Year) | Purchase Price

Odometer Disclosure: Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked: ☐ Mileage stated is in excess of its mechanical limits. ☐ Odometer reading is not the actual mileage (warning *odometer discrepancy*)

Odometer Reading | NO TENTHS

| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
|---|---|---|---|

| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
|---|---|---|---|

| Hand-Printed Name(s) of Seller(s)/Transferor(s) | Daytime Telephone No. | Hand-Printed Name(s) of Applicant(s)/Buyer(s)/Transferee(s) |
|---|---|---|

### LEGAL TITLE OWNER (LIENHOLDER)
Any lien recorded in the office of the Department of Transportation is shown below. The lien holder named is and shall remain legal owner of the vehicle until the encumbrance is released or satisfied.

I certify that the applicant has complied with the requirements of Title 39 of the North Dakota Century Code relative to the issuance of a certificate of title for a vehicle.

_Robert Rehberg_

Deputy Director for Driver Safety

LIEN RELEASE - ALL INTERESTS IN THE VEHICLE DESCRIBED ABOVE ARE RELEASED.

Lienholder Name

| Signature of Agent | Date (Mo., Day, Year) |
|---|---|

THE DEPARTMENT OF TRANSPORTATION IS NOT RESPONSIBLE FOR FALSE OR FRAUDULENT STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE.

SFN 2875 (9-2023)

S319919

ERASURES, ALTERATIONS OR MUTILATIONS VOID THIS TITLE

LEGAL DOCUMENT -- KEEP IN A SAFE PLACE

## CERTIFICATE OF TITLE FOR A VEHICLE
NORTH DAKOTA DEPARTMENT OF TRANSPORTATION
SFN 2875

ND DEPT. OF TRANSPORTATION
MOTOR VEHICLE DIVISION
608 E BOULEVARD AVE
BISMARCK ND 58505-0780
Telephone: (701) 328-2725

| VIN | YEAR MODEL | YEAR REGISTERED | MAKE | BODY STYLE | MODEL |
|---|---|---|---|---|---|
| 1XKWD49X1EJ413380 | 2014 | 2014 | KENWORTH MOTOR | TRACTOR TRUCK, DIESE | CONSTRUCTION |

| OWNER(S) NAME | TITLE NUMBER | VEHICLE TYPE | SHIPPING WEIGHT | DATE ISSUED |
|---|---|---|---|---|
| GATE CITY BANK | ND1625987584 | TRUCK | 18100 | 3/26/2024 |

ODOMETER READING    ODOMETER STATUS
EXEMPT

MAIL TO:
GATE CITY BANK
PO BOX 2847
FARGO ND 58108-2847

### PART 1. ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)

| Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessor, Trust): | | ☐ Driver's License ☐ FEIN | | Telephone Number | |
|---|---|---|---|---|---|
| Mailing Address | City | State | ZIP Code | County | |
| Co-Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessee, Trust): | | ☐ Driver's License ☐ FEIN | | Telephone Number | |
| Mailing Address | City | State | ZIP Code | County | |
| Check One: ☐ Or ☐ And ☐ And/Joint Tenants with Right of Survivorship | | Purchase Date (Mo., Day, Year) | | Purchase Price | |

**Odometer Disclosure:** Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked: ☐ Mileage stated is in excess of its mechanical limits. ☐ Odometer reading is not the actual mileage (**warning *odometer discrepancy**)

Odometer Reading ___ NO. TENTHS

| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
|---|---|---|---|
| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
| Hand-Printed Name(s) of Seller(s)/Transferor(s) | Daytime Telephone No. | Hand-Printed Name(s) of Applicant(s)/Buyer(s)/Transferee(s) | |

### LEGAL TITLE OWNER (LIENHOLDER)

Any lien recorded in the office of the Department of Transportation is shown below. The lien holder named is and shall remain legal owner of the vehicle until the encumbrance is released or satisfied.

I certify that the applicant has complied with the requirements of Title 39 of the North Dakota Century Code relative to the issuance of a certificate of title for a vehicle.

*Robert Rehborg*

Deputy Director for Driver Safety

**LIEN RELEASE - ALL INTERESTS IN THE VEHICLE DESCRIBED ABOVE ARE RELEASED.**

| Lienholder Name | |
|---|---|
| Signature of Agent | Date (Mo., Day, Year) |

S319922

THE DEPARTMENT OF TRANSPORTATION IS NOT RESPONSIBLE FOR FALSE OR FRAUDULENT STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE.
SFN 2875 (9-2023)

ERASURES, ALTERATIONS OR MUTILATIONS VOID THIS TITLE

LEGAL DOCUMENT -- KEEP IN A SAFE PLACE

## CERTIFICATE OF TITLE FOR A VEHICLE
NORTH DAKOTA DEPARTMENT OF TRANSPORTATION
SFN 2875

ND DEPT. OF TRANSPORTATION
MOTOR VEHICLE DIVISION
608 E BOULEVARD AVE
BISMARCK ND 58505-0780
Telephone: (701) 328-2725

| VIN | YEAR MODEL | YEAR REGISTERED | MAKE | BODY STYLE | MODEL |
|---|---|---|---|---|---|
| 1UNST5348DS128118 | 2013 | 2013 | DRAGON ESP, LTD | SEMI-TRAILER | 200 BBL AL TANK TRL |

| OWNER(S) NAME | TITLE NUMBER | VEHICLE TYPE | SHIPPING WEIGHT | DATE ISSUED |
|---|---|---|---|---|
| GATE CITY BANK | ND945052160 | TRAILER | 0 | 3/26/2024 |

| | ODOMETER READING | ODOMETER STATUS |
|---|---|---|
| | | EXEMPT |

MAIL TO:
GATE CITY BANK
PO BOX 2847
FARGO ND 58108-2847

---

### PART 1. ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)

| Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessor, Trust): | ☐ Driver's License ☐ FEIN | Telephone Number |
|---|---|---|

| Mailing Address | City | State | ZIP Code | County |
|---|---|---|---|---|

| Co-Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessee, Trust): | ☐ Driver's License ☐ FEIN | Telephone Number |
|---|---|---|

| Mailing Address | City | State | ZIP Code | County |
|---|---|---|---|---|

Check One: ☐ Or ☐ And ☐ And/Joint Tenants with Right of Survivorship | Purchase Date (Mo., Day, Year) | Purchase Price

**Odometer Disclosure:** Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked. ☐ Mileage stated is in excess of its mechanical limits. ☐ Odometer reading is not the actual mileage (warning *odometer discrepancy).

