UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 24-30168 |
|---|---|
| Stark Energy, Inc., | Chapter 11, Subchapter V |
| Debtor. | |

**DECLARATION OF ROSS LARSON CERTIFYING RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

| STATE OF MINNESOTA | ) | |
|---|---|---|
| | ) | SS |
| COUNTY OF DOUGLAS | ) | |

Ross Larson, pursuant to 11 U.S.C. § 1746, hereby certifies as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this certification. I am a CPA and am employed by Central Specialties Inc. ("Central") as its Vice President and Chief Financial Officer, and have been employed by Central for 5 years.

2. The evidence set out in this Declaration is based on my personal knowledge and, if called as a witness, I could and would competently testify to the matters set forth herein based on my personal knowledge. In my capacity as a representative of Central, I am familiar with Central's process of contracting with drivers to haul loads of asphalt millings for road construction, parking lots, etc., and regularly review of Rental Time Slip forms (*i.e.*, "Tickets") submitted by drivers for payment in the course of my duties. My certification herein is based on my service as a representative of Central.

3. As a full-service general road contractor, Central provides asphalt paving and milling, site work, excavation, culvert installation, etc. for highways, streets, parking lots, and the like.

4. I am the custodian of records for Central.

5. Central was served with a subpoena for production of documents by Gate City Bank in the above-titled bankruptcy case. The subpoena requested documentation as to invoices and field tickets submitted by Stark Energy, Inc. to Central and payments made to Stark Energy, Inc. for 2023-2024. In response to that subpoena, Central provided copies of Stark Energy, Inc.'s submitted Tickets for payment attached hereto as **Exhibit A**.

6. I submit this Declaration in support of the records attached as **Exhibit A** which were provided in response to Gate City's Subpoena.

7. The attached records attached as **Exhibit A** were made at or near the time of the events set forth therein by people with knowledge of those matters.

8. It is Central's standard practice to require drivers to identify the truck number and trailer type that are used in transporting aggregate or asphalt for Central, for Central's Records

9. It is the regular practice of business activity to make and keep such records attached as **Exhibit A**.

The records attached as **Exhibit A** were kept in the regular course of business activity.

10. I certify under penalty of perjury that the foregoing is true and correct.

Dated this second day of July, 2024.

2

                        **CENTRAL SPECIALTIES, INC.**

BY: _____

Ross Larson, VP and Chief Financial Officer.

4883-5786-1837 v.1



EXHIBIT A

## RENTAL TIME SLIP
### CENTRAL SPECIALTIES INC.
6325 COUNTY ROAD 87 SW, ALEXANDRIA, MN 56308

COMPANY: Shark Energy Inc.
DATE: 4/29/24   DRIVER: Rob Petty
TRUCK NUMBER: S-21   TRUCK TYPE: Belly Dump
START TIME: 9:20A   STOP TIME: 7:15p   TOTAL HOURS: 9.75

FUEL PURCHASED: _____ GAL
(AUTHORIZED SIGNATURE)

| # | JOB # | PIT NAME | MATERIAL TICKET # | TYPE OF MATERIAL | YARDS-TONS | DESTINATION | LOAD TIME | DUMP TIME |
|---|-------|----------|-------------------|------------------|------------|-------------|-----------|-----------|
| 1 | 23008 | Stockpile S5 | | Class 5 | | On Road | 9:22A | 9:53A |
| 2 | 23008 | " | | Class 5 | | On Road 10:10A | 10:25 | 10:28A |
| 3 | 23008 | " | | Class 5 | | On Road | 10:38A | 10:48A |
| 4 | 23008 | " | | Class 5 | | On Road | 10:57A | 11:07A |
| 5 | 23008 | " | | Class 5 | | On Road | 11:19A | 11:28A |
| 6 | 23008 | " | | Class 5 | | On Road | 11:39A | 11:50 |
| 7 | 23008 | " | | Class 5 | | On Road | 11:59A | |
| 8 | 23008 | " | | Class 5 | | " | 12:20p | 12:34p |
| 9 | 23008 | " | | " | | " | 12:43p | 12:56 |
| 10 | 23008 | " | | " | | " | 1:00pm | 1:21p |
| 11 | 23008 | " | | " | | " | 1:31p | 1:41p |
| 12 | 23008 | " | | " | | " | 2:00p | 2:45p |
| 13 | 23008 | " | | " | | " | 2:56p | 3:08p |
| 14 | 23008 | " | | " | | " | 3:20p | 3:35 |
| 15 | 23008 | " | | " | | " | 3:47p | 4:00p |
| 16 | 23008 | " | | " | | " | 4:10p | 4:22p |
| 17 | 23008 | " | | " | | " | 4:33p | 4:48 |
| 18 | 23008 | " | | " | | " | 4:54p | 5:15 |
| 19 | 23008 | " | | " | | " | 5:22p | 5:35 |
| 20 | 23008 | " | | " | | " | 5:44p | 6:08 |
| 21 | 23008 | " | | " | | " | 6:14p | 6:27p |
| 22 | 23008 | " | | " | | " | 6:37p | 6:52 |
| 23 | 23008 | " | | " | | " | 6:59p | 7:13 |
| 24 | | | | | | | | |
| 25 | | | | 23008 CL5 (23) 4/04 | | | | |
| 26 | | | | | | | | |

