# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Stark Energy, Inc.,<br><br>　　　　　Debtor. | Case No.: 24-30168<br><br>Chapter 11, Subchapter V |

## AMENDED DECLARATION OF MATTHEW BARRETT

Pursuant to 28 U.S.C. § 1746, I, Matthew Barrett, do hereby declare, under penalty of perjury, the following to the best of my knowledge, information, and belief:

1. I was the former part-owner of the Debtor Stark Energy, Inc. ("Debtor") from the incorporation date in 2018 until 2019.

2. I personally provided $100,000 towards the Debtor's business operations to get it off the ground.

3. If called as a witness, I could and would competently testify to the matters set forth herein based on my personal knowledge.

4. Robert Fettig provided me with a master list identifying Stark Energy's equipment, along with Unit Numbers assigned to Stark Energy's equipment in 2019 (the "Master List"). A true and correct copy of the Master List is attached as **Exhibit A** and terms of the same incorporated herein by reference.

5. As former part owner of Stark Energy, Inc., I personally guaranteed (along with Robert Fettig) four loans in 2018 described as follows:

   a. Loan 798942 - Promissory Note dated February 19, 2018 in the original principal sum of $40,000.00 ("Note 1"). Interest accrues on the unpaid balance of Note 1 at

the rate of 5.0% per annum. Note 1 required monthly payments of $646.47 commencing on April 1, 2018 and continuing thereafter for 72 months on the 1st day of each month until March 1, 2024 when all outstanding principal plus all accrued unpaid interest was due and owing. *See* Declaration of Kevin Warner, **Exhibit A-1**.

b. Loan 1275221 – Promissory Note dated November 16, 2018 in the original principal sum of $37,439.30 ("Note 2"). Interest accrues on the unpaid balance of Note 2 at the rate of 5.490% per annum. Note 2 required monthly payments of $869.77 commencing on December 1, 2018 and continuing thereafter for 48 months on the 1st day of each month until November 1, 2022 when all outstanding principal plus all accrued unpaid interest was due and owing. *See* Declaration of Kevin Warner, **Exhibit A-2**.

c. Loan 1286855 – Promissory Note dated November 26, 2018 in the original principal sum of $135,000.00 ("Note 3"). Interest accrues on the unpaid balance of Note 3 at the initial rate of 6.500% per annum. Note 3 required monthly payments of $1,812.94 commencing on December 26, 2018 and continuing thereafter for 96 months on the 26th day of each month until November 26, 2026 when all outstanding principal plus all accrued unpaid interest was due and owing. *See* Declaration of Kevin Warner; **Exhibit A-3**.

d. Loan 1333145 – Promissory Note dated December 31, 2018 in the original principal sum of $76,639.30 ("Note 4"). Interest accrues on the unpaid balance of Note 4 at the rate of 3.690% per annum. Note 4 required monthly payments of $1,721.62 commencing on February 1, 2019 and continuing thereafter for 48 months on the 1st day of each month until January 1, 2023 when all outstanding principal plus all accrued unpaid interest was due and owing. *See* Declaration of Kevin Warner; **Exhibit A-4**.

e. Note 1, Note 2, Note 3, and Note 4 are hereinafter collectively, the "Notes".

6. The collateral that was pledged for the Notes identified above and owned by Stark Energy, Inc., is described as follows:

| Loan # | Unit # | Description of Titled Vehicle Collateral | VIN |
|---|---|---|---|
| 798942 | T-106 | 2013 Dragon ESP LTD 200 BBL | 1UNST5343DS128172 |
| 1275221 | S-208 | 2007 Kenworth | 1XKDP40X07R197151 |

2

| 1268655 | T-101 | 2013 Dragon 200 BBL Alum. Tank Trlr | 1UNST5341DS128154 |
|---|---|---|---|
| 1268655 | T-113 | 2013 Dragon 200 BBL Alum. Tank Trlr | 1UNST5340DS128162 |
| 1268655 | T-103 | 2014 Dragon 200 BBL Alum. Tank Trlr | 1UNST5340ES128552 |
| 1333145 | S-209 | 2012 Kenworth W900 | 1XKWP4TX8CJ335970 |

(herein collectively referred to as the "Barrett Loan Vehicle Collateral").

7. To the best of my knowledge, all of the foregoing Barrett Loan Vehicle Collateral was recovered by the Stark County Sheriff's Department in March of 2024.

