**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Case No.:  24-30168 |
| | Chapter 11, Subchapter V |
| Stark Energy, Inc., | |
| Debtor. | |

## DECLARATION OF LAURA BENNETT CERTIFYING RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

| | | |
|---|---|---|
| STATE OF OKLAHOMA | ) | |
| | ) | SS |
| COUNTY OF OKLAHOMA | ) | |

Laura Bennett, pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Certification. The evidence set out in this Certification is based on my personal knowledge.

2. I am the Northern Region Paralegal for Continental Resources, Inc. ("Continental") and have been employed by Continental since 2018.

3. Continental is an independent oil producer in the Bakken oil fields in Western North Dakota. Continental regularly contracts with companies and drivers to haul frac water and waste created in the drilling of wells.

4. I am the custodian of records for Continental with respect to the Northern Region which includes the state of North Dakota.

5. Continental was served by Gate City Bank with a document subpoena in the above-titled bankruptcy case concerning Stark Energy, Inc. The subpoena requested documentation as to invoices and field tickets submitted by Stark Energy, Inc. to Continental and payments made to Stark Energy, Inc. for 2023-2024. Continental has provided documents responsive to the subpoena which include those attached hereto as **Exhibit A**.

6. The records attached as **Exhibit A** were made at or near the time of the events set forth therein by people with knowledge of those matters.

7.    It was the regular practice of the business activity to make the records attached as **Exhibit A**.

8.    The records attached as **Exhibit A** were kept in the regular course of business activity.

9.    I certify under penalty of perjury that the foregoing is true and correct.

Dated this 2nd day of July, 2024.

Laura Bennett

4859-0753-9149 v.1

| Remit To: | Bill To: | Invoice Amount: | USD 1,595.00 |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Remit to Supplier: | USD 1,595.00 |
| Dickinson | Williston Basin | | |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |



**EXHIBIT**

**A**

**L. Bennett Declaration**

**Description:**   HEREFORD FEDERAL 1-20H Service Work. Haul brine H20 to location offload into frac tank as directed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2020386 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| CW06628.CAP | AFEW . 5000071 | BRINE WATER | 1,595.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 10/14/2023 - 10/14/2023 | | | |
| | | CW06628.CAP | | | HEREFORD FEDERAL 1-20H - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000071 | 1595.00 | 1595.00 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 11.00 | 145.00 | 1595.00 | (0.00%) | 1595.00 | 0.00 | 1595.00 | 1595.00 |

| | | | | |
|---|---|---|---|---|
| | | | 1595.00 | 1595.00 |
| USD | | | 1595.00 | 1595.00 |

## Supplementary Information

GC – Continental Subpoena 001

Confidential                                                                  CLR_STARK_BK_SDT-00000602

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Charlce Trevena

**Document Journal**

Exported on 10/18/2023 at 11:07:32 AM MDT - by B2B Continental Resources,...

Approved on 10/18/2023 at 09:54:33 AM MDT - by the System
   The invoice was approved automatically based on workflow routing rules. [Rule 25]

Coding Verified on 10/18/2023 at 09:54:33 AM MDT - by Charlce Trevena
   Code Verified

Commented on 10/17/2023 at 08:44:11 AM MDT - by Charlce Trevena
   cw06628

Forwarded to Williston Basin/Watford City Field Office on 10/16/2023 at 02:55:14 PM MDT - by Cassandra M Burton

Forwarded to Williston Basin/Accounts Payable on 10/16/2023 at 08:53:01 AM MDT - by the System
   The invoice was forwarded automatically based on recipient routing rules. [Rule 876]

Submitted on 10/16/2023 at 08:53:01 AM MDT - by Delene M Fettig

GC – Continental Subpoena 002

Confidential                                                                CLR_STARK_BK_SDT-00000603

|              | Oct. 14, 2023 | Invoice |  | Stark S-1188 | Page 1 of 1 |

**Payee:** **STARK ENERGY, INC**

P.O. Box 748

Dickinson, ND 58602

(952) 210-6610

**Submit to:** **CONTINENTAL RESOURCES, INC.**

20 N. Broadway

Oklahoma City, OK  73102

Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBL | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2020386 | 10/14/23 | Tarentaise CTB | Hereford Federal 1-20H | Service Work | 471 | 11.0 | $145/hr | 1595.00 |

**$1,595.00**

GC – Continental Subpoena 003

Confidential

CLR_STARK_BK_SDT-00000604



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2020386

Rig Name & #: Black Diamond
Ordered By: Aspyn Serna
    (Name)    (Phone)

Date: 10/14/23

Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: Tarentaise CTB

Hauled To: Hereford Federal 1-20H

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-205 Trailer # T-107

Top Gauge _____ Start Time 4:30pm Load Start Time _____

Bottom Gauge _____ Stop Time 3:30am Unload Stop Time _____

Remarks: Haul Brine H2O to location offload into Frac Tank As Designated

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work  130, 135, 135, 71 | | | +71/386 | 11.0 | 145/Hr. | 1,595.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

LOCATION: Hereford Federal 1-20H
AFE: CWO 6628 SUFFIX:
COST CODE: 071
OFFICE: Watford City
SIGNATURE: Clay Be
PRINTED NAME: Aspyn Serna
ATTN: JOSH O'DONNELL

Driver Name & Number: Nick Makin

Total Amount: $1,595.00

Accepted: _____

☐ Drilling
☐ Completion
☐ Production
☐ Workover Rig

GC Confidential Subpoena 004

Quality Quick Print | ☎ 701.483.4670

Confidential

CLR_STARK_BK_SDT-00000605

**(1)**

## Water Drop Slip



28985

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name  Continental Resources Inc.
Location  TAReNtAise  CTB
Date  10/14/23
Top Gauge  1330984      Time  6:47pm
Bottom Gauge  1333,114    Time  7:02 pm

**Circle One**
Freshwater  (Saltwater)  Flow Back  130  BBL
S.E. Field Invoice #  2020386
Delivered To  Hereford  Federal  1-20H

Thank You,
Driver's Name  Nick MAKin

Truck #  S-205  T-107    Quality Quick Print | ☎ 701.483.4070

---

## Water Drop Slip

28986

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name  Continental Resources Inc.
Location  TAReNtAise  CTB
Date  10/14/23
Top Gauge  1331114      Time  9:21 pm
Bottom Gauge  1331249    Time

**Circle One**
Freshwater  (Saltwater)  Flow Back  135  BBL
S.E. Field Invoice #  2020386
Delivered To  Hereford  Federal  1-20H

Thank You,
Driver's Name  Nick MAKin

Truck #  S205  T-107    Quality Quick Print | ☎ 701.483.4070

---

**(3)**

## Water Drop Slip



28987

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name  Continental Resources
Location  TAReNtAise  CTB
Date  10/14/23
Top Gauge  1331249      Time
Bottom Gauge  1331384    Time

**Circle One**
Freshwater  (Saltwater)  Flow Back  135  BBL
S.E. Field Invoice #  2020386
Delivered To  Hereford  Federal  1-20H

Thank You,
Driver's Name  Nick MAKin

Truck #  S-205  T-107    Quality Quick Print | ☎ 701.483.4070

---

**(4)**

## Water Drop Slip



28988

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name  Continental Resources
Location  TAReNtAise  CTB
Date  10/14/23
Top Gauge  1331384      Time
Bottom Gauge  1331526    Time

**Circle One**
Freshwater  (Saltwater)  Flow Back  71  BBL
S.E. Field Invoice #  2020386
Delivered To  Hereford  Federal  1-20H

Thank You,
Driver's Name  Nick MAKin

Truck #  S-725    Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 005

Confidential

CLR_STARK_BK_SDT-00000606

**Invoice #: Stark S-1199**   Case 24-30168   Doc 117   Filed 07/03/24   Entered 07/03/24 08:38:12   Desc Main **Invoice Date: 11/02/2023**

Document   Page 8 of 287

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 2,102.50 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 2,102.50 |
| P.O. Box 748 | Attn: Completions - Williston Basin | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**   NORTH TARENTAISE PAD 1-9 Service Work. Haul brine as directed. Offload into designated brine tanks on site. Switch out on-site.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2017332 | | | | | | | |
| 2020409 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL11327.CMP.STM | AFEW . 5000071 | BRINE WATER | 2,102.50 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | Service Date: 10/31/2023 – 10/31/2023 | | | | |
| | | DL11327.CMP.STM | | | NORTH TARENTAISE FED 1-9 PAD-COMPLETION-STIMULATION | | | | | | AFEW.5000071 | 1450.00 | 1450.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 10.00 | 145.00 | 1450.00 | (0.00%) | 1450.00 | 0.00 | 1450.00 | 1450.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Service Work | | | Purchase Category: | | | | | Service Date: 10/31/2023 – 10/31/2023 | | | | |
| | | DL11327.CMP.STM | | | NORTH | | | | | | AFEW.5000071 | 652.50 | 652.50 | |

GC – Continental Subpoena 006

Confidential

CLR_STARK_BK_SDT-00000607

SHARED REIMBURSED 1-PAD-COMPLETION-STIMULATION

| | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|
| | 4.50 | 145.00 | 652.50 | (0.00%) | 652.50 | 0.00 | 652.50 | 652.50 |
| | | | | | | 2102.50 | 2102.50 | |
| USD | | | | | | 2102.50 | 2102.50 | |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Completions - Williston Basin
User: Bryan Hamelton

**Document Journal**

Exported on 11/20/2023 at 11:06:03 AM MST - by B2B Continental Resources,...

Approved on 11/20/2023 at 05:44:12 AM MST - by Bryan W Hamelton

Forwarded to Bryan W Hamelton on 11/14/2023 at 11:39:26 AM MST - by Patty Bell

Coding Verified on 11/14/2023 at 11:39:26 AM MST - by Patty Bell
    Code Verified

Forwarded to Williston Basin/Completions - Williston Basin on 11/03/2023 at 09:57:19 AM MDT - by Breanna McCarroll

Forwarded to Williston Basin/Accounts Payable on 11/02/2023 at 08:38:29 AM MDT - by the System
    The invoice was forwarded automatically based on recipient routing rules. [Rule 876]

Submitted on 11/02/2023 at 08:38:29 AM MDT - by Delene M Fettig

GC – Continental Subpoena 007

Confidential          CLR_STARK_BK_SDT-00000608

| | Nov 1, 2023 | Invoice | | | | Stark S-1199 | Page 1 of 1 |
|---|---|---|---|---|---|---|---|

**Payee:** **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to:**
North Tarentaise Fed 1 - 9 Pad DL11327.CMP.STM

**CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBL | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2020409 | 10/31/23 | Tarentaise CTB | North Tarentaise Pad 1-9 | Service Work | 270 | 10.0 | $145/hr | 1450.00 |
| 2017332 | 10/31/23 | Tarentaise CTB | North Tarentaise Pad 1-9 | Service Work | 127 | 4.5 | $145/hr | 652.50 |

Print: Bobby Rice
Sign:
Date: 11/1/2023   Ticket #: S-1199
AFE: DL11327   CMP.STM
Submit To: Williston Basin – Completions

071 Haul in PW

**$2,102.50**

GC – Continental Subpoena 008

Confidential

CLR_STARK_BK_SDT-00000609



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2020409

Rig Name & #: Next Tier Frac
Ordered By: Bryan Hamelton
(Name)        (Phone)

Date: 10/31/23

Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: Tarentaise CTB

Hauled To: North Tarentaise PAD 1-9

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-711 Trailer # T-107

Top Gauge _____ Start Time 11:00 am Load Start Time _____

Bottom Gauge _____ Stop Time 9:00 pm Unload Stop Time _____

Remarks: Report To site, Haul Brine work As Directed, offloading to
Designated Brine Tanks onsite, switch out on-site w/ swap Driver

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| | | | 2 70/BBL | | | |
| Service Work 140, 130, | | | 10.0 | 10.0 | 145/hr. | 1,450.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | Print | | |
| Fresh Water | | | | Sign: | | |
| Side Dump | | | | Date: | Ticket: | |
| Fuel Surcharge | | | | AFE: | .CMP.STM | |
| Disposal Charge | | | | | | |
| Water Charge | | | | Williston Basin Completions | | |

Driver Name & Number: Bryan Shaw

Accepted: _____

Total Amount: $1,450.00

Justin Smith

☐ Drilling
☐ Completion    CR Continental Subpoena 009
☐ Production    CH
☐ Workover Rig

Quality Quick Print | ☎ 701-483-4670

#1

## Water Drop Slip



**STARK ENERGY**

28708

**P.O. Box 748    Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources Inc._

Location _Tarentaise CTB_

Date _10/31/23_

Top Gauge _133817_    Time _3:00pm_

Bottom Gauge _133957_    Time _3:30pm_

**Circle One**

**Freshwater    (Saltwater)    Flow Back** _140_    BBL

S.E. Field Invoice # _2020409_

Delivered To _North Tarentaise Pad 1-9_

Thank You,

Driver's Name

_Brian Shaw_

Truck # _S-211 T-107_    Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 010

Confidential    CLR_STARK_BK_SDT-00000611

**Water Drop Slip**

#2



28709

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources Inc._

Location _Tarentaise CTB_

Date _10/31/23_

Top Gauge _331957_   Time _7:17 pm_

Bottom Gauge _____   Time _____

**Circle One**

Freshwater   (Saltwater)   Flow Back _130_ BBL

S.E. Field Invoice # _2020409_

Delivered To _North Tarentaise Pad_

Thank You,

Driver's Name _Brian Shaw_

Truck # _S-211   T-107_

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 011



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2017332

Rig Name & #: _Next Tier Frac_
Ordered By: _Bryan Hamilton_
(Name)          (Phone)

Date: _10 / 31 / 23_          Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _Tarentaise CTB_

Hauled To: _North Tarentaise 1-9 PAD_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-211_ Trailer # _T-107_

Top Gauge _____ Start Time _9:00pm_ Load Start Time _____

Bottom Gauge _____ Stop Time _1:30Am_ Unload Stop Time _____

Remarks: _Report to site, Haul brine, work as directed, off load into designated brine_
_tanks onsite, switch out onsite swap driver_

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work   127 | | | 127 | 4.5 | $145 hr | $652.50 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: _Greg Moore_

Total Amount: _652.50_

Accepted: _____

Justin Smith

☐ Drilling
☐ Completion
☐ Production
☐ Workover Rig

GC Continental Subpoena 012
OH

Quality Quick Print | ☎ 701 483 4020

CLR_STARK_BK_SDT-00000613

#1

## Water Drop Slip

**STARK ENERGY**

28710

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources Inc.

Location  Tarentaise CTB

Date  10/31/23

Top Gauge  1332 087    Time

Bottom Gauge  1332 214    Time

**Circle One**

Freshwater    (Saltwater)    Flow Back  127  BBL

S.E. Field Invoice #  2017332

Delivered To  North Tarentaise Pad

Thank You,

Driver's Name  Grey Moore

Truck #  S-211  T-107

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 013

Confidential

CLR_STARK_BK_SDT-00000614

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 3,777.75 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 3,777.75 |
| P.O. Box 748 | Attn: Killdeer Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**      KATE 2-19H. Fresh Water. Haul Fresh H20 to site. Work as directed and offload into designated frac tanks.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2018718 | | | | | | | |
| 2018719 | | | | | | | |
| 2023322 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| CW06661.CAP | AFEW . 5000070 | FRESH WATER | 225.25 |
| CW06661.CAP | AFEW . 5000074 | FRESH WATER - TRUCKING | 3,552.50 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 11/16/2023 - 11/16/2023 | | | |
| | | CW06661.CAP | | | KATE 2-19H - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000074 | 870.00 | 870.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 6.00 | 145.00 | 870.00 | (0.00%) | 870.00 | 0.00 | 870.00 | 870.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

GC – Continental Subpoena 014

Confidential

CLR_STARK_BK_SDT-00000623

| | 2 | Water Charge | | | KATE 2-19H - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000070 | 225.25 | 225.25 | |
| | | CW06661.CAP | | | | | | | | | | | | |

| | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | 265.00 | 0.85 | 225.25 | (0.00%) | 225.25 | 0.00 | 225.25 | 225.25 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 11/16/2023 - 11/16/2023 | | | |
| | | CW06661.CAP | | | KATE 2-19H - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000074 | 1160.00 | 1160.00 | |

| | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | 8.00 | 145.00 | 1160.00 | (0.00%) | 1160.00 | 0.00 | 1160.00 | 1160.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 11/16/2023 - 11/16/2023 | | | |
| | | CW06661.CAP | | | KATE 2-19H - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000074 | 1522.50 | 1522.50 | |

| | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | 10.50 | 145.00 | 1522.50 | (0.00%) | 1522.50 | 0.00 | 1522.50 | 1522.50 | |

| | | | |
|---|---|---|
| | 3777.75 | 3777.75 |
| USD | 3777.75 | 3777.75 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin

GC – Continental Subpoena 015

Confidential

CLR_STARK_BK_SDT-00000624

**Document Journal**

Exported on 12/18/2023 at 11:04:16 AM MST - by B2B Continental Resources,...

Approved on 12/18/2023 at 10:25:26 AM MST - by Joe S Makris

Commented on 12/18/2023 at 10:25:22 AM MST - by Joe S Makris
   Confirmed in WV: Cost, code, ticket and dates of service are correct for this invoice.

Forwarded to Joe S Makris on 12/13/2023 at 12:28:47 PM MST - by Heidi L Gunwall

Forwarded to Heidi L Gunwall on 12/13/2023 at 10:56:23 AM MST - by Charles D Berry
   Not ours

Forwarded to Charles D Berry on 12/11/2023 at 08:28:10 AM MST - by Heidi L Gunwall

Coding Verified on 12/11/2023 at 08:28:10 AM MST - by Heidi L Gunwall
   Code Verified

Forwarded to Williston Basin/Killdeer Field Office on 11/20/2023 at 11:02:46 AM MST - by Cassandra M Burton

Forwarded to Williston Basin/Accounts Payable on 11/17/2023 at 11:31:48 AM MST - by the System
   The invoice was forwarded automatically based on recipient routing rules. [Rule 876]

Submitted on 11/17/2023 at 11:31:48 AM MST - by Delene M Fettig

GC – Continental Subpoena 016

Confidential                                                                                    CLR_STARK_BK_SDT-00000625

Nov 17, 2023                     Invoice   **Stark S-1222**        Page 1 of 1

Payee:   **STARK ENERGY, INC**              Submit to: **CONTINENTAL RESOURCES, INC.**
         P.O. Box 748                                  20 N. Broadway
         Dickinson, ND 58602                           Oklahoma City, OK 73102
         (952) 210-6610                                Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2018718 | 11/16/23 | M & L FWD - Killdeer | KATE 2-19H | Fresh Water | | 6.00 | $145.00 | 870.00 |
| | | | | Water Charge | 265 | | .85/bbl | 225.25 |
| 2023322 | 11/16/23 | CHERRY CREEK FWD | KATE 2-19H | Fresh Water | 405 | 8.00 | $145/hr | 1160.00 |
| 2018719 | 11/16/23 | CHERRY CREEK FWD | KATE 2-19H | Fresh Water | 675 | 10.50 | $145/hr | 1522.50 |

$3,777.75

*(handwritten annotations)*
074
070
074
074
# S-1222   070/225.25

**Continental Resources**
WILLISTON BASIN
LOCATION: Kate 2-19 H
AFE: CWO660   COST CODE: 074 /070  074/3,552.50
OFFICE: EPPING TIOGA SIDNEY KILLDEER W.C.
SIGNATURE: Michael Beer

GC – Continental Subpoena 017



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2018718

Rig Name & #: BLACK HAWK 310

Ordered By: Michael Bear
(Name)                (Phone)

Date: 11/16/2023                Customer Location/Dept Code: _____

Customer's Name: _____ Continental Resources Inc. _____

Billing Address: _____

Hauled From: _____ M&L FWD - Killdeer _____

Hauled To: _____ Kate 2-19 H _____

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211 Trailer # T-107

Top Gauge _____ Start Time 8:00am Load Start Time _____

Bottom Gauge _____ Stop Time 2:00pm Unload Stop Time _____

Remarks: Haul fresh H2o to Sic work #3 Directed and offload
Into Designated Frac tanks.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water 130,135 | | | 265/BBl | 6.0 | 145/hr | 870.00 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | 265/BB. | | .85/BBl. | 225.25 |

Driver Name & Number: Greg Moore

Total Amount: $1,095.25

Accepted: _____

☐ Drilling
☐ Completion
☐ Production
☐ Workover Rig

QC - Continental Subpoena 018

Quality Quick Print | ☎ 701.483.4070

**Water Drop Slip**

 26094

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources Inc_
Location _M&L FWD - Killdeer_
Date _11/16/23_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

**Circle One**

(Freshwater)   Saltwater   Flow Back _130_ BBL

S.E. Field Invoice # _2018718_

Delivered To _Kak 2-19H_

Thank You,

Driver's Name
_Grey Moore_

Truck # _S-711 T-107_   Quality Quick Print | ☎ 701.483.4070

---

**Water Drop Slip**

 26095

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources_
Location _M&L FWD - Killdeer_
Date _11/16/23_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

**Circle One**

(Freshwater)   Saltwater   Flow Back _135_ BBL

S.E. Field Invoice # _2018718_

Delivered To _Kak 2-19H_

Thank You,

Driver's Name
_Grey Moore_

Truck # _S-711 T-107_   Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 019

CLR_STARK_BK_SDT-00000628



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023322

Rig Name & #: __Black Hawk 310__

Ordered By: __Michael Bean__

(Name)          (Phone)

Date: __11/16/23__          Customer Location/Dept Code: _____

Customer's Name: __Continental Resources Inc__

Billing Address: _____

Hauled From: __Cherry Creek__

Hauled To: __Kate 2-19 H__

AFE # _____   PO # _____   PO Line # _____

JSA # _____   Truck # __S-211__   Trailer # __T-107__

Top Gauge _____   Start Time __2:00 pm__   Load Start Time _____

Bottom Gauge _____   Stop Time __10:00 pm__   Unload Stop Time _____

Remarks: __Haul FW from FWD to side work as directed__

_____

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water  135, 135, 135 | | | 405/BBL. | 8.0 | 145/Hr. | 1,160.00 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: __Grey Moore__          Total Amount: __$1,160.00__

Accepted: _____

☐ Drilling
☐ Completion
☐ Production
☐ Workover Rig

CC Continental Subpoena 020

Quality Quick Print | ☎ 701.483.4070



## Water Drop Slip

**STARK ENERGY** 26096

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources ___
Location  Cherry Creek ___
Date  11/10/23 ___
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____

Circle One
**Freshwater**  Saltwater  Flow Back  135  BBL
S.E. Field Invoice #  2023322 ___
Delivered To  Kate  2-19 H ___

Thank You,

Driver's Name
Grey Moore ___
Truck #  S-711 ___

Quality Quick Print ☎ 701.483.4070

---



## Water Drop Slip

**STARK ENERGY** 26097

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources Inc ___
Location  Cherry Creek ___
Date ___
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____

Circle One
**Freshwater**  Saltwater  Flow Back  135  BBL
S.E. Field Invoice #  2023322 ___
Delivered To  Kate  2-19 H ___

Thank You,

Driver's Name
Grey Moore ___
Truck #  S-711 ___

Quality Quick Print ☎ 701.483.4070

---

#3

## Water Drop Slip



**STARK ENERGY** 26098

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources ___
Location  Cherry Creek ___
Date ___
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____

Circle One
**Freshwater**  Saltwater  Flow Back  135  BBL
S.E. Field Invoice #  2023322 ___
Delivered To  Kate  2-19 H ___

Thank You,

Driver's Name
(Grey Moore ___
Truck #  S-711 ___

Quality Quick Print ☎ 701.483.4070

GC – Continental Subpoena 021

Confidential

CLR_STARK_BK_SDT-00000630



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2018719

Rig Name & #: Black Hawk 310

Ordered By: Michael Bear

(Name)          (Phone)

Date: 11/16/23          Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: Cherry Creek FWD

Hauled To: Kate 2-19H

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211 Trailer # T-107

Top Gauge _____ Start Time 9:00pm Load Start Time _____

Bottom Gauge _____ Stop Time 7:30am 11/17/23 Unload Stop Time _____

Remarks: Switch out on-site w/ Day Driver. Haul Fresh
H2O from FWD offload @ site into frac tank.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | 135, 135, 135, 135, 135 | | 675/BBL | 10.5 | 145/Hr. | 1,522.50 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: Jason Johnson

Total Amount: $1,522.50

Accepted: _____

☐ Drilling
☐ Completion
☐ Production
☐ Workover Rig

Quality Chick Print | ☎ 701.483.4070

CC – Continental Subpoena 022

**Water Drop Slip**



26100

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc_

Location _Cherry Creek FWD_

Date _11/18/23_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

Circle One

(Freshwater)   Saltwater   Flow Back _675_ BBL

S.E. Field Invoice # _7818719_

Delivered To _Kate 2-19 H_

Thank You,

Driver's Name _Jason Johnson_

Truck # _S-211  T-107_    Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 023

Confidential                                          CLR_STARK_BK_SDT-00000632

**Remit To:**

**Stark Energy, Inc.**
Dickinson
P.O. Box 748
Dickinson , ND
US
58602
952-210-6610
Supplier Number: 4115267

**Bill To:**

**Continental Resources, Inc.**
Williston Basin
Attn: Killdeer Field Office
20 N Broadway
Oklahoma City , OK
US
73101

| | |
|---|---|
| Invoice Amount: | USD 2,485.50 |
| Remit to Supplier: | USD 2,485.50 |

**Description:**   KATE 2-19H Fresh Water. Haul F/W from. FWD to well site as directed. Some delays on location.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2018721 | | | | | | | |
| 2023343 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| CW06661.CAP | AFEW . 5000070 | FRESH WATER | 238.00 |
| CW06661.CAP | AFEW . 5000074 | FRESH WATER – TRUCKING | 2,247.50 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 11/17/2023 - 11/17/2023 | | | |
| | | CW06661.CAP | | | KATE 2-19H - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000074 | 942.50 | 942.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 6.50 | 145.00 | 942.50 | (0.00%) | 942.50 | 0.00 | 942.50 | 942.50 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Water Charge | | | Purchase Category: | | | | | | Service Date: 11/17/2023 - 11/17/2023 | | | |

GC – Continental Subpoena 024

Confidential                                                                     CLR_STARK_BK_SDT-00000647

| | | | CW06661.CAP | | | CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | | AFEW.5000070 | 238.00 | 238.00 | |

| | | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | 280.00 | 0.85 | 238.00 | (0.00%) | 238.00 | 0.00 | 238.00 | 238.00 |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 3 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 11/17/2023 - 11/17/2023 | | | |
| | | CW06661.CAP | | | KATE 2-19H - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000074 | 1305.00 | 1305.00 | |

| | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | 9.00 | 145.00 | 1305.00 | (0.00%) | 1305.00 | 0.00 | 1305.00 | 1305.00 |

| | 2485.50 | 2485.50 |
| --- | --- | --- |

USD

| | 2485.50 | 2485.50 |
| --- | --- | --- |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Completions - Williston Basin
User: Bryan Decker

**Document Journal**

Exported on 12/22/2023 at 11:01:25 AM MST - by B2B Continental Resources,...

Approved on 12/22/2023 at 07:00:59 AM MST - by Bryan A Decker

Forwarded to Bryan A Decker on 12/11/2023 at 08:28:53 AM MST - by Heidi L Gunwall

Forwarded to Charles D Berry on 12/11/2023 at 08:28:39 AM MST - by Heidi L Gunwall

Coding Verified on 12/11/2023 at 08:28:39 AM MST - by Heidi L Gunwall
Code Verified

Forwarded to Williston Basin/Killdeer Field Office on 11/21/2023 at 10:24:32 AM MST - by Rachel Johnson

GC – Continental Subpoena 025

Generated 12/22/2023 11:18 AM MST by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000648

Forwarded to Williston Basin/Assets 24 > 30168 11/20/2023 12:12:14 PM by Invoice Approval System
The invoice was forwarded automatically based on recipient routing document 876

Submitted on 11/20/2023 at 12:12:14 PM MST - by Delene M Fettig

GC – Continental Subpoena 026

Generated 12/22/2023 11:18 AM MST by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000649

Nov 18, 2023                    Invoice    Stark S-1223              Page 1 of 1

**Payee:**   STARK ENERGY, INC

P.O. Box 748

Dickinson, ND 58602

(952) 210-6610

**Submit to:** CONTINENTAL RESOURCES, INC.

20 N. Broadway

Oklahoma City, OK 73102

Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023343 | 11/17/23 | M & L FWD - Killdeer | KATE 2-19H | Fresh Water | | 6.50 | $145.00 | $942.50 |
| | | | | Water Charge | 280 | | .85/bbl | 238.00 |
| 2018721 | 11/17/23 | Cherry Creek FWD | KATE 2-19H | Fresh Water | | 9.00 | $145/hr | 1305.00 |

$2,485.50

## Continental Resources

WILLISTON BASIN

LOCATION: Kate  2-19H

AFE: CWOLLLI CAP  COST CODE:  074

OFFICE: EPPING  TIOGA  SIDNEY  (KILLDEER) W.C.

SIGNATURE: Ed Foust

ATTN: Bryn Decker

GC – Continental Subpoena 027

Confidential

**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023343

Rig Name & #: _Black Hawk 310_

Ordered By: _Michael Bear_
     **(Name)**     **(Phone)**

Date: _11/17/23_     Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc_

Billing Address: _____

Hauled From: _M+L FWD Killdeer_

Hauled To: _Kate 2-19 H_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-211_ Trailer # _T107_

Top Gauge _____ Start Time _7:30 AM_ Load Start Time _____

Bottom Gauge _____ Stop Time _2 PM_ Unload Stop Time _____

Remarks: _Switch w/ other driver to relieve, hauled FW from FWD to well site_

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | 140 x2 = 280 | 6:30 | $145 hr | $942.50 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | 280 | | .85¢ BBL | $238.00 |

Driver Name & Number: _Greg Moore_     Total Amount: _$1180.50_

Accepted: _____

☐ Drilling
☒ Completion
☐ Production
☐ Workover Rig

GCP Continental Subpoena 028

Quality Quick Print ☎ 701.483.4070

Confidential     CLR_STARK_BK_SDT-00000651

**Water Drop Slip**

**STARK ENERGY**

32637

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources_

Location _M+L FWD Killdeer_

Date _11/17/23_

Top Gauge _____  Time _____

Bottom Gauge _____  Time _____

Circle One

(Freshwater)   Saltwater    Flow Back _140_ BBL

S.E. Field Invoice # _2023343_

Delivered To _Kate 2-19H_

Thank You.

Driver's Name

_Greg_

Truck # _5-211_

Quality Quick Print   ☎ 701 483 4070

GC – Continental Subpoena 029

Confidential

CLR_STARK_BK_SDT-00000652

## Water Drop Slip



24530

P.O. Box 748    Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources_

Location _M + L  FWD_

Date _11/17/23_

Top Gauge _78821_    Time _____

Bottom Gauge _78961_    Time _____

**Circle One**

(Freshwater)    Saltwater    Flow Back _140_    BBL

S.E. Field Invoice # _2023343_

Delivered To _Kate 2-19 H_

Thank You,

Driver's Name

_Greg_

Truck # _5-211_

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 030



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2018721

Rig Name & #: Black Hawk 310
Ordered By: Michael Boaz

(Name)          (Phone)

Date: 11/17/23          Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: Cherry Creek ~~SWD~~ FWD

Hauled To: Kate 2-19H

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211 Trailer # T-107

Top Gauge _____ Start Time 2:00pm Load Start Time _____

Bottom Gauge _____ Stop Time 11:00pm Unload Stop Time _____

Remarks: Haul F/W to well site Some Delays @ location

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Commodity | | | | | | |
|---|---|---|---|---|---|---|
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | 140, 140, 140 | | 420/BB. | 9.0 | 145/Hr | 1,305.00 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |
| | | | | | | |

Driver Name & Number: Greg Moore          Total Amount: $1,305.00

Accepted: _____

☐ Drilling
☒ Completion
☐ Production
☐ Workover Rig

GC – Continental Subpoena 031

Quality Quick Print ☎ 701.483.4070

**Water Drop Slip**



32638

P.O. Box 748    Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources_

Location _Stettler FWD    Cherry Creek FWD_

Date _11/17/23_

Top Gauge _____    Time _____

Bottom Gauge _____    Time _____

Circle One

(Freshwater)    Saltwater    Flow Back _140_ BBL

S.E. Field Invoice # ~~2023344~~   _2018 721_

Delivered To _Kate  2-19 H_

Thank You.

