# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| In Re: | Case No.:  24-30168 |
|---|---|
| | Chapter 11, Subchapter V |
| Stark Energy, Inc., | |
| Debtor. | |

## SUMMARY EXHIBIT PURSUANT TO FEDERAL RULE OF EVIDENCE 1006

| | | Continental Resources, Inc. Invoices (Stark Energy, Inc.) | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # | Invoice Date | Amount | Ticket Nos. | Truck | Trailer | Notes | |
| Stark S-1188 | 10/14/2023 | $1,595.00 | 2020386 | S-205 | T-107 | GC Bate# 001-005 CRI Bate# 0602-0606 4 Water Drop Slips | |
| Stark S-1199 | 11/2/2023 | $2,102.50 | 2017332 2020409 | S-211 | T-107 | GC Bate# 006-013 CRI Bate# 0607-0614 3 Water Drop Slips | |
| Stark S-1222 | 11/17/2023 | $3,777.75 | 2018718 2018719 202322 | S-211 | T-107 | GC Bate# 014-023 CRI Bate# 0623-0632 6 Water Drop Slips | |
| Stark S-1223 | 11/18/2023 | $2,485.50 | 2018721 2023343 | S-211 | T-107 | GC Bate# 024-034 CRI Bate# 0647-0657 5 Water Drop Slips | |
| Stark S-1228 | 12/9/2023 | $1,496.50 | 2023346 2023347 | S-211 | T-107 | GC Bate# 035-042 CRI Bate# 0615-0622 2 Water Drop Slips | |
| Stark S-1229 | 12/10/2023 | $2,030.00 | 2022143 | S-211 | T-107 | GC Bate# 043-047 CRI Bate# 0658-0662 3 Water Drop Slips | |
| Stark S-1231 | 12/15/2023 | $1,740.00 | 2023402 | S-211 | T-107 | GC Bate# 048-054 CRI Bate# 0633-0639 3 Water Drop Slips | |
| Stark S-1232 | 12/10/2023 | $2,755.00 | 2023405 2023406 | S-211 | T-107 | GC Bate# 055-061 CRI Bate# 0640-0646 4 Water Drop Slips | |
| Stark S-1253 | 1/11/2024 | $2,494.00 | 2023488 2023489 | S-211 | T-021 | GC Bate# 062-069 CRI Bate# 0668-0675 2 Water Drop Slips | |
| Stark S-1254 | 1/11/2024 | $1,131.00 | 2023490 | S-205 | T-107 | GC Bate# 070-074 CRI Bate# 0663-0667 1 Water Drop Slip | |
| Stark S-1255 | 2/2/2024 | $2,827.50 | 2023560 2023561 | S-211 | T-107 | GC Bate# 075-081 CRI Bate# 0719-0725 4 Water Drop Slips | |
| Stark S-1256 | 2/3/2024 | $2,057.95 | 2023563 | S-211 | T-107 | GC Bate# 082-086 CRI Bate# 0684-0688 1 Water Drop Slip | |
| Stark S-1257 | 2/8/2024 | $2,480.70 | 2017833 | S-211 | T-107 | GC Bate# 087-090 CRI Bate# 0676-0679 | |
| Stark S-1258 | 2/12/2024 | $1,030.30 | 2017834 | S-211 | T-107 | GC Bate# 091-094 CRI Bate# 0689-0692 | |

## Continental Resources, Inc. Invoices (Stark Energy, Inc.)

| Invoice # | Invoice Date | Amount | Ticket Nos. | Truck | Trailer | Notes |
|---|---|---|---|---|---|---|
| Stark S-1271 | 2/25/2024 | $2,263.20 | 2015183 2021140 | S-211 LT3 | T-107 T5 | GC Bate# 095-102 CRI Bate# 0706-0713 2 Water Drop Slips |
| Stark S-1272 | 2/27/2024 | $1,740.00 | 2015184 2015185 2015186 2015224 | S-211 | T-107 | GC Bate# 103-115 CRI Bate# 0730-0742 5 Water Drop Slips |
| Stark S-1273 | 2/28/2024 | $725.00 | 2015189 | S-211 | T-107 | GC Bate# 116-120 CRI Bate# 0714-0718 1 Water Drop Slip |
| Stark S-1274 | 2/28/2024 | $1,160.00 | 2015193 | S-211 | T-107 | GC Bate# 121-126 CRI Bate# 0743-0748 2 Water Drop Slips |
| Stark S-1275 | 3/1/2024 | $788.30 | 2015190 | S-211 | T-107 | GC Bate# 127-130 CRI Bate# 0749-0752 |
| Stark S-1276 | 3/4/2024 | $2,085.50 | 2015192 | S-211 | T-107 | GC Bate# 131-134 CRI Bate# 0726-0729 |
| Stark S-1277 | 3/17/2024 | $2,175.00 | 2015194 2015196 | S-211 | T-107 | GC Bate# 135-140 CRI Bate# 0800-0805 1 Water Drop Slip |
| Stark S-1278 | 3/17/2024 | $2,247.50 | 2015188 2015197 | S-211 | T-107 | GC Bate# 141-146 CRI Bate# 0806-0811 1 Water Drop Slip |
| Stark S-1279 | 3/17/2024 | $725.00 | 2015227 | S-211 | T-107 | GC Bate# 147-151 CRI Bate# 0753-0757 1 Water Drop Slip |
| Stark S-1280 | 3/18/2024 | $1,450.00 | 2015229 2015765 | S-211 | T-107 | GC Bate# 152-158 CRI Bate# 0758-0764 2 Water Drop Slips |
| Stark S-1281 | 3/20/2024 | $1,595.00 | 2015766 2015767 | S-211 | T-107 | GC Bate# 159-165 CRI Bate# 0775-0781 2 Water Drop Slips |
| Stark S-1282 | 3/20/2024 | $1,450.00 | 2015769 | S-211 | T-107 | GC Bate# 166-170 CRI Bate# 0765-0769 1 Water Drop Slip |
| Stark S-1283 | 3/20/1934 | $652.50 | 2015768 | S-211 | T-107 | GC Bate# 171-175 CRI Bate# 0770-0774 1 Water Drop Slip |
| Stark S-1284 | 3/20/2024 | $1,377.50 | 2015770 | S-211 | T-107 | GC Bate# 176-183 CRI Bate# 0792-0799 4 Water Drop Slips |

| Continental Resources, Inc. Invoices (Stark Energy, Inc.) | | | | | | |
|---|---|---|---|---|---|---|
| Invoice # | Invoice Date | Amount | Ticket Nos. | Truck | Trailer | Notes |
| Stark S-1285 | 3/21/2024 | $1,740.00 | 2015711 | S-211 | T-107 | GC Bate# 184-188 CRI Bate# 0782-0786 1 Water Drop Slip |
| Stark S-1286 | 3/22/2024 | $1,885.00 | 2015772 | S-211 | T-107 | GC Bate# 189-193 CRI Bate# 0787-0791 1 Water Drop Slip |
| Stark S-1287 | 3/29/2024 | $1,339.70 | 2023630 | S-211 | T-107 | GC Bate# 194-198 CRI Bate# 0822-0826 1 Water Drop Slip |
| Stark S-1288 | 4/1/2024 | $2,263.20 | 2023632 | S-211 | T-107 | GC Bate# 199-203 CRI Bate# 0812-0816 1 Water Drop Slip |
| Stark S-1289 | 4/5/2024 | $1,522.50 | 2023631 | S-211 | T-107 | GC Bate# 204-208 CRI Bate# 0817-0821 1 Water Drop Slip |
| Stark S-1290 | 4/9/2024 | $1,450.00 | 2023633 | S-211 | T-107 | GC Bate# 209-213 CRI Bate# 0827-0831 1 Water Drop Slip |
| Stark S-1291 | 4/10/2024 | $1,522.50 | 2023634 | S-211 | T-107 | GC Bate# 214-221 CRI Bate# 0839-0846 4 Water Drop Slips |
| Stark S-1292 | 4/12/2024 | $2,408.20 | 2023635 | S-211 | T-107 | GC Bate# 222-226 CRI Bate# 0862-0866 1 Water Drop Slip |
| Stark S-1293 | 4/13/2024 | $1,377.50 | 2023636 | S-211 | T-107 | GC Bate# 227-233 CRI Bate# 0832-0838 3 Water Drop Slips |
| Stark S-1294 | 4/16/2024 | $2,755.00 | 2023637 2023638 2023639 | S-211 | T-107 | GC Bate# 234-248 CRI Bate# 0847-0861 8 Water Drop Slips |
| Stark S-1296 | 5/8/2024 | $2,030.00 | 2023552 | S-211 | T-107 | GC Bate# 249-253 CRI Bate# 0883-0887 2 Water Drop Slips |
| Stark S-1297 | 5/8/2024 | $1,087.50 | 2023553 | S-211 | T-107 | GC Bate# 254-258 CRI Bate# 0872-0876 2 Water Drop Slips |
| Stark S-1298 | 5/8/2024 | $435.00 | 2023556 | S-211 | T-107 | GC Bate# 259-263 CRI Bate# 0867-0871 1 Water Drop Slip |
| Stark S-1299 | 5/8/2024 | $1,957.50 | 2020383 | S-211 | T-107 | GC Bate# 264-269 CRI Bate# 0877-0882 2 Water Drop Slips |

| Continental Resources, Inc. Invoices (Stark Energy, Inc.) | | | | | | |
|---|---|---|---|---|---|---|
| Invoice # | Invoice Date | Amount | Ticket Nos. | Truck | Trailer | Notes |
| Stark S-1303 | 6/3/2024 | $2,791.25 | 2023647 2023648 | S-211 | T-107 | GC Bate# 270-278 CRI Bate# 0895-0903 4 Water Drop Slips |
| Stark S-1304 | 6/3/2024 | $1,413.75 | 2023649 | S-211 | T-107 | GC Bate# 279-285 CRI Bate# 0888-0894 3 Water Drop Slips |

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Watford City Field Office<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:<br>Remit to Supplier: | USD 1,595.00<br>USD 1,595.00 |



**EXHIBIT**
**A**
L. Bennett Declaration

**Description:**  HEREFORD FEDERAL 1-20H Service Work. Haul brine H20 to location offload into frac tank as directed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2020386 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| CW06628.CAP | AFEW . 5000071 | BRINE WATER | 1,595.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 10/14/2023 - 10/14/2023 | | | |
| | | CW06628.CAP | | | HEREFORD FEDERAL 1-20H - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000071 | 1595.00 | 1595.00 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 11.00 | 145.00 | 1595.00 | (0.00%) | 1595.00 | 0.00 | 1595.00 | 1595.00 |

|  |  |  |
|---|---|---|
| | 1595.00 | 1595.00 |

| USD | 1595.00 | 1595.00 |
|---|---|---|

## Supplementary Information

GC – Continental Subpoena 001

Confidential

CLR_STARK_BK_SDT-00000602

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Charice Trevena

**Document Journal**

Exported on 10/18/2023 at 11:07:32 AM MDT - by B2B Continental Resources,...

Approved on 10/18/2023 at 09:54:33 AM MDT - by the System
The invoice was approved automatically based on workflow routing rules. [Rule 25]

Coding Verified on 10/18/2023 at 09:54:33 AM MDT - by Charice Trevena
Code Verified

Commented on 10/17/2023 at 08:44:11 AM MDT - by Charice Trevena
cw06628

Forwarded to Williston Basin/Watford City Field Office on 10/16/2023 at 02:55:14 PM MDT - by Cassandra M Burton

Forwarded to Williston Basin/Accounts Payable on 10/16/2023 at 08:53:01 AM MDT - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 876]

Submitted on 10/16/2023 at 08:53:01 AM MDT - by Delene M Fettig

GC – Continental Subpoena 002

Generated 10/18/2023 11:24 AM MDT by **ENVERUS** Business Automation

Confidential                                                                      CLR_STARK_BK_SDT-00000603

Oct. 14, 2023           Invoice                    Stark S-1188          Page 1 of 1

**Payee:** **STARK ENERGY, INC**          **Submit to:**          **CONTINENTAL RESOURCES, INC.**

P.O. Box 748                                                20 N. Broadway

Dickinson, ND 58602                                         Oklahoma City, OK  73102

(952) 210-6610                                              Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBL | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2020386 | 10/14/23 | Tarentaise CTB | Hereford Federal 1-20H | Service Work | 471 | 11.0 | $145/hr | 1595.00 |

$1,595.00

GC – Continental Subpoena 003



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2020386

Rig Name & #: Black Diamond

Ordered By: Aspyn Serna
    (Name)          (Phone)

Date: 10/14/23          Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: Tarentaise CTB

Hauled To: Hereford Federal 1-20H

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-205   Trailer # T-107

Top Gauge _____ Start Time 4:30pm   Load Start Time _____

Bottom Gauge _____ Stop Time 3:30Am   Unload Stop Time _____

Remarks: Haul Brine H2O to location, offload into Frac
Tank As Designated

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Service Work  130, 135, 135, 71 | | | +71/886 | 11.0 | 145/Hr. | 1,595.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

LOCATION: Hereford Federal 1-20H
AFE: CWO 6628 SUFFIX: _____
COST CODE: 071
OFFICE: Watford City
SIGNATURE: Cly Se
PRINTED NAME: Aspyn Serna
ATTN: JOSH O'DONNELL

Driver Name & Number: Nick Makin          Total Amount: $1,595.00

Accepted: _____

☐ Drilling
☐ Completion
☐ Production
☐ Workover Rig

GC Confidential Subpoena 004

Quality Quick Print | ☎ 701.483.4070

① **Water Drop Slip**



STARK ENERGY    28985

**P.O. Box 748  Dickinson, ND 58602**
**701-300-1558**

Customer Name: Continental Resources Inc.
Location: TARentAise  CTB
Date: 10/14/23
Top Gauge: 1330984    Time: 6:47pm
Bottom Gauge: 133,114    Time: 7:02pm

**Circle One**
Freshwater  (Saltwater)  Flow Back: 130  BBL
S.E. Field Invoice #: 2020386
Delivered To: Hereford Federal 1-20H

Thank You,
Driver's Name: Nick MAKin

Truck #: S-205  T-107    Quality Quick Print | ☎ 701.483.4070

---

**Water Drop Slip**



STARK ENERGY    28986

**P.O. Box 748  Dickinson, ND 58602**
**701-300-1558**

Customer Name: Continental Resources Inc.
Location: TARentAise  CTB
Date: 10/14/23
Top Gauge: 1331114    Time: 9:21pm
Bottom Gauge: 1331249    Time:

**Circle One**
Freshwater  (Saltwater)  Flow Back: 135  BBL
S.E. Field Invoice #: 2020386
Delivered To: Hereford Federal 1-20H

Thank You,
Driver's Name: Nick MAKin

Truck #: S-205  T-107    Quality Quick Print | ☎ 701.483.4070

---

③ **Water Drop Slip**



STARK ENERGY    28987

**P.O. Box 748  Dickinson, ND 58602**
**701-300-1558**

Customer Name: Continental Resources
Location: TARentAise  CTB
Date: 10/14/23
Top Gauge: 1331249    Time:
Bottom Gauge: 1331384    Time:

**Circle One**
Freshwater  (Saltwater)  Flow Back: 135  BBL
S.E. Field Invoice #: 2020386
Delivered To: Hereford Federal 1-20H

Thank You,
Driver's Name: Nick MAKin

Truck #: S-205  T-107    Quality Quick Print | ☎ 701.483.4070

---

④ **Water Drop Slip**



STARK ENERGY    28988

**P.O. Box 748  Dickinson, ND 58602**
**701-300-1558**

Customer Name: Continental Resources
Location: TARentAise  CTB
Date: 10/14/23
Top Gauge: 1331384    Time:
Bottom Gauge: 1331526    Time:

**Circle One**
Freshwater  (Saltwater)  Flow Back: 71  BBL
S.E. Field Invoice #: 2020386
Delivered To: Hereford Federal 1-20H

Thank You,
Driver's Name: Nick MAKin

Truck #: S-205    Quality Quick Print | ☎ 701.483.4070



GC – Continental Subpoena 005

Confidential

CLR_STARK_BK_SDT-00000606

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 2,102.50 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 2,102.50 |
| P.O. Box 748 | Attn: Completions - Williston Basin | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**   NORTH TARENTAISE PAD 1-9 Service Work. Haul brine as directed. Offload into designated brine tanks on site. Switch out on-site.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2017332 | | | | | | | |
| 2020409 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL11327.CMP.STM | AFEW , 5000071 | BRINE WATER | 2,102.50 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | Service Date: 10/31/2023 – 10/31/2023 | | | | |
| | | DL11327.CMP.STM | | | NORTH TARENTAISE FED 1-9 PAD-COMPLETION-STIMULATION | | | | | | AFEW.5000071 | 1450.00 | 1450.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 10.00 | 145.00 | 1450.00 | (0.00%) | 1450.00 | 0.00 | 1450.00 | 1450.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Service Work | | | Purchase Category: | | | | | Service Date: 10/31/2023 – 10/31/2023 | | | | |
| | | DL11327.CMP.STM | | | NORTH | | | | | | AFEW.5000071 | 652.50 | 652.50 | |

GC – Continental Subpoena 006

Confidential                                                                                                                    CLR_STARK_BK_SDT-00000607

PAD-COMPLETION STIMULATION

| | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|
| | 4.50 | 145.00 | 652.50 | (0.00%) | 652.50 | 0.00 | 652.50 | 652.50 |

| | | | | | | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 2102.50 | 2102.50 | |
| USD | | | | | | 2102.50 | 2102.50 | |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Completions - Williston Basin
User: Bryan Hamelton

**Document Journal**

Exported on 11/20/2023 at 11:06:03 AM MST - by B2B Continental Resources,...

Approved on 11/20/2023 at 05:44:12 AM MST - by Bryan W Hamelton

Forwarded to Bryan W Hamelton on 11/14/2023 at 11:39:26 AM MST - by Patty Bell

Coding Verified on 11/14/2023 at 11:39:26 AM MST - by Patty Bell
   Code Verified

Forwarded to Williston Basin/Completions - Williston Basin on 11/03/2023 at 09:57:19 AM MDT - by Breanna McCarroll

Forwarded to Williston Basin/Accounts Payable on 11/02/2023 at 08:38:29 AM MDT - by the System
   The invoice was forwarded automatically based on recipient routing rules. [Rule 876]

Submitted on 11/02/2023 at 08:38:29 AM MDT - by Delene M Fettig

GC – Continental Subpoena 007

Confidential     CLR_STARK_BK_SDT-00000608

| | | Nov 1, 2023 | Invoice | | | | Stark S-1199 | Page 1 of 1 |

**Payee:** **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to:**
North Tarentaise Fed 1 - 9 Pad DL11327.CMP.STM

**CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBL | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2020409 | 10/31/23 | Tarentaise CTB | North Tarentaise Pad 1-9 | Service Work | 270 | 10.0 | $145/hr | 1450.00 |
| 2017332 | 10/31/23 | Tarentaise CTB | North Tarentaise Pad 1-9 | Service Work | 127 | 4.5 | $145/hr | 652.50 |

**$2,102.50**

Print: Bobby Rice
Sign:
Date: 11/1/2023   Ticket #: S-1199
AFE: DL11327   CMP.STM
Submit To: Williston Basin – Completions

071 Haul in PW

GC – Continental Subpoena 008

CLR_STARK_BK_SDT-00000609



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2020409

Rig Name & #: Next Tier Frac
Ordered By: Bryan Hamelton
(Name)    (Phone)

Date: 10/31/23    Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: Tarentaise CTB

Hauled To: North Tarentaise PAD 1-9

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211    Trailer # T-107

Top Gauge _____ Start Time 11:00 Am    Load Start Time _____

Bottom Gauge _____ Stop Time 9:00pm    Unload Stop Time _____

Remarks: Report To site, Haul Brine Work As Directed, offloading to
Designated Brine Tanks onsite, switch out on-site w/ swap Driver

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| | | | 270/BBL | | | |
| Service Work  140, 130, | | | 10.0 | 10.0 | 145/HR. | 1,450.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | Print | | |
| Fresh Water | | | | Sign: | | |
| Side Dump | | | | Date: | Ticket: | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | AFE: | .CMP.STM | |
| Water Charge | | | | Williston Basin Completions | | |

Driver Name & Number: Bryan Shaw

Accepted: _____

Total Amount: $1,450.00

Justin Smith

☐ Drilling
☐ Condensate    Continental Subpoena 009
☐ Production    041
☐ Workover Rig

Quality Quick Print | ☎ 701-483-4670

#1

## Water Drop Slip



28708

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources Inc._

Location _Tarentaise CTB_

Date _10/31/23_

Top Gauge _13818 17_   Time _3:00 pn_

Bottom Gauge _13319 57_   Time _3:30 pm_

**Circle One**

**Freshwater** (Saltwater)  Flow Back _140_  BBL

S.E. Field Invoice # _2020409_

Delivered To _North Tarentaise Pad 1-9_

Thank You,

Driver's Name

_Brian Shaw_

Truck # _S-211 T-107_   Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 010

Confidential

CLR_STARK_BK_SDT-00000611

#2

## Water Drop Slip



28709

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources Inc._

Location _Tarentaise CTB_

Date _10/31/23_

Top Gauge _331957_    Time _7:17 pm_

Bottom Gauge _____    Time _____

**Circle One**

Freshwater   (Saltwater)   Flow Back _130_   BBL

S.E. Field Invoice # _2020409_

Delivered To _North Tarentaise Pad_

Thank You,

Driver's Name _Brian Shaw_

Truck # _5-211   T-107_

Quality Quick Print  |  ☎ 701.483.4070

GC – Continental Subpoena 011

Confidential

CLR_STARK_BK_SDT-00000612



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2017332

Rig Name & #: _Next Tier Frac_
Ordered By: _Bryan Hamilton_
(Name)                    (Phone)

Date: _10 / 31 / 23_          Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _Tarentaise CTB_

Hauled To: _North Tarentaise 1-9 PAD_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-211_ Trailer # _T-107_

Top Gauge _____ Start Time _9:00pm_ Load Start Time _____

Bottom Gauge _____ Stop Time _1:30am_ Unload Stop Time _____

Remarks: _Report to site, Haul brine, work as directed, off load into designated brine_
_tanks onsite, switch out onsite swap driver_

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work  127 | | | 127 | 4.5 | $145 hr | $652.50 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: _Greg Moore_          Total Amount: _652.50_

Accepted: _____

☐ Drilling       _Justin Smith_
☐ Completion
☐ Production
☐ Workover Rig

CC Continental Subpoena 017

Quality Quick Print | ☎ 701 483 4070

#1

### Water Drop Slip

**STARK ENERGY**

28710

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._

Location _Tarentaise CTB_

Date _10/31/23_

Top Gauge _1332 087_   Time ____

Bottom Gauge _1332 214_   Time ____

**Circle One**

Freshwater   (Saltwater)   Flow Back _127_ BBL

S.E. Field Invoice # _2017332_

Delivered To _North Tarentaise Pad_

Thank You,

Driver's Name _Grey Moore_

Truck # _S-211  T-107_

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 013

Confidential

CLR_STARK_BK_SDT-00000614

| **Remit To:** | **Bill To:** | Invoice Amount: | USD 3,777.75 |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Remit to Supplier: | USD 3,777.75 |
| Dickinson | Williston Basin | | |
| P.O. Box 748 | Attn: Killdeer Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**  KATE 2-19H. Fresh Water. Haul Fresh H20 to site. Work as directed and offload into designated frac tanks.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2018718 | | | | | | | |
| 2018719 | | | | | | | |
| 2023322 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| CW06661.CAP | AFEW . 5000070 | FRESH WATER | 225.25 |
| CW06661.CAP | AFEW . 5000074 | FRESH WATER - TRUCKING | 3,552.50 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 11/16/2023 - 11/16/2023 | | | |
| | | CW06661.CAP | | | KATE 2-19H - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000074 | 870.00 | 870.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 6.00 | 145.00 | 870.00 | (0.00%) | 870.00 | 0.00 | 870.00 | 870.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

GC – Continental Subpoena 014

Confidential

CLR_STARK_BK_SDT-00000623

| | 2 | Water Charge | | | | | | | | | | | Service Date: 11/16/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CW06661.CAP | | | KATE 2-19H - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000070 | 225.25 | 225.25 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 265.00 | 0.85 | 225.25 | (0.00%) | 225.25 | 0.00 | 225.25 | 225.25 |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 11/16/2023 - 11/16/2023 | | | |
| | | CW06661.CAP | | | KATE 2-19H - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000074 | 1160.00 | 1160.00 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 8.00 | 145.00 | 1160.00 | (0.00%) | 1160.00 | 0.00 | 1160.00 | 1160.00 |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 11/16/2023 - 11/16/2023 | | | |
| | | CW06661.CAP | | | KATE 2-19H - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000074 | 1522.50 | 1522.50 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 10.50 | 145.00 | 1522.50 | (0.00%) | 1522.50 | 0.00 | 1522.50 | 1522.50 |

| | | | | |
|---|---|---|---|---|
| | | | 3777.75 | 3777.75 |
| USD | | | 3777.75 | 3777.75 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin

GC – Continental Subpoena 015

Generated 12/18/2023 11:26 AM MST by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000624

**Document Journal**

Exported on 12/18/2023 at 11:04:16 AM MST - by B2B Continental Resources,...

Approved on 12/18/2023 at 10:25:26 AM MST - by Joe S Makris

Commented on 12/18/2023 at 10:25:22 AM MST - by Joe S Makris
   Confirmed in WV: Cost, code, ticket and dates of service are correct for this invoice.

Forwarded to Joe S Makris on 12/13/2023 at 12:28:47 PM MST - by Heidi L Gunwall

Forwarded to Heidi L Gunwall on 12/13/2023 at 10:56:23 AM MST - by Charles D Berry
   Not ours

Forwarded to Charles D Berry on 12/11/2023 at 08:28:10 AM MST - by Heidi L Gunwall

Coding Verified on 12/11/2023 at 08:28:10 AM MST - by Heidi L Gunwall
   Code Verified

Forwarded to Williston Basin/Killdeer Field Office on 11/20/2023 at 11:02:46 AM MST - by Cassandra M Burton

Forwarded to Williston Basin/Accounts Payable on 11/17/2023 at 11:31:48 AM MST - by the System
   The invoice was forwarded automatically based on recipient routing rules. [Rule 876]

Submitted on 11/17/2023 at 11:31:48 AM MST - by Delene M Fettig

GC – Continental Subpoena 016

Confidential                                                                              CLR_STARK_BK_SDT-00000625

Nov 17, 2023                          Invoice   **Stark S-1222**          Page 1 of 1

Payee:   **STARK ENERGY, INC**                  Submit to: **CONTINENTAL RESOURCES, INC.**
         P.O. Box 748                                       20 N. Broadway
         Dickinson, ND 58602                                Oklahoma City, OK 73102
         (952) 210-6610                                     Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2018718 | 11/16/23 | M & L FWD - Killdeer | KATE 2-19H | Fresh Water | | 6.00 | $145.00 | 870.00 |
| | | | | Water Charge | 265 | | .85/bbl | 225.25 |
| 2023322 | 11/16/23 | CHERRY CREEK FWD | KATE 2-19H | Fresh Water | 405 | 8.00 | $145/hr | 1160.00 |
| 2018719 | 11/16/23 | CHERRY CREEK FWD | KATE 2-19H | Fresh Water | 675 | 10.50 | $145/hr | 1522.50 |

*(handwritten annotations: 074, 070 next to first row; 074 next to 2023322; 074 next to 2018719)*

$3,777.75

*(handwritten:)* $3,777.75 ... 070/225.25

**Continental Resources**
# S-1222
WILLISTON BASIN
LOCATION: Kate 2-19 H
AFE: CWO4660   COST CODE: 074 / 070   074/3,552.50
OFFICE: EPPING  TIOGA  SIDNEY  ~~KILLDEER~~  W.C.
SIGNATURE: Michael Beer

GC – Continental Subpoena 017



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2018718

Rig Name & #: BlAck HAwk 310
Ordered By: Michael BeAr
(Name)      (Phone)

Date: 11/16/2023      Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: M&L FWD - Killdeer

Hauled To: Kate 2-19 H

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211 Trailer # T-107

Top Gauge _____ Start Time 8:00am Load Start Time _____

Bottom Gauge _____ Stop Time 2:00pm Unload Stop Time _____

Remarks: HAul Fresh H2o to Sk Work #3 Directed And off load
In to DesignAteo FrAc tAnks.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water 130,135 | | | 265/BBl | 6.0 | 145/Hr | 870.00 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | 265/BB. | | .85/BBl. | 225.25 |

Driver Name & Number: Greg Moore

Total Amount: $1,095.25

Accepted: _____

☐ Drilling
☒ Completion
☐ Production
☐ Workover Rig

QC Continental Subpoena 018

Quality Quick Print | ☎ 701 483 4070

## Water Drop Slip

 26094

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources Inc_

Location _M&L F/WD - Killdeer_

Date _11/16/23_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

**Circle One**

(Freshwater)   Saltwater   Flow Back _130_ BBL

S.E. Field Invoice # _2018718_

Delivered To _Kate 2-19 H_

Thank You,

Driver's Name

_Grey Moore_

Truck # _S-711   T-107_     Quality Quick Print | ☎ 701.483.4070

---

## Water Drop Slip

 26095

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources_

Location _M&L FWD - Killdeer_

Date _11/16/23_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

**Circle One**

(Freshwater)   Saltwater   Flow Back _135_ BBL

S.E. Field Invoice # _2018718_

Delivered To _Kate 2-19 H_

Thank You,

Driver's Name

_Grey Moore_

Truck # _S-711   T-107_     Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 019

Confidential

CLR_STARK_BK_SDT-00000628



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023322

Rig Name & #: _Black Hawk 310_

Ordered By: _Michael Bean_

     (Name)        (Phone)

Date: _11/16/23_        Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc_

Billing Address: _____

Hauled From: _Cherry Creek_

Hauled To: _Kate 2-19H_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-211_ Trailer # _T-107_

Top Gauge _____ Start Time _2:00 pm_ Load Start Time _____

Bottom Gauge _____ Stop Time _10:00 pm_ Unload Stop Time _____

Remarks: _Haul FW from FWD to Side Work As Directed_

_____

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water  135, 135, 135 | | | 405/bbl. | 8.0 | 145/Hr. | 1,160.00 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: _Grey Moore_

Accepted: _____

Total Amount: _$1,160.00_

☐ Drilling
☐ Completion
☐ Production
☐ Workover Rig

CR - Continental Subpoena 020

Quality Quick Print | ☎ 701.483.4070

Confidential

CLR_STARK_BK_SDT-00000629



## Water Drop Slip

**STARK ENERGY**   26096

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources Ix_
Location _Cherry Creek_
Date _11/10/23_
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____

Circle One
(Freshwater)   Saltwater   Flow Back _135_ BBL
S.E. Field Invoice # _2023322_
Delivered To _Kate 2-19 H_

Thank You,

Driver's Name
_Grey Moore_

Truck # _S-711_          Quality Quick Print ☎ 701.483.4070

---

## Water Drop Slip

**STARK ENERGY**   26097

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources Inc_
Location _Cherry Creek_
Date _____
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____

Circle One
(Freshwater)   Saltwater   Flow Back _135_ BBL
S.E. Field Invoice # _2023322_
Delivered To _Kate 2-19 H_

Thank You,

Driver's Name
_Grey Moore_

Truck # _S-711_          Quality Quick Print ☎ 701.483.4070

---



## Water Drop Slip

**STARK ENERGY**   26098

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources_
Location _Cherry Creek_
Date _____
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____

Circle One
(Freshwater)   Saltwater   Flow Back _135_ BBL
S.E. Field Invoice # _2023322_
Delivered To _Kate 2-19 H_

Thank You,

Driver's Name
_(Grey Moore_

Truck # _S-711_          Quality Quick Print ☎ 701.483.4070

GC – Continental Subpoena 021

Confidential                    CLR_STARK_BK_SDT-00000630



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2018719

Rig Name & #: _Black Hawk 310_
Ordered By: _Michael Bear_
    (Name)       (Phone)

Date: _11/16/23_      Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _Cherry Creek FWD_

Hauled To: _Kate 2-19H_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-211_ Trailer # _T-107_

Top Gauge _____ Start Time _9:00pm_ Load Start Time _____

Bottom Gauge _____ Stop Time _7:30am_ 11/17/23 Unload Stop Time _____

Remarks: _Switch out on-site w/ Day Driver. Haul Fresh_
_H2o from FWD offload @ site into Frac tank._

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | 135, 135, 135, 135, 135 | | 675/bbl. | 10.5 | 145/Hr. | 1,522.50 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: _Jason Johnson_

Total Amount: $1,522.50

Accepted: _____

☐ Drilling
☐ Completion
☐ Production
☐ Workover Rig

Quality Check Print | ☎ 701.483.4070

BC — Continental Subpoena 022

**Water Drop Slip**



26100

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources Inc_

Location _Cherry Creek   FWD_

Date _11/18/23_

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

Circle One

(Freshwater)   Saltwater   Flow Back _675_ BBL

S.E. Field Invoice # _7018719_

Delivered To _Kate  2-19 H_

Thank You,

Driver's Name _Jason Johnson_

Truck # _S-211  T-107_   Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 023

CLR_STARK_BK_SDT-00000632

**Remit To:**

**Stark Energy, Inc.**
Dickinson
P.O. Box 748
Dickinson , ND
US
58602
952-210-6610
Supplier Number: 4115267

**Bill To:**

**Continental Resources, Inc.**
Williston Basin
Attn: Killdeer Field Office
20 N Broadway
Oklahoma City , OK
US
73101

Invoice Amount: USD 2,485.50
Remit to Supplier: USD 2,485.50

**Description:** KATE 2-19H Fresh Water. Haul F/W from. FWD to well site as directed. Some delays on location.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2018721 | | | | | | | |
| 2023343 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| CW06661.CAP | AFEW . 5000070 | FRESH WATER | 238.00 |
| CW06661.CAP | AFEW . 5000074 | FRESH WATER – TRUCKING | 2,247.50 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 11/17/2023 - 11/17/2023 | | | |
| | | CW06661.CAP | | | KATE 2-19H - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000074 | 942.50 | 942.50 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 6.50 | 145.00 | 942.50 | (0.00%) | 942.50 | 0.00 | 942.50 | 942.50 |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Water Charge | | | Purchase Category: | | | | | | Service Date: 11/17/2023 - 11/17/2023 | | | |

GC – Continental Subpoena 024

Confidential

CLR_STARK_BK_SDT-00000647

| | | CW06661.CAP | | | CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | | AFEW.5000070 | 238.00 | 238.00 |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 280.00 | 0.85 | 238.00 | (0.00%) | 238.00 | 0.00 | 238.00 | 238.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 11/17/2023 - 11/17/2023 | | | |
| | | CW06661.CAP | | | KATE 2-19H - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000074 | 1305.00 | 1305.00 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 9.00 | 145.00 | 1305.00 | (0.00%) | 1305.00 | 0.00 | 1305.00 | 1305.00 | |

| | | | | | | | | | | | | 2485.50 | 2485.50 | |

USD | | | | | | | | | | | | 2485.50 | 2485.50 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Completions - Williston Basin
User: Bryan Decker

**Document Journal**

Exported on 12/22/2023 at 11:01:25 AM MST - by B2B Continental Resources,...