Odometer Reading ___ NO TENTHS

| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
|---|---|---|---|

| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
|---|---|---|---|

| Hand-Printed Name(s) of Seller(s)/Transferor(s) | Daytime Telephone No. | Hand-Printed Name(s) of Applicant(s)/Buyer(s)/Transferee(s) |
|---|---|---|

---

### LEGAL TITLE OWNER (LIENHOLDER)

Any lien recorded in the office of the Department of Transportation is shown below. The lien holder named is and shall remain legal owner of the vehicle until the encumbrance is released or satisfied.

I certify that the applicant has complied with the requirements of Title 39 of the North Dakota Century Code relative to the issuance of a certificate of title for a vehicle.

*Robert Rehborg*

Deputy Director for Driver Safety

LIEN RELEASE - ALL INTERESTS IN THE VEHICLE DESCRIBED ABOVE ARE RELEASED.

Lienholder Name

| Signature of Agent | Date (Mo., Day, Year) |
|---|---|

**S319921**

THE DEPARTMENT OF TRANSPORTATION IS NOT RESPONSIBLE FOR FALSE OR FRAUDULENT STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE.

SFN 2875 (9-2023)

ERASURES, ALTERATIONS OR MUTILATIONS VOID THIS TITLE

LEGAL DOCUMENT -- KEEP IN A SAFE PLACE

## CERTIFICATE OF TITLE FOR A VEHICLE
NORTH DAKOTA DEPARTMENT OF TRANSPORTATION
SFN 2875

ND DEPT. OF TRANSPORTATION
MOTOR VEHICLE DIVISION
608 E BOULEVARD AVE
BISMARCK ND 58505-0780
Telephone: (701) 328-2725

| VIN | YEAR MODEL | YEAR REGISTERED | MAKE | BODY STYLE | MODEL |
|---|---|---|---|---|---|
| 1NKDX4TX3EJ403810 | 2014 | 2014 | KENWORTH MOTOR | STRAIGHT TRUCK | T800 |

| OWNER(S) NAME | TITLE NUMBER | VEHICLE TYPE | SHIPPING WEIGHT | DATE ISSUED |
|---|---|---|---|---|
| GATE CITY BANK | ND2030672384 | TRUCK | 20000 | 4/4/2024 |

ODOMETER READING | ODOMETER STATUS
EXEMPT

MAIL TO:   GATE CITY BANK
PO BOX 2847
FARGO ND 58108-2847

---

**PART 1. ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)**

| Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessor, Trust): | | ☐ Driver's License ☐ FEIN | Telephone Number |
|---|---|---|---|

| Mailing Address | City | State | ZIP Code | County |
|---|---|---|---|---|

| Co-Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessee, Trust): | | ☐ Driver's License ☐ FEIN | Telephone Number |
|---|---|---|---|

| Mailing Address | City | State | ZIP Code | County |
|---|---|---|---|---|

Check One: ☐ Or   ☐ And   ☐ And/Joint Tenants with Right of Survivorship | Purchase Date (Mo., Day, Year) | Purchase Price

**Odometer Disclosure:** Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked: ☐ Mileage stated is in excess of its mechanical limits. ☐ Odometer reading is not the actual mileage (**warning *odometer discrepancy**) | Odometer Reading    NO TENTHS

| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
|---|---|---|---|

| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
|---|---|---|---|

| Hand-Printed Name(s) of Seller(s)/Transferor(s) | Daytime Telephone No. | Hand-Printed Name(s) of Applicant(s)/Buyer(s)/Transferee(s) |
|---|---|---|

**LEGAL TITLE OWNER (LIENHOLDER)**
Any lien recorded in the office of the Department of Transportation is shown below. The lien holder named is and shall remain legal owner of the vehicle until the encumbrance is released or satisfied.

I certify that the applicant has complied with the requirements of Title 39 of the North Dakota Century Code relative to the issuance of a certificate of title for a vehicle.

*Robert Rehborg*

Deputy Director for Driver Safety

**LIEN RELEASE - ALL INTERESTS IN THE VEHICLE DESCRIBED ABOVE ARE RELEASED.**

Lienholder Name

| Signature of Agent | Date (Mo., Day, Year) |
|---|---|

**THE DEPARTMENT OF TRANSPORTATION IS NOT RESPONSIBLE FOR FALSE OR FRAUDULENT STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE.**    SFN 2875 (9-2023)

S346755

ERASURES, ALTERATIONS OR MUTILATIONS VOID THIS TITLE

**LEGAL DOCUMENT -- KEEP IN A SAFE PLACE**

# CERTIFICATE OF TITLE FOR A VEHICLE
NORTH DAKOTA DEPARTMENT OF TRANSPORTATION

SFN 2875

ND DEPT. OF TRANSPORTATION
MOTOR VEHICLE DIVISION
608 E BOULEVARD AVE
BISMARCK ND 58505-0780
Telephone: (701) 328-2725

| VIN | YEAR MODEL | YEAR REGISTERED | MAKE | BODY STYLE | MODEL |
|---|---|---|---|---|---|
| 1UNST5340DS128291 | 2013 | 2013 | DRAGON ESP, LTD | SEMI-TRAILER | 200 BBL AL TANK |

| OWNER(S) NAME | TITLE NUMBER | VEHICLE TYPE | SHIPPING WEIGHT | DATE ISSUED |
|---|---|---|---|---|
| GATE CITY BANK | ND2126223872 | TRAILER | 0 | 3/26/2024 |

ODOMETER READING

ODOMETER STATUS
EXEMPT

MAIL TO:  GATE CITY BANK
PO BOX 2847
FARGO ND 58108-2847

## PART 1.  ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)

| Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessor, Trust): | ☐ Driver's License  ☐ FEIN | Telephone Number |
|---|---|---|

| Mailing Address | City | State | ZIP Code | County |
|---|---|---|---|---|

| Co-Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessee, Trust): | ☐ Driver's License  ☐ FEIN | Telephone Number |
|---|---|---|

| Mailing Address | City | State | ZIP Code | County |
|---|---|---|---|---|

Check One:  ☐ Or  ☐ And  ☐ And/Joint Tenants with Right of Survivorship | Purchase Date (Mo., Day, Year) | Purchase Price

**Odometer Disclosure:** Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked: ☐ Mileage stated is in excess of its mechanical limits. ☐ Odometer reading is not the actual mileage (**warning \*odometer discrepancy**)

Odometer Reading       NO TENTHS

| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
|---|---|---|---|

| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
|---|---|---|---|

| Hand-Printed Name(s) of Seller(s)/Transferor(s) | Daytime Telephone No. | Hand-Printed Name(s) of Applicant(s)/Buyer(s)/Transferee(s) |
|---|---|---|

### LEGAL TITLE OWNER (LIENHOLDER)

Any lien recorded in the office of the Department of Transportation is shown below. The lien holder named is and shall remain legal owner of the vehicle until the encumbrance is released or satisfied.