ALL TIME SLIPS MUST BE FILLED OUT COMPLETELY IN ORDER FOR PAYMENT TO BE ISSUED.
IF MORE ROOM IS NEEDED USE ANOTHER PAGE.
ANY DOWNTIME (PAID OR UNPAID) MUST BE RECORDED ON THIS SHEET.

DRIVERS SIGNATURE: _____   FOREMAN SIGNATURE: _____

WHITE (ORIGINAL)   YELLOW (RENTAL COPY)

COMPANY: Stark Energy, Inc.
DATE: 4/30/24
DRIVER: Rob Petty
TRUCK NUMBER: S-211   TRUCK TYPE: Belly Dump
START TIME: 6:45A   STOP TIME: 9:00AM   TOTAL HOURS: 2.25

FUEL PURCHASED

GAL

(AUTHORIZED SIGNATURE)

| JOB # | PIT NAME | MATERIAL TICKET # | TYPE OF MATERIAL | YARDS-TONS | DESTINATION | LOAD TIME | DUMP TIME |
|---|---|---|---|---|---|---|---|
| 1. 23008 | Stockpile 85 | | class 5 | | On Road | | |
| 2. " | " | | " | | " | 6:48A | 7:01A |
| 3. " | " | | " | | " | 7:03A | 7:20A |
| 4. " | " | | " | | " | 7:28A | 7:41A |
| 5. " | " | | " | | " | 7:50A | 8:05A |
| 6. " | " | | " | | " | 8:12A | 8:26A |
| 7. | | | " | | " | 8:40A | 8:53 |
| 8. | | | | | | | |

(rows 9–26 blank)

23008 CL5(6) 4/01

ALL TIME SLIPS MUST BE FILLED OUT COMPLETELY IN ORDER FOR PAYMENT TO BE ISSUED.
IF MORE ROOM IS NEEDED USE ANOTHER PAGE.
ANY DOWNTIME (PAID OR UNPAID) MUST BE RECORDED ON THIS SHEET.

DRIVERS SIGNATURE: [signed]
FOREMAN SIGNATURE: NU

WHITE - USE COPY   YELLOW - DRIVERS COPY

## TRUCK RENTAL PAYMENT FORM

| Stark Energy | | | | | | | | VENDOR # | SE0122 |
|---|---|---|---|---|---|---|---|---|---|
| Truck Type: | Belly | | O/O, HIRED, OR Broker: | | | | Hired | | |
| DATE | TRUCK | TICKET | MAT. | JOB | G/L | HRS | FUEL | RATE | TOTAL |
| 6/4/2024 ✓ | S-211 | 304901 | MILLINGS | 23008 | 9.04 | 9.75 | | 155.00 ✓ | 1,511.25 |
| 6/5/2024 ✓ | S-211 | 304903 | MILLINGS | 23008 | 9.04 | 6.25 | | 155.00 | 968.75 |
| 6/6/2024 ✓ | S-211 | 304904 | MILLINGS | 23008 | 9.04 | 5.50 | | 155.00 | 852.50 |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | Total Hours | | 21.50 | SUBTOTAL | | 3,332.50 |
| | | | | | | | LESS FUEL PURCH | | - |
| | | | | | | | TOTAL | | $ 3,332.50 |

### FUEL PURCHASED

| JOB DIV/CC PRICE GALLONS | | | | | | | | | TOTAL FUEL PURCH |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

VENDOR:              SE0122              INV:

| JOB | DIV | CC | G/L | AMOUNT |
|---|---|---|---|---|
| 23008 | 9 | 4 | 505.01 | $ 3,332.50 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | $ 3,332.50 |