8. I severed my ties with Stark Energy, Inc. in 2019, and was promised a buy-out of my interest in Stark Energy, Inc. by Robert Fettig. I was assured at the time of the buy-out discussions that the four loans with Gate City Bank that I personally guaranteed had been paid off or that I would be taken off the loans. To date, I have not received any funds from Mr. Fettig or Stark Energy, Inc. to buy out my interest.

9. I support the Motion for Relief from Stay of Gate City Bank in that it is in my best interest that the Barrett Loan Vehicle Collateral be retained by Gate City Bank and auctioned, with the net proceeds being applied to the debt owed Gate City on the loan obligations for the Notes. This will reduce the amount that remains due and owing to Gate City Bank with respect to my personal guarantees of the Notes.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

3

BY: Matthew Barrett

*Matthew Barrett* 7-2-2024

4874-0968-0845 v.1

### Trailers - Vacuum Tankers

| | Unit # | Year | Make | Model | Vin # | Plate |
|---|---|---|---|---|---|---|
| 1 | T-021 | 2013 | Dragon | 200 BBl , 4 axel Spread | 1UNST5348DS128118 | T997319 |
| 2 | T-101 | 2013 | Dragon | 200 BBL , 4 axel Spread | 1UNST5341DS128154 | T997311 |
| 3 | T-103 | 2014 | Dragon | 200 BBL , 4 axel Spread | 1UNST5340ES128552 | T997318 |
| 4 | T-104 | 2014 | Dragon | 200 BBL , 4 axel Spread | 1UNST5346ES140026 | T995516 |
| 5 | T-105 | 2013 | Dragon | 200 BBL , 4 axel Spread | 1UNST5340DS128291 | T995515 |
| 6 | T-106 | 2013 | Dragon | 200 BBL , 4 axel Spread | 1UNST5343DS128172 | T997312 |
| 7 | T-107 | 2012 | Dragon | 150 BBL, 3 axel | 1UNST4223CL109253 | T997317 |
| 8 | T-113 | 2013 | Dragon | 200 BBl , 4 axel Spread | 1UNST5340DS128162 | T997313 |

### Flat Bed - Trailers

| | Unit # | Year | Make | Model | Vin # | Plate |
|---|---|---|---|---|---|---|
| 1 | FB- 001 | 2007 | Reitnoeur | 48' Flat Bed | 1RNF48A247R019280 | T997321 |

### Side Dump - Trailers

| | Unit # | Year | Make | Model | Vin # | Plate |
|---|---|---|---|---|---|---|
| 1 | SD - 001 | 2016 | Side Dumper | SDR 342-49 | 1D9FS4430GC688099 | T998370 |
| 2 | SD - 002 | 2016 | Side Dumper | SDR 342-49 | 1D9FS4437GC688018 | T998369 |

### Reefer - Trailers

| | Unit # | Year | Make | Model | Vin # | Plate |
|---|---|---|---|---|---|---|
| 1 | RT - 001 | 2015 | Great Dane | 53' Reefer | 1GRAA0621FW700678 | T902618 |
| 2 | RT -002 | 2018 | Great Dane | 53' Reefer | 1GRAA0620JW116152 | T903510 |

### Belly Dump - Trailers

| | Unit # | Year | Make | Model | Vin # | Plate |
|---|---|---|---|---|---|---|
| 1 | BD - 001 | 1999 | Midland | 3 axle | 2MFB2S4D4XR000542 | T998661 |
| 2 | BD - 002 | 2000 | Midland | 3 axle | 2MFB2S3D3YR000650 | T998663 |
| 3 | BD - 003 | 2000 | Midland | 3 axle | 2MFB2S3D7YR000652 | T998664 |
| 4 | BD - 004 | 2000 | Midland | 3 axle | 2MFB2S4D3YR001148 | T998662 |
| 5 | BD - 005 | 2000 | Midland | 3 axle | 2MFB2S3D5YR000651 | T998665 |
| 6 | BD - 006 | 2013 | Dakota | 3 axle | 1D9SH4339DY554348 | T998666 |

### Misc - Trailers

| | Unit # | Year | Make | Model | Vin # | Plate |
|---|---|---|---|---|---|---|
| 1 | n/a | 2019 | Load Trail | Dump | 4ZEDT1427K2189694 | T441654 |
| 2 | n/a | 2011 | Tiger | Car hauler, Utility Flat bed | 5UTBU1623BM000887 | T445321 |
| 3 | n/a | 2010 | Haulmark | TSV7X14DT2 - Enclosed Trailer | 16HPB1427BH185556 | T101507 |
| 4 | RGN-001 | 2015 | Trail King | TK110HDG | 1TKJ05330FM057588 | |