Driver's Name

_Greg_

Truck # _S-211_

Quality Quick Print ☎ 701-483-4970

GC – Continental Subpoena 032

Confidential    CLR_STARK_BK_SDT-00000655

**Water Drop Slip**



32639

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources_

Location _Schetter FW_    _Cherry Creek FWD_

Date _11/17/23_

Top Gauge _____    Time _____

Bottom Gauge _____    Time _____

**Circle One**

(Freshwater)   Saltwater    Flow Back _140_ BBL

S.E. Field Invoice # _2023344_    _7018771_

Delivered To _Kate 2-19 H_

Thank You.

Driver's Name
_Greg_

Truck # _5-211_

Quality Quick Print  ☎ 701 483-4170

GC – Continental Subpoena 033

Confidential

CLR_STARK_BK_SDT-00000656

**Water Drop Slip**

**STARK ENERGY**

32640

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name Continental Resources

Location Schettler FWD    Cherry Creek FWD

Date 11/17/23

Top Gauge _____  Time _____

Bottom Gauge _____  Time _____

Circle One
(Freshwater)    Saltwater    Flow Back  140  BBL

S.E. Field Invoice # 2023344    7018721

Delivered To Kate 2-19 H

Thank You.

Driver's Name

Greg

Truck # S-211

Quality Quick Print  ☎ 701 483-4056

GC – Continental Subpoena 034

    CLR_STARK_BK_SDT-00000657

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 1,496.50 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 1,496.50 |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**  GORDON FEDERAL 9-5H, Fresh Water. Report to site haul in F/W from FWD. Due to icy roads had to chain up. Bad weather pending. Switched to hot F/W. Going for 3rd load and Co Man called said to shut down due to weather conditions.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023346 | | | | | | | |
| 2023347 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| CW06584.CAP | AFEW . 5000070 | FRESH WATER | 119.00 |
| CW06584.CAP | AFEW . 5000074 | FRESH WATER - TRUCKING | 1,377.50 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 12/08/2023 – 12/08/2023 | | | |
| | | CW06584.CAP | | | GORDON FEDERAL 9-5H – CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000074 | 580.00 | 580.00 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 4.00 | 145.00 | 580.00 | (0.00%) | 580.00 | 0.00 | 580.00 | 580.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset | WO | PO | PO Line | Coding | Amount | EP | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

GC – Continental Subpoena 035

Confidential

CLR_STARK_BK_SDT-00000615

| | Item | | | | | | | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Water Charge | | Purchase Category: | | | | | | Service Date: 12/08/2023 – 12/08/2023 | |
| | | CW06584.CAP | | GORDON FEDERAL 9-5H – CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000070 | 119.00 | 119.00 |

| | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 140.00 | 0.85 | 119.00 | (0.00%) | 119.00 | 0.00 | 119.00 | 119.00 |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 12/08/2023 – 12/08/2023 | | | |
| | | CW06584.CAP | | | GORDON FEDERAL 9-5H – CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000074 | 797.50 | 797.50 | |

| | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 5.50 | 145.00 | 797.50 | (0.00%) | 797.50 | 0.00 | 797.50 | 797.50 |

| | | |
|---|---|---|
| | 1496.50 | 1496.50 |
| USD | 1496.50 | 1496.50 |

## Supplementary Information

**Status: Approved**

**Current Owner**
Site: Williston Basin
Department: Watford City Field Office
User: Charlce Trevena

**Document Journal**
Exported on 12/13/2023 at 11:11:50 AM MST - by B2B Continental Resources,...

Approved on 12/13/2023 at 08:06:48 AM MST - by the System
The invoice was approved automatically based on workflow routing rules. [Rule 34]

Coding Verified on 12/13/2023 at 08:06:48 AM MST - by Charlce Trevena

GC – Continental Subpoena 036

Confidential    CLR_STARK_BK_SDT-00000616

Code Verified

Forwarded to Williston Basin/Watford City Field Office on 12/12/2023 at 02:12:32 PM MST - by Johnnie L Frye

Forwarded to Williston Basin/Accounts Payable on 12/11/2023 at 08:41:35 AM MST - by the System
  The invoice was forwarded automatically based on recipient routing rules. [Rule 1201]

Submitted on 12/11/2023 at 08:41:35 AM MST - by Delene M Fettig

GC – Continental Subpoena 037

Generated 12/13/2023 11:39 AM MST by **ENVERUS** Business Automation

Confidential                                                                            CLR_STARK_BK_SDT-00000617

December 9, 2023

Invoice   **Stark S-1228**          Page 1 of 1

| Payee: | **STARK ENERGY, INC** | Submit to: | **CONTINENTAL RESOURCES, INC.** |
|---|---|---|---|

STARK ENERGY, INC
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

Submit to: CONTINENTAL RESOURCES, INC.
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023347 | 12/8/23 | M & L FWD - Killdeer | GORDON FEDERAL 9-5H | Fresh Water | | 4.00 | $145/hr | 580.00 |
| | | | | Water Charge | 140 | | .85/bbl | 119.00 |
| 2023346 | 12/8/23 | ELKAN FWD - Watford City | GORDON FEDERAL 9-5H | Fresh Water | 140 | 5.50 | $145/hr | 797.50 |

$1,496.50

**Continental Resources**
WILLISTON BASIN   WW 5-1028
LOCATION: Gordon Federal 9-5H
AFE: C006584  COST CODE: 070 - 074
OFFICE: EPPING  TIOGA  SIDNEY  KILLDEER  W.C.
SIGNATURE: Richard Nohava
Attn: Bryan Decker

GC – Continental Subpoena 038

Confidential

CLR_STARK_BK_SDT-00000618



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023347

Rig Name & #: _Aws #69_

Ordered By: _Eric Elm Quist_
　　　(Name)　　　(Phone)

Date: _12-8-23_

Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _MLL FWD — Killdeer_

Hauled To: _Gordon Federal 9-5H_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-211_ Trailer # _T-107_

Top Gauge _____ Start Time _6:30 Am_ Load Start Time _____

Bottom Gauge _____ Stop Time _10:30 Am_ Unload Stop Time _____

Remarks: _Report to site Haul in F/w from FWD Due to icy Roads_
_Had to chain up. Bad weather pending switches to Hot F/wD._
_ts 30362_

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water　140 | | | 140/BBl. | 4.0 | 145/Hr. | 580.00 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge　140 | | | 140/BBl. | | .85/BBl. | 119.00 |

Driver Name & Number: _Rob Fetig_

Total Amount: _$699.00_

Accepted: _____

☐ Drilling
☒ Completion
☐ Production
☐ Workover Rig

GCC – Continental Subpoena 039

Quality Quick Print | ☎ 701.483.4070

**Water Drop Slip**



30362

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._

Location _M&L Fresh water Depot_

Date _12-8-23_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

Circle One   CdD

(Freshwater)   Saltwater   Flow Back _170_ BBL

S.E. Field Invoice # _2023347_

Delivered To _Gordon Federal 9-5 H_

Thank You,

Driver's Name _FOB Fettig_

Truck # _S-211_          Quality Quick Print : ☎ 701.483.4070

GC – Continental Subpoena 040

Confidential

CLR_STARK_BK_SDT-00000620



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023346

Rig Name & #: _Aws #69_

Ordered By: _Eric ElmQuist_

    (Name)        (Phone)

Date: _12-8-23_

Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _ElKAn FWD - Watford City_

Hauled To: _Gordan Federal 9-5 H_

AFE # _____  PO # _____  PO Line # _____

JSA # _____  Truck # _S-21_  Trailer # _T-107_

Top Gauge _____  Start Time _10:30 Am_  Load Start Time _____

Bottom Gauge _____  Stop Time _4:00 pm_  Unload Stop Time _____

Remarks: _Report To site. Haul A load of hot water to wellsite on 3rd load Had To shut Down Due to weather per Co. MAn. chain up Due to BAd Road conditions- #30363_

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water  140 | | | 140/BBl | 5.5 | 145/Hr | 797.50 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |
| | | | | | | |

Driver Name & Number: _RoB Fettiy_

Total Amount: _$797.50_

Accepted: _____

☐ Drilling
☒ Completion
☐ Production
☐ Workover Rig

GC – Continental Subpoena 041

Quality Quick Print | 701.483.4070

CLR_STARK_BK_SDT-00000621

**Water Drop Slip**



30363

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._

Location _Elkan FWD - Withpacity_

Date _12-8-23_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

Circle One _Hot_
(Freshwater)   Saltwater   Flow Back _140_ BBL

S.E. Field Invoice # _2023346_

Delivered To _Gordon Federal 9-5H_

Thank You,

Driver's Name _Rob Fethy_

Truck # _5-211 T-107_            Quality Quick Print ☎ 701.483.4070

GC – Continental Subpoena 042

Confidential

CLR_STARK_BK_SDT-00000622

| **Remit To:** | **Bill To:** | Invoice Amount: | USD 2,030.00 |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Remit to Supplier: | USD 2,030.00 |
| Dickinson | Williston Basin | | |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**   GORDON FEDERAL 9-5H. Fresh Water. Haul F/W to site work as directed. Icy roads, slow conditions.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2022143 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| CW06584.CAP | AFEW . 5000074 | FRESH WATER - TRUCKING | 2,030.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 12/09/2023 - 12/09/2023 | | | |
| | | CW06584.CAP | | | GORDON FEDERAL 9-5H - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000074 | 2030.00 | 2030.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 14.00 | 145.00 | 2030.00 | (0.00%) | 2030.00 | 0.00 | 2030.00 | 2030.00 | |

|  |  |  |
|---|---|---|
| | 2030.00 | 2030.00 |
| USD | 2030.00 | 2030.00 |

## Supplementary Information

GC – Continental Subpoena 043

Confidential

CLR_STARK_BK_SDT-00000658

**Current Owner**

Site: Williston Basin
Department: Completions - Williston Basin
User: Bryan Decker

**Document Journal**

Exported on 12/28/2023 at 10:00:42 PM MST - by B2B Continental Resources,...

Approved on 12/28/2023 at 06:01:07 PM MST - by Bryan A Decker

Forwarded to Bryan A Decker on 12/13/2023 at 08:07:42 AM MST - by Charlce Trevena

Coding Verified on 12/13/2023 at 08:07:42 AM MST - by Charlce Trevena
    Code Verified

Forwarded to Williston Basin/Watford City Field Office on 12/12/2023 at 02:12:32 PM MST - by Johnnie L Frye

Forwarded to Williston Basin/Accounts Payable on 12/11/2023 at 08:45:43 AM MST - by the System
    The invoice was forwarded automatically based on recipient routing rules. [Rule 1201]

Submitted on 12/11/2023 at 08:45:43 AM MST - by Delene M Fettig

GC – Continental Subpoena 044

Confidential                                                                                           CLR_STARK_BK_SDT-00000659

December 10, 2023                    Invoice    **Stark S-1229**        **Page 1 of 1**

**Payee:**    **STARK ENERGY, INC**                **Submit to:** **CONTINENTAL RESOURCES, INC.**

P.O. Box 748                                20 N. Broadway

Dickinson, ND 58602                        Oklahoma City, OK 73102

(952) 210-6610                            Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2022143 | 12/9/23 | ELKAN FWD - Watford City | GORDON FEDERAL 9-5H | Fresh Water | 420.00 | 14.00 | $145/hr | 2030.00 |

**$2,030.00**

GC – Continental Subpoena 045

                                CLR_STARK_BK_SDT-00000660



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2022143

Continental Resources

WILLISTON BASIN
LOCATION: Gordon Federal 9-5H
AFE: CLO4584  COST CODE: 074
OFFICE: EPPING, TIOGA, SIDNEY, KILLDEER, W.C.
SIGNATURE: Richard Nahvre
Attn: Bryan Decker
Customer Location/Dept Code:

Rig Name & #: AWS #69
Ordered By: Eric Elmquist
(Name)          (Phone)

Date: 12/9/23

Customer's Name: Continental Resources Inc

Billing Address:

Hauled From: Elkan FWD - Watford City

Hauled To: Gordon Federal 9-5 H

AFE #                          PO #                    PO Line #

JSA #                Truck # S-211        Trailer # T-107

Top Gauge              Start Time 7:00 Am      Load Start Time

Bottom Gauge           Stop Time 9:00 pm       Unload Stop Time

Remarks: Haul F/w to site Work to Director. Icy Roads, slow conditions
#30364, #30365, #30366

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| | | | | | | |
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water 190,140,140, | | | 420/BBl | 14.0 | 145/hr | 2,030.00 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: Rob Fettiy

Total Amount: $2,030.00

Accepted:

☐ Drilling
☒ Completion
☐ Production
☐ Work Over

Quality Quick Print  ☎ 701 483 4670
GC Work-Continental Subpoena 046



#1 Water Drop Slip



Water Drop Slip

30364

STARK ENERGY

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._
Location _Elkan F/WD_
Date _12-9-23_
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____
Circle One  Hot
(Freshwater)  Saltwater  Flow Back _140_ BBL
S.E. Field Invoice # _2022143_
Delivered To _Gordon Federal 9-5H_
Thank You.
Driver's Name
_Rob Fetty_
Truck # _S-211 T-107_

Quality Quick Print ☎ 701-483-8676

---

30365

STARK ENERGY

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._
Location _Elkan Fwd - Wattoocity_
Date _12/9/23_
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____
Circle One  Hot
(Freshwater)  Saltwater  Flow Back _140_ BBL
S.E. Field Invoice # _2022143_
Delivered To _Gordon Federal 9-5H_
Thank You.
Driver's Name
_Rob Fetty_
Truck # _S-211_

Quality Quick Print ☎ 701-483-8676

---

#3  **Water Drop Slip**



30366

STARK ENERGY

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._
Location _Elkan Fw/D - Wattoocity_
Date _12/9/23_
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____
Circle One  Hot
(Freshwater)  Saltwater  Flow Back _140_ BBL
S.E. Field Invoice # _2022143_
Delivered To _Gordon Federal 9-5H_
Thank You.
Driver's Name
_Rob Fetty_
Truck # _S-211_

Quality Quick Print ☎ 701-483-8676

GC – Continental Subpoena 047

CLR_STARK_BK_SDT-00000662

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Watford City Field Office<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:<br>Remit to Supplier: | USD 1,740.00<br>USD 1,740.00 |

**Description:**   Gordon Federal 14-8H1. Fresh Water. Report to site. Haul F/W from FWD. Work as directed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023402 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| CW06588.CAP | AFEW . 5000070 | FRESH WATER | 1,740.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 12/14/2023 - 12/14/2023 | | | |
| | | CW06588.CAP | | | GORDON FEDERAL 14-8H1 - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000070 | 1740,00 | 1740.00 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 12.00 | 145.00 | 1740.00 | (0.00%) | 1740.00 | 0.00 | 1740,00 | 1740,00 |

|  |  |
|---|---|
| 1740.00 | 1740.00 |

USD    1740,00    1740,00

## Supplementary Information

GC – Continental Subpoena 048

Generated  12/18/2023 4:34 PM MST by  **ENVERUS** Business Automation

Confidential                                                              CLR_STARK_BK_SDT-00000633

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Charice Trevena

**Document Journal**

Exported on 12/18/2023 at 04:11:15 PM MST – by B2B Continental Resources,...

Approved on 12/18/2023 at 02:07:44 PM MST – by the System
The invoice was approved automatically based on workflow routing rules. [Rule 34]

Coding Verified on 12/18/2023 at 02:07:44 PM MST – by Charice Trevena
Code Verified

Forwarded to Williston Basin/Watford City Field Office on 12/18/2023 at 12:15:42 PM MST – by Teresa M Shortt

Forwarded to Williston Basin/Accounts Payable on 12/15/2023 at 09:11:35 AM MST – by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 1201]

Submitted on 12/15/2023 at 09:11:35 AM MST – by Delene M Fettig

GC – Continental Subpoena 049

Confidential                                                                                 CLR_STARK_BK_SDT-00000634

December 15, 2023                     Invoice    **Stark S-1231**              **Page 1 of 1**

| | |
|---|---|
| **Payee:** **STARK ENERGY, INC** | **Submit to:** **CONTINENTAL RESOURCES, INC.** |
| P.O. Box 748 | 20 N. Broadway |
| Dickinson, ND 58602 | Oklahoma City, OK 73102 |
| (952) 210-6610 | Attn: Northern Completions |

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023402 | 12/14/23 | ELKAN FWD - Watford City | GORDON FEDERAL 14-8H1 | Fresh Water | 420.00 | 12.00 | $145/hr | 1740.00 |

**$1,740.00**

GC – Continental Subpoena 050

Confidential

CLR_STARK_BK_SDT-00000635



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023402

Rig Name & #: AWS #69
Ordered By: D
(Name)            (Phone)

Date: 12/14/23        Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: Elkan FW Depot - Watford-city

Hauled To: Gordan Federal 14-8 H1

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211    Trailer # T-107

Top Gauge _____ Start Time 3:00 pm    Load Start Time _____

Bottom Gauge _____ Stop Time 3:00 Am    Unload Stop Time _____

Remarks: Report To site, Haul Fw foam FWD, work As Directed
#29162, #29163, #29164

**Continental Resources**
**WILLISTON BASIN**
LOCATION: Gordon Federal 14-8H
AFE: CWO 6588    COST CODE: 070
OFFICE: EPPING  TIOGA  SIDNEY  KILLDEER (W.C.)
SIGNATURE: _____
Att: Chris Beal    Inv# 2023402

| Commodity | H2S | Non | Hours | Rate | Amount |
|-----------|-----|-----|-------|------|--------|
| Production Water | | | | | |
| Pit Water | | | | | |
| Service Work | | | | | |
| Vac Work | | | | | |
| Flowback Water | | | | | |
| Fresh Water 140,140,140, | | | 420 BBl. | 12.0  145/Hr. | 1,740.00 |
| Side Dump | | | | | |
| Fuel Surcharge | | | | | |
| Disposal Charge | | | | | |
| Water Charge | | | | | |

Driver Name & Number: Rob Fettig        Total Amount: $1,740.00

Accepted: _____

☐ Drilling
☑ Completion
☐ Production
☐ Workover Rig

GC - Continental Subpoena 051

Quality Quick Print ☎ 701.483.4070

#1

**Water Drop Slip**

**STARK ENERGY**

29162

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources Inc._

Location _Elkan FW Depot_

Date _12/14/23_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

Circle One _Hot_

(Freshwater)   Saltwater   Flow Back _140_ BBL

S.E. Field Invoice # _2023402_

Delivered To _(Jordan Federal) 14-8#1_

Thank You,

Driver's Name
_Rob Fetty_

Truck # _S-211_

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 052

Confidential

CLR_STARK_BK_SDT-00000637

#2

**Water Drop Slip**



29163

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resource Inc_

Location _ELKAN FW Depot -Watfordcity_

Date _12/14/23_

Top Gauge _____  Time _____

Bottom Gauge _____  Time _____

Circle One

(Freshwater)  Saltwater   Flow Back _190_ BBL   *hot*

S.E. Field Invoice # _2023402_

Delivered To _Gordan Federal 14-8H7_

Thank You,

Driver's Name

_Rob Fetty_

Truck # _S-211_        Quality Quick Print  ☎ 701.483.4070

GC – Continental Subpoena 053

Confidential                                    CLR_STARK_BK_SDT-00000638

H3

## Water Drop Slip



29164

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name   Continental Resource Inc

Location   Elkan Twn — Watford City

Date   12/14/23

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

Circle One   hot

(Freshwater)   Saltwater   Flow Back   140   BBL

S.E. Field Invoice #   2023402

Delivered To   Gordon Federal   14-8H1

Thank You,

Driver's Name   Rob Fettig

Truck #   S-741

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 054

Confidential    CLR_STARK_BK_SDT-00000639

**Invoice #: Stark S-1232**   Case 24-30168   Doc 117   Filed 07/03/24   Entered 07/03/24 08:38:12   Desc Main **Invoice Date: 12/18/2023**

Document    Page 57 of 287

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Watford City Field Office<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:<br>Remit to Supplier: | USD 2,755.00<br>USD 2,755.00 |

**Description:**    GORDON FEDERAL 14-8H1. Fresh Water. Report to site w/both Hot/Cold H20. Work as directed. Offload into insulated frac tanks. Wait time to offload due to truck volume + space to offload. Cut truck road to yard.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023405 | | | | | | | |
| 2023406 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| CW06588.CAP | AFEW . 5000074 | FRESH WATER - TRUCKING | 2,755.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 12/15/2023 - 12/15/2023 | | | |
| | | CW06588.CAP | | | GORDON FEDERAL 14-8H1 - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000074 | 2030.00 | 2030.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 14.00 | 145.00 | 2030.00 | (0.00%) | 2030.00 | 0.00 | 2030.00 | 2030.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

GC – Continental Subpoena 055

Confidential

CLR_STARK_BK_SDT-00000640

| 2 | Fresh Water | | | | | | | | | 12/15/2023 |

| | CW06588.CAP | Purchase Category | GORDON FEDERAL 14-8H1 - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | AFEW.5000074 | 725.00 | 725.00 |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 5.00 | 145.00 | 725.00 | (0.00%) | 725.00 | 0.00 | 725.00 | 725.00 |

| | | | | | | | | 2755.00 | 2755.00 |
| USD | | | | | | | | 2755.00 | 2755.00 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Completions - Williston Basin
User: Chris Grad

**Document Journal**

Exported on 12/21/2023 at 04:09:41 PM MST - by B2B Continental Resources,...

Approved on 12/21/2023 at 12:08:52 PM MST - by Chris S Grad

Forwarded to Chris S Grad on 12/21/2023 at 12:03:29 PM MST - by Charlce Trevena

Forwarded to Charlce Trevena on 12/21/2023 at 11:53:26 AM MST - by Chris S Grad
    all 074, No FW charge on ticket

Forwarded to Chris S Grad on 12/20/2023 at 09:30:50 AM MST - by Charlce Trevena

Coding Verified on 12/20/2023 at 09:30:50 AM MST - by Charlce Trevena
    Code Verified

Forwarded to Williston Basin/Watford City Field Office on 12/19/2023 at 11:15:49 AM MST - by Johnnie L Frye

Forwarded to Williston Basin/Accounts Payable on 12/18/2023 at 10:03:50 AM MST - by the System
    The invoice was forwarded automatically based on recipient routing rules. [Rule 1201]

Submitted on 12/18/2023 at 10:03:50 AM MST - by Delene M Fettig

GC – Continental Subpoena 056

Confidential

CLR_STARK_BK_SDT-00000641

December 18, 2023                    Invoice    **Stark S-1232**              **Page 1 of 1**

**Payee:**  **STARK ENERGY, INC**                        Submit to:  **CONTINENTAL RESOURCES, INC.**

P.O. Box 748                                     20 N. Broadway

Dickinson, ND 58602                              Oklahoma City, OK  73102

(952) 210-6610                                   Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023405 | 12/15/23 | ELKAN FWD - Watford City | GORDON FEDERAL 14-8H1 | Fresh Water | 420 | 14.00 | $145/hr | 2030.00 |
| 2023406 | 12/15/23 | ELKAN FWD - Watford City | GORDON FEDERAL 14-8H1 | Fresh Water | 140 | 5.00 | $145/hr | 725.00 |

**$2,755.00**

GC – Continental Subpoena 057

Confidential                                                      CLR_STARK_BK_SDT-00000642



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023405

**Continental Resources**

Rig Name & #: AWS #69

**WILLISTON BASIN** 2023405

Ordered By: Dominic Breohy

LOCATION: Gordon Federal 14-8H1

(Name)        (Phone)

AFE: CW06588    COST CODE: 070/074

Date: 12/15/23

OFFICE: EPPING TIOGA SIDNEY KILLDEER (W.C.)
Customer Location/Dept Code:

Customer's Name: Continental Resources Inc.

SIGNATURE: Michael Bear

Atta Chris Grad

Billing Address: _____

Hauled From: Elkan FWD — Watford city

Hauled To: Gordon Federal 14-8H1

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211 Trailer # T-107

Top Gauge _____ Start Time 5:00Am Load Start Time _____

Bottom Gauge _____ Stop Time 7:00pm Unload Stop Time _____

Remarks: Report To site w/ both Hot/cold H2O, Work As Directed
offload into insulated Frac tanks #30367, #30368, #3369
*Wait time Due to truck volumes

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| | | | | | | |
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | 140, 140, 140 | | 420/bbl | 14.0 | 145/Hr. | 2030.00 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |
| | | | | | | |

Driver Name & Number: Jacob Cullip

Total Amount: $2,030.00

Accepted: _____

☐ Drilling
☒ Completion
☐ Production
☐ Workover Rig

Quality Quick Print | ☎ 701.483.4070

GC - Continental Subpoena 058

CLR_STARK_BK_SDT-00000643

#1

**Water Drop Slip**



30367

**P.O. Box 748 Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources Inc._
Location _ElKam FWD -Watford City_
Date _12-15-23_
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____
Circle One _Hot_
(Freshwater) Saltwater Flow Back _140_ BBL
S.E. Field Invoice # _2023404 2023405_
Delivered To _Gordon Federal 14-8H11_
Thank You,
Driver's Name _Jacob Cullip_
Truck # _5-211 T-107_     Quality Quick Print | ☎ 701.483.4070

#2

**Water Drop Slip**

30368

**P.O. Box 748 Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources Inc._
Location _ElKam FWD -Watford_
Date _12/15/23_
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____
Circle One _Cold_
(Freshwater) Saltwater Flow Back _140_ BBL
S.E. Field Invoice # _2023404 2023405_
Delivered To _Gordon Federal 14-8H11_
Thank You,
Driver's Name _Jacob Cullip_
Truck # _S211_     Quality Quick Print | ☎ 701.483.4070

#3

**Water Drop Slip**



30369

**P.O. Box 748 Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources Inc._
Location _ElKam FWD -Watford City_
Date _12-15-23_
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____
Circle One _Cold_
(Freshwater) Saltwater Flow Back _140_ BBL
S.E. Field Invoice # _2023404 2023405_
Delivered To _Gordon Federal 14-8H11_
Thank You,
Driver's Name _Jacob Cullip_
Truck # _5-211 T-107_     Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 059

Confidential



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023406

**Continental Resources**

WILLISTON BASIN   2023406

LOCATION: Gordon Federal 14-8H7

AFE: CW06588    COST CODE: 070 1074

OFFICE: EPPING  TIOGA  SIDNEY  KILLDEER (W.C)

SIGNATURE: Michael Bear~~

Customer Location/Dept Code: Atta Chris Good

Rig Name & #: AWS #69

Ordered By: Dominic Brezny
(Name)            (Phone)

Date: 12/15/23

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: Elkan Fld - Watford City

Hauled To: Gordon Federal 14-8H1

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211    Trailer # T-107

Top Gauge _____ Start Time 8:00pm    Load Start Time _____

Bottom Gauge _____ Stop Time 1:00am 12/16   Unload Stop Time _____

Remarks: Report To site Work As Directed. Had A load of Hot Fw to
site * Wait Time to offload Due to Truck Volume + space to offload. Cutt
Truck Road to yard.   #30370

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water  140 | | | 140/BBL | 5:0 | 145/hr. | 725.00 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: Rob Petty

Total Amount: $725.00

Accepted: _____

☐ Drilling
☒ Completion
☐ Production
☐ Workover Rig

GC – Continental Subpoena 060

Quality Quick Print | ☎ 701.483.4070

Confidential

CLR_STARK_BK_SDT-00000645

**Water Drop Slip**

#1

**STARK ENERGY**

30370

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._

Location _ELKAM FWD - WATford city_

Date _12/15/23_

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

Circle One

(Freshwater)   Saltwater   Flow Back _1 40_ BBL

S.E. Field Invoice # _2023406_

Delivered To _Gordon Federal 14-8H1_

Thank You,

Driver's Name _Rob Fetty_

Truck # _5-211  T407_   Quality Quick Print  ☎ 701.483.4070

GC – Continental Subpoena 061

Confidential

CLR_STARK_BK_SDT-00000646

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 2,494.00 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 2,494.00 |
| P.O. Box 748 | Attn: Drilling - Williston Basin | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**   DAHLE 5-2HSL. Service Work. Haul hot F/W to site work as directed. Assist Rig Crew as needed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023488 | | | | | | | |
| 2023489 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL12919.DRL | AFEW . 5000030 | LOCATION & ROAD CONSTRUCTION | 2,494.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 01/09/2024 - 01/09/2024 | | | |
| | | DL12919.DRL | | | DAHLE 5-35HSL - DRILLING | | | | | | | AFEW.5000030 | 870.00 | 870.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 6.00 | 145.00 | 870.00 | (0.00%) | 870.00 | 0.00 | 870.00 | 870.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Water Charge | | | Purchase Category: | | | | | | Service Date: 01/09/2024 - 01/09/2024 | | | |
| | | DL12919.DRL | | | DAHLE 5-35HSL - DRILLING | | | | | | | AFEW.5000030 | 464.00 | 464.00 | |

GC – Continental Subpoena 062

Confidential

CLR_STARK_BK_SDT-00000668

| | | | Quantity | | Rate | | Subtotal | | Total Desc | | EP Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 160.00 | | 2.90 | | 464.00 | (0.00%) | 464.00 | 0.00 | 464.00 | 464.00 |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | Service Work | | | Purchase Category: | | | | | | Service Date: 01/09/2024 - 01/09/2024 | | | |
| | | DL12919.DRL | | | DAHLE 5-35HSL - DRILLING | | | | | | AFEW.5000030 | 1160.00 | 1160.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 8.00 | 145.00 | 1160.00 | (0.00%) | 1160.00 | 0.00 | 1160.00 | 1160.00 | |

|  |  |
|---|---|
| | 2494.00 | 2494.00 |

USD                                                       2494.00        2494.00

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Drilling - Williston Basin
User: Kevin Mischke

**Document Journal**

Exported on 01/26/2024 at 11:06:45 AM MST - by B2B Continental Resources,...