Approved on 12/22/2023 at 07:00:59 AM MST - by Bryan A Decker

Forwarded to Bryan A Decker on 12/11/2023 at 08:28:53 AM MST - by Heidi L Gunwall

Forwarded to Charles D Berry on 12/11/2023 at 08:28:39 AM MST - by Heidi L Gunwall

Coding Verified on 12/11/2023 at 08:28:39 AM MST - by Heidi L Gunwall
Code Verified

Forwarded to Williston Basin/Killdeer Field Office on 11/21/2023 at 10:24:32 AM MST - by Rachel Johnson

GC – Continental Subpoena 025

Generated 12/22/2023 11:18 AM MST by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000648

Forwarded to Williston Basin/Accounts Payable on 11/20/2023 at 12:12:14 PM MST by Invoice Systems
  The invoice was forwarded automatically based on recipient routing. Invoice 878

Submitted on 11/20/2023 at 12:12:14 PM MST - by Delene M Fettig

GC – Continental Subpoena 026

Generated  12/22/2023 11:18 AM MST by  **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000649

Nov 18, 2023                    Invoice   Stark S-1223            Page 1 of 1

Payee:   **STARK ENERGY, INC**        Submit to: CONTINENTAL RESOURCES, INC.

P.O. Box 748                                20 N. Broadway

Dickinson, ND 58602                         Oklahoma City, OK 73102

(952) 210-6610                              Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023343 | 11/17/23 | M & L FWD - Killdeer | KATE 2-19H | Fresh Water |  | 6.50 | $145.00 | $942.50 |
|  |  |  |  | Water Charge | 280 |  | .85/bbl | 238.00 |
| 2018721 | 11/17/23 | Cherry Creek FWD | KATE 2-19H | Fresh Water |  | 9.00 | $145/hr | 1305.00 |

$2,485.50

**Continental Resources**

WILLISTON BASIN

LOCATION: Kate  2-19H

AFE: CW0161 CAP  COST CODE:  074

OFFICE: EPPING  TIOGA  SIDNEY  KILLDEER  W.C.

SIGNATURE: Ed Foust

ATTN: Bryn Decker

GC – Continental Subpoena 027

Confidential

**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023343

Rig Name & #: _Black Hawk 310_
Ordered By: _Michael Bear_
    (Name)       (Phone)

Date: _11/17/23_      Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc_

Billing Address: _____

Hauled From: _M&L FWD Killdeer_

Hauled To: _Kate 2-19 H_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-211_     Trailer # _T107_

Top Gauge _____ Start Time _7:30 AM_    Load Start Time _____

Bottom Gauge _____ Stop Time _2PM_    Unload Stop Time _____

Remarks: _Switch w/ other driver to relieve, hauled FW from FWD to well site_

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | 140 x2 = 280 | 6:30 | $145 hr | $942.50 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | 280 | | .85¢ BBL | $238.00 |
| | | | | | | |

Driver Name & Number: _Greg Moore_      Total Amount: _$1180.50_

Accepted: _____

☐ Drilling
☒ Completion
☐ Production
☐ Workover Rig

Quality Quick Print ☎ 701.483.4070

CLR Confidential Subpoena 028

Confidential      CLR_STARK_BK_SDT-00000651

**Water Drop Slip**

**STARK ENERGY**

32637

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources_

Location _M+L FWD Killdeer_

Date _11/17/23_

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

Circle One

(Freshwater)   Saltwater   Flow Back _140_ BBL

S.E. Field Invoice # _2023343_

Delivered To _Kate 2-19H_

Thank You.

Driver's Name

_Greg_

Truck # _S-211_

Quality Quick Print   ☎ 701 483 4070

GC – Continental Subpoena 029

Confidential

CLR_STARK_BK_SDT-00000652

**Water Drop Slip**



24530

P.O. Box 748    Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources_

Location _M + L   FWD_

Date _11/17/23_

Top Gauge _78821_    Time _____

Bottom Gauge _78961_    Time _____

**Circle One**

(Freshwater)    Saltwater    Flow Back _140_    BBL

S.E. Field Invoice # _2023343_

Delivered To _Kate   2 - 19 H_

Thank You,

Driver's Name
_Greg_

Truck # _3 - 211_

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 030

Confidential

CLR_STARK_BK_SDT-00000653



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2018721

Rig Name & #: Black Hawk 310
Ordered By: Michael Baer
(Name)　　(Phone)

Date: 11/17/23　　Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: Cherry Creek ~~SWD~~ FWD

Hauled To: Kate 2-19H

AFE # _____　PO # _____　PO Line # _____

JSA # _____　Truck # S-211　Trailer # T-107

Top Gauge _____　Start Time 2:00pm　Load Start Time _____

Bottom Gauge _____　Stop Time 11:00pm　Unload Stop Time _____

Remarks: Haul F/W to well site Some Delays @ location

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water |  |  |  |  |  |  |
| Pit Water |  |  |  |  |  |  |

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Service Work |  |  |  |  |  |  |
| Vac Work |  |  |  |  |  |  |
| Flowback Water |  |  |  |  |  |  |
| Fresh Water　140, 140, 140 |  |  | 420/BB. | 9.0 | 145/Hr | 1,305.00 |
| Side Dump |  |  |  |  |  |  |
| Fuel Surcharge |  |  |  |  |  |  |
| Disposal Charge |  |  |  |  |  |  |
| Water Charge |  |  |  |  |  |  |

Driver Name & Number: Greg Moore

Total Amount: $1,305.00

Accepted: _____

☐ Drilling
☒ Completion
☐ Production
☐ Workover Rig

GC – Continental Subpoena 031

Quality Quick Print ☎ 701-483-4070

**Water Drop Slip**



32638

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources_

Location _Stettler FWD_   _Cherry Creek_   FWD

Date _11/17/23_

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

Circle One

(Freshwater)   Saltwater   Flow Back _140_   BBL

S.E. Field Invoice # ~~2023344~~   _2018 721_

Delivered To _Kate 2-19 H_

Thank You,

Driver's Name

_Greg_

Truck # _S-211_

Quality Quick Print ☎ 701-483-4979

GC – Continental Subpoena 032

**Water Drop Slip**



32639

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources_

Location _Schetter FW_      _Cherry Creek FWD_

Date _11/17/23_

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

**Circle One**

(Freshwater)   Saltwater   Flow Back _140_ BBL

S.E. Field Invoice # _2023344_    _7018771_

Delivered To _Kate 2-19 H_

Thank You.

Driver's Name

_Greg_

Truck # _5-211_          Quality Quick Print  ☎ 701 483 4170

GC – Continental Subpoena 033

**Water Drop Slip**

**STARK ENERGY**

32640

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources

Location  Schettler FWD — Cherry Creek FWD

Date  11/17/23

Top Gauge _____  Time _____

Bottom Gauge _____  Time _____

Circle One

(Freshwater)  Saltwater  Flow Back  140  BBL

S.E. Field Invoice #  2023344  2018721

Delivered To  Kate 2-19 H

Thank You.

Driver's Name

Greg

Truck #  S-211

Quality Quick Print  ☎ 701 483-3020

GC – Continental Subpoena 034

CLR_STARK_BK_SDT-00000657

| **Remit To:** | **Bill To:** | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 1,496.50 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 1,496.50 |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**   GORDON FEDERAL 9-5H. Fresh Water. Report to site haul in F/W from FWD. Due to icy roads had to chain up. Bad weather pending. Switched to hot F/W. Going for 3rd load and Co Man called said to shut down due to weather conditions.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023346 | | | | | | | |
| 2023347 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| CW06584.CAP | AFEW . 5000070 | FRESH WATER | 119.00 |
| CW06584.CAP | AFEW . 5000074 | FRESH WATER - TRUCKING | 1,377.50 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 12/08/2023 – 12/08/2023 | | | |
| | | CW06584.CAP | | | GORDON FEDERAL 9-5H – CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | | AFEW.5000074 | 580.00 | 580.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 4.00 | 145.00 | 580.00 | (0.00%) | 580.00 | 0.00 | 580.00 | 580.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset | WO | PO | PO Line | Coding | Amount | EP | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

GC – Continental Subpoena 035

Confidential

CLR_STARK_BK_SDT-00000615

| | | | | | Amount |
|---|---|---|---|---|---|
| 2 | Water Charge | Purchase Category: | | Service Date: 12/08/2023 – 12/08/2023 | |

| CW06584.CAP | GORDON FEDERAL 9-5H – CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | AFEW.5000070 | 119.00 | 119.00 |

| | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|
| | 140.00 | 0.85 | 119.00 | (0.00%) | 119.00 | 0.00 | 119.00 | 119.00 |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 12/08/2023 – 12/08/2023 | | | |
| | | CW06584.CAP | | | GORDON FEDERAL 9-5H – CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000074 | 797.50 | 797.50 | |

| | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|
| | 5.50 | 145.00 | 797.50 | (0.00%) | 797.50 | 0.00 | 797.50 | 797.50 |

| | | |
|---|---|---|
| | 1496.50 | 1496.50 |
| USD | 1496.50 | 1496.50 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Charlce Trevena

**Document Journal**

Exported on 12/13/2023 at 11:11:50 AM MST - by B2B Continental Resources,...

Approved on 12/13/2023 at 08:06:48 AM MST - by the System
   The invoice was approved automatically based on workflow routing rules. [Rule 34]

Coding Verified on 12/13/2023 at 08:06:48 AM MST - by Charlce Trevena

GC – Continental Subpoena 036

Generated 12/13/2023 11:39 AM MST by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000616

Code Verified

Forwarded to Williston Basin/Watford City Field Office on 12/12/2023 at 02:12:32 PM MST - by Johnnie L Frye

Forwarded to Williston Basin/Accounts Payable on 12/11/2023 at 08:41:35 AM MST - by the System
   The invoice was forwarded automatically based on recipient routing rules. [Rule 1201]

Submitted on 12/11/2023 at 08:41:35 AM MST - by Delene M Fettig

GC – Continental Subpoena 037

Generated 12/13/2023 11:39 AM MST by **ENVERUS** Business Automation

Confidential                                            CLR_STARK_BK_SDT-00000617

December 9, 2023

Invoice   **Stark S-1228**   Page 1 of 1

**Payee:** **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to:** CONTINENTAL RESOURCES, INC.
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023347 | 12/8/23 | M & L FWD - Killdeer | GORDON FEDERAL 9-5H | Fresh Water | | 4.00 | $145/hr | 580.00 |
| | | | | Water Charge | 140 | | .85/bbl | 119.00 |
| 2023346 | 12/8/23 | ELKAN FWD - Watford City | GORDON FEDERAL 9-5H | Fresh Water | 140 | 5.50 | $145/hr | 797.50 |

$1,496.50

**Continental Resources**
WILLISTON BASIN   WDU S-1028
LOCATION: Gordon Federal 9-5H
AFE: CLX06584   COST CODE: 070-074
OFFICE: EPPING   TIOGA   SIDNEY   KILLDEER   W.C.
SIGNATURE: Richard Nohava
Attn: Bryan Decker

GC – Continental Subpoena 038

Confidential

CLR_STARK_BK_SDT-00000618



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023347

Rig Name & #: __AWS #69__
Ordered By: __Eric Elm Quist__
    (Name)        (Phone)

Date: __12-8-23__        Customer Location/Dept Code: _____

Customer's Name: __Continental Resources Inc.__

Billing Address: _____

Hauled From: __MLL FWD - Killdeer__

Hauled To: __Gordon Federal 9-5H__

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # __S-211__ Trailer # __T-107__

Top Gauge _____ Start Time __6:30 Am__ Load Start Time _____

Bottom Gauge _____ Stop Time __10:30 Am__ Unload Stop Time _____

Remarks: __Report to site Haul in F/W from FWD Due to icy Roads__
__Had to chain up. Bad weather Pending Switches to Hot F/WD.__
__#30362__

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | 140 | | 140/BBl. | 4.0 | 145/Hr. | 580.00 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | 140 | | 140/BBl. | | .85/BBl. | 119.00 |
| | | | | | | |

Driver Name & Number: __Rob Fettig__      Total Amount: __$699.00__

Accepted: _____

☐ Drilling
☑ Completion
☐ Production
☐ Workover Rig

GC - Confidential Subpoena 039

Quality Quick Print | ☎ 701.483.4070

**Water Drop Slip**



30362

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._

Location _M&L Fresh Water Depot_

Date _12-8-23_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

Circle One   C&D

(Freshwater)   Saltwater   Flow Back _170_ BBL

S.E. Field Invoice # _2023347_

Delivered To _Gordon Federal 9-5 H_

Thank You,

Driver's Name _Fob Fettig_

Truck # _S-211_

Quality Quick Print : ☎ 701.483.4070

GC – Continental Subpoena 040



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023346

Rig Name & #: __Aws #69__
Ordered By: __Eric Elmquist__
     (Name)        (Phone)

Date: __12-8-23__     Customer Location/Dept Code: _____

Customer's Name: __Continental Resources Inc.__

Billing Address: _____

Hauled From: __Elkan FWD - Watford City__

Hauled To: __Gordan Federal 9-5 H__

AFE # _____     PO # _____     PO Line # _____

JSA # _____     Truck # __S-21__     Trailer # __T-107__

Top Gauge _____     Start Time __10:30 Am__     Load Start Time _____

Bottom Gauge _____     Stop Time __4:00 pm__     Unload Stop Time _____

Remarks: __Report To site. Haul A load of hot water to wellsite on__
__3rd load Had to shut down Due to weather per co. Man. chain up Due to__
__Bad Road conditions.   #30363__

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water  140 | | | 140/BBl | 5.5 | 145/Hr | 797.50 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |
| | | | | | | |

Driver Name & Number: __Rob Fettiy__     Total Amount: __$797.50__

Accepted: _____

☐ Drilling
☒ Completion
☐ Production
☐ Workover Rig

GC – Continental Subpoena 041

Quality Quick Print | ☎ 701.483.4070

CLR_STARK_BK_SDT-00000621

## Water Drop Slip



30363

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources Inc.

Location  Elkan FWD - Withrocity

Date  12-8-23

Top Gauge _____  Time _____

Bottom Gauge _____  Time _____

Circle One  Hot
(Freshwater)  Saltwater  Flow Back  140  BBL

S.E. Field Invoice #  2023346

Delivered To  Gordon Federal 9-5H

Thank You,

Driver's Name  Rob Fettig

Truck #  S-211  T-107

Quality Quick Print : ☎ 701.483.4070

GC – Continental Subpoena 042

Confidential

CLR_STARK_BK_SDT-00000622

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 2,030.00 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 2,030.00 |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:** GORDON FEDERAL 9-5H. Fresh Water. Haul F/W to site work as directed. Icy roads, slow conditions.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2022143 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| CW06584.CAP | AFEW . 5000074 | FRESH WATER - TRUCKING | 2,030.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 12/09/2023 - 12/09/2023 | | | |
| | | CW06584.CAP | | | GORDON FEDERAL 9-5H - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000074 | 2030.00 | 2030.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 14.00 | 145.00 | 2030.00 | (0.00%) | 2030.00 | 0.00 | 2030.00 | 2030.00 | 2030.00 |

| | | |
|---|---|---|
| | 2030.00 | 2030.00 |
| USD | 2030.00 | 2030.00 |

## Supplementary Information

GC – Continental Subpoena 043

Generated 12/28/2023 10:01 PM MST by **ENVERUS** Business Automation

Confidential   CLR_STARK_BK_SDT-00000658

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Completions - Williston Basin
User: Bryan Decker

**Document Journal**

Exported on 12/28/2023 at 10:00:42 PM MST - by B2B Continental Resources,...

Approved on 12/28/2023 at 06:01:07 PM MST - by Bryan A Decker

Forwarded to Bryan A Decker on 12/13/2023 at 08:07:42 AM MST - by Charlce Trevena

Coding Verified on 12/13/2023 at 08:07:42 AM MST - by Charlce Trevena
    Code Verified

Forwarded to Williston Basin/Watford City Field Office on 12/12/2023 at 02:12:32 PM MST - by Johnnie L Frye

Forwarded to Williston Basin/Accounts Payable on 12/11/2023 at 08:45:43 AM MST - by the System
    The invoice was forwarded automatically based on recipient routing rules. [Rule 1201]

Submitted on 12/11/2023 at 08:45:43 AM MST - by Delene M Fettig

GC – Continental Subpoena 044

Generated 12/28/2023 10:01 PM MST by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000659

December 10, 2023          Invoice    **Stark S-1229**          **Page 1 of 1**

**Payee:**  **STARK ENERGY, INC**                    Submit to: **CONTINENTAL RESOURCES, INC.**

P.O. Box 748                                            20 N. Broadway

Dickinson, ND 58602                                    Oklahoma City, OK  73102

(952) 210-6610                                         Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2022143 | 12/9/23 | ELKAN FWD - Watford City | GORDON FEDERAL 9-5H | Fresh Water | 420.00 | 14.00 | $145/hr | 2030.00 |

**$2,030.00**

GC – Continental Subpoena 045

Confidential                                                          CLR_STARK_BK_SDT-00000660



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2022143
Continental Resources
WILLISTON BASIN
LOCATION: Gordon Federal 9-5H
AFE: CLO6584   COST CODE: O74
OFFICE: EPPING, TIOGA, SIDNEY, KILLDEER, W.C.
SIGNATURE: Richard Nahone
Attn: Bryan Decker

HN 2022143

Rig Name & #: AWS #69
Ordered By: Eric Elmquist
(Name)          (Phone)

Date: 12/9/23

Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc

Billing Address: _____

Hauled From: Elkam FWD - Watford city

Hauled To: Gordon Federal 9-5H

AFE # _____  PO # _____  PO Line # _____

JSA # _____  Truck # 5-211  Trailer # T-107

Top Gauge _____  Start Time 7:00 AM  Load Start Time _____

Bottom Gauge _____  Stop Time 9:00 pm  Unload Stop Time _____

Remarks: Haul F/W to site. Worke to Director. Icy Roads, slow conditions
#30364, #30365, #30366

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| | | | | | | |
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water 190,140,140, | | | 420/BBL | 14.0 | 145/hr | 2,030.00 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: Rob Fettig

Total Amount: $2,030.00

Accepted: _____

☐ Drilling
☒ Completion
☐ Production
☐ Work Over

Quality Quick Press  ☎ 701 483 4670

CLR Continental Subpoena 046

## Water Drop Slip



30364

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name Continental Resources Inc.
Location ElKan F/WD
Date 12-9-23

Top Gauge _____ Time _____
Bottom Gauge _____ Time _____

Circle One Hot
(Freshwater)   Saltwater   Flow Back 140 ___ BBL
S.E. Field Invoice # 2022143
Delivered To Gordon Federal 9-5H

Thank You.

Driver's Name
Rob Fetty
Truck # 5-211 T-107

Quality Quick Print  ☎ 701-483-8978

---

## Water Drop Slip

30365

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name Continental Resources Inc.
Location ElKan FWD - Watford city
Date 12/9/23

Top Gauge _____ Time _____
Bottom Gauge _____ Time _____

Circle One Hot
(Freshwater)   Saltwater   Flow Back 140 ___ BBL
S.E. Field Invoice # 2022143
Delivered To Gordon Federal 9-5H

Thank You.

Driver's Name
Rob Fetty
Truck # 5-211

Quality Quick Print  ☎ 701-483-8978

---

#3

## Water Drop Slip



30366

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name Continental Resources Inc.
Location ElKan FW/D - Watford city
Date 12/9/23

Top Gauge _____ Time _____
Bottom Gauge _____ Time _____

Circle One Hot
(Freshwater)   Saltwater   Flow Back 140 ___ BBL
S.E. Field Invoice # 2022143
Delivered To Gordon Federal 9-5H

Thank You.

Driver's Name
Rob Fetty
Truck # 5-211

Quality Quick Print  ☎ 701-483-8978

GC – Continental Subpoena 047

CLR_STARK_BK_SDT-00000662

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 1,740.00 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 1,740.00 |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**   Gordon Federal 14-8H1, Fresh Water. Report to site. Haul F/W from FWD. Work as directed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023402 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| CW06588.CAP | AFEW . 5000070 | FRESH WATER | 1,740.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 12/14/2023 - 12/14/2023 | | | |
| | | CW06588.CAP | | | GORDON FEDERAL 14-8H1 - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000070 | 1740,00 | 1740,00 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 12.00 | 145.00 | 1740.00 | (0.00%) | 1740,00 | 0.00 | 1740,00 | 1740,00 |

| | | |
|---|---|---|
| | 1740,00 | 1740,00 |
| USD | 1740,00 | 1740,00 |

## Supplementary Information

GC – Continental Subpoena 048

Generated  12/18/2023 4:34 PM MST by  **ENVERUS** Business Automation

Confidential                                                                                              CLR_STARK_BK_SDT-00000633

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Charice Trevena

**Document Journal**

Exported on 12/18/2023 at 04:11:15 PM MST – by B2B Continental Resources,...

Approved on 12/18/2023 at 02:07:44 PM MST – by the System
   The invoice was approved automatically based on workflow routing rules. [Rule 34]

Coding Verified on 12/18/2023 at 02:07:44 PM MST – by Charice Trevena
   Code Verified

Forwarded to Williston Basin/Watford City Field Office on 12/18/2023 at 12:15:42 PM MST – by Teresa M Shortt

Forwarded to Williston Basin/Accounts Payable on 12/15/2023 at 09:11:35 AM MST – by the System
   The invoice was forwarded automatically based on recipient routing rules. [Rule 1201]

Submitted on 12/15/2023 at 09:11:35 AM MST – by Delene M Fettig

GC – Continental Subpoena 049

Generated  12/18/2023 4:34 PM MST by  **ENVERUS** Business Automation

Confidential                                                                          CLR_STARK_BK_SDT-00000634

**December 15, 2023**                    Invoice    **Stark S-1231**          **Page 1 of 1**

Payee:    **STARK ENERGY, INC**                        Submit to: **CONTINENTAL RESOURCES, INC.**

P.O. Box 748                                        20 N. Broadway

Dickinson, ND 58602                                 Oklahoma City, OK  73102

(952) 210-6610                                      Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023402 | 12/14/23 | ELKAN FWD - Watford City | GORDON FEDERAL 14-8H1 | Fresh Water | 420.00 | 12.00 | $145/hr | 1740.00 |

**$1,740.00**

GC – Continental Subpoena 050

Confidential                                                              CLR_STARK_BK_SDT-00000635



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023402

Rig Name & #: AWS #69
Ordered By: D

(Name)          (Phone)

Date: 12/14/23

Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: Elkan FW Depot - Watford-city

Hauled To: Gordan Federal 14-8 H1

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211 Trailer # T-107

Top Gauge _____ Start Time 3:00 pm Load Start Time _____

Bottom Gauge _____ Stop Time 3:00 Am Unload Stop Time _____

Remarks: Report To Ste, Haul FW foam FWD, Work As Directed
#29162, #29163, #29164

**Continental Resources**
WILLISTON BASIN
LOCATION: Gordon Federal 14-8 H
AFE: CWO 6588   COST CODE: 070
OFFICE: EPPING  TIOGA  SIDNEY  KILLDEER  (W.C.)
SIGNATURE: 
Att: Chris beal   Invt# 2023402

| Commodity | H2S | Non | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Production Water | | | | | |
| Pit Water | | | | | |
| Service Work | | | | | |
| Vac Work | | | | | |
| Flowback Water | | | | | |
| Fresh Water 140, 140, 140, | | | 470/BBL | 12.0 | 145/Hr. | 1740.00 |
| Side Dump | | | | | |
| Fuel Surcharge | | | | | |
| Disposal Charge | | | | | |
| Water Charge | | | | | |

Driver Name & Number: Rob Fettig

Total Amount: $1,740.00

Accepted: _____

☐ Drilling
☑ Completion
☐ Production
☐ Workover Rig

GC – Continental Subpoena 051

Quality Quick Print  ☎ 701.483.4070

#1

## Water Drop Slip

**STARK ENERGY**

29162

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name __Continental Resources Inc.__

Location __Elkan FW Depot__

Date __12/14/23__

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

Circle One   Hot

(Freshwater)   Saltwater   Flow Back __140__ BBL

S.E. Field Invoice # __2023402__

Delivered To __(Jordan Federal) 14-8#1__

Thank You,

Driver's Name
__Rob Fetty__

Truck # __S-211__

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 052

Confidential

CLR_STARK_BK_SDT-00000637

#2

**Water Drop Slip**



29163

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources Inc_

Location _Elkan FW Depot -Whitford City_

Date _12/14/23_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

Circle One       Hot

(Freshwater)  Saltwater  Flow Back _190_ BBL

S.E. Field Invoice # _2023402_

Delivered To _Gordan Federal 14-8H1_

Thank You,

Driver's Name
_Rob Fetty_

Truck # _S-211_                Quality Quick Print  ☎ 701.483.4070

GC – Continental Subpoena 053

Confidential

CLR_STARK_BK_SDT-00000638

H-3

## Water Drop Slip



29164

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name  Continental Resource Inc

Location  Elkan Twn — Watford City

Date  12/14/23

Top Gauge _____  Time _____

Bottom Gauge _____  Time _____

Circle One  *hot*

(Freshwater)   Saltwater   Flow Back  140  BBL

S.E. Field Invoice #  2023402

Delivered To  Gordon Federal  14-8H1

Thank You,

Driver's Name  Rob Fettig

Truck #  S-741

Quality Quick Print | ☎ 701.483.4079

GC – Continental Subpoena 054

Confidential

CLR_STARK_BK_SDT-00000639

| Remit To: | Bill To: | |
|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount:   USD 2,755.00 |
| Dickinson | Williston Basin | Remit to Supplier:   USD 2,755.00 |
| P.O. Box 748 | Attn: Watford City Field Office | |
| Dickinson , ND | 20 N Broadway | |
| US | Oklahoma City , OK | |
| 58602 | US | |
| 952-210-6610 | 73101 | |
| Supplier Number: 4115267 | | |

**Description:**   GORDON FEDERAL 14-8H1. Fresh Water. Report to site w/both Hot/Cold H20. Work as directed. Offload into insulated frac tanks. Wait time to offload due to truck volume + space to offload. Cut truck road to yard.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023405 | | | | | | | |
| 2023406 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| CW06588.CAP | AFEW . 5000074 | FRESH WATER - TRUCKING | 2,755.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 12/15/2023 - 12/15/2023 | | | |
| | | CW06588.CAP | | | GORDON FEDERAL 14-8H1 - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000074 | 2030.00 | 2030.00 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 14.00 | 145.00 | 2030.00 | (0.00%) | 2030.00 | 0.00 | 2030.00 | 2030.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

GC – Continental Subpoena 055

Confidential                                                        CLR_STARK_BK_SDT-00000640

| | 2 | Fresh Water | | | | | | | | | | 12/15/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CW06588.CAP | | GORDON FEDERAL 14-8H1 - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000074 | 725.00 | 725.00 |

| | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 5.00 | 145.00 | 725.00 | (0.00%) | 725.00 | 0.00 | 725.00 | 725.00 |

| | | 2755.00 | 2755.00 |
|---|---|---|---|
| USD | | 2755.00 | 2755.00 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Completions - Williston Basin
User: Chris Grad

**Document Journal**

Exported on 12/21/2023 at 04:09:41 PM MST - by B2B Continental Resources,...

Approved on 12/21/2023 at 12:08:52 PM MST - by Chris S Grad

Forwarded to Chris S Grad on 12/21/2023 at 12:03:29 PM MST - by Charlce Trevena

Forwarded to Charlce Trevena on 12/21/2023 at 11:53:26 AM MST - by Chris S Grad
all 074, No FW charge on ticket

Forwarded to Chris S Grad on 12/20/2023 at 09:30:50 AM MST - by Charlce Trevena

Coding Verified on 12/20/2023 at 09:30:50 AM MST - by Charlce Trevena
Code Verified

Forwarded to Williston Basin/Watford City Field Office on 12/19/2023 at 11:15:49 AM MST - by Johnnie L Frye

Forwarded to Williston Basin/Accounts Payable on 12/18/2023 at 10:03:50 AM MST - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 1201]

Submitted on 12/18/2023 at 10:03:50 AM MST - by Delene M Fettig

GC – Continental Subpoena 056

Confidential                                    CLR_STARK_BK_SDT-00000641

December 18, 2023                    Invoice    **Stark S-1232**         **Page 1 of 1**

**Payee:**   **STARK ENERGY, INC**                  Submit to:  **CONTINENTAL RESOURCES, INC.**

P.O. Box 748                                       20 N. Broadway

Dickinson, ND 58602                                Oklahoma City, OK  73102

(952) 210-6610                                     Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023405 | 12/15/23 | ELKAN FWD - Watford City | GORDON FEDERAL 14-8H1 | Fresh Water | 420 | 14.00 | $145/hr | 2030.00 |
| 2023406 | 12/15/23 | ELKAN FWD - Watford City | GORDON FEDERAL 14-8H1 | Fresh Water | 140 | 5.00 | $145/hr | 725.00 |

**$2,755.00**

GC – Continental Subpoena 057

Confidential                                        CLR_STARK_BK_SDT-00000642



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023405

**Continental Resources**

Rig Name & #: AWS #69

WILLISTON BASIN   2023405

Ordered By: Dominic Breeny

(Name)   (Phone)

LOCATION: Gordon Federal 14-8H1

AFE: CW06588   COST CODE: 070/074

Date: 12/15/23

OFFICE: EPPING TIOGA SIDNEY KILLDEER (W.C.)
Customer Location/Dept Code:

Customer's Name: Continental Resources Inc.

SIGNATURE: Michael Bear

Attn Chris Grad

Billing Address: _____

Hauled From: Elkan FWD - Watfordcty

Hauled To: Gordon Federal 14-8H1

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211 Trailer # T-107

Top Gauge _____ Start Time 5:00Am   Load Start Time _____

Bottom Gauge _____ Stop Time 7:00pm   Unload Stop Time _____

Remarks: Report To Site w/ both Hot/cold H2o, Work As Directed
offload into Insulated Frac tanks   #30367, #30368, #3369
*Wait Time Due to truck Volumes

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| | | | | | | |
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | 140, 140, 140 | | 420/BBL | 14.0 | 145/Hr. | 2030.00 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |
| | | | | | | |

Driver Name & Number: Jakob Cullip

Total Amount: $2,030.00

Accepted: _____

☐ Drilling
☒ Completion
☐ Production
☐ Workover Rig

GC - Continental Subpoena 058

Quality Quick Print | ☎ 701.483.4070

CLR_STARK_BK_SDT-00000643

#1

**Water Drop Slip**



**STARK ENERGY**    30367

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name Continental Resources Inc.
Location ElKAM FWD - WATFORD CITY
Date 12-15-23
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____
Circle One Hot
(Freshwater) Saltwater  Flow Back 140 BBL
S.E. Field Invoice # 2023404 2023405
Delivered To GORDON FEDERAL 14-8AII
Thank You,
Driver's Name JAcoB Cullip
Truck # 5-211 T-107    Quality Quick Print | ☎ 701.483.4070

#2

**Water Drop Slip**

**STARK ENERGY**    30368

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name Continental Resources Inc.
Location ElKAM FWD - WATFORD
Date 12/15/23
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____
Circle One Cold
(Freshwater) Saltwater  Flow Back 140 BBL
S.E. Field Invoice # 2023404 2023405
Delivered To GORDON FEDERAL 14-8HII
Thank You,
Driver's Name JAcoB Cullip
Truck # 5211    Quality Quick Print | ☎ 701.483.4070

#3

**Water Drop Slip**



**STARK ENERGY**    30369

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name Continental Resources Inc.
Location ElKAM FWD - WATFORD CITY
Date 12-15-23
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____
Circle One Cold
(Freshwater) Saltwater  Flow Back 140 BBL
S.E. Field Invoice # 2023404 2023405
Delivered To GORDON FEDERAL 14-8HI
Thank You,
Driver's Name JAcoB Cullip
Truck # 5-211 T-107    Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 059



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

**2023406**

**Continental Resources**

WILLISTON BASIN  2023406

LOCATION: Gordon Federal 14-8H7
AFE: CW06588    COST CODE: 070 1074
OFFICE: EPPING  TIOGA  SIDNEY  KILLDEER (W.C)
SIGNATURE: Michael Bear Zun
Customer Location/Dept Code: Atth Chris Good

Rig Name & #: AWS #69
Ordered By: Dominic Breamy
(Name)        (Phone)

Date: 12/15/23

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: Elkan Fnd - Watford City

Hauled To: Gordon Federal 14-8H1

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211    Trailer # T-107

Top Gauge _____ Start Time 8:00pm    Load Start Time _____

Bottom Gauge _____ Stop Time 1:00am 12/16    Unload Stop Time _____

Remarks: Report To site Work As Directed. Hal A load of Hot FW to
site  *Wait Time to offload Due to Truck Volume + space to offload. Cutt
Truck Road to Yard.    #30370

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| | | | | | | |
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water  140 | | | 140/BBI | 5.0 | 145/hr. | 725.00 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |
| | | | | | | |

Driver Name & Number: Rob Petty

Total Amount: $725.00

Accepted: _____

☐ Drilling
☒ Completion
☐ Production
☐ Workover Rig

GC – Continental Subpoena 060

Quality Quick Print | ☎ 701.483.4070

**Water Drop Slip**

STARK
ENERGY

30370

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name Continental Resources Inc.