I certify that the applicant has complied with the requirements of Title 39 of the North Dakota Century Code relative to the issuance of a certificate of title for a vehicle.

*Robert Rehberg*

Deputy Director for Driver Safety

**LIEN RELEASE - ALL INTERESTS IN THE VEHICLE DESCRIBED ABOVE ARE RELEASED.**

Lienholder Name

Signature of Agent | Date (Mo., Day, Year)

THE DEPARTMENT OF TRANSPORTATION IS NOT RESPONSIBLE FOR FALSE OR FRAUDULENT STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE.

SFN 2875 (9-2023)

S319923

**ERASURES, ALTERATIONS OR MUTILATIONS VOID THIS TITLE**

*[handwritten]* Note 2 C55

LEGAL DOCUMENT -- KEEP IN A SAFE PLACE

# CERTIFICATE OF TITLE FOR A VEHICLE
NORTH DAKOTA DEPARTMENT OF TRANSPORTATION
SFN 2875

ND DEPT. OF TRANSPORTATION
MOTOR VEHICLE DIVISION
608 E BOULEVARD AVE
BISMARCK ND 58505-0780
Telephone: (701) 328-2725

| VIN | YEAR MODEL | YEAR REGISTERED | MAKE | BODY STYLE | MODEL |
|---|---|---|---|---|---|
| 1D9FS4437GC688018 | 2016 | 2016 | SIDUMP'R | SEMI-TRAILER | DUMP |

| OWNER(S) NAME | TITLE NUMBER | VEHICLE TYPE | SHIPPING WEIGHT | DATE ISSUED |
|---|---|---|---|---|
| GATE CITY BANK | ND1079679488 | TRAILER | 0 | 3/26/2024 |

ODOMETER READING     ODOMETER STATUS EXEMPT

MAIL TO:  GATE CITY BANK
PO BOX 2847
FARGO ND 58108-2847

## PART 1. ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)

Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessor, Trust):  ☐ Driver's License ☐ FEIN  Telephone Number

Mailing Address | City | State | ZIP Code | County

Co-Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessee, Trust):  ☐ Driver's License ☐ FEIN  Telephone Number

Mailing Address | City | State | ZIP Code | County

Check One: ☐ Or ☐ And ☐ And/Joint Tenants with Right of Survivorship | Purchase Date (Mo., Day, Year) | Purchase Price

Odometer Disclosure: Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked: ☐ Mileage stated is in excess of its mechanical limits. ☐ Odometer reading is not the actual mileage (warning *odometer discrepancy). | Odometer Reading | NO TENTHS

Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year)

Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year)

Hand-Printed Name(s) of Seller(s)/Transferor(s) | Daytime Telephone No. | Hand-Printed Name(s) of Applicant(s)/Buyer(s)/Transferee(s)

### LEGAL TITLE OWNER (LIENHOLDER)
Any lien recorded in the office of the Department of Transportation is shown below. The lien holder named is and shall remain legal owner of the vehicle until the encumbrance is released or satisfied.

I certify that the applicant has complied with the requirements of Title 39 of the North Dakota Century Code relative to the issuance of a certificate of title for a vehicle.

*Robert Rehborg*

Deputy Director for Driver Safety

LIEN RELEASE - ALL INTERESTS IN THE VEHICLE DESCRIBED ABOVE ARE RELEASED.

Lienholder Name

Signature of Agent | Date (Mo., Day, Year)

THE DEPARTMENT OF TRANSPORTATION IS NOT RESPONSIBLE FOR FALSE OR FRAUDULENT STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE.    SFN 2875 (9-2023)

S319914

ERASURES, ALTERATIONS OR MUTILATIONS VOID THIS TITLE

LEGAL DOCUMENT -- KEEP IN A SAFE PLACE

## CERTIFICATE OF TITLE FOR A VEHICLE
NORTH DAKOTA DEPARTMENT OF TRANSPORTATION
SFN 2875

ND DEPT. OF TRANSPORTATION
MOTOR VEHICLE DIVISION
608 E BOULEVARD AVE
BISMARCK ND 58505-0780
Telephone: (701) 328-2725

| VIN | YEAR MODEL | YEAR REGISTERED | MAKE | BODY STYLE | MODEL |
|---|---|---|---|---|---|
| 1D9FS4430GC688099 | 2016 | 2016 | SIDUMP'R | SEMI-TRAILER | DUMP |

| OWNER(S) NAME | TITLE NUMBER | VEHICLE TYPE | SHIPPING WEIGHT | DATE ISSUED |
|---|---|---|---|---|
| GATE CITY BANK | ND676616704 | TRAILER | 0 | 3/26/2024 |

| | ODOMETER READING | ODOMETER STATUS |
|---|---|---|
| | | EXEMPT |

MAIL TO:
GATE CITY BANK
PO BOX 2847
FARGO ND 58108-2847

### PART 1. ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)

| Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessor, Trust): | | ☐ Driver's License ☐ FEIN | Telephone Number |
|---|---|---|---|
| Mailing Address | City | State ZIP Code | County |
| Co-Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessee, Trust): | | ☐ Driver's License ☐ FEIN | Telephone Number |
| Mailing Address | City | State ZIP Code | County |

Check One: ☐ Or  ☐ And  ☐ And/Joint Tenants with Right of Survivorship   Purchase Date (Mo., Day, Year)   Purchase Price

**Odometer Disclosure:** Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked: ☐ Mileage stated is in excess of its mechanical limits. ☐ Odometer reading is not the actual mileage (**warning** odometer discrepancy).   Odometer Reading   NO TENTHS

| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
|---|---|---|---|
| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
| Hand-Printed Name(s) of Seller(s)/Transferor(s) | Daytime Telephone No. | Hand-Printed Name(s) of Applicant(s)/Buyer(s)/Transferee(s) | |

### LEGAL TITLE OWNER (LIENHOLDER)
Any lien recorded in the office of the Department of Transportation is shown below. The lien holder named is and shall remain legal owner of the vehicle until the encumbrance is released or satisfied.