MO./DAY
PAY SHEET DONE mk 6/3
DOUBLE CHECK
INSURANCE 6/14
W/9 ✓
PAPERWORK mk 6/3
PAYROLL

Hold Reason: _Pyroll!_    Date: 06/14/24

Pd ck # 144944 dated 6/21/24

Central 003

# RENTAL TIME SLIP
## CENTRAL SPECIALTIES INC.
6325 COUNTY ROAD 87 SW., ALEXANDRIA, MN 56308

Ticket 304901

COMPANY: Stark Energy Inc.
DATE: 6/4/24   DRIVER: Rob Fettig
TRUCK NUMBER: S-211   TRUCK TYPE: BD-001 Belly Dump
START TIME: 8:30A   STOP TIME: 8:15p   TOTAL HOURS: 9.75 ~~11.75~~

**FUEL PURCHASED** _____ GAL.
(AUTHORIZED SIGNATURE)

10:29 the Beginning Broke Down Mill + Had to go to Shop to get Belt Etc.

| # | JOB # | PIT NAME | MATERIAL TICKET # | TYPE OF MATERIAL | YARDS-TONS | DESTINATION | LOAD TIME | DUMP TIME |
|---|---|---|---|---|---|---|---|---|
| 1 | 23008 | 85 Hwy | | Millings | | 85 pit | 10:29 | 10:47 |
| 2 | | | | Millings | | 85 pit | 11:18A | 11:28A |
| 3 | | | | | | | 11:54A | 12:08p |
| 4 | | | | | | | 12:27p | 12:33p |
| 5 | | | | | | | 12:46p | 2:58p |
| 6 | | | | | | | 1:38 | 1:52p |
| 7 | | | | | | | 2:03p | 2:18p |
| 8 | | | | | | | 2:38 | 2:51p |
| 9 | | | | | | | 3:42 | 3:57p |
| 10 | | | | | | | 4:38p | 4:48p |
| 11 | | | | | | | 5:07 | 5:26 |
| 12 | | | | | | | 5:43p | 5:58p |
| 13 | | | | | | | 6:15p | 6:27 |
| 14 | | | | | | | 6:48p | 6:56 |
| 15 | | | | | | Special load New location | ~~7:10p~~ 7:56p | 8:15p |

1st load around 10:30

23008 Millings (15) 9/04

ALL TIME SLIPS MUST BE FILLED OUT COMPLETELY IN ORDER FOR PAYMENT TO BE ISSUED.
IF MORE ROOM IS NEEDED USE ANOTHER PAGE.
ANY DOWNTIME (PAID OR UNPAID) MUST BE RECORDED ON THIS SHEET.

DRIVERS SIGNATURE _____   FOREMAN SIGNATURE _____

WHITE (CSI COPY) - YELLOW (RENTAL COPY)

Central 004

# RENTAL TIME SLIP
## CENTRAL SPECIALTIES INC.
6325 COUNTY ROAD 87 SW, ALEXANDRIA, MN 56308

**Ticket** 304903

COMPANY: Starh Energy Inc.
DATE: 6/5/24
DRIVER: Rob Fethy
TRUCK NUMBER: S-211
TRUCK TYPE: Belly Dump   BD-001
START TIME: 12:45p   STOP TIME: 7:02p   TOTAL HOURS: 6.25

**FUEL PURCHASED** _____ GAL

(AUTHORIZED SIGNATURE)

| # | JOB # | PIT NAME | MATERIAL TICKET # | TYPE OF MATERIAL | YARDS-TONS | DESTINATION | LOAD TIME | DUMP TIME |
|---|---|---|---|---|---|---|---|---|
| 1 | 23008 | 85 Hwy | | Millings | | 85 pit | 12:45p | 1:00p |
| 2 | 23008 | 85 Hwy | | Millings | | 85 pit | 1:30p | 1:41p |
| 3 | 23008 | 85 Hwy | | Millings | | 85 pit | 2:20p | 2:34p |
| 4 | 23008 | 85 Hwy | | Millings | | 85 pit | 3:48p | 3:55p |
| 5 | 23008 | 85 Hwy | | Millings | | 85 pit | 4:45p | 4:57p |
| 6 | 23008 | 85 Hwy | | Millings | | 85 pit | 5:38p | 5:54p |
| 7 | 23008 | 85 Hwy | | Millings | | 85 pit | 6:30p | 6:50p |
| 12 | | 23008 Millings (7) 9/oy | | | | | | |

ALL TIME SLIPS MUST BE FILLED OUT COMPLETELY IN ORDER FOR PAYMENT TO BE ISSUED.
IF MORE ROOM IS NEEDED USE ANOTHER PAGE.
ANY DOWNTIME (PAID OR UNPAID) MUST BE RECORDED ON THIS SHEET.