### Tractors

| | Unit # | Year | Make | Model | Vin # | Plate |
|---|---|---|---|---|---|---|
| 1 | S-211 | 2012 | Peterbilt | 367 | 1XPTP4TX1CD147318 | 727BXU |
| 2 | S-210 | 2007 | International | 9900i Eagle | 2HSCHSCT67C526165 | 116CCG |
| 3 | S-209 | 2012 | Kenworth | W900 | 1XKWP4TX8CJ335970 | 243CMM |
| 4 | S-208 | 2007 | Kenworth | T800 | 1XKDP40X07R197151 | 579CJS |
| 5 | S-207 | 2014 | Kenworth | W900 | 1XKWD49X1EJ413380 | 023CLK |
| 6 | S-206 | 2014 | Kenworth | T800 | 1NKDX4TX3EJ403810 | |
| 7 | S-205 | 2014 | Kenworth | T800 | 1XKDP4EX2EJ392043 | 663DBM |
| 8 | S-204 | 2015 | Kenworth | W900 | 1XKWP4EX1FJ435264 | 994DPA |
| 9 | S-203 | 2014 | Kenworth | W900 | 1XKWP4EX5EJ420085 | 993DPA |
| 10 | F-001 | 2018 | Volvo | VNL-780 | 4V4NC9EH6JN888150 | 35668P |
| 11 | F-002 | 2017 | Volvo | VNL-780 | 4V4NC9EH3HN974302 | 36207P |

### Drillng Rig

| | Unit # | Year | Make | Model | Vin # | Plate |
|---|---|---|---|---|---|---|
| 1 | RIG 001 | 2012 | CZM | EK125 | SAV0003 | n/a |

### Hydrovac

| | Unit # | Year | Make | Model | Vin # | Plate |
|---|---|---|---|---|---|---|
| 1 | H001 | 2013 | Peterbilt | Kiaser Premier | 1NPTX4TX1DD202801 | |

### Crew Trucks

| | Unit # | Year | Make | Model | Vin # | Plate |
|---|---|---|---|---|---|---|
| 1 | CT-001 | 2015 | Ford | F350 Super Duty , Diesel 4WD | 1FT8W3BT7FED67354 | 2L82H8 |
| 2 | CT-002 | 2010 | Ford | F150 | 1FTFW1EV3AFB85081 | 064CMM |
| 3 | CT-003 | 2004 | Ford | F150 | 1FTPX14524NB13169 | 010CKP |
| 4 | CT-004 | 2013 | Ford | F150 | 1FTFW1EF2DKF29634 | 567CZZ |

### Shop MISC. Equipment

| | Unit # | Year | Make | Model | Vin # /Serial # |
|---|---|---|---|---|---|
| 1 | n/a | 2004 | CAT | 226B -Skid Steer | CAT0226BAMJH04030 |
| 2 | n/a | 2019 | Lincoln Electric | 350 MP- Power Mig /Welder | U1191003288 |
| 3 | n/a | 2019 | Lincoln Electric | 256 - Power Mig / Welder | M3190517692 |
| 4 | n/a | 2019 | Lincoln Electric | FLEXTEC- 350X/Welder | U1190204332 |
| 5 | n/a | 2016 | Snap-on | Koolkare Plus + | 201729 |
| 6 | n/a | | OTC | Low-Lift Transmission Jack -5019A | |
| 7 | n/a | | OTC | Clutch Handler -5018A | |
| 8 | n/a | | OEM | Engine Hoist | |
| 9 | n/a | 2015 | Quincy | 251CP80VCB - Air Compressor | |
| 10 | n/a | | Evolution | EVOSAW380 15-inch Steel Cutting Chop Saw | |
| | | | Dewalt | D28715 | |

### Real Estate

| | Address | Notes | Current Appraised Value |
|---|---|---|---|
| 1 | 4090 130th Avenue Southwest, Belfield ND 58622 | Shop 3,500 Sq. Ft. , plus 4.31 acres yard. | 365,000.00 |
| 2 | www.starkenergyinc.com | Website/ underconstruction | |