Approved on 01/26/2024 at 10:44:11 AM MST - by Kevin D Mischke

Forwarded to Kevin D Mischke on 01/25/2024 at 12:16:17 PM MST - by Chris Hall

Coding Verified on 01/25/2024 at 12:16:17 PM MST - by Chris Hall
    Code Verified

Forwarded to Williston Basin/Drilling - Williston Basin on 01/11/2024 at 12:26:56 PM MST - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 01/11/2024 at 11:31:20 AM MST - by the System
    The invoice was forwarded automatically based on recipient routing rules. [Rule 1201]

Submitted on 01/11/2024 at 11:31:20 AM MST - by Delene M Fettig

GC – Continental Subpoena 063

Confidential                                                                    CLR_STARK_BK_SDT-00000669

| | | January 10, 2024 | | Invoice | **Stark S-1253** | | Page 1 of 1 |

**Payee:** **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to: CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023488 | 1/9/24 | ELKAN FWD - Watford City | DAHLE 5-2HSL | Fresh Water | | 6.00 | 145/hr | 870.00 |
| | | | | Water Charge | 160 | | 2.90/bbl | 464.00 |
| 2023489 | 1/9/24 | DAHLE 5-2 HSL | SECURE KEENE SOLIDS | Service Work | 30 | 8.00 | 145/hr | 1160.00 |

**$2,494.00**



**WILLISTON DRILLING**
030
DL12919   DRL
Dahle 5-35HSL    Suffix
Water f/CDR
1/11/24
Signature
KEVIN MISCHKE
Northern Region
Drilling Superintendent
Date

GC – Continental Subpoena 064

Confidential



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023488

Rig Name & #: Wyoming Casing
Ordered By: Kevin Mischke
(Name)        (Phone)

Date: 1/9/24

Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: Elkan FWD - Watford city

Hauled To: Dahle 5-2HSL

AFE # _____  PO # _____  PO Line # _____

JSA # _____  Truck # S-211  Trailer # T-021

Top Gauge _____  Start Time 8:00am  Load Start Time _____

Bottom Gauge _____  Stop Time 2:00pm  Unload Stop Time _____

Remarks: Haul Hot FW to site work As Directed, Assist Rig
Crew As Needed.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| | | | | | | |
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | 160/BBL. | 6.0 | 145/HR. | 870.00 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | 160/BBL. | | 2.90/BBL. | 464.00 |
| | | | | | | |

Driver Name & Number: Travis Mathis

Total Amount: $1,334.00

Accepted: _____

☒ Drilling
☐ Completion
☐ Workover Rig

GC - Continental Subpoena 065

Quality Quick Print ☎ 701.483.4070

**Water Drop Slip**

**STARK ENERGY**

32882

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._

Location _PW ElKan FWD - Watford City_

Date _1/9/24_

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

**Circle One**

(Freshwater)   Saltwater   Flow Back _160_ BBL

S.E. Field Invoice # _7023488_

Delivered To _DAHle 5-2. HSL_

Thank You,

Driver's Name _Travis Matthis_

Truck # _5-24_

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 066

Confidential

RNewd 2000 dhute

**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023489

Rig Name & #: _Wyoming CAsihy_
Ordered By: _Kevin Mischke_
　　　(Name)　　　　　　(Phone)

Date: _1/9/24_　　　　Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _DAHle 5 - 2HSL_

Hauled To: _Secure Keene Solids_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-211_ Trailer # _T-021_

Top Gauge _____ Start Time _2:00pm_ Load Start Time _____

Bottom Gauge _____ Stop Time _10:00pm_ Unload Stop Time _____

Remarks: _Assist Rig crew offload FW, Such BACk cement Return
As Needed. Such up Aprox 30 lbs sugar to not set up cement Pro
Wait the @ disposal Due to Material (S), Wash out, RoadBAck._

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| | | | | | | |
| Service Work | | | 30/BBl. | 8.0 | 145/hr. | 1,160.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |
| | | | | | | |

Driver Name & Number: _TRAVIS MATTHIS_　　　Total Amount: _$1,160.00_

Accepted: _____

☒ Drilling
☐ Completion
☐ Production
☐ Workover Rig

GC – Continental Subpoena 067

Quality Quick Print | ☎ 701.483.4070

**Water Drop Slip**



**STARK ENERGY**

32881

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources Inc._

Location _DAttle 5-2 HSL_

Date _1/9/24_

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

**Circle One**                    _Cement Return_

**Freshwater    Saltwater    (Flow Back)    30    BBL**

S.E. Field Invoice # _2073484_

Delivered To _Secure Keene Solids_

Thank You,

Driver's Name

_Travis Matthis_

Truck # _5-211   7-021_      Quality Quick Print ☎ 701.483.4070

GC – Continental Subpoena 068

CLR_STARK_BK_SDT-00000674

**SECURE ENERGY**

*KNEWD20003910-WT*

Keene FST

Date **1-9-24**

Truck Ticket / BOL #

Manifest # **2023489**

## Billing/Contact Information

### Please provide below information mandatory for offload

| | |
|---|---|
| Source Location **DAHle 5-2 HSL** | Owner of Source Location **Continental** |
| Generator Representative **Kevin** | Customer Being Billed **Continental** |
| Generator Representative Ph # **701-570-3871** | Generator Representative Email **N/A** |
| Trucking Company **Stark energy** | Unit # **5-211** |

## Fluid/Solid Disposal

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sample ID # **22** | Product | Prod H2O | Flowback | Waste H2O | Terminalling | Emulsion | (Waste) |
| Out of State? YES / (NO) | | | | | | | Sweet / Sour |
| Internal YES / (NO) | Well Class | Drilling | Completions | Production | Gas / Comp | Industrial | (Other) |

| TNORMS  YES /(NO) | If YES to TNORMS confirm Company Man has approved rates  ~~YES / NO~~ | TNORM Reading **N/A** |
|---|---|---|

| **30bbl** | CUTS | SLURRY OR FLUID CUT | | PAD SOLIDS | SLURRY + PAD TOTAL | |
|---|---|---|---|---|---|---|
| | OIL | % | bbl | n/a | | bbl |
| | WATER | % | bbl | n/a | | bbl |
| | SOLIDS | % | bbl | **30** bbl | **30** | bbl |
| | Total Volume (w/o pad solids) | | bbl | Total (with pad solids) | **30** | bbl |

## Truck Services

| Please indicate truck service provided, amount and unit | | | Comments / Scale Sticker |
|---|---|---|---|
| **Truck Service** | Amount | Unit | |
| Truck Flush | **1** | **Gall** | |
| Scavenger Water Based | | | |
| Scavenger Oil Based | | | |

## Waste Acceptance - Pre-Screen

### If any of the following questions are answered as "YES" please contact Lead Op/Op Supervisor/Facility Manager

1. Is this a NON-Oilfield product with NO confirmation number provided?  Y /(N)
2. Does the product contain H2S or LEL above acceptable offloading levels?  Y /(N)
3. Does the product contain additional materials such as NORM, refined oils, sump materials, chemical spill, or non-oilfield chemicals?  (Y)/ N
4. Has the product been identified as high or low PH? If yes please record reading here _____  Y /(N)
5. Is there any visible frost on tank?  Y /(N)

## Representative Sign-off

| Transporter Representative (print name and sign) | Secure Representative (print name and sign)  **Kyle Croskrey** |
|---|---|

GC – Continental Subpoena 069

Confidential

CLR_STARK_BK_SDT-00000675

**Invoice #:** Stark S-1254    Case 24-30168    Doc 117    Filed 07/03/24    Entered 07/03/24 08:38:12    Desc Main **Invoice Date:** 01/11/2024

Document        Page 72 of 287

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 1,131.00 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 1,131.00 |
| P.O. Box 748 | Attn: Drilling - Williston Basin | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**    ANHELUK 5-26 HSL. Service Work. Haul F/W to site. Report to water depot for Hot H2O. Haul to site assist rig crew as needed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023490 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL12486.DRL | AFEW . 5000030 | LOCATION & ROAD CONSTRUCTION | 1,131.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 01/09/2024 - 01/09/2024 | | | |
| | | DL12486.DRL | | | ANHELUK 5-26HSL – DRILLING | | | | | | AFEW.5000030 | 725.00 | 725.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 5.00 | 145.00 | 725.00 | (0.00%) | 725.00 | 0.00 | 725.00 | 725.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Water Charge | | | Purchase Category: | | | | | | Service Date: 01/09/2024 - 01/09/2024 | | | |
| | | DL12486.DRL | | | ANHELUK 5-26HSL – DRILLING | | | | | | AFEW.5000030 | 406.00 | 406.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |

GC – Continental Subpoena 070

Confidential                                                                                    CLR_STARK_BK_SDT-00000663

| | | | 406.00 | 406.00 |
| | | | 1131.00 | 1131.00 |
| USD | | | 1131.00 | 1131.00 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Drilling - Williston Basin
User: Chris Hall

**Document Journal**

Exported on 01/25/2024 at 04:05:34 PM MST - by B2B Continental Resources,...

Approved on 01/25/2024 at 12:23:51 PM MST - by the System
  The invoice was approved automatically based on workflow routing rules. [Rule 35]

Coding Verified on 01/25/2024 at 12:23:51 PM MST - by Chris Hall
  Code Verified

Forwarded to Williston Basin/Drilling - Williston Basin on 01/11/2024 at 12:26:56 PM MST - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 01/11/2024 at 11:37:55 AM MST - by the System
  The invoice was forwarded automatically based on recipient routing rules. [Rule 1201]

Submitted on 01/11/2024 at 11:37:55 AM MST - by Delene M Fettig

GC – Continental Subpoena 071

Confidential                                                                                      CLR_STARK_BK_SDT-00000664

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | January 10, 2024 | | Invoice | **Stark S-1254** | **Page 1 of 1** |

**Payee:** **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to: CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023490 | 1/9/24 | ELKAN FWD - Watford City | ANHELUK 5-26 HSL | Fresh Water | | 5.00 | 145/hr | 725.00 |
| | | | | Water Charge | 140 | | 2.90/bbl | 406.00 |
| | | | | | | | | **$1,131.00** |

030 WILLISTON DRILLING
DL 12486   DRL
Anheluk 5-26HSL   Suffix
Water f/CDR
1/11/24
KEVIN MICHKE
Drilling Superintendent

GC – Continental Subpoena 072

Confidential

CLR_STARK_BK_SDT-00000665



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023490

Rig Name & #: _Wyoming Casing_
Ordered By: _Kevin Mischke_
     (Name)       (Phone)

Date: _1/9/24_       Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _Elkan FWD - Watfordcity_

Hauled To: _Anheluk 5-26 HSL_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-205_ Trailer # _T-707_

Top Gauge _____ Start Time _8:00am_ Load Start Time _____

Bottom Gauge _____ Stop Time _1:00pm_ Unload Stop Time _____

Remarks: _Haul F/W to site, Report To Water Depot for Hot H2O, Haul to site, Assist Rig Crew As Needed_

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | 140/BBl. | 5.0 | 195/Hr. | 725.00 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | 140/BBl. | | 2.90/BBl. | 406.00 |

Driver Name & Number: _Patrick Vlock_      Total Amount: _$1,131.00_

Accepted: _____

☒ Drilling
☐ Completion
☐ Production
☐ Workover Rig

GC - Continental Subpoena 073

Quality Quick Print | ☎ 701.483.4070

**Water Drop Slip**



**32883**

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc_

Location _Elkam FWD - Watford City_

Date _1/9/24_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

**Circle One**

(Freshwater)   Saltwater   Flow Back _140_ BBL

S.E. Field Invoice # _2023490_

Delivered To _Antelute 5-26 HSL_

Thank You,

Driver's Name _Patrick Vloch_

Truck # _5-205_

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 074

Confidential

CLR_STARK_BK_SDT-00000667

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Drilling - Williston Basin<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:<br>Remit to Supplier: | USD 2,827.50<br>USD 2,827.50 |

**Description:** LUNDBERG FEDERAL 5-8H1 Service Work. Report to site, dense fog limited speeds on some roads. Check in w/Co. man on site. Work as directed, spot in truck/trailer. Haul fluid from both rig tanks and tank farm, tank #9. Hauled to solids disposal. Switch out driver on site. Spot in truck/trailer. Haul remaining fluids from tank #9 to solids disposal. Washout @secure due to nasty fluids @ end of shift. Drive to yard.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023560 | | | | | | | |
| 2023561 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL11905.DRL | AFEW . 5000361 | DISPOSAL - TRANSPORT LIQUIDS | 2,827.50 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | Service Date: 02/01/2024  -  02/01/2024 | | | | |
| | | DL11905.DRL | | | LUNDBERG FEDERAL 5-8H1 - DRILLING | | | | | | AFEW.5000361 | 1377.50 | 1377.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 9.50 | 145.00 | 1377.50 | (0.00%) | 1377.50 | 0.00 | 1377.50 | 1377.50 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Service Work | | | Purchase Category: | | | | | Service Date: 02/01/2024  -  02/01/2024 | | | | |

GC – Continental Subpoena 075

Confidential                                                                                                    CLR_STARK_BK_SDT-00000719

| | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DL11905.DRL | | FEDERAL 5-8H1 - DRILLING | AFEW.5000361 | | | | | | 1450.00 | 1450.00 | |
| | | | | 10.00 | 145.00 | 1450.00 | (0.00%) | 1450.00 | 0.00 | 1450.00 | 1450.00 |
| | | | | | | | | | 2827.50 | 2827.50 | |

USD           2827.50    2827.50

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Drilling - Williston Basin
User: Sam Simco

**Document Journal**

Exported on 03/04/2024 at 11:02:37 AM MST - by B2B Continental Resources,...

Approved on 03/04/2024 at 09:48:37 AM MST - by Sam L Simco

Forwarded to Sam L Simco on 02/20/2024 at 04:10:55 PM MST - by Chris Hall
   IN WV

Coding Verified on 02/20/2024 at 04:10:55 PM MST - by Chris Hall
   Code Verified

Forwarded to Williston Basin/Drilling - Williston Basin on 02/05/2024 at 06:37:43 AM MST - by Kelli D Tomlinson

Forwarded to Williston Basin/Accounts Payable on 02/02/2024 at 10:55:05 AM MST - by the System
   The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 02/02/2024 at 10:55:05 AM MST - by Delene M Fettig

GC – Continental Subpoena 076

Generated 03/04/2024 11:18 AM MST by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000720

February 2, 2024        Invoice    Stark S-1255        Page 1 of 1

**Payee:**  **STARK ENERGY, INC**

P.O. Box 748

Dickinson, ND 58602

(952) 210-6610

**Submit to:** **CONTINENTAL RESOURCES, INC.**

20 N. Broadway

Oklahoma City, OK 73102

Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023560 | 2/1/24 | Lundberg Federal 5-8H1 | Bullrock Solids Disposal-Keene, ND | Service Work | 300 | 9.50 | 145/hr | 1377.50 |
| 2023561 | 2/1/24 | Lundberg Federal 5-8H1 | Bullrock Solids Disposal-Keene, ND | Service Work | 225 | 10.00 | 145/hr | 1450.00 |

$2,827.50

| WILLISTON DRILLING | |
|---|---|
| Cost Code | 361 |
| AFE | DL11905   Suffix D/S |
| Lease Name | Lundberg Fed 5-8H1 |
| Description | Dispose Fluid |
| Signature | *(signature)* |
| Print Name | *(signature)* |
| Date | 2/2/24 |

GC – Continental Subpoena 077

CLR_STARK_BK_SDT-00000721

**STARK ENERGY**

**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023560

Rig Name & #: _Cyclone 38_

Ordered By: _Chad Gardner_
(Name)          (Phone)

Date: _2/1/24_

Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _Lundberg Federal 5-8H1_

Hauled To: _Bullrock Solios Disposal - Keene, ND_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-211_ Trailer # _T-107_

Top Gauge _____ Start Time _9:00am_ Load Start Time _____

Bottom Gauge _____ Stop Time _6:30pm_ Unload Stop Time _____

Remarks: _Report To site, Dense fog limited Speeds on Some Roads, check
in w/ co-man on site. Work As Directed, spot in Truck/Trailer. Haul fluid
from Both Rig Tanks And tank farm, Tank #9 Haul To Solios._

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| | | | | | | |
| (Service Work)  150,150 | | | 300 BBl. | 9.5 | 145/hr. | 1,377.50 |
| Vac Work   # 32916 (150) | | | | | | |
| Flowback Water  # 24547 (150) | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |
| | | | | | | |

Driver Name & Number: _Rob Fettig_

Total Amount: _$1,377.50_

Accepted: _____

☒ Drilling
☐ Completion
☐ Production
☐ Workover Rig

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 078

**Water Drop Slip**



**STARK ENERGY**

32096

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._

Location _Lundberg 5-8+11_

Date _2/1/24_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

**Circle One**        Dirty Brine

Freshwater (Saltwater)  Flow Back _150_ BBL

S.E. Field Invoice # ~~2023558~~ → 2023560

Delivered To _Bullrock Solios Dipsal_

Thank You,

Driver's Name _RoB Fettry_

Truck # _5-711_        Quality Quick Print  ☎ 701.483.4070

---

**Water Drop Slip**

**STARK ENERGY**

24547

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc_

Location _Lundberg 5-8+11_

Date _2/1/24_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

**Circle One**        Dirty    150

Freshwater (Saltwater)  Flow Back ~~150~~ BBL

S.E. Field Invoice # ~~2023554~~ → 2023560

Delivered To _Bull Rock Solids Disposal_

Thank You,

Driver's Name _RoB Fettry_

Truck # _5-711_        Quality Quick Print  ☎ 701.483.4070

GC – Continental Subpoena 079



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023561

Rig Name & #: _Cyclone 38_
Ordered By: _CHAD GARTNER_

(Name)          (Phone)

Date: _2/1/24_                         Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inv._

Billing Address: _____

Hauled From: _LunDberg Federal 5-8H1_

Hauled To: _BullRock SoliDs -Disposal Keene, ND_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-211_ Trailer # _T-107_

Top Gauge _____ Start Time _6:30pm_ Load Start Time _____

Bottom Gauge _____ Stop Time _4:30Am 2/2_ Unload Stop Time _____

Remarks: _Switch out with Driver on site, spot in Truck/Trailer to_
_Haul Remaining fluids from Tank #9 to Solids Disposal. Washout_
_@ Secure Due to Nasty Fluids @ end of shift, Drive to yard._

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Service Work 150, 75 | | | 225/BBL. | 10.0 | 145/hr. | 1,450.00 |
| Vac Work #2A548 (150) | | | | | | |
| Flowback Water # 32097 (75) | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: _TRAVIS MATHIS_        Total Amount: $1,450.00

Accepted: _____

☒ Drilling
☐ Completion
☐ Production
☐ Workover Rig

Quality Quick Print | ☎ 701.483.4070

GC - Continental Subpoena 080

#3

**Water Drop Slip**



**STARK ENERGY**                    24548

**P.O. Box 748  Dickinson, ND 58602**
**701-300-1558**

Customer Name  Continental Resources Inc.
Location  Lundberg  5-8 H1
Date  2/1/24
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____
Circle One      DIRty Brine
Freshwater  (Saltwater)  Flow Back  150  BBL
S.E. Field Invoice #  2023558  2023561
Delivered To  Bull Rock Solids Disposal
Thank You,
Driver's Name
  ROB Fetting / TRAvis M.
Truck #  5-211                    Quality Quick Print | ☎ 701.483.4070

**Water Drop Slip**

**STARK ENERGY**                    32097

**P.O. Box 748  Dickinson, ND 58602**
**701-300-1558**

Customer Name  Continental Resources Inc.
Location  Lundberg  5-8 H1
Date  2/2/24
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____
Circle One      Fiery Brine
Freshwater  (Saltwater)  Flow Back  75  BBL
S.E. Field Invoice #  2023558  2023561
Delivered To  Bull Rock Solids Disposal
Thank You,
Driver's Name
  ROB Fetty / TRAvis M.
Truck #  5-211                    Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 081

Confidential                                        CLR_STARK_BK_SDT-00000725

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 2,057.95 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 2,057.95 |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**  HARRISBURG 5-27H Fresh Water. Haul F/W to site from FWD. Work as directed. Fill up insulated frac tank. Road to yard (Williston, ND).

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023563 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| CW06922.CAP | AFEW . 5000070 | FRESH WATER | 499.20 |
| CW06922.CAP | AFEW . 5000074 | FRESH WATER - TRUCKING | 1,558.75 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 02/03/2024 - 02/03/2024 | | | |
| | | CW06922.CAP | | | HARRISBURG 5-27H - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000074 | 1558.75 | 1558.75 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 10.75 | 145.00 | 1558.75 | (0.00%) | 1558.75 | 0.00 | 1558.75 | 1558.75 |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Water Charge | | | Purchase Category: | | | | | | Service Date: 02/03/2024 - 02/03/2024 | | | |

GC – Continental Subpoena 082

Confidential

CLR_STARK_BK_SDT-00000684

| | | | | | | | | | | AFEW.5000070 | 499.20 | 499.20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CW06922.CAP | | | | 5-27H – CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | | | |

| | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 480.00 | 1.04 | 499.20 | (0.00%) | 499.20 | 0.00 | 499.20 | 499.20 |

| | | |
|---|---|---|
| | 2057.95 | 2057.95 |
| USD | 2057.95 | 2057.95 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Josh O'Donnell

**Document Journal**

Exported on 02/22/2024 at 04:03:24 PM MST - by B2B Continental Resources,...

Approved on 02/22/2024 at 11:53:39 AM MST - by Josh T O'Donnell

Forwarded to Josh T O'Donnell on 02/20/2024 at 02:16:13 PM MST - by Charlce Trevena

Coding Verified on 02/20/2024 at 02:16:13 PM MST - by Charlce Trevena
    Code Verified

Commented on 02/14/2024 at 01:24:58 PM MST - by Shannon A Harris
    CW06922

Commented on 02/06/2024 at 01:27:40 PM MST - by Charlce Trevena
    CW06922

Forwarded to Williston Basin/Watford City Field Office on 02/06/2024 at 12:35:19 PM MST - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 02/04/2024 at 06:34:16 PM MST - by the System
    The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 02/04/2024 at 06:34:16 PM MST - by Delene M Fettig

GC – Continental Subpoena 083

Confidential          CLR_STARK_BK_SDT-00000685

February 3, 2024    Invoice    **Stark S-1256**    **Page 1 of 1**

**Payee:**    **STARK ENERGY, INC**

P.O. Box 748

Dickinson, ND 58602

(952) 210-6610

**Submit to:**    **CONTINENTAL RESOURCES, INC.**

20 N. Broadway

Oklahoma City, OK 73102

Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023563 | 2/3/24 | Harrisburg 5-27H | Elkan FWD - Watford City | Fresh Water | | 10.75 | 145.00/hr | 1558.75 |
| | | | | Water Charge | 480 | | 1.04/bbl | 499.20 |

**$2,057.95**

GC – Continental Subpoena 084

Confidential



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023563

Rig Name & #: __BDWS #__
Ordered By: __ASPYN SERNA__
    (Name)       (Phone)

Date: __2/3/24__      Customer Location/Dept Code: _____

Customer's Name: __Continental Resources Inc.__

Billing Address: _____

Hauled From: __Elkan FWD - Watford City__

Hauled To: __Harrisburg 5-27H__

AFE # _____  PO # _____  PO Line # _____

JSA # _____  Truck # __5-211__  Trailer # __T-107__

Top Gauge _____  Start Time __11:00pm__  Load Start Time _____

Bottom Gauge _____  Stop Time __9:45 AM 2/4__  Unload Stop Time _____

Remarks: __Haul F/w tosite from FWD, Work to Directed.__
__Fill up - Insulated Frac tank. Road to yard. (Williston, ND)__

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| | | | | | | |
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water 140, 140, 140, 60 | | | 480/BBl. | 10.75 | 145.00/Hr. | 1,558.75 074 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | 480/BBl. | | 104/BBl. | 499.20 070 |
| | | | | | | |

Driver Name & Number: __Rob Fetty__

LOCATION: __Harrisburg 5-27H__
AFE: __CLR06808__ SUFFIX: _____  Total Amount: __$2,057.95__
COST CODE: __070/074__
OFFICE: __Williston, ND__  ☐ Drilling

Accepted: _____

SIGNATURE: _____
PRINTED NAME: _____
ATTN: JOSH O'DONNELL

☐ Completion
Continental Subpoena 085
☒ Production
Workover Rig

Quality Quick Print | ☎ 701.483.4070

**Water Drop Slip**



32099

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._

Location _Elkan Fwd - Watford City_

Date _2/3/24 — 2/4/24_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

Circle One

(Freshwater)  Saltwater  Flow Back _140, 140, 140, 60_ BBL

S.E. Field Invoice # _2023563_

Delivered To _Harrisburg  5-27 H_

Thank You,

Driver's Name _Rob Fetty_

Truck # _S-211  T-107_   Quality Quick Print  ☎ 701.483.4070

GC – Continental Subpoena 086

CLR_STARK_BK_SDT-00000688

| **Remit To:** | **Bill To:** | |
|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Watford City Field Office<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:        USD 2,480.70<br>Remit to Supplier:   USD 2,480.70 |

**Description:**  TALLAHASSEE FIU 6-21H Fresh Water. Report to site haul F/W from FWD to site. Due to icy roadway(s) turn times slower then normal. Had to chain up leaving location. 1st load got stuck on hill.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2017833 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| XW19024.EXP | AFEW . 5000070 | FRESH WATER | 2,480.70 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 02/08/2024 - 02/08/2024 | | | |
| | | XW19024.EXP | | | TALLAHASSEE FIU 6-21H - EXPENSE WORKOVER | | | | | | AFEW.5000070 | 1957.50 | 1957.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 13.50 | 145.00 | 1957.50 | (0.00%) | 1957.50 | 0.00 | 1957.50 | 1957.50 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Water Charge | | | Purchase Category: | | | | | | Service Date: 02/08/2024 - 02/08/2024 | | | |
| | | XW19024.EXP | | | TALLAHASSEE FIU 6-21H - | | | | | | AFEW.5000070 | 523.20 | 523.20 | |

GC – Continental Subpoena 087

Generated 02/16/2024 4:29 PM MST by  **ENVERUS** Business Automation

Confidential                                                                      CLR_STARK_BK_SDT-00000676

| Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|
| 480.00 | 1.09 | 523.20 | (0.00%) | 523.20 | 0.00 | 523.20 | 523.20 |
| | | | | | 2480.70 | 2480.70 | |

USD | | | | | 2480.70 | 2480.70 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Josh O'Donnell

**Document Journal**

Exported on 02/16/2024 at 04:06:15 PM MST - by B2B Continental Resources,...

Approved on 02/16/2024 at 01:35:31 PM MST - by Josh T O'Donnell

Forwarded to Josh T O'Donnell on 02/12/2024 at 03:32:44 PM MST - by Charlce Trevena

Coding Verified on 02/12/2024 at 03:32:44 PM MST - by Charlce Trevena
   Code Verified

Forwarded to Williston Basin/Watford City Field Office on 02/12/2024 at 01:49:54 PM MST - by Teresa M Shortt

Forwarded to Williston Basin/Accounts Payable on 02/09/2024 at 05:55:40 AM MST - by the System
   The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 02/09/2024 at 05:55:40 AM MST - by Delene M Fettig

GC – Continental Subpoena 088

Generated 02/16/2024 4:29 PM MST by **ENVERUS** Business Automation

Confidential   CLR_STARK_BK_SDT-00000677

February 8, 2024 · Invoice · **Stark S-1257** · **Page 1 of 1**

**Payee:** **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to:** **CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2017833 | 2/8/24 | WAWSA - Depot | TALLAHASSEE FIU 6-21H | Fresh Water | | 13.50 | 145.00/hr | 1957.50 |
| | | | | Water Charge | 480 | | 1.09/bbl | 523.20 |

**$2,480.70**

GC – Continental Subpoena 089

Confidential

CLR_STARK_BK_SDT-00000678



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2017833

Rig Name & #: BDWS H1
Ordered By: Marty Boyd
(Name)      (Phone)

Date: 2/8/23

Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: WAWSA - Depot

Hauled To: Tallahassee Flu 6-21H

AFE # _____   PO # _____   PO Line # _____

JSA # _____   Truck # 5-211   Trailer # T-107

Top Gauge _____   Start Time 1:00Am   Load Start Time _____

Bottom Gauge _____   Stop Time 2:30pm   Unload Stop Time _____

Remarks: Report To site Haul Fw from FWD, Due to Ky Roadway(s) turn thes Slaver thes Normul HAO to chain up let\ving location 1st lanb got stuck on Hill.

*(right side vertical text)*
WATG60 CITY
OFFICE: EPPING
AFE: XW19024
LOCATION: TALLAHASSEE
WILLISTON BASIN
QUESTIONS? CALL 701-664-3001
MARTY BOYD
TIOGA   SIDNEY   KILLDEER
COST CODE: Trackable/Fw
FW 010
**Continental Resources**

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| (Fresh Water) 140, 140, 140, 60 | 074 | | 480 BBl. | 135 | 195/hr. | 1,957.50 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| (Water Charge) | 070 | | 480/BBl. | | 1.09/BBl. | 523.20 |

Driver Name & Number: Bob Fettig

Accepted: Mark Boyd 2/8/24

Total Amount: $2,480.70

☐ Drilling
☐ Production
☐ Workover Rig

GC - Continental Subpoena 090

Quality Quick Print ☎ 701-483-4876

| **Remit To:** | **Bill To:** | Invoice Amount: | USD 1,030.30 |
|---|---|---|---|
| | | Remit to Supplier: | USD 1,030.30 |

**Remit To:**

**Stark Energy, Inc.**
Dickinson
P.O. Box 748
Dickinson , ND
US
58602
952-210-6610
Supplier Number: 4115267

**Bill To:**

**Continental Resources, Inc.**
Williston Basin
Attn: Drilling - Williston Basin
20 N Broadway
Oklahoma City , OK
US
73101

**Description:**   BENNER 5-7H Fresh Water. Report to site. Haul F/W from FWD empty into day tank.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2017834 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL14458.DRL | AFEW . 5000070 | FRESH WATER | 1,030.30 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 02/12/2024 – 02/12/2024 | | | |
| | | DL14458.DRL | | | BENNER 5-7H - DRILLING | | | | | | AFEW.5000070 | 797.50 | 797.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 5.50 | 145.00 | 797.50 | (0.00%) | 797.50 | 0.00 | 797.50 | 797.50 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Water Charge | | | Purchase Category: | | | | | | Service Date: 02/12/2024 – 02/12/2024 | | | |
| | | DL14458.DRL | | | BENNER 5-7H - DRILLING | | | | | | AFEW.5000070 | 232.80 | 232.80 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |

GC – Continental Subpoena 091

Confidential

CLR_STARK_BK_SDT-00000689

| | | | 147.00 | | 232.80 | 232.80 |

| | | | | | 1030.30 | 1030.30 |

USD | | | | | 1030,30 | 1030.30

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Drilling - Williston Basin
User: Chris Hall

**Document Journal**

Exported on 02/23/2024 at 04:02:06 PM MST - by B2B Continental Resources,...