Location ELKAM FWD - WATfordcity

Date 12/15/23

Top Gauge _____  Time _____

Bottom Gauge _____  Time _____

Circle One

(Freshwater)  Saltwater  Flow Back 140 BBL

S.E. Field Invoice # 2023406

Delivered To GORDON Federal 14-8H1

Thank You,

Driver's Name RoB Fetty

Truck # 5-211 T-107  Quality Quick Print ☎ 701.483.4070

GC – Continental Subpoena 061

| **Remit To:** | **Bill To:** | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 2,494.00 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 2,494.00 |
| P.O. Box 748 | Attn: Drilling - Williston Basin | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**    DAHLE 5-2HSL. Service Work. Haul hot F/W to site work as directed. Assist Rig Crew as needed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023488 | | | | | | | |
| 2023489 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL12919.DRL | AFEW . 5000030 | LOCATION & ROAD CONSTRUCTION | 2,494.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 01/09/2024 - 01/09/2024 | | | |
| | | DL12919.DRL | | | DAHLE 5-35HSL - DRILLING | | | | | | AFEW.5000030 | 870.00 | 870.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 6.00 | 145.00 | 870.00 | (0.00%) | 870.00 | 0.00 | 870.00 | 870.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Water Charge | | | Purchase Category: | | | | | | Service Date: 01/09/2024 - 01/09/2024 | | | |
| | | DL12919.DRL | | | DAHLE 5-35HSL - DRILLING | | | | | | AFEW.5000030 | 464.00 | 464.00 | |

GC – Continental Subpoena 062

Confidential

CLR_STARK_BK_SDT-00000668

| | | | | | | | | | | | | EP Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 160.00 | | 2.90 | | 464.00 | | (0.00%) | | 464.00 | 0.00 | | 464.00 | 464.00 |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | Service Work | | | Purchase Category: | | | | | | Service Date: 01/09/2024 - 01/09/2024 | | | |
| | | DL12919.DRL | | | DAHLE 5-35HSL - DRILLING | | | | | | AFEW.5000030 | 1160.00 | 1160.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 8.00 | 145.00 | 1160.00 | (0.00%) | 1160.00 | 0.00 | 1160.00 | 1160.00 | |

|  |  |
|---|---|
| | 2494.00 | 2494.00 |

USD

| | 2494.00 | 2494.00 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Drilling - Williston Basin
User: Kevin Mischke

**Document Journal**

Exported on 01/26/2024 at 11:06:45 AM MST - by B2B Continental Resources,...

Approved on 01/26/2024 at 10:44:11 AM MST - by Kevin D Mischke

Forwarded to Kevin D Mischke on 01/25/2024 at 12:16:17 PM MST - by Chris Hall

Coding Verified on 01/25/2024 at 12:16:17 PM MST - by Chris Hall
    Code Verified

Forwarded to Williston Basin/Drilling - Williston Basin on 01/11/2024 at 12:26:56 PM MST - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 01/11/2024 at 11:31:20 AM MST - by the System
    The invoice was forwarded automatically based on recipient routing rules. [Rule 1201]

Submitted on 01/11/2024 at 11:31:20 AM MST - by Delene M Fettig

GC – Continental Subpoena 063

Confidential                                                                    CLR_STARK_BK_SDT-00000669

| | | | | | | | January 10, 2024 | | Invoice | **Stark S-1253** | Page 1 of 1 |

**Payee:**   **STARK ENERGY, INC**

P.O. Box 748

Dickinson, ND 58602

(952) 210-6610

**Submit to: CONTINENTAL RESOURCES, INC.**

20 N. Broadway

Oklahoma City, OK 73102

Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023488 | 1/9/24 | ELKAN FWD - Watford City | DAHLE 5-2HSL | Fresh Water | | 6.00 | 145/hr | 870.00 |
| | | | | Water Charge | 160 | | 2.90/bbl | 464.00 |
| 2023489 | 1/9/24 | DAHLE 5-2 HSL | SECURE KEENE SOLIDS | Service Work | 30 | 8.00 | 145/hr | 1160.00 |

**$2,494.00**



030
DL12919   DRL
Dahle 5-35HSL          Suffix
Water f/CDR
1/11/24
KEVIN MISCHKE
Northern Region
Drilling Superintendent

GC – Continental Subpoena 064

Confidential

CLR_STARK_BK_SDT-00000670



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023488

Rig Name & #: _Wyoming Casing_
Ordered By: _Kevin Mischke_
(Name)          (Phone)

Date: _1/9/24_

Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _Elkan FWD - Watford city_

Hauled To: _Dahle 5-2HSL_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _5-211_ Trailer # _T-021_

Top Gauge _____ Start Time _8:00am_ Load Start Time _____

Bottom Gauge _____ Stop Time _2:00pm_ Unload Stop Time _____

Remarks: _Haul Hot FW to site work As Directed, Assist Rig_
_Crew As Needed._

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| | | | | | | |
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | 160/BBL. | 6.0 | 145/HR. | 870.00 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | 160/BBL. | | 2.90/BBL. | 464.00 |
| | | | | | | |

Driver Name & Number: _Travis Mathis_

Total Amount: _$1,334.00_

Accepted: _____

☒ Drilling
☐ Completion
☐ Workover Rig

Quality Quick Print ☎ 701.483.4070

GC - Continental Subpoena 065

Confidential

CLR_STARK_BK_SDT-00000671

**Water Drop Slip**

**STARK ENERGY**

32882

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._
Location _RM ELKAN FWD – WATFORD CITY_
Date _1/9/24_

Top Gauge _____   Time _____
Bottom Gauge _____   Time _____

**Circle One**
(Freshwater)   Saltwater   Flow Back _160_ BBL
S.E. Field Invoice # _7023488_
Delivered To _DAHLe 5-2 HSL_

Thank You,

Driver's Name _TRAVIS MAtthis_
Truck # _5-24_

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 066

Confidential   CLR_STARK_BK_SDT-00000672

Rnewd account

# STARK ENERGY, INC.
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023489

Rig Name & #: _Wyoming Casihg_
Ordered By: _Kevin Mischke_
   (Name)          (Phone)

Date: _1/9/24_            Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _Dahle 5-2HSL_

Hauled To: _Secure Keene Solids_

AFE # _____  PO # _____  PO Line # _____

JSA # _____  Truck # _S-211_  Trailer # _T-021_

Top Gauge _____  Start Time _2:00pm_  Load Start Time _____

Bottom Gauge _____  Stop Time _10:00pm_  Unload Stop Time _____

Remarks: _Assist Rig crew offload Fw, Suck Back cement Return_
_As needed. Suck up Aprox 30 lbs sugar to Not set up cement /Ro_
_Wait the @ Disposal Due to Material(s), Wash out, Roadback._

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| | | | | | | |
| Service Work | | | 30/BBL | 8.0 | 145/Hr. | 1,160.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |
| | | | | | | |

Driver Name & Number: _Travis Matthis_    Total Amount: _$1,160.00_

Accepted: _____

☒ Drilling
☐ Completion
☐ Production
☐ Workover Rig

GC – Continental Subpoena 067

Quality Quick Print | ☎ 701.483.4070

**Water Drop Slip**

**STARK ENERGY**

32881

**P.O. Box 748 Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources Inc._

Location _DAttle 5-2 HSL_

Date _1/9/24_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

**Circle One**

Cement Returns

**Freshwater    Saltwater    (Flow Back)    30    BBL**

S.E. Field Invoice # _2023484_

Delivered To _Secure Keene Solids_

Thank You,

Driver's Name
_Travis Matthis_

Truck # _5-211  7-02_    Quality Quick Print ☎ 701.483.4070

GC – Continental Subpoena 068

Confidential                    CLR_STARK_BK_SDT-00000674

**SECURE ENERGY**

*KNEWD20003910-WT*

Keene FST

Date 1-9-24

Truck Ticket / BOL #

Manifest # 2023489

## Billing/Contact Information

### Please provide below information mandatory for offload

Source Location DAHIe 5-2 HSL

Owner of Source Location Continental

Generator Representative Kevin

Customer Being Billed Continental

Generator Representative Ph # 701-570-3871

Generator Representative Email N/A

Trucking Company Stark energy

Unit # 5-211

## Fluid/Solid Disposal

Sample ID # 22

Out of State? YES / NO

Internal YES / NO

| Product | Prod H2O | Flowback | Waste H2O | Terminalling | Emulsion | (Waste) |
|---------|----------|----------|-----------|--------------|----------|---------|
| | | | | | | Sweet / Sour |
| Well Class | Drilling | Completions | Production | Gas / Comp | Industrial | (Other) |

TNORMS YES / NO

If YES to TNORMS confirm Company Man has approved rates    YES / NO

TNORM Reading N/A

| 30 bbl | CUTS | SLURRY OR FLUID CUT | | PAD SOLIDS | SLURRY + PAD TOTAL | |
|--------|------|------|------|------|------|------|
| | OIL | % | bbl | n/a | | bbl |
| | WATER | % | bbl | n/a | | bbl |
| | SOLIDS | % | bbl | 30 bbl | 30 | bbl |
| | Total Volume (w/o pad solids) | | bbl | Total (with pad solids) | 30 | bbl |

## Truck Services

### Please indicate truck service provided, amount and unit

Comments / Scale Sticker

| Truck Service | Amount | Unit |
|---------------|--------|------|
| Truck Flush | 1 | gall |
| Scavenger Water Based | | |
| Scavenger Oil Based | | |

## Waste Acceptance - Pre-Screen

### If any of the following questions are answered as "YES" please contact Lead Op/Op Supervisor/Facility Manager

1. Is this a NON-Oilfield product with NO confirmation number provided?    Y / N

2. Does the product contain H2S or LEL above acceptable offloading levels?    Y / N

3. Does the product contain additional materials such as NORM, refined oils, sump materials, chemical spill, or non-oilfield chemicals?    Y / N

4. Has the product been identified as high or low PH? If yes please record reading here _____    Y / N

5. Is there any visible frost on tank?    Y / N

## Representative Sign-off

Transporter Representative
(print name and sign)

Secure Representative
(print name and sign)    Kyle Croskey

GC – Continental Subpoena 069

CLR_STARK_BK_SDT-00000675

| **Remit To:** | **Bill To:** | Invoice Amount: | USD 1,131.00 |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Remit to Supplier: | USD 1,131.00 |
| Dickinson | Williston Basin | | |
| P.O. Box 748 | Attn: Drilling - Williston Basin | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**   ANHELUK 5-26 HSL. Service Work. Haul F/W to site. Report to water depot for Hot H2O. Haul to site assist rig crew as needed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023490 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL12486.DRL | AFEW . 5000030 | LOCATION & ROAD CONSTRUCTION | 1,131.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | Service Date: 01/09/2024 - 01/09/2024 | | | | |
| | | DL12486.DRL | | | ANHELUK 5-26HSL - DRILLING | | | | | | AFEW.5000030 | 725.00 | 725.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 5.00 | 145.00 | 725.00 | (0.00%) | 725.00 | 0.00 | 725.00 | 725.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Water Charge | | | Purchase Category: | | | | | Service Date: 01/09/2024 - 01/09/2024 | | | | |
| | | DL12486.DRL | | | ANHELUK 5-26HSL - DRILLING | | | | | | AFEW.5000030 | 406.00 | 406.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |

GC – Continental Subpoena 070

Confidential

CLR_STARK_BK_SDT-00000663

| | 406.00 | 406.00 |
| | 1131.00 | 1131.00 |
| USD | 1131.00 | 1131.00 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Drilling - Williston Basin
User: Chris Hall

**Document Journal**

Exported on 01/25/2024 at 04:05:34 PM MST - by B2B Continental Resources,...

Approved on 01/25/2024 at 12:23:51 PM MST - by the System
The invoice was approved automatically based on workflow routing rules. [Rule 35]

Coding Verified on 01/25/2024 at 12:23:51 PM MST - by Chris Hall
Code Verified

Forwarded to Williston Basin/Drilling - Williston Basin on 01/11/2024 at 12:26:56 PM MST - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 01/11/2024 at 11:37:55 AM MST - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 1201]

Submitted on 01/11/2024 at 11:37:55 AM MST - by Delene M Fettig

GC – Continental Subpoena 071

Confidential       CLR_STARK_BK_SDT-00000664

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

**January 10, 2024**                    Invoice   **Stark S-1254**          **Page 1 of 1**

**Payee:**   **STARK ENERGY, INC**

P.O. Box 748

Dickinson, ND 58602

(952) 210-6610

**Submit to:** **CONTINENTAL RESOURCES, INC.**

20 N. Broadway

Oklahoma City, OK 73102

Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023490 | 1/9/24 | ELKAN FWD - Watford City | ANHELUK 5-26 HSL | Fresh Water | | 5.00 | 145/hr | 725.00 |
| | | | | Water Charge | 140 | | 2.90/bbl | 406.00 |
| | | | | | | | | **$1,131.00** |

030 WILLISTON DRILLING

DL 12486   DRL

Anheluk 5-26HSL

Water f/CDR

1/11/24

KEVIN MISCHKE

Drilling Superintendent

GC – Continental Subpoena 072

Confidential

CLR_STARK_BK_SDT-00000665



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023490

Rig Name & #: _Wyoming Casing_
Ordered By: _Kevin Mischke_
(Name)          (Phone)

Date: _1/9/24_                     Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _Elkan FWD - Watford City_

Hauled To: _Anhevik 5-26 HSL_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-205_ Trailer # _T-707_

Top Gauge _____ Start Time _8:00am_ Load Start Time _____

Bottom Gauge _____ Stop Time _1:00pm_ Unload Stop Time _____

Remarks: _Haul F/W to site, Report to Water depot for Hot H2O, Haul to site, Assist Rig Crew As Needed_

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| (Fresh Water) | | | 140/BBl. | 5.0 | 145/Hr. | 725.00 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| (Water Charge) | | | 140/BBl. | | 2.90/BBl. | 406.00 |

Driver Name & Number: _Patrick Vlock_          Total Amount: _$1,131.00_

Accepted: _____

☒ Drilling
☐ Completion
☐ Production
☐ Workover Rig

GC - Continental Subpoena 073

Quality Quick Print | ☎ 701.483.4070

**Water Drop Slip**

**STARK ENERGY**

32883

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources Inc

Location  Elkan FWD - Watford city

Date  1/9/24

Top Gauge _____  Time _____

Bottom Gauge _____  Time _____

**Circle One**

(Freshwater)  Saltwater  Flow Back  140  BBL

S.E. Field Invoice #  2023490

Delivered To  Antelope 5-26 HSL

Thank You,

Driver's Name  Patrick Vloch

Truck #  5-205

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 074

Confidential

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 2,827.50 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 2,827.50 |
| P.O. Box 748 | Attn: Drilling - Williston Basin | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:** LUNDBERG FEDERAL 5-8H1 Service Work. Report to site, dense fog limited speeds on some roads. Check in w/Co. man on site. Work as directed, spot in truck/trailer. Haul fluid from both rig tanks and tank farm, tank #9. Hauled to solids disposal. Switch out driver on site. Spot in truck/trailer. Haul remaining fluids from tank #9 to solids disposal. Washout @secure due to nasty fluids @ end of shift. Drive to yard.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023560 | | | | | | | |
| 2023561 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL11905.DRL | AFEW . 5000361 | DISPOSAL - TRANSPORT LIQUIDS | 2,827.50 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 02/01/2024 - 02/01/2024 | | | |
| | | DL11905.DRL | | | LUNDBERG FEDERAL 5-8H1 - DRILLING | | | | | | AFEW.5000361 | 1377.50 | 1377.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 9.50 | 145.00 | 1377.50 | (0.00%) | 1377.50 | 0.00 | 1377.50 | 1377.50 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Service Work | | | Purchase Category: | | | | | | Service Date: 02/01/2024 - 02/01/2024 | | | |

GC – Continental Subpoena 075

Generated 03/04/2024 11:18 AM MST by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000719

| | | | | | | | AFEW.5000361 | 1450.00 | 1450.00 |
|---|---|---|---|---|---|---|---|---|---|
| DL11905.DRL | FEDERAL 5-8H1 - DRILLING | | | | | | | | |

| | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|
| | 10.00 | 145.00 | 1450.00 | (0.00%) | 1450.00 | 0.00 | 1450.00 | 1450.00 |

| | | | | | | 2827.50 | 2827.50 | |
|---|---|---|---|---|---|---|---|---|
| USD | | | | | | 2827.50 | 2827.50 | |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Drilling - Williston Basin
User: Sam Simco

**Document Journal**

Exported on 03/04/2024 at 11:02:37 AM MST - by B2B Continental Resources,...

Approved on 03/04/2024 at 09:48:37 AM MST - by Sam L Simco

Forwarded to Sam L Simco on 02/20/2024 at 04:10:55 PM MST - by Chris Hall
   IN WV

Coding Verified on 02/20/2024 at 04:10:55 PM MST - by Chris Hall
   Code Verified

Forwarded to Williston Basin/Drilling - Williston Basin on 02/05/2024 at 06:37:43 AM MST - by Kelli D Tomlinson

Forwarded to Williston Basin/Accounts Payable on 02/02/2024 at 10:55:05 AM MST - by the System
   The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 02/02/2024 at 10:55:05 AM MST - by Delene M Fettig

GC – Continental Subpoena 076

Confidential                                                          CLR_STARK_BK_SDT-00000720

February 2, 2024     **Invoice**    **Stark S-1255**     **Page 1 of 1**

**Payee:**    **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to: CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023560 | 2/1/24 | Lundberg Federal 5-8H1 | Bullrock Solids Disposal-Keene, ND | Service Work | 300 | 9.50 | 145/hr | 1377.50 |
| 2023561 | 2/1/24 | Lundberg Federal 5-8H1 | Bullrock Solids Disposal-Keene, ND | Service Work | 225 | 10.00 | 145/hr | 1450.00 |

$2,827.50

| WILLISTON DRILLING | |
|---|---|
| Cost Code | 361 |
| AFE | DL 11905    Suffix DIS |
| Lease Name | Lundberg Fed 5-8H1 |
| Description | Dispose Fluid |
| Signature | |
| Print Name | |
| Date | 2/2/24 |

GC – Continental Subpoena 077

Confidential

**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023560

Rig Name & #: ___Cyclone 38___

Ordered By: ___Chad    Gardner___
      (Name)        (Phone)

Date: ___2/1/24___    Customer Location/Dept Code: _____

Customer's Name: ___Continental Resources Inc.___

Billing Address: _____

Hauled From: ___Lundberg Federal  5-8H1___

Hauled To: ___Bullrock Sdios Disposal – Keene, ND___

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # ___S-211___ Trailer # ___T-107___

Top Gauge _____ Start Time ___9:00Am___ Load Start Time _____

Bottom Gauge _____ Stop Time ___6:30pm___ Unload Stop Time _____

Remarks: Report To site, Dense fog limited speeds on some roads, check
in w/ co-man onsite. Work As Directed, spot in Truck/Trailer. Haul fluid
from Both Rig Tanks And Tank Farm, Tank #9 Haul To Sdios.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| | | | | | | |
| Service Work  150, 150 | | | 300 BBL | 9.5 | 145/hr. | 1,377.50 |
| Vac Work  # 3296 (150) | | | | | | |
| Flowback Water  # 24547 (150) | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: ___Rob Fettig___    Total Amount: $1,377.50

Accepted: _____

☒ Drilling
☐ Completion
☐ Production
☐ Workover Rig

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 078

**Water Drop Slip**



**STARK ENERGY**

32096

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name   Continental Resources Inc.

Location   Lundberg  5-8+11

Date   2/1/24

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

**Circle One**        Dirty Brine

Freshwater   (Saltwater)   Flow Back __150__ BBL

S.E. Field Invoice #   ~~2023558~~ → 2023560

Delivered To   Bullrock Solios Dipsal

Thank You,

Driver's Name   RoB Fetty

Truck # __5-711__        Quality Quick Print  ☎ 701.483.4070

---

**Water Drop Slip**

**STARK ENERGY**

24547

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name   Continental Resources Inc.

Location   Lundberg  5-8+11

Date   2/1/24

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

**Circle One**        Dirty        150

Freshwater   (Saltwater)   Flow Back ~~150~~ BBL

S.E. Field Invoice #   ~~2023554~~ → 2023560

Delivered To   Bull Rock Solids Disposal

Thank You,

Driver's Name   RoB Fetty

Truck # __5-711__        Quality Quick Print  ☎ 701.483.4070

GC – Continental Subpoena 079

Confidential



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023561

Rig Name & #: _Cyclone 38_
Ordered By: _CHAD GARTNER_
    (Name)         (Phone)

Date: _2/1/24_          Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _LinDberg FEDERAL 5-8H1_

Hauled To: _BullRock Solids -Disposal Keene, ND_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-211_ Trailer # _T-107_

Top Gauge _____ Start Time _6:30pm_ Load Start Time _____

Bottom Gauge _____ Stop Time _4:30Am 2/2_ Unload Stop Time _____

Remarks: _Switch out with Driver on site, spot in Truck/Trailer To Haul Remaining fluids from Tank #9 to Solids Disposal Washout @ Secure Due to Nasty Fluids @ end of shift, Drive to yard._

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Service Work 150, 75 | | | 225/BBL. | 10.0 | 145/hr. | 1,450.00 |
| Vac Work #2A543 (150) | | | | | | |
| Flowback Water #32097 (75) | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: _TRAVIS MATHIS_          Total Amount: $1,450.00

Accepted: _____

☒ Drilling
☐ Completion
☐ Production
☐ Workover Rig

Quality Quick Print | ☎ 701.483.4070

GC - Continental Subpoena 080

#3

Water Drop Slip



**STARK ENERGY** 24548

P.O. Box 748 Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._
Location _Lundberg 5-8 H1_
Date _2/1/24_
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____
Circle One _DIRTY Brine_
Freshwater (Saltwater) Flow Back _150_ BBL
S.E. Field Invoice # _2023558 2023561_
Delivered To _Bull Rock Solids Disposal_
Thank You,
Driver's Name
_Rob Fetting / Travis M._
Truck # _S-211_                Quality Quick Print | ☎ 701.483.4070

---

Water Drop Slip

**STARK ENERGY** 32097

P.O. Box 748 Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._
Location _Lundberg 5-8 H1_
Date _2/2/24_
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____
Circle One _Kiery Brine_
Freshwater (Saltwater) Flow Back _75_ BBL
S.E. Field Invoice # _2023558 2023561_
Delivered To _Bull Rock Solids Disposal_
Thank You,
Driver's Name
_Rob Fetty / Travis M_
Truck # _S-211_                Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 081

CLR_STARK_BK_SDT-00000725

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 2,057.95 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 2,057.95 |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**   HARRISBURG 5-27H Fresh Water. Haul F/W to site from FWD. Work as directed. Fill up insulated frac tank. Road to yard (Williston, ND).

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023563 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| CW06922.CAP | AFEW . 5000070 | FRESH WATER | 499.20 |
| CW06922.CAP | AFEW . 5000074 | FRESH WATER - TRUCKING | 1,558.75 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 02/03/2024 - 02/03/2024 | | | |
| | | CW06922.CAP | | | HARRISBURG 5-27H - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000074 | 1558.75 | 1558.75 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 10.75 | 145.00 | 1558.75 | (0.00%) | 1558.75 | 0.00 | 1558.75 | 1558.75 |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Water Charge | | | Purchase Category: | | | | | | Service Date: 02/03/2024 - 02/03/2024 | | | |

GC – Continental Subpoena 082

Confidential

CLR_STARK_BK_SDT-00000684

| CW06922.CAP | 5-27H – CAPITAL INTANGIBLES & DOWNHOLE EQUIP | AFEW.5000070 | 499.20 | 499.20 |
|---|---|---|---|---|

| | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|
| | 480.00 | 1.04 | 499.20 | (0.00%) | 499.20 | 0.00 | 499.20 | 499.20 |

| | | | Total Tax | EP Total | |
|---|---|---|---|---|---|
| | | | 2057.95 | 2057.95 | |
| USD | | | 2057.95 | 2057.95 | |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Josh O'Donnell

**Document Journal**

Exported on 02/22/2024 at 04:03:24 PM MST - by B2B Continental Resources,...

Approved on 02/22/2024 at 11:53:39 AM MST - by Josh T O'Donnell

Forwarded to Josh T O'Donnell on 02/20/2024 at 02:16:13 PM MST - by Charlce Trevena

Coding Verified on 02/20/2024 at 02:16:13 PM MST - by Charlce Trevena
    Code Verified

Commented on 02/14/2024 at 01:24:58 PM MST - by Shannon A Harris
    CW06922

Commented on 02/06/2024 at 01:27:40 PM MST - by Charlce Trevena
    CW06922

Forwarded to Williston Basin/Watford City Field Office on 02/06/2024 at 12:35:19 PM MST - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 02/04/2024 at 06:34:16 PM MST - by the System
    The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 02/04/2024 at 06:34:16 PM MST - by Delene M Fettig

GC – Continental Subpoena 083

Confidential                                                                    CLR_STARK_BK_SDT-00000685

February 3, 2024          Invoice    **Stark S-1256**          **Page 1 of 1**

**Payee:**  **STARK ENERGY, INC**

P.O. Box 748

Dickinson, ND 58602

(952) 210-6610

**Submit to:** **CONTINENTAL RESOURCES, INC.**

20 N. Broadway

Oklahoma City, OK  73102

Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023563 | 2/3/24 | Harrisburg 5-27H | Elkan FWD - Watford City | Fresh Water | | 10.75 | 145.00/hr | 1558.75 |
| | | | | Water Charge | 480 | | 1.04/bbl | 499.20 |

**$2,057.95**

GC – Continental Subpoena 084

Confidential

CLR_STARK_BK_SDT-00000686



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023563

Rig Name & #: BDWS #
Ordered By: ASPYN SERNA
   (Name)          (Phone)

Date: 2/3/24                    Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: Elkan FWD — Watford City

Hauled To: Harrisburg 5-27H

AFE # _____  PO # _____  PO Line # _____

JSA # _____  Truck # S-211  Trailer # T-107

Top Gauge _____  Start Time 11:00pm  Load Start Time _____

Bottom Gauge _____  Stop Time 9:45 Am 2/4  Unload Stop Time _____

Remarks: Haul F/w tosite from FWD, Work to Directed.
Fill up - Insulated FRAC tank. Road to yard. (Williston, ND)

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| | | | | | | |
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water 140,140,140,60 | | | 480/BBl. | 10.75 | 145.00/Hr. | 1,558.75 074 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | 480/BBl. | | 104/BBl. | 499.20 070 |
| | | | | | | |

Driver Name & Number: Rob Fetty

LOCATION: Harrisburg 5-27H
AFE: Cl06802 SUFFIX:
COST CODE: 070/074
OFFICE: Watford City
SIGNATURE:
PRINTED NAME: Aspyn
ATTN: JOSH O'DONNELL

Total Amount: $2,057.95

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

Continental Subpoena 085

Quality Quick Print | ☎ 701.483.4070

Confidential                    CLR_STARK_BK_SDT-00000687

## Water Drop Slip



**32099**

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resurces Inc.

Location  Elkan Fwd - Watford city

Date  2/3/24 — 2/4/24

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

**Circle One**
(Freshwater)   Saltwater   Flow Back  140, 140, 140, 60  BBL

S.E. Field Invoice #  2023563

Delivered To  Harrisburg  5-27 H

Thank You,

Driver's Name  Rob Fettiy

Truck #  5-211 T-107        Quality Quick Print  ☎ 701.483.4070

GC – Continental Subpoena 086

Confidential                                CLR_STARK_BK_SDT-00000688

**Invoice #:** Stark S-1257   Case 24-30168   Doc 118   Filed 07/03/24   Entered 07/03/24 09:41:06   Desc Main **Invoice Date: 02/08/2024**

Document    Page 92 of 290

| **Remit To:** | **Bill To:** | Invoice Amount: | USD 2,480.70 |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Remit to Supplier: | USD 2,480.70 |
| Dickinson | Williston Basin | | |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**   TALLAHASSEE FIU 6-21H Fresh Water. Report to site haul F/W from FWD to site. Due to icy roadway(s) turn times slower then normal. Had to chain up leaving location. 1st load got stuck on hill.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2017833 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| XW19024.EXP | AFEW . 5000070 | FRESH WATER | 2,480.70 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 02/08/2024 - 02/08/2024 | | | |
| | | XW19024.EXP | | | TALLAHASSEE FIU 6-21H - EXPENSE WORKOVER | | | | | | AFEW.5000070 | 1957.50 | 1957.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 13.50 | 145.00 | 1957.50 | (0.00%) | 1957.50 | 0.00 | 1957.50 | 1957.50 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Water Charge | | | Purchase Category: | | | | | | Service Date: 02/08/2024 - 02/08/2024 | | | |
| | | XW19024.EXP | | | TALLAHASSEE FIU 6-21H - | | | | | | AFEW.5000070 | 523.20 | 523.20 | |

GC – Continental Subpoena 087

Confidential        CLR_STARK_BK_SDT-00000676

WORKOVER

| Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|
| 480.00 | 1.09 | 523.20 | (0.00%) | 523.20 | 0.00 | 523.20 | 523.20 |
| | | | | | 2480.70 | 2480.70 | |

USD | | | | | | 2480.70 | 2480.70 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Josh O'Donnell

**Document Journal**

Exported on 02/16/2024 at 04:06:15 PM MST – by B2B Continental Resources,...

Approved on 02/16/2024 at 01:35:31 PM MST – by Josh T O'Donnell

Forwarded to Josh T O'Donnell on 02/12/2024 at 03:32:44 PM MST – by Charlce Trevena

Coding Verified on 02/12/2024 at 03:32:44 PM MST – by Charlce Trevena
    Code Verified

Forwarded to Williston Basin/Watford City Field Office on 02/12/2024 at 01:49:54 PM MST – by Teresa M Shortt

Forwarded to Williston Basin/Accounts Payable on 02/09/2024 at 05:55:40 AM MST – by the System
    The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 02/09/2024 at 05:55:40 AM MST – by Delene M Fettig

GC – Continental Subpoena 088

Confidential

CLR_STARK_BK_SDT-00000677

|  | February 8, 2024 | | Invoice | Stark S-1257 | | Page 1 of 1 |

**Payee:** **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to:** **CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK  73102
Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2017833 | 2/8/24 | WAWSA - Depot | TALLAHASSEE FIU 6-21H | Fresh Water | | 13.50 | 145.00/hr | 1957.50 |
| | | | | Water Charge | 480 | | 1.09/bbl | 523.20 |

**$2,480.70**

GC – Continental Subpoena 089

Confidential

CLR_STARK_BK_SDT-00000678



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2017833

Rig Name & #: _BDWS H1_
Ordered By: _Marty Boyd_
   (Name)      (Phone)

Date: _2/8/23_      Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _WAWSA - Depot_

Hauled To: _Tallahassee Flu 6-21H_

AFE # _____   PO # _____   PO Line # _____

JSA # _____   Truck # _S-211_   Trailer # _T-102_

Top Gauge _____   Start Time _1:00am_   Load Start Time _____

Bottom Gauge _____   Stop Time _2:30pm_   Unload Stop Time _____

Remarks: _Report To site Haul Fw from FWD, Due to Ky
Roadway(s) turn tires Slower then Normal Had to chain up
leaving location 1st load got stuck on Hill._

Handwritten vertical text: WATFORD CITY   OFFICE: EPPING   AFE: XW19024   QUESTIONS? CALL 701-664-3001   LOCATION: TALLAHASSEE   MARTY BOYD   WILLISTON BASIN   TIOGA   SIDNEY   KILLDEER   COST CODE: TRUCKING/O/W   FW 070   Continental Resources

| Commodity | H2S | Non- | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | 140, 140, 140, 60 | 074 | 480 BBl. | 13.5 | 195/hr. | 1,957.50 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | 070 | 480/BBl. | | 1.09/BBl. | 523.20 |

Driver Name & Number: _Bob Fettig_

Accepted: _Mark Boyd_   _2/8/24_

Total Amount: $2,480.70

☐ Drilling
☐ Production
☐ Workover Rig

GC – Continental Subpoena 090

Quality Quick Print · ☎ 701-483-4976

| **Remit To:** | **Bill To:** | |
|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount:       USD 1,030.30 |
| Dickinson | Williston Basin | Remit to Supplier:      USD 1,030.30 |
| P.O. Box 748 | Attn: Drilling - Williston Basin | |
| Dickinson , ND | 20 N Broadway | |
| US | Oklahoma City , OK | |
| 58602 | US | |
| 952-210-6610 | 73101 | |
| Supplier Number: 4115267 | | |

**Description:**       BENNER 5-7H Fresh Water. Report to site. Haul F/W from FWD empty into day tank.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2017834 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL14458.DRL | AFEW . 5000070 | FRESH WATER | 1,030.30 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 02/12/2024 – 02/12/2024 | | | |
| | | DL14458.DRL | | | BENNER 5-7H - DRILLING | | | | | | AFEW.5000070 | 797.50 | 797.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 5.50 | 145.00 | 797.50 | (0.00%) | 797.50 | 0.00 | 797.50 | 797.50 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Water Charge | | | Purchase Category: | | | | | | Service Date: 02/12/2024 – 02/12/2024 | | | |
| | | DL14458.DRL | | | BENNER 5-7H - DRILLING | | | | | | AFEW.5000070 | 232.80 | 232.80 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |

GC – Continental Subpoena 091

Confidential

CLR_STARK_BK_SDT-00000689

|  | | | | 118.00 | | 232.80 | 232.80 |

|  | | | | | 1030.30 | 1030.30 |

USD | | | 1030,30 | 1030.30

## Supplementary Information

### Status: Approved

### Current Owner

Site: Williston Basin
Department: Drilling - Williston Basin
User: Chris Hall

### Document Journal

Exported on 02/23/2024 at 04:02:06 PM MST - by B2B Continental Resources,...