I certify that the applicant has complied with the requirements of Title 39 of the North Dakota Century Code relative to the issuance of a certificate of title for a vehicle.

Robert Rehborg

Deputy Director for Driver Safety

LIEN RELEASE - ALL INTERESTS IN THE VEHICLE DESCRIBED ABOVE ARE RELEASED.

Lienholder Name

Signature of Agent   Date (Mo., Day, Year)

THE DEPARTMENT OF TRANSPORTATION IS NOT RESPONSIBLE FOR FALSE OR FRAUDULENT STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE.   SFN 2875 (9-2023)

S319924

ERASURES, ALTERATIONS OR MUTILATIONS VOID THIS TITLE

**LEGAL DOCUMENT -- KEEP IN A SAFE PLACE**

# CERTIFICATE OF TITLE FOR A VEHICLE
NORTH DAKOTA DEPARTMENT OF TRANSPORTATION
SFN 2875

ND DEPT. OF TRANSPORTATION
MOTOR VEHICLE DIVISION
608 E BOULEVARD AVE
BISMARCK ND 58505-0780
Telephone: (701) 328-2725

| VIN | YEAR MODEL | YEAR REGISTERED | MAKE | BODY STYLE | MODEL |
|---|---|---|---|---|---|
| 1D9SH4339DY554348 | 2013 | 2013 | DAKOTA MFG. CO. | SEMI-TRAILER | BELLY DUMP |

| OWNER(S) NAME | TITLE NUMBER | VEHICLE TYPE | SHIPPING WEIGHT | DATE ISSUED |
|---|---|---|---|---|
| GATE CITY BANK | ND1603967488 | TRAILER | 0 | 3/26/2024 |

ODOMETER READING

ODOMETER STATUS
EXEMPT

MAIL TO:  GATE CITY BANK
PO BOX 2847
FARGO ND 58108-2847

---

**PART 1. ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)**

Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessor, Trust): ☐ Driver's License ☐ FEIN  Telephone Number

| Mailing Address | City | State | ZIP Code | County |
|---|---|---|---|---|

Co-Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessee, Trust): ☐ Driver's License ☐ FEIN  Telephone Number

| Mailing Address | City | State | ZIP Code | County |
|---|---|---|---|---|

Check One: ☐ Or ☐ And ☐ And/Joint Tenants with Right of Survivorship   Purchase Date (Mo., Day, Year)   Purchase Price

**Odometer Disclosure:** Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.  ☐ Mileage stated is in excess of its mechanical limits.  ☐ Odometer reading is not the actual mileage (**warning** *odometer discrepancy*).

Odometer Reading    NO TENTHS

| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
|---|---|---|---|
| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
| Hand-Printed Name(s) of Seller(s)/Transferor(s) | Daytime Telephone No. | Hand-Printed Name(s) of Applicant/Buyer(s)/Transferee(s) | |

**LEGAL TITLE OWNER (LIENHOLDER)**
Any lien recorded in the office of the Department of Transportation is shown below. The lien holder named is and shall remain legal owner of the vehicle until the encumbrance is released or satisfied.

I certify that applicant has complied with the requirements of Title 39 of the North Dakota Century Code relative to the issuance of a certificate of title for a vehicle.

*Robert Rehborg*

Deputy Director for Driver Safety

**LIEN RELEASE - ALL INTERESTS IN THE VEHICLE DESCRIBED ABOVE ARE RELEASED.**

Lienholder Name

| Signature of Agent | Date (Mo., Day, Year) |
|---|---|

**THE DEPARTMENT OF TRANSPORTATION IS NOT RESPONSIBLE FOR FALSE OR FRAUDULENT STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE.**

SFN 2875 (9-2023)

S319925

**ERASURES, ALTERATIONS OR MUTILATIONS VOID THIS TITLE**

LEGAL DOCUMENT - - KEEP IN A SAFE PLACE

# CERTIFICATE OF TITLE FOR A VEHICLE
NORTH DAKOTA DEPARTMENT OF TRANSPORTATION
SFN 2875

ND DEPT. OF TRANSPORTATION
MOTOR VEHICLE DIVISION
608 E BOULEVARD AVE
BISMARCK ND 58505-0780
Telephone: (701) 328-2725

| VIN | YEAR MODEL | YEAR REGISTERED | MAKE | BODY STYLE | MODEL |
|-----|-----------|-----------------|------|-----------|-------|
| 2MFB2S3D5YR000651 | 2000 | 2000 | MIDLAND MFG. LT | SEMI-TRAILER | BELLY DUMP SE |

| OWNER(S) NAME | TITLE NUMBER | VEHICLE TYPE | SHIPPING WEIGHT | DATE ISSUED |
|---------------|--------------|--------------|-----------------|-------------|
| GATE CITY BANK | ND72636928 | TRAILER | 0 | 3/26/2024 |

ODOMETER READING          ODOMETER STATUS
EXEMPT

MAIL TO:   GATE CITY BANK
PO BOX 2847
FARGO ND 58108-2847

## PART 1. ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)

Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessor, Trust):   ☐ Driver's License  ☐ FEIN   Telephone Number

| Mailing Address | City | State | ZIP Code | County |
|-----------------|------|-------|----------|--------|

Co-Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessee, Trust):   ☐ Driver's License  ☐ FEIN   Telephone Number

| Mailing Address | City | State | ZIP Code | County |
|-----------------|------|-------|----------|--------|

Check One:  ☐ Or   ☐ And   ☐ And/Joint Tenants with Right of Survivorship   | Purchase Date (Mo., Day, Year) | Purchase Price |

**Odometer Disclosure:** Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked: ☐ Mileage stated is in excess of its mechanical limits. ☐ Odometer reading is not the actual mileage (warning *odometer discrepancy)

Odometer Reading       NO TENTHS

| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
|--------------------------------|----------------------|----------------------------------------|----------------------|
| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
| Hand-Printed Name(s) of Seller(s)/Transferor(s) | Daytime Telephone No. | Hand-Printed Name(s) of Applicant(s)/Buyer(s)/Transferee(s) | |

### LEGAL TITLE OWNER (LIENHOLDER)
Any lien recorded in the office of the Department of Transportation is shown below. The lien holder named is and shall remain legal owner of the vehicle until the encumbrance is released or satisfied.

I certify that the applicant has complied with the requirements of Title 39 of the North Dakota Century Code relative to the issuance of a certificate of title for a vehicle.