DRIVERS SIGNATURE _____    FOREMAN SIGNATURE _____

WHITE (CSI COPY) · YELLOW (RENTAL COPY)

Central 005

## RENTAL TIME SLIP
## CENTRAL SPECIALTIES INC.
6325 COUNTY ROAD 87 SW., ALEXANDRIA, MN 56308

Ticket 304904

COMPANY: Stark Energy Inc.

DATE: 6/6/24   DRIVER: _____

TRUCK NUMBER: 5-2U   TRUCK TYPE: Belly Dump   BD-001

START TIME: 8:15A   STOP TIME: 1:45p   TOTAL HOURS: 5.5

FUEL PURCHASED: _____ GAL

(AUTHORIZED SIGNATURE)

| # | JOB # | PIT NAME | MATERIAL TICKET # | TYPE OF MATERIAL | YARDS-TONS | DESTINATION | LOAD TIME | DUMP TIME |
|---|-------|----------|-------------------|------------------|------------|-------------|-----------|-----------|
| 1 | 23008 | 85 Hwy | | Millings | | 85 pit | 8:15A | 8:30A |
| 2 |       | 85 Hwy | | Millings | | 85 pit | 9:08A | 9:46A |
| 3 |       | 85 Hwy | | Millings | | 85 pit | 9:40A | 9:55A |
| 4 |       | 85 Hwy | | Millings | | 85 pit | 10:12A | 10:31A |
| 5 |       | 85 Hwy | | Millings | | 85 pit | 10:42A | 11:00A |
| 6 |       | 85 Hwy | | Millings | | 85 pit | 11:20A | 11:36A |
| 7 |       | 85 Hwy | | Millings | | 85 pit | 12:08p | 12:33p |
| 8 |       | 85 Hwy | | Millings | | 85 pit | 1:26p | 1:45p |

23008 Millings (B) 9104

TIME SLIPS MUST BE FILLED OUT COMPLETELY IN ORDER FOR PAYMENT TO BE ISSUED.
(M)ORE ROOM IS NEEDED USE ANOTHER PAGE.
DOWNTIME (PAID OR UNPAID) MUST BE RECORDED ON THIS SHEET.

DRIVERS SIGNATURE _____   FOREMAN SIGNATURE _____

WHITE (CSI COPY) - YELLOW (RENTAL COPY)

Central 006

## TRUCK RENTAL PAYMENT FORM

Stark Energy ✓

| Truck Type: | Belly | | | O/O, HIRED, OR Broker: | | | Hired | VENDOR # | SE0122 |
|---|---|---|---|---|---|---|---|---|---|
| DATE | TRUCK | TICKET | MAT. | JOB | G/L | HRS | FUEL | RATE | TOTAL |
| 6/10/2024 | S-211 | 305001 | MILLINGS | 23008 | 9.04 | 1.25 | | 155.00 ✓ | 193.75 |
| 6/11/2024 | S-211 | 305003 | MILLINGS | 23008 | 9.04 | 5.75 | | 155.00 | 891.25 |
| 6/12/2024 | S-211 | 305004 | MILLINGS | 23008 | 9.04 | 10.25 | | 155.00 | 1,588.75 |
| 6/12/2024 | S-211 | 305005 | MILLINGS | 23008 | 9.04 | 2.50 | | 155.00 | 387.50 |
| 6/14/2024 | S-211 | 305006 | MILLINGS | 23008 | 9.04 | 9.75 | | 155.00 | 1,511.25 |
| 6/14/2024 | S-211 | 305007 | MILLINGS | 23008 | 9.04 | 2.75 | | 155.00 | 426.25 |
| 6/15/2024 | S-211 | 305008 | MILLINGS | 23008 | 9.04 | 8.75 | | 155.00 | 1,356.25 |
| 6/15/2024 | S-211 | 305008 | MILL BROKE / STAND BY TIME | 23008 | 9.04 | 4.25 | | 90.00 | 382.50 |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | Total Hours | | 45.25 | SUBTOTAL | | 6,737.50 |
| | | | | | | | LESS FUEL PURCH | | - |
| | | | | | | | TOTAL | | $ 6,737.50 |

### FUEL PURCHASED

| JOB DIV/CC PRICE GALLONS | | | | | | | | | TOTAL FUEL PURCH |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

VENDOR: SE0122    INV:

| JOB | DIV | CC | G/L | AMOUNT |
|---|---|---|---|---|
| 23008 | 9 | 4 | 505.01 | $ 6,737.50 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | $ 6,737.50 | |