Approved on 02/23/2024 at 12:17:48 PM MST - by the System
The invoice was approved automatically based on workflow routing rules. [Rule 35]

Coding Verified on 02/23/2024 at 12:17:48 PM MST - by Chris Hall
Code Verified

Forwarded to Williston Basin/Drilling - Williston Basin on 02/13/2024 at 12:48:05 PM MST - by Teresa M Shortt

Forwarded to Williston Basin/Accounts Payable on 02/13/2024 at 08:10:22 AM MST - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 02/13/2024 at 08:10:22 AM MST - by Delene M Fettig

GC – Continental Subpoena 092

Generated 02/23/2024 4:12 PM MST by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000690

February 12, 2024                    **Invoice**    **Stark S-1258**           **Page 1 of 1**

**Payee:**  **STARK ENERGY, INC**                 **Submit to:** **CONTINENTAL RESOURCES, INC.**

P.O. Box 748                                        20 N. Broadway

Dickinson, ND 58602                                 Oklahoma City, OK  73102

(952) 210-6610                                      Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2017834 | 2/12/24 | M & L FWD - Killdeer | Benner 5-7H | Fresh Water | | 5.50 | 145.00/hr | 797.50 |
| | | | | Water Charge | 240 | | .97/bbl | 232.80 |

$1,030.30

GC – Continental Subpoena 093

Confidential                                                          CLR_STARK_BK_SDT-00000691



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2017834

**WILLISTON DRILLING**

Rig Name & #: HP 456

Ordered By: Jim Bueling

(Name)    (Phone)

Cost Code O 70

AFE DL14458

Date: 2/12/24

Customer's Name: Continental Resources

Billing Address:

Hauled From: M&L FWD - Kilbeer

Hauled To: Benner 5-7 1H

Lease Name BENNER 5-7H
Customer Location/Dept Code:
Description FRESH WATER
Signature INC. Jim Muller
Print Name John Muller
Date 02/12/24

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # 5-211 Trailer # T-107

Top Gauge _____ Start Time 8:00 Am Load Start Time _____

Bottom Gauge _____ Stop Time 1:30 pm Unload Stop Time _____

Remarks: Report To site Haul F/w from FWD Empty into DAY tank

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water 40,100 | | | 240/BBL | 5.5 | 145/hr | 797.50 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | 240 BBL | | .97/BBL | 232.80 |

Driver Name & Number: FRANCISCO CAZARES

Total Amount: $1,030.30

Accepted: _____

☒ Drilling
☐ Completion
☐ Production
☐ Workover Rig

GC Continental Subpoena 094

Quality Quick Print | ☎ 701 483 4970

**Remit To:**

**Stark Energy, Inc.**
Dickinson
P.O. Box 748
Dickinson , ND
US
58602
952-210-6610
Supplier Number: 4115267

**Bill To:**

**Continental Resources, Inc.**
Williston Basin
Attn: Watford City Field Office
20 N Broadway
Oklahoma City , OK
US
73101

| | |
|---|---|
| Invoice Amount: | USD 2,263.20 |
| Remit to Supplier: | USD 2,263.20 |

**Description:**    MONTPELIER 3-14-H1 Fresh Water. Report to FWD, load FW, haul to site. Work as directed w/hot oiler, offload/top off frac tank.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015183 | | | | | | | |
| 2021140 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| XW19236.EXP | AFEW . 5000070 | FRESH WATER | 523.20 |
| XW19236.EXP | AFEW . 5000074 | FRESH WATER - TRUCKING | 1,740.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 02/23/2024 – 02/23/2024 | | | |
| | | XW19236.EXP | | | MONTPELIER 3-14H1 - EXPENSE WORKOVER | | | | | | AFEW.5000074 | 1232.50 | 1232.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 8.50 | 145.00 | 1232.50 | (0.00%) | 1232.50 | 0.00 | 1232.50 | 1232.50 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Water Charge | | | Purchase Category: | | | | | | Service Date: 02/23/2024 – 02/23/2024 | | | |

GC – Continental Subpoena 095

Confidential

CLR_STARK_BK_SDT-00000706

| XW19236.EXP | | | | MONTPELIER 3-14H1 - EXPENSE WORKOVER | | | | | | AFEW.5000070 | 359.70 | 359.70 | |

| Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|----------|------|----------|----------|---------|-----------|----------|--|
| 330.00 | 1.09 | 359.70 | (0.00%) | 359.70 | 0.00 | 359.70 | 359.70 |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|-------|------|-----------|-----|-------|----------|-------------|--------------|----|----|---------|--------|--------|-----------|-------|
| | 3 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 02/23/2024 - 02/23/2024 | | | |
| | | XW19236.EXP | | | MONTPELIER 3-14H1 - EXPENSE WORKOVER | | | | | | AFEW.5000074 | 507.50 | 507.50 | |

| Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|----------|------|----------|----------|---------|-----------|----------|--|
| 3.50 | 145.00 | 507.50 | (0.00%) | 507.50 | 0.00 | 507.50 | 507.50 |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|-------|------|-----------|-----|-------|----------|-------------|--------------|----|----|---------|--------|--------|-----------|-------|
| | 4 | Water Charge | | | Purchase Category: | | | | | | Service Date: 02/23/2024 - 02/23/2024 | | | |
| | | XW19236.EXP | | | MONTPELIER 3-14H1 - EXPENSE WORKOVER | | | | | | AFEW.5000070 | 163.50 | 163.50 | |

| Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|----------|------|----------|----------|---------|-----------|----------|--|
| 150.00 | 1.09 | 163.50 | (0.00%) | 163.50 | 0.00 | 163.50 | 163.50 |

| | | |
|--|--|--|
| | 2263.20 | 2263.20 |

USD

| | | |
|--|--|--|
| | 2263.20 | 2263.20 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Josh O'Donnell

**Document Journal**

GC – Continental Subpoena 096

Confidential

CLR_STARK_BK_SDT-00000707

Exported on 02/26/2024 at 10:28 PM MST - by Delene M Fettig

Approved on 02/26/2024 at 03:25:46 PM MST - by Josh T O'Donnell

Forwarded to Josh T O'Donnell on 02/26/2024 at 11:39:57 AM MST - by Charlce Trevena

Coding Verified on 02/26/2024 at 11:39:57 AM MST - by Charlce Trevena
Code Verified

Forwarded to Williston Basin/Watford City Field Office on 02/26/2024 at 10:56:49 AM MST - by Jamie L Thomas (AP)

Forwarded to Williston Basin/Accounts Payable on 02/25/2024 at 03:26:55 PM MST - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 02/25/2024 at 03:26:55 PM MST - by Delene M Fettig

GC – Continental Subpoena 097

Generated 02/26/2024 10:28 PM MST by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000708

February 25, 2024   Invoice   Stark S-1271   Page 1 of 1

**Payee:** STARK ENERGY, INC
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to: CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2015183 | 2/23/24 | WAWSA-Depot | 0⁷⁴ | Montpelier 3-14-H1 | Fresh Water | | 8.50 | 145/hr | 1232.50 |
| | | | | | Water Charge | 330 | | 1.09/bbl | 359.70 |
| 2021140 | 2/23/24 | WAWSA-Depot | 0⁷⁰ | Montpelier 314-H1 | Fresh Water | | 3.50 | 145/hr | 507.50 |
| | | | | | Water Charge | 150 | | 1.09/bbl | 163.50 |
| | | | | | | 480 | | | **$2,263.20** |

## Continental Resources

**WILLISTON BASIN**
LOCATION: MONTPELIER 3-14H1
AFE: XW19236   COST CODE: 070/074
OFFICE:   EPPING   TIOGA   SIDNEY   KILLDEER
QUESTIONS? CALL 701-664-3001

GC – Continental Subpoena 098

Confidential



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015183

Rig Name & #: BLACK DIAMOND #2
Ordered By: MARTY BOYD
(Name)    (Phone)

Date: 2/23/24    Customer Location/Dept Code: _____

Customer's Name: Continental Resources

Billing Address: _____

Hauled From: WAWSA Depot

Hauled To: Montpelier 3-14 H1

AFE # _____    PO # _____    PO Line # _____

JSA # _____    Truck # 5-211    Trailer # T-107

Top Gauge _____    Start Time 2:00 pm    Load Start Time _____

Bottom Gauge _____    Stop Time 10:30 pm    Unload Stop Time _____

Remarks: Report To FWD, load FW for well sit, Haul
To-site work As Directed w/ Hot oiler, offload into /top off
Frac tank.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water  140, 140, 50 | | | 330/BBl | 8.5 | 145/hr. | 1,232.50 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | 330/BBl | | 1.09/BBl | 359.70 |

Driver Name & Number: Francisco Cazares

Total Amount: $1,592.20

Accepted: _____

☐ Drilling
GC Completion Continental Subpoena 099
☒ Production
☐ Workover Rig

Quality Quick Print | ☎ 701-483-4070

## Water Drop Slip



32846

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name __Continental Resources__

Location __WAWSA Depot__

Date __2/23/24__

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

Circle One

(Freshwater)   Saltwater   Flow Back __330__ BBL

S.E. Field Invoice # __2015183__

Delivered To __Montpelier 3-14H1__

Thank You,

Driver's Name __FRANCISCO CAZARES__

Truck # __S-211__

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 100

Confidential



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2021140

Rig Name & #: __BLACK DIAMOND #2__
Ordered By: __MARTY BOYD__
(Name)                    (Phone)

Date: __2-23-24__          Customer Location/Dept Code: _____

Customer's Name: __CONTINENTAL RESOURCES__

Billing Address: _____

Hauled From: __WAWSA DEPOT__

Hauled To: __MONTPELIER 3-14H1__

AFE # _____    PO # _____    PO Line # _____

JSA # _____    Truck # __LT3__    Trailer # __T5__

Top Gauge _____    Start Time __4:00pm__    Load Start Time _____

Bottom Gauge _____    Stop Time __7:30pm__    Unload Stop Time _____

Remarks: __HAULED FRESH WATER INTO FRAC TANK__

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | 150 | 6.5 | $145 00 | $507 50 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | 150 | | $1.09 | $163.50 |

Driver Name & Number: __ELI WILLIS / LAOS__    Total Amount: __$671 00__

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC – Continental Subpoena 101

Confidential

**Water Drop Slip**



32845

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continntal Resources_
Location _WAWSA Depot_
Date _2-23-24_

Top Gauge _____   Time _____
Bottom Gauge _____   Time _____

**Circle One**
(Freshwater)   Saltwater   Flow Back _150_ BBL
S.E. Field Invoice # _202140_
Delivered To _Montpelier 3-14H1_

Thank You,

Driver's Name
_Eli Willis_
Truck # _LT3_

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 102

Confidential                    CLR_STARK_BK_SDT-00000713

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Watford City Field Office<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:<br>Remit to Supplier: | USD 1,740.00<br>USD 1,740.00 |

**Description:**   Steele Federal 3-24AH. Report to well site. Haul brine H2O to well site and offload into frac tank. Work as directed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015184 | | | | | | | |
| 2015185 | | | | | | | |
| 2015186 | | | | | | | |
| 2015224 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| CW06986.CAP | AFEW . 5000071 | BRINE WATER | 1,740.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 02/26/2024 – 02/26/2024 | | | |
| | | CW06986.CAP | | | STEELE FEDERAL 3-24AH - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000071 | 435.00 | 435.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 3.00 | 145.00 | 435.00 | (0.00%) | 435.00 | 0.00 | 435.00 | 435.00 | |

GC – Continental Subpoena 103

Confidential

CLR_STARK_BK_SDT-00000730

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Service Work | | | Purchase Category: | | | | | | Service Date: 02/26/2024 – 02/26/2024 | | | |
| | | CW06986.CAP | | | STEELE FEDERAL 3-24AH - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000071 | 435.00 | 435.00 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 3.00 | 145.00 | 435.00 | (0.00%) | 435.00 | 0.00 | 435.00 | 435.00 |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | Service Work | | | Purchase Category: | | | | | | Service Date: 02/26/2024 – 02/26/2024 | | | |
| | | CW06986.CAP | | | STEELE FEDERAL 3-24AH - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000071 | 435.00 | 435.00 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 3.00 | 145.00 | 435.00 | (0.00%) | 435.00 | 0.00 | 435.00 | 435.00 |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | Service Work | | | Purchase Category: | | | | | | Service Date: 02/27/2024 – 02/27/2024 | | | |
| | | CW06986.CAP | | | STEELE FEDERAL 3-24AH - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000071 | 435.00 | 435.00 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 3.00 | 145.00 | 435.00 | (0.00%) | 435.00 | 0.00 | 435.00 | 435.00 |

| | |
|---|---|
| 1740.00 | 1740.00 |

GC – Continental Subpoena 104

Confidential                                                        CLR_STARK_BK_SDT-00000731

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Charlce Trevena

**Document Journal**

Exported on 03/06/2024 at 11:05:17 AM MST - by B2B Continental Resources,...

Approved on 03/06/2024 at 09:51:17 AM MST - by the System
The invoice was approved automatically based on workflow routing rules. [Rule 38]

Coding Verified on 03/06/2024 at 09:51:17 AM MST - by Charlce Trevena
Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/04/2024 at 03:22:38 PM MST - by Cassandra M Burton

Forwarded to Williston Basin/Accounts Payable on 02/29/2024 at 10:46:02 AM MST - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 02/29/2024 at 10:46:02 AM MST - by Delene M Fettig

GC – Continental Subpoena 105

Confidential        CLR_STARK_BK_SDT-00000732

February 28, 2024

Invoice   Stark S-1272   Page 1 of 1

Payee:   **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

Submit to: CONTINENTAL RESOURCES, INC.
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015224 | 2/26/24 | Polk Federal 13-33HSL | Steele Federal 3-24AH | Service Work | 150 | 3.00 | 145/hr | 435.00 |
| 2015184 | 2/26/24 | Polk Federal 10-33H1 | Steele Federal 3-24AH | Service Work | 100 | 3.00 | 145/hr | 435.00 |
| 2015185 | 2/26/24 | Polk Federal 9-33H | Steele Federal 3-24AH | Service Work | 55 | 3.00 | 145/hr | 435.00 |
| 2015186 | 2/27/24 | Polk Federal 12-33H1 | Steele Federal 3-24AH | Service Work | 130 | 3.00 | 145/hr | 435.00 |
| | | | | | 435 | | | $1,740.00 |

**Continental Resources**
WILLISTON BASIN
LOCATION: STEELE FEDERAL 3-24AH
AFE: CW 06996   COST CODE: 071
OFFICE:   EPPING   TIOGA   SIDNEY   KILLDEER
QUESTIONS? CALL 701-664-3001

GC – Continental Subpoena 106

Confidential

CLR_STARK_BK_SDT-00000733



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015224

Rig Name & #: **Black Diamond #1**

Ordered By: **Aspyn Serna**
      (Name)        (Phone)

Date: **2/26/24**
Customer Location/Dept Code: _____

Customer's Name: **Continental Resources Inc.**

Billing Address: _____

Hauled From: **Polk Federal 13-33HSL**

Hauled To: **Steele Federal 3-24AH**

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # **S-211** Trailer # **T-107**

Top Gauge _____ Start Time **5:00pm** Load Start Time _____

Bottom Gauge _____ Stop Time **8:00pm** Unload Stop Time _____

Remarks: **Report To wellsite, Haul Brine H2O to Disposal Wellsite offload into Frac tank #507 #24556 (150)**

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Service Work **150** | | | **150/Bbl.** | **3.0** | **145/Hr** | **435.00** |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: **Francisco C. + Leo R.**

Total Amount: **$435.00**

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

Quality Quick Print | ☎ 701-483-4070

GC - Continental Subpoena 107

#1

**Water Drop Slip**

STARK ENERGY

24556

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources_
Location _Polk Federal 13-33 HSL_
Date _2/26/24_
Top Gauge _8'7"_          Time _____
Bottom Gauge _____   Time _____

Circle One
Freshwater   (Saltwater)   Flow Back _150_ BBL
S.E. Field Invoice # _2015224_
Delivered To _Steele Federal 3-24 AH_

Thank You,

Driver's Name
_Fracisco C. + Leo R._

Truck # _S-211_          Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 108

                    CLR_STARK_BK_SDT-00000735



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015184

Rig Name & #: __Black Diamond #1__
Ordered By: __Aspyn Serna__
(Name)          (Phone)

Date: __2/26/24__     Customer Location/Dept Code: _____

Customer's Name: __Continental Resources Inc.__

Billing Address: _____

Hauled From: __Polk Federal 10-33 H1__

Hauled To: __Steele Federal 3-24 AH__

AFE # _____  PO # _____  PO Line # _____

JSA # _____  Truck # __S-211__  Trailer # __T-107__

Top Gauge _____  Start Time __8:00pm__  Load Start Time _____

Bottom Gauge _____  Stop Time __11:00pm__  Unload Stop Time _____

Remarks: __Report To well-site Haul production H2o to__
__wellsite, off load into Frac tank onsite Tank #507__

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | 100 | | 100/bbl. | 3.0 | 145/hr. | 435°° |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |
| | | | | | | |

Driver Name & Number: __Francisco G + Leo R__     Total Amount: __$435°°__

Accepted: _____

☐ Drilling
GC – Continental Subpoena 109
☒ Production
☐ Workover Rig

Quality Quick Print | ☎ 701.483.4970

## Water Drop Slip



24558

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._
Location _Polk Federal 10-33 H1_
Date _2/26/24_
Top Gauge _7.58_   Time _____
Bottom Gauge _____   Time _____

**Circle One**
Freshwater   (Saltwater)   Flow Back _100_ BBL
S.E. Field Invoice # _2015184_
Delivered To _Steele Federal 3-24 AH_

Thank You,

Driver's Name
_Francisco C. Leo R_
Truck # _S-211_

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 110



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015185

Rig Name & #: _BLACK DIAMND #1_
Ordered By: _ASpyn SenA_
(Name)        (Phone)

Date: _2/26/24_                     Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc_

Billing Address: _____

Hauled From: _Polk Federal 9-33H_

Hauled To: _Steele Federal 3-24AH_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-211_       Trailer # _T-107_

Top Gauge _____ Start Time _11:00pm_   Load Start Time _____

Bottom Gauge _____ Stop Time _2:00pm_   Unload Stop Time _____

Remarks: _Report To site, Haul Brine from CTB to New well site, Assist Rig crew, offload Brine into tank #507._

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work >35, 20, | | | 55/Bbl. | 3.0 | 145/Hr. | 435⁰⁰ |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: _Francisco C. + Leo R._      Total Amount: _$435⁰⁰_

Accepted: _____

- [ ] Drilling
- [ ] Completion
- [X] Production
- [ ] Workover Rig

GC Confidential Subpoena 111

Quality Quick Print | ☎ 701 483 4078

**Water Drop Slip**



24557

**P.O. Box 748   Dickinson, ND 58602**
701-300-1558

Customer Name: Continental Resources Inc

Location: Polk Foxxon 9-35 H

Date: 3/27/24

Top Gauge: 2.73          Time:

Bottom Gauge:            Time:

Circle One

Freshwater   Saltwater   Flow Back   35   BBL.

S.E. Field Invoice #:   2015185

Delivered To: Steric Foxxon 5-2AAH

Thank You.

Driver's Name: Francisco C + Leo E.

Truck #: S-2.11

GC – Continental Subpoena 112

Confidential                                    CLR_STARK_BK_SDT-00000739

## Water Drop Slip



**STARK ENERGY**

24560

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources Inc._

Location _Polk Federal   9-33 H_

Date _2/27/24_

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

**Circle One**

Freshwater  (Saltwater)   Flow Back _70_   BBL

S.E. Field Invoice # _2015165_

Delivered To _Steele Federal   3-24 A H_

Thank You,

Driver's Name _Fracisco C. + Leo P._

Truck # _S-711_

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 113

Confidential

CLR_STARK_BK_SDT-00000740



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015186

Rig Name & #: Black Diamond #1
Ordered By: Aspyn Serna
(Name)        (Phone)

Date: 2/27/24          Customer Location/Dept Code: _____

Customer's Name: Continental Resources Ink.

Billing Address: _____

Hauled From: Polk Federal 12-33H1

Hauled To: Steele Federal 3-24 AH

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211 Trailer # T-107

Top Gauge _____ Start Time 2:00AM Load Start Time _____

Bottom Gauge _____ Stop Time ~~12~~ 5:00AM Unload Stop Time _____

Remarks: Haul Production to well-site ~~off~~ bad into Frac tank
on-site work As Directo.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Service Work 130, | | | 130/BBL | 3.0 | 145/hr. | 435⁰⁰ |
|---|---|---|---|---|---|---|
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |
| | | | | | | |

Driver Name & Number: Francisco C. + Leo R.          Total Amount: $435⁰⁰

Accepted: _____

☐ Drilling
GC Confidental Subpoena 114
☐ Completion
☒ Production
☐ Workover Rig

Quality Quick Print | ☎ 701-483-4070

## Water Drop Slip



24559

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resource Inc_

Location _Polk Federal 12-33H1_

Date _2/27/24_

Top Gauge _____  Time _____

Bottom Gauge _____  Time _____

**Circle One**

**Freshwater**  (**Saltwater**)  Flow Back _130_ BBL

S.E. Field Invoice # _2015166_

Delivered To _Steele Federal 3-74-1H_

Thank You,

Driver's Name
_Francisco C. + Leo P._

Truck # _5-711_

Quality Quick Print • ☎ 701.483.4070

GC – Continental Subpoena 115

CLR_STARK_BK_SDT-00000742

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 725.00 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 725.00 |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:** Tarentaise Federal 13-19H Service Work. Report to site, empty frac tank on site. Open up hatch's & string out hose to empty frac tank for transport. Work as directed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015189 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| CW06623.CAP | AFEW . 5000071 | BRINE WATER | 725.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | Service Date: 02/28/2024 – 02/28/2024 | | | | |
| | | CW06623.CAP | | | TARENTAISE FEDERAL 13-19H - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000071 | 725.00 | 725.00 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 5.00 | 145.00 | 725.00 | (0.00%) | 725.00 | 0.00 | 725.00 | 725.00 |

| | | |
|---|---|---|
| | 725.00 | 725.00 |
| USD | 725.00 | 725.00 |

## Supplementary Information

GC – Continental Subpoena 116

Generated  03/01/2024 4:23 PM MST by  **ENVERUS** Business Automation

Confidential                                    CLR_STARK_BK_SDT-00000714

**Status: Approved**

## Current Owner

Site: Williston Basin
Department: Watford City Field Office
User: Charice Trevena

## Document Journal

Exported on 03/01/2024 at 04:06:08 PM MST - by B2B Continental Resources,...

Approved on 03/01/2024 at 11:42:57 AM MST - by the System
The invoice was approved automatically based on workflow routing rules. [Rule 38]

Coding Verified on 03/01/2024 at 11:42:57 AM MST - by Charice Trevena
Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/01/2024 at 08:26:11 AM MST - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 02/28/2024 at 11:41:32 AM MST - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 02/28/2024 at 11:41:32 AM MST - by Delene M Fettig

GC – Continental Subpoena 117

Confidential                                                    CLR_STARK_BK_SDT-00000715

February 28, 2024                    Invoice    Stark S-1273              Page 1 of 1

**Payee:**   **STARK ENERGY, INC**                    Submit to:  **CONTINENTAL RESOURCES, INC.**

P.O. Box 748                                        20 N. Broadway

Dickinson, ND 58602                                 Oklahoma City, OK  73102

(952) 210-6610                                      Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015189 | 2/28/24 | Tarentaise Federal 13-19H | White Owl-Watford City | Service Work | 10 | 5.00 | 145/hr | 725.00 |
| | | | | | 10 | | | $725.00 |

GC – Continental Subpoena 118



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015189

Rig Name & #: _Tiger R11_
Ordered By: _Dexter Stangland_
(Name)          (Phone)

Date: _2/28/24_          Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _Tarentaise Federal 13-19H_

Hauled To: _White earl - watford city_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-211_ Trailer # _T-107_

Top Gauge _____ Start Time _5:00 Am_ Load Start Time _____

Bottom Gauge _____ Stop Time _10:00 Am_ Unload Stop Time _____

Remarks: _Report To site, Empty FRAC tank on site, open up Hatch's + String out Hose to Empty FRAc tank for TRANSPort._

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| (Service Work) 10, | | 10 Bbl | 5.0 | 145/hr. | 725.00 |
|---|---|---|---|---|---|
| Vac Work | | | | | |
| Flowback Water | Well Name: _Tarentaise Federal 13-19H_ | | | | |
| Fresh Water | Date: _2/28/24_ | | | | |
| Side Dump | AFE: _CWD6623_  Cost code: _071_ | | | | |
| Fuel Surcharge | | | | | |
| Disposal Charge | Dexter Stangland | | | | |
| Water Charge | Signature: | | | | |
| | Field Office: _Watford_ | | | | |

Driver Name & Number: _DAN SAWALLICH_          Total Amount: _$725.00_

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC - Continental Subpoena 119

Quality Quick Print | ☎ 701.483.4070

**Water Drop Slip**



**28021**

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name ___Continental Resources___

Location ___Tarentaise FED 13-19 H___

Date ___2/28/24___

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

**Circle One**

Freshwater  (Saltwater)  Flow Back __10__ BBL

S.E. Field Invoice # ___2015169___

Delivered To ___White owl - Watford city___

Thank You,

Driver's Name ___DAN Sawallich___

Truck # ___S-211___

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 120

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 1,160.00 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 1,160.00 |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**   STEELE FEDERAL 3-24AH Service Work. Report to site. Work to empty frac tanks FT538, FT507 on site as directed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015193 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| CW06986.CAP | AFEW . 5000360 | MUD DISPOSAL / SOIL FARM / PRODUCTION WATER | 1,160.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 02/28/2024 - 02/28/2024 | | | |
| | | CW06986.CAP | | | STEELE FEDERAL 3-24AH – CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000360 | 1160.00 | 1160.00 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 8.00 | 145.00 | 1160.00 | (0.00%) | 1160.00 | 0.00 | 1160.00 | 1160.00 |

| | | |
|---|---|---|
| | 1160.00 | 1160.00 |
| USD | 1160.00 | 1160.00 |

GC – Continental Subpoena 121

Generated  03/06/2024 11:23 AM MST by  **ENVERUS** Business Automation

Confidential                                                           CLR_STARK_BK_SDT-00000743

# Supplementary Information

**Status: Approved**

## Current Owner

Site: Williston Basin
Department: Watford City Field Office
User: Charlce Trevena

## Document Journal

Exported on 03/06/2024 at 11:06:07 AM MST – by B2B Continental Resources,...

Approved on 03/06/2024 at 09:50:44 AM MST – by the System
   The invoice was approved automatically based on workflow routing rules. [Rule 38]

Coding Verified on 03/06/2024 at 09:50:44 AM MST – by Charlce Trevena
   Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/04/2024 at 03:22:38 PM MST – by Cassandra M Burton

Forwarded to Williston Basin/Accounts Payable on 02/29/2024 at 10:43:57 AM MST – by the System
   The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 02/29/2024 at 10:43:57 AM MST – by Delene M Fettig

GC – Continental Subpoena 122

Confidential          CLR_STARK_BK_SDT-00000744

February 28, 2024       Invoice    **Stark S-1274**       **Page 1 of 1**

**Payee:**  **STARK ENERGY, INC**            **Submit to:** **CONTINENTAL RESOURCES, INC.**

P.O. Box 748                20 N. Broadway

Dickinson, ND 58602              Oklahoma City, OK 73102

(952) 210-6610                Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015193 | 2/28/24 | Steele Federal 3-24AH | White Owl-Watford City | Service Work | 114 | 8.00 | 145/hr | 1160.00 |
| | | | | | **114** | | | **$1,160.00** |

GC – Continental Subpoena 123

Confidential                        CLR_STARK_BK_SDT-00000745



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015193

Rig Name & #: _BlAck DiAmond #1_
Ordered By: _Black Diamond #1 — MArty Boyd_
(Name)        (Phone)

Date: _2/28/24_        Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _Steele Federal 3-24AH_

Hauled To: _White owl - WAtford City_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-211_   Trailer # _T-107_

Top Gauge _____ Start Time _10:00Am_   Load Start Time _____

Bottom Gauge _____ Stop Time _6:00pm_   Unload Stop Time _____

Remarks: _Report To site, Work to Empty FrAc tAnks on site._
_TAnk #'s FT538, FT507_

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work  104, P | | | 114/BBl. | 8.0 | 45/hr. | 1,160 00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

**Continental Resources**
WILLISTON BASIN
LOCATION: _STeele FEDErAl  3-24AH_
AFE: _CW 06986_   COST CODE: _360_
OFFICE: EPPING  TIOGA  SIDNEY  KILLDEER
(WATford CitY)   QUESTIONS? CALL 701-664-3001

Driver Name & Number: _DAN SAwAllich_        Total Amount: _$1,160 00_

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC – Continental Subpoena 124

Quality Quick Print | ☎ 701-483-4070

\#1

**Water Drop Slip**



28022

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name *Continental Resource Inc*
Location *Steele Federal 3-24 AH*
Date *2/28/24*

Top Gauge _____ Time _____
Bottom Gauge _____ Time _____

**Circle One**
Freshwater (Saltwater) Flow Back *104* BBL
S.E. Field Invoice # *601593*
Delivered To *White owl -Watford City*

Thank You,

Driver's Name *Dan Sawallich*

Truck # *5-211*

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 125

Confidential

#2

**Water Drop Slip**



28023

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc.,_

Location _Steele Federal 3-24 H H_

Date _2/28/24_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

**Circle One**

Freshwater   (Saltwater)   Flow Back _10_ _____ BBL

S.E. Field Invoice # _2015793_

Delivered To _White out — Waterbouty_

Thank You,

Driver's Name _Dan S._

Truck # _S-711_

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 126

CLR_STARK_BK_SDT-00000748

**Remit To:**

**Stark Energy, Inc.**
Dickinson
P.O. Box 748
Dickinson , ND
US
58602
952-210-6610
Supplier Number: 4115267

**Bill To:**

**Continental Resources, Inc.**
Williston Basin
Attn: Drilling - Williston Basin
20 N Broadway
Oklahoma City , OK
US
73101

| Invoice Amount: | USD 788.30 |
|---|---|
| Remit to Supplier: | USD 788.30 |

**Description:**    BENNER 4-7H. Fresh Water. Report to FWD, haul F/W to site. Work as directed, offload into day tank.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015190 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL14455.DRL | AFEW . 5000070 | FRESH WATER | 788.30 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 02/29/2024 - 02/29/2024 | | | |
| | | DL14455.DRL | | | BENNER 4-7H - DRILLING | | | | | | AFEW.5000070 | 652.50 | 652.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 4.50 | 145.00 | 652.50 | (0.00%) | 652.50 | 0.00 | 652.50 | 652.50 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Water Charge | | | Purchase Category: | | | | | | Service Date: 02/29/2024 - 02/29/2024 | | | |
| | | DL14455.DRL | | | BENNER 4-7H - DRILLING | | | | | | AFEW.5000070 | 135.80 | 135.80 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |

GC – Continental Subpoena 127

Confidential

CLR_STARK_BK_SDT-00000749

|  | 788.30 | 788.30 |
|---|---|---|
| USD | 788.30 | 788.30 |

## Supplementary Information

### Status: Approved

### Current Owner

Site: Williston Basin
Department: Drilling - Williston Basin
User: Chris Hall

### Document Journal

Exported on 03/12/2024 at 04:07:16 PM MDT – by B2B Continental Resources,...

Approved on 03/12/2024 at 01:59:17 PM MDT - by the System
The invoice was approved automatically based on workflow routing rules. [Rule 38]

Coding Verified on 03/12/2024 at 01:59:17 PM MDT - by Chris Hall
Code Verified

Forwarded to Williston Basin/Drilling – Williston Basin on 03/05/2024 at 05:43:04 AM MST - by Kelli D Tomlinson

Forwarded to Williston Basin/Accounts Payable on 03/01/2024 at 07:47:53 AM MST - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/01/2024 at 07:47:53 AM MST - by Delene M Fettig

GC – Continental Subpoena 128

Confidential                                                                 CLR_STARK_BK_SDT-00000750

Mar 1, 2024              Invoice    **Stark S-1275**          Page 1 of 1

**Payee:**   **STARK ENERGY, INC**               **Submit to:**  **CONTINENTAL RESOURCES, INC.**

P.O. Box 748                                    20 N. Broadway

Dickinson, ND 58602                             Oklahoma City, OK  73102

(952) 210-6610                                  Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015190 | 2/29/24 | M & L F/W Depot | Benner 4-7H | Fresh Water | | 4.50 | 145/hr | 652.50 |
| | | | | Water Charge | 140 | | .97/bbl | 135.80 |
| | | | | | **140** | | | **$788.30** |

GC – Continental Subpoena 129

Confidential                                    CLR_STARK_BK_SDT-00000751



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015190

Rig Name & #: HP 456

Ordered By: 2/29/24

(Name)        (Phone)

Date: 2/29/24

Customer's Name: Continental Resources

Billing Address:

Hauled From: M&L F/W Depot

Hauled To: Benner 4-7H

| **WILLISTON DRILLING** | | |
|---|---|---|
| Cost Code 070 | | |
| AFE DU4455 | Customer Location/Dept Code: | Suffix DRLG |
| Lease Name Benner 4-7H | | |
| Description Freshwater | | |
| Signature BLR | | |
| Print Name Brandon Reynolds | | |
| Date 02/29/24 | | |

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211 _____ Trailer # T-107 _____

Top Gauge _____ Start Time 2:30pm _____ Load Start Time _____

Bottom Gauge _____ Stop Time 7:00pm _____ Unload Stop Time _____

Remarks: Report To FWD, Haul F/W to site, work

As Directed. Offload Into DAY TANK.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Service Work | | | | | | |
|---|---|---|---|---|---|---|
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water 140 | | | 140/BBl. | 4.5 | 145/Hr. | 652.30 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | 140/BBl. | | .97/BBl. | 135.80 |

Driver Name & Number: DAN SAWALLich

Total Amount: $788.30

Accepted: _____

[X] Drilling
[ ] Completion
[ ] Production
[ ] Workover Rig

GC - Continental Subpoena 130

Quality Quick Print | ☎ 701.483.4070

CLR_STARK_BK_SDT-00000752

**Remit To:**

**Stark Energy, Inc.**
Dickinson
P.O. Box 748
Dickinson , ND
US
58602
952-210-6610
Supplier Number: 4115267

**Bill To:**

**Continental Resources, Inc.**
Williston Basin
Attn: Watford City Field Office
20 N Broadway
Oklahoma City , OK
US
73101

| Invoice Amount: | USD 2,085.50 |
|---|---|
| Remit to Supplier: | USD 2,085.50 |

**Description:**   HARRISBURG 3-27H. Fresh Water. Report to site hauled in F/W to frac tank on site. Icy winter conditions caused for slower than usual turn times.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015192 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| XW19420.EXP | AFEW . 5000070 | FRESH WATER | 490.50 |
| XW19420.EXP | AFEW . 5000074 | FRESH WATER - TRUCKING | 1,595.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 03/03/2024 - 03/03/2024 | | | |
| | | XW19420.EXP | | | HARRISBURG 3-27H - EXPENSE WORKOVER | | | | | | AFEW.5000074 | 1595.00 | 1595.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 11.00 | 145.00 | 1595.00 | (0.00%) | 1595.00 | 0.00 | 1595.00 | 1595.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Water Charge | | | Purchase Category: | | | | | | Service Date: 03/03/2024 - 03/03/2024 | | | |
| | | XW19420.EXP | | | HARRISBURG 3-27H - | | | | | | AFEW.5000070 | 490.50 | 490.50 | |

GC – Continental Subpoena 131

Confidential

CLR_STARK_BK_SDT-00000726

| Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|----------|------|----------|----------|---------|-----------|----------|---|
| 450.00 | 1.09 | 490.50 | (0.00%) | 490.50 | 0.00 | 490.50 | 490.50 |
| | | | | | 2085.50 | 2085.50 | |

USD | | | | | | 2085.50 | 2085.50 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Josh O'Donnell

**Document Journal**

Exported on 03/05/2024 at 04:12:33 PM MST - by B2B Continental Resources,...