Approved on 02/23/2024 at 12:17:48 PM MST - by the System
The invoice was approved automatically based on workflow routing rules. [Rule 35]

Coding Verified on 02/23/2024 at 12:17:48 PM MST - by Chris Hall
Code Verified

Forwarded to Williston Basin/Drilling - Williston Basin on 02/13/2024 at 12:48:05 PM MST - by Teresa M Shortt

Forwarded to Williston Basin/Accounts Payable on 02/13/2024 at 08:10:22 AM MST - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 02/13/2024 at 08:10:22 AM MST - by Delene M Fettig

GC – Continental Subpoena 092

Confidential                                                                                    CLR_STARK_BK_SDT-00000690

February 12, 2024                    Invoice      **Stark S-1258**           **Page 1 of 1**

**Payee:**  **STARK ENERGY, INC**                    Submit to:  **CONTINENTAL RESOURCES, INC.**

P.O. Box 748                              20 N. Broadway

Dickinson, ND 58602                          Oklahoma City, OK  73102

(952) 210-6610                            Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2017834 | 2/12/24 | M & L FWD - Killdeer | Benner 5-7H | Fresh Water | | 5.50 | 145.00/hr | 797.50 |
| | | | | Water Charge | 240 | | .97/bbl | 232.80 |

$1,030.30

GC – Continental Subpoena 093

Confidential



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2017834

Rig Name & #: HP 456

Ordered By: Jim Bueling
(Name)        (Phone)

Date: 2/12/24

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: M&L FWD - Kirkeer

Hauled To: Benner 5-7 H

WILLISTON DRILLING

Cost Code O70

AFE DLI4458

Lease Name BENNER 5-7H

Customer Location/Dept Code:
Description FRESH WATER

Signature Jim Muller

Print Name John Muller

Date 02/12/24

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # 5-211 Trailer # T-107

Top Gauge _____ Start Time 8:00 Am Load Start Time _____

Bottom Gauge _____ Stop Time 7:30 pm Unload Stop Time _____

Remarks: Report To site Haul F/w from FWD Empty
Into DAY TANK

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Service Work | | | | | | |
|---|---|---|---|---|---|---|
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water 40,100 | | | 240/BBL | 5.5 | 145/hr | 797.50 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | 240 BBL | | .97/BBL | 232.80 |

Driver Name & Number: FRANCISCO CAZAROS

Total Amount: $1,030.30

Accepted: _____

☒ Drilling
☐ Completion
☐ Production
☐ Workover Rig

GC - Continental Subpoena 094

Quality Quick Print | ☎ 701 483 4970

CLR_STARK_BK_SDT-00000692

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 2,263.20 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 2,263.20 |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**  MONTPELIER 3-14-H1 Fresh Water. Report to FWD, load FW, haul to site. Work as directed w/hot oiler, offload/top off frac tank.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015183 | | | | | | | |
| 2021140 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| XW19236.EXP | AFEW . 5000070 | FRESH WATER | 523.20 |
| XW19236.EXP | AFEW . 5000074 | FRESH WATER - TRUCKING | 1,740.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 02/23/2024 - 02/23/2024 | | | |
| | | XW19236.EXP | | | MONTPELIER 3-14H1 - EXPENSE WORKOVER | | | | | | AFEW.5000074 | 1232.50 | 1232.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 8.50 | 145.00 | 1232.50 | (0.00%) | 1232.50 | 0.00 | 1232.50 | 1232.50 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Water Charge | | | Purchase Category: | | | | | | Service Date: 02/23/2024 - 02/23/2024 | | | |

GC – Continental Subpoena 095

Generated  02/26/2024 10:28 PM MST by  **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000706

|  |  |  |  | XW19236.EXP |  |  |  |  |  | AFEW.5000070 | 359.70 | 359.70 |  |
| 3-14H1 - EXPENSE WORKOVER |

| Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total |  |
|---|---|---|---|---|---|---|---|
| 330.00 | 1.09 | 359.70 | (0.00%) | 359.70 | 0.00 | 359.70 | 359.70 |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 3 | Fresh Water |  |  | Purchase Category: |  |  |  |  |  | Service Date: 02/23/2024 - 02/23/2024 |  |  |  |
|  |  | XW19236.EXP |  |  | MONTPELIER 3-14H1 - EXPENSE WORKOVER |  |  |  |  |  | AFEW.5000074 | 507.50 | 507.50 |  |

| Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total |  |
|---|---|---|---|---|---|---|---|
| 3.50 | 145.00 | 507.50 | (0.00%) | 507.50 | 0.00 | 507.50 | 507.50 |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 4 | Water Charge |  |  | Purchase Category: |  |  |  |  |  | Service Date: 02/23/2024 - 02/23/2024 |  |  |  |
|  |  | XW19236.EXP |  |  | MONTPELIER 3-14H1 - EXPENSE WORKOVER |  |  |  |  |  | AFEW.5000070 | 163.50 | 163.50 |  |

| Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total |  |
|---|---|---|---|---|---|---|---|
| 150.00 | 1.09 | 163.50 | (0.00%) | 163.50 | 0.00 | 163.50 | 163.50 |

|  |  |
|---|---|
| 2263.20 | 2263.20 |

USD | 2263.20 | 2263.20 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Josh O'Donnell

**Document Journal**

GC – Continental Subpoena 096

Generated 02/26/2024 10:28 PM MST by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000707

Exported on 02/26/2024 at 10:28:55 AM MST - by Susan Murial Reindel

Approved on 02/26/2024 at 03:25:46 PM MST - by Josh T O'Donnell

Forwarded to Josh T O'Donnell on 02/26/2024 at 11:39:57 AM MST – by Charlce Trevena

Coding Verified on 02/26/2024 at 11:39:57 AM MST - by Charlce Trevena
  Code Verified

Forwarded to Williston Basin/Watford City Field Office on 02/26/2024 at 10:56:49 AM MST - by Jamie L Thomas (AP)

Forwarded to Williston Basin/Accounts Payable on 02/25/2024 at 03:26:55 PM MST – by the System
  The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 02/25/2024 at 03:26:55 PM MST - by Delene M Fettig

GC – Continental Subpoena 097

Generated 02/26/2024 10:28 PM MST by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000708

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | February 25, 2024 | | | Invoice | Stark S-1271 | | Page 1 of 1 |

**Payee:** STARK ENERGY, INC
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to:** CONTINENTAL RESOURCES, INC.
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2015183 | 2/23/24 | WAWSA-Depot | 0 7 4 | Montpelier 3-14-H1 | Fresh Water | | 8.50 | 145/hr | 1232.50 |
| | | | | | Water Charge | 330 | | 1.09/bbl | 359.70 |
| 2021140 | 2/23/24 | WAWSA-Depot | 0 7 0 | Montpelier 314-H1 | Fresh Water | | 3.50 | 145/hr | 507.50 |
| | | | | | Water Charge | 150 | | 1.09/bbl | 163.50 |
| | | | | | | 480 | | | **$2,263.20** |

## Continental Resources

**WILLISTON BASIN**
LOCATION: MONTPELIER 3-14H1
AFE: XW19236  COST CODE: 070/074
OFFICE: EPPING  TIOGA  SIDNEY  KILLDEER
QUESTIONS? CALL 701-664-3001

GC – Continental Subpoena 098

Confidential

CLR_STARK_BK_SDT-00000709



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015183

Rig Name & #: BLACK DIAMOND #2
Ordered By: MARTY BOYD
(Name)           (Phone)

Date: 2/23/24                        Customer Location/Dept Code: _____

Customer's Name: Continental Resources

Billing Address: _____

Hauled From: WAWSA Depot

Hauled To: Montpelier 3-14H1

AFE # _____   PO # _____   PO Line # _____

JSA # _____   Truck # 5-211   Trailer # T-107

Top Gauge _____   Start Time 2:00 pm   Load Start Time _____

Bottom Gauge _____   Stop Time 10:30pm   Unload Stop Time _____

Remarks: Report To FWD, load FW for Well sit, Haul
To site Work As Directed w/ Hot oiler, offload into/top off
Frac tank.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water  140, 140, 50 | | | 330/BBl | 8.5 | 145/hr. | 1,232.50 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | 330/BBl | | 1.09/BBl | 359.70 |

Driver Name & Number: Francisco Cazares

Total Amount: $1,592.20

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC - Continental Subpoena 099

Quality Quick Print | ☎ 701.483.4070

## Water Drop Slip



32846

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources_

Location _WAWSA Depot_

Date _2/23/24_

Top Gauge _____    Time _____

Bottom Gauge _____    Time _____

Circle One

(Freshwater)   Saltwater    Flow Back _330_ BBL

S.E. Field Invoice # _2015183_

Delivered To _Montpelier 3-14 H1_

Thank You,

Driver's Name _Francisco Cazares_

Truck # _S-211_

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 100

CLR_STARK_BK_SDT-00000711



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2021140

Rig Name & #: BLACK DIAMOND #2
Ordered By: MARTY BOYD
    (Name)        (Phone)

Date: 2-23-24        Customer Location/Dept Code: _____

Customer's Name: CONTINENTAL RESOURCES

Billing Address: _____

Hauled From: WAWSA DEPOT

Hauled To: MONTPELIER 3-14 H1

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # LT3     Trailer # T5

Top Gauge _____ Start Time 4:00 pm   Load Start Time _____

Bottom Gauge _____ Stop Time 7:30 pm   Unload Stop Time _____

Remarks: HAULED FRESH WATER INTO FRAC TANK

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | 150 | 3.5 | $145.00 | $507.50 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | 150 | | $1.09 | $163.50 |

Driver Name & Number: ELI WILLIS / LA05     Total Amount: $671.00

Accepted: _____

- [ ] Drilling
- [ ] Completion
- [x] Production
- [ ] Workover Rig

GC – Continental Subpoena 101

Confidential

CLR_STARK_BK_SDT-00000712

**Water Drop Slip**



32845

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continntal Resources_

Location _WAWSA Depot_

Date _2-23-24_

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

**Circle One**

(Freshwater)   Saltwater   Flow Back _150_ BBL

S.E. Field Invoice # _2021140_

Delivered To _Montpelier 3-14 H1_

Thank You,

Driver's Name

_Eli Williams_

Truck # _LT3_                    Quality Quick Print | ☎ 701.483.4020

GC – Continental Subpoena 102

Confidential                                   CLR_STARK_BK_SDT-00000713

Invoice #: Stark S-1272   Case 24-30168   Doc 118   Filed 07/03/24   Entered 07/03/24 09:41:06   Desc Main Invoice Date: 02/27/2024

Document   Page 108 of 290

| Remit To: | Bill To: | |
|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Watford City Field Office<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:    USD 1,740.00<br>Remit to Supplier:   USD 1,740.00 |

**Description:**    Steele Federal 3-24AH. Report to well site. Haul brine H2O to well site and offload into frac tank. Work as directed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015184 | | | | | | | |
| 2015185 | | | | | | | |
| 2015186 | | | | | | | |
| 2015224 | | | | | | | |

### Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| CW06986.CAP | AFEW . 5000071 | BRINE WATER | 1,740.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 02/26/2024 – 02/26/2024 | | | |
| | | CW06986.CAP | | | STEELE FEDERAL 3-24AH - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000071 | 435.00 | 435.00 | |

| | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 3.00 | 145.00 | 435.00 | (0.00%) | 435.00 | 0.00 | 435.00 | 435.00 |

GC – Continental Subpoena 103

Confidential      CLR_STARK_BK_SDT-00000730

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Service Work | | | Purchase Category: | | | | | | Service Date: 02/26/2024 - 02/26/2024 | | | |
| | | CW06986.CAP | | | STEELE FEDERAL 3-24AH - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000071 | 435.00 | 435.00 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 3.00 | 145.00 | 435.00 | (0.00%) | 435.00 | 0.00 | 435.00 | 435.00 |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | Service Work | | | Purchase Category: | | | | | | Service Date: 02/26/2024 - 02/26/2024 | | | |
| | | CW06986.CAP | | | STEELE FEDERAL 3-24AH - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000071 | 435.00 | 435.00 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 3.00 | 145.00 | 435.00 | (0.00%) | 435.00 | 0.00 | 435.00 | 435.00 |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | Service Work | | | Purchase Category: | | | | | | Service Date: 02/27/2024 - 02/27/2024 | | | |
| | | CW06986.CAP | | | STEELE FEDERAL 3-24AH - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000071 | 435.00 | 435.00 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 3.00 | 145.00 | 435.00 | (0.00%) | 435.00 | 0.00 | 435.00 | 435.00 |

1740.00     1740.00

GC – Continental Subpoena 104

Confidential        CLR_STARK_BK_SDT-00000731

## Supplementary Information

**Status: Approved**

### Current Owner

Site: Williston Basin
Department: Watford City Field Office
User: Charlce Trevena

### Document Journal

Exported on 03/06/2024 at 11:05:17 AM MST - by B2B Continental Resources,...

Approved on 03/06/2024 at 09:51:17 AM MST - by the System
The invoice was approved automatically based on workflow routing rules. [Rule 38]

Coding Verified on 03/06/2024 at 09:51:17 AM MST - by Charlce Trevena
Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/04/2024 at 03:22:38 PM MST - by Cassandra M Burton

Forwarded to Williston Basin/Accounts Payable on 02/29/2024 at 10:46:02 AM MST - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 02/29/2024 at 10:46:02 AM MST - by Delene M Fettig

GC – Continental Subpoena 105

Generated 03/06/2024 11:22 AM MST by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000732

February 28, 2024

Invoice   Stark S-1272

Page 1 of 1

Payee:   **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

Submit to: CONTINENTAL RESOURCES, INC.
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015224 | 2/26/24 | Polk Federal 13-33HSL | Steele Federal 3-24AH | Service Work | 150 | 3.00 | 145/hr | 435.00 |
| 2015184 | 2/26/24 | Polk Federal 10-33H1 | Steele Federal 3-24AH | Service Work | 100 | 3.00 | 145/hr | 435.00 |
| 2015185 | 2/26/24 | Polk Federal 9-33H | Steele Federal 3-24AH | Service Work | 55 | 3.00 | 145/hr | 435.00 |
| 2015186 | 2/27/24 | Polk Federal 12-33H1 | Steele Federal 3-24AH | Service Work | 130 | 3.00 | 145/hr | 435.00 |
| | | | | | 435 | | | $1,740.00 |

**Continental Resources**
WILLISTON BASIN
LOCATION: STEELE FEDERAL 3-24AH
AFE: CW 06996   COST CODE: 071
OFFICE: EPPING   TIOGA   SIDNEY   KILLDEER
QUESTIONS? CALL 701-664-3001

GC – Continental Subpoena 106

Confidential



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015224

Rig Name & #: Black Diamond #1
Ordered By: Aspyn Serna
(Name)          (Phone)

Date: 2/26/24                    Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: Polk Federal 13-33HSL

Hauled To: Steele Federal 3-24AH

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211 _____ Trailer # T-107

Top Gauge _____ Start Time 5:00pm ____ Load Start Time _____

Bottom Gauge _____ Stop Time 8:00pm ____ Unload Stop Time _____

Remarks: Report to wellsite, Haul Brine H2o to Dispose Wellsite
offload into Frac tank #507    #24556 (150)

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Service Work 150 | | | 150/Bbl. | 3.0 | 145/Hr. | 435.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: Francisco C. + Leo R.        Total Amount: $435.00

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC - Continental Subpoena 107

Quality Quick Print | ☎ 701.483.4070

Confidential                                    CLR_STARK_BK_SDT-00000734

#1

**Water Drop Slip**

STARK ENERGY

24556

P.O. Box 748 Dickinson, ND 58602
701-300-1558

Customer Name Continental Resources
Location Polk Federal 13-33 HSL
Date 2/26/24
Top Gauge 8'7"                Time _____
Bottom Gauge _____        Time _____

**Circle One**
Freshwater  (Saltwater)  Flow Back 150 BBL
S.E. Field Invoice # 2015274
Delivered To Steele Federal 3-24 A-H

Thank You,

Driver's Name Fracisco C. + Leo R.

Truck # S-211

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 108

Confidential



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015184

Rig Name & #: __Black Diamond #1__
Ordered By: __Aspyn Serna__
(Name)            (Phone)

Date: __2/26/24__          Customer Location/Dept Code: _____

Customer's Name: __Continental Resources Inc.__

Billing Address: _____

Hauled From: __Polk Federal 10-33 H1__

Hauled To: __Steele Federal 3-24 AH__

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # __S-211__ Trailer # __T-107__

Top Gauge _____ Start Time __8:00pm__ Load Start Time _____

Bottom Gauge _____ Stop Time __11:00pm__ Unload Stop Time _____

Remarks: __Report To well-site haul production H2o to__
__Wellsite, offload into Fraz tank onsite Tank #507__

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | 100 | | 100/Bbl. | 3.0 | 145/hr. | 435°° |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: __Francisco G + Leo R.__          Total Amount: __$435°°__

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC - Continental Subpoena 109

Quality Quick Print | ☎ 701.483.4070

Confidential          CLR_STARK_BK_SDT-00000736

**Water Drop Slip**



**STARK ENERGY**

24558

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._
Location _Polk Federal 10-33 H1_
Date _2/26/24_
Top Gauge _7.58_ Time _____
Bottom Gauge _____ Time _____

**Circle One**
Freshwater    (Saltwater)   Flow Back _100_ BBL
S.E. Field Invoice # _2015 184_
Delivered To _Steele Federal 3-24 AH_

Thank You,

Driver's Name
_Francisco C. Leo R_

Truck # _S-711_

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 110

Confidential



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015185

Rig Name & #: _Black Diamond #1_
Ordered By: _Aspyn Sena_
(Name)        (Phone)

Date: _2/26/24_

Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc_

Billing Address: _____

Hauled From: _Polk Federal 9-33H_

Hauled To: _Steele Federal 3-24AH_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-211_ Trailer # _T-107_

Top Gauge _____ Start Time _11:00pm_ Load Start Time _____

Bottom Gauge _____ Stop Time _2:00pm_ Unload Stop Time _____

Remarks: _Report to site, Haul Brine from CTB to New well site, Assist Rig crew, offload Brine into tank #507._

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work ≥ 35, 20, | | | 55/Bbl. | 3.0 | 145/Hr. | 435.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |
| | | | | | | |

Driver Name & Number: _Francisco C. + Leo R._

Total Amount: _$435.00_

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC Continental Subpoena 111

Quality Quick Print | ☎ 701 483.4078

## Water Drop Slip



24557

P.O. Box 748　Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc_

Location _Polk Foxxxx 9-35 #_

Date _3/23/24_

Top Gauge _3.83_　Time

Bottom Gauge _____　Time

Circle One

Freshwater　(Saltwater)　Flow Back _35_　BBL

S.E. Field Invoice # _2015185_

Delivered To _Steele Foxxxx 5-2AAH_

Thank You.

Driver's Name _Francisco C. + Leo E._

Truck # _5-211_　Quality Check Pass 1

GC – Continental Subpoena 112

Confidential　CLR_STARK_BK_SDT-00000739

## Water Drop Slip



**STARK ENERGY**

24560

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources Inc._

Location _Polk Federal   9-33 H_

Date _2/27/24_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

Circle One

Freshwater  (Saltwater)  Flow Back _70_ BBL

S.E. Field Invoice # _2015165_

Delivered To _Steele Federal   3-24 A H_

Thank You,

Driver's Name _Fracisco C. + Leo R._

Truck # _S-711_

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 113

Confidential    CLR_STARK_BK_SDT-00000740



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015186

Rig Name & #: Black DiAmond #1

Ordered By: AspyA SeRnA
(Name)        (Phone)

Date: 2/27/24                Customer Location/Dept Code: _____

Customer's Name: Continental Resources Ink.

Billing Address: _____

Hauled From: Polk Federal 12-33H1

Hauled To: Steele Federal 3-24 AH

AFE # _____  PO # _____  PO Line # _____

JSA # _____  Truck # 5-211  Trailer # T-107

Top Gauge _____  Start Time 2:00Am  Load Start Time _____

Bottom Gauge _____  Stop Time ~~12~~ 5:00Am  Unload Stop Time _____

Remarks: Hau Production to well-site ~~off~~ bad into FraZ tank
on-site Work As Directo.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Service Work 130 | | | 130/BBL | 3.0 | 145/hr. | 435°° |
|-----------|-----|-----|---------|-------|------|--------|
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |
| | | | | | | |

Driver Name & Number: FranCisco C. + Leo R.        Total Amount: $435°°

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC Continental Subpoena 114

Quality Quick Print | ☎ 701-483-4070

**Water Drop Slip**



**STARK ENERGY**

24559

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resource Inc_

Location _Polk Federal 12-33141_

Date _2/27/24_

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

**Circle One**

Freshwater   (Saltwater)   Flow Back _130_ BBL

S.E. Field Invoice # _2015166_

Delivered To _Steele Federal 3-74-1H_

Thank You,

Driver's Name _Fracisro C. + Leo P._

Truck # _S-71_

Quality Quick Print • ☎ 701.483.4070

GC – Continental Subpoena 115

Confidential

**Remit To:**

**Stark Energy, Inc.**
Dickinson
P.O. Box 748
Dickinson , ND
US
58602
952-210-6610
Supplier Number: 4115267

**Bill To:**

**Continental Resources, Inc.**
Williston Basin
Attn: Watford City Field Office
20 N Broadway
Oklahoma City , OK
US
73101

| | |
|---|---|
| Invoice Amount: | USD 725.00 |
| Remit to Supplier: | USD 725.00 |

**Description:**     Tarentaise Federal 13-19H Service Work. Report to site, empty frac tank on site. Open up hatch's & string out hose to empty frac tank for transport. Work as directed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015189 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| CW06623.CAP | AFEW . 5000071 | BRINE WATER | 725.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | Service Date: 02/28/2024 – 02/28/2024 | | | | |
| | | CW06623.CAP | | | TARENTAISE FEDERAL 13-19H - CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000071 | 725.00 | 725.00 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 5.00 | 145.00 | 725.00 | (0.00%) | 725.00 | 0.00 | 725.00 | 725.00 |

| | | |
|---|---|---|
| | 725.00 | 725.00 |
| USD | 725.00 | 725.00 |

## Supplementary Information

GC – Continental Subpoena 116

Generated  03/01/2024 4:23 PM MST by  **ENVERUS** Business Automation

Confidential                                                                    CLR_STARK_BK_SDT-00000714

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Charice Trevena

**Document Journal**

Exported on 03/01/2024 at 04:06:08 PM MST – by B2B Continental Resources,...

Approved on 03/01/2024 at 11:42:57 AM MST - by the System
The invoice was approved automatically based on workflow routing rules. [Rule 38]

Coding Verified on 03/01/2024 at 11:42:57 AM MST – by Charice Trevena
Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/01/2024 at 08:26:11 AM MST - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 02/28/2024 at 11:41:32 AM MST - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 02/28/2024 at 11:41:32 AM MST – by Delene M Fettig

GC – Continental Subpoena 117

Generated  03/01/2024 4:23 PM MST by  **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000715

|  |  | February 28, 2024 | Invoice | Stark S-1273 | Page 1 of 1 |

**Payee:**   **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to:  CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK  73102
Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015189 | 2/28/24 | Tarentaise Federal 13-19H | White Owl-Watford City | Service Work | 10 | 5.00 | 145/hr | 725.00 |
|  |  |  |  |  | 10 |  |  | $725.00 |

GC – Continental Subpoena 118

Confidential

CLR_STARK_BK_SDT-00000716



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015189

Rig Name & #: _Tiger R11_

Ordered By: _Dexter Stangland_
(Name)                    (Phone)

Date: _2/28/24_                    Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _Tarentaise Federal 13-19H_

Hauled To: _White owl - Watford city_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-211_ Trailer # _T-107_

Top Gauge _____ Start Time _5:00Am_ Load Start Time _____

Bottom Gauge _____ Stop Time _10:00Am_ Unload Stop Time _____

Remarks: _Report To site, Empty FRAC tank on site, open up Hatch's + String out Hose to Empty FRAC tank for TRANSport._

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Service Work 10 | | | 10Bbl | 5.0 | 145/hr. | 725.00 |
|---|---|---|---|---|---|---|
| Vac Work | | | | | | |
| Flowback Water | Well Name: Tarentaise Federal 13-19H | | | | | |
| Fresh Water | Date: 2/28/24 | | | | | |
| Side Dump | AFE: CWO6623  Cost code: 071 | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | Dexter Stangland | | | | | |
| Water Charge | Signature: | | | | | |
| | Field Office: Watford | | | | | |

Driver Name & Number: _DAN SAWALLICH_          Total Amount: _$725.00_

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC - Continental Subpoena 119

Quality Quick Print | ☎ 701.483.4070

Confidential

CLR_STARK_BK_SDT-00000717

**Water Drop Slip**



28021

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name   Continental Resources
Location   Tarentaise FED 13-19 H
Date   2/28/24

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

**Circle One**

Freshwater   (Saltwater)   Flow Back   10   BBL

S.E. Field Invoice #   2015169

Delivered To   White owl - Watford city

Thank You,

Driver's Name   DAN Swallich

Truck #   S-211

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 120

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 1,160.00 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 1,160.00 |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**   STEELE FEDERAL 3-24AH Service Work. Report to site. Work to empty frac tanks FT538, FT507 on site as directed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015193 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| CW06986.CAP | AFEW . 5000360 | MUD DISPOSAL / SOIL FARM / PRODUCTION WATER | 1,160.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 02/28/2024  -  02/28/2024 | | | |
| | | CW06986.CAP | | | STEELE FEDERAL 3-24AH – CAPITAL INTANGIBLES & DOWNHOLE EQUIP | | | | | | AFEW.5000360 | 1160.00 | 1160.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 8.00 | 145.00 | 1160.00 | (0.00%) | 1160.00 | 0.00 | 1160.00 | 1160.00 | |

|  |  |
|---|---|
| | 1160.00 | 1160.00 |
| USD | 1160.00 | 1160.00 |

GC – Continental Subpoena 121

Confidential
CLR_STARK_BK_SDT-00000743

# Supplementary Information

**Status: Approved**

## Current Owner

Site: Williston Basin
Department: Watford City Field Office
User: Charlce Trevena

## Document Journal

Exported on 03/06/2024 at 11:06:07 AM MST – by B2B Continental Resources,...

Approved on 03/06/2024 at 09:50:44 AM MST – by the System
   The invoice was approved automatically based on workflow routing rules. [Rule 38]

Coding Verified on 03/06/2024 at 09:50:44 AM MST – by Charlce Trevena
   Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/04/2024 at 03:22:38 PM MST – by Cassandra M Burton

Forwarded to Williston Basin/Accounts Payable on 02/29/2024 at 10:43:57 AM MST – by the System
   The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 02/29/2024 at 10:43:57 AM MST – by Delene M Fettig

GC – Continental Subpoena 122

Confidential                                                                 CLR_STARK_BK_SDT-00000744

February 28, 2024                        Invoice    **Stark S-1274**              **Page 1 of 1**

**Payee:**  **STARK ENERGY, INC**                 Submit to: **CONTINENTAL RESOURCES, INC.**
P.O. Box 748                                        20 N. Broadway
Dickinson, ND 58602                                 Oklahoma City, OK  73102
(952) 210-6610                                      Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015193 | 2/28/24 | Steele Federal 3-24AH | White Owl-Watford City | Service Work | 114 | 8.00 | 145/hr | 1160.00 |
| | | | | | **114** | | | **$1,160.00** |

GC – Continental Subpoena 123

Confidential                                                                CLR_STARK_BK_SDT-00000745



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015193

Rig Name & #: __BLACK DiAmond #1__
Ordered By: __BLACK DiAmond #1__ MArty Boyd
(Name)              (Phone)

Date: __2/28/24__     Customer Location/Dept Code: _____

Customer's Name: __Continental  Resources Inc.__

Billing Address: _____

Hauled From: __Steele Federal 3-24AH__

Hauled To: __White owl - Watford City__

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # __S-211__ Trailer # __T-107__

Top Gauge _____ Start Time __10:00Am__ Load Start Time _____

Bottom Gauge _____ Stop Time __6:00pm__ Unload Stop Time _____

Remarks: __Report To site, Work to Empty FRAc tanks on site.__
__Tank #'s FT538, FT507__

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work  104, p | | | 114/884. | 8.0 | 45/Hr. | 1,160 00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

**Continental Resources**
WILLISTON BASIN
LOCATION: STeeLe FedeRaL 3-24AH
AFE: CW06986    COST CODE: 360
OFFICE: EPPING   TIOGA   SIDNEY   KILLDEER
(WATford City)  QUESTIONS? CALL 701-664-3001

Driver Name & Number: __DAN SAWALLich__     Total Amount: __$1,160 00__

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC – Continental Subpoena 124

Quality Quick Print | ☎ 701-483-4676

#1

## Water Drop Slip



**STARK ENERGY**

28022

**P.O. Box 748  Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resource Inc_
Location _Steele Federal 3-24 AH_
Date _2/28/24_
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____

**Circle One**
Freshwater   (Saltwater)   Flow Back _104_ BBL
S.E. Field Invoice # _CO15193_
Delivered To _White Oil - WATFORD City_

Thank You,

Driver's Name _DAN SAWALLICH_

Truck # _S-211_

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 125

Confidential

CLR_STARK_BK_SDT-00000747

#2

**Water Drop Slip**



28023

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._

Location _Steele Federal 3-24 H H_

Date _2/28/24_

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

**Circle One**

Freshwater   (Saltwater)   Flow Back _10_ _____ BBL

S.E. Field Invoice # _2015793_

Delivered To _White out — water out_

Thank You,

Driver's Name _Dan S._

Truck # _S-711_

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 126

Confidential

| Remit To: | Bill To: | |
|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Drilling - Williston Basin<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:    USD 788.30<br>Remit to Supplier:    USD 788.30 |

**Description:**    BENNER 4-7H. Fresh Water. Report to FWD, haul F/W to site. Work as directed, offload into day tank.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015190 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL14455.DRL | AFEW . 5000070 | FRESH WATER | 788.30 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 02/29/2024 - 02/29/2024 | | | |
| | | DL14455.DRL | | | BENNER 4-7H - DRILLING | | | | | | AFEW.5000070 | 652.50 | 652.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 4.50 | 145.00 | 652.50 | (0.00%) | 652.50 | 0.00 | 652.50 | 652.50 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Water Charge | | | Purchase Category: | | | | | | Service Date: 02/29/2024 - 02/29/2024 | | | |
| | | DL14455.DRL | | | BENNER 4-7H - DRILLING | | | | | | AFEW.5000070 | 135.80 | 135.80 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |

GC – Continental Subpoena 127

Confidential                                                                                      CLR_STARK_BK_SDT-00000749

| | | 788.30 | 788.30 |
| USD | | 788.30 | 788.30 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Drilling - Williston Basin
User: Chris Hall

**Document Journal**

Exported on 03/12/2024 at 04:07:16 PM MDT - by B2B Continental Resources,...

Approved on 03/12/2024 at 01:59:17 PM MDT - by the System
The invoice was approved automatically based on workflow routing rules. [Rule 38]

Coding Verified on 03/12/2024 at 01:59:17 PM MDT - by Chris Hall
Code Verified

Forwarded to Williston Basin/Drilling - Williston Basin on 03/05/2024 at 05:43:04 AM MST - by Kelli D Tomlinson

Forwarded to Williston Basin/Accounts Payable on 03/01/2024 at 07:47:53 AM MST - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/01/2024 at 07:47:53 AM MST - by Delene M Fettig

GC – Continental Subpoena 128

Generated  03/12/2024 4:26 PM MDT by  **ENVERUS** Business Automation

Confidential    CLR_STARK_BK_SDT-00000750

|  |  |  |  |  | Mar 1, 2024 |  | Invoice | Stark S-1275 |  | Page 1 of 1 |

**Payee:**  **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to:**  **CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK  73102
Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015190 | 2/29/24 | M & L F/W Depot | Benner 4-7H | Fresh Water |  | 4.50 | 145/hr | 652.50 |
|  |  |  |  | Water Charge | 140 |  | .97/bbl | 135.80 |
|  |  |  |  |  | **140** |  |  | **$788.30** |

GC – Continental Subpoena 129

CLR_STARK_BK_SDT-00000751



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015190

Rig Name & #: HP 456
Ordered By: 2/29/24
(Name)          (Phone)

Date: 2/29/24

Customer's Name: Continental Resources

Billing Address:

Hauled From: M&L F/W Depot

Hauled To: Benner 4-7H

| WILLISTON DRILLING | |
|---|---|
| Cost Code 070 | |
| AFE DU4455 | Suffix DRLG |
| Customer Location/Dept Code: | |
| Lease Name Benner 4-7H | |
| Description Freshwater | |
| Signature *BLR* | |
| Print Name BRANDON Reynolds | |
| Date 02/29/24 | |

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211 _____ Trailer # T-107 _____

Top Gauge _____ Start Time 2:30pm _____ Load Start Time _____

Bottom Gauge _____ Stop Time 7:00pm _____ Unload Stop Time _____

Remarks: Report To FWD, Haul F/W to ste, work
As Directed. Offload Into Day tank.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water 140 | | | 140/BBl. | 4.5 | 145/Hr. | 652.80 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | 140/BBl. | | .97/BBl. | 135.80 |

Driver Name & Number: DAN SAWALLich

Total Amount: $788.30

Accepted: _____

☒ Drilling
☐ Completion
☐ Production
☐ Workover Rig

GC - Continental Subpoena 130

Quality Quick Print | ☎ 701.483.4070

| Remit To: | Bill To: | Invoice Amount: | USD 2,085.50 |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Remit to Supplier: | USD 2,085.50 |
| Dickinson | Williston Basin | | |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**    HARRISBURG 3-27H. Fresh Water. Report to site hauled in F/W to frac tank on site. Icy winter conditions caused for slower than usual turn times.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015192 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| XW19420.EXP | AFEW . 5000070 | FRESH WATER | 490.50 |
| XW19420.EXP | AFEW . 5000074 | FRESH WATER - TRUCKING | 1,595.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 03/03/2024  -  03/03/2024 | | | |
| | | XW19420.EXP | | | HARRISBURG 3-27H - EXPENSE WORKOVER | | | | | | AFEW.5000074 | 1595.00 | 1595.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 11.00 | 145.00 | 1595.00 | (0.00%) | 1595.00 | 0.00 | 1595.00 | 1595.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Water Charge | | | Purchase Category: | | | | | | Service Date: 03/03/2024  -  03/03/2024 | | | |
| | | XW19420.EXP | | | HARRISBURG 3-27H - | | | | | | AFEW.5000070 | 490.50 | 490.50 | |

GC – Continental Subpoena 131

Confidential    CLR_STARK_BK_SDT-00000726

| | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|
| | 450.00 | 1.09 | 490.50 | (0.00%) | 490.50 | 0.00 | 490.50 | 490.50 |
| | | | | | | 2085.50 | 2085.50 | |
| USD | | | | | | 2085.50 | 2085.50 | |

## Supplementary Information

### Status: Approved

### Current Owner

Site: Williston Basin
Department: Watford City Field Office
User: Josh O'Donnell

### Document Journal

Exported on 03/05/2024 at 04:12:33 PM MST - by B2B Continental Resources,...