*Robert Rehborg*

Deputy Director for Driver Safety

LIEN RELEASE - ALL INTERESTS IN THE VEHICLE DESCRIBED ABOVE ARE RELEASED.

Lienholder Name

| Signature of Agent | Date (Mo., Day, Year) |
|--------------------|----------------------|

S319915

THE DEPARTMENT OF TRANSPORTATION IS NOT RESPONSIBLE FOR FALSE OR FRAUDULENT STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE.

SFN 2875 (9-2023)

ERASURES, ALTERATIONS OR MUTILATIONS VOID THIS TITLE

LEGAL DOCUMENT -- KEEP IN A SAFE PLACE

## CERTIFICATE OF TITLE FOR A VEHICLE
NORTH DAKOTA DEPARTMENT OF TRANSPORTATION
SFN 2875

ND. DEPT. OF TRANSPORTATION
MOTOR VEHICLE DIVISION
608 E BOULEVARD AVE
BISMARCK ND 58505-0780
Telephone: (701) 328-2725

| VIN | YEAR MODEL | YEAR REGISTERED | MAKE | BODY STYLE | MODEL |
|---|---|---|---|---|---|
| 2MFB2S4D3YR001148 | 2000 | 2000 | MIDLAND MFG. LT | SEMI-TRAILER | BELLY DUMP SE |

| OWNER(S) NAME | TITLE NUMBER | VEHICLE TYPE | SHIPPING WEIGHT | DATE ISSUED |
|---|---|---|---|---|
| GATE CITY BANK | ND1169267200 | TRAILER | 0 | 3/27/2024 |

| ODOMETER READING | ODOMETER STATUS |
|---|---|
| | EXEMPT |

MAIL TO:
GATE CITY BANK
PO BOX 2847
FARGO ND 58108-2847

### PART 1. ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)

| Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessor, Trust): | | ☐ Driver's License ☐ FEIN | Telephone Number |
|---|---|---|---|
| Mailing Address | City | State | ZIP Code | County |

| Co-Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessee, Trust): | | ☐ Driver's License ☐ FEIN | Telephone Number |
|---|---|---|---|
| Mailing Address | City | State | ZIP Code | County |

Check One: ☐ Or  ☐ And  ☐ And/Joint Tenants with Right of Survivorship    Purchase Date (Mo., Day, Year)    Purchase Price

**Odometer Disclosure:** Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked: ☐ Mileage stated is in excess of its mechanical limits. ☐ Odometer reading is not the actual mileage (**warning** *odometer discrepancy*)

Odometer Reading ___ NO TENTHS

| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
|---|---|---|---|
| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
| Hand-Printed Name(s) of Seller(s)/Transferor(s) | Daytime Telephone No. | Hand-Printed Name(s) of Applicant(s)/Buyer(s)/Transferee(s) | |

### LEGAL TITLE OWNER (LIENHOLDER)
Any lien recorded in the office of the Department of Transportation is shown below. The lien holder named is and shall remain legal owner of the vehicle until the encumbrance is released or satisfied.

I certify that the applicant has complied with the requirements of Title 39 of the North Dakota Century Code relative to the issuance of a certificate of title for a vehicle.

*Robert Rehborg*

Deputy Director for Driver Safety

LIEN RELEASE - ALL INTERESTS IN THE VEHICLE DESCRIBED ABOVE ARE RELEASED.

Lienholder Name

| Signature of Agent | Date (Mo., Day, Year) |
|---|---|

THE DEPARTMENT OF TRANSPORTATION IS NOT RESPONSIBLE FOR FALSE OR FRAUDULENT STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE.    SFN 2875 (9-2023)

S347541

ERASURES, ALTERATIONS OR MUTILATIONS VOID THIS TITLE

LEGAL DOCUMENT -- KEEP IN A SAFE PLACE

**CERTIFICATE OF TITLE FOR A VEHICLE**
NORTH DAKOTA DEPARTMENT OF TRANSPORTATION
SFN 2875

ND DEPT. OF TRANSPORTATION
MOTOR VEHICLE DIVISION
608 E BOULEVARD AVE
BISMARCK ND 58505-0780
Telephone: (701) 328-2725

| VIN | YEAR MODEL | YEAR REGISTERED | MAKE | BODY STYLE | MODEL |
|---|---|---|---|---|---|
| 2MFB2S3D3YR000650 | 2000 | 2000 | MIDLAND MFG. LT | SEMI-TRAILER | BELLY DUMP SE |

| OWNER(S) NAME | TITLE NUMBER | VEHICLE TYPE | SHIPPING WEIGHT | DATE ISSUED |
|---|---|---|---|---|
| GATE CITY BANK | ND1627953664 | TRAILER | 0 | 3/22/2024 |

| ODOMETER READING | ODOMETER STATUS |
|---|---|
| | EXEMPT |

MAIL TO: GATE CITY BANK
PO BOX 2847
FARGO ND 58108-2847

**PART 1. ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)**

| Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessor, Trust): | | ☐ Driver's License ☐ FEIN | | Telephone Number | |
|---|---|---|---|---|---|
| Mailing Address | City | | State | ZIP Code | County |
| Co-Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessee, Trust): | | ☐ Driver's License ☐ FEIN | | Telephone Number | |
| Mailing Address | City | | State | ZIP Code | County |

| Check One: ☐ Or ☐ And ☐ And/Joint Tenants with Right of Survivorship | Purchase Date (Mo., Day, Year) | Purchase Price |
|---|---|---|

**Odometer Disclosure:** Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked: ☐ Mileage stated is in excess of its mechanical limits. ☐ Odometer reading is not the actual mileage (**warning** *odometer discrepancy*).

| Odometer Reading | |
|---|---|
| | NO TENTHS |

| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
|---|---|---|---|
| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
| Hand-Printed Name(s) of Seller(s)/Transferor(s) | Daytime Telephone No. | Hand-Printed Name(s) of Applicant(s)/Buyer(s)/Transferee(s) | |

**LEGAL TITLE OWNER (LIENHOLDER)**

Any lien recorded in the office of the Department of Transportation is shown below. The lien holder named is and shall remain legal owner of the vehicle until the encumbrance is released or satisfied.

I certify that the applicant has complied with the requirements of Title 39 of the North Dakota Century Code relative to the issuance of a certificate of title for a vehicle.