MO./DAY
PAY SHEET DONE _____
DOUBLE CHECK _____
INSURANCE 6-21
W/9 6-21
PAPERWORK _____
PAYROLL _____

Hold Reason: Driver info needed    Date: 6/20/24

Pd ck # 145061, dated 6/21/24

Central 007

## RENTAL TIME SLIP
## CENTRAL SPECIALTIES INC.
6325 COUNTY ROAD 87 SW., ALEXANDRIA, MN 56308

Ticket 305001

COMPANY: Stark Energy Inc.
DATE: 6/10/24   DRIVER: Rob Fettig
TRUCK NUMBER: S-211   TRUCK TYPE: Belly Dump   30-oc.
START TIME: 7:45A   STOP TIME: _____   TOTAL HOURS: 1.25

**FUEL PURCHASED**
_____ GAL.
(AUTHORIZED SIGNATURE)

| # | JOB # | PIT NAME | MATERIAL TICKET # | TYPE OF MATERIAL | YARDS-TONS | DESTINATION | LOAD TIME | DUMP TIME |
|---|---|---|---|---|---|---|---|---|
| 1 | 23008 | 85 Hwy | | Millings | | 85 Pit | 7:45A | 8:05A |
| 2 | | 85 Hwy | | Millings | | 85 Pit | 8:37A | |
| 3 | | | | | | | | 8:53A |
| 4 | | | | | | | | |
| 5 | | 23008 Millings (2) 9/04 | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | 1.25 |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |

ALL TIME SLIPS MUST BE FILLED OUT COMPLETELY IN ORDER FOR PAYMENT TO BE ISSUED.
IF MORE ROOM IS NEEDED USE ANOTHER PAGE.
ANY DOWNTIME (PAID OR UNPAID) MUST BE RECORDED ON THIS SHEET.

DRIVERS SIGNATURE _____   FOREMAN SIGNATURE _____

WHITE (CSI COPY) - YELLOW (RENTAL COPY)

Central 008

# RENTAL TIME SLIP
## CENTRAL SPECIALTIES INC.
6325 COUNTY ROAD 87 SW., ALEXANDRIA, MN 56308

Ticket 305003

COMPANY: Stark Energy Inc.
DATE: 6/11/24　DRIVER: Rob Fetty
TRUCK NUMBER: S-211　TRUCK TYPE: Belly Dump　BD-001
START TIME: 7:15A　STOP TIME: 1:30p　TOTAL HOURS: 5.75

FUEL PURCHASED: ___ GAL
(AUTHORIZED SIGNATURE)

| # | JOB # | PIT NAME | MATERIAL TICKET # | TYPE OF MATERIAL | YARDS-TONS | DESTINATION | LOAD TIME | DUMP TIME |
|---|---|---|---|---|---|---|---|---|
| 1 | 23008 | 85 Hwy | | Millings | | 85 pit | 7:45A | 8:05A |
| 2 | 23008 | 85 Hwy | | Millings | | 85 pit | 8:15A | 8:50A |
| 3 | 23008 | 85 Hwy | | Millings | | 85 pit | 9:17A | 9:37A |
| 4 | 23008 | 85 Hwy | | Millings | | 85 pit | 9:55A | 10:05A |
| 5 | 23008 | 85 Hwy | | Millings | | 85 pit | 10:15A | 10:26A |
| 6 | 23008 | 85 Hwy | | Millings | | 85 pit | 10:40A | 10:53A |
| 7 | 23008 | 85 Hwy | | Millings | | 85 pit | 11:15A | 11:24A |
| 8 | 23008 | 85 Hwy | | Millings | | 85 pit | 11:42A | 11:55A |
| 9 | 23008 | 85 Hwy | | Millings | | 85 pit | 12:25p | 12:29p |
| 10 | 23008 | 85 Hwy | | Millings | | 85 pit | 1:10p | 1:25p |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | 23008 millings @ 9/yd | | | | | | | |

ALL TIME SLIPS MUST BE FILLED OUT COMPLETELY IN ORDER FOR PAYMENT TO BE ISSUED.
IF MORE ROOM IS NEEDED USE ANOTHER PAGE.
ANY DOWNTIME (PAID OR UNPAID) MUST BE RECORDED ON THIS SHEET.