Approved on 03/05/2024 at 03:25:05 PM MST - by Josh T O'Donnell

Forwarded to Josh T O'Donnell on 03/05/2024 at 11:08:07 AM MST - by Charice Trevena

Coding Verified on 03/05/2024 at 11:08:07 AM MST - by Charice Trevena
    Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/05/2024 at 08:27:35 AM MST - by Cassandra M Burton

Forwarded to Williston Basin/Accounts Payable on 03/04/2024 at 09:40:19 AM MST - by the System
    The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/04/2024 at 09:40:18 AM MST - by Delene M Fettig

GC – Continental Subpoena 132

Confidential                                                            CLR_STARK_BK_SDT-00000727

| | | | | Mar 4, 2024 | | Invoice | Stark S-1276 | | Page 1 of 1 |

**Payee:** **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to:** **CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015192 | 2/3/24 | WAWSA-Depot | HARRISBURG 3-27H | Fresh Water | | 11.00 | 145/hr | 1595.00 |
| | | | | Water Charge | 450 | | 1.09/bbl | 490.50 |
| | | | | | **450** | | | **$2,085.50** |

GC – Continental Subpoena 133

Confidential                                                                      CLR_STARK_BK_SDT-00000728



STARK ENERGY, INC.
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015192

Rig Name & #: Black Diamond #1

Ordered By: Marty Boyd
(Name)        (Phone)

Date: 2/3/24

Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: WAWSA - Depot

Hauled To: HARRisburg 3-27 H

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-24 Trailer # T-107

Top Gauge _____ Start Time 10:00Am Load Start Time _____

Bottom Gauge _____ Stop Time 9:00 pm Unload Stop Time _____

Remarks: Report To site w/ F/W Haul in To Frac tank on-site
Icy White Conditions, Caused fer slower Then usual turn times.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water 140, 140, 110, 60 | | | 450/BBl | 11.0 | 145/TTR, 074 | 1,595 = |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | 450/BBl | | 1.09/BBl, 070 | 490.50 |

Driver Name & Number: Robert Fetty

Accepted: [signature] 3/4/24

Total Amount: $2,085.50

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC - Continental Subpoena 134

Quality Quick Print | 701-483-4070

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Watford City Field Office<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:<br>Remit to Supplier: | USD 2,175.00<br>USD 2,175.00 |

**Description:**   RANSOM 12-30H. Service Work. Assist rig crew in suction. Haul water, work as directed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015194 | | | | | | | |
| 2015196 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL11366.CMP.PRD | AFEW . 5000360 | MUD DISPOSAL / SOIL FARM / PRODUCTION WATER | 2,175.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service work. | | | Purchase Category: | | | | | | Service Date: 03/15/2024 - 03/15/2024 | | | |
| | | DL11366.CMP.PRD | | | RANSOM 12-30H-COMPLETION-PRODUCTION | | | | | | AFEW.5000360 | 1740.00 | 1740.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 12.00 | 145.00 | 1740.00 | (0.00%) | 1740.00 | 0.00 | 1740.00 | 1740.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Service work | | | Purchase Category: | | | | | | Service Date: 03/15/2024 - 03/15/2024 | | | |

GC – Continental Subpoena 135

Confidential                                                                                                  CLR_STARK_BK_SDT-00000800

| | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|
| | 3.00 | 145.00 | 435.00 | (0.00%) | 435.00 | 0.00 | 435.00 | 435.00 |
| | | | | | | 2175.00 | 2175.00 | |

USD

| | | | | | | 2175.00 | 2175.00 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Josh O'Donnell

**Document Journal**

Exported on 04/02/2024 at 10:01:06 PM MDT - by B2B Continental Resources,...

Approved on 04/02/2024 at 04:08:55 PM MDT - by Josh T O'Donnell

Forwarded to Josh T O'Donnell on 03/21/2024 at 01:26:06 PM MDT - by Charlce Trevena

Coding Verified on 03/21/2024 at 01:26:06 PM MDT - by Charlce Trevena
Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/20/2024 at 10:41:28 AM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 03/18/2024 at 09:19:26 AM MDT - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/18/2024 at 09:19:26 AM MDT - by Delene M Fettig

GC – Continental Subpoena 136

Confidential

CLR_STARK_BK_SDT-00000801

Mar 17, 2024

**Invoice** Stark S-1277   **Page 1 of 1**

**Payee:**

**STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to:** **CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015194 | 3/15/24 | RANSOM 12-30H | RANSOM 12-30H | Service Work | | 12.00 | 145/hr | 1740.00 |
| 2015196 | 3/15/24 | RANSOM 12-30H | White Owl-Watford City SWD | Service Work | 35 | 3.00 | 145/hr | 435.00 |

**$2,175.00**

## Continental Resources

**WILLISTON BASIN**
LOCATION: Ransom 12-30H
AFE: DL 11366   COST CODE: 360
**OFFICE:** EPPING   TIOGA   SIDNEY   KILLDEER
WATFORD
CITY   **QUESTIONS? CALL  701-664-3001**

*Matt Boyd 3/17/24*

GC – Continental Subpoena 137

Confidential

CLR_STARK_BK_SDT-00000802

**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015194

Rig Name & #: ADMIRAL #7
Ordered By: Marty Boyd
(Name)        (Phone)

Date: 3/15/24

Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: Ransom 12-30 H

Hauled To: Ransom 12-30 H

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211   Trailer # T-107

Top Gauge _____ Start Time 8:30Am   Load Start Time _____

Bottom Gauge _____ Stop Time 8:30pm   Unload Stop Time _____

Remarks: Report To site, work As Directed. Spot In truck / Trailer
Tie into wellhead Back side Assist Rig crew In providing suction
To Back side while Tripping In Hole.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Service Work | | | 35/Bbl | 12.0 | 145/Hr | 1,740.00 |
|---|---|---|---|---|---|---|
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: Rob Fettig

Total Amount: $1,740.00

Accepted: _____

- [ ] Drilling
- [ ] Completion
- [X] Production
- [ ] Workover Rig

GG - Continental Subpoena 138

Quality Quick Print | ☎ 701.483.4970



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015196

Rig Name & #: __ADMIRAL #7__

Ordered By: __MANTY BOYD__
(Name)                    (Phone)

Date: __3/15/24__                    Customer Location/Dept Code: _____

Customer's Name: __Continental Resources Inc.__

Billing Address: _____

Hauled From: __Ransom 12-30 H__

Hauled To: __White Owl - Watford City SWD__

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # __S-211__ Trailer # __T-107__

Top Gauge _____ Start Time __8:30pm__ Load Start Time _____

Bottom Gauge _____ Stop Time __11:30pm__ Unload Stop Time _____

Remarks: __Haul Wellsite Returns to 3rd Party Disposal, work as Directed.__

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | | | 35/BBL | 3.0 | 145/hr. | 435.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: __Jacob Cullip__

Total Amount: __$435.00__

Accepted: _____

☐ Drilling
☐ Completion
☐ Production
☐ Workover Rig

GC Continental Subpoena 139

Quality Quick Print | ☎ 701.483.4070

Confidential                                                      CLR_STARK_BK_SDT-00000804

## Water Drop Slip



31961

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc,_

Location _Ranson 12-30 H_

Date _3/15/24_

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

**Circle One**

Freshwater    Saltwater    (Flow Back)   _35_   BBL

S.E. Field Invoice # _7015196_

Delivered To _White oil - Watford City_

Thank You,

Driver's Name _ROB / JACOB_

Truck # _S-211_

Quality Quick Print | ☎ 701 483 4070

GC – Continental Subpoena 140

Confidential   CLR_STARK_BK_SDT-00000805

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 2,247.50 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 2,247.50 |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**   OMLID 13-19H. Service work. Report to site, haul water and work as directed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015188 | | | | | | | |
| 2015197 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL11363.CMP.PRD | AFEW . 5000360 | MUD DISPOSAL / SOIL FARM / PRODUCTION WATER | 2,247.50 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service work. | | | Purchase Category: | | | | | | Service Date: 03/16/2024 - 03/16/2024 | | | |
| | | DL11363.CMP.PRD | | | OMLID 13-19H-COMPLETION-PRODUCTION | | | | | | AFEW.5000360 | 1740.00 | 1740.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 12.00 | 145.00 | 1740.00 | (0.00%) | 1740.00 | 0.00 | 1740.00 | 1740.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Service work | | | Purchase Category: | | | | | | Service Date: 03/16/2024 - 03/16/2024 | | | |

GC – Continental Subpoena 141

Confidential

CLR_STARK_BK_SDT-00000806

| | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 3.50 | 145.00 | 507.50 | (0.00%) | 507.50 | 0.00 | 507.50 | 507.50 |

| | | |
|---|---|---|
| | 2247.50 | 2247.50 |

USD — 2247.50 — 2247.50

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Josh O'Donnell

**Document Journal**

Exported on 04/02/2024 at 10:01:07 PM MDT - by B2B Continental Resources,...

Approved on 04/02/2024 at 04:09:06 PM MDT - by Josh T O'Donnell

Forwarded to Josh T O'Donnell on 03/21/2024 at 01:28:18 PM MDT - by Charlce Trevena

Coding Verified on 03/21/2024 at 01:28:18 PM MDT - by Charlce Trevena
    Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/20/2024 at 10:41:28 AM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 03/18/2024 at 09:34:56 AM MDT - by the System
    The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/18/2024 at 09:34:56 AM MDT - by Delene M Fettig

GC – Continental Subpoena 142

Confidential                                                                                                    CLR_STARK_BK_SDT-00000807

Mar 17, 2024                    Invoice   Stark S-1278        Page 1 of 1

**Payee:**   STARK ENERGY, INC          Submit to: CONTINENTAL RESOURCES, INC.
P.O. Box 748                          20 N. Broadway
Dickinson, ND 58602                   Oklahoma City, OK 73102
(952) 210-6610                        Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015197 | 3/16/24 | OMLID 13-19H | OMLID 13-19H | Service Work | | 12.00 | 145/hr | 1740.00 |
| 2015188 | 3/16/24 | OMLID 13-19H | White Owl-Watford City SWD | Service Work | 25 | 3.50 | 145/hr | 507.50 |

$2,247.50

**Continental Resources**

WILLISTON BASIN
LOCATION: OMLID 13-19H
AFE: DL 11363       COST CODE: 360
OFFICE   EPPING   TIOGA   SIDNEY   KILLDEER
WATFORD CITY
QUESTIONS? CALL 701-664-3001
3/17/24

GC – Continental Subpoena 143

Confidential



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015197

Rig Name & #: __ADMIRAL #7__

Ordered By: __MARTY BOYD__
    (Name)         (Phone)

Date: __3/16/24__          Customer Location/Dept Code: _____

Customer's Name: __Continental Resources Inc.__

Billing Address: _____

Hauled From: __OMLID B-19 H__

Hauled To: __OMLID 13-19 H__

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # __S-211__ Trailer # __T-107__

Top Gauge _____ Start Time __8:30 Am__ Load Start Time _____

Bottom Gauge _____ Stop Time __8:30 pm__ Unload Stop Time _____

Remarks: __Report to site. Suck out 2 Frac tanks onsite. Assist in Emptying__
__Slobber tok for Wireline + Hook into Backside, Bleed Down well + suck__
__As Rig Till__

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work  25, | | | 25/BBL | 12.0 | 145/HR. | 1,740.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: __Rob Fettig__

Total Amount: $__1,740.00__

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Work Over

CGC Continental Subpoena 144

Quality Quick Print | ☎ 701-483-8070



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015188

Rig Name & #: __Admiral #7__

Ordered By: __Marty Boyd__
(Name)          (Phone)

Date: __3/16/24__                    Customer Location/Dept Code: _____

Customer's Name: __Continental Resources Inc.__

Billing Address: _____

Hauled From: __Omlid   13-19H__

Hauled To: __White Owl - Watford City__

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # __S-211__ Trailer # __T-107__

Top Gauge _____ Start Time __8:30pm__ Load Start Time _____

Bottom Gauge _____ Stop Time __12:00Am__ Unload Stop Time _____

Remarks: __Haul off flowback, from wellsite Work As Directo.__

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Service Work | | | 25/BBl. | 3.5 | 145/HR. | 507.50 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |
| | | | | | | |

Driver Name & Number: __Jacob Cullip__            Total Amount: __$507.50__

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

Quality Quick Print | ☎ 701.483.4070

GC Continental Subpoena 145

**Water Drop Slip**



31962

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources_

Location _O MLID 13-19H_

Date _3/16/2+_

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

Circle One

Freshwater    Saltwater    (Flow Back)    25    BBL

S.E. Field Invoice # _2015188_

Delivered To _White owl - Watford city_

Thank You,

Driver's Name _Jacob Mccullp_

Truck # _S-211_

Quality Quick Print : ☎ 701 483 8876

GC – Continental Subpoena 146

Confidential

| **Remit To:** | **Bill To:** | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 725.00 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 725.00 |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**   OMLID 13-19H. Service work. Report to site, spot in truck/trailer. Hook into wellhead/backside to provide suction while rig trip in hole. Haul flowback to disposal.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015227 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL11363.CMP.PRD | AFEW . 5000360 | MUD DISPOSAL / SOIL FARM / PRODUCTION WATER | 725.00 |

## Details

| Aler t | Ite m | Charge To | N/ A | Rout e | Property | Field/Leas e | Asset Numbe r | WO | PO | PO Line | Coding | Amoun t | EP Amoun t | Tota l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service work | | | Purchase Category: | | | | | | Service Date: 03/17/2024 - 03/17/2024 | | | |
| | | DL11363.CMP.PR D | | | OMLID 13-19H-COMPLETION-PRODUCTION | | | | | | AFEW.500036 0 | 725.00 | 725.00 | |
| | | | | | | Quantity | Rate | Subtota l | Discoun t | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 5.00 | 145.00 | 725.00 | (0.00%) | 725.0 0 | 0.00 | 725.00 | 725.00 | |

| | | 725.00 | 725.00 |
|---|---|---|---|
| USD | | 725.00 | 725.00 |

## Supplementary Information

GC – Continental Subpoena 147

Generated  03/22/2024 11:28 AM MDT by  **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000753

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Charice Trevena

**Document Journal**

Exported on 03/22/2024 at 11:08:03 AM MDT - by B2B Continental Resources,...

Approved on 03/22/2024 at 10:30:26 AM MDT - by the System
The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 03/22/2024 at 10:30:26 AM MDT - by Charice Trevena
Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/21/2024 at 01:59:43 PM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 03/20/2024 at 04:17:32 AM MDT - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/20/2024 at 04:17:32 AM MDT - by Delene M Fettig

GC – Continental Subpoena 148

Generated  03/22/2024 11:28 AM MDT by  **ENVERUS** Business Automation

Confidential                                                                CLR_STARK_BK_SDT-00000754

Mar 17, 2024

Invoice   Stark S-1279       Page 1 of 1

Submit to: CONTINENTAL RESOURCES, INC.
          20 N. Broadway
          Oklahoma City, OK 73102
          Attn: Northern Completions

**Payee:** STARK ENERGY, INC
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015227 | 3/17/24 | OMLID 13-19H | White Owl-Watford City SWD | Service Work | 10 | 5.00 | 145/hr | 725.00 |

$725.00

**Continental Resources**
WILLISTON BASIN
LOCATION: OMLID 13-19H
AFE: DL11363     COST CODE: 360
OFFICE: EPPING  TIOGA  SIDNEY  KILLDEER
WATFORD CITY
QUESTIONS? CALL 701-664-3001
_Marty Bard_  3/19/24

GC – Continental Subpoena 149

Confidential

CLR_STARK_BK_SDT-00000755



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015227

Rig Name & #: __Admiral #7__
Ordered By: __Marty Boyd__
(Name)          (Phone)

Date: __3/17/24__     Customer Location/Dept Code: _____

Customer's Name: __Continental Resources Inc.__

Billing Address: _____

Hauled From: __Omlio 13-19H__

Hauled To: __White Owl - Watford City__

AFE # _____  PO # _____  PO Line # _____

JSA # _____  Truck # __S-211__  Trailer # __T-107__

Top Gauge _____  Start Time __6:00 AM__  Load Start Time _____

Bottom Gauge _____  Stop Time __11:00 AM__  Unload Stop Time _____

Remarks: __Report to site, spot in truck/Trailer, hook into wellhead /Back side to provide suction while Rig TIH. Haul flowback to disposal.__

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| (Service Work) 10. | | | 10/BBL | 5.0 | 145/Hr. | 725.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: __Rob Fetty__

Total Amount: $725⁰⁰

Accepted: _____

- ☐ Drilling
- ☐ Completion
- ☒ Production
- ☐ Workover Rig

GC - Continental Subpoena 150

Quality Quick Print | ☎ 701 483 4070

Confidential

CLR_STARK_BK_SDT-00000756

## Water Drop Slip



31963

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources Inc._

Location _OMLID 13 - 19 H_

Date _3/17/24_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

**Circle One**

**Freshwater   Saltwater   (Flow Back)   10   BBL**

S.E. Field Invoice # _2015227_

Delivered To _White Owl - Watford city_

Thank You,

Driver's Name _Rob Pettry_

Truck # _S-211_

Quality Quick Print | ☎ 701.483.4070

———— GC – Continental Subpoena 151

Confidential       CLR_STARK_BK_SDT-00000757

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 1,450.00 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 1,450.00 |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**   RANSOM 11-30 H2 Service Work. Report to site. Hook into well head. Bleed down for rig crew. Hook into backside provide (-) pressure while rig crew trip in hole. Haul returns to disposal. Work as directed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015229 | | | | | | | |
| 2015765 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL11365.CMP.PRD | AFEW . 5000360 | MUD DISPOSAL / SOIL FARM / PRODUCTION WATER | 1,450.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | Service Date: 03/17/2024 - 03/17/2024 | | | | |
| | | DL11365.CMP.PRD | | | RANSOM 11-30H2-COMPLETION-PRODUCTION | | | | | | AFEW.5000360 | 290.00 | 290.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 2.00 | 145.00 | 290.00 | (0.00%) | 290.00 | 0.00 | 290.00 | 290.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

GC – Continental Subpoena 152

Confidential                                                                                                          CLR_STARK_BK_SDT-00000758

| 2 | Service Work | | Case 24-30168 Doc 117 | | | | | | 03/17/2024 – 03/17/2024 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DL11365.CMP.PRD | | RANSOM 11-30H2-COMPLETION-PRODUCTION | | | | | | AFEW.500036 0 | 1160.00 | 1160.00 |

| | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 8.00 | 145.00 | 1160.00 | (0.00%) | 1160.00 | 0.00 | 1160.00 | 1160.00 |

| | | | |
|---|---|---|---|
| | | 1450.00 | 1450.00 |

USD          1450.00   1450.00

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Charlce Trevena

**Document Journal**

Exported on 03/22/2024 at 11:11:53 AM MDT – by B2B Continental Resources,...

Approved on 03/22/2024 at 10:31:09 AM MDT - by the System
    The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 03/22/2024 at 10:31:09 AM MDT – by Charlce Trevena
    Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/21/2024 at 01:59:43 PM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 03/20/2024 at 05:05:45 AM MDT – by the System
    The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/20/2024 at 05:05:45 AM MDT - by Delene M Fettig

GC – Continental Subpoena 153

Confidential      CLR_STARK_BK_SDT-00000759

Mar 18, 2024                Invoice    Stark S-1280              Page 1 of 1

**Payee:** STARK ENERGY, INC.

P.O. Box 748

Dickinson, ND 58602

(952) 210-6610

**Submit to:** CONTINENTAL RESOURCES, INC.

20 N. Broadway

Oklahoma City, OK 73102

Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015229 | 3/17/24 | RANSON A11-30 H2 | White Owl-Watford City SWD | Service Work | 3 | 2.00 | 145/hr | 290.00 |
| 2015765 | 3/17/24 | RANSON A11-30 H2 | White Owl-Watford City SWD | Service Work | 15 | 8.00 | 145/hr | 1160.00 |

$1,450.00

## Continental Resources

WILLISTON BASIN

LOCATION: RANSOM 11-30 H2

AFE: DL 11365    COST CODE: 360

OFFICE   EPPING   TIOGA   SIDNEY   KILLDEER

WATFORD CITY

QUESTIONS? CALL 701-664-3001

3/19/24

GC – Continental Subpoena 154

Confidential

CLR_STARK_BK_SDT-00000760



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015229

Rig Name & #: ADMIRAL #7
Ordered By: Manty Boyd
(Name)        (Phone)

Date: 3/17/24                Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: Ransom 11-30 H2

Hauled To: White owl — Watford city

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211 _____ Trailer # T-107

Top Gauge _____ Start Time 11:00am _____ Load Start Time _____

Bottom Gauge _____ Stop Time 1:00pm _____ Unload Stop Time _____

Remarks: Report to site, Hook into well-head Bleed Down
for Rig crew. Work As Directed. Report Back to yard.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work  3 | | | 3 BBL | 2.0 | 145/BBL | 290.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: Rob Fettig

Total Amount: $290.00

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Work Over

Quality Quick Print | ☎ 701 483 4070

GOV—Continental Subpoena 155

CLR_STARK_BK_SDT-00000761

**Water Drop Slip**



31964

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc_

Location _Ransom 11-30H2_

Date _3/17/24_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

Circle One

Freshwater    Saltwater    (Flow Back)  _3_  BBL

S.E. Field Invoice # _7015229_

Delivered To _White oil - Watford City_

Thank You.

Driver's Name _Rob Fetty_

Truck # _S-211_

Quality Quick Print

GC – Continental Subpoena 156



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015765

Rig Name & #: ADMIRAL #7
Ordered By: MARTY BOYD
(Name)          (Phone)

Date: 3/17/24

Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: RANSOM 11-30H2

Hauled To: White Owl — Watford City

AFE # _____   PO # _____   PO Line # _____

JSA # _____   Truck # S-211   Trailer # T-107

Top Gauge _____   Start Time 4:30pm   Load Start Time _____

Bottom Gauge _____   Stop Time 12:30Am 3/18/24   Unload Stop Time _____

Remarks: Report To site Work As Directo. Hook into Backside
Provide Backside (-) pressure While Rig crew TIH.
Hwl Return to Disposal.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | | | 15/881. | 8.0 | 145/HR. | 1,160.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: Rob Fettig

Total Amount: $1,160.00

Accepted: _____

☐ Drilling
☐ Completion
☒ Production

Quality Quick Print | ☎ 701-483-1878

GC w-Continental Subpoena 157

**Water Drop Slip**

STARK
ENERGY

33869

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources Inc

Location  RANSOM 11-30H2

Date  3/17/24

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

Circle One

Freshwater   Saltwater   (Flow Back)  15  BBL

S.E. Field Invoice #  2015705

Delivered To  White Owl — Watford city

Thank You.

Driver's Name  Rob Ettig

Truck #  5-211

Quality Quick Press  ☎ 701-483-6016

GC – Continental Subpoena 158

Confidential                                CLR_STARK_BK_SDT-00000764

| **Remit To:** | **Bill To:** | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 1,595.00 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 1,595.00 |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**   RANSOM 11-30 H2 Service Work. Report to site, work as directed. Spot in Truck/Trailer hook into back side while rig crew run in hole. Empty frac tank haul fluid to disposal. Cut due to winds.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015766 | | | | | | | |
| 2015767 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL11365.CMP.PRD | AFEW . 5000360 | MUD DISPOSAL / SOIL FARM / PRODUCTION WATER | 1,595.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 03/18/2024 – 03/18/2024 | | | |
| | | DL11365.CMP.PRD | | | RANSOM 11-30H2-COMPLETION-PRODUCTION | | | | | | AFEW.5000360 | 1232.50 | 1232.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 8.50 | 145.00 | 1232.50 | (0.00%) | 1232.50 | 0.00 | 1232.50 | 1232.50 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

GC – Continental Subpoena 159

Generated 03/22/2024 11:36 AM MDT by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000775

| 2 | Service Work | | | | | | | | | 03/18/2024 - 03/18/2024 | | |
| | DL11365.CMP.PRD | RANSOM 11-30H2-COMPLETION-PRODUCTION | | | | | | | | AFEW.5000360 | 362.50 | 362.50 |

| | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2.50 | 145.00 | 362.50 | (0.00%) | 362.50 | 0.00 | 362.50 | 362.50 |

|  |  | 1595.00 | 1595.00 |

USD | 1595.00 | 1595.00

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Charice Trevena

**Document Journal**

Exported on 03/22/2024 at 11:12:28 AM MDT - by B2B Continental Resources,...

Approved on 03/22/2024 at 10:37:10 AM MDT – by the System
The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 03/22/2024 at 10:37:10 AM MDT – by Charice Trevena
Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/21/2024 at 01:59:43 PM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 03/20/2024 at 10:26:48 AM MDT - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/20/2024 at 10:26:48 AM MDT – by Delene M Fettig

GC – Continental Subpoena 160

Confidential                                    CLR_STARK_BK_SDT-00000776

|              |        | Mar 20, 2024 |  | Invoice | Stark S-1281 |  | Page 1 of 1 |

**Payee:**   **STARK ENERGY, INC**

P.O. Box 748

Dickinson, ND 58602

(952) 210-6610

**Submit to: CONTINENTAL RESOURCES, INC.**

20 N. Broadway

Oklahoma City, OK  73102

Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015766 | 3/18/24 | RANSOM 11-30 H2 | White Owl-Watford City SWD | Service Work | 20 | 8.50 | 145/hr | 1232.50 |
| 2015767 | 3/18/24 | RANSOM 11-30 H2 | White Owl-Watford City SWD | Service Work | 4 | 2.50 | 145/hr | 362.50 |

**$1,595.00**

GC – Continental Subpoena 161

Confidential

CLR_STARK_BK_SDT-00000777



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015766

Rig Name & #: ADMIRAL #7
Ordered By: Marty Boyd
(Name)    (Phone)

Date: 3/18/23

Customer Location/Dept Code: _____

Customer's Name: Continental Resources

Billing Address: _____

Hauled From: RANSOM 11-30H2

Hauled To: White Owl — Watford City

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-711    Trailer # T-107

Top Gauge _____ Start Time 6:00 Am    Load Start Time _____

Bottom Gauge _____ Stop Time 2:30 pm -5    Unload Stop Time _____

Remarks: Report - To site, Work to Directos. Spot in Truck/trailer
Hook into Back side while Rig Crew RIH.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | | | 20/BBl | 8.5 | 145/Hr. | 1,232.50 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

**Continental Resources**
WILLISTON BASIN
LOCATION: RANSOM 11-30H2
AFE: DL11365    COST CODE: 360
OFFICE: EPPING  TIOGA  SIDNEY  KILLDEER
WATFORD CITY  QUESTIONS? CALL 701-664-3001

Driver Name & Number: Rob Fetting

Accepted: Marty Boyd 3/18/24

Total Amount: $1,232.50

☐ Drilling
☐ Completion
☑ Production
☐ Workover Rig

SC - Continental Subpoena 162

Quality Quick Print ☎ 701.483.4078

**Water Drop Slip**

STARK ENERGY

32281

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources_

Location _RANSOM 11-30H2_

Date _3/18/24_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

Circle One

Freshwater    Saltwater    (Flow Back)    _20_    BBL

S.E. Field Invoice # _7015766_

Delivered To _White oil - Williams city_

Thank You.

Driver's Name _ROB R#4_

Truck # _S-211_

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 163

Confidential    CLR_STARK_BK_SDT-00000779



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015767

Rig Name & #: ADMIRAL #7
Ordered By: MARTY BOYD
(Name)          (Phone)

Date: 3/18/24

Customer Location/Dept Code: _____

Customer's Name: Continental Resources IN.

Billing Address: _____

Hauled From: RANSOM 11-30 H2

Hauled To: White owl - Watford City

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # 5-211 Trailer # T-107

Top Gauge _____ Start Time 3:30pm Load Start Time _____

Bottom Gauge _____ Stop Time 6:00pm Unload Stop Time _____

Remarks: Empty FRAC tank Had Fluid to DiSposal
Aprox 4 BBl. Cut Due to winds Being too Much to Rig Down.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work 4, | | | 4/BBl. | 2.5 | 195/Hr. | 362.50 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

**Continental Resources**
**WILLISTON BASIN**
LOCATION: RANSOME 11-30 H2
AFE: DL 11365   COST CODE: 360
OFFICE: EPPING  TIOGA  SIDNEY  KILLDEER
WATFORD CITY   QUESTIONS? CALL 701-664-3001

Driver Name & Number: ROB Fithy

Accepted: Marty Boyd 3/19/24

Total Amount: $362.50

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC – Continental Subpoena 164

Quality Quick Print | ☎ 701-483-4970

CLR_STARK_BK_SDT-00000780

**Water Drop Slip**

STARK ENERGY

32282

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources
Location  RANSOM 1-30 H2
Date  3/18/24
Top Gauge _____  Time _____
Bottom Gauge _____  Time _____

Circle One
Freshwater     Saltwater    (Flow Back)     4     BBL
S.E. Field Invoice #  2015767
Delivered To  White oil - Watford city

Thank You,

Driver's Name  Rob Felty
Truck #  S-211

Quality Quick Print  ☎ 701.483.4070

GC – Continental Subpoena 165

Confidential

CLR_STARK_BK_SDT-00000781

| **Remit To:** | **Bill To:** | Invoice Amount: | USD 1,450.00 |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Remit to Supplier: | USD 1,450.00 |
| Dickinson | Williston Basin | | |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**  RANSOM 10-30 H Service Work. Report to site work as directed. Spot in truck/trailer. Hook into backside provide (-) pressure while rig trip in hole.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015769 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL11364.CMP.PRD | AFEW . 5000360 | MUD DISPOSAL / SOIL FARM / PRODUCTION WATER | 1,450.00 |

## Details

| Aler t | Ite m | Charge To | N/ A | Rout e | Property | Field/Leas e | Asset Numbe r | WO | PO | PO Line | Coding | Amoun t | EP Amoun t | Tota l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | Service Date: 03/19/2024 - 03/19/2024 | | | | |
| | | DL11364.CMP.PR D | | | RANSOM 10-30H-COMPLETION-PRODUCTION | | | | | | AFEW.500036 0 | 1450.0 0 | 1450.0 0 | |

| | | | | | | Quantity | Rate | Subtota l | Discoun t | Pre-tax | Total Tax | EP Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 10.00 | 145.00 | 1450.00 | (0.00%) | 1450.0 0 | 0.00 | 1450.0 0 | 1450.0 0 | |

|  |  |  |  | 1450.00 | 1450.0 0 |
|---|---|---|---|---|---|
| USD | | | | 1450.00 | 1450.0 0 |

GC – Continental Subpoena 166

Generated  03/22/2024 11:35 AM MDT by  **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000765

# Supplementary Information

**Status: Approved**

## Current Owner

Site: Williston Basin
Department: Watford City Field Office
User: Charlce Trevena

## Document Journal

Exported on 03/22/2024 at 11:11:54 AM MDT - by B2B Continental Resources,...

Approved on 03/22/2024 at 10:35:08 AM MDT - by the System
   The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 03/22/2024 at 10:35:08 AM MDT - by Charlce Trevena
   Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/21/2024 at 01:59:43 PM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 03/20/2024 at 06:10:17 AM MDT - by the System
   The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/20/2024 at 06:10:17 AM MDT - by Delene M Fettig

GC – Continental Subpoena 167

Confidential                                                                      CLR_STARK_BK_SDT-00000766

Mar 20, 2024          Invoice      **Stark S-1282**          **Page 1 of 1**

**Payee:**    **STARK ENERGY, INC**          **Submit to:** **CONTINENTAL RESOURCES, INC.**

P.O. Box 748                20 N. Broadway

Dickinson, ND 58602              Oklahoma City, OK  73102

(952) 210-6610                Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015769 | 3/19/24 | RANSOM 10-30 H | White Owl-Watford City SWD | Service Work | 20 | 10.00 | 145/hr | 1450.00 |

**$1,450.00**

GC – Continental Subpoena 168

Confidential                                    CLR_STARK_BK_SDT-00000767



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015769

Rig Name & #: ADmiral #7
Ordered By: MARTY BOYD
(Name)        (Phone)

Date: 3/19/24        Customer Location/Dept Code: _____

Customer's Name: Continental Resources ENC.