Approved on 03/05/2024 at 03:25:05 PM MST - by Josh T O'Donnell

Forwarded to Josh T O'Donnell on 03/05/2024 at 11:08:07 AM MST - by Charlce Trevena

Coding Verified on 03/05/2024 at 11:08:07 AM MST - by Charlce Trevena
   Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/05/2024 at 08:27:35 AM MST - by Cassandra M Burton

Forwarded to Williston Basin/Accounts Payable on 03/04/2024 at 09:40:19 AM MST - by the System
   The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/04/2024 at 09:40:18 AM MST - by Delene M Fettig

GC – Continental Subpoena 132

Generated 03/06/2024 3:17 AM MST by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000727

Mar 4, 2024                          Invoice    **Stark S-1276**              **Page 1 of 1**

**Payee:**  **STARK ENERGY, INC**                    **Submit to:** **CONTINENTAL RESOURCES, INC.**
P.O. Box 748                                          20 N. Broadway
Dickinson, ND 58602                                   Oklahoma City, OK  73102
(952) 210-6610                                        Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015192 | 2/3/24 | WAWSA-Depot | HARRISBURG 3-27H | Fresh Water | | 11.00 | 145/hr | 1595.00 |
| | | | | Water Charge | 450 | | 1.09/bbl | 490.50 |
| | | | | | **450** | | | **$2,085.50** |

GC – Continental Subpoena 133

Confidential                                                                CLR_STARK_BK_SDT-00000728



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015192

Rig Name & #: Black Diamond #1
Ordered By: Marty Boyd
(Name)        (Phone)

Date: 2/3/24        Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: WAWSA - Depot

Hauled To: Harrisburg 3-27-H

*(vertical text at right)* WLPD City  OFFICE:  AFE: XW19422  QUESTIONS? CALL 701-664-3001  EPPING  TIOGA  SIDNEY  KILLDEER  LOCATION: HARRISBURG 3-27-H  WILLISTON BASIN  COST CODE: 074, 070  **Continental Resources**

AFE # _____  PO # _____  PO Line # _____

JSA # _____  Truck # S-24  Trailer # 1-107

Top Gauge _____  Start Time 10:00Am  Load Start Time _____

Bottom Gauge _____  Stop Time 9:00pm  Unload Stop Time _____

Remarks: Report to site w/ F/W Haul in to frac tank on-site
Icy white conditions, caused for slower then usual turn times.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| (Fresh Water) 140, 140, 110, 60 | | | 450/BBl | 11.0 | 145/HR, 074 | 1,595 ⁰⁰ |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| (Water Charge) | | | 450/BBl | | 1.09/BBl, 070 | 490.50 |

Driver Name & Number: Robert Fetty

Accepted: _Marty Boyd_ 3/4/24

Total Amount: $2,085.50

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC - Continental Subpoena 134

Quality Quick Print | ☎ 701-483-4676

**Remit To:**

**Stark Energy, Inc.**
Dickinson
P.O. Box 748
Dickinson , ND
US
58602
952-210-6610
Supplier Number: 4115267

**Bill To:**

**Continental Resources, Inc.**
Williston Basin
Attn: Watford City Field Office
20 N Broadway
Oklahoma City , OK
US
73101

| Invoice Amount: | USD 2,175.00 |
| Remit to Supplier: | USD 2,175.00 |

**Description:**   RANSOM 12-30H. Service Work. Assist rig crew in suction. Haul water, work as directed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015194 | | | | | | | |
| 2015196 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL11366.CMP.PRD | AFEW . 5000360 | MUD DISPOSAL / SOIL FARM / PRODUCTION WATER | 2,175.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service work. | | | Purchase Category: | | | | | | Service Date: 03/15/2024 - 03/15/2024 | | | |
| | | DL11366.CMP.PRD | | | RANSOM 12-30H-COMPLETION-PRODUCTION | | | | | | AFEW.5000360 | 1740.00 | 1740.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 12.00 | 145.00 | 1740.00 | (0.00%) | 1740.00 | 0.00 | 1740.00 | 1740.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Service work | | | Purchase Category: | | | | | | Service Date: 03/15/2024 - 03/15/2024 | | | |

GC – Continental Subpoena 135

Confidential                                                                                      CLR_STARK_BK_SDT-00000800

| | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|
| | 3.00 | 145.00 | 435.00 | (0.00%) | 435.00 | 0.00 | 435.00 | 435.00 |
| | | | | | | 2175.00 | 2175.00 | |

USD | | | | | | 2175.00 | 2175.00 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Josh O'Donnell

**Document Journal**

Exported on 04/02/2024 at 10:01:06 PM MDT - by B2B Continental Resources,...

Approved on 04/02/2024 at 04:08:55 PM MDT - by Josh T O'Donnell

Forwarded to Josh T O'Donnell on 03/21/2024 at 01:26:06 PM MDT - by Charlce Trevena

Coding Verified on 03/21/2024 at 01:26:06 PM MDT - by Charlce Trevena
Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/20/2024 at 10:41:28 AM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 03/18/2024 at 09:19:26 AM MDT - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/18/2024 at 09:19:26 AM MDT - by Delene M Fettig

GC – Continental Subpoena 136

Confidential                                              CLR_STARK_BK_SDT-00000801

Mar 17, 2024

**Invoice** Stark S-1277 **Page 1 of 1**

**Payee:** **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to:** **CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015194 | 3/15/24 | RANSOM 12-30H | RANSOM 12-30H | Service Work | | 12.00 | 145/hr | 1740.00 |
| 2015196 | 3/15/24 | RANSOM 12-30H | White Owl-Watford City SWD | Service Work | 35 | 3.00 | 145/hr | 435.00 |

**$2,175.00**

## Continental Resources

**WILLISTON BASIN**

LOCATION: Ransom 12-30H
AFE: DL 11366    COST CODE: 360
OFFICE: EPPING   TIOGA   SIDNEY   KILLDEER
WATFORD CITY   QUESTIONS? CALL 701-664-3001

_Matt Boyd 3/17/24_

GC – Continental Subpoena 137

Confidential

CLR_STARK_BK_SDT-00000802

**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015194

Rig Name & #: ADMIRAL #7
Ordered By: Marty Boyd
(Name)          (Phone)

Date: 3/15/24

Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: Ransom 12-30 H

Hauled To: Ransom 12-30 H

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211 Trailer # T-107

Top Gauge _____ Start Time 8:30 Am Load Start Time _____

Bottom Gauge _____ Stop Time 8:30 pm Unload Stop Time _____

Remarks: Report To site, work As Directed. Spot in truck / Trailer
Tie into wellhead Back side Assist Rig crew in providing suction
To Back side while Tripping in hole.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | | | 35/BBL | 12.0 | 145/hr | 1,740.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: Rob Fettig

Total Amount: $1,740.00

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GCI - Continental Subpoena 138

Quality Quick Print | ☎ 701.483.4970

Confidential



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015196

Rig Name & #: ADMIRAL #7

Ordered By: Manty Boyd

(Name)          (Phone)

Date: 3/15/24                    Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: Ransom 12-30 H

Hauled To: White Owl - Watford City SWD

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211    Trailer # T-107

Top Gauge _____ Start Time 8:30pm    Load Start Time _____

Bottom Gauge _____ Stop Time 11:30pm    Unload Stop Time _____

Remarks: Haul Wellsite Returns to 3rd Party Disposal, wash As Directed.

_____

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | | | 35/BBL | 3.0 | 145/hr. | 435.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: Jacob Cullip

Accepted: _____    Total Amount: $435.00

☐ Drilling
☐ Completion
☐ Production
☐ Workover Rig

GC Continental Subpoena 139

Quality Quick Print | ☎ 701.483.4070

**Water Drop Slip**



31961

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc,_

Location _Ransom 12-30 H_

Date _3/15/24_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

**Circle One**

Freshwater     Saltwater     (Flow Back)   35   BBL

S.E. Field Invoice # _2015196_

Delivered To _white out - Watford City_

Thank You.

Driver's Name _Rob / Jacob_

Truck # _S-211_

Quality Quick Print | ☎ 701 483.4070

GC – Continental Subpoena 140

Confidential

CLR_STARK_BK_SDT-00000805

| **Remit To:** | **Bill To:** | |
|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount:   USD 2,247.50 |
| Dickinson | Williston Basin | Remit to Supplier:   USD 2,247.50 |
| P.O. Box 748 | Attn: Watford City Field Office | |
| Dickinson , ND | 20 N Broadway | |
| US | Oklahoma City , OK | |
| 58602 | US | |
| 952-210-6610 | 73101 | |
| Supplier Number: 4115267 | | |

**Description:**   OMLID 13-19H. Service work. Report to site, haul water and work as directed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015188 | | | | | | | |
| 2015197 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL11363.CMP.PRD | AFEW . 5000360 | MUD DISPOSAL / SOIL FARM / PRODUCTION WATER | 2,247.50 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service work. | | | Purchase Category: | | | | | | Service Date: 03/16/2024 - 03/16/2024 | | | |
| | | DL11363.CMP.PRD | | | OMLID 13-19H-COMPLETION-PRODUCTION | | | | | | AFEW.5000360 | 1740.00 | 1740.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 12.00 | 145.00 | 1740.00 | (0.00%) | 1740.00 | 0.00 | 1740.00 | 1740.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Service work | | | Purchase Category: | | | | | | Service Date: 03/16/2024 - 03/16/2024 | | | |

GC – Continental Subpoena 141

Confidential                                                                                         CLR_STARK_BK_SDT-00000806

| | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|
| | 3.50 | 145.00 | 507.50 | (0.00%) | 507.50 | 0.00 | 507.50 | 507.50 |

| | | | | | | 2247.50 | 2247.50 | |

USD | | | | | | | 2247.50 | 2247.50 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Josh O'Donnell

**Document Journal**

Exported on 04/02/2024 at 10:01:07 PM MDT - by B2B Continental Resources,...

Approved on 04/02/2024 at 04:09:06 PM MDT - by Josh T O'Donnell

Forwarded to Josh T O'Donnell on 03/21/2024 at 01:28:18 PM MDT - by Charlce Trevena

Coding Verified on 03/21/2024 at 01:28:18 PM MDT - by Charlce Trevena
Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/20/2024 at 10:41:28 AM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 03/18/2024 at 09:34:56 AM MDT - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/18/2024 at 09:34:56 AM MDT - by Delene M Fettig

GC – Continental Subpoena 142

Confidential                                                                    CLR_STARK_BK_SDT-00000807

Mar 17, 2024              Invoice   Stark S-1278          Page 1 of 1

**Payee:**   **STARK ENERGY, INC**                    Submit to: **CONTINENTAL RESOURCES, INC.**
P.O. Box 748                                  20 N. Broadway
Dickinson, ND 58602                           Oklahoma City, OK 73102
(952) 210-6610                                Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015197 | 3/16/24 | OMLID 13-19H | OMLID 13-19H | Service Work | | 12.00 | 145/hr | 1740.00 |
| 2015188 | 3/16/24 | OMLID 13-19H | White Owl-Watford City SWD | Service Work | 25 | 3.50 | 145/hr | 507.50 |

$2,247.50

## Continental Resources

WILLISTON BASIN
LOCATION: OMLID 13-19H
AFE: OL 11363        COST CODE: 360
OFFICE   EPPING   TIOGA   SIDNEY   KILLDEER
QUESTIONS? CALL 701-664-3001

3/17/24

GC – Continental Subpoena 143

Confidential



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015197

Rig Name & #: ADMIRAL #7
Ordered By: Marty Boyd
(Name)        (Phone)

Date: 3/16/24

Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: OMLID B-19 H

Hauled To: OmLid 13-19 H

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211 _____ Trailer # T-107

Top Gauge _____ Start Time 8:30 Am _____ Load Start Time _____

Bottom Gauge _____ Stop Time 8:30 pm _____ Unload Stop Time _____

Remarks: Report to site. Suck out 2 Frac tanks onsite. Assist in Emptying slobber tub for Wireline + Hook into Backside, Bleed Down well + suck As Rig Till

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work 25, | | | 25/BBl. | 12.0 | 145/Hr. | 1,740.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: Rob Fettig

Total Amount: $1,740.00

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Consulting Work

Quality Quick Print | ☎ 701-483-8076

CLR Continental Subpoena 144

CLR_STARK_BK_SDT-00000809



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015188

Rig Name & #: __Admiral #7__
Ordered By: __Marty Boyd__
　　　　　(Name)　　　　　(Phone)

Date: __3/16/24__　　　　　　Customer Location/Dept Code: _____

Customer's Name: __Continental Resources Inc.__

Billing Address: _____

Hauled From: __Omlid  13-19H__

Hauled To: __White Owl - Watford City__

AFE # _____  PO # _____  PO Line # _____

JSA # _____  Truck # __S-211__  Trailer # __T-107__

Top Gauge _____  Start Time __8:30pm__  Load Start Time _____

Bottom Gauge _____  Stop Time __12:00 Am__  Unload Stop Time _____

Remarks: __Haul off flowback, from wellsite Work As Directed.__

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | | | 25/BBl. | 3.5 | 145/HR. | 507.50 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |
| | | | | | | |

Driver Name & Number: __Jacob Cullip__　　　Total Amount: __$507.50__

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC - Continental Subpoena 145

Quality Quick Print | ☎ 701.483.4070

**Water Drop Slip**



31962

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources_
Location _O MLD 13-19 H_
Date _3/16/2+_
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____
Circle One
Freshwater    Saltwater   (Flow Back)   25   BBL
S.E. Field Invoice # _2015 188_
Delivered To _white owl - watford city_
Thank You,
Driver's Name _Jacob McCullip_
Truck # _5-211_   Quality Check Prod : ☎ 701 483 6070

GC – Continental Subpoena 146

Confidential                                   CLR_STARK_BK_SDT-00000811

| **Remit To:** | **Bill To:** | |
|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: USD 725.00 |
| Dickinson | Williston Basin | Remit to Supplier: USD 725.00 |
| P.O. Box 748 | Attn: Watford City Field Office | |
| Dickinson , ND | 20 N Broadway | |
| US | Oklahoma City , OK | |
| 58602 | US | |
| 952-210-6610 | 73101 | |
| Supplier Number: 4115267 | | |

**Description:** OMLID 13-19H. Service work. Report to site, spot in truck/trailer. Hook into wellhead/backside to provide suction while rig trip in hole. Haul flowback to disposal.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015227 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL11363.CMP.PRD | AFEW . 5000360 | MUD DISPOSAL / SOIL FARM / PRODUCTION WATER | 725.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service work | | | Purchase Category: | | | | | | Service Date: 03/17/2024 - 03/17/2024 | | | |
| | | DL11363.CMP.PRD | | | OMLID 13-19H-COMPLETION-PRODUCTION | | | | | | AFEW.5000360 | 725.00 | 725.00 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 5.00 | 145.00 | 725.00 | (0.00%) | 725.00 | 0.00 | 725.00 | 725.00 |

| | |
|---|---|
| 725.00 | 725.00 |

| USD | | |
|---|---|---|
| | 725.00 | 725.00 |

## Supplementary Information

GC – Continental Subpoena 147

Confidential

CLR_STARK_BK_SDT-00000753

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Charice Trevena

**Document Journal**

Exported on 03/22/2024 at 11:08:03 AM MDT - by B2B Continental Resources,...

Approved on 03/22/2024 at 10:30:26 AM MDT - by the System
The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 03/22/2024 at 10:30:26 AM MDT - by Charice Trevena
Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/21/2024 at 01:59:43 PM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 03/20/2024 at 04:17:32 AM MDT - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/20/2024 at 04:17:32 AM MDT - by Delene M Fettig

GC – Continental Subpoena 148

Generated 03/22/2024 11:28 AM MDT by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000754

Mar 17, 2024

Invoice   Stark S-1279          Page 1 of 1

Submit to:  CONTINENTAL RESOURCES, INC.
20 N. Broadway
Oklahoma City, OK 73102
Attn:  Northern Completions

Payee:   STARK ENERGY, INC
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015227 | 3/17/24 | OMLID 13-19H | White Owl-Watford City SWD | Service Work | 10 | 5.00 | 145/hr | 725.00 |
| | | | | | | | | $725.00 |

**Continental Resources**

WILLISTON BASIN
LOCATION: OMLID 13-19H
AFE: DL11363      COST CODE: 360
OFFICE: EPPING   TIOGA   SIDNEY   KILLDEER
WATFORD CITY   QUESTIONS? CALL 701-664-3001
*Marty Bard*   3/19/24

GC – Continental Subpoena 149

Confidential

CLR_STARK_BK_SDT-00000755



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015227

Rig Name & #: __Admiral #7__
Ordered By: __Marty Boyd__
(Name)        (Phone)

Date: __3/17/24__          Customer Location/Dept Code: _____

Customer's Name: __Continental Resources Inc.__

Billing Address: _____

Hauled From: __Omlid  13-19H__

Hauled To: __White Owl - Watford City__

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # __5-211__ Trailer # __T-107__

Top Gauge _____ Start Time __6:00am__ Load Start Time _____

Bottom Gauge _____ Stop Time __11:00am__ Unload Stop Time _____

Remarks: __Report to site, spot in truck/trailer, hook into wellhead/Back side to provide suction while Rig Tit. Haul flowback to disposal.__

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work  10. | | | 10/BBl. | 5.0 | 145/hr. | 725.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: __Rob Fetty__          Total Amount: $725⁰⁰

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC - Continental Subpoena 150

Quality Quick Print | ☎ 701 483 4070

Confidential

**Water Drop Slip**



31963

P.O. Box 748 Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._

Location _OMLID 13 - 19 H_

Date _3/17/24_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

**Circle One**

**Freshwater** **Saltwater** (**Flow Back**) _10_ BBL

S.E. Field Invoice # _2015777_

Delivered To _White oil - Watford city_

Thank You,

Driver's Name _Rob Pettry_

Truck # _S-211_

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 151

| **Remit To:** | **Bill To:** | Invoice Amount: | USD 1,450.00 |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Remit to Supplier: | USD 1,450.00 |
| Dickinson | Williston Basin | | |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**   RANSOM 11-30 H2 Service Work. Report to site. Hook into well head. Bleed down for rig crew. Hook into backside provide (-) pressure while rig crew trip in hole. Haul returns to disposal. Work as directed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015229 | | | | | | | |
| 2015765 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL11365.CMP.PRD | AFEW . 5000360 | MUD DISPOSAL / SOIL FARM / PRODUCTION WATER | 1,450.00 |

## Details

| Aler t | Ite m | Charge To | N/A | Rout e | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Tota l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 03/17/2024 - 03/17/2024 | | | |
| | | DL11365.CMP.PRD | | | RANSOM 11-30H2-COMPLETION-PRODUCTION | | | | | | AFEW.5000360 | 290.00 | 290.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 2.00 | 145.00 | 290.00 | (0.00%) | 290.00 | 0.00 | 290.00 | 290.00 | |

| Aler t | Ite m | Charge To | N/A | Rout e | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Tota l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

GC – Continental Subpoena 152

Confidential

CLR_STARK_BK_SDT-00000758

| 2 | Service Work | | Case 24-30168   Doc 118   Filed 07/03/24   Entered 07/03/24 09:41:06   Desc Main | | | | | Service/2024 – 03/17/2024 | | |
| | DL11365.CMP.PRD | | RANSOM 11-30H2-COMPLETION-PRODUCTION | | | | | AFEW.500036 0 | 1160.00 | 1160.00 |
| | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total |
| | | | | 8.00 | 145.00 | 1160.00 | (0.00%) | 1160.00 | 0.00 | 1160.00 |

|  |  | 1450.00 | 1450.00 |

USD     1450.00    1450.00

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Charlce Trevena

**Document Journal**

Exported on 03/22/2024 at 11:11:53 AM MDT – by B2B Continental Resources,...

Approved on 03/22/2024 at 10:31:09 AM MDT - by the System
The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 03/22/2024 at 10:31:09 AM MDT – by Charlce Trevena
Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/21/2024 at 01:59:43 PM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 03/20/2024 at 05:05:45 AM MDT – by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/20/2024 at 05:05:45 AM MDT - by Delene M Fettig

GC – Continental Subpoena 153

Confidential
CLR_STARK_BK_SDT-00000759

Mar 18, 2024                    Invoice   Stark S-1280        Page 1 of 1

Submit to: CONTINENTAL RESOURCES, INC.

Payee:   STARK ENERGY, INC.                 20 N. Broadway
         P.O. Box 748                       Oklahoma City, OK 73102
         Dickinson, ND 58602                Attn: Northern Completions
         (952) 210-6610

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | White Owl-Watford City SWD | Service Work | 3 | 2.00 | 145/hr | 290.00 |
| 2015229 | 3/17/24 | RANSOM A11-30 H2 | White Owl-Watford City SWD | Service Work | 15 | 8.00 | 145/hr | 1160.00 |
| 2015765 | 3/17/24 | RANSOM A11-30 H2 | | | | | | |

$1,450.00

**Continental Resources**

WILLISTON BASIN
LOCATION: Ransom 11-30 H2
AFE: DL 11365     COST CODE: 360
OFFICE   EPPING   TIOGA   SIDNEY   KILLDEER
WATFORD CITY
QUESTIONS? CALL 701-664-3001

GG – Continental Subpoena 154

Confidential



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015229

Rig Name & #: ADMIRAL #7
Ordered By: Manty Boyd
(Name)          (Phone)

Date: 3/17/24

Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: Ransom 11-30 H2

Hauled To: White out - Watford City

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211 _____ Trailer # T-107

Top Gauge _____ Start Time 11:00am _____ Load Start Time _____

Bottom Gauge _____ Stop Time 1:00pm _____ Unload Stop Time _____

Remarks: Report To site , Hook Into well head Bleed Down
for Rig Crew. Work As Directed. Report Back To Yard.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work  3 | | | 3 BBL | 2.0 | 145/BBL | 290.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: Rob Fettig

Total Amount: $290.00

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Work Over

Quality Quick Print | ☎ 701 483 4070

GO w/ Continental Subpoena 155

CLR_STARK_BK_SDT-00000761

**Water Drop Slip**



31964

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc_
Location _Ransom 11-30H2_
Date _3/17/24_
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____

**Circle One**
Freshwater   Saltwater   (Flow Back)   _3_   BBL
S.E. Field Invoice # _7015229_
Delivered To _Whitcul - Watford City_
Thank You.
Driver's Name _Rob Fettig_
Truck # _S-211_

Quality Quick Print

GC – Continental Subpoena 156

Confidential                                    CLR_STARK_BK_SDT-00000762



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015765

Rig Name & #: ADMIRAL #7

Ordered By: MARTY BOYD
(Name)          (Phone)

Date: 3/17/24

Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: RANSOM 11-30 H2

Hauled To: White Owl - Watford City

AFE # _____  PO # _____  PO Line # _____

JSA # _____  Truck # S-211  Trailer # T-107

Top Gauge _____  Start Time 4:30pm  Load Start Time _____

Bottom Gauge _____  Stop Time 12:30Am 3/18/24  Unload Stop Time _____

Remarks: Report To Site  Work As Directo.  Hook into Backside
Provide Backside (-) Pressure While Rig crew TIH.
HWL Returns to Disposal.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | | | 15/BBl. | 8.0 | 145/HR. | 1,160.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: Rob Fettig

Total Amount: $1,160.00

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
GC w-Continental Subpoena 157

Quality Quick Print | ☎ 701-483-1070

**Water Drop Slip**

**STARK ENERGY**

33869

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources Inc

Location  RANSOM 11-30H2

Date  3/17/24

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

Circle One

Freshwater   Saltwater   (Flow Back)  15  BBL

S.E. Field Invoice #  2015765

Delivered To  White Owl — Watford City

Thank You.

Driver's Name  Rob Ettig

Truck #  S-211

Quality Quick Press  701-483-6656

GC – Continental Subpoena 158

Confidential

CLR_STARK_BK_SDT-00000764

| **Remit To:** | **Bill To:** | |
|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount:  USD 1,595.00 |
| Dickinson | Williston Basin | Remit to Supplier:  USD 1,595.00 |
| P.O. Box 748 | Attn: Watford City Field Office | |
| Dickinson , ND | 20 N Broadway | |
| US | Oklahoma City , OK | |
| 58602 | US | |
| 952-210-6610 | 73101 | |
| Supplier Number: 4115267 | | |

**Description:**  RANSOM 11-30 H2 Service Work. Report to site, work as directed. Spot in Truck/Trailer hook into back side while rig crew run in hole. Empty frac tank haul fluid to disposal. Cut due to winds.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015766 | | | | | | | |
| 2015767 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL11365.CMP.PRD | AFEW . 5000360 | MUD DISPOSAL / SOIL FARM / PRODUCTION WATER | 1,595.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | Service Date: 03/18/2024 – 03/18/2024 | | | | |
| | | DL11365.CMP.PRD | | | RANSOM 11-30H2-COMPLETION-PRODUCTION | | | | | | AFEW.5000360 | 1232.50 | 1232.50 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 8.50 | 145.00 | 1232.50 | (0.00%) | 1232.50 | 0.00 | 1232.50 | 1232.50 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

GC – Continental Subpoena 159

Generated 03/22/2024 11:36 AM MDT by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000775

| 2 | Service Work | | Case 24-30168 Doc 118 | | | | | | Service Main 3/2024 - 03/18/2024 | | |
| | DL11365.CMP.PRD | | RANSOM 11-30H2-COMPLETION-PRODUCTION | | | | | | AFEW.5000360 | 362.50 | 362.50 |

| | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2.50 | 145.00 | 362.50 | (0.00%) | 362.50 | 0.00 | 362.50 | 362.50 |

| | | 1595.00 | 1595.00 |
|---|---|---|---|
| USD | | 1595.00 | 1595.00 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Charice Trevena

**Document Journal**

Exported on 03/22/2024 at 11:12:28 AM MDT - by B2B Continental Resources,...

Approved on 03/22/2024 at 10:37:10 AM MDT - by the System
The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 03/22/2024 at 10:37:10 AM MDT - by Charice Trevena
Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/21/2024 at 01:59:43 PM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 03/20/2024 at 10:26:48 AM MDT - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/20/2024 at 10:26:48 AM MDT - by Delene M Fettig

GC – Continental Subpoena 160

Confidential

CLR_STARK_BK_SDT-00000776

| | | | | | Mar 20, 2024 | | Invoice | **Stark S-1281** | | **Page 1 of 1** |

**Payee:**  **STARK ENERGY, INC**

P.O. Box 748

Dickinson, ND 58602

(952) 210-6610

**Submit to: CONTINENTAL RESOURCES, INC.**

20 N. Broadway

Oklahoma City, OK  73102

Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015766 | 3/18/24 | RANSOM 11-30 H2 | White Owl-Watford City SWD | Service Work | 20 | 8.50 | 145/hr | 1232.50 |
| 2015767 | 3/18/24 | RANSOM 11-30 H2 | White Owl-Watford City SWD | Service Work | 4 | 2.50 | 145/hr | 362.50 |

**$1,595.00**

GC – Continental Subpoena 161

Confidential



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015766

Rig Name & #: _Admiral #7_
Ordered By: _Marty Boyd_
                    (Name)          (Phone)

Date: _3/18/23_                    Customer Location/Dept Code: _____

Customer's Name: _Continental Resources_

Billing Address: _____

Hauled From: _Ransom 11-30H2_

Hauled To: _White owl — Watford city_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-711_ Trailer # _T-107_

Top Gauge _____ Start Time _6:00 Am_ Load Start Time _____

Bottom Gauge _____ Stop Time _2:30pm -5_ Unload Stop Time _____

Remarks: _Report - To site , Work as Directed. South Truck/Trailer_
_Hook into back side while Rig Crew RIH._

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | | | 20/BBl | 8.5 | 145/Hr. | 1,232.50 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

**Continental Resources**
WILLISTON BASIN
LOCATION: Ransom 11-30H2
AFE: DL11365    COST CODE: 360
OFFICE: EPPING  TIOGA  SIDNEY  KILLDEER
WATFORD CITY
QUESTIONS? CALL 701-664-3001

Total Amount: _$1,232.50_

Driver Name & Number: _Rob Fetting_

Accepted: _Marty Boyd    3/19/24_

☐ Drilling
☐ Completion
☑ Production
☐ Workover Rig

SC - Continental Subpoena 162

Quality Quick Print ☎ 701 483 4078

**Water Drop Slip**

STARK ENERGY

32281

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources_

Location _RANSOM 11-30H2_

Date _3/18/24_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

Circle One

Freshwater    Saltwater    (Flow Back)    _20_    BBL

S.E. Field Invoice # _2015466_

Delivered To _White oil · williams city_

Thank You.

Driver's Name _Rob R#4_

Truck # _S-211_

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 163

Confidential

CLR_STARK_BK_SDT-00000779



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015767

Rig Name & #: _Admiral #7_
Ordered By: _Marty Boyd_
(Name)         (Phone)

Date: _3/18/24_     Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Ink._

Billing Address: _____

Hauled From: _Ransom 11-30 H2_

Hauled To: _White owl - Watford City_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _5-211_ Trailer # _T-107_

Top Gauge _____ Start Time _3:30pm_ Load Start Time _____

Bottom Gauge _____ Stop Time _6:00pm_ Unload Stop Time _____

Remarks: _Empty Frac tank Hal fivid to Dsposal_
_Aprox 4 BBl. Cut Due to winds Being too Much to Rig Down_

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work 4, | | | 4/BBl. | 2.5 | 195/hr. | 362.50 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

**Continental Resources**

**WILLISTON BASIN**
LOCATION: Ransom 11-30 H2
AFE: DL11365   COST CODE: 360
OFFICE: EPPING   TIOGA   SIDNEY   KILLDEER
Watford City   QUESTIONS? CALL 701-664-3001

Total Amount: $362.50

Driver Name & Number: _Rob Ethy_

Accepted: _Mats Boyd   3/19/24_

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC – Continental Subpoena 164

Quality Quick Print | ☎ 701-483-4970

Confidential

CLR_STARK_BK_SDT-00000780

## Water Drop Slip

**STARK ENERGY**

32282

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name: Continental Resources

Location: RANSOM 1-30 H2

Date: 3/18/24

Top Gauge: _____   Time: _____

Bottom Gauge: _____   Time: _____

Circle One

Freshwater   Saltwater   (Flow Back)   4   BBL

S.E. Field Invoice #: 2015767

Delivered To: White oil - Watford city

Thank You,

Driver's Name: Rob Felty

Truck #: S-211

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 165

CLR_STARK_BK_SDT-00000781

| **Remit To:** | **Bill To:** | Invoice Amount: | USD 1,450.00 |
|---|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Watford City Field Office<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Remit to Supplier: | USD 1,450.00 |

**Description:**   RANSOM 10-30 H Service Work. Report to site work as directed. Spot in truck/trailer. Hook into backside provide (-) pressure while rig trip in hole.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015769 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL11364.CMP.PRD | AFEW . 5000360 | MUD DISPOSAL / SOIL FARM / PRODUCTION WATER | 1,450.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 03/19/2024 - 03/19/2024 | | | |
| | | DL11364.CMP.PRD | | | RANSOM 10-30H-COMPLETION-PRODUCTION | | | | | | AFEW.5000360 | 1450.00 | 1450.00 | |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 10.00 | 145.00 | 1450.00 | (0.00%) | 1450.00 | 0.00 | 1450.00 | 1450.00 | |

|  |  |  |
|---|---|---|
| | 1450.00 | 1450.00 |
| USD | 1450.00 | 1450.00 |

GC – Continental Subpoena 166

Confidential

CLR_STARK_BK_SDT-00000765

**Supplementary Information**

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Charlce Trevena

**Document Journal**

Exported on 03/22/2024 at 11:11:54 AM MDT - by B2B Continental Resources,...

Approved on 03/22/2024 at 10:35:08 AM MDT - by the System
   The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 03/22/2024 at 10:35:08 AM MDT - by Charlce Trevena
   Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/21/2024 at 01:59:43 PM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 03/20/2024 at 06:10:17 AM MDT - by the System
   The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/20/2024 at 06:10:17 AM MDT - by Delene M Fettig

GC – Continental Subpoena 167

Confidential                                                                                   CLR_STARK_BK_SDT-00000766

Mar 20, 2024                    Invoice    **Stark S-1282**           **Page 1 of 1**

**Payee:**  **STARK ENERGY, INC**                  **Submit to:** **CONTINENTAL RESOURCES, INC.**
P.O. Box 748                                        20 N. Broadway
Dickinson, ND 58602                                 Oklahoma City, OK  73102
(952) 210-6610                                      Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015769 | 3/19/24 | RANSOM 10-30 H | White Owl-Watford City SWD | Service Work | 20 | 10.00 | 145/hr | 1450.00 |

**$1,450.00**

GC – Continental Subpoena 168

Confidential                                                          CLR_STARK_BK_SDT-00000767



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015769

Rig Name & #: ADMIRAL #7
Ordered By: MARTY BOYD
　　　　(Name)　　　　　(Phone)

Date: 3/19/24　　　　Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: RANSOM 10-30 H

Hauled To: White Owl — Watford city

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211 Trailer # T-107

Top Gauge _____ Start Time 5:30am Load Start Time _____

Bottom Gauge _____ Stop Time 3:30pm Unload Stop Time _____

Remarks: Report to site work As Directed, Spot in truck/Trailer hook into Backside. Provide (-) pressure while Rig T.I.H.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | | | 20/BBl | 10.0 | 145/HR | 1,450.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

**Continental Resources**
WILLISTON BASIN
LOCATION: RANSOM 10-30H
AFE: DL11364　COST CODE: 360
OFFICE: EPPING  TIOGA  SIDNEY  KILLDEER
WATFORD CITY  QUESTIONS? CALL 701-664-3001

Driver Name & Number: Rob Fettig

Accepted: Marty Boyd

Total Amount: $1,450.00

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC – Continental Subpoena 169

CLR_STARK_BK_SDT-00000768

**Water Drop Slip**

STARK ENERGY

33871

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._
Location _RAWSON 10-30H_
Date _3/19/24_
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____

**Circle One**
Freshwater    Saltwater    (Flow Back)  _70_  BBL
S.E. Field Invoice # _2015 769_
Delivered To _White owl - Watford City_
Thank You,
Driver's Name _Rob Fetty_
Truck # _S-211_

Quality Quick Press | ☎ 701 483.4970

GC – Continental Subpoena 170

Confidential

CLR_STARK_BK_SDT-00000769

| **Remit To:** | **Bill To:** | | |
|---|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Watford City Field Office<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:<br>Remit to Supplier: | USD 652.50<br>USD 652.50 |

**Description:**  OMLID 12-19H Service Work. Report to site bleed down well-back side approx 2500 PSI. Haul F/B to disposal. Empty approx 10bbl from frac tank on site left by hot oiler.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015768 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL11362.CMP.PRD | AFEW . 5000360 | MUD DISPOSAL / SOIL FARM / PRODUCTION WATER | 652.50 |

## Details

| Aler t | Ite m | Charge To | N/ A | Rout e | Property | Field/Leas e | Asset Numbe r | WO | PO | PO Line | Coding | Amoun t | EP Amoun t | Tota l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 03/19/2024 – 03/19/2024 | | | |
| | | DL11362.CMP.PR D | | | OMLID 12-19H-COMPLETION-PRODUCTION | | | | | | AFEW.500036 0 | 652.50 | 652.50 | |
| | | | | | | Quantity | Rate | Subtota l | Discoun t | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 4.50 | 145.00 | 652.50 | (0.00%) | 652.5 0 | 0.00 | 652.50 | 652.50 | |

| | | | |
|---|---|---|---|
| | | 652.50 | 652.50 |
| USD | | 652.50 | 652.50 |

## Supplementary Information

GC – Continental Subpoena 171

Confidential

CLR_STARK_BK_SDT-00000770

**Status: Approved**

## Current Owner

Site: Williston Basin
Department: Watford City Field Office
User: Charice Trevena

## Document Journal

Exported on 03/22/2024 at 11:11:56 AM MDT - by B2B Continental Resources,...