*Robert Rebsong*

Deputy Director for Driver Safety

**LIEN RELEASE - ALL INTERESTS IN THE VEHICLE DESCRIBED ABOVE ARE RELEASED.**

| Lienholder Name | |
|---|---|
| Signature of Agent | Date (Mo., Day, Year) |

S347830

THE DEPARTMENT OF TRANSPORTATION IS NOT RESPONSIBLE FOR FALSE OR FRAUDULENT STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE.

SFN 2875 (9-2023)

ERASURES, ALTERATIONS OR MUTILATIONS VOID THIS TITLE

LEGAL DOCUMENT - - KEEP IN A SAFE PLACE

## CERTIFICATE OF TITLE FOR A VEHICLE
NORTH DAKOTA DEPARTMENT OF TRANSPORTATION
SFN 2875

ND DEPT. OF TRANSPORTATION
MOTOR VEHICLE DIVISION
608 E BOULEVARD AVE
BISMARCK ND 58505-0780
Telephone: (701) 328-2725

| VIN | YEAR MODEL | YEAR REGISTERED | MAKE | BODY STYLE | MODEL |
|---|---|---|---|---|---|
| 2MFB2S3D7YR000652 | 2000 | 2000 | MIDLAND MFG. LT | SEMI-TRAILER | BELLY DUMP SE |

| OWNER(S) NAME | TITLE NUMBER | VEHICLE TYPE | SHIPPING WEIGHT | DATE ISSUED |
|---|---|---|---|---|
| GATE CITY BANK | ND685152768 | TRAILER | 0 | 3/22/2024 |

| | ODOMETER READING | ODOMETER STATUS |
|---|---|---|
| | | EXEMPT |

MAIL TO: GATE CITY BANK
PO BOX 2847
FARGO ND 58108-2847

**PART 1. ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)**

| Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessor, Trust): | ☐ Driver's License ☐ FEIN | Telephone Number |
|---|---|---|

| Mailing Address | City | State | ZIP Code | County |
|---|---|---|---|---|

| Co-Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessee, Trust): | ☐ Driver's License ☐ FEIN | Telephone Number |
|---|---|---|

| Mailing Address | City | State | ZIP Code | County |
|---|---|---|---|---|

Check One: ☐ Or  ☐ And  ☐ And/Joint Tenants with Right of Survivorship   Purchase Date (Mo., Day, Year)   Purchase Price

**Odometer Disclosure:** Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked: ☐ Mileage stated is in excess of its mechanical limits. ☐ Odometer reading is not the actual mileage (**warning** *odometer discrepancy*).

Odometer Reading ___ NO TENTHS

| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
|---|---|---|---|
| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
| Hand-Printed Name(s) of Seller(s)/Transferor(s) | Daytime Telephone No. | Hand-Printed Name(s) of Applicant(s)/Buyer(s)/Transferee(s) | |

**LEGAL TITLE OWNER (LIENHOLDER)**
Any lien recorded in the office of the Department of Transportation is shown below. The lien holder named is and shall remain legal owner of the vehicle until the encumbrance is released or satisfied.

I certify that the applicant has complied with the requirements of Title 39 of the North Dakota Century Code relative to the issuance of a certificate of title for a vehicle.

*Robert Rehborg*

Deputy Director for Driver Safety

**LIEN RELEASE - ALL INTERESTS IN THE VEHICLE DESCRIBED ABOVE ARE RELEASED.**

| Lienholder Name | |
|---|---|
| Signature of Agent | Date (Mo., Day, Year) |

S347829

THE DEPARTMENT OF TRANSPORTATION IS NOT RESPONSIBLE FOR FALSE OR FRAUDULENT STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE.

SFN 2875 (9-2023)

ERASURES, ALTERATIONS OR MUTILATIONS VOID THIS TITLE

**LEGAL DOCUMENT -- KEEP IN A SAFE PLACE**

# CERTIFICATE OF TITLE FOR A VEHICLE
NORTH DAKOTA DEPARTMENT OF TRANSPORTATION
SFN 2875

ND DEPT. OF TRANSPORTATION
MOTOR VEHICLE DIVISION
608 E BOULEVARD AVE
BISMARCK ND 58505-0780
Telephone: (701) 328-2725

| VIN | YEAR MODEL | YEAR REGISTERED | MAKE | BODY STYLE | MODEL |
|---|---|---|---|---|---|
| 2MFB2S4D4XR000542 | 1999 | 1999 | MIDLAND MFG. LT | SEMI-TRAILER | BELLY DUMP SE |

| OWNER(S) NAME | TITLE NUMBER | VEHICLE TYPE | SHIPPING WEIGHT | DATE ISSUED |
|---|---|---|---|---|
| GATE CITY BANK | ND825514496 | TRAILER | 0 | 3/27/2024 |

ODOMETER READING     ODOMETER STATUS
EXEMPT

MAIL TO:
GATE CITY BANK
PO BOX 2847
FARGO ND 58108-2847

## PART 1. ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)

Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessor, Trust): ☐ Driver's License ☐ FEIN   Telephone Number

| Mailing Address | City | State | ZIP Code | County |
|---|---|---|---|---|

Co-Applicant's/Buyer's Legal Name (first, middle, last) or Firm Name (Lessee, Trust): ☐ Driver's License ☐ FEIN   Telephone Number

| Mailing Address | City | State | ZIP Code | County |
|---|---|---|---|---|

Check One: ☐ Or ☐ And ☐ And/Joint Tenants with Right of Survivorship   Purchase Date (Mo., Day, Year)   Purchase Price

Odometer Disclosure: Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked: ☐ Mileage stated is in excess of its mechanical limits. ☐ Odometer reading is not the actual mileage (warning *odometer discrepancy)

Odometer Reading ___ NO TENTHS

| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
|---|---|---|---|
| Signature of Seller/Transferor | Date (Mo., Day, Year) | Signature of Applicant/Buyer/Transferee | Date (Mo., Day, Year) |
| Hand-Printed Name(s) of Seller(s)/Transferor(s) | Daytime Telephone No. | Hand-Printed Name(s) of Applicant(s)/Buyer(s)/Transferee(s) | |

LEGAL TITLE OWNER (LIENHOLDER)
Any lien recorded in the office of the Department of Transportation is shown below. The lien holder named is and shall remain legal owner of the vehicle until the encumbrance is released or satisfied.

I certify that the applicant has complied with the requirements of Title 39 of the North Dakota Century Code relative to the issuance of a certificate of title for a vehicle.

_Robert Rehborg_

Deputy Director for Driver Safety

LIEN RELEASE - ALL INTERESTS IN THE VEHICLE DESCRIBED ABOVE ARE RELEASED.