DRIVERS SIGNATURE _____　FOREMAN SIGNATURE _____

WHITE (CSI COPY) - YELLOW (RENTAL COPY)

Central 009

# RENTAL TIME SLIP
## CENTRAL SPECIALTIES INC.
6325 COUNTY ROAD 87 SW., ALEXANDRIA, MN 56308

Ticket 305004
Sheet #1 of 2

COMPANY: Stark Energy Inc.
DATE: 6/12/24    DRIVER: Rob Fettig
TRUCK NUMBER: S-211    TRUCK TYPE: Belly Dump BD Set
START TIME: 7:19AM 7:15✓    STOP TIME: 8:00pm    TOTAL HOURS: 12.75

FUEL PURCHASED: _____ GAL
(AUTHORIZED SIGNATURE)

| # | JOB # | PIT NAME | MATERIAL TICKET # | TYPE OF MATERIAL | YARDS-TONS | DESTINATION | LOAD TIME | DUMP TIME |
|---|---|---|---|---|---|---|---|---|
| 1 | 23008 | 85 Hwy | | Millings | | 85 pit | 7:14A | 7:25A |
| 2 | | 85 Hwy | | | | 85 pit | 7:31A | 7:41A |
| 3 | | 85 Hwy | | | | 85 pit | 7:45A | 7:56A |
| 4 | | 85 Hwy | | | | 85 pit | 8:01A | 8:11 |
| 5 | | 85 Hwy | | Millings | | 85 pit | 8:18A | 8:26A |
| 6 | | 85 Hwy | | Millings | | 85 pit | 8:31A | 8:39A |
| 7 | | 85 Hwy | | Millings | | 85 pit | 8:44A | 8:52A |
| 8 | | 85 Hwy | | Millings | | 85 pit | 9:00A | 9:09A |
| 9 | | 85 Hwy | | Millings | | | 9:14A | 9:26A |
| 10 | | 85 Hwy | | Millings | | | 9:30A | 9:38A |
| 11 | | 85 Hwy | | Millings | | 85 pit | 9:45A | 9:55A |
| 12 | | 85 Hwy | | Millings | | 85 pit | 10:06A | 10:19A |
| 13 | | 85 Hwy | | Millings | | 85 pit | 10:25A | 10:37A |
| 14 | | 85 Hwy | | Millings | | 85 pit | 10:45A | 10:58A |
| 15 | | 85 Hwy | | Millings | | 85 pit | 11:04A | 11:13A |
| 16 | | 85 Hwy | | Millings | | 85 pit | 11:31A | 11:57A |
| 17 | | 85 Hwy | | Millings | | 85 pit | 12:01p | 12:19p |
| 18 | | 85 Hwy | | Millings | | 85 pit | 12:30p | 12:41p |
| 19 | | 85 Hwy | | Millings | | 85 pit | 12:55p | 1:12p |
| 20 | | 85 Hwy | | Millings | | 85 pit | 1:36p | 1:49p |
| 21 | | 85 Hwy | | Millings | | 85 pit | 2:15p | 2:27p |
| 22 | | 85 Hwy | | Millings | | 85 pit | 2:45p | 3:01p |
| 23 | | 85 Hwy | | Millings | | 85 pit | 4:14p | 4:22p |
| 24 | | 85 Hwy | | | | | 4:55p | 9:47p |
| 25 | | 85 Hwy | | | | | 4:53p | 5:03p |
| 26 | 23008 | 85 Hwy | | | | | 5:14p | 5:24p |

ALL TIME SLIPS MUST BE FILLED OUT COMPLETELY IN ORDER FOR PAYMENT TO BE ISSUED.
IF MORE ROOM IS NEEDED USE ANOTHER PAGE.
ANY DOWNTIME (PAID OR UNPAID) MUST BE RECORDED ON THIS SHEET.

DRIVERS SIGNATURE: /s/    FOREMAN SIGNATURE: Luke O'____

WHITE (CSI COPY)    YELLOW (RENTAL COPY)

23008 millings (26) 9/04

## RENTAL TIME SLIP
## CENTRAL SPECIALTIES INC.
6325 COUNTY ROAD 87 SW., ALEXANDRIA, MN 56308

Ticket 305005

Pg 2 of 2

COMPANY: Stark Energy Inc.
DATE: 6/11/24    DRIVER: Rob Petty
TRUCK NUMBER: S-211    TRUCK TYPE: Belly Dump   BD-001
START TIME: 7:14 am   STOP TIME: 8:00 pm   TOTAL HOURS: 12.75

**FUEL PURCHASED**
_____ GAL.
_____
(AUTHORIZED SIGNATURE)

| # | JOB # | PIT NAME | MATERIAL TICKET # | TYPE OF MATERIAL | YARDS-TONS | DESTINATION | LOAD TIME | DUMP TIME |
|---|-------|----------|-------------------|------------------|------------|-------------|-----------|-----------|
| 1 | 23008 | Hwy 85 | | Millings | | | 5:36pm | 5:45pm |
| 2 | 23008 | Hwy 85 | | Millings | | | 5:53pm | 6:06pm |
| 3 | 23008 | Hwy 85 | | Millings | | | 6:16pm | 6:28pm |
| 4 | 23008 | Hwy 85 | | Millings | | | 6:55p | 7:06p |
| 5 | 23008 | Hwy 85 | | Millings | | | 7:30p | 7:47pm |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | 23008 millings (5) 9/04 | | | | | | |

ALL TIME SLIPS MUST BE FILLED OUT COMPLETELY IN ORDER FOR PAYMENT TO BE ISSUED.
IF MORE ROOM IS NEEDED USE ANOTHER PAGE.
ANY DOWNTIME (PAID OR UNPAID) MUST BE RECORDED ON THIS SHEET.