Billing Address: _____

Hauled From: RANSOM 10-30 H

Hauled To: White Owl — WAtford city

AFE # _____    PO # _____    PO Line # _____

JSA # _____    Truck # S-211    Trailer # T-107

Top Gauge ____  Start Time 5:30Am  Load Start Time ____

Bottom Gauge ____  Stop Time 3:30pm  Unload Stop Time ____

Remarks: Report to site work As Directed, Spot in truck/Trailer
Hook into BACkside. Provide (-) pressure while Rig T.I.H.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | | | 20/BBl. | 10.0 | 145/HR. | 1,450.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

**Continental Resources**
**WILLISTON BASIN**
LOCATION: RANSOM 10-30H
AFE: DL11364    COST CODE: 360
OFFICE:  EPPING  TIOGA  SIDNEY  KILLDEER
WATFORD CITY    QUESTIONS? CALL 701-664-3001

Driver Name & Number: RoB Fettig

Accepted: Marty Boyd

Total Amount: $1,450 00

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC – Continental Subpoena 169

Quality Quick Print  ☎ 701-463-4578

**Water Drop Slip**

**STARK ENERGY**

33871

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._

Location _RAWSON 10-30H_

Date _3/19/24_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

**Circle One**

Freshwater    Saltwater    (Flow Back)  _20_    BBL

S.E. Field Invoice # _2015 769_

Delivered To _White oil - Watford city_

Thank You,

Driver's Name _Rob Fethy_

Truck # _S-211_

Quality Quick Print | ☎ 701-483-8976

GC – Continental Subpoena 170

Confidential

CLR_STARK_BK_SDT-00000769

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 652.50 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 652.50 |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**   OMLID 12-19H Service Work. Report to site bleed down well-back side approx 2500 PSI. Haul F/B to disposal. Empty approx 10bbl from frac tank on site left by hot oiler.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015768 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL11362.CMP.PRD | AFEW . 5000360 | MUD DISPOSAL / SOIL FARM / PRODUCTION WATER | 652.50 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 03/19/2024 - 03/19/2024 | | | |
| | | DL11362.CMP.PRD | | | OMLID 12-19H-COMPLETION-PRODUCTION | | | | | | AFEW.5000360 | 652.50 | 652.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 4.50 | 145.00 | 652.50 | (0.00%) | 652.50 | 0.00 | 652.50 | 652.50 | |

| | | |
|---|---|---|
| | 652.50 | 652.50 |
| USD | 652.50 | 652.50 |

## Supplementary Information

GC – Continental Subpoena 171

Confidential                                                                                      CLR_STARK_BK_SDT-00000770

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Charice Trevena

**Document Journal**

Exported on 03/22/2024 at 11:11:56 AM MDT - by B2B Continental Resources,...

Approved on 03/22/2024 at 10:36:34 AM MDT - by the System
The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 03/22/2024 at 10:36:34 AM MDT - by Charice Trevena
Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/21/2024 at 01:59:43 PM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 03/20/2024 at 06:43:26 AM MDT - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/20/2024 at 06:43:26 AM MDT - by Delene M Fettig

GC – Continental Subpoena 172

Generated 03/22/2024 11:35 AM MDT by ENVERUS Business Automation

Confidential

CLR_STARK_BK_SDT-00000771

|  | Mar 20, 2024 | | Invoice | Stark S-1283 | Page 1 of 1 |

**Payee:**  **STARK ENERGY, INC**

P.O. Box 748

Dickinson, ND 58602

(952) 210-6610

**Submit to: CONTINENTAL RESOURCES, INC.**

20 N. Broadway

Oklahoma City, OK  73102

Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015768 | 3/19/24 | OMLID 12-19H | White Owl-Watford City SWD | Service Work | 15 | 4.50 | 145/hr | 652.50 |

$652.50

GC – Continental Subpoena 173

CLR_STARK_BK_SDT-00000772



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015768

Rig Name & #: ADMIRAL #7

Ordered By: MARTY BOYD

(Name)          (Phone)

Date: 3/19/24          Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: OMLID 12-19H

Hauled To: White Owl - Watford city

AFE # _____  PO # _____  PO Line # _____

JSA # _____  Truck # S-211  Trailer # T-107

Top Gauge _____  Start Time 3:00pm  Load Start Time _____

Bottom Gauge _____  Stop Time 8:00pm  Unload Stop Time _____

Remarks: Report to site Bleed Down well-Back side Aprox 2500 Bi, Haul flowBack to Disposal, Empty Aprox 10 Bbl. frac tank on site left By hot oiler

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | | | 15/Bbl. | 4.5 | HS/HR. | 652.50 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

**Continental Resources**

WILLISTON BASIN

LOCATION: Ranson 10-30H

AFE: DL 11364    COST CODE: 360

OFFICE  EPPING  TIOGA  SIDNEY  KILLDEER

WATFORD CITY

QUESTIONS? CALL 701-664-3001

Driver Name & Number: Rob Fetty

Accepted: Marty Boyd    3/19/24

Total Amount: $652.50

☐ Drilling
☐ Completion
☒ Production

GC v. Continental Subpoena 174

Quality Quick Print | ☎ 701-483-4679

Confidential                                    CLR_STARK_BK_SDT-00000773

**Water Drop Slip**



33870

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continutal Resources_

Location _OmLiD  12 - 19 H_

Date _3/19/24_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

Circle One

Freshwater    Saltwater    (Flow Back)   15   BBL

S.E. Field Invoice # _COS 768_

Delivered To _Whik Owl - WAtford city_

Thank You,

Driver's Name _ROB Pettiy_

_____

Truck # _S-211_

Quality Quick Print : ☎ 701.483.2070

GC – Continental Subpoena 175

CLR_STARK_BK_SDT-00000774

| **Remit To:** | **Bill To:** | | |
|---|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Watford City Field Office<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:<br>Remit to Supplier: | USD 1,377.50<br>USD 1,377.50 |

**Description:**    TARENTAISE FEDERAL 10-19H1 Service Work. Report to site haul P/W from CTB to well site off load into frac tank.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015770 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| XW19568.EXP | AFEW . 5000071 | BRINE WATER | 1,377.50 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 03/19/2024 - 03/19/2024 | | | |
| | | XW19568.EXP | | | TARENTAISE FEDERAL 10-19H1 - EXPENSE WORKOVER | | | | | | AFEW.5000071 | 1377.50 | 1377.50 | |

| | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 9.50 | 145.00 | 1377.50 | (0.00%) | 1377.50 | 0.00 | 1377.50 | 1377.50 |

| | | |
|---|---|---|
| | 1377.50 | 1377.50 |
| USD | 1377.50 | 1377.50 |

## Supplementary Information

GC – Continental Subpoena 176

Confidential      CLR_STARK_BK_SDT-00000792

**Status: Approved**

## Current Owner

Site: Williston Basin
Department: Watford City Field Office
User: Charice Trevena

## Document Journal

Exported on 04/02/2024 at 11:03:59 AM MDT - by B2B Continental Resources,...

Approved on 04/02/2024 at 10:32:48 AM MDT - by the System
    The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 04/02/2024 at 10:32:48 AM MDT - by Charice Trevena
    Code Verified

Commented on 03/26/2024 at 11:22:30 AM MDT - by Charice Trevena
    xw19568

Forwarded to Williston Basin/Watford City Field Office on 03/26/2024 at 09:47:54 AM MDT - by Breanna McCarroll

Forwarded to Williston Basin/Accounts Payable on 03/25/2024 at 06:38:45 AM MDT - by the System
    The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/25/2024 at 06:38:45 AM MDT - by Delene M Fettig

GC – Continental Subpoena 177

Generated 04/02/2024 11:19 AM MDT by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000793

|  |  | Mar 20, 2024 | Invoice | Stark S-1284 | Page 1 of 1 |

**Payee:** STARK ENERGY, INC
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to:** CONTINENTAL RESOURCES, INC.
20 N. Broadway
Oklahoma City, OK  73102
Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015770 | 3/19/24 | Tarentaise CTB | TARENTAISE FEDERAL 10-19H1 | Service Work | 480 | 9.50 | 145/hr | 1377.50 |

**$1,377.50**

**Continental Resources**
**WILLISTON BASIN**
**LOCATION:** TARENTAISE FEDERAL 10-19H1
**AFE:** XW19568   **COST CODE:** 071
**OFFICE:** EPPING   TIOGA   SIDNEY   KILLDEER
WATFORD CITY   **QUESTIONS? CALL 701-664-3001**

GC – Continental Subpoena 178

Confidential



STARK ENERGY, INC.
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015770

Rig Name & #: Tiger

Ordered By: Alyn Sena
(Name)              (Phone)

Date: 3/19/24

Customer Location/Dept Code: _____

Customer's Name: Contrentil Resurces Inr.

Billing Address: _____

Hauled From: TARentaise CTB

Hauled To: TARentaise Fedeal 10-AH1

AFE #: _____     PO #: _____     PO Line #: _____

JSA #: _____     Truck #: S-211     Trailer #: T-107

Top Gauge: _____     Start Time: 8:00pm     Load Start Time: _____

Bottom Gauge: _____     Stop Time: 5:30 Am     Unload Stop Time: _____

Remarks: Report To sib HAul PW from CTB to well-site
offload into (Blue) Frac tank. Aprox 430 BBl.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work 135,140,140,65 | | | 430/BBl. | 9.5 | 145/Hr. | 1,377.50 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: RoB Fethy

Accepted: _____

Total Amount: $1,377.50

☐ Drilling
☐ Completion
☐ Production
☐ Workover Rig

CLR_Continental Subpoena 179

CLR_STARK_BK_SDT-00000795

#1

**Water Drop Slip**

S.T.A.R.K. ENERGY

33872

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name: Continental Resources
Location: TARENTAISE CTB
Date: 3/19/24
Top Gauge: _____ Time: _____
Bottom Gauge: _____ Time: _____

Circle One
Freshwater  (Saltwater)  Flow Back 135 BBL
S.E. Field Invoice # 2015770
Delivered To: TARENTAISE Federal 10-1941

Thank You,
Driver's Name: Rob Fetty
Truck # 5-211

GC – Continental Subpoena 180

Confidential                                    CLR_STARK_BK_SDT-00000796

#2

**Water Drop Slip**

STAR ENERGY

33873

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name Continental Resources Inc

Location Tarentaise ETB

Date 3/19/24

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

**Circle One**

Freshwater  (Saltwater)  Flow Back  140  BBL

S E Field Invoice # 2015770

Delivered To Tarentaise Federal 10-AH1

Thank You.

Driver's Name Rob Fettg

Truck # 5-24

GC – Continental Subpoena 181

Confidential

CLR_STARK_BK_SDT-00000797

#3

**Water Drop Slip**

STARK ENERGY

33874

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name: Continental Resources
Location: Arentace CB
Date: 3/20/24

Top Gauge: _____ Time: _____
Bottom Gauge: _____ Time: _____

Circle One

Freshwater   Saltwater   (Flow Back)   140   BBL

S.E. Field Invoice # 20570

Delivered To: Arentax Federal
Thank You  10-1#

Driver's Name: Feb Tchy
Truck # 5205

GC – Continental Subpoena 182

Confidential

CLR_STARK_BK_SDT-00000798

# f

**Water Drop Slip**

33875

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _tonton_ Continental Reso

Location ~~XXX~~ TARNTAX CTB

Date 3/19/24

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

Circle One

Freshwater   Saltwater   (Flow Back)  65  BBL

S.E. Field Invoice # 2015416

Delivered To TArenTAx Fedral 10-19 141

Thank You.

Driver's Name
Rob Fetty

Truck # S-211

GC – Continental Subpoena 183

Confidential                          CLR_STARK_BK_SDT-00000799

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Watford City Field Office<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:<br>Remit to Supplier: | USD 1,740.00<br>USD 1,740.00 |

**Description:**   OMLID 12-19H Service Work. Report to site work as directed. Spot in truck/trailer, hook into back side. Assist rig crew as needed run in hole.

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL11362.CMP.PRD | AFEW . 5000360 | MUD DISPOSAL / SOIL FARM / PRODUCTION WATER | 1,740.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | Service Date: 03/20/2024 - 03/20/2024 | | | | |
| | | DL11362.CMP.PRD | | | OMLID 12-19H-COMPLETION-PRODUCTION | | | | | | AFEW.5000360 | 1740.00 | 1740.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 12.00 | 145.00 | 1740.00 | (0.00%) | 1740.00 | 0.00 | 1740.00 | 1740.00 | |

| | | |
|---|---|---|
| | 1740.00 | 1740.00 |
| USD | 1740.00 | 1740.00 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office

GC – Continental Subpoena 184

Confidential                                                                                                                CLR_STARK_BK_SDT-00000782

User: Shannon Harris

**Document Journal**

Exported on 03/25/2024 at 04:08:42 PM MDT - by B2B Continental Resources,...

Approved on 03/25/2024 at 03:03:29 PM MDT - by the System
The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 03/25/2024 at 03:03:29 PM MDT - by Shannon A Harris
Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/25/2024 at 10:53:23 AM MDT - by Rachel Johnson

Submitted on 03/25/2024 at 10:35:20 AM MDT - by Delene M Fettig

Disputed on 03/25/2024 at 09:52:27 AM MDT - by Rachel Johnson
There is no invoice attached.

Forwarded to Williston Basin/Accounts Payable on 03/21/2024 at 11:53:58 AM MDT - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/21/2024 at 11:53:58 AM MDT - by Delene M Fettig

GC – Continental Subpoena 185

Generated 03/25/2024 4:28 PM MDT by **ENVERUS** Business Automation

Confidential                                              CLR_STARK_BK_SDT-00000783

Mar 21, 2024      **Invoice**      **Stark S-1285**      **Page 1 of 1**

**Payee:**    **STARK ENERGY, INC**

P.O. Box 748

Dickinson, ND 58602

(952) 210-6610

**Submit to: CONTINENTAL RESOURCES, INC.**

20 N. Broadway

Oklahoma City, OK  73102

Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015771 | 3/20/24 | OMLID 12-19H | White Owl - Watford City | Service Work | 25 | 12.00 | 145/hr | 1740.00 |

**$1,740.00**

GC – Continental Subpoena 186

Confidential          CLR_STARK_BK_SDT-00000784



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015771

Rig Name & #: ADMIRAL #7
Ordered By: Craig Willard
(Name)          (Phone)

Date: 3/20/24                    Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: OmLid 12-19H

Hauled To: White Owl - Watford City

AFE # _____  PO # _____  PO Line # _____

JSA # _____  Truck # 5-211  Trailer # T-107

Top Gauge _____  Start Time 5:30Am  Load Start Time _____

Bottom Gauge _____  Stop Time 5:30pm  Unload Stop Time _____

Remarks: Report to site work as Directed, Spot in truck/Trailer
Hook into Back side, Assist Rig Crew As Needed / R.I.H.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | | | 25/884. | 12.0 | 145/HR. | 1,740.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Site: Williston Basin
Department: Watford
Charge To with Suffix: OmLid 12-19H2  ChoPRD
GL Coding: 3100  Dell 762
Ticket Number: 2015771
Print Name: C. Falk
Sign: _____
Date: 3-21-24
Attn: _____

Driver Name & Number: Rob Fetty

Total Amount: $1,740.00

Accepted: _____

☐ Drilling
☐ Continental
☒ Production
☐ Workover Rig

GC - Continental Subpoena 187

Quality Quick Print ☎ 701 483 4070

**Water Drop Slip**



# 33876

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name ___Continental Resources INC___
Location ___OMLIP 12-19H___
Date ___3/20/24___
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____
Circle One
Freshwater    Saltwater    (Flow Back)  25  BBL
S.E. Field Invoice # ___295___
Delivered To ___White out -waterfor city___
Thank You
Driver's Name ___Rob Fettig___

Truck # ___S-211___

GC – Continental Subpoena 188

Confidential                                    CLR_STARK_BK_SDT-00000786

| Remit To: | Bill To: | |
|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Watford City Field Office<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:       USD 1,885.00<br>Remit to Supplier:   USD 1,885.00 |

**Description:**   OMLID 11-19HSL. Service Work. Report to site, spot in truck/trailer. Provide suction to backside of well head after bleeding off well. Work as directed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015772 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL11347.CMP.PRD | AFEW . 5000360 | MUD DISPOSAL / SOIL FARM / PRODUCTION WATER | 1,885.00 |

## Details

| Aler t | Ite m | Charge To | N/A | Rout e | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 03/21/2024 - 03/21/2024 | | | |
| | | DL11347.CMP.PRD | | | OMLID 11-19HSL-COMPLETION-PRODUCTION | | | | | | AFEW.5000360 | 1885.00 | 1885.00 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 13.00 | 145.00 | 1885.00 | (0.00%) | 1885.00 | 0.00 | 1885.00 | 1885.00 |

|  | | 1885.00 | 1885.00 |
|---|---|---|---|
| USD | | 1885.00 | 1885.00 |

GC – Continental Subpoena 189

Confidential                                                                 CLR_STARK_BK_SDT-00000787

# Supplementary Information

**Status: Approved**

## Current Owner

Site: Williston Basin
Department: Watford City Field Office
User: Shannon Harris

## Document Journal

Exported on 03/25/2024 at 04:13:13 PM MDT – by B2B Continental Resources,...

Approved on 03/25/2024 at 03:03:07 PM MDT – by the System
The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 03/25/2024 at 03:03:07 PM MDT - by Shannon A Harris
Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/25/2024 at 01:14:01 PM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 03/22/2024 at 09:35:42 AM MDT - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/22/2024 at 09:35:42 AM MDT – by Delene M Fettig

GC – Continental Subpoena 190

Confidential                                                                                    CLR_STARK_BK_SDT-00000788

| | | Mar 22, 2024 | | Invoice | **Stark S-1286** | | **Page 1 of 1** |

**Payee:**    **STARK ENERGY, INC**

P.O. Box 748

Dickinson, ND 58602

(952) 210-6610

**Submit to: CONTINENTAL RESOURCES, INC.**

20 N. Broadway

Oklahoma City, OK  73102

Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015772 | 3/21/24 | OMLID 11-19HSL | White Owl - Watford City | Service Work | 25 | 13.00 | 145/hr | 1885.00 |

**$1,885.00**

GC – Continental Subpoena 191

Confidential

CLR_STARK_BK_SDT-00000789



STARK ENERGY, INC.
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015772

Rig Name & #: Admiral #7
Ordered By: Crizey Willard
(Name)        (Phone)

Date: 3/21/24

Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc

Billing Address: _____

Hauled From: Omlid 11-19 HSL

Hauled To: White Owl - Watford City

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211 Trailer # T-107

Top Gauge _____ Start Time 5:30 AM Load Start Time _____

Bottom Gauge _____ Stop Time 6:30 pm Unload Stop Time _____

Remarks: Report To site, spot in truck/Trailer, Prevue
Suction to BACK side of well head After Bleeding off well.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | | | 25/201 | 13.0 | 145/hr | 1,885 ∞ |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Site: Williston Basin
Department: Well Svcs
Charge To with Suffix: Omlid 11-1911 5C
GL Coding: 363    DC 13412 cupses
Ticket Number: 2015772
Print Name: Crystal
Sign: _____
Date: 3-27-24
Attn: Jamy Hork

Driver Name & Number: Rob Fetty

Accepted: _____

Total Amount: $1,885 ⁰⁰

☐ Drilling
☐ Completion
☑ Production
☐ Workover Rig

GC – Continental Subpoena 192

**Water Drop Slip**



31965

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._

Location _Omlid 11-19 HSL_

Date _3/21/24_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

Circle One

Freshwater    Saltwater    (Flow Back)    _25_    BBL

S.E Field invoice # _2015772_

Delivered To _white owl watford city_

Thank You,

Driver's Name

_Bob Fettig_

Truck # _S-211_

Quality Quick Print  ☎ 701.483.4676

GC – Continental Subpoena 193

Confidential                                    CLR_STARK_BK_SDT-00000791

| **Remit To:** | **Bill To:** | Invoice Amount: | USD 1,339.70 |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Remit to Supplier: | USD 1,339.70 |
| Dickinson | Williston Basin | | |
| P.O. Box 748 | Attn: Drilling - Williston Basin | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**   BENNER 2-7HSL. Service Work. Report to site. Haul F/W from FWD to day tank on rig site.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023630 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL14449.DRL | AFEW . 5000070 | FRESH WATER | 1,339.70 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 03/28/2024 - 03/28/2024 | | | |
| | | DL14449.DRL | | | BENNER 2-7HSL - DRILLING | | | | | | AFEW.5000070 | 1087.50 | 1087.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 7.50 | 145.00 | 1087.50 | (0.00%) | 1087.50 | 0.00 | 1087.50 | 1087.50 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Water Charge | | | Purchase Category: | | | | | | Service Date: 03/28/2024 - 03/28/2024 | | | |
| | | DL14449.DRL | | | BENNER 2-7HSL - DRILLING | | | | | | AFEW.5000070 | 252.20 | 252.20 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |

GC – Continental Subpoena 194

Confidential
CLR_STARK_BK_SDT-00000822

|  | 252.20 | 252.20 |
|---|---|---|
|  | 1339.70 | 1339.70 |
| USD | 1339.70 | 1339.70 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Drilling - Williston Basin
User: Chris Hall

**Document Journal**

Exported on 04/09/2024 at 04:03:31 PM MDT - by B2B Continental Resources,...

Approved on 04/09/2024 at 02:04:07 PM MDT - by the System
   The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 04/09/2024 at 02:04:06 PM MDT - by Chris Hall
   Code Verified

Forwarded to Williston Basin/Drilling - Williston Basin on 04/01/2024 at 02:12:51 PM MDT - by Teresa M Shortt

Forwarded to Williston Basin/Accounts Payable on 03/29/2024 at 10:31:27 AM MDT - by the System
   The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/29/2024 at 10:31:27 AM MDT - by Delene M Fettig

GC – Continental Subpoena 195

Generated  04/09/2024 4:19 PM MDT by  **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000823

|          |              |           |               | Mar 29, 2024 | Invoice | Stark S-1287 | Page 1 of 1 |

**Payee:** **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to:** **CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK  73102
Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023630 | 3/28/24 | M & L F/W Depot | Benner 2-7HSL | Service Work | | 7.50 | 145/hr | 1087.50 |
| | | | | Water Charge | 260 | | .97/bbl | 252.20 |

**$1,339.70**

GC – Continental Subpoena 196

Confidential

CLR_STARK_BK_SDT-00000824



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023630

Rig Name & #: HP 456

Ordered By: _____
(Name)          (Phone)

Date: 3/29/24    Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: M&L FLW Depot

Hauled To: Banner 2-7 HSL

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # 5-211    Trailer # T-107

Top Gauge _____ Start Time 9:00am    Load Start Time _____

Bottom Gauge _____ Stop Time 4:30pm    Unload Stop Time _____

Remarks: Report To site, Haul Flw from FWD to DTY
Tank on Rig site.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | | | 260/BBl. | 7.5 | 145/hr. | 1,087.50 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | 260/BBl. | | .97/BBl. | 252.50 |

WILLISTON DRILLING

Cost Code 070
120 lm.
AFE DL14449    DR16
Lease Name BANNER 2-7HSL
Description FRESH WATER
Signature *Jem Mull*
Print Name *John Mull*
Date *Bob Petty* 08/28/24

Driver Name & Number: Bob Petty 08/28/24

Total Amount: $1,359.70

Accepted: _____

☒ Drilling
☐ Completion
☐ Production

GOV Continental Subpoena 197

Quality Quick Print | ☎ 701-483-4070

**Water Drop Slip** 10028

**STARK ENERGY**

P.O. Box 748  Dickinson, ND  58602
701-300-1558

Customer Name CONTINENTAL Resources Inc

Location M+L F/W DEPOT

Date 3-28-24

Top Gauge _____ Time: _____

Bottom Gauge _____ Time: _____

**Circle One**

(Freshwater)  Saltwater  Flow Back 260 BBL

S.E. Field Invoice # 202 3630

Delivered to Benner 2-7HSL

Thank You,

Driver's Name Rob Ferrig

Truck # S-211

GC – Continental Subpoena 198

CLR_STARK_BK_SDT-00000826

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Watford City Field Office<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:<br>Remit to Supplier: | USD 2,263.20<br>USD 2,263.20 |

**Description:** PATTERSON FEDERAL 5-13H Fresh Water. Haul F/W to site. Assist rig crew/hot oiler. Offload into insulated frac tank on site.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023632 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| XW19657.EXP | AFEW . 5000070 | FRESH WATER | 523.20 |
| XW19657.EXP | AFEW . 5000074 | FRESH WATER - TRUCKING | 1,740.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 04/01/2024 - 04/01/2024 | | | |
| | | XW19657.EXP | | | PATTERSON FEDERAL 5-13H - EXPENSE WORKOVER-Rod Repair-03/2024 | | | | | | AFEW.5000074 | 1740.00 | 1740.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 12.00 | 145.00 | 1740.00 | (0.00%) | 1740.00 | 0.00 | 1740.00 | 1740.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Water Charge | | | Purchase Category: | | | | | | Service Date: 04/01/2024 - 04/01/2024 | | | |
| | | XW19657.EXP | | | PATTERSON | | | | | | AFEW.5000070 | 523.20 | 523.20 | |

GC – Continental Subpoena 199

Generated 04/08/2024 11:28 AM MDT by **ENVERUS** Business Automation

Confidential     CLR_STARK_BK_SDT-00000812

| | GENERAL EXPENSE WORKOVER-Rod Repair-03/2024 | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|
| | | 480.00 | 1.09 | 523.20 | (0.00%) | 523.20 | 0.00 | 523.20 | 523.20 |
| | | | | | | | 2263.20 | 2263.20 | |
| USD | | | | | | | 2263.20 | 2263.20 | |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Josh O'Donnell

**Document Journal**

Exported on 04/08/2024 at 11:09:11 AM MDT - by B2B Continental Resources,...

Approved on 04/08/2024 at 10:04:12 AM MDT - by Josh T O'Donnell

Forwarded to Josh T O'Donnell on 04/05/2024 at 02:29:51 PM MDT - by Charlce Trevena

Coding Verified on 04/05/2024 at 02:29:51 PM MDT - by Charlce Trevena
  Code Verified

Commented on 04/02/2024 at 01:53:47 PM MDT - by Charlce Trevena
  xw19657

Forwarded to Williston Basin/Watford City Field Office on 04/02/2024 at 10:53:04 AM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 04/01/2024 at 09:03:22 PM MDT - by the System
  The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 04/01/2024 at 09:03:22 PM MDT - by Delene M Fettig

GC – Continental Subpoena 200

Confidential                                                                 CLR_STARK_BK_SDT-00000813

Apr 1, 2024                    Invoice    Stark S-1288              Page 1 of 1

**Payee:**   **STARK ENERGY, INC**                **Submit to:** **CONTINENTAL RESOURCES, INC.**

P.O. Box 748                                      20 N. Broadway

Dickinson, ND 58602                               Oklahoma City, OK 73102

(952) 210-6610                                    Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023632 | 4/1/24 | WAWSA-Watford/Alexander | PATTERSON FEDERAL 5-13H | Fresh Water | | 12.00 | 145/hr | 1740.00 |
| | | | | Water Charge | 480 | | 1.09/bbl | 523.20 |

$2,263.20

GC – Continental Subpoena 201

Confidential



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023632

Rig Name & #: _Tiger Well Svc._
Ordered By: ~~Tiger~~ _Josh O'Donell_
(Name)          (Phone)

Date: _4/1/24_                    Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _WAWSA - Watford / Alexander_

Hauled To: _Patterson Federal 5-13 H_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-211_ Trailer # _T-107_

Top Gauge _____ Start Time _7:00 am_ Load Start Time _____

Bottom Gauge _____ Stop Time _7:00 pm_ Unload Stop Time _____

Remarks: _Haul F/W to site, Assist Rig crew / Hot oiler offload
into insulated Frac tank on site._

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water 120, 120, 120, 120 | | | 480 Bbl. | 12.0 | 145/hr. | 1,740 oo |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | 480 Bbl. | | 1.09/Bbl. | 523.20 |

Driver Name & Number: _Rob Peterson_                    Total Amount: $2,263.20

Accepted: _____

**GREG MUNRO**
701.0623.1322
AFE: _XWJ9657_ LOE: _____
LOCATION _Patterson Federal 5-13 H_
COST CODE _074/070_
SIGNATURE _Gregory W munro_
CONTINENTAL RESOURCES _Watford_ OFFICE

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC — Continental Subpoena 202

Quality Quick Print ☎ 701.483.4070

Confidential                    CLR_STARK_BK_SDT-00000815

Water Drop Slip    10029



**P.O. Box 748   Dickinson, ND   58602**
**701-300-1558**

Customer Name _CONTINENTAL RESOURCES INC._

Location _WAWSA - WATFORD / Alexander_

Date _4-1-24_

Top Gauge _____ Time: _____

Bottom Gauge _____ Time: _____

**Circle One**

(Freshwater)    Saltwater    Flow Back _480_ BBL

S.E. Field Invoice # _2023632_

Delivered to _PATTERSON FEDERAL 5-13H_

**Thank You,**

Driver's Name _ROB FETTIG_

Truck # _S-211_

GC – Continental Subpoena 203

Confidential

| **Remit To:** | **Bill To:** | Invoice Amount: | USD 1,522.50 |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Remit to Supplier: | USD 1,522.50 |
| Dickinson | Williston Basin | | |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**   HENDRICKSON FEDERAL 5-36H1 Repot to site haul in a total of 466bbls of brine water from SWD. Fill frac tank on site.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023631 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| XW19603.EXP | AFEW . 5000071 | BRINE WATER | 1,522.50 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 04/04/2024 - 04/04/2024 | | | |
| | | XW19603.EXP | | | HENDRICKSON FEDERAL 5-36H1 - EXPENSE WORKOVER-Pump Repair - Insert Pump-04/2024 | | | | | | AFEW.5000071 | 1522.50 | 1522.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 10.50 | 145.00 | 1522.50 | (0.00%) | 1522.50 | 0.00 | 1522.50 | 1522.50 | 1522.50 |

| | | |
|---|---|---|
| | 1522.50 | 1522.50 |
| USD | 1522.50 | 1522.50 |

## Supplementary Information

GC – Continental Subpoena 204

Generated  04/08/2024 10:18 PM MDT by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000817

**Status: Approved**

## Current Owner

Site: Williston Basin
Department: Watford City Field Office
User: Charice Trevena

## Document Journal

Exported on 04/08/2024 at 10:05:12 PM MDT - by B2B Continental Resources,...

Approved on 04/08/2024 at 12:24:43 PM MDT - by the System
    The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 04/08/2024 at 12:24:43 PM MDT - by Charice Trevena
    Code Verified

Forwarded to Williston Basin/Watford City Field Office on 04/08/2024 at 11:01:30 AM MDT - by Teresa M Shortt

Forwarded to Williston Basin/Accounts Payable on 04/06/2024 at 12:45:46 PM MDT - by the System
    The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 04/06/2024 at 12:45:46 PM MDT - by Delene M Fettig

GC – Continental Subpoena 205

Confidential                                                                                CLR_STARK_BK_SDT-00000818

Apr 5, 2024                              Invoice    **Stark S-1289**              Page 1 of 1

**Payee:**    **STARK ENERGY, INC**                             Submit to: **CONTINENTAL RESOURCES, INC.**
              P.O. Box 748                                                 20 N. Broadway
              Dickinson, ND 58602                                          Oklahoma City, OK  73102
              (952) 210-6610                                               Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023631 | 4/4/24 | Quale SWD #1 | HENDRICKSON FEDERAL 5-36H1 | Service Work | 466/bbl | 10.50 | 145/hr | 1,522.50 |

Hendrickson Federal 5-36H1                    **$1,522.50**
XW19603
071
Watford City Office
Attn: Josh O'Donnell
Aspyn Serna

GC – Continental Subpoena 206

Confidential                                              CLR_STARK_BK_SDT-00000819



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023631

Rig Name & #: DAKotA
Ordered By: ASpyn Serna
(Name)           (Phone)

Date: 4/4/24

Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inr.