Approved on 03/22/2024 at 10:36:34 AM MDT - by the System
    The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 03/22/2024 at 10:36:34 AM MDT - by Charice Trevena
    Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/21/2024 at 01:59:43 PM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 03/20/2024 at 06:43:26 AM MDT - by the System
    The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/20/2024 at 06:43:26 AM MDT - by Delene M Fettig

GC – Continental Subpoena 172

Generated  03/22/2024 11:35 AM MDT by  **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000771

**Mar 20, 2024**    Invoice    **Stark S-1283**    **Page 1 of 1**

**Payee:** **STARK ENERGY, INC**

P.O. Box 748

Dickinson, ND 58602

(952) 210-6610

**Submit to:** **CONTINENTAL RESOURCES, INC.**

20 N. Broadway

Oklahoma City, OK  73102

Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015768 | 3/19/24 | OMLID 12-19H | White Owl-Watford City SWD | Service Work | 15 | 4.50 | 145/hr | 652.50 |

$652.50

GC – Continental Subpoena 173



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015768

Rig Name & #: __ADMIRAL #7__

Ordered By: __MARTY BOYD__

(Name)          (Phone)

Date: __3/19/24__          Customer Location/Dept Code: _____

Customer's Name: __Continental Resources Inc,__

Billing Address: _____

Hauled From: __OMLID  12-19H__

Hauled To: __White Owl - Watford city__

AFE # _____  PO # _____  PO Line # _____

JSA # _____  Truck # __5-211__  Trailer # __T-107__

Top Gauge _____  Start Time __3:30pm__  Load Start Time _____

Bottom Gauge _____  Stop Time __8:00pm__  Unload Stop Time _____

Remarks: __Report To site Bleed Down well - Back side Aprox 2500__
__Psi, Haul flowback to Disposal, Empty Aprox 10 Bbl. fra__
__Frac tank on site left by hot oiler.__

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | | | 15/Bbl. | 4.5 | 45/hr. | 652.50 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

**Continental Resources**
WILLISTON BASIN
LOCATION: Ransom 10-30H
AFE: DL 11364    COST CODE: 360
OFFICE  EPPING  TIOGA  SIDNEY  KILLDEER
WATFORD CITY
QUESTIONS? CALL 701-664-3001

Driver Name & Number: __Rob Fetty__          Total Amount: __$652.50__

Accepted: __Marty Boyd  3/19/24__

☐ Drilling
☐ Completion
☒ Production
GC w/Continental Subpoena 174

Quality truck Pond | ☎ 701-483-4679

**Water Drop Slip**



33870

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources_

Location _OmLiD 12-19H_

Date _3/19/24_

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

**Circle One**

**Freshwater   Saltwater   (Flow Back)**   15   BBL

S.E. Field Invoice # _205 768_

Delivered To _Whik Owl - Watford City_

Thank You,

Driver's Name _Rob Pettny_

Truck # _S-211_

Quality Quick Print : ☎ 701.483.2070

GC – Continental Subpoena 175

   CLR_STARK_BK_SDT-00000774

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Watford City Field Office<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:<br>Remit to Supplier: | USD 1,377.50<br>USD 1,377.50 |

**Description:** TARENTAISE FEDERAL 10-19H1 Service Work. Report to site haul P/W from CTB to well site off load into frac tank.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015770 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| XW19568.EXP | AFEW . 5000071 | BRINE WATER | 1,377.50 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 03/19/2024 - 03/19/2024 | | | |
| | | XW19568.EXP | | | TARENTAISE FEDERAL 10-19H1 - EXPENSE WORKOVER | | | | | | AFEW.5000071 | 1377.50 | 1377.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 9.50 | 145.00 | 1377.50 | (0.00%) | 1377.50 | 0.00 | 1377.50 | 1377.50 | |

| | | | | 1377.50 | 1377.50 | |
|---|---|---|---|---|---|---|
| USD | | | | 1377.50 | 1377.50 | |

## Supplementary Information

GC – Continental Subpoena 176

Confidential

CLR_STARK_BK_SDT-00000792

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Charice Trevena

**Document Journal**

Exported on 04/02/2024 at 11:03:59 AM MDT - by B2B Continental Resources,...

Approved on 04/02/2024 at 10:32:48 AM MDT - by the System
The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 04/02/2024 at 10:32:48 AM MDT - by Charice Trevena
Code Verified

Commented on 03/26/2024 at 11:22:30 AM MDT - by Charice Trevena
xw19568

Forwarded to Williston Basin/Watford City Field Office on 03/26/2024 at 09:47:54 AM MDT - by Breanna McCarroll

Forwarded to Williston Basin/Accounts Payable on 03/25/2024 at 06:38:45 AM MDT - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/25/2024 at 06:38:45 AM MDT - by Delene M Fettig

GC – Continental Subpoena 177

Confidential                                                                CLR_STARK_BK_SDT-00000793

|         |         |         |         |        | Mar 20, 2024 |  | Invoice | Stark S-1284 |  | Page 1 of 1 |

**Payee:** **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to:** **CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK  73102
Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015770 | 3/19/24 | Tarentaise CTB | TARENTAISE FEDERAL 10-19H1 | Service Work | 480 | 9.50 | 145/hr | 1377.50 |

**$1,377.50**

## Continental Resources

**WILLISTON BASIN**
**LOCATION:** *TARENTAISE FEDERAL 10-19H1*
**AFE:** *XW19568*    **COST CODE:** *071*
**OFFICE:** EPPING   TIOGA   SIDNEY   KILLDEER
*WATFORD CITY*   **QUESTIONS? CALL  701-664-3001**

GC – Continental Subpoena 178

Confidential

CLR_STARK_BK_SDT-00000794



STARK ENERGY, INC.
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015770

Rig Name & #: _Tiger_

Ordered By _Allyn Serna_
            (Name)        (Phone)

Date: _3/19/24_

Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _Tarentaise CTB_

Hauled To: _Tarentaise Federal 10-AH1_

AFE # _____    PO # _____    PO Line # _____

JSA # _____    Truck # _S-211_    Trailer # _T-107_

Top Gauge _____    Start Time _8:00 pm_    Load Start Time _____

Bottom Gauge _____    Stop Time _5:30 Am_    Unload Stop Time _____

Remarks: _Report To site Haul PW from CTB to well-site offload into (Blue) Frac tank. Aprox 430 BBl._

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work  135,140,140,65 | | | 450/BBl. | 9.5 | 145/Hr. | 1,377.50 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: _Rob Fethy_

Total Amount: _$1,377.50_

Accepted: _____

☐ Drilling
☐ Completion
☐ Production
☐ Workover Rig

GC Continental Subpoena 179

CLR_STARK_BK_SDT-00000795

**Water Drop Slip**

S.T.A.R.K.
ENERGY

33872

P.O. Box 748  Dickinson, ND 58602
701-300-1558

#1

Customer Name _Continental Resources_
Location _Tarentaise CTB_
Date _3/19/24_
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____

Circle One
Freshwater   (Saltwater)   Flow Back _135_ BBL
S.E. Field Invoice # _2015770_
Delivered To _Tarentaise Federal 10-1941_

Thank You.
Driver's Name _Rob Fetty_

Truck # _521_

GC – Continental Subpoena 180

Confidential

#2

**Water Drop Slip**

**STARK ENERGY**

33873

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc_

Location _Tarentaise ETG_

Date _3/19/24_

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

**Circle One**

Freshwater   (Saltwater)   Flow Back _140_ BBL

S E Field Invoice # _2015770_

Delivered To _Tarentaise Federal 10-AH1_

Thank You.

Driver's Name _Rob Fetty_

Truck # _S-24_

Quality Quick Print   701-XXX-XXXX

GC – Continental Subpoena 181

Confidential

CLR_STARK_BK_SDT-00000797

#3

**Water Drop Slip**

33874

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources
Location  Breathise CB
Date  3/25/24
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____
Circle One
Freshwater    Saltwater    (Flow Back)   140   BBL
S.E. Field Invoice #  208970
Delivered To  Breathise Federal
Thank You  10-11#
Driver's Name  FEB Tidy
Truck #  5205

GC – Continental Subpoena 182

Confidential

# f

## Water Drop Slip

33875

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name  tonton  Continental Reso

Location  TARANTAX CTB

Date  3/19/24

Top Gauge _____  Time _____

Bottom Gauge _____  Time _____

Circle One

Freshwater   Saltwater  (Flow Back)  65  BBL

S.E. Field Invoice #  2015776

Delivered To  TARANTAX FEDRAL 10-19 HI

Thank You.

Driver's Name  ROB Fetty

Truck #  5-211

GC – Continental Subpoena 183

Confidential                                          CLR_STARK_BK_SDT-00000799

| **Remit To:** | **Bill To:** | Invoice Amount: | USD 1,740.00 |
| --- | --- | --- | --- |
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Remit to Supplier: | USD 1,740.00 |
| Dickinson | Williston Basin | | |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**  OMLID 12-19H Service Work. Report to site work as directed. Spot in truck/trailer, hook into back side. Assist rig crew as needed run in hole.

## Allocation Summary

| Charge To | Coding | Description | Amount |
| --- | --- | --- | --- |
| DL11362.CMP.PRD | AFEW . 5000360 | MUD DISPOSAL / SOIL FARM / PRODUCTION WATER | 1,740.00 |

## Details

| Aler t | Ite m | Charge To | N/ A | Rout e | Property | Field/Leas e | Asset Numbe r | WO | PO | PO Line | Coding | Amoun t | EP Amoun t | Tota l |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1 | Service Work | | | Purchase Category: | | | | | Service Date: 03/20/2024 - 03/20/2024 | | | | |
| | | DL11362.CMP.PR D | | | OMLID 12-19H-COMPLETION-PRODUCTION | | | | | | AFEW.500036 0 | 1740.0 0 | 1740.0 0 | |
| | | | | | | Quantity | Rate | Subtota l | Discoun t | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 12.00 | 145.00 | 1740.00 | (0.00%) | 1740.0 0 | 0.00 | 1740.0 0 | 1740.0 0 | |

| | | |
| --- | --- | --- |
| | 1740.00 | 1740.00 |
| USD | 1740.00 | 1740.00 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office

GC – Continental Subpoena 184

Generated  03/25/2024 4:28 PM MDT by  **ENVERUS** Business Automation

Confidential                                                                                CLR_STARK_BK_SDT-00000782

Exported on 03/25/2024 at 04:08:42 PM MDT - by B2B Continental Resources,...

Approved on 03/25/2024 at 03:03:29 PM MDT - by the System
The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 03/25/2024 at 03:03:29 PM MDT - by Shannon A Harris
Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/25/2024 at 10:53:23 AM MDT - by Rachel Johnson

Submitted on 03/25/2024 at 10:35:20 AM MDT - by Delene M Fettig

Disputed on 03/25/2024 at 09:52:27 AM MDT - by Rachel Johnson
There is no invoice attached.

Forwarded to Williston Basin/Accounts Payable on 03/21/2024 at 11:53:58 AM MDT - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/21/2024 at 11:53:58 AM MDT - by Delene M Fettig

GC – Continental Subpoena 185

Confidential                                                                      CLR_STARK_BK_SDT-00000783

| | | | | | Mar 21, 2024 | | | Invoice | Stark S-1285 | | Page 1 of 1 |

**Payee:** **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to:** **CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK  73102
Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015771 | 3/20/24 | OMLID 12-19H | White Owl - Watford City | Service Work | 25 | 12.00 | 145/hr | 1740.00 |

**$1,740.00**

GC – Continental Subpoena 186

Confidential

CLR_STARK_BK_SDT-00000784



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015771

Rig Name & #: ADMIRAL #7
Ordered By: Craig Willard
          (Name)          (Phone)

Date: 3/20/24

Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: OmLio 12-19H

Hauled To: White Owl - Watford City

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # 5-211 Trailer # T-107

Top Gauge _____ Start Time 5:30Am Load Start Time _____

Bottom Gauge _____ Stop Time 5:30pm Unload Stop Time _____

Remarks: Report to site work As Directed, Spot in truck/Trailer
Hook into Back side, Assist Rig crew As Needed / R.I.H.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | | | 25/88. | 12.0 | 145/HR. | 1,740.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Site: Williston Basin
Department: Watford
Charge To with Suffix: OmLi 12-19H2  CNDPRD
GL Coding: 3160      Dcu 762
Ticket Number: 2015771
Print Name: C. Falk
Sign: _____
Date: 3-21-24
Attn: Jon-R.

Driver Name & Number: Rob Fettig

Total Amount: $1,740.00

Accepted: _____

☐ Drilling
☐ Continental
☒ Production
☐ Workover Rig

GC - Continental Subpoena 187

**Water Drop Slip**



# 33876

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name ~ Continental Resources Inc

Location ~ OmLiP 12-19H

Date ~ 3/20/24

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

**Circle One**

Freshwater    Saltwater    (Flow Back)   25   BBL

S.E. Field Invoice # ~ 295 F.T.

Delivered To ~ White out ~ water for city

Thank You

Driver's Name ~ Rob Fettig

Truck # ~ S-211

GC – Continental Subpoena 188

CLR_STARK_BK_SDT-00000786

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Watford City Field Office<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:<br>Remit to Supplier: | USD 1,885.00<br>USD 1,885.00 |

**Description:**   OMLID 11-19HSL. Service Work. Report to site, spot in truck/trailer. Provide suction to backside of well head after bleeding off well. Work as directed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2015772 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL11347.CMP.PRD | AFEW . 5000360 | MUD DISPOSAL / SOIL FARM / PRODUCTION WATER | 1,885.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 03/21/2024 - 03/21/2024 | | | |
| | | DL11347.CMP.PRD | | | OMLID 11-19HSL-COMPLETION-PRODUCTION | | | | | | AFEW.5000360 | 1885.00 | 1885.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 13.00 | 145.00 | 1885.00 | (0.00%) | 1885.00 | 0.00 | 1885.00 | 1885.00 | |

|  |  |  |  |
|---|---|---|---|
| | | 1885.00 | 1885.00 |
| USD | | 1885.00 | 1885.00 |

GC – Continental Subpoena 189

Generated  03/25/2024 4:37 PM MDT by  **ENVERUS** Business Automation

Confidential                                                                                      CLR_STARK_BK_SDT-00000787

**Supplementary Information**

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Shannon Harris

**Document Journal**

Exported on 03/25/2024 at 04:13:13 PM MDT – by B2B Continental Resources,...

Approved on 03/25/2024 at 03:03:07 PM MDT – by the System
  The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 03/25/2024 at 03:03:07 PM MDT - by Shannon A Harris
  Code Verified

Forwarded to Williston Basin/Watford City Field Office on 03/25/2024 at 01:14:01 PM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 03/22/2024 at 09:35:42 AM MDT - by the System
  The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/22/2024 at 09:35:42 AM MDT – by Delene M Fettig

GC – Continental Subpoena 190

Confidential                                                                                                   CLR_STARK_BK_SDT-00000788

Mar 22, 2024                    Invoice    **Stark S-1286**           **Page 1 of 1**

**Payee:**   **STARK ENERGY, INC**                    Submit to: **CONTINENTAL RESOURCES, INC.**

P.O. Box 748                                         20 N. Broadway

Dickinson, ND 58602                                  Oklahoma City, OK  73102

(952) 210-6610                                       Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2015772 | 3/21/24 | OMLID 11-19HSL | White Owl - Watford City | Service Work | 25 | 13.00 | 145/hr | 1885.00 |

**$1,885.00**

GC – Continental Subpoena 191

Confidential                                                    CLR_STARK_BK_SDT-00000789



STARK ENERGY, INC.
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2015772

Rig Name & #: _Admiral #7_
Ordered By: _Gizmy Willard_
(Name)          (Phone)

Date: _3/21/24_                     Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc_

Billing Address: _____

Hauled From: _Omlid 11-19 HSL_

Hauled To: _White Owl - Watford City_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-211_ Trailer # _T-107_

Top Gauge _____ Start Time _5:30 AM_ Load Start Time _____

Bottom Gauge _____ Stop Time _6:30 pm_ Unload Stop Time _____

Remarks: _Report To site, Spot in truck/Trailer, Provide Suction to Back side of well head After Bleeding off well._

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | | | 25/bbl | 13.0 | 145/hr | 1,885.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Site: Williston Basin
Department: _Well Ops_
Charge To with Suffix: _Omlid 11-19115C_
GL Coding: _363  DC13417C4000__
Ticket Number: _2015772_
Print Name: _Crystal_
Sign: _____
Date: _3-27-24_
Attn: _Jenny Funk_

Driver Name & Number: _Rob Fehty_

Accepted: _____                     Total Amount: _$1,885.00_

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC – Continental Subpoena 192

**Water Drop Slip**



31965

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources Inc.

Location  Omid  11-19 HSL

Date  3/21/24

Top Gauge _____  Time _____

Bottom Gauge _____  Time _____

Circle One

Freshwater    Saltwater    (Flow Back)  25  BBL

S.E Field invoice #  2015772

Delivered To  while oil  watford city

Thank You.

Driver's Name

Rob Fettig

Truck #  5-211          Quality Quick Print : ☎ 701-483-4970

GC – Continental Subpoena 193

| **Remit To:** | **Bill To:** | |
|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount:   USD 1,339.70 |
| Dickinson | Williston Basin | Remit to Supplier:   USD 1,339.70 |
| P.O. Box 748 | Attn: Drilling - Williston Basin | |
| Dickinson , ND | 20 N Broadway | |
| US | Oklahoma City , OK | |
| 58602 | US | |
| 952-210-6610 | 73101 | |
| Supplier Number: 4115267 | | |

**Description:**   BENNER 2-7HSL. Service Work. Report to site. Haul F/W from FWD to day tank on rig site.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023630 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL14449.DRL | AFEW . 5000070 | FRESH WATER | 1,339.70 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 03/28/2024  -  03/28/2024 | | | |
| | | DL14449.DRL | | | BENNER 2-7HSL - DRILLING | | | | | | AFEW.5000070 | 1087.50 | 1087.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 7.50 | 145.00 | 1087.50 | (0.00%) | 1087.50 | 0.00 | 1087.50 | 1087.50 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Water Charge | | | Purchase Category: | | | | | | Service Date: 03/28/2024  -  03/28/2024 | | | |
| | | DL14449.DRL | | | BENNER 2-7HSL - DRILLING | | | | | | AFEW.5000070 | 252.20 | 252.20 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |

GC – Continental Subpoena 194

Confidential                                                                                          CLR_STARK_BK_SDT-00000822

| | | 252.20 | 252.20 |
|---|---|---|---|
| | | 1339.70 | 1339.70 |
| USD | | 1339.70 | 1339.70 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Drilling - Williston Basin
User: Chris Hall

**Document Journal**

Exported on 04/09/2024 at 04:03:31 PM MDT - by B2B Continental Resources,...

Approved on 04/09/2024 at 02:04:07 PM MDT - by the System
The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 04/09/2024 at 02:04:06 PM MDT - by Chris Hall
Code Verified

Forwarded to Williston Basin/Drilling – Williston Basin on 04/01/2024 at 02:12:51 PM MDT - by Teresa M Shortt

Forwarded to Williston Basin/Accounts Payable on 03/29/2024 at 10:31:27 AM MDT – by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 03/29/2024 at 10:31:27 AM MDT - by Delene M Fettig

GC – Continental Subpoena 195

Confidential                                                                CLR_STARK_BK_SDT-00000823

Mar 29, 2024                 Invoice    **Stark S-1287**              **Page 1 of 1**

**Payee:**   **STARK ENERGY, INC**                 **Submit to:**  **CONTINENTAL RESOURCES, INC.**

P.O. Box 748                                         20 N. Broadway

Dickinson, ND 58602                                  Oklahoma City, OK  73102

(952) 210-6610                                       Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023630 | 3/28/24 | M & L F/W Depot | Benner 2-7HSL | Service Work | | 7.50 | 145/hr | 1087.50 |
| | | | | Water Charge | 260 | | .97/bbl | 252.20 |

$1,339.70

GC – Continental Subpoena 196

Confidential                                                    CLR_STARK_BK_SDT-00000824



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023630

Rig Name & #: HP 456

Ordered By: _____

    (Name)       (Phone)

Date: 3/29/24      Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc

Billing Address: _____

Hauled From: M&L Flw Depot

Hauled To: Banner 2-7 HSL

AFE # _____  PO # _____  PO Line # _____

JSA # _____  Truck # 5-211  Trailer # T-107

Top Gauge _____  Start Time 9:00am  Load Start Time _____

Bottom Gauge _____  Stop Time 4:30pm  Unload Stop Time _____

Remarks: Report To site, Haul Flw from FWD to DRY
Tank on Rig site.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | | | 260/BBL | 7.5 | 145/HR | 1,087.50 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | 260/BBL | | .97/BBL | 252.50 |

WILLISTON DRILLING

Cost Code 070
120 lbs

AFE DL/4449  DR16

Lease Name BANNER 2-7HSL

Description FRESH WATER

Signature Jom Mull

Print Name John Mull

Date

Driver Name & Number: Rob Fetty 08/28/24

Total Amount: $1,339.70

Accepted: _____

☒ Drilling
☐ Completion
☐ Production
☐ Workover

Quality Quick Print | ☎ 701-483-4070

GOV Continental Subpoena 197

**Water Drop Slip** 10028

**STARK ENERGY**

P.O. Box 748   Dickinson, ND   58602
701-300-1558

Customer Name Continental Resources Inc

Location M+L F/W Depot

Date 3-28-24

Top Gauge _____ Time: _____

Bottom Gauge _____ Time: _____

Circle One

(Freshwater)   Saltwater   Flow Back 260 BBL

S.E. Field Invoice # 202 3630

Delivered to Benner 2-7 H5L

Thank You,

Driver's Name Rob Ferrig

Truck # S-211

GC – Continental Subpoena 198

CLR_STARK_BK_SDT-00000826

**Invoice #: Stark S-1288**   Case 24-30168   Doc 118   Filed 07/03/24   Entered 07/03/24 09:41:06   Desc Main **Invoice Date: 04/01/2024**

Document   Page 204 of 290

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Watford City Field Office<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:<br>Remit to Supplier: | USD 2,263.20<br>USD 2,263.20 |

**Description:**   PATTERSON FEDERAL 5-13H Fresh Water. Haul F/W to site. Assist rig crew/hot oiler. Offload into insulated frac tank on site.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023632 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| XW19657.EXP | AFEW . 5000070 | FRESH WATER | 523.20 |
| XW19657.EXP | AFEW . 5000074 | FRESH WATER - TRUCKING | 1,740.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 04/01/2024 - 04/01/2024 | | | |
| | | XW19657.EXP | | | PATTERSON FEDERAL 5-13H - EXPENSE WORKOVER-Rod Repair-03/2024 | | | | | | AFEW.5000074 | 1740.00 | 1740.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 12.00 | 145.00 | 1740.00 | (0.00%) | 1740.00 | 0.00 | 1740.00 | 1740.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Water Charge | | | Purchase Category: | | | | | | Service Date: 04/01/2024 - 04/01/2024 | | | |
| | | XW19657.EXP | | | PATTERSON | | | | | | AFEW.5000070 | 523.20 | 523.20 | |

GC – Continental Subpoena 199

Confidential        CLR_STARK_BK_SDT-00000812

| | GENERAL EXPENSE WORKOVER-Rod Repair-03/2024 | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|
| | | 480.00 | 1.09 | 523.20 | (0.00%) | 523.20 | 0.00 | 523.20 | 523.20 |
| | | | | | | | 2263.20 | 2263.20 | |
| USD | | | | | | | 2263.20 | 2263.20 | |

## Supplementary Information

### Status: Approved

### Current Owner

Site: Williston Basin
Department: Watford City Field Office
User: Josh O'Donnell

### Document Journal

Exported on 04/08/2024 at 11:09:11 AM MDT - by B2B Continental Resources,...

Approved on 04/08/2024 at 10:04:12 AM MDT - by Josh T O'Donnell

Forwarded to Josh T O'Donnell on 04/05/2024 at 02:29:51 PM MDT - by Charlce Trevena

Coding Verified on 04/05/2024 at 02:29:51 PM MDT - by Charlce Trevena
Code Verified

Commented on 04/02/2024 at 01:53:47 PM MDT - by Charlce Trevena
xw19657

Forwarded to Williston Basin/Watford City Field Office on 04/02/2024 at 10:53:04 AM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 04/01/2024 at 09:03:22 PM MDT - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 04/01/2024 at 09:03:22 PM MDT - by Delene M Fettig

GC – Continental Subpoena 200

Generated 04/08/2024 11:28 AM MDT by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000813

|  |  | Apr 1, 2024 | | Invoice | Stark S-1288 | | Page 1 of 1 |

**Payee:** **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to:** **CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK  73102
Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023632 | 4/1/24 | WAWSA-Watford/Alexander | PATTERSON FEDERAL 5-13H | Fresh Water | | 12.00 | 145/hr | 1740.00 |
| | | | | Water Charge | 480 | | 1.09/bbl | 523.20 |

$2,263.20

GC – Continental Subpoena 201

CLR_STARK_BK_SDT-00000814



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023632

Rig Name & #: _Tiger Well Svc._
Ordered By: ~~Tiger~~ _Josh O'Donell_
(Name)        (Phone)

Date: _4/1/24_        Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _WAWSA - Watford/Alexander_

Hauled To: _Patterson Federal 5-13 H_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-211_ Trailer # _T-107_

Top Gauge _____ Start Time _7:00am_ Load Start Time _____

Bottom Gauge _____ Stop Time _7:00pm_ Unload Stop Time _____

Remarks: _Haul F/W to site, Assist Rig Crew / Hot oiler offload_
_into insulated Frac tank on site._

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water 120, 120, 120, 120 | | | 480 Bbl. | 12.0 | 145/hr. | 1,740 ⁰⁰ |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | 480 Bbl. | | 1.09/Bbl. | 523.20 |

Driver Name & Number: _Rob Petro_        Total Amount: $2,263.20

Accepted:

**GREG MUNRO**
701.0623.1322
DATE: _04-01-2024_
AFE: _XW19657_ LOE: _____
LOCATION: _Patterson Federal 5-13 H_
COST CODE: _074/070_
SIGNATURE: _Gregory W Munro_
**CONTINENTAL RESOURCES** _Watford_ OFFICE

☐ Drilling
☐ Completion
☐ Production ☒
☐ Workover Rig

GO — Continental Subpoena 202

Quality Quick Print ☎ 701.483.4070

Confidential

CLR_STARK_BK_SDT-00000815

Water Drop Slip      10029



**STARK ENERGY**

P.O. Box 748   Dickinson, ND   58602
701-300-1558

Customer Name _CONTINENTAL RESOURCES INC._

Location _WAWSA - WATFORD / Alexander_

Date _4-1-24_

Top Gauge _____ Time: _____

Bottom Gauge _____ Time: _____

**Circle One**

(Freshwater)   Saltwater   Flow Back _480_ BBL

S.E. Field Invoice # _2023632_

Delivered to _PATTERSON FEDERAL 5-13H_

**Thank You,**

Driver's Name _ROB FETTIG_

Truck # _S-211_

GC – Continental Subpoena 203

Confidential

CLR_STARK_BK_SDT-00000816

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Watford City Field Office<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:<br>Remit to Supplier: | USD 1,522.50<br>USD 1,522.50 |

**Description:**   HENDRICKSON FEDERAL 5-36H1 Repot to site haul in a total of 466bbls of brine water from SWD. Fill frac tank on site.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023631 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| XW19603.EXP | AFEW . 5000071 | BRINE WATER | 1,522.50 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 04/04/2024 - 04/04/2024 | | | |
| | | XW19603.EXP | | | HENDRICKSON FEDERAL 5-36H1 - EXPENSE WORKOVER-Pump Repair - Insert Pump-04/2024 | | | | | | AFEW.5000071 | 1522.50 | 1522.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 10.50 | 145.00 | 1522.50 | (0.00%) | 1522.50 | 0.00 | 1522.50 | 1522.50 | |

| | | |
|---|---|---|
| | 1522.50 | 1522.50 |
| USD | 1522.50 | 1522.50 |

## Supplementary Information

GC – Continental Subpoena 204

Confidential                                                                                          CLR_STARK_BK_SDT-00000817

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Charice Trevena

**Document Journal**

Exported on 04/08/2024 at 10:05:12 PM MDT - by B2B Continental Resources,...

Approved on 04/08/2024 at 12:24:43 PM MDT - by the System
    The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 04/08/2024 at 12:24:43 PM MDT - by Charice Trevena
    Code Verified

Forwarded to Williston Basin/Watford City Field Office on 04/08/2024 at 11:01:30 AM MDT - by Teresa M Shortt

Forwarded to Williston Basin/Accounts Payable on 04/06/2024 at 12:45:46 PM MDT - by the System
    The invoice was forwarded automatically based on recipient routing rules. [Rule 616]

Submitted on 04/06/2024 at 12:45:46 PM MDT - by Delene M Fettig

GC – Continental Subpoena 205

Generated  04/08/2024 10:18 PM MDT by  ENVERUS Business Automation

Confidential

CLR_STARK_BK_SDT-00000818

Apr 5, 2024

**Invoice**   **Stark S-1289**      **Page 1 of 1**

**Payee:**   **STARK ENERGY, INC**

P.O. Box 748

Dickinson, ND 58602

(952) 210-6610

**Submit to: CONTINENTAL RESOURCES, INC.**

20 N. Broadway

Oklahoma City, OK 73102

Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023631 | 4/4/24 | Quale SWD #1 | HENDRICKSON FEDERAL 5-36H1 | Service Work | 466/bbl | 10.50 | 145/hr | 1,522.50 |

Hendrickson Federal 5-36H1                              **$1,522.50**
XW19603
071
Watford City Office
Attn: Josh O'Donnell
Aspyn Serna

GC – Continental Subpoena 206

Confidential



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023631

Rig Name & #: DAKotA
Ordered By: ASPyn SernA
(Name)        (Phone)

Date: 4/4/24

Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inr.

Billing Address: _____

Hauled From: QuAle SWD #1

Hauled To: Hendricson Federal 5-36H1

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # 5-211 Trailer # T-107

Top Gauge _____ Start Time 1:30pm Load Start Time _____

Bottom Gauge _____ Stop Time 12:00Am 4/5/24 Unload Stop Time _____

Remarks: Report To site HAul in A totAl ff 466 BBl.
6ff of Brine wAter from svd, fill frAck tAnk onsite.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Service Work  1,1,1,1 | | | 466 BB. | 10.5 | 145/hr | 1,522.50 |
|---|---|---|---|---|---|---|
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: Bob Fettig

Total Amount: $1,522.50

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC - Continental Subpoena 207

Quality Quick Print | ☎ 701.483.4976

Water Drop Slip



32283

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._

Location _Quale Sup #1_

Date _4 | 4 | 24_

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

**Circle One**

**Freshwater**   (Saltwater)   Flow Back _460_ BBL

S.E. Field Invoice # _7023631_

Delivered To _Hendrickson Federal 5-36H1_

Thank You.

Driver's Name _Rob Fethy_

Truck # _5-711_

Quality Quick Print ☎ 701-483-0000

GC – Continental Subpoena 208

Confidential

| **Remit To:** | **Bill To:** | | |
|---|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Watford City Field Office<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:<br>Remit to Supplier: | USD 1,450.00<br>USD 1,450.00 |

**Description:**  HENDRICKSON 8-36H. Service Work. Report to SWD. Haul in brine H20 to fill frac tank on-site, work as directed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023633 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| XW19342.EXP | AFEW . 5000071 | BRINE WATER | 1,450.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 04/08/2024 - 04/08/2024 | | | |
| | | XW19342.EXP | | | HENDRICKSON 8-36H - EXPENSE WORKOVER | | | | | | AFEW.5000071 | 1450.00 | 1450.00 | |

| | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 10.00 | 145.00 | 1450.00 | (0.00%) | 1450,00 | 0.00 | 1450.00 | 1450.00 | |

|  |  |
|---|---|
| | 1450,00 | 1450.00 |

USD | 1450.00 | 1450.00 |

## Supplementary Information

**Status: Approved**

GC – Continental Subpoena 209

Generated  04/10/2024 4:32 PM MDT by  **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000827

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Charlce Trevena

## Document Journal

Exported on 04/10/2024 at 04:09:55 PM MDT - by B2B Continental Resources,...