Lienholder Name

| Signature of Agent | Date (Mo., Day, Year) |
|---|---|

S347540

THE DEPARTMENT OF TRANSPORTATION IS NOT RESPONSIBLE FOR FALSE OR FRAUDULENT STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE.
SFN 2875 (9-2023)

ERASURES, ALTERATIONS OR MUTILATIONS VOID THIS TITLE

# Pifer's AUCTIONEERS

1506 29th Ave S.
Moorhead, MN 56560
Phone: 218-477-1968
Fax: 218-477-1969

**www.pifers.com**   Pg. 1

Date: 4 /23 /20 24

# EQUIPMENT AUCTION CONTRACT

The Pifer Group, Inc, a North Dakota corporation, 1506 29th Ave S, Moorhead, MN 56560,
hereinafter referred to as **"AUCTIONEER."**

EXHIBIT
**C**

## 1. PARTIES

Owner's Full Legal Name: Gate City
Company/DBA's: Gate City Bank
Social Security #/EIN: 45-0138060
Street Address: 500 2nd Ave N          PO Box: 3847
City: Fargo                    State: ND     Zip Code: 58108
Main Contact Person for this Auction: Chris Prochnow
Phone Number(s): Home: _____  Cell: 701-293-2592
Contact's Email Address: Kristi Feil <KristiFeil@gatecity.bank>
Other Pertinent Information: _____

The individual owner and/or company owner, whether single, or multiple, are hereinafter referred to as **"OWNER."**

## 2. AUCTION DATE & PERSONAL PROPERTY

Auction Name: Central Dakota
Auction Date: April 23                    Time: 10 _____ AM ☒ PM ☐
Auction Location: Steele, ND
Online Auction: ☒ Live On-Site & Online   ☐ Online Only  ☐ No Online component
List of Property: Items of Personal Property to be sold at Auction are identified on "Exhibit A" attached hereto
and made part of this agreement (the "Personal Property").
A Reserve Amount related to each item of Personal Property, if any, shall be stated by OWNER on Exhibit A.
The Auction Date may be extended by written agreement of AUCTIONEER and OWNER.

**APPROXIMATE VALUE** $ _____



# EQUIPMENT AUCTION CONTRACT

## 3. TERMS & CONDITIONS

OWNER hereby grants AUCTIONEER the exclusive right to sell at public auction the Personal Property set forth in Exhibit A. AUCTIONEER will perform its duties hereunder as an agent of OWNER, in a reasonable and professional manner, according to the terms and conditions identified herein. However, AUCTIONEER does not guarantee a sale or payments on any item(s). AUCTIONEER is not responsible if OWNER and/or any buyer at the auction sale fail to live up to their respective agreements concerning any property to be auctioned, or in the event of non-delivery of property by OWNER to any such buyer. If a buyer defaults on payment, the item becomes a No-Sale or may be offered to the next highest bidder.

Pursuant to the sale of OWNER'S property under this agreement, AUCTIONEER is empowered to do the following on OWNER'S account: (a) Auctioneer may sign any memorandum of sale on behalf of and in the name of seller, or in AUCTIONEER's own name, in connection with the sale of OWNER'S property; (b) Auctioneer may receive a deposit from each buyer at the auction sale immediately after the sale is consummated; and (c) Auctioneer is prohibited and disabled from giving any warranty as to quality or description of OWNER's property.

OWNER agrees to cooperate with AUCTIONEER in all respects to accomplish the sale of the Personal Property pursuant to this Contract and according to the terms and conditions identified herein, and shall refrain from all acts that would reasonably tend to interfere with auctioneer in discharging auctioneer's duties under this agreement or as required by law. OWNER acknowledges that AUCTIONEER may charge buyer's premiums related to online bidding and bid by phone, but such premiums will have no effect on OWNERS's obligations under this Agreement.
The licensed AUCTIONEER(s) is/are authorized to purchase at this auction.

## 4. PERSONAL PROPERTY & NET PROCEEDS

No Personal Property shall be sold or withdrawn from the sale prior to the auction except by mutual agreement between OWNER and AUCTIONEER. It is mutually agreed that all Personal Property will be sold to the highest bidder except for Personal Property specified in advance by OWNER in writing to have a minimum sale price (RESERVE). It is further agreed that AUCTIONEER may deduct their commission fees and costs at the rate established below from the gross sales receipts resulting from the auction sale. AUCTIONEER will make good faith effort to account for and turn the net proceeds from the sale over to OWNER within fifteen business days of the auction, subject to lien restrictions & extended bidder payments. AUCTIONEER shall not be responsible for and OWNER shall assume all risk of loss if all or any part of the property is lost, stolen, damaged, or destroyed or for injuries to persons or property. OWNER agrees to hold harmless, indemnify and defend AUCTIONEER if the Personal Property is stolen, damaged, or destroyed or if the Personal Property causes injury to person(s) or property. AUCTIONEER is not liable for any damages arising from any inaccurate description of the property or warranties made by the seller relating to Personal Property sold hereunder. OWNER agrees to hold harmless, indemnify and defend AUCTIONEER from and against any claims with respect to any inaccurate description or warranties of the Personal Property, or the condition of the Personal Property. OWNER covenants and agrees that he/she has good title and the right to sell the Personal Property, and the Personal Property is free from all encumbrances except as indicated below.

*Kevin D. Pifer, Auctioneer*
*ND#715 • MN#14-106 • MT#16149 • SD#12782 • WI#2989-52*
*ND Auction Clerk License Number: #534*

In accordance with Ruling #51-05, 1-04.1, a bond in the amount of $5,000 for each auctioneer on file with the ND Public Service Commission, Bismarck, ND 58505-0480. (701) 328-2400

Auction Name: Central Dakota                                                                                           Pg. 3

## Pifer's AUCTIONEERS — EQUIPMENT AUCTION CONTRACT

### 5. LIENS, SECURITY INTERESTS & ENCUMBRANCES

OWNER UNDERSTANDS THAT ALL LIENS, SECURITY INTERESTS, AND ENCUMBRANCES AGAINST THE PERSONAL PROPERTY MUST BE DISCLOSED. This includes but is not limited to the following:

- **Operating Lines of Credit.**
- **Blanket Loans.**
- **Purchase Money Security Interest Loans.**
- **Leases.**
- **Rental Agreements.**
- **State & Federal Tax Liens.**