DRIVERS SIGNATURE: [signature]    FOREMAN SIGNATURE: Luke O'Neil

WHITE (CSI COPY)   YELLOW (RENTAL COPY)

Central 011

112

**RENTAL TIME SLIP**
**CENTRAL SPECIALTIES INC.**
Ticket 305006
6325 COUNTY ROAD 87 SW., ALEXANDRIA, MN 56308

COMPANY: Stark Energy Inc.
DATE: 6/19/24   DRIVER: Rob Fettig
TRUCK NUMBER: S-211   TRUCK TYPE: Belly Dump BD001
START TIME: 6:45A  STOP TIME: 7:15pm  TOTAL HOURS: 12.5

FUEL PURCHASED _____ GAL.
(AUTHORIZED SIGNATURE)

| # | JOB # | PIT NAME | MATERIAL TICKET # | TYPE OF MATERIAL | YARDS-TONS | DESTINATION | LOAD TIME | DUMP TIME |
|---|---|---|---|---|---|---|---|---|
| 1 | 23008 | 85 Hwy | | Millings | | 85 pit | 6:48A | 7:00A |
| 2 | 23008 | 85 Hwy | | Millings | | House load | 7:06A | 7:28A |
| 3 | 23008 | 85 Hwy | | Millings | | House load | 7:37 | 8:00A |
| 4 | 23008 | 85 Hwy | | Millings | | 85 pit | 8:20A | 8:31A |
| 5 | 23008 | 85 Hwy | | Millings | | 85 pit | 8:39A | 8:50p |
| 6 | 23008 | 85 Hwy | | Millings | | 85 pit | 9:09A | 9:19A |
| 7 | 23008 | 85 Hwy | | Millings | | 85 pit | 9:27A | 9:38A |
| 8 | 23008 | 85 Hwy | | Millings | | 85 pit | 9:53A | 10:05A |
| 9 | 23008 | 85 Hwy | | Millings | | 85 pit | 10:18A | 10:29A |
| 10 | 23008 | 85 Hwy | | Millings | | 85 pit | 10:37A | 10:47A |
| 11 | 23008 | 85 Hwy | | Millings | | 85 pit | 10:53A | 11:04A |
| 12 | 23008 | 85 Hwy | | Millings | | 85 pit | 11:15A | 11:22A |
| 13 | 23008 | 85 Hwy | | Millings | | 85 pit | 11:38A | 11:47A |
| 14 | 23008 | 85 Hwy | | Millings | | 85 pit | 12:05pm | 12:15p |
| 15 | 23008 | 85 Hwy | | Millings | | 85 pit | 12:29p | 12:37p |
| 16 | 23008 | 85 Hwy | | Millings | | 85 pit | 12:50p | 1:00p |
| 17 | 23003 | 85 Hwy | | Millings | | 85 pit | 1:09pm | 1:17pm |
| 18 | 23008 | 85 Hwy | | Millings | | 85 pit | 1:20p | 1:31p |
| 19 | 23008 | 85 Hwy | | Millings | | 85 pit | 1:34p | 1:53p |
| 20 | 23008 | 85 Hwy | | Millings | | 85 pit | 2:03p | 2:20p |
| 21 | 23008 | 85 Hwy | | Millings | | 85 pit | 2:29p | 2:39p |
| 22 | 23008 | 85 Hwy | | Millings | | 85 pit | 2:47p | 2:57p |
| 23 | 23008 | 85 Hwy | | Millings | | 85 pit | 3:07 | 3:14p |
| 24 | 23008 | 85 Hwy | | Millings | | 85 pit | 3:24p | 3:35p |
| 25 | 23008 | 85 Hwy | | Millings | | 85 pit | 3:57p | 3:59p |
| 26 | | | | | | | 4:15p | 4:24p |

ALL TIME SLIPS MUST BE FILLED OUT COMPLETELY IN ORDER FOR PAYMENT TO BE ISSUED.
IF MORE ROOM IS NEEDED USE ANOTHER PAGE.
OWNTIME (PAID OR UNPAID) MUST BE RECORDED ON THIS SHEET.