Billing Address: _____

Hauled From: QuAle SWD #1

Hauled To: Hendridtson Federal 5-36 H1

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # 5-211 Trailer # T-107

Top Gauge _____ Start Time 1:30 pm Load Start Time _____

Bottom Gauge _____ Stop Time 12:00 Am 4/5/24 Unload Stop Time

Remarks: Report To site Haul in A total ff 466 BBl.
600 of Brine water from SWD, fill frack tank onsite.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Service Work  1,1,1,1 | | | 466 BBl. | 10.5 | 145/hr | 1,522.50 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |
| | | | | | | |

Driver Name & Number: Bob Fettig

Total Amount: $1,522.50

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC - Continental Subpoena 207

Quality Quick Print | ☎ 701.483.4928

### Water Drop Slip



32283

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._

Location _QuAle Sup #1_

Date _4/4/24_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

**Circle One**

Freshwater  (Saltwater)  Flow Back _466_ BBL

S.E. Field Invoice # _702363!_

Delivered To _Hendrickson Federal 5-36H1_

Thank You.

Driver's Name _Rob Fettig_

Truck # _S.711_

Quality Quick Print ☎ 701-483-8776

GC – Continental Subpoena 208

Confidential                                                    CLR_STARK_BK_SDT-00000821

| **Remit To:** | **Bill To:** | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 1,450.00 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 1,450.00 |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**   HENDRICKSON 8-36H. Service Work. Report to SWD. Haul in brine H20 to fill frac tank on-site, work as directed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023633 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| XW19342.EXP | AFEW . 5000071 | BRINE WATER | 1,450.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 04/08/2024 - 04/08/2024 | | | |
| | | XW19342.EXP | | | HENDRICKSON 8-36H - EXPENSE WORKOVER | | | | | | AFEW.5000071 | 1450.00 | 1450.00 | |

| | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 10.00 | 145.00 | 1450.00 | (0.00%) | 1450,00 | 0.00 | 1450.00 | 1450.00 | |

| | | | |
|---|---|---|---|
| | | 1450,00 | 1450.00 |
| USD | | 1450.00 | 1450.00 |

## Supplementary Information

**Status: Approved**

GC – Continental Subpoena 209

Confidential

CLR_STARK_BK_SDT-00000827

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Charlce Trevena

## Document Journal

Exported on 04/10/2024 at 04:09:55 PM MDT - by B2B Continental Resources,...

Approved on 04/10/2024 at 02:20:26 PM MDT - by the System
The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 04/10/2024 at 02:20:26 PM MDT - by Charlce Trevena
Code Verified

Forwarded to Williston Basin/Watford City Field Office on 04/10/2024 at 09:13:05 AM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 04/09/2024 at 10:51:45 AM MDT - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 601]

Submitted on 04/09/2024 at 10:51:45 AM MDT - by Delene M Fettig

GC – Continental Subpoena 210

Confidential                                                                                          CLR_STARK_BK_SDT-00000828

| | | | Apr 9, 2024 | | **Invoice** | **Stark S-1290** | | **Page 1 of 1** |

**Payee:** **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to: CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023633 | 4/8/24 | Quale SWD #1 | HENDRICKSON 8-36H | Service Work | 466/bbl | 10.00 | 145/hr | 1,450.00 |

**$1,450.00**

Hendrickson 8-36H
XW19342
071
Watford City Office
Attn: Josh O'Donnell
Aspyn Serna

GC – Continental Subpoena 211

CLR_STARK_BK_SDT-00000829



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023633

Rig Name & #: __DAKota   Chemical 25__
Ordered By: __ASPyn   Sean__
      (Name)       (Phone)

Date: __4/8/24__      Customer Location/Dept Code: _____

Customer's Name: __Continental  Resources  Inc.__

Billing Address: _____

Hauled From: __Quale   Swd #1__

Hauled To: __Hendrickson   8-36H 2__

AFE # _____   PO # _____   PO Line # _____

JSA # _____   Truck # __S-711__   Trailer # __T-107__

Top Gauge _____   Start Time __12:00 pm__   Load Start Time _____

Bottom Gauge _____   Stop Time __10:00 pm__   Unload Stop Time _____

Remarks: __Report  To  Swd , Haul  in  Brine  H2o  to fill  Fratz__
__Tank  on-site , Work  As  Directed  #32284__

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work ) \|\|\|\|\| | | | 466/BBL. | 10.0 | 195/Hr | 1,950 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: __Rob Fettig__      Total Amount: __$1,950__

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC – Continental Subpoena 212

Quality Quick Print | ☎ 701-483-4670

**Water Drop Slip**

32284

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources Inc.

Location  Quale SWD #1

Date  4/8/24

Top Gauge _____  Time _____

Bottom Gauge _____  Time _____

Circle One

Freshwater  (Saltwater)  Flow Back  466  BBL

S.E. Field Invoice #  2023633

Delivered To  Hendrickson 8-36 tt

Thank You.

Driver's Name  Rob Fetty

Truck #  S-211

GC – Continental Subpoena 213

Confidential

| **Remit To:** | **Bill To:** | Invoice Amount: | USD 1,522.50 |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Remit to Supplier: | USD 1,522.50 |
| Dickinson | Williston Basin | | |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**    ANGUS FEDERAL 11-9H2 Service Work. Report to site haul in clean brine H20. Fill frac tank on site. Worked as directed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023634 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| XW19796.EXP | AFEW . 5000071 | BRINE WATER | 1,522.50 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 04/10/2024 - 04/10/2024 | | | |
| | | XW19796.EXP | | | ANGUS FEDERAL 11-9H2 - EXPENSE WORKOVER-Gas Lift Failure-04/2024 | | | | | | AFEW.5000071 | 1522.50 | 1522.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 10.50 | 145.00 | 1522.50 | (0.00%) | 1522.50 | 0.00 | 1522.50 | 1522.50 | |

|  |  |  |  |
|---|---|---|---|
| | | 1522.50 | 1522.50 |
| USD | | 1522.50 | 1522.50 |

## Supplementary Information

GC – Continental Subpoena 214

Confidential                                                                                    CLR_STARK_BK_SDT-00000839

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Charlce Trevena

**Document Journal**

Exported on 04/25/2024 at 11:06:58 AM MDT - by B2B Continental Resources,...

Approved on 04/25/2024 at 09:38:35 AM MDT - by the System
    The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 04/25/2024 at 09:38:35 AM MDT - by Charlce Trevena
    Code Verified

Commented on 04/18/2024 at 11:43:29 AM MDT - by Charlce Trevena
    xw19796

Forwarded to Williston Basin/Watford City Field Office on 04/16/2024 at 10:30:52 AM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 04/15/2024 at 09:17:05 AM MDT - by the System
    The invoice was forwarded automatically based on recipient routing rules. [Rule 601]

Submitted on 04/15/2024 at 09:17:05 AM MDT - by Delene M Fettig

GC – Continental Subpoena 215

Generated 04/25/2024 11:28 AM MDT by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000840

Apr 10, 2024

Invoice   **Stark S-1291**

Page **1** of **1**

Payee:   **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

Submit to: CONTINENTAL RESOURCES, INC.
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023634 | 4/10/24 | Tarentaise CTB | ANGUS FEDERAL 11-9H2 | Service Work | 447/bbls | 10.50 | 145/hr | 1,522.50 |

$1,522.50

**Continental Resources**
**WILLISTON BASIN**
**LOCATION:** ANGUS FEDERAL 11-9H2
**AFE:** XLWI9796     **COST CODE:** 071
**OFFICE:** EPPING   TIOGA   SIDNEY   KILLDEER
WATFORD CITY   **QUESTIONS? CALL 701-664-3001**

Marty Boyd   4/12/24

GC – Continental Subpoena 216

Confidential



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023634

Rig Name & #: DAKOTA Chemical 25

Ordered By: MARTY BOYD
　　　　　(Name)　　　　　　(Phone)

Date: 4/10/24　　　　Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: TARentAise CTB

Hauled To: Angus Federal 11-9H2

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # 5-211 Trailer # T-107

Top Gauge _____ Start Time 11:30 pm Am Load Start Time _____

Bottom Gauge _____ Stop Time 10:00pm Unload Stop Time _____

Remarks: Report To-site Haul in clean Brine Ho Fill Fux tANk onsite
Worked As Directed. #32285, #32286, #32287, #32288

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service Work 141, 148, 122, 36 | | | 447 BBl. | 10.5 | 145/HR. | 1,522.50 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: BOB Fettig

Total Amount: $1,522.50

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC - Continental Subpoena 217

Quality Quick Print ☎ 701.483.4070

Confidential

CLR_STARK_BK_SDT-00000842

#1

**Water Drop Slip**

**STARK ENERGY**

32295

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc_

Location _Tarentaise CTB_

Date _4/10/24_

Top Gauge _1344577_   Time _____

Bottom Gauge _1344718_   Time _____

**Circle One**

Freshwater   (Saltwater)   Flow Back _141_ BBL

S.E. Field Invoice # _202363.4_

Delivered To _Angus Federal 11-9HZ_

Thank You,

Driver's Name

_Rob Fettig_

Truck # _S-211_

GC – Continental Subpoena 218

Confidential

#2

**Water Drop Slip**

STARK ENERGY

32286

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name __Continental Resources Inc.__
Location __Heritage CTB__
Date __4/10/24__
Top Gauge __1,344,718__   Time _____
Bottom Gauge __1,344,866__   Time _____

Circle One

Freshwater   (Saltwater)   Flow Back __148__ BBL
S.E. Field Invoice # __2023634__
Delivered To __Angus Federal  11-9 HZ__

Thank You.

Driver's Name __Rob Rettig__

Truck # __S-211__

Quality Quick Print   ☎ 701 483-4670

GC – Continental Subpoena 219

Confidential

CLR_STARK_BK_SDT-00000844

**Water Drop Slip**

STARK ENERGY

32287

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources Inc

Location  Tarentaise CTB

Date  4/10/24

Top Gauge  1,344,866     Time

Bottom Gauge  1,344,988    Time

Circle One

Freshwater   (Saltwater)   Flow Back  12 72  BBL

S.E. Field Invoice #  2023634

Delivered To  Angus Federal  11-9HZ

Thank You.

Driver's Name  Bob Fettig

Truck #  S-211

#3

GC – Continental Subpoena 220

Confidential

CLR_STARK_BK_SDT-00000845

**Water Drop Slip**

**STARK ENERGY**

**32288**

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Int._

Location _THRestAise C TB_

Date _4/10/24_

Top Gauge _1344988_ Time _____

Bottom Gauge _1345024_ Time _____

**Circle One**

Freshwater   (Saltwater)   Flow Back _____ 36 BBL

S.E Field Invoice # _023634_

Delivered To _ARgus Federal 11-9H2_

Thank You.

Driver's Name _RoB Fettig_

Truck # _541_

GC – Continental Subpoena 221

Confidential                                    CLR_STARK_BK_SDT-00000846

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Watford City Field Office<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:<br>Remit to Supplier: | USD 2,408.20<br>USD 2,408.20 |

**Description:**   AKRON 4-34H Fresh Water. Report to FWD haul FW to site. Fill FT528 on-site w/approx 480bbl FW.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023635 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| XW19805.EXP | AFEW . 5000071 | BRINE WATER | 2,408.20 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 04/11/2024 - 04/11/2024 | | | |
| | | XW19805.EXP | | | AKRON 4-34H - EXPENSE WORKOVER-Rod Pump failure | | | | | | AFEW.5000071 | 1885.00 | 1885.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 13.00 | 145.00 | 1885.00 | (0.00%) | 1885.00 | 0.00 | 1885.00 | 1885.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Water Charge | | | Purchase Category: | | | | | | Service Date: 04/11/2024 - 04/11/2024 | | | |
| | | XW19805.EXP | | | AKRON 4-34H - EXPENSE WORKOVER-Rod | | | | | | AFEW.5000071 | 523.20 | 523.20 | |

GC – Continental Subpoena 222

Confidential

CLR_STARK_BK_SDT-00000862

| Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|
| 480.00 | 1.09 | 523.20 | (0.00%) | 523.20 | 0.00 | 523.20 | 523.20 |
| | | | | | | 2408.20 | 2408.20 |

USD — 2408.20 — 2408.20

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Jamie Benth

**Document Journal**

Exported on 04/29/2024 at 11:02:16 AM MDT – by B2B Continental Resources....

Approved on 04/29/2024 at 07:47:39 AM MDT – by Jamie M Benth

Forwarded to Jamie M Benth on 04/24/2024 at 10:56:18 AM MDT – by Shannon A Harris

Coding Verified on 04/24/2024 at 10:56:18 AM MDT – by Shannon A Harris
   Code Verified

Forwarded to Williston Basin/Watford City Field Office on 04/15/2024 at 01:18:46 PM MDT – by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 04/12/2024 at 08:17:15 AM MDT – by the System
   The invoice was forwarded automatically based on recipient routing rules. [Rule 601]

Submitted on 04/12/2024 at 08:17:15 AM MDT – by Delene M Fettig

GC – Continental Subpoena 223

Confidential

CLR_STARK_BK_SDT-00000863

Apr 12, 2024            Invoice    **Stark S-1292**        **Page 1 of 1**

**Payee:**    **STARK ENERGY, INC**                **Submit to: CONTINENTAL RESOURCES, INC.**

P.O. Box 748                         20 N. Broadway

Dickinson, ND 58602                  Oklahoma City, OK  73102

(952) 210-6610                       Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023635 | 4/11/24 | WAWSA-FWD | AKRON 4-34H | Fresh Water | | 13.00 | 145/hr | 1,885.00 |
| | | | | Water Charge | 480/bbl | | 1.09/bbl | 523.20 |

**$2,408.20**

GC – Continental Subpoena 224



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023635

Rig Name & #: Tiger Rig #12
Ordered By: Aspyn Serna
(Name)          (Phone)

Date: 4/11/24

Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: WAWSA — FWD

Hauled To: AKRON 4 - 34 H

LOCATION: Akron 4-34H
AFE: XW19405 SUFFIX: EXP
COST CODE: 071
OFFICE: Watford City
SIGNATURE: Jamie Ba
PRINTED NAME: Jamie Benth
ATTN: JAMIE BENTH

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211 Trailer # T-107

Top Gauge _____ Start Time 8:00pm Load Start Time _____

Bottom Gauge _____ Stop Time 9:00pm Unload Stop Time _____

Remarks: Report To FWD, then FW to site. Fill FT528 onsite
w/ approx 450 BBL FW.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water 120,120,120,120 | | | 450/BBL | 13.0 | 145/hr | 1,885.00 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | 450/BBL | | 1.09/BBL | 523.70 |

Driver Name & Number: Rob Fettig

Total Amount: $2,408.70

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC – Continental Subpoena 225

Quality Quick Print | ☎ 701.483.4070

**Water Drop Slip**



32289

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc_

Location _WAWSA - FWD_

Date _4/11/24_

Top Gauge _____  Time _____

Bottom Gauge _____  Time _____

Circle One

(Freshwater)   Saltwater    Flow Back _480_ BBL

S.E. Field Invoice # _2023635_

Delivered To _Akron 4-34H_

Thank You,

Driver's Name _Rob Petty_

Truck # _5-71_

Quality Quick Print   ☎ 701 483-4070

GC – Continental Subpoena 226

Confidential

CLR_STARK_BK_SDT-00000866

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 1,377.50 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 1,377.50 |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**   BOHMBACH 14A-26H2 Service Work. Report to site work as directed. Haul in clean brine H20 fill blue frac tank on site. Approx 87bbls was in tank.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023636 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| XW19793.EXP | AFEW . 5000071 | BRINE WATER | 1,377.50 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 04/13/2024 - 04/13/2024 | | | |
| | | XW19793.EXP | | | BOHMBACH 14A-26H2 - EXPENSE WORKOVER-Rod Pump failure-04/2024 | | | | | | AFEW.5000071 | 1377.50 | 1377.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 9.50 | 145.00 | 1377.50 | (0.00%) | 1377.50 | 0.00 | 1377.50 | 1377.50 | |

|  |  |  |
|---|---|---|
| | 1377.50 | 1377.50 |
| USD | 1377.50 | 1377.50 |

## Supplementary Information

GC – Continental Subpoena 227

Generated  04/25/2024 11:28 AM MDT by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000832

**Status: Approved**

## Current Owner

Site: Williston Basin
Department: Watford City Field Office
User: Charice Trevena

## Document Journal

Exported on 04/25/2024 at 11:06:58 AM MDT - by B2B Continental Resources,...

Approved on 04/25/2024 at 09:38:00 AM MDT - by the System
   The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 04/25/2024 at 09:38:00 AM MDT - by Charice Trevena
   Code Verified

Commented on 04/18/2024 at 11:42:27 AM MDT - by Charice Trevena
   xw19793

Forwarded to Williston Basin/Watford City Field Office on 04/16/2024 at 10:30:52 AM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 04/15/2024 at 09:10:33 AM MDT - by the System
   The invoice was forwarded automatically based on recipient routing rules. [Rule 601]

Submitted on 04/15/2024 at 09:10:33 AM MDT - by Delene M Fettig

GC – Continental Subpoena 228

Confidential     CLR_STARK_BK_SDT-00000833

|  | Apr 13, 2024 | | | Invoice | **Stark S-1293** | | **Page 1 of 1** |
|---|---|---|---|---|---|---|---|

**Payee:** **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to:** **CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023636 | 4/13/24 | TARENTAISE CTB | BOHMBACH 14A-26H2 | Service Work | 393/bbl | 9.50 | 145/hr | 1,377.50 |

**$1,377.50**

GC – Continental Subpoena 229

Confidential                                                                 CLR_STARK_BK_SDT-00000834



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

Continental Resources
WILLISTON BASIN
LOCATION: BOHMBACH 14A-26H2
AFE: XW19793   COST CODE: 071
OFFICE EPPING TIOGA SIDNEY KILLDEER
QUESTIONS? CALL 701-664-3001

2023036

Rig Name & #: DAKOTA Chemical #25
Ordered By: MARTY BOYD
(Name)        (Phone)

Date: 4/13/24                         Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: TARENTAISE   CTB

Hauled To: BOHMBACH   14A-26H2

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211 _____ Trailer # T-107

Top Gauge _____ Start Time 7:00 Am _____ Load Start Time _____

Bottom Gauge _____ Stop Time 4:30pm _____ Unload Stop Time _____

Remarks: Report To-site Work As Directed. Haul in clean Brine
H2o Fill Blue Flat tank on site. Aprox 87 BBl. in tank #'s 33879,
#33878 #33877

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work  142, 140, 111 | | | 393/BBl. | 9.5 | 145/BBl | 1,377.50 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: RoB Pettig

Accepted: Marty Boyd 4/13/24

Total Amount: $1,377.50

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

Quality Quick Print | ☎ 701.483.4070

GC w. Continental Subpoena 230

#1

**Water Drop Slip**

STARK ENERGY

33879

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources Inc.
Location  TArent + Aise   CTB
Date  4/13/24
Top Gauge  1345024   Time _____
Bottom Gauge  1345706  Time _____
                1345166
Circle One
Freshwater  (Saltwater)   Flow Back  142  BBL
S.E. Field Invoice #  2028636
Delivered To  BottmBAch  141-26H2
Thank You.
Driver's Name  RoB Fetty
Truck #  S24

Quality Quick Print · ☎ 701-483-6076

GC – Continental Subpoena 231

Confidential

CLR_STARK_BK_SDT-00000836

#2

**Water Drop Slip**

STARK ENERGY

33878

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._

Location _Taven + Ase   CTB_

Date _4/13/24_

Top Gauge _13 45 166_    Time _____

Bottom Gauge _13 15 306_    Time _____

**Circle One**

Freshwater    (Saltwater)    Flow Back _140_    BBL

S.E. Field Invoice # _0023636_

Delivered To _Bottmbach   14A -26 #2_

Thank You,

Driver's Name
_Bob Petty_

Truck # _S-74_

Quality Quick Print : ☎ 701.483.4070

GC – Continental Subpoena 232

Confidential

CLR_STARK_BK_SDT-00000837



Confidential

| Remit To: | Bill To: | |
|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Watford City Field Office<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:          USD 2,755.00<br>Remit to Supplier:     USD 2,755.00 |

**Description:**   ANTELOPE FEDERAL 11-32H2 Service Work. Report to site work as directed. Haul in clean brine fill (2) frac tanks on site.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023637 | | | | | | | |
| 2023638 | | | | | | | |
| 2023639 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| CW07136.CAP | AFEW . 5000071 | BRINE WATER | 2,755.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 04/15/2024 - 04/15/2024 | | | |
| | | CW07136.CAP | | | ANTELOPE FEDERAL 11-23H2 - CAPITAL INTANGIBLES & DOWNHOLE EQUIP-Green Pull-04/2024 | | | | | | AFEW.5000071 | 1667.50 | 1667.50 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 11.50 | 145.00 | 1667.50 | (0.00%) | 1667.50 | 0.00 | 1667.50 | 1667.50 | |

GC – Continental Subpoena 234

Generated  04/26/2024 4:12 PM MDT by  **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000847

| Alert | Item | Charge To | N/A | Route | Property | | | | | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Service Work | | | Purchase Category: | | | | | | Service Date: 04/16/2024 – 04/16/2024 | | | |
| | | CW07136.CAP | | | ANTELOPE FEDERAL 11-23H2 - CAPITAL INTANGIBLES & DOWNHOLE EQUIP-Green Pull-04/2024 | | | | | | AFEW.5000071 | 725.00 | 725.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 5.00 | 145.00 | 725.00 | (0.00%) | 725.00 | 0.00 | 725.00 | 725.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | Service Work | | | Purchase Category: | | | | | | Service Date: 04/16/2024 – 04/16/2024 | | | |
| | | CW07136.CAP | | | ANTELOPE FEDERAL 11-23H2 - CAPITAL INTANGIBLES & DOWNHOLE EQUIP-Green Pull-04/2024 | | | | | | AFEW.5000071 | 362.50 | 362.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 2.50 | 145.00 | 362.50 | (0.00%) | 362.50 | 0.00 | 362.50 | 362.50 | |

| | | |
|---|---|---|
| | 2755.00 | 2755.00 |
| USD | 2755.00 | 2755.00 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Josh O'Donnell

**Document Journal**

GC – Continental Subpoena 235

Confidential                                                                                        CLR_STARK_BK_SDT-00000848

Exported on 04/26/2024 at 04:20:12 PM MDT – by Williston Basin/Digital Reviewer
Approved on 04/26/2024 at 02:19:15 PM MDT - by Josh T O'Donnell

Forwarded to Josh T O'Donnell on 04/25/2024 at 09:47:39 AM MDT – by Charlce Trevena

Coding Verified on 04/25/2024 at 09:47:39 AM MDT – by Charlce Trevena
Code Verified

Commented on 04/17/2024 at 01:51:07 PM MDT - by Charlce Trevena
CW07136

Forwarded to Williston Basin/Watford City Field Office on 04/17/2024 at 01:35:49 PM MDT – by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 04/16/2024 at 01:21:38 PM MDT - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 601]

Submitted on 04/16/2024 at 01:21:38 PM MDT - by Delene M Fettig

GC – Continental Subpoena 236

Generated  04/26/2024 4:12 PM MDT by  ≡NVERUS Business Automation

Confidential                                                                                          CLR_STARK_BK_SDT-00000849

|  | | Apr 16, 2024 | | Invoice | **Stark S-1294** | | Page 1 of 1 |

| Payee: | **STARK ENERGY, INC** |
|---|---|
| | P.O. Box 748 |
| | Dickinson, ND 58602 |
| | (952) 210-6610 |

Submit to: **CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023637 | 4/15/24 | Tarentaise CTB | ANTELOPE FEDERAL 11-23H2 | Service Work | 627/bbl | 11.50 | 145/hr | 1,667.50 |
| 2023639 | 4/16/24 | Quale SWD #1 | ANTELOPE FEDERAL 11-23H2 | Service Work | 244/bbl | 5.00 | 145/hr | 725.00 |
| 2023638 | 4/16/24 | Tarentaise CTB | ANTELOPE FEDERAL 11-23H2 | Service Work | 100/bbl | 2.50 | 145/hr | 362.50 |

$2,755.00

**Continental Resources**
WILLISTON BASIN
LOCATION: _ANTELOPE FEDERAL 11-3EH2_
AFE: _PENDING_    COST CODE: _071_
OFFICE: EPPING   TIOGA   SIDNEY   KILLDEER
WATFORD CITY
QUESTIONS? CALL 701-664-3001
_Matt Bapk_ 4/16/24

GC – Continental Subpoena 237

Confidential

CLR_STARK_BK_SDT-00000850



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023637

Rig Name & #: _Dakota Chemical R#25_
Ordered By: _Marty Boyd_
(Name)        (Phone)

Date: _4/15/24_                Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _TARentaise CTB_

Hauled To: _Antelope Federal ~~H-32H2~~ **11-23H2**_

AFE # _____    PO # _____    PO Line # _____

JSA # _____    Truck # _S-211_    Trailer # _T-107_

Top Gauge _____    Start Time _3:30 pm_    Load Start Time _____

Bottom Gauge _____    Stop Time _3:00 AM 4/16/24_    Unload Stop Time _____

Remarks: _Report to site work as Directed. Haul in clean Brine_
_Fill (2) Frac tanks onsite (#'s) #31966, #33880, #31967, #31968, #31969_

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work  140,141,136,169,141 | | | ~~431 bbl~~ 627/bl. | 11.5 | 145/hr. | 1,667.50 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: _Rob Petty_

Accepted: _____        Total Amount: $1,667.50

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC ✔ Continental Subpoena 238

Quality Quick Print | ☎ 701.483.4070

Confidential

**Water Drop Slip**

STATE ENERGY

31966

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources Inc

Location  Tarentaise CTB

Date  4/15/24

Top Gauge  134-5417  Time

Bottom Gauge  134 555 7  Time

Circle One

Freshwater  (Saltwater)  Flow Back  140  BBL

S.E. Field Invoice #  30 2 3637

Delivered To  Antelope Federal

Thank You.

**11-23H2**

Driver's Name  Rob Fetty

Truck #  5 211

#1

GC – Continental Subpoena 239

Confidential

CLR_STARK_BK_SDT-00000852

#2

**Water Drop Slip**

STARK ENERGY

33880

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name Continental Resources Inc

Location Threstorse CTB

Date 4/15/24

Top Gauge 124-5557   Time

Bottom Gauge 134-5698   Time

Circle One
Freshwater (Saltwater)   Flow Back 141   BBL

S.E. Field Invoice # 7023637

Delivered To Antelope Federal 11-32-H2

Thank You.

**11-23H2**

Driver's Name Rob Fettig

Truck # S-211   T-107

Quality Quick Print   ☎ 701.483.4070

Confidential

CLR_STARK_BK_SDT-00000853

#3

**Water Drop Slip**

STARK ENERGY

31967

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Conthental Resources Inc._

Location _Antelope CTB_

Date _4/15/24_

Top Gauge _1345698_    Time _____

Bottom Gauge _1345834_    Time _____

Circle One

Freshwater   (Saltwater)    Flow Back _136_ BBL

S.E. Field Invoice # _2023637_

Delivered To _Antelope Federal 11-32-H2-_

Thank You.

**11-23H2**

Driver's Name

_Bob Petty_

Truck # _S-211_

Quality Quick Print | ☎ 701 483 4076

GC – Continental Subpoena 241

Confidential

CLR_STARK_BK_SDT-00000854

#4

**Water Drop Slip**

STARK ENERGY

31968

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc_
Location _Antelope CTB_
Date _4/16/24_
Top Gauge _1345834_ Time ____
Bottom Gauge _1345898_ Time ____
_903_
Circle One
Freshwater  (Saltwater)  Flow Back _84 69_ BBL
S.E. Field Invoice # _2023637_
Delivered To _Antelope Federal_  11-32H2

**11-23H2**

Thank You.

Driver's Name _Rob Felby_
Truck # _5-24_

Quality Quick Print  ☎ 701 483 4070

GC – Continental Subpoena 242

CLR_STARK_BK_SDT-00000855

#5

**Water Drop Slip**

**STARK ENERGY**

31969

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources_
Location _Tarentaise CTB_
Date _4/16/24_
Top Gauge _145,898 903_ Time ___
Bottom Gauge _134,6044_ Time ___

Circle One
Freshwater  (Saltwater)   Flow Back _141_ BBL
S E Field Invoice # _7023637_
Delivered To _Antelope Federal 11-2-H2_
Thank You.

**11-23H2**

Driver's Name _Rob Ettig_
Truck # _S-211_

Quality Quick Print   ☎ 701-483-8970

GC – Continental Subpoena 243

Confidential                    CLR_STARK_BK_SDT-00000856



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023639

Rig Name & #: __Dakota__
Ordered By: __Marty Boyd__
(Name)            (Phone)

Date: __4/16/24__          Customer Location/Dept Code: _____

Customer's Name: __Continental Resources Inc.__

Billing Address: _____

Hauled From: __Quale SWD #1__

Hauled To: __Antelope Federal  ~~11-32-H2~~  11-23H2__

AFE # _____    PO # _____    PO Line # _____

JSA # _____    Truck # __S-211__    Trailer # __T-107__

Top Gauge _____    Start Time __3:00Am__    Load Start Time _____

Bottom Gauge _____    Stop Time __8:00Am__    Unload Stop Time _____

Remarks: __Haul Clean Brine from well site/swd to location__
__offload into Blue frac tank. #31895, #31896__

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | 122, 122 | | 244/BBl. | 5.0 | 145/hr | 725.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: __Rob Fethiy__          Total Amount: __$725.00__

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GCX Continental Subpoena 244

Quality Quick Print · ☎ 701.483.4070

#1

**Water Drop Slip**

STARK ENERGY

31895

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources Inc.
Location  Quale Swd #1
Date  4/16/24
Top Gauge _____  Time _____
Bottom Gauge _____  Time _____
Circle One
Freshwater  (Saltwater)  Flow Back  122  BBL
S.E. Field Invoice #  2023639
Delivered To  Antelope RDecH  11-32-H2
Thank You,

**11-23H2**

Driver's Name  Rob Fettig
Truck #  S-211

Quality Quick Print  |  ☎ 701.483.4070

GC – Continental Subpoena 245

Confidential

CLR_STARK_BK_SDT-00000858

#2

**Water Drop Slip**

S.T.A.R.K.
ENERGY

31896

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources In.
Location  Quale SWD #1
Date  4/16/24

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

**Circle One**

Freshwater   (Saltwater)   Flow Back  122   BBL

S.E. Field Invoice #  702 3639

Delivered To  Antelope Rosen  ~~11-32H2~~

Thank You,                    **11-23H2**

Driver's Name  Rob Fettig

Truck #  S-211

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 246

Confidential



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023638

Rig Name & #: Dakota Chemical R#25

Ordered By: Mary Boyd

(Name)        (Phone)

Date: 4/16/24

Customer Location/Dept Code: _____

Customer's Name: Continental ~~Resources~~ Resources Inc.

Billing Address: _____

Hauled From: Tarentaise CTB

Hauled To: Antelope Federal ~~11-32HC~~ 11-23H2

AFE # _____  PO # _____  PO Line # _____

JSA # _____  Truck # S-211  Trailer # T-107

Top Gauge _____  Start Time 8:00Am  Load Start Time _____

Bottom Gauge _____  Stop Time 10:30 Am  Unload Stop Time _____

Remarks: Report to site haul clean Brine from CTB to Rig Site offload into Frac tank. Work As Directed #3189

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work  100 | | | 100/BBl. | 2.5 | 145/Hr. | 362.50 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: Rob Petty

Total Amount: $362.50

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC Confidential Subpoena 247

Quality Quick Print  ☎ 701.483.4070

CLR_STARK_BK_SDT-00000860

#1

## Water Drop Slip

**STARK ENERGY**

31894

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name __Continental Resources__
Location __Takenterrise CTB__
Date __4/16/24__
Top Gauge __1346044__ Time _____
Bottom Gauge __1346144__ Time _____
Circle One
Freshwater  (Saltwater)   Flow Back __100__ BBL
S.E. Field Invoice # __2023636__
Delivered To __Antelope Federal 11-32-H2__

Thank You.