Approved on 04/10/2024 at 02:20:26 PM MDT - by the System
The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 04/10/2024 at 02:20:26 PM MDT - by Charlce Trevena
Code Verified

Forwarded to Williston Basin/Watford City Field Office on 04/10/2024 at 09:13:05 AM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 04/09/2024 at 10:51:45 AM MDT - by the System
The invoice was forwarded automatically based on recipient routing rules. [Rule 601]

Submitted on 04/09/2024 at 10:51:45 AM MDT - by Delene M Fettig

GC – Continental Subpoena 210

Generated 04/10/2024 4:32 PM MDT by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000828

|  | Apr 9, 2024 |  | **Invoice** | **Stark S-1290** | **Page 1 of 1** |

**Payee:** **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to: CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023633 | 4/8/24 | Quale SWD #1 | HENDRICKSON 8-36H | Service Work | 466/bbl | 10.00 | 145/hr | 1,450.00 |

**$1,450.00**

Hendrickson 8-36H
XW19342
071
Watford City Office
Attn: Josh O'Donnell
Aspyn Serna

*Aspyn Serna*

GC – Continental Subpoena 211

Confidential



**STARK ENERGY, INC.**
**P.O. Box 748**
**Dickinson, ND 58602**
**701-300-1558**

2023633

Rig Name & #: DAKota chemical 25
Ordered By: ASPYN Seann
(Name)        (Phone)

Date: 4/8/24        Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: Quale SWD #1

Hauled To: HenDrickson 8-36H 2

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-711 Trailer # T-107

Top Gauge _____ Start Time 12:00 pm Load Start Time _____

Bottom Gauge _____ Stop Time 10:00 pm Unload Stop Time _____

Remarks: Report To SWD, HAul in BRine H2o to fill frac
TAnk on-site, work As Directed #32284

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work  \|,\|,\|,\| | | | 466/BB. | 10,0 | 195/Hr | 1,950 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: RoB Fettig        Total Amount: $1,950

Accepted: _____

☐ Drilling
☐ Completion        GC - Continental Subpoena 212
☒ Production
☐ Workover Rig

Quality Quick Print | ☎ 701-483-4676

Water Drop Slip

32284

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._

Location _Quale Sud H1_

Date _4/8/24_

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

Circle One

Freshwater   (Saltwater)   Flow Back _466_   BBL

S.E. Field Invoice # _2023633_

Delivered To _Hendrickson 8-36 H_

Thank You.

Driver's Name _Rob Fetty_

Truck # _S-211_

GC – Continental Subpoena 213

Confidential

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 1,522.50 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 1,522.50 |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**   ANGUS FEDERAL 11-9H2 Service Work. Report to site haul in clean brine H20. Fill frac tank on site. Worked as directed.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023634 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| XW19796.EXP | AFEW . 5000071 | BRINE WATER | 1,522.50 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 04/10/2024  -  04/10/2024 | | | |
| | | XW19796.EXP | | | ANGUS FEDERAL 11-9H2 - EXPENSE WORKOVER-Gas Lift Failure-04/2024 | | | | | | AFEW.5000071 | 1522.50 | 1522.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 10.50 | 145.00 | 1522.50 | (0.00%) | 1522.50 | 0.00 | 1522.50 | 1522.50 | |

|  |  |  |  |  |  |  |  |  | 1522.50 | 1522.50 |
|---|---|---|---|---|---|---|---|---|---|---|

| USD | | | | | | | | | 1522.50 | 1522.50 |

## Supplementary Information

GC – Continental Subpoena 214

Generated 04/25/2024 11:28 AM MDT by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000839

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Charlce Trevena

**Document Journal**

Exported on 04/25/2024 at 11:06:58 AM MDT - by B2B Continental Resources,...

Approved on 04/25/2024 at 09:38:35 AM MDT - by the System
   The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 04/25/2024 at 09:38:35 AM MDT - by Charlce Trevena
   Code Verified

Commented on 04/18/2024 at 11:43:29 AM MDT - by Charlce Trevena
   xw19796

Forwarded to Williston Basin/Watford City Field Office on 04/16/2024 at 10:30:52 AM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 04/15/2024 at 09:17:05 AM MDT - by the System
   The invoice was forwarded automatically based on recipient routing rules. [Rule 601]

Submitted on 04/15/2024 at 09:17:05 AM MDT - by Delene M Fettig

GC – Continental Subpoena 215

Confidential                                                                      CLR_STARK_BK_SDT-00000840

Apr 10, 2024

Invoice **Stark S-1291**   Page **1** of **1**

Payee: **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

Submit to: **CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023634 | 4/10/24 | Tarentaise CTB | ANGUS FEDERAL 11-9H2 | Service Work | 447/bbls | 10.50 | 145/hr | 1,522.50 |

$1,522.50

**Continental Resources**
**WILLISTON BASIN**
**LOCATION:** ANGUS FEDERAL 11-9H2
**AFE:** XLWI9796   **COST CODE:** 071
**OFFICE:** EPPING   TIOGA   SIDNEY   KILLDEER
WATFORD CITY
**QUESTIONS? CALL   701-664-3001**

Mark Boyd 4/18/24

GC – Continental Subpoena 216

CLR_STARK_BK_SDT-00000841



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023634

Rig Name & #: _DAKota Chemical 25_
Ordered By: _MARty Boyd_
(Name)        (Phone)

Date: _4/10/24_                Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _TARentaise CTB_

Hauled To: _Angus Federal 11-9H2_

AFE # _____   PO # _____   PO Line # _____

JSA # _____   Truck # _S-211_   Trailer # _T-107_

Top Gauge _____   Start Time _11:30 pm Am_   Load Start Time _____

Bottom Gauge _____   Stop Time _10:00pm_   Unload Stop Time _____

Remarks: _Report To-site Haul in clean Brine to Fill Rac tAnk on site_
_Worked As Directed.  # 32285, #32286, #32287, #32288_

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Service Work  141, 148, 122, 36 | | | 447 BBl. | 10.5 | 145/HR. | 1,522.50 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: _Bob Fettig_                Total Amount: _$1,522.50_

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC - Continental Subpoena 217

Quality Quick Print | ☎ 701.483.4070

Confidential

CLR_STARK_BK_SDT-00000842

#1

### Water Drop Slip

**STARK ENERGY**

32285

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources Inc

Location  TArenhise CTB

Date  4/10/24

Top Gauge  1344577      Time

Bottom Gauge  1344718      Time

**Circle One**

Freshwater  (Saltwater)   Flow Back  141   BBL

S.E. Field Invoice #  202363.4

Delivered To  ANgus FORAY 11-9HZ

Thank You,

Driver's Name  Rob Fettig

Truck #  S-211

GC – Continental Subpoena 218

CLR_STARK_BK_SDT-00000843

#2

**Water Drop Slip**

STARK ENERGY

32286

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources Inc.
Location  Heritage CTB
Date  4/10/24
Top Gauge  134478  Time
Bottom Gauge  134486  Time

Circle One

Freshwater   (Saltwater)   Flow Back  148  BBL

S.E. Field Invoice #  2023634

Delivered To  Angus Federal  11-9 H2

Thank You,

Driver's Name  Rob Rettig

Truck #  8-211

Quality Quick Print  ☎ 701 483 4670

GC – Continental Subpoena 219

#3

## Water Drop Slip

**STARK ENERGY**

32287

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc_
Location _TARENTAISE   CTB_
Date _4|10|24_
Top Gauge _1,344,866_ Time _____
Bottom Gauge _1,344,938_ Time _____
Circle One
Freshwater   (Saltwater)   Flow Back _127_ BBL
S.E. Field Invoice # _2023634_
Delivered To _ANGUS FEDERAL  11-9H2_
Thank You.
Driver's Name _Bob Fettig_
Truck # _S-211_

GC – Continental Subpoena 220

CLR_STARK_BK_SDT-00000845

# Water Drop Slip

**STARK ENERGY**

## 32288

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources Int.

Location  THRestAise C TB

Date  4/10/24

Top Gauge  1344988   Time

Bottom Gauge  1345024   Time

**Circle One**

Freshwater   (Saltwater)   Flow Back   36 BBL

S.E Field Invoice #  023634

Delivered To  ARgus FEDeeAl  11-9HZ

Thank You.

Driver's Name  RoB Fettig

Truck #  541

GC – Continental Subpoena 221

Confidential

CLR_STARK_BK_SDT-00000846

**Remit To:**

**Stark Energy, Inc.**
Dickinson
P.O. Box 748
Dickinson , ND
US
58602
952-210-6610
Supplier Number: 4115267

**Bill To:**

**Continental Resources, Inc.**
Williston Basin
Attn: Watford City Field Office
20 N Broadway
Oklahoma City , OK
US
73101

| | |
|---|---|
| Invoice Amount: | USD 2,408.20 |
| Remit to Supplier: | USD 2,408.20 |

**Description:**   AKRON 4-34H Fresh Water. Report to FWD haul FW to site. Fill FT528 on-site w/approx 480bbl FW.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023635 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| XW19805.EXP | AFEW . 5000071 | BRINE WATER | 2,408.20 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fresh Water | | | Purchase Category: | | | | | | Service Date: 04/11/2024 - 04/11/2024 | | | |
| | | XW19805.EXP | | | AKRON 4-34H - EXPENSE WORKOVER-Rod Pump failure | | | | | | AFEW.5000071 | 1885.00 | 1885.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 13.00 | 145.00 | 1885.00 | (0.00%) | 1885.00 | 0.00 | 1885.00 | 1885.00 | |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | Water Charge | | | Purchase Category: | | | | | | Service Date: 04/11/2024 - 04/11/2024 | | | |
| | | XW19805.EXP | | | AKRON 4-34H - EXPENSE WORKOVER-Rod | | | | | | AFEW.5000071 | 523.20 | 523.20 | |

GC – Continental Subpoena 222

Confidential                                                                                CLR_STARK_BK_SDT-00000862

| Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|
| 480.00 | 1.09 | 523.20 | (0.00%) | 523.20 | 0.00 | 523.20 | 523.20 |
| | | | | | | 2408.20 | 2408.20 |

USD

| | | | | | | 2408.20 | 2408.20 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Jamie Benth

**Document Journal**

Exported on 04/29/2024 at 11:02:16 AM MDT - by B2B Continental Resources....

Approved on 04/29/2024 at 07:47:39 AM MDT - by Jamie M Benth

Forwarded to Jamie M Benth on 04/24/2024 at 10:56:18 AM MDT - by Shannon A Harris

Coding Verified on 04/24/2024 at 10:56:18 AM MDT - by Shannon A Harris
    Code Verified

Forwarded to Williston Basin/Watford City Field Office on 04/15/2024 at 01:18:46 PM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 04/12/2024 at 08:17:15 AM MDT - by the System
    The invoice was forwarded automatically based on recipient routing rules. [Rule 601]

Submitted on 04/12/2024 at 08:17:15 AM MDT - by Delene M Fettig

GC – Continental Subpoena 223

Confidential                                                                                                                    CLR_STARK_BK_SDT-00000863

Apr 12, 2024      Invoice    **Stark S-1292**      **Page 1 of 1**

| Payee: | **STARK ENERGY, INC** | | Submit to: | **CONTINENTAL RESOURCES, INC.** |
|---|---|---|---|---|
| | P.O. Box 748 | | | 20 N. Broadway |
| | Dickinson, ND 58602 | | | Oklahoma City, OK 73102 |
| | (952) 210-6610 | | | Attn: Northern Completions |

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023635 | 4/11/24 | WAWSA-FWD | AKRON 4-34H | Fresh Water | | 13.00 | 145/hr | 1,885.00 |
| | | | | Water Charge | 480/bbl | | 1.09/bbl | 523.20 |

**$2,408.20**

GC – Continental Subpoena 224

Confidential

CLR_STARK_BK_SDT-00000864



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023635

Rig Name & #: Tiger Rig #12
Ordered By: Aspyn Serna
(Name)          (Phone)

Date: 4/11/24

Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

LOCATION: Akron 4-34H
AFE: XW/19405 SUFFIX: EXP
COST CODE: 071
OFFICE: Watford City
SIGNATURE: Jamie Ba...
PRINTED NAME: Jamie Benth
ATTN: JAMIE BENTH

Billing Address: _____

Hauled From: WAWSA — FWD

Hauled To: AKRON 4-34H

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211 Trailer # T-107

Top Gauge _____ Start Time 8:00 pm Load Start Time _____

Bottom Gauge _____ Stop Time 9:00 pm Unload Stop Time _____

Remarks: Report to FWD, then Fw to site. Fill FT528 onsite
w/ Approx 450 BBl. Fw.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service Work | | | | | | |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water  120, 120, 120, 120 | | | 450/BBl. | 13.0 | 145/hr | 1,885.00 |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | 450/BBl. | | 1.09/BBl. | 523.20 |

Driver Name & Number: Rob Fettig

Total Amount: $2,408.20

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

GC – Continental Subpoena 225

Quality Quick Print | ☎ 701.483.4070

**Water Drop Slip**



32289

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc_
Location _WAWSA - FWD_
Date _4/11/24_
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____

Circle One
(Freshwater)   Saltwater   Flow Back _450_ BBL
S.E. Field Invoice # _2023635_
Delivered To _Akron 4-34H_
Thank You,

Driver's Name _Rob Petty_
Truck # _S-711_

Quality Quick Print  ☎ 701 483 4070

GC – Continental Subpoena 226

Confidential                                    CLR_STARK_BK_SDT-00000866

| **Remit To:** | **Bill To:** | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 1,377.50 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 1,377.50 |
| P.O. Box 748 | Attn: Watford City Field Office | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:**     BOHMBACH 14A-26H2 Service Work. Report to site work as directed. Haul in clean brine H20 fill blue frac tank on site. Approx 87bbls was in tank.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023636 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| XW19793.EXP | AFEW . 5000071 | BRINE WATER | 1,377.50 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | Service Date: 04/13/2024 - 04/13/2024 | | | | |
| | | XW19793.EXP | | | BOHMBACH 14A-26H2 - EXPENSE WORKOVER-Rod Pump failure-04/2024 | | | | | | AFEW.5000071 | 1377.50 | 1377.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 9.50 | 145.00 | 1377.50 | (0.00%) | 1377.50 | 0.00 | 1377.50 | 1377.50 | |

| | | | | | | | | | 1377.50 | 1377.50 | |

| USD | | | | | | | | | 1377.50 | 1377.50 | |

## Supplementary Information

GC – Continental Subpoena 227

Generated  04/25/2024 11:28 AM MDT by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000832

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Charice Trevena

**Document Journal**

Exported on 04/25/2024 at 11:06:58 AM MDT - by B2B Continental Resources,...

Approved on 04/25/2024 at 09:38:00 AM MDT - by the System
   The invoice was approved automatically based on workflow routing rules. [Rule 41]

Coding Verified on 04/25/2024 at 09:38:00 AM MDT - by Charice Trevena
   Code Verified

Commented on 04/18/2024 at 11:42:27 AM MDT - by Charice Trevena
   xw19793

Forwarded to Williston Basin/Watford City Field Office on 04/16/2024 at 10:30:52 AM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 04/15/2024 at 09:10:33 AM MDT - by the System
   The invoice was forwarded automatically based on recipient routing rules. [Rule 601]

Submitted on 04/15/2024 at 09:10:33 AM MDT - by Delene M Fettig

GC – Continental Subpoena 228

Generated 04/25/2024 11:28 AM MDT by **ENVERUS** Business Automation

Confidential                                                          CLR_STARK_BK_SDT-00000833

Apr 13, 2024          Invoice     Stark S-1293          Page 1 of 1

**Payee:**    **STARK ENERGY, INC**                    Submit to: **CONTINENTAL RESOURCES, INC.**

P.O. Box 748                                           20 N. Broadway

Dickinson, ND 58602                                    Oklahoma City, OK 73102

(952) 210-6610                                         Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023636 | 4/13/24 | TARENTAISE CTB | BOHMBACH 14A-26H2 | Service Work | 393/bbl | 9.50 | 145/hr | 1,377.50 |

$1,377.50

GC – Continental Subpoena 229



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

**Continental Resources**
WILLISTON BASIN
LOCATION: BOHMBACH 14A-26H2
AFE: XWJ9793   COST CODE: 071
OFFICE   EPPING   TIOGA   SIDNEY   KILLDEER
QUESTIONS? CALL 701-664-3001

2023236

Rig Name & #: DAKOTA Chemical #25
Ordered By: MARTY BOYD
(Name)   (Phone)

Date: 4/13/24

Customer Location/Dept Code:

Customer's Name: Continental Resources Inc.

Billing Address:

Hauled From: TARentAise   CTB

Hauled To: BoHMBAch   14A-26H2

AFE # ___   PO # ___   PO Line # ___

JSA # ___   Truck # S-211   Trailer # T-107

Top Gauge ___   Start Time 7:00 Am   Load Start Time ___

Bottom Gauge ___   Stop Time 4:30pm   Unload Stop Time ___

Remarks: Report To-site Work As Directed Haul in clean Brine
H2O Fill Blue Fill tank on site. Aprox 87 BBl. in tank #'5 33879,
#33878, #33877

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work 142, 140, 111 | | | 393/BBl. | 9.5 | 145/BBl | 1,377.50 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: RoB Pettig

Accepted: Marty Boyd 4/13/24

Total Amount: $1,377.50

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

Quality Quick Print | 701.483.4070

GC - Continental Subpoena 230

CLR_STARK_BK_SDT-00000835

#1

**Water Drop Slip**

STARK ENERGY

33879

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources Inc.

Location  TARent Aise  CTB

Date  4/13/24

Top Gauge  1345024        Time

Bottom Gauge  ~~1345706~~  1345166    Time

Circle One
Freshwater  (Saltwater)    Flow Back  142  BBL

S.E. Field Invoice #  2028636

Delivered To  BOttmBAch  141-26H2

Thank You.

Driver's Name  RoB Fetty

Truck #  S24

Quality Quick Print • ☎ 701-483-4076

Confidential

#2

**Water Drop Slip**

STARK ENERGY

33878

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources Inc.
Location  Tavis + Ase CTB
Date  4/13/24
Top Gauge  1345166          Time
Bottom Gauge  1345306         Time

Circle One
Freshwater  (Saltwater)  Flow Back  140  BBL
S.E. Field Invoice #  1023636
Delivered To  Bohmbach  14A-26 #2

Thank You,

Driver's Name
BoB Petty
Truck #  S-24

Quality Quick Print  ☎ 701-483-4070

GC – Continental Subpoena 232

Confidential

CLR_STARK_BK_SDT-00000837

#3

**Water Drop Slip**

STARK
ENERGY

33877

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources Inc,
Location            Arentoise C TB
Date  4/13/24
Top Gauge  1345 786
Bottom Gauge  1345417
Time _____
Time _____
**Circle One**
Freshwater  (Saltwater)  Flow Back  111
S.E. Field Invoice #  70236036          BBL
Delivered To  BOHMBACH 14-A -26 H2
Thank You,
Driver's Name  ROB Petty
Truck #  5-21

Quality Quick Fast ▪ 701.483.6076

GC – Continental Subpoena 233

Confidential

CLR_STARK_BK_SDT-00000838

| Remit To: | Bill To: | | |
|---|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Watford City Field Office<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:<br>Remit to Supplier: | USD 2,755.00<br>USD 2,755.00 |

**Description:**    ANTELOPE FEDERAL 11-32H2 Service Work. Report to site work as directed. Haul in clean brine fill (2) frac tanks on site.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023637 | | | | | | | |
| 2023638 | | | | | | | |
| 2023639 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| CW07136.CAP | AFEW . 5000071 | BRINE WATER | 2,755.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 04/15/2024 - 04/15/2024 | | | |
| | | CW07136.CAP | | | ANTELOPE FEDERAL 11-23H2 - CAPITAL INTANGIBLES & DOWNHOLE EQUIP-Green Pull-04/2024 | | | | | | AFEW.5000071 | 1667.50 | 1667.50 | |

| | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 11.50 | 145.00 | 1667.50 | (0.00%) | 1667.50 | 0.00 | 1667.50 | 1667.50 | |

GC – Continental Subpoena 234

Confidential                                                                                    CLR_STARK_BK_SDT-00000847

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 2 | Service Work |  |  | Purchase Category: |  |  |  |  |  | Service Date: 04/16/2024 - 04/16/2024 |  |  |  |
|  |  | CW07136.CAP |  |  | ANTELOPE FEDERAL 11-23H2 - CAPITAL INTANGIBLES & DOWNHOLE EQUIP-Green Pull-04/2024 |  |  |  |  |  | AFEW.5000071 | 725.00 | 725.00 |  |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 5.00 | 145.00 | 725.00 | (0.00%) | 725.00 | 0.00 | 725.00 | 725.00 |

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 3 | Service Work |  |  | Purchase Category: |  |  |  |  |  | Service Date: 04/16/2024 - 04/16/2024 |  |  |  |
|  |  | CW07136.CAP |  |  | ANTELOPE FEDERAL 11-23H2 - CAPITAL INTANGIBLES & DOWNHOLE EQUIP-Green Pull-04/2024 |  |  |  |  |  | AFEW.5000071 | 362.50 | 362.50 |  |

| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 2.50 | 145.00 | 362.50 | (0.00%) | 362.50 | 0.00 | 362.50 | 362.50 |

|  |  | 2755.00 | 2755.00 |
|---|---|---|---|
| USD |  | 2755.00 | 2755.00 |

## Supplementary Information

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Watford City Field Office
User: Josh O'Donnell

**Document Journal**

GC – Continental Subpoena 235

Confidential                                                                    CLR_STARK_BK_SDT-00000848

Exported on 04/26/2024 at 04:... on 2024 ... 2024 Original Filed on ...

Approved on 04/26/2024 at 02:19:15 PM MDT - by Josh T O'Donnell

Forwarded to Josh T O'Donnell on 04/25/2024 at 09:47:39 AM MDT - by Charlce Trevena

Coding Verified on 04/25/2024 at 09:47:39 AM MDT - by Charlce Trevena
  Code Verified

Commented on 04/17/2024 at 01:51:07 PM MDT - by Charlce Trevena
  CW07136

Forwarded to Williston Basin/Watford City Field Office on 04/17/2024 at 01:35:49 PM MDT - by Rachel Johnson

Forwarded to Williston Basin/Accounts Payable on 04/16/2024 at 01:21:38 PM MDT - by the System
  The invoice was forwarded automatically based on recipient routing rules. [Rule 601]

Submitted on 04/16/2024 at 01:21:38 PM MDT - by Delene M Fettig

GC – Continental Subpoena 236

Generated  04/26/2024 4:12 PM MDT by  ENVERUS Business Automation

Confidential

CLR_STARK_BK_SDT-00000849

|  | Apr 16, 2024 |  |  | Invoice | **Stark S-1294** |  | **Page 1 of 1** |

| Payee: | **STARK ENERGY, INC** |
| | P.O. Box 748 |
| | Dickinson, ND 58602 |
| | (952) 210-6610 |

Submit to: **CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK  73102
Attn:  Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023637 | 4/15/24 | Tarentaise CTB | ANTELOPE FEDERAL 11-23H2 | Service Work | 627/bbl | 11.50 | 145/hr | 1,667.50 |
| 2023639 | 4/16/24 | Quale SWD #1 | ANTELOPE FEDERAL 11-23H2 | Service Work | 244/bbl | 5.00 | 145/hr | 725.00 |
| 2023638 | 4/16/24 | Tarentaise CTB | ANTELOPE FEDERAL 11-23H2 | Service Work | 100/bbl | 2.50 | 145/hr | 362.50 |

$2,755.00

**Continental Resources**
**WILLISTON BASIN**
LOCATION: _ANTELOPE FEDERAL 11-3EH2_
AFE: _PENDING_    COST CODE: _071_
OFFICE: EPPING  TIOGA  SIDNEY  KILLDEER
WATFORD CITY  QUESTIONS? CALL  701-664-3001
_Matt Bank_ 4/16/24

GC – Continental Subpoena 237

Confidential

CLR_STARK_BK_SDT-00000850



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023637

Rig Name & #: DAKota chemical R#25

Ordered By: Marty Boyd

(Name)   (Phone)

Date: 4/15/24

Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: TARentaise CTB

Hauled To: Antelope Federal ~~11-32H2~~ **11-23H2**

AFE # _____   PO # _____   PO Line # _____

JSA # _____   Truck # S-211   Trailer # T-107

Top Gauge _____   Start Time 3:30 pm   Load Start Time _____

Bottom Gauge _____   Stop Time 3:00Am 4/16/24   Unload Stop Time _____

Remarks: Report to site work As Directed. HAul in clean Brine
Fill (2) Frac tanks onsite (#5) 31966, #33880, #31967, #31968, #5 31969

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Service Work 140,141,136, 169, 141 | | | ~~45/BBL~~ 627/BBL | 11.5 | 145/Hr. | 1,667.50 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: Rob Petty

Total Amount: $1,667.50

Accepted: _____

☐ Drilling
☐ Completion
GCX Continental Subpoena 238
☒ Production
☐ Workover Rig

Quality Quick Print | ☎ 701.483.4070

Confidential

CLR_STARK_BK_SDT-00000851

#1

**Water Drop Slip**

STATE ENERGY

31966

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources Inc
Location  Tarentaise CTB
Date  4/15/24
Top Gauge  134-5417   Time
Bottom Gauge  134.5557   Time
Circle One
Freshwater  (Saltwater)  Flow Back  140  BBL
S.E. Field Invoice #  302 3637
Delivered To  Antelope Federal  11-32H

**11-23H2**

Thank You.
Driver's Name  Rob Fetty
Truck #  S-211

GC – Continental Subpoena 239

Confidential

CLR_STARK_BK_SDT-00000852

#2

**Water Drop Slip**

**STARK ENERGY**

33880

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources Inc
Location  Threntense CTB
Date  4/15/24
Top Gauge  124-5557  Time
Bottom Gauge  134-5698  Time

Circle One
Freshwater  (Saltwater)  Flow Back  141  BBL
S.E. Field Invoice #  7023637
Delivered To  Antelope Federal  ~~11-32H2~~

Thank You.

**11-23H2**

Driver's Name  Rob Fetty

Truck #  S-211  J-107

Quality Quick Print  ☎ 701.483.4879

GC – Continental Subpoena 240

Confidential

CLR_STARK_BK_SDT-00000853

#3

### Water Drop Slip

**STARK ENERGY**

31967

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name  ContinentAL Resources Inc.

Location  Tarentase  CTB

Date  4/15/24

Top Gauge  1345698   Time

Bottom Gauge  1345834   Time

Circle One

Freshwater  (Saltwater)   Flow Back  136   BBL

S.E. Field Invoice #  2023637

Delivered To  Antelope Federal  11-32-H2-

**11-23H2**

Thank You,

Driver's Name  BoB Petty

Truck #  S-211

Quality Quick Press   ☎ 701-483-4076

GC – Continental Subpoena 241

Confidential

CLR_STARK_BK_SDT-00000854

#4

**Water Drop Slip**

**STARK ENERGY**

31968

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name: Continental Resources Inc

Location: Tarentaise CTB

Date: 4/16/24

Top Gauge: 1345834    Time: _____

Bottom Gauge: 345898    Time: _____
903

Circle One

Freshwater  (Saltwater)    Flow Back  88 69 BBL

S.E. Field Invoice #: 2023637

Delivered To: Antelope Federal  11-32H2

Thank You.    **11-23H2**

Driver's Name: Rob Felby

Truck #: 5-24

Quality Quick Print • ☎ 701-483-4070

GC – Continental Subpoena 242

Confidential

CLR_STARK_BK_SDT-00000855

#5

**Water Drop Slip**

**STARK ENERGY**

31969

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources_
Location _Tarentaise CTB_
Date _4/16/24_
Top Gauge _145 ~~898~~ 903_   Time _____
Bottom Gauge _134.6044_   Time _____

Circle One

Freshwater   (Saltwater)   Flow Back _141_   BBL
S E Field Invoice # _7023637_
Delivered To _Antelope Federal_ ~~11-23-H2~~

Thank You.

**11-23H2**

Driver's Name _Rob Fetty_
Truck # _S-211_

Quality Quick Print   ☎ 701-483-4976

GC – Continental Subpoena 243

Confidential

CLR_STARK_BK_SDT-00000856



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023639

Rig Name & #: _DAKOTA_
Ordered By: _MARTY BOYD_
(Name)          (Phone)

Date: _4/16/24_         Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _Quale SWD #1_

Hauled To: _Antelope Federal_ ~~11-32-H2~~ **11-23H2**

AFE # _____   PO # _____   PO Line # _____

JSA # _____   Truck # _S-211_   Trailer # _T-107_

Top Gauge _____   Start Time _3:00Am_   Load Start Time _____

Bottom Gauge _____   Stop Time _8:00Am_   Unload Stop Time _____

Remarks: _HAUL Clean Brine from wellsite/SWD to location offload into Blue Frac tank. #31895, #31896_

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | 122, 122 | | 244/BBl. | 5.0 | 145/hr | 725.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: _RoB Fetty_

Accepted: _____

Total Amount: _$725.00_

☐ Drilling
☐ Completion
☒ Continental
☐ Workover Rig

GCX Continental Subpoena 244

Quality Quick Print  ☎ 701.483.4070

#1

**Water Drop Slip**

STARK ENERGY

31895

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._
Location _Quale Swd #1_
Date _4/16/24_
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____

Circle One
Freshwater  (Saltwater)  Flow Back _122_ BBL
S.E. Field Invoice # _2023639_
Delivered To _Antelope RDeral 11-32-H2_
Thank You,
**11-23H2**
Driver's Name _Rob Fettig_
Truck # _S-211_

Quality Quick Print | ☎ 701.483.4070

GC – Continental Subpoena 245

Confidential

CLR_STARK_BK_SDT-00000858

#2

**Water Drop Slip**

**S.T.A.R.K.**
**ENERGY**

31896

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources In._

Location _Quale SWD #1_

Date _4/16/24_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

**Circle One**

Freshwater  (Saltwater)  Flow Back _122_ BBL

S.E. Field Invoice # _702 3639_

Delivered To _Antelope Roeml_ ~~11-32H2~~

Thank You,

**11-23H2**

Driver's Name _Rob Fettig_

Truck # _S-211_

Quality Quick Print · ☎ 701-483-4070

GC – Continental Subpoena 246

Confidential

CLR_STARK_BK_SDT-00000859



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023638

Rig Name & #: Dakota Chemical R#25
Ordered By: Mary Boyd
(Name)                    (Phone)

Date: 4/16/24          Customer Location/Dept Code: _____

Customer's Name: Continental ~~Resource~~ Resources Inc.

Billing Address: _____

Hauled From: Tarentaise CTB

Hauled To: Antelope Federal ~~11-32H2~~ 11-23H2

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211      Trailer # T-107

Top Gauge _____ Start Time 8:00 Am     Load Start Time _____

Bottom Gauge _____ Stop Time 10:30 Am   Unload Stop Time _____

Remarks: Report to site and clean Brine from CTB to Rig
Site offload into Frac tank. Work as Directed #3189 ¢

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work  100 | | | 100/BBl. | 2.5 | 15/Hr | 362.50 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: Rob Petty

Total Amount: $362.50

Accepted: _____

☐ Drilling
☐ Completion
☒ Production
☐ Workover Rig

Quality Quick Print  ☎ 701.483.4070

GC Confidential Subpoena 247

**Water Drop Slip**

STARK ENERGY

31894

P.O. Box 748   Dickinson, ND 58602
701-300-1558

#1

Customer Name  Continental Resources
Location  TAllen + rise   CTB
Date  4/16/24
Top Gauge  1346044   Time
Bottom Gauge  1346144   Time
Circle One
Freshwater  (Saltwater)   Flow Back  100   BBL
S.E. Field Invoice #  2023636
Delivered To  Antelope Federal  11-32-H2

**11-23H2**

Thank You,
Driver's Name  Rob Fetty
Truck #  S-211

Quality Quick Print   ☎ 701-483-4870

GC – Continental Subpoena 248

| | | | | Invoice Amount: | USD 2,030.00 |
| | | | | Remit to Supplier: | USD 2,030.00 |

**Remit To:**

**Stark Energy, Inc.**
Dickinson
P.O. Box 748
Dickinson , ND
US
58602
952-210-6610
Supplier Number: 4115267

**Bill To:**

**Continental Resources, Inc.**
Williston Basin
Attn: Drilling - Williston Basin
20 N Broadway
Oklahoma City , OK
US
73101

**Description:** CHASE 2-18HSL. Service Work. Report to well site, spot in truck/trailer several times. Work to empty tank #'s 10,9,8,7 & 6. Haul fluid to 3rd party solids disposal. Empty fluid from mixing tanks. Run 2-3, 3" hoses 75-90' to empty tanks below shaker. Suck up & squeegee rain water & fluid inside tank farm berm. Washout tank @ Secure. Haul 2 loads to disposal #32321 & #32322

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023552 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL14947.DRL | AFEW . 5000362 | DISPOSAL - TRANSPORT SOLIDS | 2,030.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | Service Date: 05/04/2024 - 05/04/2024 | | | | |
| | | DL14947.DRL | | | CHASE 2-18HSL - DRILLING | | | | | | AFEW.5000362 | 2030.00 | 2030.00 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 14.00 | 145.00 | 2030.00 | (0.00%) | 2030.00 | 0.00 | 2030.00 | 2030.00 | |

| | | |
|---|---|---|
| | 2030.00 | 2030.00 |

| USD | | |
|---|---|---|
| | 2030.00 | 2030.00 |

## Supplementary Information

GC – Continental Subpoena 249

Generated  06/17/2024 10:07 PM MDT by  **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000883

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Drilling - Williston Basin
User: Matt Olsen

**Document Journal**

Exported on 06/17/2024 at 10:00:47 PM MDT - by B2B Continental Resources....