**List all Liens below along with:**
- **Name of Bank or Lienholder.**
- **Name & Phone Number of Contact at Bank or Lienholder.**
- **Approximate Loan Balance or amount of lien being claimed on individual items for sale.**

_____
_____
_____
_____

If no liens, security interests or encumbrances, check **NONE** and sign. ☑ **NONE** Signature: _Kristi Steil_

**OWNER AGREES TO HOLD HARMLESS, INDEMNIFY AND DEFEND AUCTIONEERS FROM AND AGAINST ANY CLAIMS WITH RESPECT TO OWNER'S FAILURE TO DISCLOSE ANY AND ALL LIENS, SECURITY INTERESTS, AND ENCUMBRANCES ON ITEMS TO BE SOLD. OWNER AGREES TO PAY ALL LEGAL FEES INCURRED BY AUCTIONEER REGARDING REVIEW OF LIENS AND ENCUMBRANCES AND ALL OTHER ISSUES THAT ARISE REGARDING THIS CONTRACT AND ITEMS FOR SALE. AUCTIONEERS RESERVE THE RIGHT TO CANCEL THIS CONTRACT AND PULL ITEMS FROM THE AUCTION IF OWNER FAILS TO DISCLOSE ANY LIENS, SECURITY INTERESTS, ENCUMBRANCES, OR ANY LEGAL ISSUES.**

**Regarding Annual Auction Contracts, OWNER agrees to notify AUCTIONEER immediately of any changes to this section.**

### 6. TITLED ITEMS

As to those items of Personal Property which have certificates of title, OWNER agrees to provide Certificates of Title to AUCTIONEER at least 10 days prior to auction evidencing title to the Personal Property. **TITLED VEHICLES WILL NOT BE SOLD UNLESS AUCTIONEER HAS POSSESSION OF TITLES 10 DAYS PRIOR TO SALE. ALONG WITH THE TITLE, ANY CAR, PICKUP, TRUCK, UNCONVENTIONAL VEHICLE, MOTOR HOME, AND MOTORCYCLES LESS THAN 9 YEARS OLD WITH A NORTH DAKOTA TITLE MUST HAVE SFN 18609 DAMAGE/SALVAGE DISCLOSURE STATEMENT COMPLETED BY THE OWNER. TITLE(S) MUST BE IN THE NAME OF THE OWNER. CERTIFICATES OF ORIGIN ARE NOT ACCEPTABLE AND MUST BE CONVERTED TO A TITLE IN THE NAME OF THE OWNER 10 DAYS PRIOR TO THE AUCTION. ALL PREVIOUSLY SALVAGED VEHICLES MUST BE DISCLOSED 10 DAYS PRIOR TO AUCTION. OWNER AGREES TO PAY ALL LEGAL FEES INCURRED BY AUCTIONEER REGARDING TITLE ISSUES.**

**Vehicles sold by "Bill of Sale" only must be disclosed prior to sale and carry the same representation and warranties of OWNER as do titled vehicles.**

### 7. REPRESENTATIONS OF OWNER; AS IS WHERE IS

All items will be sold "AS IS WHERE IS".

OWNER shall be responsible for and shall indemnify and hold AUCTIONEER harmless from all liability resulting from any statement or representations regarding future use, rentals, physical shape, condition, or improvements of any Personal Property described herein. OWNER shall create, review and approve the Personal Property description, if any, prior to the Sale.

OWNER guarantees there are no hidden defects of any items, with exceptions noted in writing on EXHIBIT A.

Auction Name:  Central Dakota

Pg. 4

 **Pifer's AUCTIONEERS**

# EQUIPMENT AUCTION CONTRACT

## 8. WORK, TRANSPORTATION, EXPENSES

If OWNER requests the right to work on equipment at the auction site/location, AUCTIONEERS will NOT be responsible for any injury or damage to any person or property.  Any cost(s) incurred by the AUCTIONEER, because of this work, will be deducted from the proceeds due the OWNER. The OWNER authorizes AUCTIONEER to start and move equipment on the auction site/location. OWNER, at OWNER expense, will deliver all items they are selling to the auction site.  Transportation of items will incur additional fees.  Items must have the following in order to be sold:

- **Interior & Exterior Cleaned**
- **Minimum ¼ Tank of Gas/Fuel**
- **Fluid Levels Checked**
- **Good Batteries**
- **Flat Tires Fixed**
- **Winter Fuel & Fluids Filled**

*If these requirements are not met, OWNER authorizes AUCTIONEER to perform these services and OWNER will reimburse AUCTIONEER for such services out of the Auction proceeds.*

## 9. COMMISSION & COSTS OF SALE

In consideration for the performance of this Agreement, Owner agrees to pay the agreed upon commission calculated as a percentage of gross sales and all costs and expenses related to the sale, including the following:

Commission Rate: 8%

Advertising: _____

Cleaning (Estimated): _____

Legal Fees (As Incurred): _____

Set-Up (Estimated): _____

Other (As Incurred): _____

Other: _____

No Sale Fee: _____

## 10. GENERAL TERMS

This agreement constitutes the entire agreement between the parties, and any prior understanding or representation of any kind preceding the date of this agreement shall not be binding on either party except to the extent incorporated in this agreement.  Any modification of this agreement or additional obligation assumed by either party in connection with this agreement shall be binding only if in writing signed by each party.  This agreement, and all suits and special proceedings under it, shall be construed in accordance with and under and pursuant to the laws of North Dakota, and any action, special proceeding, or any other proceeding that may be brought arising out of, in connection with, or by reason of this agreement shall be brought in Cass County, North Dakota. If any action is filed in relation to this agreement, the unsuccessful party in the action shall pay to the successful party, in addition to all the sums that either party may be called on to pay, a reasonable sum for the successful party's attorneys' fees.  The failure of either party to this agreement to insist on the performance of any of the terms and conditions of this agreement, or the waiver of any breach of any of the terms and conditions of this agreement, shall not be construed as subsequently waiving any such terms and conditions, but the terms and conditions shall continue and remain in full force and effect as if no such forbearance or waiver had occurred.

**By signing below, OWNER understands and agrees to all terms and conditions of this contract.**

AUCTIONEERS: The Pifer Group, Inc.

Signing Agent: Chris Prochnow

Signature: _____

Contact Agent(s): _____

Signature: _____

Date: _____

OWNER(S): Kristi Feil

Print Name & Position: Kristi Feil / Lending Solutions Supervisor

Signature: Kristi Feil

Print Name & Position: _____

Signature: _____

Date: 4/23/24