'S SIGNATURE _____ FOREMAN SIGNATURE _____

WHITE (CSI COPY) · YELLOW (RENTAL COPY)

23008 Millings (26) 9loy



Central 012

2/2

# RENTAL TIME SLIP
## CENTRAL SPECIALTIES INC.
6325 COUNTY ROAD 87 SW., ALEXANDRIA, MN 56308

Ticket 305007

COMPANY **Stark Energy Int.**
DATE: **6/14/24**   DRIVER **Rob Fettig**
TRUCK NUMBER **S-211**   TRUCK TYPE **Belly BD-001**
START TIME: **6:45A** STOP TIME **7:15p** TOTAL HOURS **12.5**

FUEL PURCHASED _____ GAL.
(AUTHORIZED SIGNATURE)

| # | JOB # | PIT NAME | MATERIAL TICKET # | TYPE OF MATERIAL | YARDS-TONS | DESTINATION | LOAD TIME | DUMP TIME |
|---|---|---|---|---|---|---|---|---|
| 1 | 23008 | Hwy 85 | | Millings | | Pit -85 | 4:38p | 4:45p |
| 2 | 23008 | Hwy 85 | | Millings | | Pit 85 | 5:14p | 5:25p |
| 3 | 23008 | Hwy 85 | | Millings | | Pit 85 | 5:35pm | 5:49p |
| 4 | 23008 | Hwy 85 | | Millings | | | 6:05p | 6:17pm |
| 5 | 23008 | Hwy 85 | | Millings | | | 6:39pm | 6:44pm |
| 6 | 23008 | Hwy 85 | | Millings | | | 7:05pm | 7:15pm |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | 23008 millings @ 9/04 | | | | | | |

ALL TIME SLIPS MUST BE FILLED OUT COMPLETELY IN ORDER FOR PAYMENT TO BE ISSUED.
IF MORE ROOM IS NEEDED USE ANOTHER PAGE.
ANY DOWNTIME (PAID OR UNPAID) MUST BE RECORDED ON THIS SHEET.

DRIVERS SIGNATURE _____ FOREMAN SIGNATURE _____

WHITE (CSI COPY) - YELLOW (RENTAL COPY)

Central 013

## RENTAL TIME SLIP
## CENTRAL SPECIALTIES INC.   Ticket 305008
6325 COUNTY ROAD 87 SW., ALEXANDRIA, MN 56308

COMPANY  Stark Energy Inc

DATE: 6/15/24   DRIVER Addison Reis

TRUCK NUMBER S-211   TRUCK TYPE Belly Dump   BD-001

START TIME: 6:45a  STOP TIME 7:50  TOTAL HOURS 13

FUEL PURCHASED _____ GAL.
(AUTHORIZED SIGNATURE)

* First load issues with Mill, told to stay loaded and stay

| | JOB # | PIT NAME | MATERIAL TICKET # | TYPE OF MATERIAL | YARDS-TONS | DESTINATION | LOAD TIME | DUMP TIME |
|---|---|---|---|---|---|---|---|---|
| 1 | 23008 | Hwy 85 | | Millings | | 85 pit | 6:49 | 11:35 |
| 2 | | | | | | | 11:45 | 12:07 |
| 3 | | | 123630 | | 5.49 | | 12:14 | 12:54 |
| 4 | | | 123680 | | 25.79 | | 2:15 | 2:40 |
| 5 | | | 123702 | | 25.21 | | 3:03 | 3:21 |
| 6 | | | 123724 | | 24.85 | | 3:42 | 4:05 |
| 7 | | | 123740 | | 25.57 | | 4:17 | 4:29 |
| 8 | | | 123786 | | 24.94 | | 5:51 | 6:06 |
| 9 | | | 123812 | | 29.78 | | 6:26 | 7:00 |
| 10 | | | 123826 | | 28.27 | | 7:23 | 7:40 |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | 23008 | millings | (10) | 9/04 | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | 6:45-11am | | |
| 18 | | | | | | $90 HR | | |
| 19 | | | | | | Chris | | |
| 20-26 | | | | | | | | |

ALL TIME SLIPS MUST BE FILLED OUT COMPLETELY IN ORDER FOR PAYMENT TO BE ISSUED.
IF MORE ROOM IS NEEDED USE ANOTHER PAGE.
ANY DOWNTIME (PAID OR UNPAID) MUST BE RECORDED ON THIS SHEET.

DRIVERS SIGNATURE  Addison Reis   FOREMAN SIGNATURE

WHITE (CSI COPY) · YELLOW (RENTAL COPY)

Josh Vandell

Central 014