**11-23H2**

Driver's Name __Rob Fethy__

Truck # __S-211__

Quality Quick Print   ☎ 701-483-4870

GC – Continental Subpoena 248

Confidential

CLR_STARK_BK_SDT-00000861

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Drilling - Williston Basin<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:<br>Remit to Supplier: | USD 2,030.00<br>USD 2,030.00 |

**Description:** CHASE 2-18HSL. Service Work. Report to well site, spot in truck/trailer several times. Work to empty tank #'s 10,9,8,7 & 6. Haul fluid to 3rd party solids disposal. Empty fluid from mixing tanks. Run 2-3, 3" hoses 75-90' to empty tanks below shaker. Suck up & squeegee rain water & fluid inside tank farm berm. Washout tank @ Secure, Haul 2 loads to disposal #32321 & #32322

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023552 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL14947.DRL | AFEW . 5000362 | DISPOSAL - TRANSPORT SOLIDS | 2,030.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 05/04/2024 - 05/04/2024 | | | |
| | | DL14947.DRL | | | CHASE 2-18HSL - DRILLING | | | | | | AFEW.5000362 | 2030.00 | 2030.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 14.00 | 145.00 | 2030.00 | (0.00%) | 2030.00 | 0.00 | 2030.00 | 2030.00 | |

|  |  |  |
|---|---|---|
| | 2030.00 | 2030.00 |
| USD | 2030.00 | 2030.00 |

## Supplementary Information

GC – Continental Subpoena 249

Generated  06/17/2024 10:07 PM MDT by **ENVERUS** Business Automation

Confidential    CLR_STARK_BK_SDT-00000883

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Drilling - Williston Basin
User: Matt Olsen

**Document Journal**

Exported on 06/17/2024 at 10:00:47 PM MDT - by B2B Continental Resources....

Approved on 06/17/2024 at 08:46:19 PM MDT - by Matt L Olsen

Forwarded to Matt L Olsen on 05/24/2024 at 12:45:41 PM MDT - by Chris Hall
  IN WV

Coding Verified on 05/24/2024 at 12:45:41 PM MDT - by Chris Hall
  Code Verified

Submitted on 05/08/2024 at 10:16:59 PM MDT - by Delene M Fettig

GC – Continental Subpoena 250

Generated 06/17/2024 10:07 PM MDT by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000884

May 8, 2024        Invoice   Stark S-1296        Page 1 of 1

| Payee: | **STARK ENERGY, INC** | | Submit to: | **CONTINENTAL RESOURCES, INC.** |
| | P.O. Box 748 | | | 20 N. Broadway |
| | Dickinson, ND 58602 | | | Oklahoma City, OK 73102 |
| | (952) 210-6610 | | | Attn: Northern Completions |

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023552 | 5/4/24 | CHASE 2-18 H#2 | Bull Rock-Solids Disposal | Service Work | 280bbl | 14.00 | $145/hr | 2,030 00 |

$2,030.00

---

**WILLISTON DRILLING**

| | |
|---|---|
| Cost Code | 362 |
| AFE | DL 14947   Suffix 6 |
| Lease Name | CHASE 2-18H |
| Description | TAKE TO DISPOSAL |
| Signature | Keith Spoales |
| Print Name | KEITH SPOALES |
| Date | 5-8-24 |

GC – Continental Subpoena 251

Confidential



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023552

Rig Name & #: Cyclone 38
Ordered By: CHAD Grantner
(Name)            (Phone)

Date: 5/4/24                     Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: Chase 2-18 HSL

Hauled To: Bull Rock - Solids Disposal

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211 Trailer # T-107

Top Gauge _____ Start Time 12:45 pm Load Start Time _____

Bottom Gauge _____ Stop Time 2:45 am 5/4/24 Unload Stop Time _____

Remarks: Report to well-site, spot in Truck / Trailer several times. Work to Empty Tank #'s
10,9,8,7,6 Haul Fluid to 3RD pARTy Solids Disposal, Empty Fluid from Mixing
TANKs. Run 2-3, 3" Hoses 75-90+ feet to empty tanks below shaker. Suck up
+ Squeegee RAIn water + Fluid Inside tank farm Berm. Washout Tank @
Secure. HAul 2 loads to Disposal #'s 32321, #32322

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work ⟩ 150, 130 | | | 280/BBl. | 14.0 | 145/Hr. | 2,030 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: RoB Ettiy                     Total Amount: $2,030

Accepted: _____

☒ Drilling
☐ Completion
GC – Continental Subpoena 252
☐ Production
☐ Workover Rig

Quality Quick Print | ☎ 701.483.4070

#1

**Water Drop Slip**



**STARK ENERGY**    32321

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources Inc._
Location _Chase 2-18 HSL_
Date _5/4/24_
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____
**Circle One** _Drilling Fluid / Brine_
**Freshwater   Saltwater   (Flow Back)** _150_ **BBL**
S.E. Field Invoice # _~~2025551~~ 2025552_
Delivered To _Bull Rock Solios_

Thank You,

Driver's Name _Rob Felty_

Truck # _5-211_    Quality Quick Print ☎ 701-483-4970

#2

**Water Drop Slip**

**STARK ENERGY**    32322

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources Inc._
Location _Chase 3-18 HSL_
Date _5/4/24 — 5/5/24_
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____
**Circle One** _Drilling Fluid_
**Freshwater   Saltwater   (Flow Back)** _132_ **BBL**
S.E. Field Invoice # _2025552_
Delivered To _Bull Rock Disposal_

Thank You,

Driver's Name _Rob Felty_

Truck # _5-211_    Quality Quick Print ☎ 701-483-4970

GC – Continental Subpoena 253

Confidential    CLR_STARK_BK_SDT-00000887

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 1,087.50 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 1,087.50 |
| P.O. Box 748 | Attn: Drilling - Williston Basin | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**   CHASE 2-18HSL Service Work. Report to site, work as directed. Haul off day tank H20. Haul to 3rd party disposal. #32323, #32324

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023553 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL14947.DRL | AFEW . 5000361 | DISPOSAL - TRANSPORT LIQUIDS | 1,087.50 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 05/05/2024 - 05/05/2024 | | | |
| | | DL14947.DRL | | | CHASE 2-18HSL - DRILLING | | | | | | AFEW.5000361 | 1087.50 | 1087.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 7.50 | 145.00 | 1087.50 | (0.00%) | 1087.50 | 0.00 | 1087.50 | 1087.50 | |

|  |  |  |
|---|---|---|
| | 1087.50 | 1087.50 |
| USD | 1087.50 | 1087.50 |

## Supplementary Information

**Status: Approved**

GC – Continental Subpoena 254

Confidential                                                                                   CLR_STARK_BK_SDT-00000872

**Current Owner**

Site: Williston Basin
Department: Drilling - Williston Basin
User: Chris Hall

**Document Journal**

Exported on 05/14/2024 at 10:01:13 PM MDT - by B2B Continental Resources,...

Approved on 05/14/2024 at 04:20:41 PM MDT - by the System
    The invoice was approved automatically based on workflow routing rules. [Rule 43]

Coding Verified on 05/14/2024 at 04:20:41 PM MDT - by Chris Hall
    Code Verified

Submitted on 05/08/2024 at 10:25:57 PM MDT - by Delene M Fettig

GC – Continental Subpoena 255

Confidential                                    CLR_STARK_BK_SDT-00000873

May 8, 2024      Invoice   **Stark S-1297**      Page 1 of 1

| Payee: | **STARK ENERGY, INC** | Submit to: | **CONTINENTAL RESOURCES, INC.** |
|---|---|---|---|
| | P.O. Box 748 | | 20 N. Broadway |
| | Dickinson, ND 58602 | | Oklahoma City, OK 73102 |
| | (952) 210-6610 | | Attn: Northern Completions |

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023553 | 5/5/24 | CHASE 2-18 H | Rice SWD #1 | Service Work | 300bbl | 7.50 | $145/hr | 1,087.50 |

$1,087.50

WILLISTON DRILLING

Cost Code 361
AFE DL 14947   Suffix DPLG
Lease Name CHASE 2-18 H
Description HAUL OF Fr WATER T/DISPOSAL
Signature *Keith Spoales*
Print Name KEITH SPDALES
Date 5-8-24

GC – Continental Subpoena 256



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023553

Rig Name & #: Cyclone 38
Ordered By: CHAD GARTNER
　　　　　(Name)　　　　　　(Phone)

Date: 5/5/24　　　　　Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: Chase 2-18 HSL

Hauled To: Rice SWD #1

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211　　　Trailer # T-107

Top Gauge _____ Start Time 1:30 pm　　Load Start Time _____

Bottom Gauge _____ Stop Time 9:00 pm　　Unload Stop Time _____

Remarks: Report To-site, work as Directed Haul off Day tank H2O
Haul To 3rd party Disposal. #32323, #32324

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| | | | | | | |
| Service Work 150, 150, | | | 300 / BBl. | 7.5 | 145/Hr. | 1,087.50 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |
| | | | | | | |

Driver Name & Number: Rob Rettig　　　　Total Amount: $1,087.50

Accepted: _____

☒ Drilling
☐ Completion
☐ Production
☐ Workover Rig

GC – Continental Subpoena 257

Quality Quick Print | ☎ 701.483.4070

Confidential　　　　　　　　　　　　　　CLR_STARK_BK_SDT-00000875

#1

## Water Drop Slip

STARK ENERGY

32323

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name  Continental Resources Inc.

Location  Chase 2-18 HSL

Date  5/5/24

Top Gauge _____  Time _____

Bottom Gauge _____  Time _____

Circle One

(Freshwater)   Saltwater   Flow Back  150  BBL

S.E. Field Invoice #  2023553

Delivered To  Rice swd #1

Thank You,

Driver's Name  Rob Fettig

Truck #  S-211

Quality Quick Print  ☎ 701.483.4070

---

#2

## Water Drop Slip

STARK ENERGY

32324

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name  Continental Resources Inc.

Location  Chase 2-18 HSL

Date  5/5/24

Top Gauge _____  Time _____

Bottom Gauge _____  Time _____

Circle One

(Freshwater)   Saltwater   Flow Back  150  BBL

S.E. Field Invoice #  2023553

Delivered To  Rice swd #1

Thank You,

Driver's Name  Rob Fettig

Truck #  S-211

Quality Quick Print  ☎ 701.483.4070

GC – Continental Subpoena 258

Confidential

| **Remit To:** | **Bill To:** | Invoice Amount: | USD 435.00 |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Remit to Supplier: | USD 435.00 |
| Dickinson | Williston Basin | | |
| P.O. Box 748 | Attn: Drilling - Williston Basin | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:** DOE 2-23HSL Service Work. Report to site, spot in truck/trailer. String out 70+ feet of hoses to empty diesel tank on Rig. Haul approx 35 bbl of diesel to new site offload into black insulated 400bbl upright tank.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023556 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL12671.DRL | AFEW . 5000361 | DISPOSAL - TRANSPORT LIQUIDS | 435.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 05/06/2024 - 05/06/2024 | | | |
| | | DL12671.DRL | | | DOE 2-23HSL - DRILLING | | | | | | AFEW.5000361 | 435.00 | 435.00 | |
| | | | | | Quantity | Rate | Subtotal | Discount | | Pre-tax | Total Tax | EP Total | | |
| | | | | | 3.00 | 145.00 | 435.00 | (0.00%) | | 435.00 | 0.00 | 435.00 | 435.00 | |

|  |  |  |
|---|---|---|
| | 435.00 | 435.00 |
| USD | 435.00 | 435.00 |

## Supplementary Information

**Status: Approved**

GC – Continental Subpoena 259

Confidential
CLR_STARK_BK_SDT-00000867

## Current Owner

Site: Williston Basin
Department: Drilling - Williston Basin
User: Chris Hall

## Document Journal

Exported on 05/09/2024 at 10:03:27 PM MDT - by B2B Continental Resources,...

Approved on 05/09/2024 at 04:28:43 PM MDT - by the System
  The invoice was approved automatically based on workflow routing rules. [Rule 43]

Coding Verified on 05/09/2024 at 04:28:43 PM MDT - by Chris Hall
  Code Verified

Submitted on 05/08/2024 at 10:33:58 PM MDT - by Delene M Fettig

GC – Continental Subpoena 260

Generated 05/09/2024 10:16 PM MDT by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000868

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | May 8, 2024 | | Invoice | Stark S-1298 | Page 1 of 1 |

**Payee:** **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to:** **CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023556 | 5/6/24 | CHASE 2-18 HSL | DOE 2-23 HSL | Service Work | 35bbl | 3.00 | $145/hr | 435.00 |

$435.00

**WILLISTON DRILLING**

| | |
|---|---|
| Cost Code | 361 |
| AFE | DL 12671   Drg |
| Lease Name | DOE 2-23HSL |
| Description | Transfer Diesel |
| Signature | Keith Spoales |
| Print Name | KEITH SPOALES |
| Date | 5-8-24 |

GC – Continental Subpoena 261

Confidential

CLR_STARK_BK_SDT-00000869



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023556

Rig Name & #: _Cyclone 38_
Ordered By: _CHAD gArtner_
          (Name)        (Phone)

Date: _5/6/24_                     Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc,_

Billing Address: _____

Hauled From: _Chase  2-18 HSL_

Hauled To: _Doe  2-23 HSL_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-211_ Trailer # _T-107_

Top Gauge _____ Start Time _4:30 Am_ Load Start Time _____

Bottom Gauge _____ Stop Time _7:30 Am_ Unload Stop Time _____

Remarks: _Report To site, Spot in truck / TAld Strthy at 70+ feet_
_of Hoses to empty Diesel tAnk on Rig. HAd Approx 35 BBl of Diesel To New site,_
_offloAd into BlAck insulAted 400BBl. 0 prtymt TAnk._

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| | | | | | | |
| Service Work | | | 35/BBl. | 3.0 | 145/hr. | 435.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: _Rob Fettig_                    Total Amount: _$435.00_

Accepted: _____

☒ Drilling
☐ Completion
☐ Production
☐ Workover Rig

GC - Continental Subpoena 262

Quality Quick Print | ☎ 701 483 4070

**Water Drop Slip**



32327

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name *Continental Resources Inc*

Location *Chase 2-18 HSL*

Date *5/6/24*

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

**Circle One**   *Diesel*

~~Freshwater~~   ~~Saltwater~~   Flow Back   *35*   BBL

S.E. Field Invoice # *7023556*

Delivered To *Doe 2-23 ASL*

Thank You,

Driver's Name *Rob Fetty*

Truck # *5-7U*

Quality Quick Print   ☎ 701-483-4670

GC – Continental Subpoena 263

Confidential

| **Remit To:** | **Bill To:** | |
|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: USD 1,957.50 |
| Dickinson | Williston Basin | Remit to Supplier: USD 1,957.50 |
| P.O. Box 748 | Attn: Drilling - Williston Basin | |
| Dickinson , ND | 20 N Broadway | |
| US | Oklahoma City , OK | |
| 58602 | US | |
| 952-210-6610 | 73101 | |
| Supplier Number: 4115267 | | |

**Description:** DOE 2-23HSL. Service Work. Transfer aprox 150bbl of diesel from mobile 400 bbl upright to empty mud diesel tank for transport via winch truck. Work to transfer invert on site, empty tanks for transport via winch truck to new tank placement, load #1 135bbl, load #2 112bbl, load #3 130bbl, load #4 130bbl, load #5 130bbl, load #6 140bbl. Transfer roughly 185bbl of diesel back into mud diesel tank from black insulated tank. Road back to yard. Wait time due to winch break down.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2020383 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL12671.DRL | AFEW . 5000361 | DISPOSAL - TRANSPORT LIQUIDS | 1,957.50 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 05/06/2024 - 05/06/2024 | | | |
| | | DL12671.DRL | | | DOE 2-23HSL - DRILLING | | | | | | AFEW.5000361 | 1957.50 | 1957.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 13.50 | 145.00 | 1957.50 | (0.00%) | 1957.50 | 0.00 | 1957.50 | 1957.50 | |

| | | |
|---|---|---|
| | 1957.50 | 1957.50 |
| USD | 1957.50 | 1957.50 |

## Supplementary Information

GC – Continental Subpoena 264

Page 1 of 2        Generated 05/14/2024 10:05 PM MDT by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000877

**Status: Approved**

## Current Owner

Site: Williston Basin
Department: Drilling - Williston Basin
User: Chris Hall

## Document Journal

Exported on 05/14/2024 at 10:01:14 PM MDT - by B2B Continental Resources,...

Approved on 05/14/2024 at 04:20:30 PM MDT - by the System
   The invoice was approved automatically based on workflow routing rules. [Rule 43]

Coding Verified on 05/14/2024 at 04:20:30 PM MDT - by Chris Hall
   Code Verified

Submitted on 05/08/2024 at 10:47:05 PM MDT - by Delene M Fettig

GC – Continental Subpoena 265

Confidential

CLR_STARK_BK_SDT-00000878

|  |  |  | May 8, 2024 |  | Invoice | Stark S-1299 | Page 1 of 1 |

| Payee: | **STARK ENERGY, INC** | | | | Submit to: | **CONTINENTAL RESOURCES, INC.** |
| | P.O. Box 748 | | | | | 20 N. Broadway |
| | Dickinson, ND 58602 | | | | | Oklahoma City, OK 73102 |
| | (952) 210-6610 | | | | | Attn: Northern Completions |

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2020383 | 5/6/24 | DOE 2-23 HSL | DOE 2-23 HSL | Service Work | 335 bbl diesel | 13.50 | $145/hr | 1,957.50 |
| | | | | | 777 bbl invert | | | |
| | | | | | | | | $1,957.50 |

WILLISTON DRILLING

| Cost Code | 361 |
| AFE | DL 12671 |  DBXLG |
| Lease Name | DOE 2-23 HSL |
| Description | Transfer Fluids Tuprichp |
| Signature | Keith Spoales |
| Print Name | KEITH SPOALes |
| Date | 5-8-24 |

GC – Continental Subpoena 266

Confidential



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2020383

Rig Name & #: _Cyclone 38_

Ordered By: _Chad Gartner_
(Name)            (Phone)

Date: _5/6/24_

Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _Chad   Doe 2-23 HSL_

Hauled To: _Doe 2-23 HSL_

AFE # _____   PO # _____   PO Line # _____

JSA # _____   Truck # _S-211_   Trailer # _T-107_

Top Gauge _____   Start Time _7:30Am_   Load Start Time _____

Bottom Gauge _____   Stop Time _9:00pm_   Unload Stop Time _____

Remarks: Transfer approx 150 BBl of Diesel from mobile 400 BBl upright to Empty NWD Diesel tank for
Transport via winch truck, Work to transfer invert onsite, Empty tanks for
Transport J.A winch truck to new tank placed. Load #1 135 BBl, Load #2 112 BBl, Load #3 130 BBl,
Load #4 130 BBl, Load #5 130 BBl, Load #6 140 BBl. Transfer 185 BBl, Rughly of Diesel back into
NWD Diesel tanks from Black Insulated tank. Road back to yard. *Wait time Due to winch Breakdown

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| | | | 335 BBl Diesel | | | |
| Service Work   Diesel - 150, 35, 150 (35/601) | | | 777 BBl Invert | 13.5 | 145/Hr. | 1,957.50 |
| Vac Work   Invert - 135, 112, 130, 130, 130 | | | | | | |
| Flowback Water   140 (777 BBl) | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: _Rob Fettig_

Total Amount: _$1,957.50_

Accepted: _____

☒ Drilling
☐ Production
☐ Workover Rig

GC Confidental Subpoena 267

Quality Quick Print ☎ 701-483-4050

1 – 150
7 – 150
2 – 35

## Water Drop Slip

**STARK ENERGY**

32326

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc_

Location _Doe 2-23 HSL_

Date _5/6/23_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

Circle One   _Diesel_      335

~~Freshwater~~   ~~Saltwater~~   ~~Flow Back~~   BBL

S.E. Field Invoice # _7020385_

Delivered To _Doe 2-23 HSL_

Thank You,

Driver's Name
_Rob Fetty_

Truck # _5-211_

Quality Quick Print   ☎ 701-483-4970

GC – Continental Subpoena 268

Confidential

CLR_STARK_BK_SDT-00000881

1-135
2-112
3-130
4-130
5-130
6-140

**Water Drop Slip**

**STARK ENERGY**

32325

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._

Location _Doe 2-23 HSL_

Date _5/6/24_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

Circle One

Freshwater    Saltwater    ~~Flow Back~~ Invert    _777_ BBL

S E Field Invoice # _7020383_

Delivered To _Doe 2-23 HSL_

Thank You.

Driver's Name
_Rob Petty_

Truck # _S-211_

Quality Quick Print ☎ 701 483-4970

GC – Continental Subpoena 269

Confidential

CLR_STARK_BK_SDT-00000882

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 2,791.25 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 2,791.25 |
| P.O. Box 748 | Attn: Drilling - Williston Basin | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**   DOE 4-32H. Service Work. Report to site empty tanks #7 & #8. Haul off dirty brine water to Bullrock Solids Disposal. Switch out w/driver. Work on site to empty #8 tank. Move back to tank #7. Pop hatch work w/pressure washer to break up solids. Wash out tanker at Secure/Keene. Lots of debris in tank.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023647 | | | | | | | |
| 2023648 | | | | | | | |

## Details

| Alert | Item | Part # | Description | Item Master | Quantity | Units | Rate | Subtotal | Discount | Total | EP Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | FREIGHT | Service Work | | 13.00 | | 145.00 | 1885.00 | (0.00%) | 1885.00 | 1885.00 |
| | 2 | FREIGHT | Service Work | | 6.25 | | 145.00 | 906.25 | (0.00%) | 906.25 | 906.25 |

| | | | | | | Subtotal: | 2791.25 | 0.00 | 2791.25 | 2791.25 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | USD | 2791.25 | 2791.25 | |

## Supplementary Information

**Status: Submitted**

**Current Owner**

Site: Williston Basin
Department: Drilling - Williston Basin

GC – Continental Subpoena 270

Generated 06/24/2024 3:14 PM MDT by   **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000895

Forwarded to Matt L Olsen on 06/19/2024 at 01:32:38 PM MDT - by Lori L Teto Struve
IN WV

Coding Verified on 06/19/2024 at 01:32:38 PM MDT - by Lori L Teto Struve
Code Verified

Forwarded to Lori L Teto Struve on 06/19/2024 at 08:02:28 AM MDT - by Lori L Teto Struve

Submitted on 06/04/2024 at 06:54:55 AM MDT - by Delene M Fettig

GC – Continental Subpoena 271

Confidential                                                                                         CLR_STARK_BK_SDT-00000896

June 3, 2024

**Invoice** Stark S-1303    Page 1 of 1

**Submit to:**

**CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK  73102
Attn: Northern Completions

**Payee:**

**STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023647 | 6/1/24 | DOE 4-32H | Bull Rock Solids Disposal | Service Work | 349/bbl | 13.00 | 145/hr | 1,885.00 |
| 2023648 | 6/2/24 | DOE 4-32H | Bull Rock Solids Disposal | Service Work | 100/bbl | 6.25 | 145/hr | 906.25 |

$  2,791.25

**WILLISTON DRILLING**

Cost Code    361
AFE    DL12330    Suffix 6
Lease Name    DOE 4-23H
Description    Dispose Dirty Brine
Signature    Keith Spoales
Print Name    KEITH SPOALES
Date    6-3-24

GC – Continental Subpoena 272



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023647

Rig Name & #: Cyclone 38
Ordered By: CHAD Gardner  701-771-2915
　　　　　　　(Name)　　　　　(Phone)

Date: 6/1/24　　　　　　Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: Doe 4-32 H

Hauled To: Bull Rock Solids Disposal

AFE # _____　　PO # _____　　PO Line # _____

JSA # _____　　Truck # S-211　　Trailer # T-107

Top Gauge _____　Start Time 3:15 pm　　Load Start Time _____

Bottom Gauge _____　Stop Time 4:45 Am 6/2/24　Unload Stop Time _____

Remarks: Report To site Empty tanks #7, #8 Haul off Dirty Brine H2o
Haul to BullRock Solids Disposal

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work 134,120,95 | | | 349/BBl | 13.0 | 145/hr. | 1,885.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: Rob Ettin

Total Amount: $1,885.00

Accepted: _____

☑ Drilling
☐ Completion
☐ Production
☐ Workover Rig

GC - Confidential Subpoena 273

Quality Quick Print ☏ 701.483.4070

CLR_STARK_BK_SDT-00000898

#1

**Water Drop Slip**

**STARK ENERGY**

32328

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._

Location _Doc 4-23 H_

Date _6/1/24_    Time _____

Top Gauge _17'8"_    Time _____

Bottom Gauge _11'_

**Circle One**
Freshwater    Saltwater    (Flow Back)    Dirty Brine   134   BBL

S.E. Field Invoice # _2023647_

Delivered To _Bull Basin Solids_

Thank You,

Driver's Name _Rob Pettiy_

Truck # _S-211_

Quality Quick Print   ☎ 701-483-4070

GC – Continental Subpoena 274

Confidential

CLR_STARK_BK_SDT-00000899

#2
chad gartner
701-721-2915
cy dong 38

**Water Drop Slip**

STARK ENERGY

32329

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources In.

Location  Doe 4-32 H

Date  6/1/24

Top Gauge  11'        Time

Bottom Gauge  5'        Time

Circle One            Dirty Brine

Freshwater  Saltwater  Flow Back  120  BBL

S E Field Invoice #  2023647

Delivered To  Bull Rock Solids Disposal

Thank You.

Driver's Name  RoB Rettig

Truck #  5-211        Quality Quick Print   ☎ 701-483-4070

GC – Continental Subpoena 275

Confidential

#3

**Water Drop Slip**



32330

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._

Location _6/2/24   Doe 4-32 H_

Date _6/2/24_

Top Gauge _5'_                Time ____

Bottom Gauge _6"_            Time ____

**Circle One**                        Dirty Brine

Freshwater   (Saltwater)   Flow Back   _95_   BBL

S.E  Field Invoice # _202 3647_

Delivered To _Bull Rock  Solids - Disposal_

Thank You,

Driver's Name
_Bob Fetty_

Truck # _5-211_            Quality Quick Print   ☎ 701 483 4076

GC – Continental Subpoena 276

Confidential                                    CLR_STARK_BK_SDT-00000901



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023648

Rig Name & #: _Cyclone ar 38_
Ordered By: _Chad GARTNER_ _701-721-2915_
         (Name)          (Phone)

Date: _6/2/24_                Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _DOE 4-32 H_

Hauled To: _Bull Rock Solids Disposal_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _5-211_ Trailer # _T-107_

Top Gauge _____ Start Time _4:45 Am_ Load Start Time _____

Bottom Gauge _____ Stop Time _11:00 Am_ Unload Stop Time _____

Remarks: _Switch out w/ Driver Work on site to Empty #8 Tank, Move Back to tank #7 Pop Hatch Work w/ pressure washer to Break up Solids. Wash out Tanker @ Secure / Keene. lots of Desris in tank._

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Service Work  100 | | | 100/BBL | 6.25 | 145/Hr | 906.25 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: _Joel Lopez_        Total Amount: _$906.25_

Accepted: _____

☒ Drilling
☐ Completion
☐ Production
☐ Workover Rig

GC - Continental Subpoena 277

Quality Quick Print  ☎ 701 483 4070

Confidential

### Water Drop Slip



32331

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources Inc._

Location _Doe  4-32 H_

Date _6/2/24_

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

Circle One          _100 BBL. of Dirty H2O_

Freshwater  (Saltwater)  Flow Back  _100_   BBL

S E Field Invoice # _2023648_

Delivered To _Bull Ron Solids_

Thank You,

Driver's Name _Joel Lopez_

Truck # _5-211_

Quality Quick Print  ☎ 701-483-4970

GC – Continental Subpoena 278

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Drilling - Williston Basin<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:<br>Remit to Supplier: | USD 1,413.75<br>USD 1,413.75 |

**Description:**  DOE 4-32H. Service Work. Report to site work as directed. Haul in clean brine water fill 400bbl tank #7.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023649 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL12330.DRL | AFEW . 5000071 | BRINE WATER | 1,413.75 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 06/03/2024 - 06/03/2024 | | | |
| | | DL12330.DRL | | | DOE 4-23H - DRILLING | | | | | | | AFEW.5000071 | 1413.75 | 1413.75 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 9.75 | 145.00 | 1413.75 | (0.00%) | 1413.75 | 0.00 | 1413.75 | 1413.75 | |
| | | | | | | | | | | | | 1413.75 | 1413.75 | |
| USD | | | | | | | | | | | | 1413.75 | 1413.75 | |

## Supplementary Information

**Status: Approved**

**Current Owner**

GC – Continental Subpoena 279

Confidential
CLR_STARK_BK_SDT-00000888

**Document Journal**

Exported on 06/19/2024 at 04:01:58 PM MDT - by B2B Continental Resources,...

Approved on 06/19/2024 at 01:37:08 PM MDT - by the System
  The invoice was approved automatically based on workflow routing rules. [Rule 46]

Coding Verified on 06/19/2024 at 01:37:08 PM MDT - by Lori L Teto Struve
  Code Verified

Commented on 06/19/2024 at 01:37:06 PM MDT - by Lori L Teto Struve
  IN WV

Forwarded to Lori L Teto Struve on 06/19/2024 at 08:02:37 AM MDT - by Lori L Teto Struve

Submitted on 06/04/2024 at 07:05:39 AM MDT - by Delene M Fettig

GC – Continental Subpoena 280

Generated 06/19/2024 4:17 PM MDT by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000889

June 3, 2024          Invoice      **Stark S-1304**          Page 1 of 1

| | |
|---|---|
| **Payee:** **STARK ENERGY, INC**<br>P.O. Box 748<br>Dickinson, ND 58602<br>(952) 210-6610 | **Submit to:** **CONTINENTAL RESOURCES, INC.**<br>20 N. Broadway<br>Oklahoma City, OK 73102<br>Attn: Northern Completions |

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023649 | 6/2/24 | Dvirnak SWD | DOE 4-32H | Service Work | 360/bbl | 9.75 | 145/hr | 1,413.75 |

$ **1,413.75**

WILLISTON DRILLING

Cost Code  071
AFE  DL 12330          DP16
Lease Name  DOE  4-23H
Description  Deliver 360BBLS Brine
Signature  Keith Noales
Print Name  Keith
Date  6-3-24

CONTINENTAL Subpoena 281



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023649

Rig Name & #: _Cyclone 38_

Ordered By: _Chad Gardner_

(Name)          (Phone)

Date: _6/2/24_

Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _DVIRNAK SWD_

Hauled To: _Doe 4-32H_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-211_ Trailer # _T-107_

Top Gauge _____ Start Time _11:00 Am_ Load Start Time _____

Bottom Gauge _____ Stop Time _8:45pm_ Unload Stop Time _____

Remarks: _Report To site, Haul in clean Brine H2O fill_
_400 BBL/tank #7, Work As Directed. #'s 32332, 32333, 3233 4_

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work  120,120,120 | | | 360 /BBL. | 9.75 | 145/hr. | 1,413.75 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: _Rob Fetty_

Total Amount: $_1,413.75_

Accepted: _____

☒ Drilling
☐ Completion
☐ Production
☐ Workover Rig

GC  Continental Subpoena 282

Quality Quick Print : ☎ 701 483 4070

CLR_STARK_BK_SDT-00000891

#1

**Water Drop Slip**



32332

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name __Continental Resources Inc.__

Location __Dvirnak Swd__

Date __6/2/24__

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

**Circle One**

**Freshwater** (Saltwater)   Flow Back __120__ BBL

S E Field Invoice # __2023649__

Delivered To __Doe 4-32H__

Thank You,

Driver's Name __Rob Petty__

Truck # __S-211__

Oasis Quick Print  ☎ 701-483-1673

GC – Continental Subpoena 283

Confidential

#2

**Water Drop Slip**



32333

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._

Location _Dvianah SWD_

Date _6/2/24_

Top Gauge _____    Time _____

Bottom Gauge _____    Time _____

**Circle One**

Freshwater   (Saltwater)   Flow Back _120_ BBL

S.E. Field Invoice # _2023648_

Delivered To _~~Mro~~ Doe 4-32 H_

Thank You.

Driver's Name

_Rob F._

Truck # _S-211_

Quality Quick Print ☎ 701 483-4978

GC – Continental Subpoena 284

Confidential

#3

**Water Drop Slip**

STARK ENERGY

32334

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources Inc

Location  DVIRNAM  Sup

Date  6/2/24

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

**Circle One**

Freshwater   (Saltwater)   Flow Back  120   BBL

S.E. Field Invoice #  2023649

Delivered To  Doe 4-32 H

Thank You,

Driver's Name  Rob Petty

Truck #  S-211

Quality Quick Print  ☎ 701-483-4670

GC – Continental Subpoena 285

Confidential

CLR_STARK_BK_SDT-00000894