Approved on 06/17/2024 at 08:46:19 PM MDT - by Matt L Olsen

Forwarded to Matt L Olsen on 05/24/2024 at 12:45:41 PM MDT - by Chris Hall
   IN WV

Coding Verified on 05/24/2024 at 12:45:41 PM MDT - by Chris Hall
   Code Verified

Submitted on 05/08/2024 at 10:16:59 PM MDT - by Delene M Fettig

GC – Continental Subpoena 250

Generated 06/17/2024 10:07 PM MDT by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000884

May 8, 2024      Invoice   Stark S-1296     Page 1 of 1

**Payee:**   **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to:** **CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023552 | 5/4/24 | CHASE 2-18 H | Bull Rock-Solids Disposal | Service Work | 280bbl | 14.00 | $145/hr | 2,030 00 |

$2,030.00

WILLISTON DRILLING

| | |
|---|---|
| Cost Code | 362 |
| AFE | DL 14947   Suffix 6 |
| Lease Name | CHASE 2-18 H |
| Description | TAKE TO DISPOSAL |
| Signature | Keith Spoales |
| Print Name | KEITH SPOALES |
| Date | 5-8-24 |

GC – Continental Subpoena 251

Confidential



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023552

Rig Name & #: _Cyclone 38_

Ordered By: _Chad Gantner_
　　　　　(Name)　　　　　(Phone)

Date: _5/4/24_　　　　　Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _Chase  2-18  HSL_

Hauled To: _Bull Rock - Solids Disposal_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _5-211_ Trailer # _T-107_

Top Gauge _____ Start Time _12:45 pm_ Load Start Time _____

Bottom Gauge _____ Stop Time _2:45 am  5/4/24_ Unload Stop Time _____

Remarks: _Report to well-site, spot in Truck / trailer several times. Work to Empty Tank #'s_
_10,9,8,7,6, Haul fluid to 3rd party Solids Disposal, Empty fluid from Mixing_
_Tanks. Run 2-3, 3" Hoses 75-90+ feet to empty the tanks Below shaker. Suck up_
_+ Squegee Rain water + fluid inside tank farm Berm. Washout Tank @_
_Secure. Haul 2 loads to Disposal #'s 32321, #32322_

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water |  |  |  |  |  |  |
| Pit Water |  |  |  |  |  |  |
| Service Work  150, 130 |  |  | 280/BBl. | 14.0 | 145/Hr. | 2,030 |
| Vac Work |  |  |  |  |  |  |
| Flowback Water |  |  |  |  |  |  |
| Fresh Water |  |  |  |  |  |  |
| Side Dump |  |  |  |  |  |  |
| Fuel Surcharge |  |  |  |  |  |  |
| Disposal Charge |  |  |  |  |  |  |
| Water Charge |  |  |  |  |  |  |

Driver Name & Number: _Rob Ettig_　　　　　Total Amount: _$2,030°°_

Accepted: _____

☒ Drilling
☐ Completion
☐ Production
☐ Workover Rig

GC – Continental Subpoena 252

Quality Quick Print | ☎ 701.483.4070

Confidential

CLR_STARK_BK_SDT-00000886

#1

**Water Drop Slip**



STARK ENERGY

32321

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources Inc._
Location _Chase 2-18 HSL_
Date _5/4/24_
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____
**Circle One**   _Drilling Fluid / Brine_
**Freshwater   Saltwater   (Flow Back)** _150_ **BBL**
S.E. Field Invoice # ~~2025552~~ _2025552_
Delivered To _Bull Rock Solios_

Thank You,

Driver's Name _Rob Felty_

Truck # _S-211_    Quality Quick Print ☎ 701-483-4979

---

#2

**Water Drop Slip**

STARK ENERGY

32322

**P.O. Box 748   Dickinson, ND 58602**
**701-300-1558**

Customer Name _Continental Resources Inc._
Location _Chase 2-18 HSL_
Date _5/4/24 — 5/5/24_
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____
**Circle One**   _Drilling Fluid_
**Freshwater   Saltwater   (Flow Back)** _132_ **BBL**
S.E. Field Invoice # _2025552_
Delivered To _Bull Rock Disposal_

Thank You,

Driver's Name _Rob Felty_

Truck # _S-211_    Quality Quick Print ☎ 701-483-4979

GC – Continental Subpoena 253

Confidential

CLR_STARK_BK_SDT-00000887

| **Remit To:** | **Bill To:** | | |
|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | Invoice Amount: | USD 1,087.50 |
| Dickinson | Williston Basin | Remit to Supplier: | USD 1,087.50 |
| P.O. Box 748 | Attn: Drilling - Williston Basin | | |
| Dickinson , ND | 20 N Broadway | | |
| US | Oklahoma City , OK | | |
| 58602 | US | | |
| 952-210-6610 | 73101 | | |
| Supplier Number: 4115267 | | | |

**Description:** CHASE 2-18HSL Service Work. Report to site, work as directed. Haul off day tank H20. Haul to 3rd party disposal. #32323, #32324

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023553 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL14947.DRL | AFEW . 5000361 | DISPOSAL - TRANSPORT LIQUIDS | 1,087.50 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 05/05/2024 - 05/05/2024 | | | |
| | | DL14947.DRL | | | CHASE 2-18HSL - DRILLING | | | | | | AFEW.5000361 | 1087.50 | 1087.50 | |

| | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 7.50 | 145.00 | 1087.50 | (0.00%) | 1087.50 | 0.00 | 1087.50 | 1087.50 |

|  |  |
|---|---|
| | 1087.50 | 1087.50 |

| USD | | 1087.50 | 1087.50 |
|---|---|---|---|

## Supplementary Information

**Status: Approved**

GC – Continental Subpoena 254

Generated 05/14/2024 10:05 PM MDT by **ENVERUS** Business Automation

Confidential
CLR_STARK_BK_SDT-00000872

**Current Owner**

Site: Williston Basin
Department: Drilling - Williston Basin
User: Chris Hall

**Document Journal**

Exported on 05/14/2024 at 10:01:13 PM MDT - by B2B Continental Resources,...

Approved on 05/14/2024 at 04:20:41 PM MDT - by the System
The invoice was approved automatically based on workflow routing rules. [Rule 43]

Coding Verified on 05/14/2024 at 04:20:41 PM MDT - by Chris Hall
Code Verified

Submitted on 05/08/2024 at 10:25:57 PM MDT - by Delene M Fettig

GC – Continental Subpoena 255

Confidential                                                                                          CLR_STARK_BK_SDT-00000873

May 8, 2024

| | | Invoice | Stark S-1297 | Page 1 of 1 |

| Payee: | **STARK ENERGY, INC** |
| | P.O. Box 748 |
| | Dickinson, ND 58602 |
| | (952) 210-6610 |

| Submit to: | **CONTINENTAL RESOURCES, INC.** |
| | 20 N. Broadway |
| | Oklahoma City, OK 73102 |
| | Attn: Northern Completions |

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023553 | 5/5/24 | CHASE 2-18 H | Rice SWD #1 | Service Work | 300bbl | 7.50 | $145/hr | 1,087.50 |

$1,087.50

WILLISTON DRILLING

| Cost Code | 361 |
| AFE | DL 14947 | Suffix DRLG |
| Lease Name | CHASE 2-18 H |
| Description | HAUL OF F. WATER T/DISPOSAL |
| Signature | Keith Spoales |
| Print Name | KEITH SPOALES |
| Date | 5-8-24 |

GC – Continental Subpoena 256

Confidential



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023553

Rig Name & #: Cyclone 38
Ordered By: Chad Gartner
            (Name)          (Phone)

Date: 5/5/24                  Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: Chase 2-18 HSL

Hauled To: Rice Swd #1

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211 Trailer # T-107

Top Gauge _____ Start Time 1:30pm Load Start Time _____

Bottom Gauge _____ Stop Time 9:00pm Unload Stop Time _____

Remarks: Report To-site, work as Directed Haul off Day tank H20
Haul To 3rd party Disposal. #32323, #32324

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Service Work 150, 150, | | | 300 / BBl. | 7.5 | 145/hr. | 1,087.50 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |
| | | | | | | |

Driver Name & Number: Rob Rettig                Total Amount: $1,087.50

Accepted: _____

☒ Drilling
☐ Completion
☐ Production
☐ Workover Rig

GC – Continental Subpoena 257

Quality Quick Print | ☎ 701.483.4070

Confidential                                                        CLR_STARK_BK_SDT-00000875

#1

**Water Drop Slip**

STARK ENERGY

32323

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources Inc.
Location  Chase 2-18 HSL
Date  5/5/24
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____
Circle One
(Freshwater)   Saltwater   Flow Back  150  BBL
S.E. Field Invoice #  2023553
Delivered To  Rice SWD #1
Thank You,
Driver's Name  RoB Fettig
Truck #  S-211

Quality Quick Print · ☎ 701.483.4070

#2

**Water Drop Slip**

STARK ENERGY

32324

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources Inc.
Location  Chase 2-18 HSL
Date  5/5/24
Top Gauge _____ Time _____
Bottom Gauge _____ Time _____
Circle One
(Freshwater)   Saltwater   Flow Back  150  BBL
S.E. Field Invoice #  2023553
Delivered To  Rice SWD #1
Thank You,
Driver's Name  RoB Fettig
Truck #  S-211

Quality Quick Print · ☎ 701.483.4070

GC – Continental Subpoena 258

Confidential

| **Remit To:** | **Bill To:** | |
|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Drilling - Williston Basin<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:          USD 435.00<br>Remit to Supplier:       USD 435.00 |

**Description:**   DOE 2-23HSL Service Work. Report to site, spot in truck/trailer. String out 70+ feet of hoses to empty diesel tank on Rig. Haul approx 35 bbl of diesel to new site offload into black insulated 400bbl upright tank.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023556 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL12671.DRL | AFEW . 5000361 | DISPOSAL - TRANSPORT LIQUIDS | 435.00 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | Service Date: 05/06/2024  -  05/06/2024 | | | | |
| | | DL12671.DRL | | | DOE 2-23HSL - DRILLING | | | | | | AFEW.5000361 | 435.00 | 435.00 | |
| | | | | | Quantity | Rate | Subtotal | Discount | | Pre-tax | Total Tax | EP Total | | |
| | | | | | 3.00 | 145.00 | 435.00 | (0.00%) | | 435.00 | 0.00 | 435.00 | 435.00 | |

|  |  |  |
|---|---|---|
| | 435.00 | 435.00 |
| USD | 435.00 | 435.00 |

## Supplementary Information

**Status: Approved**

GC – Continental Subpoena 259

Generated  05/09/2024 10:16 PM MDT by  **ENVERUS** Business Automation

Confidential                                                                                              CLR_STARK_BK_SDT-00000867

**Current Owner**

Site: Williston Basin
Department: Drilling - Williston Basin
User: Chris Hall

## Document Journal

Exported on 05/09/2024 at 10:03:27 PM MDT - by B2B Continental Resources,...

Approved on 05/09/2024 at 04:28:43 PM MDT - by the System
The invoice was approved automatically based on workflow routing rules. [Rule 43]

Coding Verified on 05/09/2024 at 04:28:43 PM MDT - by Chris Hall
Code Verified

Submitted on 05/08/2024 at 10:33:58 PM MDT - by Delene M Fettig

GC – Continental Subpoena 260

Generated 05/09/2024 10:16 PM MDT by **ENVERUS** Business Automation

Confidential                                                                                   CLR_STARK_BK_SDT-00000868

| | | | May 8, 2024 | | Invoice | Stark S-1298 | | Page 1 of 1 |

**Payee:**  **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to:**  **CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023556 | 5/6/24 | CHASE 2-18 HSL | DOE 2-23 HSL | Service Work | 35bbl | 3.00 | $145/hr | 435.00 |

$435.00

WILLISTON DRILLING

Cost Code  361
AFE  DL 12671  Drg
Lease Name  DOE 2-23HSL
Description  Transfer Diesel
Signature  Keith Spoales
Print Name  KEITH SPOALES
Date  5-8-24

GC – Continental Subpoena 261

CLR_STARK_BK_SDT-00000869



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023556

Rig Name & #: _Cyclone 38_
Ordered By: _CHAD gArtner_
(Name)          (Phone)

Date: _5/6/24_          Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc,_

Billing Address: _____

Hauled From: _Chase  2-18 HSL_

Hauled To: _Doe  2-23 HSL_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-211_ Trailer # _T-107_

Top Gauge _____ Start Time _4:30 Am_ Load Start Time _____

Bottom Gauge _____ Stop Time _7:30 Am_ Unload Stop Time _____

Remarks: _Report To site / Spot in truck / DALA Strthy at 70+ feet
of Hoses to empty Diesel tank on Rig. Had Approx 35 BBl. of Diesel to New site,
offloAD into BlAck insulAted 400BBl. Opright TANk._

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |

| | | | | | | |
|-----------|-----|-----|---------|-------|------|--------|
| (Service Work) | | | 35/BBl. | 3.0 | 145/hr. | 435.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: _Rob Fettig_          Total Amount: _$435.00_

Accepted: _____

☑ Drilling
☐ Completion
☐ Production
☐ Workover Rig

GC - Continental Subpoena 262

Quality Quick Print | ☎ 701 483 4070

**Water Drop Slip**



32327

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc_

Location _Chase 2-18 HSL_

Date _5/6/24_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

**Circle One**    _Diesel_
~~Freshwater~~   ~~Saltwater~~   Flow Back _35_   BBL

S.E. Field Invoice # _2023556_

Delivered To _Doe 2-23 ASL_

Thank You,

Driver's Name _Rob Fetty_

Truck # _5-24_

Quality Quick Print  ☎ 701-483-4070

GC – Continental Subpoena 263

Confidential

CLR_STARK_BK_SDT-00000871

| **Remit To:** | **Bill To:** | |
|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Drilling - Williston Basin<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:        USD 1,957.50<br>Remit to Supplier:     USD 1,957.50 |

**Description:** DOE 2-23HSL. Service Work. Transfer aprox 150bbl of diesel from mobile 400 bbl upright to empty mud diesel tank for transport via winch truck. Work to transfer invert on site, empty tanks for transport via winch truck to new tank placement, load #1 135bbl, load #2 112bbl, load #3 130bbl, load #4 130bbl, load #5 130bbl, load #6 140bbl. Transfer roughly 185bbl of diesel back into mud diesel tank from black insulated tank. Road back to yard. Wait time due to winch break down.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2020383 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL12671.DRL | AFEW . 5000361 | DISPOSAL - TRANSPORT LIQUIDS | 1,957.50 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 05/06/2024 - 05/06/2024 | | | |
| | | DL12671.DRL | | | DOE 2-23HSL - DRILLING | | | | | | AFEW.5000361 | 1957.50 | 1957.50 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 13.50 | 145.00 | 1957.50 | (0.00%) | 1957.50 | 0.00 | 1957.50 | 1957.50 | |

|  |  |  |
|---|---|---|
| | 1957.50 | 1957.50 |
| USD | 1957.50 | 1957.50 |

## Supplementary Information

GC – Continental Subpoena 264

Generated  05/14/2024 10:05 PM MDT by  **ENVERUS** Business Automation

Confidential                                                                                                                    CLR_STARK_BK_SDT-00000877

**Status: Approved**

**Current Owner**

Site: Williston Basin
Department: Drilling - Williston Basin
User: Chris Hall

**Document Journal**

Exported on 05/14/2024 at 10:01:14 PM MDT - by B2B Continental Resources,...

Approved on 05/14/2024 at 04:20:30 PM MDT - by the System
The invoice was approved automatically based on workflow routing rules. [Rule 43]

Coding Verified on 05/14/2024 at 04:20:30 PM MDT - by Chris Hall
Code Verified

Submitted on 05/08/2024 at 10:47:05 PM MDT - by Delene M Fettig

GC – Continental Subpoena 265

Confidential                                                          CLR_STARK_BK_SDT-00000878

May 8, 2024                     Invoice      Stark S-1299        Page 1 of 1

| **Payee:** | **STARK ENERGY, INC**<br>P.O. Box 748<br>Dickinson, ND 58602<br>(952) 210-6610 | | | | **Submit to:** | **CONTINENTAL RESOURCES, INC.**<br>20 N. Broadway<br>Oklahoma City, OK 73102<br>Attn: Northern Completions |

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2020383 | 5/6/24 | DOE 2-23 HSL | DOE 2-23 HSL | Service Work | 335 bbl diesel<br>777 bbl invert | 13.50 | $145/hr | 1,957.50 |
| | | | | | | | | $1,957.50 |

**WILLISTON DRILLING**

| Cost Code | 361 |
|---|---|
| AFE | DL 12671    DRXLG |
| Lease Name | DOE 2-23 HSL |
| Description | Transfer Fluids Trip/Right |
| Signature | Keith Spoales |
| Print Name | KEITH SPOALES |
| Date | 5-8-24 |

GC – Continental Subpoena 266

Confidential

CLR_STARK_BK_SDT-00000879



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2020383

Rig Name & #: Cyclone 38
Ordered By: Chad Gartner
(Name)    (Phone)

Date: 5/6/24

Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc

Billing Address: _____

Hauled From: CHAD Doe 2-23 HSL

Hauled To: Doe 2-23 HSL

AFE # _____  PO # _____  PO Line # _____

JSA # _____  Truck # S-211  Trailer # T-107

Top Gauge _____  Start Time 7:30Am  Load Start Time _____

Bottom Gauge _____  Stop Time 9:00pm  Unload Stop Time _____

Remarks: Transfer approx 150 BBl of Desel from mobile 400 BBl upright to Empty MUD Desel tank for. Transport Via winch truck, Work to transfer invert onsite, Empty tanks for Transport J:A winch truck to new tank placed. Load #1 135 BBl. Load#2 112BBl. Load #3 130 BBl. Load #4 130 BBl, Load #5 130 BBl, Load #6 140BBl. Transfer 185 BBl. Remaining of Desel back into MUD Desel tank from Black Insulated tank. Road back to yard. *Wait time Due to winch Breakdown

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| | | | 335 BBl Desel | | | |
| Service Work  Desel-150,35,150 (385 BBl) | | | 777 BBl Invert | 13.5 | 145/Hr. | 1,957.50 |
| Vac Work  Invert-135,112,130,130,130 | | | | | | |
| Flowback Water  140 (777 BBl) | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: Rob Pettig

Total Amount: $1,957.50

Accepted: _____

☒ Drilling
☐ Production
☐ Workover Rig

GC Confidential Subpoena 267

Quality Quick Print ☎ 701-483-4050

1 – 150
7 – 150
3 – 35

## Water Drop Slip

**STARK ENERGY**

32326

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources Inc

Location  Doe 2-23 HSL

Date  5/6/23

Top Gauge _____  Time _____

Bottom Gauge _____  Time _____

**Circle One**  Diesel          335
~~Freshwater~~  ~~Saltwater~~  ~~Flow Back~~         BBL

S.E. Field Invoice #  7020385

Delivered To  Doe 2-23 HSL

Thank You.

Driver's Name
RoB Fetty

Truck #  5-211

Quality Quick Print  ☎ 701-483-4970

GC – Continental Subpoena 268

1-135
2-112
3-130
4-130
5-130
6-140

**Water Drop Slip**

**STARK ENERGY**

32325

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._
Location _Doe 2-23 HSL_
Date _5/6/24_

Top Gauge _____ Time _____
Bottom Gauge _____ Time _____

**Circle One**
**Freshwater    Saltwater    ~~Flow Back~~ Inject** _777_ BBL

S E Field Invoice # _7020383_
Delivered To _Doe 2-23 HSL_

Thank You.

Driver's Name
_Rob Fetty_
Truck # _S-211_

Quality Quick Print ☎ 701-483-4450

GC – Continental Subpoena 269

Confidential

CLR_STARK_BK_SDT-00000882

| **Remit To:** | **Bill To:** | | Invoice Amount: | USD 2,791.25 |
|---|---|---|---|---|
| **Stark Energy, Inc.** | **Continental Resources, Inc.** | | Remit to Supplier: | USD 2,791.25 |
| Dickinson | Williston Basin | | | |
| P.O. Box 748 | Attn: Drilling - Williston Basin | | | |
| Dickinson , ND | 20 N Broadway | | | |
| US | Oklahoma City , OK | | | |
| 58602 | US | | | |
| 952-210-6610 | 73101 | | | |
| Supplier Number: 4115267 | | | | |

**Description:** DOE 4-32H. Service Work. Report to site empty tanks #7 & #8. Haul off dirty brine water to Bullrock Solids Disposal. Switch out w/driver. Work on site to empty #8 tank. Move back to tank #7. Pop hatch work w/pressure washer to break up solids. Wash out tanker at Secure/Keene. Lots of debris in tank.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023647 | | | | | | | |
| 2023648 | | | | | | | |

## Details

| Alert | Item | Part # | Description | Item Master | Quantity | Units | Rate | Subtotal | Discount | Total | EP Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | FREIGHT | Service Work | | 13.00 | | 145.00 | 1885.00 | (0.00%) | 1885.00 | 1885.00 |
| | 2 | FREIGHT | Service Work | | 6.25 | | 145.00 | 906.25 | (0.00%) | 906.25 | 906.25 |

|  |  |  |  | Subtotal: | 2791.25 | 0.00 | 2791.25 | 2791.25 |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | USD | 2791.25 | 2791.25 | |

## Supplementary Information

**Status: Submitted**

**Current Owner**

Site: Williston Basin
Department: Drilling - Williston Basin

GC – Continental Subpoena 270

Generated  06/24/2024 3:14 PM MDT by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000895

Forwarded to Matt L Olsen on 06/19/2024 at 01:32:38 PM MDT - by Lori L Teto Struve
   IN WV

Coding Verified on 06/19/2024 at 01:32:38 PM MDT - by Lori L Teto Struve
   Code Verified

Forwarded to Lori L Teto Struve on 06/19/2024 at 08:02:28 AM MDT - by Lori L Teto Struve

Submitted on 06/04/2024 at 06:54:55 AM MDT - by Delene M Fettig

GC – Continental Subpoena 271

Generated  06/24/2024 3:14 PM MDT by   **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000896

June 3, 2024

| Invoice | Stark S-1303 | Page 1 of 1 |
|---|---|---|

**Payee:** STARK ENERGY, INC
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to:** CONTINENTAL RESOURCES, INC.
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023647 | 6/1/24 | DOE 4-32H | Bull Rock Solids Disposal | Service Work | 349/bbl | 13.00 | 145/hr | 1,885.00 |
| 2023648 | 6/2/24 | DOE 4-32H | Bull Rock Solids Disposal | Service Work | 100/bbl | 6.25 | 145/hr | 906.25 |

$ 2,791.25

WILLISTON DRILLING

Cost Code  361

AFE  DL12330  Suffix 6

Lease Name  DOE 4-23H

Description  Dispose Dirty Brine

Signature  Keith Sproles

Print Name  KEITH SPROLES

Date  6-3-24

GC – Continental Subpoena 272

Confidential



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023647

Rig Name & #: Cyclone 38

Ordered By: Chad Gardner  701-771-2915
(Name)        (Phone)

Date: 6/1/24                    Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: Doe 4-32 H

Hauled To: Bull Rock Solids Disposal

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # S-211 _____ Trailer # T-107

Top Gauge _____ Start Time 3:45 pm _____ Load Start Time _____

Bottom Gauge _____ Stop Time 4:45 Am 6/2/24 _____ Unload Stop Time _____

Remarks: Report To site Empty tanks #7, #8 Haul off Dirty Brine Aso
Haul to Bull Rock Solids Disposal

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|-----------|-----|-----|---------|-------|------|--------|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work | | | 349/BBL | 13.0 | 145/hr. | 1,885.00 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

134,120,95

Driver Name & Number: Rob Ettly

Total Amount: $1,885.00

Accepted: _____

☑ Drilling
☐ Completion
☐ Production
☐ Workover Rig

GC - Confidential Subpoena 273

Quality Quick Print  ☎ 701.483.4070

#1

**Water Drop Slip**

STARK ENERGY

32328

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._

Location _Doc 4-23 H_

Date _6/1/24_

Top Gauge _17' 8"_     Time _____

Bottom Gauge _11'_     Time _____

**Circle One**     Dirty Brine

Freshwater   Saltwater   Flow Back   _134_   BBL

S.E. Field Invoice # _2023647_

Delivered To _Bull Rock Solids_

Thank You,

Driver's Name _Bob Pettig_

Truck # _S-211_

Quality Quick Print   ☎ 701-483-4070

GC – Continental Subpoena 274

Confidential

CLR_STARK_BK_SDT-00000899

#2

chad gartner
701-721-2915

cy dong 38

**Water Drop Slip**

STARK ENERGY

32329

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name  ContinentAl Resources In.

Location  Doe  4-32 H

Date  6/1/24

Top Gauge  11"        Time _____

Bottom Gauge  5'        Time _____

**Circle One**

Dirty Brine

Freshwater  Saltwater  Flow Back  120  BBL

S E Field Invoice #  2023647

Delivered To  Bull Pack  Solias Disposal

Thank You.

Driver's Name  RoB Fettig

Truck #  5-211        Quality Quick Print  ☎ 701-483-4076

GC – Continental Subpoena 275

Confidential

#3

**Water Drop Slip**



32330

P.O. Box 748　Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._

Location _6/2/2F　Doe 4-32 H_

Date _6/2/24_

Top Gauge _5`_　　Time _____

Bottom Gauge _6"_　　Time _____

**Circle One**　　　Dirty Brine

**Freshwater**　(Saltwater)　Flow Back _95_　**BBL**

S.E Field Invoice # _202 3647_

Delivered To _Bull Rock Solids - Disposal_

Thank You,

Driver's Name
_Bob Fetty_

Truck # _5-211_　　　Quick's Quick Print　☎ 701 483 4070

GC – Continental Subpoena 276

Confidential

CLR_STARK_BK_SDT-00000901



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023648

Rig Name & #: Cyclone an 38
Ordered By: Chad Gartner  701-721-2915
    (Name)      (Phone)

Date: 6/2/24

Customer Location/Dept Code: _____

Customer's Name: Continental Resources Inc.

Billing Address: _____

Hauled From: DOE 4-32 H

Hauled To: Bull Rock Solids Disposal

AFE # _____  PO # _____  PO Line # _____

JSA # _____  Truck # 5-211  Trailer # T-107

Top Gauge _____  Start Time 4:45 Am  Load Start Time _____

Bottom Gauge _____  Stop Time 11:00 Am  Unload Stop Time _____

Remarks: Switch out w/ Driver work on site to Empty #8 Tank, Move Back to tank #7 Pop Hatch work w/ pressure washer to Break up Solids. Wash out Tanker @ Secure /Keene, lots of Debris in tank.

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work  100 | | | 100/BBl. | 6.25 | 145/Hr. | 906.25 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: Joel Lopez

Total Amount: $906.25

Accepted: _____

☒ Drilling
☐ Completion
☐ Production
☐ Workover Rig

GC - Continental Subpoena 277

Quality Quick Print · ☎ 701 483 4070

CLR_STARK_BK_SDT-00000902

## Water Drop Slip



**STARK ENERGY**

32331

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc._

Location _Doe 4-32 H_

Date _6/2/24_

Top Gauge _____ Time _____

Bottom Gauge _____ Time _____

**Circle One**      _100 BBl. of Dirty H2O_

**Freshwater**  (Saltwater)  Flow Back _100_ BBL

S E Field Invoice # _2023648_

Delivered To _Bull Rock Solids_

Thank You,

Driver's Name _Joel Lopez_

Truck # _5-211_

Quality Quick Print ☎ 701-483-4070

GC – Continental Subpoena 278

Confidential

CLR_STARK_BK_SDT-00000903

| Remit To: | Bill To: | |
|---|---|---|
| **Stark Energy, Inc.**<br>Dickinson<br>P.O. Box 748<br>Dickinson , ND<br>US<br>58602<br>952-210-6610<br>Supplier Number: 4115267 | **Continental Resources, Inc.**<br>Williston Basin<br>Attn: Drilling - Williston Basin<br>20 N Broadway<br>Oklahoma City , OK<br>US<br>73101 | Invoice Amount:    USD 1,413.75<br>Remit to Supplier:   USD 1,413.75 |

**Description:**   DOE 4-32H. Service Work. Report to site work as directed. Haul in clean brine water fill 400bbl tank #7.

## Tickets

| Ticket No. | Status | Comments | Amount | Approved By | Office Approver | Superintendent | Attachments |
|---|---|---|---|---|---|---|---|
| 2023649 | | | | | | | |

## Allocation Summary

| Charge To | Coding | Description | Amount |
|---|---|---|---|
| DL12330.DRL | AFEW . 5000071 | BRINE WATER | 1,413.75 |

## Details

| Alert | Item | Charge To | N/A | Route | Property | Field/Lease | Asset Number | WO | PO | PO Line | Coding | Amount | EP Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Service Work | | | Purchase Category: | | | | | | Service Date: 06/03/2024 - 06/03/2024 | | | |
| | | DL12330.DRL | | | DOE 4-23H - DRILLING | | | | | | AFEW.5000071 | 1413.75 | 1413.75 | |
| | | | | | | Quantity | Rate | Subtotal | Discount | Pre-tax | Total Tax | EP Total | | |
| | | | | | | 9.75 | 145.00 | 1413.75 | (0.00%) | 1413.75 | 0.00 | 1413.75 | 1413.75 | |

| | | | | |
|---|---|---|---|---|
| | | | 1413.75 | 1413.75 |
| USD | | | 1413.75 | 1413.75 |

## Supplementary Information

**Status: Approved**

**Current Owner**

GC – Continental Subpoena 279

Generated 06/19/2024 4:17 PM MDT by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000888

**Document Journal**

Exported on 06/19/2024 at 04:01:58 PM MDT - by B2B Continental Resources,...

Approved on 06/19/2024 at 01:37:08 PM MDT - by the System
   The invoice was approved automatically based on workflow routing rules. [Rule 46]

Coding Verified on 06/19/2024 at 01:37:08 PM MDT - by Lori L Teto Struve
   Code Verified

Commented on 06/19/2024 at 01:37:06 PM MDT - by Lori L Teto Struve
   IN WV

Forwarded to Lori L Teto Struve on 06/19/2024 at 08:02:37 AM MDT - by Lori L Teto Struve

Submitted on 06/04/2024 at 07:05:39 AM MDT - by Delene M Fettig

GC – Continental Subpoena 280

Generated 06/19/2024 4:17 PM MDT by **ENVERUS** Business Automation

Confidential

CLR_STARK_BK_SDT-00000889

June 3, 2024          Invoice      Stark S-1304          Page 1 of 1

**Payee:**   **STARK ENERGY, INC**
P.O. Box 748
Dickinson, ND 58602
(952) 210-6610

**Submit to:**   **CONTINENTAL RESOURCES, INC.**
20 N. Broadway
Oklahoma City, OK 73102
Attn: Northern Completions

| Field Ticket # | Date | Hauled From | Hauled To | Commodity | BBLS | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2023649 | 6/2/24 | Dvirnak SWD | DOE 4-32H | Service Work | 360/bbl | 9.75 | 145/hr | 1,413.75 |

$ 1,413.75

**WILLISTON DRILLING**

| | |
|---|---|
| Cost Code | 071 |
| AFE | DL 12330    DP16 |
| Lease Name | DOE 4-23H |
| Description | Deliver 360 BBLS Brine |
| Signature | Keith Noales |
| Print Name | Keith |
| Date | 6-3-24 |

CONFIDENTIAL Continental Subpoena 281

Confidential

CLR_STARK_BK_SDT-00000890



**STARK ENERGY, INC.**
P.O. Box 748
Dickinson, ND 58602
701-300-1558

2023649

Rig Name & #: _Cyclone 38_
Ordered By: _Chad Gardner_
(Name)          (Phone)

Date: _6/2/24_          Customer Location/Dept Code: _____

Customer's Name: _Continental Resources Inc._

Billing Address: _____

Hauled From: _DVIRNAK SWD_

Hauled To: _Doe 4-32H_

AFE # _____ PO # _____ PO Line # _____

JSA # _____ Truck # _S-211_ Trailer # _T-107_

Top Gauge _____ Start Time _11:00 Am_ Load Start Time _____

Bottom Gauge _____ Stop Time _8:45pm_ Unload Stop Time _____

Remarks: _Report To site, Haul in clean Brine H2o fill_
_400 BBl/tank #7, Work As Directed. #'s 32332, 32333, 32334_

| Commodity | H2S | Non | Barrels | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Production Water | | | | | | |
| Pit Water | | | | | | |
| Service Work  120,120,120 | | | 360/BBl. | 9.75 | 145/hr. | 1,413.75 |
| Vac Work | | | | | | |
| Flowback Water | | | | | | |
| Fresh Water | | | | | | |
| Side Dump | | | | | | |
| Fuel Surcharge | | | | | | |
| Disposal Charge | | | | | | |
| Water Charge | | | | | | |

Driver Name & Number: _Rob Fethy_          Total Amount: **$1,413.75**

Accepted: _____

☒ Drilling
☐ Completion
☐ Production
☐ Workover Rig

GC - Continental Subpoena 282

Quality Quick Print · ☎ 701 483 4070

Confidential

CLR_STARK_BK_SDT-00000891

#1

**Water Drop Slip**



32332

P.O. Box 748  Dickinson, ND 58602
701-300-1558

Customer Name  Continental Resources Inc.

Location  DUIRNAK SWD

Date  6/2/24

Top Gauge _____  Time _____

Bottom Gauge _____  Time _____

**Circle One**

**Freshwater**  (Saltwater)  Flow Back  120  BBL

S E Field Invoice #  2023649

Delivered To  Doe 4-32H

Thank You,

Driver's Name  RoB Retty

Truck #  S-211

GC – Continental Subpoena 283

Confidential

#2

**Water Drop Slip**



32333

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Fnc._

Location _DJRNAH SWD_

Date _6/2/24_

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

**Circle One**

Freshwater   (Saltwater)   Flow Back _120_ BBL

S.E. Field Invoice # _2023648_

Delivered To _~~Moe~~ Doe 4-32 H_

Thank You.

Driver's Name _Rob F._

Truck # _S-211_

Quality Quick Print ☎ 701-483-4076

GC – Continental Subpoena 284

Confidential

#3

**Water Drop Slip**

STARK ENERGY

32334

P.O. Box 748   Dickinson, ND 58602
701-300-1558

Customer Name _Continental Resources Inc_

Location _DVIRNAM   Sud_

Date _6/2/24_

Top Gauge _____   Time _____

Bottom Gauge _____   Time _____

**Circle One**

Freshwater   (Saltwater)   Flow Back _120_   BBL

S.E. Field Invoice # _2023649_

Delivered To _Doc  4-32 H_

Thank You.

Driver's Name _Rob Bitty_

Truck # _S-211_

Quality Quick Print   ☎ 701-483-4670

GC – Continental Subpoena 285

Confidential

CLR_STARK_BK_SDT-00000894