

EXHIBIT
1
R. Fetting

## Trailers - Vacuum Tankers

| | Unit # | Year | Make | Model | Vin # | Plate |
|---|---|---|---|---|---|---|
| 1 | T-021 | 2013 | Dragon | 200 BBl , 4 axel Spread | 1UNST5348DS128118 | T997319 |
| 2 | T-101 | 2014 | Dragon | 200 BBl , 4 axel Spread | 1UNST5341DS128154 | T997311 |
| 3 | T-103 | 2014 | Dragon | 200 BBl , 4 axel Spread | 1UNST5340ES128552 | T997318 |
| 4 | T-104 | 2014 | Dragon | 200 BBl , 4 axel Spread | 1UNST5346ES140026 | T995516 |
| 5 | T-105 | 2013 | Dragon | 200 BBl , 4 axel Spread | 1UNST5340DS128291 | T995515 |
| 6 | T-106 | 2013 | Dragon | 200 BBl , 4 axel Spread | 1UNST5343DS128172 | T997312 |
| 7 | T-107 | 2012 | Dragon | 150 BBL, 3 axel | 1UNST4223CL109253 | T997317 |
| 8 | T-113 | 2013 | Dragon | 200 BBL , 4 axel Spread | 1UNST5340DS128162 | T997313 |

## Flat Bed - Trailers

| | Unit # | Year | Make | Model | Vin # | Plate |
|---|---|---|---|---|---|---|
| 1 | FB- 001 | 2007 | Reitnoeur | 48' Flat Bed | 1RNF48A247R019280 | T997321 |

## Side Dump - Trailers

| | Unit # | Year | Make | Model | Vin # | Plate |
|---|---|---|---|---|---|---|
| 1 | SD - 001 | 2016 | Side Dumper | SDR 342-49 | 1D9FS4430GC688099 | T998370 |
| 2 | SD - 002 | 2016 | Side Dumper | SDR 342-49 | 1D9FS4437GC688018 | T998369 |

## Reefer - Trailers

| | Unit # | Year | Make | Model | Vin # | Plate |
|---|---|---|---|---|---|---|
| 1 | RT - 001 | 2015 | Great Dane | 53' Reefer | 1GRAA0621FW700678 | T902618 |
| 2 | RT -002 | 2018 | Great Dane | 53' Reefer | 1GRAA0620JW116152 | T903510 |

## Belly Dump - Trailers

| | Unit # | Year | Make | Model | Vin # | Plate |
|---|---|---|---|---|---|---|
| 1 | BD - 001 | 1999 | Midland | 3 axle | 2MFB2S4D4XR000542 | T998661 |
| 2 | BD - 002 | 2000 | Midland | 3 axle | 2MFB2S3D3YR000650 | T998663 |
| 3 | BD - 003 | 2000 | Midland | 3 axle | 2MFB2S3D7YR000652 | T998664 |
| 4 | BD - 004 | 2000 | Midland | 3 axle | 2MFB2S4D3YR001148 | T998662 |
| 5 | BD - 005 | 2000 | Midland | 3 axle | 2MFB2S3D5YR000651 | T998665 |
| 6 | BD - 006 | 2013 | Dakota | 3 axle | 1D9SH4339DY554348 | T998666 |

## Misc - Trailers

| | Unit # | Year | Make | Model | Vin # | Plate |
|---|---|---|---|---|---|---|
| 1 | n/a | 2019 | Load Trail | Dump | 4ZEDT1427K2189694 | T441654 |
| 2 | n/a | 2011 | Tiger | Car hauler, Utility Flat bed | 5UTBU1623BM000887 | T445321 |
| 3 | n/a | 2010 | Haulmark | TSV7X14DT2 - Enclosed Trailer | 16HPB1427BH185556 | T101507 |
| 4 | RGN-001 | 2015 | Trail King | TK110HDG | 1TKJ05330FM057588 | |

## Tractors

| | Unit # | Year | Make | Model | Vin # | Plate |
|---|---|---|---|---|---|---|
| 1 | S-211 | 2012 | Peterbilt | 367 | 1XPTP4TX1CD147318 | 727BXU |
| 2 | S-210 | 2007 | International | 9900i Eagle | 2H5CHSCT67C5C26165 | 116CCG |
| 3 | S-209 | 2012 | Kenworth | W900 | 1XKWP4TX8CJ335970 | 243CMM |
| 4 | S-208 | 2007 | Kenworth | T800 | 1XKDP40X07R197151 | 579CJS |
| 5 | S-207 | 2014 | Kenworth | W900 | 1XKWD49X1EJ413380 | 023CLK |
| 6 | S-206 | 2014 | Kenworth | W900 | 1NKDX4TX3EJ403810 | |
| 7 | S-205 | 2014 | Kenworth | T800 | 1XKDP4EX2EJ392043 | 663DBM |
| 8 | S-204 | 2015 | Kenworth | W900 | 1XKWP4EX1FJ435264 | 994DPA |
| 9 | S-203 | 2014 | Kenworth | W900 | 1XKWP4EX5EJ420085 | 993DPA |
| 10 | F-001 | 2018 | Volvo | VNL-780 | 4V4NC9EH6JN888150 | 35668P |
| 11 | F-002 | 2017 | Volvo | VNL-780 | 4V4NC9EH3HN974302 | 36207P |

## Drillng Rig

| | Unit # | Year | Make | Model | Vin # | Plate |
|---|---|---|---|---|---|---|
| 1 | RIG 001 | 2012 | CZM | EK125 | SAV0003 | n/a |

## Hydrovac

| | Unit # | Year | Make | Model | Vin # | Plate |
|---|---|---|---|---|---|---|
| 1 | H001 | 2013 | Peterbilt | Kiaser Premier | 1NPTX4TX1DD202801 | |

## Crew Trucks

| | Unit # | Year | Make | Model | Vin # | Plate |
|---|---|---|---|---|---|---|
| 1 | CT-001 | 2015 | Ford | F350 Super Duty , Diesel 4WD | 1FT8W3BT7FED67354 | 2L82H8 |
| 2 | CT-002 | 2010 | Ford | F150 | 1FTFW1EV3AFB85081 | 064CMM |
| 3 | CT-003 | 2004 | Ford | F150 | 1FTPX14524NB13169 | 010CKP |
| 4 | CT-004 | 2013 | Ford | F150 | 1FTFW1EF2DKF29634 | 567CZZ |

## Shop MISC. Equipment

| | Unit # | Year | Make | Model | Vin # /Serial # |
|---|---|---|---|---|---|
| 1 | n/a | 2004 | CAT | 226B -Skid Steer | CAT0226BAMJH04030 |
| 2 | n/a | 2019 | Lincoln Electric | 350 MP- Power Mig /Welder | U1191003288 |
| 3 | n/a | 2019 | Lincoln Electric | 256 - Power Mig / Welder | M3190517692 |
| 4 | n/a | 2019 | Lincoln Electric | FLEXTEC- 350X/Welder | U1190204332 |
| 5 | n/a | 2016 | Snap-on | Koolkare Plus + | 201729 |
| 6 | n/a | | OTC | Low-Lift Transmission Jack -5019A | |
| 7 | n/a | | OTC | Clutch Handler -5018A | |
| 8 | n/a | | OEM | Engine Hoist | |
| 9 | n/a | 2015 | Quincy | 251CP80VCB - Air Compressor | |
| 10 | n/a | | Evolution | EVOSAW380 15-inch Steel Cutting Chop Saw | |
| | | | Dewalt | D28715 | |

## Real Estate

| | Address | Notes | Current Appraised Value |
|---|---|---|---|
| 1 | 4090 130th Avenue Southwest, Belfield ND 58622 | Shop 3,500 Sq. Ft. , plus 4.31 acres yard. | 365,000.00 |
| 2 | www.starkenergyinc.com | Website/ underconstruction | |



EXHIBIT

**2**

R. Fetting

Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of North Dakota**

Case number (if known): **24-30168**   Chapter   **11**

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **Stark Energy, Inc.** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

8 2 – 1 3 3 1 5 2 6

**4. Debtor's address**

**Principal place of business**

_____

**1860 4th Ave E**
Number       Street

**Dickinson, ND 58601-3362**
City                          State      ZIP Code

**Stark**
County

**Mailing address, if different from principal place of business**

**PO Box 748**

_____
Number          Street

**Dickinson, ND 58602**
City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

_____

**4090 130th Ave SW**
Number          Street

**Belfield, ND 58622**
City                          State      ZIP Code

**5. Debtor's website (URL)**

_____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

GC 0413

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | 24-30168 |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

2  1  3  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Debtor **Stark Energy, Inc.**

Case number *(if known)* ___24-30168___

Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>　　　**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>　　　☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>　　　　What is the hazard? _____<br><br>　　　☐ It needs to be physically secured or protected from the weather.<br><br>　　　☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>　　　☐ Other _____<br><br>　　　**Where is the property?** _____<br>　　　　　Number　　Street<br>　　　　_____<br>　　　　_____<br>　　　　City　　　　　　　State　ZIP Code<br><br>　　　**Is the property insured?**<br>　　　☐ No<br>　　　☐ Yes.　Insurance agency _____<br>　　　　　　Contact name _____<br>　　　　　　Phone _____ |

⬛ **Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49　　☑ 50-99　　　☐ 1,000-5,000　☐ 5,001-10,000　☐ 25,001-50,000　☐ 50,000-100,000<br>☐ 100-199　☐ 200-999　☐ 10,001-25,000　　　　　　　　☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000　　　　　☐ $1,000,001-$10 million　　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　☐ $10,000,001-$50 million　☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　☐ $50,000,001-$100 million　☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million　☐ $100,000,001-$500 million　☐ More than $50 billion |

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | 24-30168 |
|---|---|---|---|
| | Name | | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## ■ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **17. Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | ■ I have been authorized to file this petition on behalf of the debtor. |
| | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/17/2024**
MM/ DD/ YYYY

**X**  **s/ Robert Fettig**                                            **Robert Fettig**
Signature of authorized representative of debtor                   Printed name

Title  **President**

| **18. Signature of attorney** | **X**  **s/ Erik A Ahlgren**  Date **05/17/2024** |
|---|---|
| | Signature of attorney for debtor  MM/ DD/ YYYY |

**Erik A Ahlgren**
Printed name

**Ahlgren Law Office, PLLC**
Firm name

**220 W Washington Ave 105**
Number        Street

**Fergus Falls**                          **MN**        **56537**
City                                      State        ZIP Code

**(218) 998-2775**                        **erik@ahlgrenlawoffice.net**
Contact phone                             Email address

**09561**                                 **ND**
Bar number                                State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

| | |
|---|---|
| a. Total assets | $728,117.73 |
| b. Total debts (including debts listed in 2.c., below) | $5,876,359.73 |

c. Debt securities held by more than 500 holders

Approximate number of holders:

secured ☐   unsecured ☐   subordinated ☐   _____   _____
secured ☐   unsecured ☐   subordinated ☐   _____   _____
secured ☐   unsecured ☐   subordinated ☐   _____   _____
secured ☐   unsecured ☐   subordinated ☐   _____   _____
secured ☐   unsecured ☐   subordinated ☐   _____   _____

d. Number of shares of preferred stock   _____

e. Number of shares common stock   _____

Comments, if any: _____
_____
_____

3. Brief description of debtor's business ___ Oil field service company and aggregate hauling
_____
_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

_____
_____
_____

Fill in this information to identify the case:

Debtor name _____ **Stark Energy, Inc.** _____

United States Bankruptcy Court for the:

_____ **District of North Dakota** _____

Case number (if known): _____ **24-30168** _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐  *Amended Schedule* _____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __**05/17/2024**__          **X** __s/ Robert Fettig_____
　　　　　　　MM/ DD/ YYYY　　　　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　　__Robert Fettig_____
　　　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　　　__President_____
　　　　　　　　　　　　　　　　　　　　Position or relationship to debtor

GC 0418

Fill in this information to identify the case:

Debtor name        **Stark Energy, Inc.**

United States Bankruptcy Court for the:

       **District of North Dakota**

Case number (if known):     **24-30168**

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1   Amerifi Capital LLC<br>330 Main St #105<br>Hartford, CT 06106 | | | Disputed | | | $181,875.00 |
| 2   AVANZA GROUP, LLC<br>3974 Amboy Rd. Suite 306<br>Staten Island, NY 10308 | | | Disputed | | | $75,000.00 |
| 3   CLOUD FUND LLC<br>400 Rella Blvd. Suite 165-101<br>Suffern, NY 10901 | | | Disputed | | | $142,424.00 |
| 4   Daniel Gerstberger<br>90 East 6 Mile Rd<br>Garden City, KS 67846 | | | | | | $50,000.00 |
| 5   Dynasty Capital 26, LLC<br>96-14 Metropolitan Ave 2nd FL<br>Forest Hills, NY 11375 | | | Disputed | | | $144,258.75 |
| 6   EVERYDAY FUNDING GROUP LLC<br>132 32nd St.<br>Brooklyn, NY 11232 | | | Disputed | | | $100,000.00 |
| 7   Gate City Bank<br>1761 Third Ave W<br>Dickinson, ND 58601 | | | | $80,991.00 | $4,500.00 | $76,491.00 |
| 8   Gate City Bank<br>1761 Third Ave W<br>Dickinson, ND 58601 | | | | $90,198.60 | $21,550.00 | $68,648.60 |

GC 0419

| Debtor | **Stark Energy, Inc.** | | | | | Case number *(if known)* | 24-30168 |
|---|---|---|---|---|---|---|---|
| | Name | | | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | John C. Williams & Associates 1612 Northeast Expressway Atlanta, GA 30329 | | | | | | $62,740.61 |
| 10 | KELLER PAVING & LANDSCAPING INC 1820 Hwy 2 Bypass East Minot, ND 58701 | | | | | | $52,544.27 |
| 11 | Knightsbridge Funding LLC 40 Wall St New York, NY 10005 | | | Disputed | | | $79,208.00 |
| 12 | M2 Financing 20800 Swenson Drive Suite 475 Waukesha, WI 53186 | | | | $157,769.25 | $85,000.00 | $72,769.25 |
| 13 | Mathew Barrett 3007 E Papillon Circle Mesa, AZ 85215 | | | | | | $60,000.00 |
| 14 | Midland States Bank 1201 Network Centre Drive Effingham, IL 62401 | | | | | | $220,656.27 |
| 15 | Office of State Tax Commissioner 600 E Boulevard Bismarck, ND 58505-0599 | | | | | | $51,048.42 |
| 16 | PARKVIEW ADVANCE LLC 400 Main St. Stamford, CT 06901 | | | Disputed | | | $50,000.00 |
| 17 | Regions Bank PO Box 11407 Birmingham, AL 35246 | | | | $277,826.59 | $85,000.00 | $192,826.59 |
| 18 | RIVER ADVANCE 36 Airport Rd Lakewood, NJ 08701 | | | Disputed | | | $160,000.00 |
| 19 | River Capital Partners LLC 36 Airport Road Lakewood, NJ 08701 | | | Disputed | | | $149,227.25 |
| 20 | US Small Business Administration 14925 Kingsport Road Fort Worth, TX 76155 | | | | | | $2,826,480.48 |

**Fill in this information to identify the case:**

Debtor Name  **Stark Energy, Inc.**

United States Bankruptcy Court for the: District of  **North Dakota**
(State)

Case number (If known):  **24-30168**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Dakotah Bank | Checking account | 0 1 9 3 | $121.91 |
| 3.2. | Western Cooperative Credit Union | Checking account | 3 3 5 3 | $45.82 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  **$167.73**

| Part 2: | Deposits and prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit

   7.1 _____

GC 0421

Debtor    **Stark Energy, Inc.**
Name

Case number *(if known)*   24-30168

---

7.2 _____   _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____   _____

8.2 _____   _____

9. **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.   _____

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

**Current value of
debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: _____ - _____ =..... ➔   _____
face amount               doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ =..... ➔   _____
face amount               doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   _____

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____   _____   _____

14.2 _____   _____   _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of
ownership:

15.1 _____   _____   _____   _____

15.2 _____   _____   _____   _____

---

Official Form 206A/B   **Schedule A/B: Assets — Real and Personal Property**   page **2**

GC 0422

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* 24-30168 |
|---|---|---|
| | Name | |

| | |
|---|---|
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** |

Describe:

16.1 _____    _____    _____

16.2 _____    _____    _____

| | | |
|---|---|---|
| 17. | **Total of Part 4** | _____ |
| | Add lines 14 through 16. Copy the total to line 83. | |

**Part 5:     Inventory, excluding agriculture assets**

| | |
|---|---|
| 18. | **Does the debtor own any inventory (excluding agriculture assets)?** |

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

| | | |
|---|---|---|
| 23. | **Total of Part 5** | _____ |
| | Add lines 19 through 22. Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

GC 0423

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* 24-30168 |
|---|---|---|
| | Name | |

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

---

GC 0424

| Debtor | **Stark Energy, Inc.** | | |
|---|---|---|---|
| | Name | | Case number *(if known)* 24-30168 |

| | General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7**<br>Add lines 39 through 42. Copy the total to line 86. | | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2017 Volvo** / VIN: 4V4NC9EH3HN974302 | unknown | | $10,000.00 |
| 47.2 **2004 Ford F-150** / VIN: 1FTPX14524NB13169 | unknown | | $4,500.00 |
| 47.3 **2010 Ford F-150** / VIN: 1FTFW1EV3AFB85081 | unknown | | $2,600.00 |
| 47.4 **2014 Kenworth T-800** / VIN: 1XKDP4EX2EJ392043 | unknown | Missing | $30,000.00 |

GC 0425

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* **24-30168** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 47.5 | **2007 International** / VIN: 2HSCHSCT67C526165 | unknown | Missing | $4,800.00 |
| 47.6 | **2018 Great Dane Trailer** / VIN: 1GRAA0620JW116152 | unknown | | $12,500.00 |
| 47.7 | **2014 Trail King INDS** / VIN: 1TKR00517EMO1331 | unknown | | $10,000.00 |
| 47.8 | **2022 Dodge Ram 2500** / VIN: 3C6UR5SL7NG149608 | unknown | | $27,000.00 |
| 47.9 | **2013 Peterbuilt 367 Straight Truck Hydrovac** / VIN: 1NPTX4TX1DD202801 | unknown | | $85,000.00 |
| 47.10 | **2013 Dragon 200bbl** / VIN: 1UNST5343DS128172 | unknown | | $1,300.00 |
| 47.11 | **2007 Kenworth T800** / VIN: 1XKDP40X7R197151 | unknown | | $1,000.00 |
| 47.12 | **2013 Dragon 200bbl** / VIN: 1UNST5341DS128154 | unknown | | $1,500.00 |
| 47.13 | **2013 Dragon 200bbl** / VIN: 1UNST5340DS128162 | unknown | | $1,500.00 |
| 47.14 | **2012 Kenworth W900** / VIN: 1XKWP4TX8CJ335970 | unknown | | $4,600.00 |
| 47.15 | **2014 Dragon 200bbl** / VIN: 1UNST5340ES128552 | unknown | Missing | $1,500.00 |
| 47.16 | **2014 KW W900** / VIN: 1XKWD49X1EJ413380 | unknown | | $15,250.00 |
| 47.17 | **2013 Dragon 200bbl** / VIN: 1UNST5348DS128118 | unknown | | $1,800.00 |
| 47.18 | **2014 KW** / VIN: 1NKDX4TX3EJ403810 | unknown | | $9,000.00 |
| 47.19 | **2013 Dragon 200bbl** / VIN: 1UNST5340DS128291 | unknown | | $3,100.00 |
| 47.20 | **2014 Dragon 200bbl** / VIN: 1UNST5346ES140026 | unknown | | $1,800.00 |
| 47.21 | **2016 S/D** / VIN: 1D9FS4437GC688018 | unknown | | $18,250.00 |
| 47.22 | **2016 S/D** / VIN: 1D9FS4430GC688099 | unknown | | $25,250.00 |
| 47.23 | **2012 Dragon 150bbl** / VIN: 1UNST4223CL109253 | unknown | | $3,000.00 |
| 47.24 | **2012 Peterbilt 367** / VIN: 1XPTP4TX1CD147318 | unknown | | $38,500.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | | |
|---|---|---|---|---|
| 48.1 | **2019 Load Trail Bumper Hitch Trailer** / VIN: 4ZECH2225K1188720 | unknown | | $6,500.00 |
| 48.2 | **2019 Load Trail Dump Trailer** / VIN: 4ZEDT1427K2189694 | unknown | | $8,500.00 |
| 48.3 | **2011 Tiger Bumper Hitch Trailer** / VIN: 5UTBU1623BM000887 | unknown | | $1,600.00 |
| 48.4 | **2007 Retinauer Trailer** / VIN: 1RNF48A247R019280 | unknown | Missing | $4,500.00 |
| 48.5 | **2013 Dakota Dump Trailer** / VIN: 1D9SH433DY554348 | unknown | | $9,800.00 |
| 48.6 | **2000 Midland Dump Trailer** / VIN: 2MFB2S3D5YR000651 | unknown | | $10,500.00 |
| 48.7 | **2000 Midland Dump Trailer** / VIN: 2MFB2S4D3YR001148 | unknown | | $4,200.00 |

Case 24-30868 Doc 1271    Filed 05/13/24    Entered 05/13/24 19:03:30    Desc Main
Document    Page 16 of 351

Debtor **Stark Energy, Inc.**
Name

Case number *(if known)* 24-30168

| | | |
|---|---|---|
| 48.8 **2000 Midland Dump Trailer / VIN: 2MFB2S3D3YR000650** | unknown | $10,500.00 |
| 48.9 **2000 Midland Dump Trailer / VIN: 2MFB2S3D7YR000652** | unknown | $10,500.00 |
| 48.10 **1999 Midland Dump Trailer / VIN: 2MFB2S4D4XR000542** | unknown | $9,800.00 |

49. **Aircraft and accessories**

49.1

49.2

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **2012 CZM Long Mast Drill Mounted on CAT 320d / VIN: SAV0003** | unknown | | $85,000.00 |
| **500bbl Frac Tanks (3)** | unknown | Missing | $15,000.00 |
| **Drilling Rig Bits** | unknown | | $35,000.00 |

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.

$525,150.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

GC 0428

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | 24-30168 |
|---|---|---|---|
| | Name | | |

| 55.1 | **Shop legally described as Lot 2, Block 1, Less the South 20 feet, within the Richard Subdivision in the SE1/4 of Section 29, Township 139 North, Range 99 West of the 5th Principal Meridian, Stark County, North Dakota. SUBJECT to all prior and valid mineral reservations, restrictions, conveyances, easements and leases now of record. / 4090 130th Ave SW Belfield, ND 58622** | Fee Simple | unknown | $202,500.00 |

| 56. | **Total of Part 9** | | $202,500.00 |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 10:** | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| Internet domain www.starkenergyinc.com | | unknown | $100.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| ND waste hauling license | | unknown | $100.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| Customer List | | unknown | $100.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

GC 0429

Debtor **Stark Energy, Inc.**
Name

Case number *(if known)* 24-30168

---

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89. | $300.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71. **Notes receivable**

Description (include name of obligor)

_____ _____ – _____ = ➡ _____
Total face amount         doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____ Tax year _____ _____
_____ Tax year _____ _____
_____ Tax year _____ _____

73. **Interests in insurance policies or annuities**

**Century Surety Company – Commercial General Liability, Pollution Liability, Excess Liability** | unknown

**United Financial Casualty Company (Progressive) – Auto Policy** | unknown

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____ | _____

**Nature of claim** _____

**Amount requested** _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

---

GC 0430

Debtor  **Stark Energy, Inc.**
Name

Case number *(if known)* __24-30168__

---

Nature of claim _____

Amount requested _____

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $167.73 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $525,150.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................ ➤ | | $202,500.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $300.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column.*............91a. | $525,617.73 | + 91b. $202,500.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................... | | $728,117.73 |

---

GC 0431

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Stark Energy, Inc.** |
| United States Bankruptcy Court for the: District of | **North Dakota** |
| | (State) |
| Case number (if known): | **24-30168** |

☐ Check if this is an amended filing

<u>Official Form 206D</u>

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>**Alliance Funding Group** | **Describe debtor's property that is subject to a lien**<br>2018 Great Dane Trailer | **unknown** | **$12,500.00** |

**Creditor's mailing address**

**17542 17th St. #200**

**Tustin, CA 92780**

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$4,141,268.21**

GC 0432

| Debtor | **Stark Energy, Inc.** | Case number (if known) __24-30168__ |
|--------|------------------------|-------------------------------------|
| | Name | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---------|-----------------|--|--|--|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**AVANZA GROUP, LLC**

Describe debtor's property that is subject to a lien

**$75,000.00**      **unknown**

**Creditor's mailing address**

**3974 Amboy Rd. Suite 306**

**Staten Island, NY 10308**

Describe the lien

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page **2** of **21**

GC 0433

Debtor **Stark Energy, Inc.**
Name

Case number (if known) **24-30168**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.3** **Creditor's name**

CHTD Company

**Describe debtor's property that is subject to a lien**

unknown    unknown

**Creditor's mailing address**

PO Box 2576

Springfield, IL 62708

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**  ___  ___  ___  ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

☐ Contingent
☐ Unliquidated
☑ Disputed

GC 0434

| Debtor | **Stark Energy, Inc.** | Case number (if known) | 24-30168 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.4** **Creditor's name**

**CLOUD FUND LLC**

**Creditor's mailing address**

**400 Rella Blvd. Suite 165-101**

**Suffern, NY 10901**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$142,424.00**

Column B: **unknown**

GC 0435

| Debtor | Stark Energy, Inc. | Case number (if known) 24-30168 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.5** Creditor's name

CT Corporation System

Describe debtor's property that is subject to a lien

Column A: **unknown**    Column B: **unknown**

Creditor's mailing address

Attn: SPRS

330 N Brand Blvd Suite 700

Glendale, CA 91203

Describe the lien

_____

Creditor's email address, if known

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page _5_ of _21_

GC 0436

| Debtor | Stark Energy, Inc. | Case number (if known) | 24-30168 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.6** Creditor's name

**Financial Pacific Leasing Inc.**

Describe debtor's property that is subject to a lien

Amount of claim: **unknown**

Value of collateral: **unknown**

Creditor's mailing address

**3455 S 344th Way Ste 300**

**Federal Way, WA 98001**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

Do multiple creditors have an interest in the same property?

☐ Contingent
☐ Unliquidated
☑ Disputed

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

GC 0437

Debtor **Stark Energy, Inc.**
Name

Case number (if known) **24-30168**

| | | | Column A | Column B |
|---|---|---|---|---|
| **Part 1:** | Additional Page | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** **Creditor's name**

**Gate City Bank**

**Creditor's mailing address**

**1761 Third Ave W**

**Dickinson, ND 58601**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2013 Dragon 200bbl

**Describe the lien**

798942

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Column A | Column B |
|---|---|
| $10,970.34 | $1,300.00 |

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page **7** of **21**

GC 0438

Debtor **Stark Energy, Inc.**

Name

Case number (if known) **24-30168**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.8** **Creditor's name**

**Gate City Bank**

**Creditor's mailing address**

**1761 Third Ave W**

**Dickinson, ND 58601**

**Creditor's email address, if known**

**Date debt was incurred** 11/16/18

**Last 4 digits of account number** 5 2 2 1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2007 Kenworth T800

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$816.69

$1,000.00

GC 0439

| Debtor | **Stark Energy, Inc.** | Case number (if known) | 24-30168 |
|--------|------------------------|------------------------|----------|
|        | Name                   |                        |          |

| **Part 1:** | Additional Page | | Column A | Column B |
|-------------|-----------------|---|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.9** **Creditor's name**

**Gate City Bank**

**Creditor's mailing address**

**1761 Third Ave W**

**Dickinson, ND 58601**

**Creditor's email address, if known**

**Date debt was incurred**    11/26/18

**Last 4 digits of account number**    6 8 5 5

**Do multiple creditors have an interest in the same property?**

- ☑ No
- ☐ Yes. Have you already specified the relative priority?
    - ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2013 Dragon 200bbl, 2013 Dragon 200bbl, 2014 Dragon 200bbl

**Describe the lien**

**Amount of claim:** $80,991.00

**Value of collateral:** $4,500.00

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 9 of 21

| Debtor | **Stark Energy, Inc.** | Case number (if known) | **24-30168** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.10** Creditor's name

**Gate City Bank**

**Describe debtor's property that is subject to a lien**

2012 Kenworth W900

| | $5,173.66 | $4,600.00 |
|---|---|---|

**Describe the lien**

Creditor's mailing address

**1761 Third Ave W**

**Dickinson, ND 58601**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred    **2/1/19**

Last 4 digits of account number    **3 1 4 5**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page **10** of **21**

GC 0441

| Debtor | **Stark Energy, Inc.** | Case number (if known) | 24-30168 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** — Amount of claim — Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

**2.11** **Creditor's name**

**Gate City Bank**

**Creditor's mailing address**

**1761 Third Ave W**

**Dickinson, ND 58601**

**Creditor's email address, if known**

**Date debt was incurred** 12/27/19

**Last 4 digits of account number** 1 8 2 0

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2014 KW W900, 2013 Dragon 200bbl, 2007 Retinauer Trailer

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$90,198.60**

Column B: **$21,550.00**

GC 0442

| Debtor | **Stark Energy, Inc.** | Case number (if known) | 24-30168 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.12** **Creditor's name**

**Gate City Bank**

**Creditor's mailing address**

**1761 Third Ave W**

**Dickinson, ND 58601**

**Creditor's email address, if known**

| Date debt was incurred | **1/16/20** |
|---|---|

| Last 4 digits of account number | **3 8 5 6** |
|---|---|

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2014 KW

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$38,348.06**

Column B: **$9,000.00**

GC 0443

Debtor  **Stark Energy, Inc.**

Name

Case number (if known)  24-30168

---

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.13** **Creditor's name**

**Gate City Bank**

**Creditor's mailing address**

**1761 Third Ave W**

**Dickinson, ND 58601**

**Creditor's email address, if known**

**Date debt was incurred**       **3/4/20**

**Last 4 digits of account number**   **6 6 4 8**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2013 Dragon 200bbl, 2014 Dragon 200bbl

**$53,169.85**

**$4,900.00**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

GC 0444

| Debtor | **Stark Energy, Inc.** | Case number (if known) | 24-30168 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.14** **Creditor's name**

**Gate City Bank**

**Creditor's mailing address**

**1761 Third Ave W**

**Dickinson, ND 58601**

**Creditor's email address, if known**

**Date debt was incurred**      7/1/20

**Last 4 digits of account**      7 7 1 5
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2016 S/D, 2016 S/D, 2013 Dakota Dump Trailer, 2000 Midland Dump Trailer, 2000 Midland Dump Trailer, 2000 Midland Dump Trailer, 2000 Midland Dump Trailer, 1999 Midland Dump Trailer

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$78,768.62**

Column B: **$98,800.00**

GC 0445

| Debtor | **Stark Energy, Inc.** | | Case number (if known) | 24-30168 |
|--------|------------------------|--|------------------------|----------|
| | Name | | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|-------------|-----------------|--|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.15** **Creditor's name**

**Gate City Bank**

**Creditor's mailing address**

**1761 Third Ave W**

**Dickinson, ND 58601**

**Creditor's email address, if known**

**Date debt was incurred** 3/26/21

**Last 4 digits of account** 5 2 0 2
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2012 Dragon 150bbl         $10,773.30      $3,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

GC 0446

Debtor  **Stark Energy, Inc.**
_____
Name

Case number (if known) __24-30168__

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.16** Creditor's name

**Gate City Bank**

Creditor's mailing address

**1761 Third Ave W**

**Dickinson, ND 58601**

Creditor's email address, if known

_____

Date debt was incurred         **2/4/20**

Last 4 digits of account    **6   3   6   9**
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Shop legally described as Lot 2, Block 1, Less the South 20 feet, within the Richard Subdivision in the SE1/4 of Section 29, Township 139 North, Range 99 West of the 5th Principal Meridian, Stark County, North Dakota. SUBJECT to all prior and valid mineral reservations, restrictions, conveyances, easements and leases now of record.

Describe the lien

**Mortgage**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$143,330.52**         **$202,500.00**

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page __16__ of __21__

GC 0447

Debtor **Stark Energy, Inc.**
_____
Name

Case number (if known) __24-30168__

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.17** Creditor's name

**M2 Financing**

**Creditor's mailing address**

**20800 Swenson Drive Suite 475**

**Waukesha, WI 53186**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2013 Peterbuilt 367 Straight Truck Hydrovac

**$157,769.25**

**$85,000.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

GC 0448

Debtor **Stark Energy, Inc.**
Name

Case number (if known) **24-30168**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.18** Creditor's name

**Regions Bank**

Creditor's mailing address

**PO Box 11407**

**Birmingham, AL 35246**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2012 CZM Long Mast Drill Mounted on CAT 320d

Describe the lien

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$277,826.59**

**$85,000.00**

GC 0449

Debtor **Stark Energy, Inc.**
Name

Case number (if known) **24-30168**

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.19** **Creditor's name**

**River Capital Partners LLC**

**Describe debtor's property that is subject to a lien**

$149,227.25          unknown

**Creditor's mailing address**

**36 Airport Road**

**Lakewood, NJ 08701**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines  _____

GC 0450

Debtor **Stark Energy, Inc.**
Name

Case number (if known) **24-30168**

---

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.20** Creditor's name

**US Small Business Administration**

Creditor's mailing address

**14925 Kingsport Road**

**Fort Worth, TX 76155**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,826,480.48**

**unknown**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page **20** of **21**

GC 0451

| Debtor | **Stark Energy, Inc.** | Case number (if known) **24-30168** |
|---|---|---|
| | Name | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Vogel Law Firm**<br>**218 NP AVE**<br>**Fargo, ND 58107** | Line 2. **7** | ___ ___ ___ ___ |
| **Vogel Law Firm**<br>**218 NP AVE**<br>**Fargo, ND 58107** | Line 2. **10** | ___ ___ ___ ___ |
| **Vogel Law Firm**<br>**218 NP AVE**<br>**Fargo, ND 58107** | Line 2. **11** | ___ ___ ___ ___ |
| **Vogel Law Firm**<br>**218 NP AVE**<br>**Fargo, ND 58107** | Line 2. **12** | ___ ___ ___ ___ |
| **Vogel Law Firm**<br>**218 NP AVE**<br>**Fargo, ND 58107** | Line 2. **13** | ___ ___ ___ ___ |
| **Vogel Law Firm**<br>**218 NP AVE**<br>**Fargo, ND 58107** | Line 2. **14** | ___ ___ ___ ___ |
| **Vogel Law Firm**<br>**218 NP AVE**<br>**Fargo, ND 58107** | Line 2. **15** | ___ ___ ___ ___ |
| **Ascentium Capital LLC**<br>**23970 Hwy 59 North**<br>**Kingwood, TX 77339** | Line 2. **18** | ___ ___ ___ ___ |
| **Pioneer Credit Recovery Inc**<br>**PO Box 189**<br>**Arcade, NY 14009** | Line 2. **20** | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name _____ **Stark Energy, Inc.** _____

United States Bankruptcy Court for the:

_____ **District of North Dakota** _____

Case number (if known): _____ **24-30168** _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,125.94** | **$3,000.00** |

**2.1** Priority creditor's name and mailing address

_____ **Greg Moore** _____

_____ **632 8th St SE** _____

_____ **Bismarck, ND 59270** _____

Date or dates debt was incurred

_____

Last 4 digits of account number  **9** __ **0** __ **5** __ **8**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

**Total claim** **$19,125.94**    **Priority amount** **$3,000.00**

---

**2.2** Priority creditor's name and mailing address

_____ **Office of State Tax Commissioner** _____

_____ **600 E Boulevard** _____

_____ **Bismarck, ND 58505-0599** _____

Date or dates debt was incurred

_____

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

**Total claim** **$51,048.42**    **Priority amount** **$51,048.42**

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | **24-30168** |
|--------|------------------------|--------------------------|--------------|
| | Name | | |

---

<table>
<tr><td colspan="2"><strong>Part 1:</strong> Additional Page</td></tr>
</table>

**2.3** Priority creditor's name and mailing address

**Travis Vernon**

**633 27th St. West**

**Bismarck, ND 58601**

Date or dates debt was incurred

_____

Last 4 digits of account
number  **9  3  3  8**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is:  $1,300.00  $1,300.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

GC 0456

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | 24-30168 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

Adam Hammerle

31732 Avondale

Westland, MI 48186

Date or dates debt was incurred _____

Last 4 digits of account number  4  4  3  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: wages

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $4,700.00

---

**3.2** Nonpriority creditor's name and mailing address

Alexander Miller

P.O. Box 3256

Bismarck, ND 58602

Date or dates debt was incurred _____

Last 4 digits of account number  7  3  3  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: wages

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $7,109.50

---

**3.3** Nonpriority creditor's name and mailing address

Ally Financial

500 Woodward Ave

Detroit, MI 48226

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $62,992.00

---

**3.4** Nonpriority creditor's name and mailing address

Amerifi Capital LLC

330 Main St #105

Hartford, CT 06106

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $181,875.00

GC 0457

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | **24-30168** |
|--------|------------------------|--------------------------|--------------|
|        | Name                   |                          |              |

## Part 2: Additional Page

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,046.39 |
|-----|--|--|--|

**Brad Cross**

**809 ECR 7250**

**Bismarck, ND 79404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **wages**

Date or dates debt was incurred _____

Last 4 digits of account number   9   1   0   8

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,160.00 |
|-----|--|--|--|

**Bright Design Homes**

**319 Prairie Dr**

**Stanley, ND 58784**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Judgment**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,338.48 |
|-----|--|--|--|

**Bryan Adolph Kostelecky**

**1150 11th Ave W.**

**Dickinson, ND 58601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,136.99 |
|-----|--|--|--|

**Capital One - Spark Business**

**PO Box 71087**

**Charlotte, NC 28272-1087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number   6   9   6   1

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | **24-30168** |
|---|---|---|---|
| | Name | | |

---

**Part 2:  Additional Page**

| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,717.47 |
|---|---|---|---|
| | **Cody Ford** | ☐ Contingent | |
| | **P.O. Box 64** | ☐ Unliquidated | |
| | **Bismarck, ND 58640** | ☐ Disputed | |
| | | **Basis for the claim:  wages** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number    8  6  6  1 | ☑ No   ☐ Yes | |

| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|
| | **Cody Laffitte** | ☐ Contingent | |
| | **215 Waldroup Rd.** | ☐ Unliquidated | |
| | **Eros, LA 71238** | ☐ Disputed | |
| | | **Basis for the claim:  wages** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number    7  1  9  1 | ☑ No   ☐ Yes | |

| **3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,877.41 |
|---|---|---|---|
| | **County Line Truck Stop** | ☐ Contingent | |
| | **PO Box 2140** | ☐ Unliquidated | |
| | **Dickinson, ND 58602** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number    __ __ __ __ | ☑ No   ☐ Yes | |

| **3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,019.71 |
|---|---|---|---|
| | **Craig Elser** | ☐ Contingent | |
| | **2584 6th Ave W., Apt 7** | ☐ Unliquidated | |
| | **Dickinson, ND 58601** | ☐ Disputed | |
| | | **Basis for the claim:  wages** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number    6  4  6  3 | ☑ No   ☐ Yes | |

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | **24-30168** |
|--------|------------------------|--------------------------|--------------|
|        | Name                   |                          |              |

---

**Part 2:** Additional Page

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
|------|--------------------------------------------------|-----------------------------------------------|------------|

**Daniel Gerstberger**

**90 East 6 Mile Rd**

**Garden City, KS 67846**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $540.00 |
|------|--------------------------------------------------|-----------------------------------------------|---------|

**Daniel Paluck**

**2030 Sierra Commons Rd., Apt 738**

**Dickinson, ND 58601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **wages**

Last 4 digits of account number ___6___ ___9___ ___0___ ___1___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,402.76 |
|------|--------------------------------------------------|-----------------------------------------------|-----------|

**DCI - Credit Services Inc.**

**121 E Rosser Ave**

**Bismarck, ND 58501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,123.50 |
|------|--------------------------------------------------|-----------------------------------------------|-----------|

**Dustin O'Neill**

**1615 Main St.**

**Bismarck, ND 56589**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **wages**

Last 4 digits of account number ___8___ ___2___ ___7___ ___3___

Is the claim subject to offset?
☑ No
☐ Yes

---

GC 0460

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | **24-30168** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

| **3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,988.75 |
|---|---|---|---|

**3.17** Nonpriority creditor's name and mailing address

**Dylan Boykin**

**8715 Pine Springs**

**Meridian, MS 39305**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

$21,988.75

---

**3.18** Nonpriority creditor's name and mailing address

**Dylan Newton**

**527 2nd Ave E.**

**Dickinson, ND 58601**

Date or dates debt was incurred

Last 4 digits of account number  7  3  8  7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$750.00

---

**3.19** Nonpriority creditor's name and mailing address

**Dynasty Capital 26, LLC**

**96-14 Metropolitan Ave 2nd FL**

**Forest Hills, NY 11375**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$144,258.75

---

**3.20** Nonpriority creditor's name and mailing address

**Ebeltoft, Sickler Lawyers PLLC**

**2272 Eight Street West**

**Dickinson, ND 58601**

Date or dates debt was incurred

Last 4 digits of account number  0  0  0  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,565.53

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | 24-30168 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.21** Nonpriority creditor's name and mailing address

**Eduardo Ortiz**

**6024 Wilshire Dr.**

**Tampa, FL 33615**

Date or dates debt was incurred _____

Last 4 digits of account number   7  9  1  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$14,624.09

---

**3.22** Nonpriority creditor's name and mailing address

**EN OD Captial LLC**

**11777 Reisterstown Rd.**

**Pikesville, MD 21208**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.23** Nonpriority creditor's name and mailing address

**EVERYDAY FUNDING GROUP LLC**

**132 32nd St.**

**Brooklyn, NY 11232**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$100,000.00

---

**3.24** Nonpriority creditor's name and mailing address

**Garrett McKenzie**

**1289 24th St W**

**Bismarck, ND 58601**

Date or dates debt was incurred _____

Last 4 digits of account number   1  7  5  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$10,022.60

---

GC 0462

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | **24-30168** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,320.00** |
|---|---|---|---|
| | **Helen George** | ☐ Contingent | |
| | **1813 4th Ave E.** | ☐ Unliquidated | |
| | **Bismarck, ND 58601** | ☐ Disputed | |
| | | **Basis for the claim:  wages** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number   6  3  9  9 | ☑ No<br>☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **unknown** |
|---|---|---|---|
| | **Jason Lavigne** | ☐ Contingent | |
| | **375 Horizon St.** | ☐ Unliquidated | |
| | **Killdeer, ND 58640** | ☐ Disputed | |
| | | **Basis for the claim:  wages** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number   ___ ___ ___ ___ | ☑ No<br>☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$13,842.40** |
|---|---|---|---|
| | **Jeffrey Schmitt** | ☐ Contingent | |
| | **4007 33rd St. N.** | ☐ Unliquidated | |
| | **Bismarck, ND 58102** | ☐ Disputed | |
| | | **Basis for the claim:  wages** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number   7  0  2  6 | ☑ No<br>☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$7,475.10** |
|---|---|---|---|
| | **Jett Ogren** | ☐ Contingent | |
| | **c/o ND Department of Labor** | ☐ Unliquidated | |
| | **600 E. Boulevard Ave Dept 406** | ☐ Disputed | |
| | **Bismarck, ND 58505-0340** | **Basis for the claim:  wages** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number   7  1  8  0 | ☑ No<br>☐ Yes | |

GC 0463

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | 24-30168 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

| **3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $62,740.61 |
|---|---|---|---|
| | **John C. Williams & Associates** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **1612 Northeast Expressway** | ☐ Unliquidated | |
| | **Atlanta, GA 30329** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| **3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,950.62 |
|---|---|---|---|
| | **Justin Bacon** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **c/o ND Department of Labor** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **600 E. Boulevard Ave Dept 406** | **Basis for the claim:  wages** | |
| | **Bismarck, ND 58505-0340** | | |
| | | Is the claim subject to offset? | |
| | Date or dates debt was incurred _____ | ☑ No | |
| | Last 4 digits of account number  8  5  7  5 | ☐ Yes | |

| **3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,146.09 |
|---|---|---|---|
| | **Justin Lavigne** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **c/o ND Department of Labor** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **600 E. Boulevard Ave Dept 406** | **Basis for the claim:  wages** | |
| | **Bismarck, ND 58505-0340** | | |
| | | Is the claim subject to offset? | |
| | Date or dates debt was incurred _____ | ☑ No | |
| | Last 4 digits of account number  8  9  8  3 | ☐ Yes | |

| **3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52,544.27 |
|---|---|---|---|
| | **KELLER PAVING & LANDSCAPING INC** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **1820 Hwy 2 Bypass East** | ☐ Unliquidated | |
| | **Minot, ND 58701** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

GC 0464

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | **24-30168** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**3.33** | Nonpriority creditor's name and mailing address

**Kenneth Mack**

**306 13th St. NE**

**Tioga, ND 58852**

Date or dates debt was incurred _____

Last 4 digits of account number **8 0 8 6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$16,278.82

---

**3.34** | Nonpriority creditor's name and mailing address

**Knightsbridge Funding LLC**

**40 Wall St**

**New York, NY 10005**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$79,208.00

---

**3.35** | Nonpriority creditor's name and mailing address

**Landmark Funding**

**10232 Southard Dr**

**Beltsville, MD 20705-2105**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.36** | Nonpriority creditor's name and mailing address

**Linebarger Goggan Blair & Sampson, LLP**

**233 South Wacker Drive Suite 4030**

**Chicago, IL 60606**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$87.20

GC 0465

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | **24-30168** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

---

**3.37** | Nonpriority creditor's name and mailing address

**Marcelino Gonzalez**

**P.O. Box 295**

**Elsa, TX 78543**

Date or dates debt was incurred _____

Last 4 digits of account number  **6 9 6 9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$17,713.52

---

**3.38** | Nonpriority creditor's name and mailing address

**Mathew Barrett**

**3007 E Papillon Circle**

**Mesa, AZ 85215**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$60,000.00

---

**3.39** | Nonpriority creditor's name and mailing address

**Mathew Haberstroh**

**3907 East Duke Street**

**Lubbock, TX 79403**

Date or dates debt was incurred _____

Last 4 digits of account number  **6 6 5 7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$6,597.86

---

**3.40** | Nonpriority creditor's name and mailing address

**Michael Werner**

**828 South 6th Street**

**Canon City, CO 81212**

Date or dates debt was incurred _____

Last 4 digits of account number  **7 1 0 7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$13,413.02

---

GC 0466

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | 24-30168 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220,656.27 |
|---|---|---|---|

**Midland States Bank**

1201 Network Centre Drive

Effingham, IL 62401

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**PARKVIEW ADVANCE LLC**

400 Main St.

Stamford, CT 06901

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,900.00 |
|---|---|---|---|

**Patrick Volck**

1402 20th Ave W., Apt 13

Williston, ND 58801

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **wages**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  **9  3  0  6**

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,593.79 |
|---|---|---|---|

**Pinnacle Business Funding LLC**

1777 Reisterstown Rd

Pikesville, MD 21209

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | 24-30168 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $560.00 |
|---|---|---|---|

**Preble Medical Services Inc.**

**101 Collins Avenue**

**Mandan, ND 58554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,522.89 |
|---|---|---|---|

**Quality Quick Print**

**37 1ST Ave West**

**Dickinson, ND 58601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,354.00 |
|---|---|---|---|

**Quent Lusk**

**1455 Rough Rider Blvd., Apt 202**

**Dickinson, ND 58601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **6   5   1   0**

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,884.63 |
|---|---|---|---|

**Quinton Jenkins**

**201 County Road 685**

**Quitman, MS 39355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

GC 0468

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | **24-30168** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.49** Nonpriority creditor's name and mailing address

**Raymond Ibe**

5809 Victoria Ave., Unit H

Williston, ND 58801

Date or dates debt was incurred _____

Last 4 digits of account number  7  1  3  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$543.75

---

**3.50** Nonpriority creditor's name and mailing address

**Ricardo Muzquiz**

1004 Paseo De Tiber

Laredo, TX 78046

Date or dates debt was incurred _____

Last 4 digits of account number  9  1  7  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$12,080.00

---

**3.51** Nonpriority creditor's name and mailing address

**RIVER ADVANCE**

36 Airport Rd

Lakewood, NJ 08701

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$160,000.00

---

**3.52** Nonpriority creditor's name and mailing address

**Robert Boatright**

1810 Diaz Ave.

Bismarck, ND 78076

Date or dates debt was incurred _____

Last 4 digits of account number  7  0  4  7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$12,327.00

---

GC 0469

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | **24-30168** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.53** Nonpriority creditor's name and mailing address

**Robert Haider**

**1093 Enterprise Ave., Apt 3**

**Bismarck, ND 58601**

Date or dates debt was incurred _____

Last 4 digits of account number   8  1  4  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$1,220.00

---

**3.54** Nonpriority creditor's name and mailing address

**Shannon Brock**

**615 29th St. W.**

**Dickinson, ND 58601**

Date or dates debt was incurred _____

Last 4 digits of account number   4  4  7  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$1,380.00

---

**3.55** Nonpriority creditor's name and mailing address

**Steven Kopp**

**1911 Radnor Dr.**

**Melbourne, FL 32901**

Date or dates debt was incurred _____

Last 4 digits of account number   7  9  1  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$14,126.37

---

**3.56** Nonpriority creditor's name and mailing address

**Steven Stack**

**9201 275th Ave SE**

**Bismarck, ND 58781**

Date or dates debt was incurred _____

Last 4 digits of account number   4  3  9  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$487.50

---

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | 24-30168 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.57** Nonpriority creditor's name and mailing address

**The Avanza Group LLC**

3974 Amboy Road Ste 304

Staten Island, NY 10308

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

**3.58** Nonpriority creditor's name and mailing address

**Todd Griffiths**

2463 Coves Ct.

Dickinson, ND 58601

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$11,093.48

---

**3.59** Nonpriority creditor's name and mailing address

**Valentin Mascorro**

633 27th St. West

Dickinson, ND 58601

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$11,471.31

---

**3.60** Nonpriority creditor's name and mailing address

**Western Equipment Solutions**

PO Box 26975

Salt Lake City, UT 84126-0975

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$3,721.27

---

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | **24-30168** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,128.46 |
| | Yuker Towing | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 876 E Broadway St | ☐ Unliquidated | |
| | Dickinson, ND 58601 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number** __ __ __ __ | ☐ Yes | |

GC 0472

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | 24-30168 |
|---|---|---|---|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Vogel Law Firm** | Line **3.41** | |
| **218 NP AVE** | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **Fargo, ND 58107** | _____ | |

GC 0473

| Debtor | **Stark Energy, Inc.** | | Case number *(if known)* | **24-30168** |
|---|---|---|---|---|
| | Name | | | |

<div style="background:black; color:white">**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims</div>

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $71,474.36 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $1,663,617.16 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,735,091.52 |

Fill in this information to identify the case:

Debtor name **Stark Energy, Inc.**

United States Bankruptcy Court for the:

**District of North Dakota**

Case number (if known): **24-30168**    Chapter **11**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **Stark Energy, Inc.**

United States Bankruptcy Court for the District of **North Dakota**

(State)

Case number (If known): **24-30168**

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 **Fettig Enterprise Inc** | Street<br><br>City State ZIP Code | **Amerifi Capital LLC**<br><br>**PARKVIEW ADVANCE LLC** | ☐ D<br>☑ E/F<br>☐ G<br>☐ D<br>☑ E/F<br>☐ G |
| 2.2 **Fettig Enterprise Inc** | **1860 4th Ave E**<br>Street<br><br>**Dickinson, ND 58601-3362**<br>City State ZIP Code | **Amerifi Capital LLC**<br><br>**PARKVIEW ADVANCE LLC** | ☐ D<br>☑ E/F<br>☐ G<br>☐ D<br>☑ E/F<br>☐ G |
| 2.3 **Fettig, Rob** | **1860 4TH AVE E DICKINSON**<br>Street<br><br>**Dickinson, ND 58601-3362**<br>City State ZIP Code | **Amerifi Capital LLC**<br><br>**Dynasty Capital 26, LLC**<br><br>**River Capital Partners LLC**<br><br>**Pinnacle Business Funding LLC**<br><br>**Landmark Funding** | ☐ D<br>☑ E/F<br>☐ G<br>☐ D<br>☑ E/F<br>☐ G<br>☑ D<br>☐ E/F<br>☐ G<br>☐ D<br>☑ E/F<br>☐ G<br>☐ D<br>☑ E/F<br>☐ G |

Official Form 206H

**Schedule H: Codebtors**

page 1 of **4**

GC 0476

| Debtor | **Stark Energy, Inc.** | | Case number (if known) | **24-30168** |
| | Name | | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| | | Knightsbridge Funding LLC | ☐ D ☑ E/F ☐ G |
| | | AVANZA GROUP, LLC | ☑ D ☐ E/F ☐ G |
| | | CLOUD FUND LLC | ☑ D ☐ E/F ☐ G |
| | | PARKVIEW ADVANCE LLC | ☐ D ☑ E/F ☐ G |
| 2.4 | **Fettig, Rob** 1860 4TH AVE E Street Dickinson, ND 58601-3362 City State ZIP Code | Amerifi Capital LLC | ☐ D ☑ E/F ☐ G |
| | | Dynasty Capital 26, LLC | ☐ D ☑ E/F ☐ G |
| | | River Capital Partners LLC | ☑ D ☐ E/F ☐ G |
| | | Pinnacle Business Funding LLC | ☐ D ☑ E/F ☐ G |
| | | Landmark Funding | ☐ D ☑ E/F ☐ G |
| | | Knightsbridge Funding LLC | ☐ D ☑ E/F ☐ G |
| | | AVANZA GROUP, LLC | ☑ D ☐ E/F ☐ G |
| | | CLOUD FUND LLC | ☑ D ☐ E/F ☐ G |
| | | PARKVIEW ADVANCE LLC | ☐ D ☑ E/F ☐ G |

GC 0477

| Debtor | **Stark Energy, Inc.** | | | Case number (if known) | **24-30168** |
|---|---|---|---|---|---|
| | Name | | | | |

| ■ | Additional Page if Debtor Has More Codebtors |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.5 | **Mathew Barrett** | **3007 E Papillon Circle** <br> Street <br><br> **Mesa, AZ 85215** <br> City  State  ZIP Code | **Gate City Bank** | ☑ D ☐ E/F ☐ G |
| | | | **Gate City Bank** | ☑ D ☐ E/F ☐ G |
| | | | **Gate City Bank** | ☑ D ☐ E/F ☐ G |
| | | | **Gate City Bank** | ☑ D ☐ E/F ☐ G |
| 2.6 | **Rob Fettig** | **1860 4TH AVE E** <br> Street <br><br> **Dickinson, ND 58601-3362** <br> City  State  ZIP Code | **Amerifi Capital LLC** | ☐ D ☑ E/F ☐ G |
| | | | **Dynasty Capital 26, LLC** | ☐ D ☑ E/F ☐ G |
| | | | **River Capital Partners LLC** | ☑ D ☐ E/F ☐ G |
| | | | **Pinnacle Business Funding LLC** | ☐ D ☑ E/F ☐ G |
| | | | **Landmark Funding** | ☐ D ☑ E/F ☐ G |
| | | | **Knightsbridge Funding LLC** | ☐ D ☑ E/F ☐ G |
| | | | **AVANZA GROUP, LLC** | ☑ D ☐ E/F ☐ G |
| | | | **CLOUD FUND LLC** | ☑ D ☐ E/F ☐ G |
| | | | **PARKVIEW ADVANCE LLC** | ☐ D ☑ E/F ☐ G |

GC 0478

| Debtor | **Stark Energy, Inc.** | | Case number (if known) | **24-30168** |
|---|---|---|---|---|
| | Name | | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 | **South Metro Remodel and Home Repair** | **13617 4th Ave South** | **PARKVIEW ADVANCE LLC** | ☐ D  ☑ E/F  ☐ G |
| | | Street | | |
| | | **Burnsville, MN 55337** | | |
| | | City          State          ZIP Code | | |

Official Form 206H                    **Schedule H: Codebtors**                    page __4__ of __4__

GC 0479

**Fill in this information to identify the case:**

Debtor name     **Stark Energy, Inc.**

United States Bankruptcy Court for the:

    **District of North Dakota**

Case number (if known):    **24-30168**     Chapter   **11**

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

---

**Part 1:**   Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

      Copy line 88 from *Schedule A/B*..................................................................................................

      **$202,500.00**

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B*................................................................................................

      **$525,617.73**

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B*..................................................................................................

      **$728,117.73**

---

**Part 2:**   Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   **$4,141,268.21**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................

      **$71,474.36**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................

      **+   $1,663,617.16**

4. **Total liabilities**.................................................................................................................................

   Lines 2 + 3a + 3b

   **$5,876,359.73**

GC 0480

Fill in this information to identify the case:

Debtor name **Stark Energy, Inc.**

United States Bankruptcy Court for the:

**District of North Dakota**

Case number (if known): **24-30168**

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$115,002.21** |
| For prior year: | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$707,648.93** |
| For the year before that: | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,444,709.83** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| For prior year: | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| For the year before that: | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

GC 0481

| Debtor | Stark Energy, Inc. | | Case number *(if known)* | 24-30168 |
|---|---|---|---|---|
| | Name | | | |

![Part 2 header] **Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ Creditor's name _____ Street _____ _____ City        State    ZIP Code | _____ _____ _____ | _____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ Creditor's name _____ Street _____ _____ City        State    ZIP Code **Relationship to debtor** _____ | _____ _____ _____ | _____ | _____ _____ _____ |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **2**

| 5.1. | **Gate City Bank** | **Recovered Vehicle Collateral, as** | **3/24** | **$150,000.00** |
|---|---|---|---|---|
| | Creditor's name | **described in Motion to Lift Automatic** | | |
| | **1761 Third Ave W** | **Stay (Doc. 16)** | | |
| | Street | | | |
| | | | | |
| | **Dickinson, ND 58601** | | | |
| | City      State    ZIP Code | | | |

| 5.2. | **Midland States Bank** | **Private Sale of 2014 Kenworth W-900,** | **3/29/24** | **$22,000.00** |
|---|---|---|---|---|
| | Creditor's name | **VIN 1XKWP4EX5EJ420085 and 2015** | | |
| | **1201 Network Centre Drive** | **Kenworth W-900, VIN** | | |
| | Street | **1XKWP4EX1FJ435264 (valued at** | | |
| | | **$36,000 sold for $22,000)** | | |
| | **Effingham, IL 62401** | | | |
| | City      State    ZIP Code | | | |

| 5.3. | **Regions Bank** | **Repossessed CZM 2012 Drilling Rig** | **1/2/24** | **$100,000.00** |
|---|---|---|---|---|
| | Creditor's name | | | |
| | **PO Box 11407** | | | |
| | Street | | | |
| | | | | |
| | **Birmingham, AL 35246** | | | |
| | City      State    ZIP Code | | | |

| 5.4. | **Yuker Towing** | **Recovered Vehicle Collateral, as** | **2023** | **$186,000.00** |
|---|---|---|---|---|
| | Creditor's name | **described in Motion to Lift Automatic** | | |
| | **876 E Broadway St** | **Stay (Doc. 16) and 2014 Kenworth** | | |
| | Street | **W-900, VIN 1XKWP4EX5EJ420085 and** | | |
| | | **2015 Kenworth W-900, VIN** | | |
| | | **1XKWP4EX1FJ435264** | | |
| | **Dickinson, ND 58601** | | | |
| | City      State    ZIP Code | | | |

| 5.5. | **Gate City Bank** | **Garnished funds from Dacotah bank** | **10/24/23** | **$171.00** |
|---|---|---|---|---|
| | Creditor's name | **account** | | |
| | **1761 Third Ave W** | | | |
| | Street | | | |
| | | | | |
| | **Dickinson, ND 58601** | | | |
| | City      State    ZIP Code | | | |

| 5.6. | **Gate City Bank** | **Garnished funds from Dakotah bank** | **3/26/24** | **$204.00** |
|---|---|---|---|---|
| | Creditor's name | **account** | | |
| | **1761 Third Ave W** | | | |
| | Street | | | |
| | | | | |
| | **Dickinson, ND 58601** | | | |
| | City      State    ZIP Code | | | |

| 5.7. | **Alliance Funding Group** | **Repossessed and Sold 2015 Trail King** | **1/2/24** | **$98,000.00** |
|---|---|---|---|---|
| | Creditor's name | **VIN TKJ05330FM057588** | | |
| | **17542 17th St. #200** | | | |
| | Street | | | |
| | | | | |
| | **Tustin, CA 92780** | | | |
| | City      State    ZIP Code | | | |

GC 0483

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City    State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

---

| Part 3: | Legal Actions or Assignments |
|---|---|

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Midland States Bank v Fettig, Robert Gene and Stark Energy, Inc** | collection | **Golden Valley County District Court** <br> Name <br><br> **150 1st Ave SE** <br> Street <br><br> **Beach, ND 58621** <br> City    State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br><br> **17-2023-CV-00026** | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Griffiths, Todd v Stark Energy, Inc** | | **Stark County District Court** <br> Name <br><br> **51 3rd St E** <br> Street <br><br> **Dickinson, ND 58601** <br> City    State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br><br> **45-2023-CV-00216** | | | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Midland States Bank v Fettig, Robert Gene and Stark Energy, Inc** | | **Stark County District Court** <br> Name <br><br> **51 3rd St E** <br> Street <br><br> **Dickinson, ND 58601** <br> City    State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br><br> **45-2023-CV-00475** | | | |

| | | | |
|---|---|---|---|
| **7.4.** | Case title | Nature of case | Court or agency's name and address | Status of case |

**7.4.**

**Case title**
Kostelecky, Bryan A. v Fettig, Robert and Stark Energy, Inc

**Nature of case**

**Court or agency's name and address**
Stark County District Court
Name
51 3rd St E
Street

Dickinson, ND 58601
City          State     ZIP Code

**Status of case**
☐ Pending
☐ On appeal
☑ Concluded

**Case number**
45-2023-CV-00550

---

**7.5.**

**Case title**
Boykin, Dylan, Jenkins, Quinton and Mascorro, Valentin v Fetting Enterprise, Inc, Fettig Equipment and Stark Energy Inc

**Nature of case**

**Court or agency's name and address**
Stark County District Court
Name
51 3rd St E
Street

Dickinson, ND 58601
City          State     ZIP Code

**Status of case**
☐ Pending
☐ On appeal
☑ Concluded

**Case number**
45-2023-CV-00648

---

**7.6.**

**Case title**
Gate City Bank v Barrett, Matthew, Fettig, Robert G. and Stark Energy, Inc

**Nature of case**

**Court or agency's name and address**
Stark County District Court
Name
51 3rd St E
Street

Dickinson, ND 58601
City          State     ZIP Code

**Status of case**
☐ Pending
☐ On appeal
☑ Concluded

**Case number**
45-2023-CV-00689

---

**7.7.**

**Case title**
Regions Bank v Fettig, Robert Gene and Stark Energy, Inc

**Nature of case**

**Court or agency's name and address**
Stark County District Court
Name
51 3rd St E
Street

Dickinson, ND 58601
City          State     ZIP Code

**Status of case**
☐ Pending
☐ On appeal
☑ Concluded

**Case number**
45-2023-CV-00916

---

**7.8.**

**Case title**
Kostelecky, Bryan and Twila v Stark Energy, Inc

**Nature of case**

**Court or agency's name and address**
Stark County District Court
Name
51 3rd St E
Street

Dickinson, ND 58601
City          State     ZIP Code

**Status of case**
☐ Pending
☐ On appeal
☑ Concluded

**Case number**
45-2023-CV-00079

---

**7.9.**

**Case title**
Kostelecky, Bryan v Stark Energy, Inc

**Nature of case**

**Court or agency's name and address**
Stark County District Court
Name
51 3rd St E
Street

Dickinson, ND 58601
City          State     ZIP Code

**Status of case**
☐ Pending
☐ On appeal
☑ Concluded

**Case number**
45-2023-SC-00080

GC 0485

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.10. | **Bright Design Homes v Stark Energy** | | **District Court, County of Mountrail, State of North Dakota**<br>Name | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>**31-2023-CV-00071** | | **101 N Main St**<br>Street<br><br>**Stanley, ND 58784**<br>City　　　　State　ZIP Code | |
| 7.11. | **Bright Design Homes v Stark Energy** | | **District Court, County of Mountrail, State of North Dakota**<br>Name | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>**312023-CV-00072** | | **101 N Main St**<br>Street<br><br>**Stanley, ND 58784**<br>City　　　　State　ZIP Code | |
| 7.12. | **Regions Bank vs Stark Energy, Inc., et al.** | | **Stark County District Court**<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**45-2023-CV-00916** | | **51 3rd St E**<br>Street<br><br>**Dickinson, ND 58601**<br>City　　　　State　ZIP Code | |
| 7.13. | **Daniel Gerstberger vs Robert Fettig, et al.** | | **Stark County District Court**<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**45-2024-CV-00085** | | **51 3rd St E**<br>Street<br><br>**Dickinson, ND 58601**<br>City　　　　State　ZIP Code | |
| 7.14. | **River Capital Partners LLC against Stark Energy Inc and Robert Fettig** | | **Supreme Court of the State of New York, County of Nassau**<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | **100 Supreme Court Drive**<br>Street<br><br>**11501**<br>City　　　　State　ZIP Code | |

GC 0486

| 7.15. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Knightsbridge Funding LLC against Fettig Enterprise, Inc. DBA Fettig Equipment; Stark Energy Inc; and Robert Fettig** | | **Supreme Court of the State of New York, County of Niagara**<br>Name<br><br>**775 Third Street**<br>Street<br><br>**Niagara Falls, NY 14301**<br>City   State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |

| 7.16. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Pinnacle Business Funding, LLC against Stark Energy Inc and Robert Gene Fettig** | | **Supreme Court of the State of New York, County of Sullivan**<br>Name<br><br>**414 Broadway**<br>Street<br><br>**Monticello, NY 12701**<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**E2022-1462** | | | |

| 7.17. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Dynasty Capital 26, LLC v Stark Energy Inc and Robert Gene Fettig** | | **Supreme Court of the State of New York, County of Kings**<br>Name<br><br>**360 Adams St Ste 189**<br>Street<br><br>**11201**<br>City   State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |

| 7.18. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **The Avanza Group, LLC against Stark Energy Inc., D/B/A Stark Energy Inc. and Robert Gene Fettig** | | **Supreme Court of the State of New York, County of Sullivan**<br>Name<br><br>**414 Broadway**<br>Street<br><br>**Monticello, NY 12701**<br>City   State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**E2022-1413** | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor **Stark Energy, Inc.** Case number *(if known)* **24-30168**
Name

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|----------------------------|-------|

Custodian's name

Street

City    State    ZIP Code

**Case title**

**Case number**

**Date of order or assignment**

**Court name and address**

Name

Street

City    State    ZIP Code

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

Recipient's name

Street

City    State    ZIP Code

Recipient's relationship to debtor

---

**Part 5:    Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1.  **2014 Kenworth** | **none, stolen** | **2023** | **$30,000.00** |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

GC 0488

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Ahlgren Law Office** | | **4/23/24** | **$10,000.00** |
| | **Address** | | | |
| | **220 West Washington Ave Suite 105**<br>Street | | | |
| | **Fergus Falls, MN 56537**<br>City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| | **Anders Jorve** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor **Stark Energy, Inc.**
Name

Case number *(if known)* **24-30168**

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| Address |
|---|

_____
Street

_____
City            State     ZIP Code

| Relationship to debtor |
|---|

_____

---

**Part 7:  Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. _____
Street                                    From _____ To _____

_____

_____
City            State     ZIP Code

---

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

15.1. _____
Facility name

_____
Street

_____
City            State     ZIP Code

| Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|
| | *Check all that apply:* |
| | ☐ Electronically |
| | ☐ Paper |

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **10**

GC 0490

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1 | **Dakota Commercial Bank and Trust** <br> Name <br><br> Street <br><br> City    State    ZIP Code | XXXX– __ __ __ __ | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | _____ | **$0.00** |
| 18.2 | **Gate City Bank** <br> Name <br> **1761 Third Ave W** <br> Street <br><br> **Dickinson, ND 58601** <br> City    State    ZIP Code | XXXX– __ __ __ __ | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | _____ | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

GC 0491

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | | Address | | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | | Address | | |
| | City          State     ZIP Code | | | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Rob Fettig**<br>Name | **4090 130 C Ave SW** | ~~Personal Tools~~ | **$0.00** |
| **1860 4TH AVE E DICKINSON**<br>Street | **Belfield, ND 58622** | | |
| **Dickinson          ND**<br>58601-3362<br>City          State     ZIP Code | | | |

---

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

GC 0492

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.** Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | Name | | ☐ On appeal |
| Case number | Street | | ☐ Concluded |
| | | | |
| | City    State    ZIP Code | | |

**23.** Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

**24.** Has the debtor notified any governmental unit of any release of hazardous material?

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25.** Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City   State   ZIP Code | | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____ To _____ |

## 26. Books, records, and financial statements

**26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Mahoney CPA's and Advisors**<br>Name<br><br>**10 River Park Plz Ste 800**<br>Street<br><br>**Saint Paul, MN 55107**<br>City    State    ZIP Code | From _____ To _____ |

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | From _____ To _____ |

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | _____<br><br>_____ |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

|  | Name and address |
|---|---|
| 26d.1. | |

Name

Street

City                    State          ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |

Name

Street

City                    State          ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rob Fettig** | **1860 4TH AVE E DICKINSON Dickinson, ND 58601-3362** | **Sole Officer/Director,** | **100.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____  To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.   **Rob Fettig**                                    **$5000.00**   **multiple**
Name

**1860 4TH AVE E**
Street

**Dickinson, ND 58601-3362**
City                              State        ZIP Code

Relationship to debtor

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN:  __ __ − __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN:  __ __ − __ __ __ __ __ __ __ |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **05/17/2024**
MM/ DD/ YYYY

**X** s/ Robert Fettig                              Printed name          **Robert Fettig**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor          **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

Adam Hammerle
31732 Avondale
Westland, MI 48186

Alexander Miller
P.O. Box 3256
Bismarck, ND 58602

Alliance Funding Group
17542 17th St. #200
Tustin, CA 92780

Ally Financial
500 Woodward Ave
Detroit, MI 48226

Amerifi Capital LLC
330 Main St #105
Hartford, CT 06106

Ascentium Capital LLC
23970 Hwy 59 North
Kingwood, TX 77339

AVANZA GROUP, LLC
3974 Amboy Rd. Suite 306
Staten Island, NY 10308

Brad Cross
809 ECR 7250
Bismarck, ND 79404

Bright Design Homes
319 Prairie Dr
Stanley, ND 58784

Bryan Adolph Kostelecky
1150 11th Ave W.
Dickinson, ND 58601

Capital One - Spark Business
PO Box 71087
Charlotte, NC 28272-1087

CHTD Company
PO Box 2576
Springfield, IL 62708

CLOUD FUND LLC
400 Rella Blvd. Suite 165-101
Suffern, NY 10901

Cody Ford
P.O. Box 64
Bismarck, ND 58640

Cody Laffitte
215 Waldroup Rd.
Eros, LA 71238

County Line Truck Stop
PO Box 2140
Dickinson, ND 58602

Craig Elser
2584 6th Ave W., Apt 7
Dickinson, ND 58601

CT Corporation System
Attn: SPRS
330 N Brand Blvd Suite 700
Glendale, CA 91203

Daniel Gerstberger
90 East 6 Mile Rd
Garden City, KS 67846

Daniel Paluck
2030 Sierra Commons Rd., Apt 738
Dickinson, ND 58601

DCI - Credit Services Inc.
121 E Rosser Ave
Bismarck, ND 58501

Dustin O'Neill
1615 Main St.
Bismarck, ND 56589

Dylan Boykin
8715 Pine Springs
Meridian, MS 39305

Dylan Newton
527 2nd Ave E.
Dickinson, ND 58601

GC 0499

Dynasty Capital 26, LLC
96-14 Metropolitan Ave 2nd FL
Forest Hills, NY 11375

Ebeltoft, Sickler Lawyers PLLC
2272 Eight Street West
Dickinson, ND 58601

Eduardo Ortiz
6024 Wilshire Dr.
Tampa, FL 33615

EN OD Captial LLC
11777 Reisterstown Rd.
Pikesville, MD 21208

EVERYDAY FUNDING GROUP
LLC
132 32nd St.
Brooklyn, NY 11232

Fettig Enterprise Inc

Fettig Enterprise Inc
1860 4th Ave E
Dickinson, ND 58601-3362

Rob Fettig
1860 4TH AVE E DICKINSON
Dickinson, ND 58601-3362

Rob Fettig
1860 4TH AVE E
Dickinson, ND 58601-3362

Financial Pacific Leasing Inc.
3455 S 344th Way Ste 300
Federal Way, WA 98001

Garrett McKenzie
1289 24th St W
Bismarck, ND 58601

Gate City Bank
1761 Third Ave W
Dickinson, ND 58601

Greg Moore
632 8th St SE
Bismarck, ND 59270

Helen George
1813 4th Ave E.
Bismarck, ND 58601

Jason Lavigne
375 Horizon St.
Killdeer, ND 58640

Jeffrey Schmitt
4007 33rd St. N.
Bismarck, ND 58102

Jett Ogren
c/o ND Department of Labor
600 E. Boulevard Ave Dept 406
Bismarck, ND 58505-0340


John C. Williams & Associates
1612 Northeast Expressway
Atlanta, GA 30329


Justin Bacon
c/o ND Department of Labor
600 E. Boulevard Ave Dept 406
Bismarck, ND 58505-0340


Justin Lavigne
c/o ND Department of Labor
600 E. Boulevard Ave Dept 406
Bismarck, ND 58505-0340


KELLER PAVING &
LANDSCAPING INC
1820 Hwy 2 Bypass East
Minot, ND 58701


Kenneth Mack
306 13th St. NE
Tioga, ND 58852


Knightsbridge Funding LLC
40 Wall St
New York, NY 10005


Landmark Funding
10232 Southard Dr
Beltsville, MD 20705-2105

Linebarger Goggan Blair &
Sampson, LLP
233 South Wacker Drive Suite 4030
Chicago, IL 60606

M2 Financing
20800 Swenson Drive Suite 475
Waukesha, WI 53186

Marcelino Gonzalez
P.O. Box 295
Elsa, TX 78543

Mathew Barrett
3007 E Papillon Circle
Mesa, AZ 85215

Mathew Haberstroh
3907 East Duke Street
Lubbock, TX 79403

Michael Werner
828 South 6th Street
Canon City, CO 81212

Midland States Bank
1201 Network Centre Drive
Effingham, IL 62401

Office of State Tax
Commissioner
600 E Boulevard
Bismarck, ND 58505-0599

PARKVIEW ADVANCE LLC
400 Main St.
Stamford, CT 06901

Patrick Volck
1402 20th Ave W., Apt 13
Williston, ND 58801

Pinnacle Business Funding
LLC
1777 Reisterstown Rd
Pikesville, MD 21209

Pioneer Credit Recovery Inc
PO Box 189
Arcade, NY 14009

Preble Medical Services Inc.
101 Collins Avenue
Mandan, ND 58554

Quality Quick Print
37 1ST Ave West
Dickinson, ND 58601

Quent Lusk
1455 Rough Rider Blvd., Apt 202
Dickinson, ND 58601

Quinton Jenkins
201 County Road 685
Quitman, MS 39355

Raymond Ibe
5809 Victoria Ave., Unit H
Williston, ND 58801


Regions Bank
PO Box 11407
Birmingham, AL 35246


Ricardo Muzquiz
1004 Paseo De Tiber
Laredo, TX 78046


RIVER ADVANCE
36 Airport Rd
Lakewood, NJ 08701


River Capital Partners LLC
36 Airport Road
Lakewood, NJ 08701


Rob Fettig
1860 4TH AVE E
Dickinson, ND 58601-3362


Robert Boatright
1810 Diaz Ave.
Bismarck, ND 78076


Robert Haider
1093 Enterprise Ave., Apt 3
Bismarck, ND 58601

Shannon Brock
615 29th St. W.
Dickinson, ND 58601


South Metro Remodel and
Home Repair
13617 4th Ave South
Burnsville, MN 55337


Steven Kopp
1911 Radnor Dr.
Melbourne, FL 32901


Steven Stack
9201 275th Ave SE
Bismarck, ND 58781


The Avanza Group LLC
3974 Amboy Road Ste 304
Staten Island, NY 10308


Todd Griffiths
2463 Coves Ct.
Dickinson, ND 58601


Travis Vernon
633 27th St. West
Bismarck, ND 58601


US Small Business
Administration
14925 Kingsport Road
Fort Worth, TX 76155

GC 0506

Valentin Mascorro
633 27th St. West
Dickinson, ND 58601

Vogel Law Firm
218 NP AVE
Fargo, ND 58107

Western Equipment Solutions
PO Box 26975
Salt Lake City, UT 84126-0975

Yuker Towing
876 E Broadway St
Dickinson, ND 58601

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**
**FARGO DIVISION**

IN RE: **Stark Energy, Inc.**                                        CASE NO 24-30168

                                                            CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date     **05/17/2024**          Signature _____ **s/ Robert Fettig** _____

                                                    Robert Fettig, President

GC 0508



# Stark Energy Inc.

### Balance Sheet

As of March 31, 2021

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Gate City Savings | 113.26 |
| Gate City-3144 Stark Energy | 42,656.15 |
| Gate City-6702 Fettig Enterprise | 8,210.83 |
| Wells Fargo-6419 Fettig Enterprise | 40.62 |
| **Total Bank Accounts** | **$51,020.86** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 0.00 |
| **Total Accounts Receivable** | **$0.00** |
| **Total Current Assets** | **$51,020.86** |
| Fixed Assets | |
| Drill Bits/Accessories | 40,730.84 |
| Total fixed assets | |
| Buildings | |
| Building 4090 130th Ave SW Belfield | 249,000.00 |
| **Total Buildings** | **249,000.00** |
| Equipment fixed asset | |
| 2005 Skid Steer SN-CAT0226BAMJH04030 | 28,900.00 |
| 2012 CZM EK 125 Drilling Rig | 378,000.00 |
| 500BBL Frac Tank 75760 | 4,000.00 |
| 500BBL Frac Tank 92742 | 4,000.00 |
| 500BBL Frac Tank 92750 | 4,000.00 |
| Conex Shipping Containers | 5,700.00 |
| MIG Welder | 8,125.95 |
| **Total Equipment fixed asset** | **432,725.95** |
| Semi tractors | |
| 2007 International 9900 2HSCHSCT67C526165 | 28,000.00 |
| 2007 Kenworth T800 1XKD940X07R197151 | 49,500.00 |
| 2012 Kenworth W900 1XKWP4TX8CJ335970 | 85,000.00 |
| 2012 Peterbilt 1XPTP4TX1CD147318 | 90,025.00 |
| 2014 Kenworth 1NKDX4TX3EJ403810 | 77,100.00 |
| 2014 Kenworth T800 1XKDP4EX2EJ392043 | 26,500.00 |
| 2014 Kenworth W9 1XKWD49X1EJ413380 | 88,000.00 |
| 2017 Volvo VN 4V4NC9EH3HN974302 | 60,375.00 |
| 2018 Volvo VN 4V4NC9EH6JN888150 | 62,130.00 |

| | TOTAL |
|---|---|
| **Total Semi tractors** | **566,630.00** |
| Trailers | |
| 1999 Midland Belly Dump 2MFB2S4D4XR000542 | 18,000.00 |
| 2000 Midland Belly Dump 2MFB2S3D3YR000650 | 18,000.00 |
| 2000 Midland Belly Dump 2MFB2S3D7YR000651 | 18,000.00 |
| 2000 Midland Belly Dump 2MFB2S3D7YR000652 | 18,000.00 |
| 2000 Midland Belly Dump 2MFB2S4D3YR001148 | 18,000.00 |
| 2007 Reitnoeur Low Boy Trailer 1RNF48A247R019280 | 18,000.00 |
| 2012 150bbl Dragon Trailer 1UNST4223CL109253 | 24,500.00 |
| 2013 200BBL Dragon Trailer 1UNST5340DS128118 | 50,000.00 |
| 2013 200BBL Dragon Trailer 1UNST5340DS128162 | 50,000.00 |
| 2013 200BBL Dragon Trailer 1UNST5340DS12891 | 54,000.00 |
| 2013 200BBL Dragon Trailer 1UNST5341DS128154 | 50,000.00 |
| 2013 200BBL Dragon Trailer 1UNST5343DS128172 | 50,000.00 |
| 2013 Dakota Belly Dump 1D9SH4339DY554348 | 24,000.00 |
| 2014 200BBL Dragon Trailer 1UNST5340ES128552 | 50,000.00 |
| 2014 200BBL Dragon Trailer 1UNST5346ES140026 | 54,000.00 |
| 2015 Great Dane Reefer 1GRAA0621FW700678 | 38,900.00 |
| 2016 Side Dump  1D9FS4437GC688018 | 40,000.00 |
| 2016 Side Dump 1D9FS4437GC688099 | 40,000.00 |
| 2018 Great Dane Reefer 1GRAA0620JW116152 | 8,267.34 |
| 2019 Load Trail Dump 4EZEDT1427K2189694 | 8,600.00 |
| **Total Trailers** | **650,267.34** |
| Vehicles | |
| 2004 Ford F-150 1FTPX14524NB13169 | 8,600.00 |
| 2010 Ford F-150 Super Crew 1FTFW1EV3AFB85081 | 18,300.00 |
| 2012 Chevy 3500 Crew Truck 1GC4KZC81CF230245 | 0.00 |
| 2013 Ford F-150 1FTFW1EF2DKF29634 | 28,000.00 |
| 2015 Ford F-350 SD  1FT8W3BTZFED67354 | 35,000.00 |
| **Total Vehicles** | **89,900.00** |
| **Total Total fixed assets** | **1,988,523.29** |
| zz Accumulated Depreciation | -581,757.54 |
| **Total Fixed Assets** | **$1,447,496.59** |
| **TOTAL ASSETS** | **$1,498,517.45** |

| | TOTAL |
|---|---|
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| Expense Due to Delene | 0.00 |
| Expense Due to Rob | 105.40 |
| Fleet One | 3,178.06 |
| Fuelman | 10,402.27 |
| Spark | 591.46 |
| **Total Credit Cards** | **$14,277.19** |
| Other Current Liabilities | |
| Due to Delene | 10,998.01 |
| Due to Kristen | 0.00 |
| Due to Rob | 38,422.61 |
| Due to The Fettig Group | 2,429.62 |
| Working Capital | 171,520.00 |
| **Total Other Current Liabilities** | **$223,370.24** |
| **Total Current Liabilities** | **$237,647.43** |
| Long-Term Liabilities | |
| Direct Capital EDI Loan | -13,761.24 |
| Loans long term | |
| Capital One Ford F-350 Loan | 3,324.50 |
| Installment Loan 0792 | 18,178.50 |
| Installment Loan 1820 | 132,932.06 |
| Installment Loan 3145 | 43,289.88 |
| Installment Loan 3292 | 12,296.62 |
| Installment Loan 3856 | 64,157.11 |
| Installment Loan 5221 | 19,965.72 |
| Installment Loan 6485 | 0.00 |
| Installment Loan 6549 | 19,040.45 |
| Installment Loan 6648 | 88,625.06 |
| Installment Loan 6855 | 108,410.73 |
| Installment Loan 7715 | 133,100.65 |
| Installment Loan 8942 | 23,912.70 |
| Installment Loan Alliance Funding | -2,206.42 |
| Installment Loan Ascentium Capital | 378,000.00 |
| Installment Loan Can Capital | 126,111.54 |
| Installment Loan Fora Financial | 87,012.10 |
| PPP Loan 7813 | 0.00 |
| Private Loan - 6690 Robert Fettig | 18,646.59 |
| Private Loan - Allen Allcorn | 0.00 |
| Private Loan - Daniel Gerstberger | 0.00 |
| SBAD Loan 310 | 150,000.00 |
| Shop Loan 6369 | 149,620.35 |
| **Total Loans long term** | **1,574,418.14** |
| PPP Loan 2nd Draw | 235,687.00 |
| **Total Long-Term Liabilities** | **$1,796,343.90** |

| | TOTAL |
|---|---|
| **Total Liabilities** | **$2,033,991.33** |
| Equity | |
| APIC total | |
| Additional Paid in Capital - Matt | 0.00 |
| Additional Paid in Capital - Rob | 88,236.11 |
| **Total APIC total** | **88,236.11** |
| Common Stock total | |
| Common Stock - Matt | 0.00 |
| Common Stock - Rob | 1,200.00 |
| **Total Common Stock total** | **1,200.00** |
| Opening Balance Equity | 0.00 |
| Owners Draws total | |
| Owner's Draws - Matt | -149,200.00 |
| Owner's Draws - Rob | 0.00 |
| **Total Owners Draws total** | **-149,200.00** |
| Retained Earnings | -606,215.05 |
| Net Income | 130,505.06 |
| **Total Equity** | **$ -535,473.88** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,498,517.45** |



**EXHIBIT**
**4**
R. Fetting



# CERTIFICATE OF LIABILITY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 05/16/2024 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Progressive Commercial Lines Customer and Agent Servicing | |
|---|---|---|
| Steffes Agency Inc<br>1155 BURLINGTON DRIVE, BISMARCK, ND 58504 | PHONE (A/C, No, Ext): 1-800-444-4487 | FAX (A/C, No): |
| | E-MAIL ADDRESS: progressivecommercial@email.progressive.com | |
| | INSURER(S) AFFORDING COVERAGE | NAIC # |
| | INSURER A : United Financial Casualty Company | 11770 |
| INSURED<br>Stark Energy, INC<br>PO BOX 748<br>Dickinson, ND 58602 | INSURER B : | |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

## COVERAGES     CERTIFICATE NUMBER: 678049626934666001D051624T132551     REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | ☐ | | | | | | MED EXP (Any one person) | $ |
| | ☐ | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ OTHER: | | | | | | | $ |
| A | **AUTOMOBILE LIABILITY** | Y | N | 976766096 | 01/23/2024 | 01/23/2025 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☒ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | **UMBRELLA LIAB** ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | **EXCESS LIAB** ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ☐ Y/N<br>ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBEREXCLUDED?<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N / A | | | | | ☐ PER STATUTE ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | See ACORD 101 for additional coverage details. | Y | N | 976766096 | 01/23/2024 | 01/23/2025 | $ | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

## CERTIFICATE HOLDER

US Trustee Office
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE

*Mark Paul*

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)     The ACORD name and logo are registered marks of ACORD     GC 0513



AGENCY CUSTOMER ID: _____

LOC #: _____

# ADDITIONAL REMARKS SCHEDULE

Page __1__ of __1__

| AGENCY | | NAMED INSURED |
|---|---|---|
| Steffes Agency Inc | | Stark Energy, INC |
| **POLICY NUMBER** | | PO BOX 748 |
| 976766096 | | Dickinson, ND 58602 |
| **CARRIER** | **NAIC CODE** | |
| United Financial Casualty Company | 11770 | **EFFECTIVE DATE:** 01/23/2024 |

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: __25__   FORM TITLE: Certificate of Liability Insurance

## Additional Coverages

| Insurance coverage(s) | Limits |
|---|---|
| Personal Injury Protection | Basic PIP $30,000 |
| Uninsured Motorist Bodily Injury | $1,000,000 Combined Single Limit |
| Underinsured Motorist Bodily Injury | $1,000,000 Combined Single Limit |

## Description of Location/Vehicles/Special Items

**Scheduled autos only**

| | |
|---|---|
| 2012 PETERBILT 367 1XPTP4TX1CD147318 | |
| 2015 FORD F350 1FT8W3BT7FED67354 | 2012 Peterbilt 367 is S211 - on schedules; |
| 2012 Dragon 150 BBL AL Trailer Trailer 1UNST4223CL109253 | 2015 Ford F350 is CT001 - not on schedules; |
| 2013 PETERBILT 367 1NPTX4TX1DD202801 | 2012 Dragon is T-107 and GC#21 - is missing; |
| 1999 Midland - 3 Axle Trailer 2MFB2S4D4XR000542 | 1999 Midland Trailer is BD001 and GC#20 - was recovered by GC; |

**Liability coverage may not apply to all scheduled vehicles.**

2013 Peterbilt 367 is Hydrovac H001 - on schedules;

## Additional Information

Certificate holder is listed as an Additional Insured.

© 2008 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

GC 0514

# Picture Report

**Location Services, LLC**
11350 N Meridian Suite 200
Carmel, IN 46032
**Phone:** 888-525-3818 **Fax:**



EXHIBIT
**5**
R. Fetting

03/18/2024
**Case #:** 2128071078
**Reference #:** 86921
**Acct #:** 2257715-F

| **Client** | **Lien Holder** | |
|---|---|---|
| Gate City Bank | Gate City Bank | NOTE: |
| 500 2nd Ave N | | SD-002 |
| Fargo, ND 58102 | | Lic T998369 |
| **Phone:** (701) 293-2578 **Fax:** | | |

**Debtor**
STARK ENERGY

**Vehicle**
2016 SIDUMP'R DUMP
**VIN:** 1D9FS4437GC688018

The following pictures were taken of the above listed vehicle and are hereby provided in this report. The pictures below are representations of the state of the vehicle at the time of repossession. It will be assumed by the client, and for all legal purposes, that any damages depicted herein are the result of mistreatment by the borrower. Location Services, LLC accepts no responsibility for the overall condition of this vehicle as shown and client agrees to hold Location Services, LLC harmless from any and all claims related to vehicle's condition.











GC 0515

# Picture Report

**Location Services, LLC**
11350 N Meridian Suite 200
Carmel, IN 46032
**Phone:** 888-525-3818 **Fax:**

03/18/2024
**Case #:** 2128070408
**Reference #:** 86918
**Acct #:** 2257715-E

| **Client** | **Lien Holder** | |
|---|---|---|
| Gate City Bank | Gate City Bank | NOTE:
| 500 2nd Ave N | | SD-001
| Fargo, ND 58102 | | Lic T998370
| **Phone:** (701) 293-2578 **Fax:** | | |

**Debtor**
STARK ENERGY

**Vehicle**
2016 SIDUMP'R DUMP
**VIN:** 1D9FS4430GC688099

The following pictures were taken of the above listed vehicle and are hereby provided in this report. The pictures below are representations of the state of the vehicle at the time of repossession. It will be assumed by the client, and for all legal purposes, that any damages depicted herein are the result of mistreatment by the borrower. Location Services, LLC accepts no responsibility for the overall condition of this vehicle as shown and client agrees to hold Location Services, LLC harmless from any and all claims related to vehicle's condition.







GC 0516

# Picture Report

**Location Services, LLC**

03/18/2024

11350 N Meridian Suite 200
Carmel, IN 46032
**Phone:** 888-525-3818 **Fax:**

**Case #:** 2128071468
**Reference** #: 86924
**Acct #:** 2257715-G

| | |
|---|---|
| **Client**<br>Gate City Bank<br>500 2nd Ave N<br>Fargo, ND 58102<br>**Phone:** (701) 293-2578 **Fax:** | **Lien Holder**<br>Gate City Bank<br><br>NOTE:<br>BD-006<br>Lic# 998666? |
| **Debtor**<br>STARK ENERGY | **Vehicle**<br>2013 DAKOTA MFG CO BELLY DUMP<br>**VIN:** 1D9SH4339DY554348 |

The following pictures were taken of the above listed vehicle and are hereby provided in this report. The pictures below are representations of the state of the vehicle at the time of repossession. It will be assumed by the client, and for all legal purposes, that any damages depicted herein are the result of mistreatment by the borrower. Location Services, LLC accepts no responsibility for the overall condition of this vehicle as shown and client agrees to hold Location Services, LLC harmless from any and all claims related to vehicle's condition.








GC 0517

# Picture Report

**Location Services, LLC**

11350 N Meridian Suite 200
Carmel, IN 46032
**Phone:** 888-525-3818 **Fax:**

03/18/2024

**Case #:** 2128066064
**Reference #:** 86903
**Acct #:** 2257715

| | | |
|---|---|---|
| **Client** | **Lien Holder** | NOTE: |
| Gate City Bank | Gate City Bank | BD-003 or BD-001?? |
| 500 2nd Ave N | | Shows BD-003 |
| Fargo, ND 58102 | | Lic# T998664 |
| **Phone:** (701) 293-2578 **Fax:** | | |

| | | |
|---|---|---|
| **Debtor** | **Vehicle** | VIN# is for BD-001 |
| STARK ENERGY INC | 1999 MILDAND BELLY DUMP SE | |
| | **VIN:** 2MFB2S4D4XR000542 | |

The following pictures were taken of the above listed vehicle and are hereby provided in this report. The pictures below are representations of the state of the vehicle at the time of repossession. It will be assumed by the client, and for all legal purposes, that any damages depicted herein are the result of mistreatment by the borrower. Location Services, LLC accepts no responsibility for the overall condition of this vehicle as shown and client agrees to hold Location Services, LLC harmless from any and all claims related to vehicle's condition.





GC 0518

# Picture Report

## Location Services, LLC
11350 N Meridian Suite 200
Carmel, IN 46032
**Phone:** 888-525-3818 **Fax:**

03/18/2024
**Case #:** 2128068499
**Reference #:** 86909
**Acct #:** 2257715-D

| | | |
|---|---|---|
| **Client**<br>Gate City Bank<br>500 2nd Ave N<br>Fargo, ND 58102<br>**Phone:** (701) 293-2578 **Fax:** | **Lien Holder**<br>Gate City Bank | NOTE:<br>BD-005<br>Lic. # T998665 |

| | |
|---|---|
| **Debtor**<br>STARK ENERGY | **Vehicle**<br>2000 MIDLAND MFG LT BELLY DUMP SE<br>**VIN:** 2MFB2S3D5YR000651 |

The following pictures were taken of the above listed vehicle and are hereby provided in this report. The pictures below are representations of the state of the vehicle at the time of repossession. It will be assumed by the client, and for all legal purposes, that any damages depicted herein are the result of mistreatment by the borrower. Location Services, LLC accepts no responsibility for the overall condition of this vehicle as shown and client agrees to hold Location Services, LLC harmless from any and all claims related to vehicle's condition.







GC 0519

# Picture Report

03/18/2024

**Location Services, LLC**
11350 N Meridian Suite 200
Carmel, IN 46032
**Phone:** 888-525-3818 **Fax:**

**Case #:** 2128067125
**Reference #:** 86905
**Acct #:** 2257715-A

| | |
|---|---|
| **Client**<br>Gate City Bank<br>500 2nd Ave N<br>Fargo, ND 58102<br>**Phone:** (701) 293-2578 **Fax:** | **Lien Holder**<br>Gate City Bank<br><br>NOTE:<br>BD-004<br>Lic# T998662 |
| **Debtor**<br>STARK ENERGY | **Vehicle**<br>2000 MIDLAND MFG LT BELLY DUMP SE<br>**VIN:** 2MFB2S4D3YR001148 |

The following pictures were taken of the above listed vehicle and are hereby provided in this report. The pictures below are representations of the state of the vehicle at the time of repossession. It will be assumed by the client, and for all legal purposes, that any damages depicted herein are the result of mistreatment by the borrower. Location Services, LLC accepts no responsibility for the overall condition of this vehicle as shown and client agrees to hold Location Services, LLC harmless from any and all claims related to vehicle's condition.





GC 0520

# Picture Report

Location Services, LLC
11350 N Meridian Suite 200
Carmel, IN 46032
**Phone:** 888-525-3818 **Fax:**

03/19/2024
**Case #:** 2128067486
**Reference** #: 86906
**Acct #:** 2257715-B

---

**Client**
Gate City Bank
500 2nd Ave N
Fargo, ND 58102
**Phone:** (701) 293-2578 **Fax:**

**Lien Holder**
Gate City Bank

NOTE:
BD-003
Lic# T998664

---

**Debtor**
STARK ENERGY

**Vehicle**
2000 MIDLAND MFG LT BELLY DUMP SE
**VIN:** 2MFB2S3D7YR000652

---

The following pictures were taken of the above listed vehicle and are hereby provided in this report. The pictures below are representations of the state of the vehicle at the time of repossession. It will be assumed by the client, and for all legal purposes, that any damages depicted herein are the result of mistreatment by the borrower. Location Services, LLC accepts no responsibility for the overall condition of this vehicle as shown and client agrees to hold Location Services, LLC harmless from any and all claims related to vehicle's condition.

  

 

GC 0521

# Picture Report

Location Services, LLC

11350 N Meridian Suite 200
Carmel, IN 46032
**Phone:** 888-525-3818 **Fax:**

03/18/2024

**Case #:** 2128067827
**Reference #:** 86908
**Acct #:** 2257715-C

| Client | Lien Holder | |
|---|---|---|
| Gate City Bank | Gate City Bank | NOTE: |
| 500 2nd Ave N | | BD-002 |
| Fargo, ND 58102 | | Lic# T998663 |
| **Phone:** (701) 293-2578 **Fax:** | | |

**Debtor**
STARK ENERGY

**Vehicle**
2000 MIDLAND MFG LT BELLY DUMP SE
**VIN:** 2MFB2S3D3YR000650

The following pictures were taken of the above listed vehicle and are hereby provided in this report. The pictures below are representations of the state of the vehicle at the time of repossession. It will be assumed by the client, and for all legal purposes, that any damages depicted herein are the result of mistreatment by the borrower. Location Services, LLC accepts no responsibility for the overall condition of this vehicle as shown and client agrees to hold Location Services, LLC harmless from any and all claims related to vehicle's condition.







GC 0522

# Picture Report

**Location Services, LLC**
11350 N Meridian Suite 200
Carmel, IN 46032
**Phone:** 888-525-3818 **Fax:**

03/18/2024
**Case #:** 2128061623
**Reference** #: 86896
**Acct #:** 2116648-A

| | | |
|---|---|---|
| **Client**<br>Gate City Bank<br>500 2nd Ave N<br>Fargo, ND 58102<br>**Phone:** (701) 293-2578 **Fax:** | **Lien Holder**<br>Gate City Bank | NOTE:<br>T-105<br>Lic. T995515 |

**Debtor**
STARK ENERGY

**Vehicle**
2013 DRAGON 200 BBL AL TANK TRL
**VIN:** 1UNST5340DS128291

The following pictures were taken of the above listed vehicle and are hereby provided in this report. The pictures below are representations of the state of the vehicle at the time of repossession. It will be assumed by the client, and for all legal purposes, that any damages depicted herein are the result of mistreatment by the borrower. Location Services, LLC accepts no responsibility for the overall condition of this vehicle as shown and client agrees to hold Location Services, LLC harmless from any and all claims related to vehicle's condition.










GC 0523

# Picture Report

**Location Services, LLC**
11350 N Meridian Suite 200
Carmel, IN 46032
**Phone:** 888-525-3818 **Fax:**

03/18/2024
**Case #:** 2128060777
**Reference #:** 86891
**Acct #:** 1993856

| | | |
|---|---|---|
| **Client**<br>Gate City Bank<br>500 2nd Ave N<br>Fargo, ND 58102<br>**Phone:** (701) 293-2578 **Fax:** | **Lien Holder**<br>Gate City Bank | NOTE:<br>S-206 |

**Debtor**
STARK ENERGY

**Vehicle**
2014 KENWORTH MOTOR STRAIGHT TRUCK T800
**VIN:** 1NKDX4TX3EJ403810

The following pictures were taken of the above listed vehicle and are hereby provided in this report. The pictures below are representations of the state of the vehicle at the time of repossession. It will be assumed by the client, and for all legal purposes, that any damages depicted herein are the result of mistreatment by the borrower. Location Services, LLC accepts no responsibility for the overall condition of this vehicle as shown and client agrees to hold Location Services, LLC harmless from any and all claims related to vehicle's condition.










**Picture Report**

**Location Services, LLC**
11350 N Meridian Suite 200
Carmel, IN 46032
**Phone:** 888-525-3818 **Fax:**

03/18/2024
**Case #:** 2128031392
**Reference #:** 86734
**Acct #:** 1961820

| | | |
|---|---|---|
| **Client**<br>Gate City Bank<br>500 2nd Ave N<br>Fargo, ND 58102<br>**Phone:** (701) 293-2578 **Fax:** | **Lien Holder**<br>Gate City Bank | **NOTE:**<br>S-207 |

**Debtor**
STARK ENERGY

**Vehicle**
2014 KENWORTH MOTOR TRACTOR TRUCK DIESEL
**VIN:** 1XKWD49X1EJ413380

The following pictures were taken of the above listed vehicle and are hereby provided in this report. The pictures below are representations of the state of the vehicle at the time of repossession. It will be assumed by the client, and for all legal purposes, that any damages depicted herein are the result of mistreatment by the borrower. Location Services, LLC accepts no responsibility for the overall condition of this vehicle as shown and client agrees to hold Location Services, LLC harmless from any and all claims related to vehicle's condition.








GC 0525

# Picture Report

## Location Services, LLC
11350 N Meridian Suite 200
Carmel, IN 46032
**Phone:** 888-525-3818 **Fax:**

03/18/2024
**Case #:** 2128031715
**Reference #:** 86735
**Acct #:** 1961820-A

| Client | Lien Holder | |
|---|---|---|
| Gate City Bank | Gate City Bank | NOTE: |
| 500 2nd Ave N | | T-021 |
| Fargo, ND 58102 | | |
| **Phone:** (701) 293-2578 **Fax:** | | |

| Debtor | Vehicle |
|---|---|
| STARK ENERGY | 2013 DRAGON ESP LTD 200 BBL AL TANK TRL |
| | **VIN:** 1UNST5348DS128118 |

The following pictures were taken of the above listed vehicle and are hereby provided in this report. The pictures below are representations of the state of the vehicle at the time of repossession. It will be assumed by the client, and for all legal purposes, that any damages depicted herein are the result of mistreatment by the borrower. Location Services, LLC accepts no responsibility for the overall condition of this vehicle as shown and client agrees to hold Location Services, LLC harmless from any and all claims related to vehicle's condition.







GC 0526

## Picture Report

**Location Services, LLC**
11350 N Meridian Suite 200
Carmel, IN 46032
**Phone:** 888-525-3818 **Fax:**

03/18/2024
**Case #:** 2128059440
**Reference #:** 86884
**Acct #:** 798942

| | |
|---|---|
| **Client**<br>Gate City Bank<br>500 2nd Ave N<br>Fargo, ND 58102<br>**Phone:** (701) 293-2578 **Fax:** | **Lien Holder**<br>Gate City Bank<br><br>NOTE:<br>T-106 |

**Debtor**
STARK ENERGY

**Vehicle**
2013 DRAGON ESP, LTD 200 BBL AL TANK TRL
**VIN:** 1UNST5343DS128172

The following pictures were taken of the above listed vehicle and are hereby provided in this report. The pictures below are representations of the state of the vehicle at the time of repossession. It will be assumed by the client, and for all legal purposes, that any damages depicted herein are the result of mistreatment by the borrower. Location Services, LLC accepts no responsibility for the overall condition of this vehicle as shown and client agrees to hold Location Services, LLC harmless from any and all claims related to vehicle's condition.












GC 0527

# Picture Report

**Location Services, LLC**
11350 N Meridian Suite 200
Carmel, IN 46032
**Phone:** 888-525-3818 **Fax:**

03/18/2024
**Case #:** 2128060005
**Reference #:** 86886
**Acct #:** 1275221

| | | |
|---|---|---|
| **Client**<br>Gate City Bank<br>500 2nd Ave N<br>Fargo, ND 58102<br>**Phone:** (701) 293-2578 **Fax:** | **Lien Holder**<br>Gate City Bank | NOTE:<br>S-208 |

**Debtor**
STARK ENERGY

**Vehicle**
2007 KENWORTH MOTOR CONSTRUCTION
**VIN:** 1XKDP40X07R197151

The following pictures were taken of the above listed vehicle and are hereby provided in this report. The pictures below are representations of the state of the vehicle at the time of repossession. It will be assumed by the client, and for all legal purposes, that any damages depicted herein are the result of mistreatment by the borrower. Location Services, LLC accepts no responsibility for the overall condition of this vehicle as shown and client agrees to hold Location Services, LLC harmless from any and all claims related to vehicle's condition.












GC 0528

# Picture Report

**Location Services, LLC**
11350 N Meridian Suite 200
Carmel, IN 46032
**Phone:** 888-525-3818 **Fax:**

03/18/2024
**Case #:** 2128074147
**Reference #:** 86932
**Acct #:** 1286855

| | | |
|---|---|---|
| **Client**<br>Gate City Bank<br>500 2nd Ave N<br>Fargo, ND 58102<br>**Phone:** (701) 293-2578 **Fax:** | **Lien Holder**<br>Gate City Bank | NOTE:<br>T-101 |

**Debtor**
STARK ENERGY

**Vehicle**
2013 DRAGON 200 BBL AL TANK TRL
**VIN:** 1UNST5341DS128154

The following pictures were taken of the above listed vehicle and are hereby provided in this report. The pictures below are representations of the state of the vehicle at the time of repossession. It will be assumed by the client, and for all legal purposes, that any damages depicted herein are the result of mistreatment by the borrower. Location Services, LLC accepts no responsibility for the overall condition of this vehicle as shown and client agrees to hold Location Services, LLC harmless from any and all claims related to vehicle's condition.











GC 0529

# Picture Report

**Location Services, LLC**
11350 N Meridian Suite 200
Carmel, IN 46032
**Phone:** 888-525-3818 **Fax:**

03/18/2024
**Case #:** 2128074442
**Reference #:** 86933
**Acct #:** 1286855-A

| | | |
|---|---|---|
| **Client**<br>Gate City Bank<br>500 2nd Ave N<br>Fargo, ND 58102<br>**Phone:** (701) 293-2578 **Fax:** | **Lien Holder**<br>Gate City Bank | NOTE:<br>T-113 |

| | |
|---|---|
| **Debtor**<br>STARK ENERGY | **Vehicle**<br>2013 DRAGON 200 BBL AL TANK TRL<br>**VIN:** 1UNST5340DS128162 |

The following pictures were taken of the above listed vehicle and are hereby provided in this report. The pictures below are representations of the state of the vehicle at the time of repossession. It will be assumed by the client, and for all legal purposes, that any damages depicted herein are the result of mistreatment by the borrower. Location Services, LLC accepts no responsibility for the overall condition of this vehicle as shown and client agrees to hold Location Services, LLC harmless from any and all claims related to vehicle's condition.





GC 0530

# Picture Report

**Location Services, LLC**
11350 N Meridian Suite 200
Carmel, IN 46032
**Phone:** 888-525-3818 **Fax:**

03/18/2024
**Case #:** 2128074690
**Reference #:** 86935
**Acct #:** 1286855-B

| | |
|---|---|
| **Client** | **Lien Holder** |
| Gate City Bank | Gate City Bank |
| 500 2nd Ave N | |
| Fargo, ND 58102 | NOTE: |
| **Phone:** (701) 293-2578 **Fax:** | T-103 |

**Debtor**
STARK ENERGY

**Vehicle**
2014 DRGON ESP LTD BBL AL TANK
**VIN:** 1UNST5340ES128552

The following pictures were taken of the above listed vehicle and are hereby provided in this report. The pictures below are representations of the state of the vehicle at the time of repossession. It will be assumed by the client, and for all legal purposes, that any damages depicted herein are the result of mistreatment by the borrower. Location Services, LLC accepts no responsibility for the overall condition of this vehicle as shown and client agrees to hold Location Services, LLC harmless from any and all claims related to vehicle's condition.









GC 0531

# Picture Report

**Location Services, LLC**
11350 N Meridian Suite 200
Carmel, IN 46032
**Phone:** 888-525-3818 **Fax:**

03/18/2024
**Case #:** 2128029687
**Reference #:** 86727
**Acct #:** 1333145

| **Client** | **Lien Holder** | |
|---|---|---|
| Gate City Bank | Gate City Bank | NOTE: |
| 500 2nd Ave N | | S-209 |
| Fargo, ND 58102 | | |
| **Phone:** (701) 293-2578 **Fax:** | | |

**Debtor**
STARK ENERGY

**Vehicle**
2012 KENWORTH MOTOR TRACTOR TRUCK
**VIN:** 1XKWP4TX8CJ335970

The following pictures were taken of the above listed vehicle and are hereby provided in this report. The pictures below are representations of the state of the vehicle at the time of repossession. It will be assumed by the client, and for all legal purposes, that any damages depicted herein are the result of mistreatment by the borrower. Location Services, LLC accepts no responsibility for the overall condition of this vehicle as shown and client agrees to hold Location Services, LLC harmless from any and all claims related to vehicle's condition.











GC 0532



STATE OF NORTH DAKOTA                              IN DISTRICT COURT

COUNTY OF STARK                              SOUTHWEST JUDICIAL DISTRICT

| | |
|---|---|
| Midland States Bank, <br><br> Plaintiff, <br><br> v. <br><br> Stark Energy, Inc. and Robert Gene Fettig, <br><br> Defendants. | Case No. 45-2023-CV-00475 <br><br> **AMENDED** <br> **ORDER FOR PREJUDGMENT** <br> **SEIZURE OF COLLATERAL** |

Plaintiff's Motion for Prejudgment Seizure of Collateral came before this Court for hearing on July 20, 2023, at 9:00 a.m. Mountain Time pursuant to an order to show cause. Appearing for Plaintiff Midland States Bank ("Plaintiff") was Briana Rummel of the Vogel Law Firm. Other appearances were made as on the record. Based on all the files and pleadings herein, and the arguments of the parties, the Court makes the following FINDINGS:

1.      Pursuant to a Master Equipment Finance Agreement No. 7678 and accompanying Schedule No. 1 dated July 19, 2021 (collectively, the "Agreement"), KLE Financial, Inc. financed Defendant Stark Energy, Inc.'s (the "Company") purchase of the following:

**2015 Kenworth W900 VIN:1XKWP4EX1FJ435264**

**2014 Kenworth W900 VIN:1XKWP4EX5EJ420085**

(collectively, the "Vehicles")

2.      The Defendant Robert Fettig is identified in the Agreement as the President of the Company and executed the Agreement on behalf of the Company.

3. The amount financed under the terms of the Agreement was $194,000.00, together with interest accruing on the sale at the rate of 4.92% per annum. Payments due under the Agreement included one initial payment of $7,665.42 together with sales/use tax, and sixty (60) monthly payments of $3,832.71 commencing on January 20, 2022 and the final payment being due on December 20, 2026.

4. To collateralize the subject indebtedness, the Company granted a security interest in the Vehicles together with all replacements, parts, repairs, additions, accessions, and accessories incorporated therein or affixed or attached thereto.

5. Subsequent to funding of the loan evidenced by the Agreement, KLE Financial, Inc. assigned all of its right, title and interest in the Agreement to Plaintiff.

6. Plaintiff perfected its security interest in the Vehicles by causing its name to be identified on the Certificates of Title as a Lienholder.

7. The Company defaulted on its payments to Plaintiff and its predecessor assignees under the Agreement. As a consequence, Plaintiff accelerated the entire indebtedness and declared the same to be immediately due and owing.

8. After the application of all payments and credits, there remains due and owing on the Agreement the sum of $213,977.34 as of June 20, 2023 plus interest and late charges which accrue thereafter, together with costs and disbursements. The per diem interest rate from and after June 20, 2023 is $91.43.

9. Despite repeated demands by Plaintiff, the Company has wholly refused and failed to discharge the debt due under the Agreement.

10. The Defendants' detention of the Vehicles as against the Plaintiff's demands is wrongful and the Plaintiff is entitled to immediate possession of the Vehicles. The Plaintiff's

GC 0534

interest in the Vehicles and its right to possession is superior to Defendants or any person

claiming through Defendants.

11. THEREFORE, for good cause shown, it is the Order of this Court as follows

A. The Defendants shall immediately deliver to Plaintiff the Vehicle Collateral in which Plaintiff holds a security interest at a place located in Stark County.

B. If the Defendants fail to deliver the Vehicles to Plaintiff, Plaintiff, with such assistance from the Stark County Sheriff or other law enforcement personnel as have jurisdiction may seize the Vehicles. In recovering the Vehicles, Plaintiff, the Sheriff of Stark County, or other such law enforcement personnel as have jurisdiction, are permitted to enter upon the real property of Defendants, and any third parties, and force access to any structures situated thereupon in which the Vehicles are located.

C. After recovery of the Vehicles, Plaintiff may dispose of the same by commercially reasonable means, with the proceeds to be applied first to the costs and expenses of recovery and sale, and then to the indebtedness due by the Company to Plaintiff on the Agreement.

D. The State of North Dakota is authorized to issue new titles, as necessary, for the Vehicles in the name of Plaintiff or in the name of the individual or entity to which the Vehicles are sold by Plaintiff.

E. In that the Defendants did not contest Plaintiff's Motion for Prejudgment Seizure of Collateral, this Court does not believe that any good faith basis for litigation exists with respect to Plaintiff's right to recover and dispose of the Vehicles. As a consequence, Plaintiff shall not be required to post a bond as a condition precedent to recovery and/or disposition of the Vehicles.

IT IS SO ORDERED.

7/21/2023 11:52:14 AM

_James D. Gion_

Hon. James D. Gion
Judge of the District Court

5174557.1

3

STATE OF NORTH DAKOTA

COUNTY OF STARK

IN DISTRICT COURT

SOUTHWEST JUDICIAL DISTRICT

| | |
|---|---|
| Midland States Bank, | Case No. 45-2023-CV-00475 |
| Plaintiff, | |
| v. | **JUDGMENT** |
| Stark Energy, Inc. and Robert Gene Fettig, | |
| Defendants. | |

The Summons and Complaint in this matter was served upon the Defendants, and the Court, upon due proof of such service and the default of the Defendants, has ordered judgment against the Defendants.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.  That the Plaintiff have and recover from the Defendants, jointly and severally, the sum of $220,377.75 and statutory costs and disbursements in the sum of $278.52, making a total judgment in favor of the Plaintiff and against the Defendants in the sum of $220,656.27.

2.  That Plaintiff's interest in the 2015 Kenworth W900 VIN:1XKWP4EX1FJ435264 and the 2014 Kenworth W900 VIN:1XKWP4EX5EJ420085 (collectively, the "Vehicles") shall not be deemed merged into any money judgment entered in favor of the Plaintiff and against the Defendants, but that Plaintiff shall be permitted to recover the Vehicles and

Doc 38

dispose of the same, in recovering and liquidating the collateral, and then to the indebtedness of the Defendants to the Plaintiff.

3.     That Defendants be ordered to deliver immediately the Vehicles to Plaintiff's possession. If the Defendants fails to deliver the Vehicle to the Plaintiff, then the Plaintiff, with such assistance from the Stark County Sheriff or other law enforcement personnel as have jurisdiction, shall be permitted to seize the same. In recovering the Vehicles, Plaintiff, the Sheriff of Stark County and such other law enforcement personnel as have jurisdiction, shall be permitted to enter upon the real property of the Defendants and any third parties and force access into any structures located on said real property in which the Vehicle may be situated.

4.     The State of North Dakota is authorized to issue a new title or titles, as necessary, for the Vehicles in the name of Plaintiff or in the name of the individual or entity to which the Vehicles are sold by Plaintiff.

WITNESS, the Honorable James D. Gion, Judge of the District Court, Stark County, North Dakota, and my hand and seal of said Court.

8/30/2023 2:16:07 PM

BY: _____, Deputy _____

District Court Clerk

5198217.1

2

GC 0537

**EXHIBIT 2**

**EXHIBIT 7** R. Fetting

STATE OF NORTH DAKOTA          IN DISTRICT COURT

COUNTY OF STARK          SOUTHWEST JUDICIAL DISTRICT

| | |
|---|---|
| Midland States Bank, <br><br> Plaintiff, <br><br> v. <br><br> Stark Energy, Inc. and Robert Gene Fettig, <br><br> Defendants. | Case No. 45-2023-CV-00475 <br><br> **CONTEMPT ORDER FOR FAILURE TO COMPLY WITH AMENDED ORDER FOR PREJUDGMENT SEIZURE OF COLLATERAL DATED JULY 21, 2023 AND JUDGMENT DATED AUGUST 30, 2023** |

[¶1]    A show cause hearing was held in the above-entitled action on the 27th day of September, 2023 at 2:30 P.M. MT in the Stark County Courthouse, Dickinson, North Dakota. The Defendants did not appear personally or through counsel. Plaintiff appeared through counsel, Caren Stanley of Vogel Law Firm by reliable electronic means. Based on all of the files and pleadings herein the Defendants, Stark Energy, Inc. and Robert Gene Fettig (collectively, the "Defendants"), are found in contempt. The Defendants may purge themselves of contempt after being served personally with a copy of this Contempt Order by:

A.    Delivering the **2015 Kenworth W900 VIN:1XKWP4EX1FJ435264 vehicle** (the "2015 Kenworth") to the Plaintiff's custody and control **on or before 5:00 p.m. MT on Wednesday, October 4, 2023**. Defendants may contact Plaintiff's attorney, Caren Stanley of Vogel Law Firm at 701.356.6307 or cstanley@vogellaw.com to arrange for delivery of the 2015 Kenworth.

[¶1]    Should the Defendants fail to purge themselves of contempt, Plaintiff's attorney may submit an Affidavit of Default to be taken under advisement for the assessment of appropriate sanctions including, but not, limited to incarceration. A bench warrant issued upon the failure of Defendants to purge themselves of contempt may be issued for the incarceration of Defendant Robert Gene Fettig for a period of ten (10) days or until such time as he purges himself of contempt, whichever occurs sooner. The cash bond may be set in the amount of 25% of the judgment amount with respect to a bench warrant that is issued upon Defendants failure to purge themselves of contempt.          9/27/2023 4:49:14 PM

_____

Judge of the District Court

5240356.1

2

STATE OF NORTH DAKOTA                                    IN DISTRICT COURT

COUNTY OF STARK                                    SOUTHWEST JUDICIAL DISTRICT

| | |
|---|---|
| Midland States Bank, | Case No. 45-2023-CV-00475 |
| Plaintiff, | |
| v. | **BENCH WARRANT** |
| Stark Energy, Inc. and Robert Gene Fettig, | |
| Defendants. | |

Pursuant to the Court's Contempt Order dated September 27, 2023, the Defendants, Stark Energy, Inc. and Robert Gene Fettig, were held in contempt for their failure to comply with this Court's Amended Order for Prejudgment Seizure of Collateral dated July 21, 2023 and Judgment dated August 30, 2023. The Contempt Order was personally served on the Defendants on September 29, 2023.

The Defendants, Stark Energy, Inc. and Robert Gene Fettig, were given the opportunity to purge themselves of the contempt by delivering the 2015 Kenworth W900 VIN:1XKWP4EX1FJ435264 vehicle (the "2015 Kenworth") to the Plaintiff's custody and control on or before 5:00 p.m. MT on Wednesday, October 4, 2023. To date, the Defendants have failed to deliver the 2015 Kenworth to Plaintiff's custody or control, or otherwise comply with this Court's Amended Order for Prejudgment Seizure of Collateral dated July 21, 2023 and Judgment dated August 30, 2023 in any respect. Accordingly, the Defendants have failed to purge themselves of the contempt.

THEREFORE, IT IS HEREBY ORDERED:

1.      This Bench Warrant is directed to all peace officers of the state;

2.      Defendant, Robert Gene Fettig, is to be apprehended and brought before a referee or judge presiding over this Court;

3.      The Defendant, Robert Gene Fettig, may be incarcerated for a period of ten (10) days, unless up until such time that he purges himself of contempt by delivering the 2015 Kenworth to Plaintiff's custody and control as previously ordered by the Court, or upon the posting of cash bail in the amount of 25% of the judgment ($55,164.07), whichever occurs sooner; and

4.      In the event the Defendant, Robert Gene Fettig, fails to comply with paragraph 3 above by delivering the 2015 Kenworth to Plaintiff's custody and control, prior to release from incarceration he shall be brought before the Court and must fully and truthfully disclose under oath the current location of the 2015 Kenworth and/or why Defendants are unable to explain where it is located and if it was disposed of by Defendants then testify to the specifics of the disposition.

10/5/2023 3:06:06 PM

_James D. Fiore_

Judge of the District Court

5240409.1

2



## STARK COUNTY SHERIFF'S OFFICE

66 WEST MUSEUM DRIVE · PO BOX 130 · DICKINSON, NORTH DAKOTA 58601-0130
TELEPHONE 701.456.7610 FACSIMILE 701.456.7692
SHERIFF COREY LEE

**ORI: ND0450000**

The information contained in this message is privileged and **CONFIDENTIAL.** It is intended for the use of the individual or entity named ONLY. If the reader of this message **IS NOT** THE INTENDED RECIPIENT, you are hereby notified that ANY dissemination, distribution or copying of this communication is strictly prohibited.

If you have received this in error, **PLEASE NOTIFY THE ORIGINATOR IMMEDIATELY,** identify yourself as a "mistaken recipient" and return the original message to us at the above address via U.S. Postal Service. Thank you.

| | | |
|---|---|---|
| **STATE OF NORTH DAKOTA,** | } | **DISTRICT COURT,** |
| | } | |
| **County of STARK** | } | **Southwest Judicial District** |

**STATE OF NORTH DAKOTA**

**PLAINTIFF**  **Sheriff's Return**

**vs.**

**ROBERT GENE FETTIG**  **CASE NUMBER 45-2023-cv-00475**

**DEFENDANT**

| | |
|---|---|
| **STATE OF NORTH DAKOTA,** | } |
| | } **ss:** |
| **County of STARK** | } |

I hereby certify that by virtue of the forgoing warrant, I have arrested the within named Defendant **ROBERT GENE FETTIG** and give him/her now before the Court of Custody.

Dated this day _10/20/23_ A.D.

_____
Sheriff of Stark County, North Dakota

Russell Priewe 4655
_____
Signature

Russell Priewe
_____
Printed Name

STATE OF NORTH DAKOTA          IN DISTRICT COURT

COUNTY OF STARK          SOUTHWEST JUDICIAL DISTRICT

| | |
|---|---|
| Midland States Bank, | Case No. 45-2023-CV-00475 |
| Plaintiff, | |
| v. | **BENCH WARRANT** |
| Stark Energy, Inc. and Robert Gene Fettig, | |
| Defendants. | |

Pursuant to the Court's Contempt Order dated September 27, 2023, the Defendants, Stark Energy, Inc. and Robert Gene Fettig, were held in contempt for their failure to comply with this Court's Amended Order for Prejudgment Seizure of Collateral dated July 21, 2023 and Judgment dated August 30, 2023. The Contempt Order was personally served on the Defendants on September 29, 2023.

The Defendants, Stark Energy, Inc. and Robert Gene Fettig, were given the opportunity to purge themselves of the contempt by delivering the 2015 Kenworth W900 VIN:1XKWP4EX1FJ435264 vehicle (the "2015 Kenworth") to the Plaintiff's custody and control on or before 5:00 p.m. MT on Wednesday, October 4, 2023. To date, the Defendants have failed to deliver the 2015 Kenworth to Plaintiff's custody or control, or otherwise comply with this Court's Amended Order for Prejudgment Seizure of Collateral dated July 21, 2023 and Judgment dated August 30, 2023 in any respect. Accordingly, the Defendants have failed to purge themselves of the contempt.

THEREFORE, IT IS HEREBY ORDERED:

1.   This Bench Warrant is directed to all peace officers of the state;

2.   Defendant, Robert Gene Fettig, is to be apprehended and brought before a
     referee or judge presiding over this Court;

3.   The Defendant, Robert Gene Fettig, may be incarcerated for a period of ten (10)
     days, unless up until such time that he purges himself of contempt by delivering
     the 2015 Kenworth to Plaintiff's custody and control as previously ordered by
     the Court, or upon the posting of cash bail in the amount of 25% of the judgment
     ($55,164.07), whichever occurs sooner; and

4.   In the event the Defendant, Robert Gene Fettig, fails to comply with paragraph
     3 above by delivering the 2015 Kenworth to Plaintiff's custody and control,
     prior to release from incarceration he shall be brought before the Court and must
     fully and truthfully disclose under oath the current location of the 2015
     Kenworth and/or why Defendants are unable to explain where it is located and
     if it was disposed of by Defendants then testify to the specifics of the disposition.

10/5/2023 3:06:06 PM

_____
Judge of the District Court

5240409.1

GC 0544

STATE OF NORTH DAKOTA

**EXHIBIT 5**

IN DISTR...

**EXHIBIT 8**
R. Fetting

COUNTY OF STARK

SOUTHWEST JUDICIAL DISTRICT

 

I, Andrea Mayer, Deputy Clerk of the District Court in and for the County of Stark and State of North Dakota, which is a court of record having a seal, do hereby certify that I have compared the attached copy of the Order for Prejudgment Seizure, Stark County Case #45-2023-CV-00689 with the original Order for Prejudgment Seizure document, which is now on file and of record in said District Court and that the said copy is a full, true and correct copy of said original on file.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said District Court in and for said County of Stark this 22nd day of May, 2024.

_____
Deputy Clerk of District Court

STATE OF NORTH DAKOTA )
                       ) ss
COUNTY OF STARK          )

I, William A. Herauf, Judge of the District Court within and for said County of Stark do hereby certify that said Court is a Court of Record, and that Andrea Mayer, is a Deputy Clerk of the District Court; that said certificate is attested in due form of law; that the signature of said Deputy Clerk is genuine, and that the seal thereto affixed is the seal of said District Court.

Witness my hand at Dickinson, North Dakota, this 22nd day of May, 2024.

_____
Judge of the District Court

STATE OF NORTH DAKOTA )
                       ) ss
COUNTY OF STARK          )

I, Andrea Mayer, Deputy Clerk of the District Court within and for the County of Stark, do hereby certify that the Honorable William A. Herauf, is a Judge of the District Court within and for the County of Stark, duly elected, sworn and qualified, and that the signature of said Judge to said certificate is genuine.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 22nd day of May, 2024.

_____
Deputy Clerk of District Court

STATE OF NORTH DAKOTA           IN DISTRICT COURT

COUNTY OF STARK           SOUTHWEST JUDICIAL DISTRICT

| | |
|---|---|
| Gate City Bank,<br><br>        Plaintiff,<br><br>    v.<br><br>Stark Energy, Inc., Robert Fettig, and Matthew Barrett,<br><br>        Defendants. | Case No. 45-2023-CV-689<br><br><br>**ORDER FOR PREJUDGMENT SEIZURE** |

[¶1]    Plaintiff Gate City Bank's Motion for Prejudgment Seizure of Collateral came before this Court for hearing on October 11, 2023 at 2:30 p.m. MT pursuant to an order to show cause that was heard via reliable electronic means. Appearing for Plaintiff Gate City Bank ("Plaintiff") was Caren Stanley of the Vogel Law Firm. Appearing for Defendant Matthew Barrett ("Barrett") was Jennifer M. Gooss of the Solem Law Office. Other appearances were made as identified on the record. Based on all the files and pleadings herein, and the arguments of the parties, the Court makes the following:

### FINDINGS

[¶2]    The Defendant Stark Energy, Inc. (the "Company") is obligated to Plaintiff pursuant to the terms of the following instruments:

       a.    Loan 798942 - Promissory Note dated February 19, 2018 in the original principal sum of $40,000.00 ("Note 1"). Interest accrues on the unpaid balance of Note 1 at the rate of 5.0% per annum. Note 1 required monthly payments of $646.47 commencing on April 1, 2018 and continuing thereafter for 72 months on the 1st day of each month until March 1, 2024 when all outstanding principal plus all accrued unpaid interest was due and owing. *See* Feil Aff., **Exhibit A-1**.

b. Loan 1275221 – Promissory Note dated November 16, 2018 in the original principal sum of $37,439.30 ("Note 2"). Interest accrues on the unpaid balance of Note 2 at the rate of 5.490% per annum. Note 2 required monthly payments of $869.77 commencing on December 1, 2018 and continuing thereafter for 48 months on the 1st day of each month until November 1, 2022 when all outstanding principal plus all accrued unpaid interest was due and owing. *See* Feil Aff., **Exhibit A-2**.

c. Loan 1286855 – Promissory Note dated November 26, 2018 in the original principal sum of $135,000.00 ("Note 3"). Interest accrues on the unpaid balance of Note 3 at the initial rate of 6.500% per annum. Note 3 required monthly payments of $1,812.94 commencing on December 26, 2018 and continuing thereafter for 96 months on the 26th day of each month until November 26, 2026 when all outstanding principal plus all accrued unpaid interest was due and owing. *See* Feil Aff., **Exhibit A-3**.

d. Loan 1333145 – Promissory Note dated December 31, 2018 in the original principal sum of $76,639.30 ("Note 4"). Interest accrues on the unpaid balance of Note 4 at the rate of 3.690% per annum. Note 4 required monthly payments of $1,063.75 commencing on February 1, 2019 and continuing thereafter for 48 months on the 1st day of each month until January 1, 2023 when all outstanding principal plus all accrued unpaid interest was due and owing. *See* Feil Aff., **Exhibit A-4**.

e. Loan 1961820 – Promissory Note dated December 27, 2019 in the original principal sum of $150,144.65 ("Note 5"). Interest accrues on the unpaid balance of Note 5 at the rate of 5.170% per annum. Note 5 required monthly payments of $2,436.41 commencing on February 1, 2020 and continuing thereafter for 72 months on the 1st day of each month until January 1, 2026 when all outstanding principal plus all accrued unpaid interest was due and owing. *See* Feil Aff., **Exhibit A-5**.

f. Loan 1993856 – Promissory Note dated January 16, 2020 in the original principal sum of $74,729.97 ("Note 6"). Interest accrues on the unpaid balance of Note 6 at the rate of 4.690% per annum. Note 6 required monthly payments of $1,404.54 commencing on March 1, 2020 and continuing thereafter for 60 months on the 1st day of each month until February 1, 2026 when all outstanding principal plus all accrued unpaid interest was due and owing. *See* Feil Aff., **Exhibit A-6**.

g. Loan 2116648 – Promissory Note dated March 4, 2020 in the original principal sum of $100,000.00 ("Note 7"). Interest accrues on the unpaid balance of Note 7 at the rate of 5.000% per annum. Note 7 required monthly payments of $1,889.79 commencing on April 1, 2020 and continuing thereafter for 60 months on the 1st day of each month until

2

March 1, 2025 when all outstanding principal plus all accrued unpaid interest was due and owing. *See* Feil Aff., **Exhibit A-7**.

h.    Loan 2257715 – Promissory Note dated May 14, 2020 in the original principal sum of $152,000.00 ("Note 8"). Interest accrues on the unpaid balance of Note 8 at the rate of 5.000% per annum. Note 8 required monthly payments of $2,880.54 commencing on July 1, 2020 and continuing thereafter for 60 months on the 1st day of each month until June 1, 2025 when all outstanding principal plus all accrued unpaid interest was due and owing. *See* Feil Aff., **Exhibit A-8**.

i.    Loan 2865202 – Promissory Note dated March 26, 2021 in the original principal sum of $19,379.95 ("Note 9"). Interest accrues on the unpaid balance of Note 9 at the rate of 4.000% per annum. Note 9 required monthly payments of $438.52 commencing on May 4, 2021 and continuing thereafter for 49 months on the 4th day of each month until April 4, 2025 when all outstanding principal plus all accrued unpaid interest was due and owing. *See* Feil Aff., **Exhibit A-9**.

(Note 1, Note 2, Note 3, Note 4, Note 5, Note 6, Note 7, Note 8, and Note 9 are hereinafter collectively the "Notes").

[¶3]    Defendants Robert Fettig ("Fettig") executed all of the Notes as authorized signer for the Company. *See* Feil Aff., **Exhibits A-1 to A-9**. Barrett was an additional authorized signer on behalf of the Company for Notes 1, 2, 3, and 4. *See* Feil Aff., **Exhibits A-1 to A-4**.

[¶4]    To secure the debt due on the Notes, the Company granted to Plaintiff security interests in certain titled vehicles pursuant to Commercial Security Agreement(s) corresponding to the same date as the Notes (collectively, the "Security Agreements"). *See* Feil Aff., **Exhibits B-1 through B-9**.

[¶5]    The Company's titled vehicles subject to Plaintiff's security interests are identified in the table below (hereinafter the "Titled Vehicle Collateral"):

| Note # | Collateral | VIN# |
|---|---|---|
| Note 1 | 2013 Dragon ESP LTD 200 BBL | 1UNST5343DS128172 |

3

| Note 2 | 2007 Kenworth | 1XKDP40X07R197151 |
|--------|---------------|-------------------|
| Note 3 | 2013 Dragon 200 BBL Alum. Tank Trlr<br>2013 Dragon 200 BBL Alum. Tank Trlr<br>2014 Dragon 200 BBL Alum. Tank Trlr | 1UNST5341DS128154<br>1UNST5340DS128162<br>1UNST5340ES128552 |
| Note 4 | 2012 Kenworth | 1XKWP4TX8CJ335970 |
| Note 5 | 2014 Kenworth W900<br>2013 Dragon 220 BBL Tank Trlr<br>2007 Reitnauer Trailer | 1XKWD49X1EJ413380<br>1UNST5348DS128118<br>1RNF48A247R019280 |
| Note 6 | 2014 Kenworth | 1NKDX4TX3EJ403810 |
| Note 7 | 2013 Dragon 200 BBL AL Semi-Trailer<br>2014 Dragon 200 BBL AL Semi-Trailer | 1UNST5340DS128291<br>1UNST5346ES140026 |
| Note 8 | 2016 Sidump'r Dump Trailer<br>2016 Sidump'r Dump Trailer<br>2013 Dakota MFG Dump Trailer<br>2000 Midland MFG Dump Trailer<br>2000 Midland MFG Dump Trailer<br>2000 Midland MFG Dump Trailer<br>2000 Midland MFG Dump Trailer<br>1999 Midland MFG Dump Trailer | 1D9FS4437GC688018<br>1D9FS4430GC688099<br>1D9SH4339DY554348<br>2MFB2S3D5YR000651<br>2MFB2S4D3YR001148<br>2MFB2S3D3YR000650<br>2MFB2S3D7YR000652<br>2MFB2S4D4XR000542 |
| Note 9 | 2012 Dragon 150 BBL AL Trailer | 1UNST4223CL109253 |

[¶6]   Plaintiff perfected its security interest in the Titled Vehicle Collateral by having its lien noted on the certificate of title or by holding possession of the original certificate of title. *See* Feil Aff., **Exhibit D**.

[¶7]   Fettig personally guaranteed to Plaintiff the payment and performance of the Company on all of the Notes pursuant to Commercial Guaranty(s) contemporaneously executed at the same day as the Notes (collectively the "Fettig Guarantees"). *See* Feil Aff., **Exhibits E-1 through E-9**.

4

GC 0549

[¶8]  Barrett personally guaranteed to Plaintiff the payment and performance of the Company

on Notes 1, 2, 3, and 4 pursuant to Commercial Guaranty(s) contemporaneously executed on

the same day as Notes 1, 2, 3, and 4 (collectively the "Barrett Guarantees"). *See* Feil Aff.,

**Exhibits F-1 through F-4**.

[¶9]  Defendants Stark Energy, Inc., Robert Fettig, and Matthew Barrett (collectively, the

"Defendants') have defaulted on the Notes and the Fettig Guarantees and Barrett Guarantees

by failing to pay all sums due and owing under Note 2 and Note 4 by the maturity dates and

also by failing to make regular monthly payments on Notes 1, 3, and 5-9. All of the Notes have

cross-default provisions. *See* Feil Aff., ¶ 8.

[¶10]  As a consequence of the defaults of the Defendants, Plaintiff accelerated the balance

due and owing on the Notes and declared the same to be immediately payable. *See* Feil Aff.,

¶ 9.

[¶11]  As of August 24, 2023, the indebtedness owing by the Company to the Plaintiff on the

Notes is as follows:

| Note # | Origination Date | Guarantor(s) | Original Principal Amount | Total Balance Owed as of 8/17/23 | Per Diem from and after 8/17/23 |
|--------|------------------|--------------|---------------------------|----------------------------------|--------------------------------|
| Note 1 | 2/19/2018 | Fettig Barrett | $40,000.00 | 12,744.24 | $1.52 |
| Note 2 | 11/16/2018 | Fettig Barrett | $37,439.30 | $1,099.89 | $0.12 |
| Note 3 | 11/26/2018 | Fettig Barrett | $135,000.00 | $91,490.11 | $14.62 |
| Note 4 | 12/31/2018 | Fettig Barrett | $76,639.30 | $6,644.45 | $0.53 |
|  |  |  | Total: | $111,978.69 |  |
|  |  |  |  |  |  |

5

| Note 5 | 12/27/2019 | Fettig | $150,144.65 | $102,633.89 | $12.95 |
| Note 6 | 1/16/2020 | Fettig | $74,729.97 | $44,014.73 | $5.00 |
| Note 7 | 3/4/2020 | Fettig | $100,000.00 | $60,762.63 | $7.38 |
| Note 8 | 5/14/2020 | Fettig | $152,000.00 | $89,743.83 | $10.94 |
| Note 9 | 3/26/2021 | Fettig | $19,379.95 | $12,442.06 | $1.20 |
| | | | **Total:** | **$309,597.14** | |
| | | | | | |
| | | | **Grand Total:** | **$421,575.83** | |

*See* Feil Aff., ¶ 10.

[¶12]   Despite repeated demands, the Defendants have wholly refused and failed to discharge

their obligations to the Plaintiff. *See* Feil Aff., ¶ 11.

[¶13]   The Defendants' detention of the Titled Vehicle Collateral as against the Plaintiff's

demands is wrongful and the Plaintiff is entitled to immediate possession of the Titled Vehicle

Collateral. The Plaintiff's interest in the Titled Vehicle Collateral and its right to possession is

superior to Defendants or any person claiming through Defendants.

[¶14]   THEREFORE, for good cause shown, it is the Order of this Court as follows:

A.   The Defendants shall immediately deliver to Plaintiff the Titled Vehicle
Collateral in which Plaintiff holds a security interest at a place located in Stark
County as designated by Plaintiff.

B.   If the Defendants fail to deliver the Titled Vehicle Collateral to Plaintiff,
Plaintiff, with such assistance from the Stark County Sheriff or other law
enforcement personnel as have jurisdiction may seize the Titled Vehicle
Collateral. In recovering the Titled Vehicle Collateral, Plaintiff, the Sheriff of
Stark County, or other such law enforcement personnel as have jurisdiction, are
permitted to enter upon the real property of Defendants, and any third parties,
and force access to any structures situated thereupon in which the Titled Vehicle
Collateral are located.

GC 0551

C.    After recovery of the Titled Vehicle Collateral, Plaintiff may dispose of the same by commercially reasonable means, with the proceeds to be applied first to the costs and expenses of recovery and sale, and then to the indebtedness due by the Company to Plaintiff on the Notes.

D.    The State of North Dakota is authorized to issue new titles, as necessary, for the Titled Vehicle Collateral in the name of Plaintiff or in the name of the individual or entity to which the Vehicles are sold by Plaintiff.

E.    In that the Defendants did not make a colorable argument to contest Plaintiff's Motion for Prejudgment Seizure of Collateral, this Court does not believe that any good faith basis for litigation exists with respect to Plaintiff's right to recover and dispose of the Titled Vehicle Collateral. As a consequence, Plaintiff shall not be required to post a bond as a condition precedent to recovery and/or disposition of the Titled Vehicle Collateral.

[¶15]  IT IS SO ORDERED:

10/11/2023 2:49:40 PM

BY THE COURT

Judge of District Court

5223314.1

7

**EXHIBIT 9** R. Fetting

STATE OF NORTH DAKOTA

**EXHIBIT 7**

IN DISTRICT

COUNTY OF STARK

SOUTHWEST JUDICIAL DISTRICT

     I, Andrea Mayer, Deputy Clerk of the District Court in and for the County of Stark and State of North Dakota, which is a court of record having a seal, do hereby certify that I have compared the attached copy of the Contempt Order for Defendant's Failure to Comply with Order for Prejudgment Seizure of Collateral Dated October 11, 2023, Stark County Case #45-2023-CV-00689 with the original Contempt Order for Defendant's Failure to Comply with Order for Prejudgment Seizure of Collateral Dated October 11, 2023 document, which is now on file and of record in said District Court and that the said copy is a full, true and correct copy of said original on file.

     IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said District Court in and for said County of Stark this 22nd day of May, 2024.

_____
Deputy Clerk of District Court

STATE OF NORTH DAKOTA )
                  ) ss
COUNTY OF STARK       )

     I, William A. Herauf, Judge of the District Court within and for said County of Stark do hereby certify that said Court is a Court of Record, and that Andrea Mayer, is a Deputy Clerk of the District Court; that said certificate is attested in due form of law; that the signature of said Deputy Clerk is genuine, and that the seal thereto affixed is the seal of said District Court.

     Witness my hand at Dickinson, North Dakota, this 22nd day of May, 2024.

_____
Judge of the District Court

STATE OF NORTH DAKOTA )
                  ) ss
COUNTY OF STARK       )

     I, Andrea Mayer, Deputy Clerk of the District Court within and for the County of Stark, do hereby certify that the Honorable William A. Herauf, is a Judge of the District Court within and for the County of Stark, duly elected, sworn and qualified, and that the signature of said Judge to said certificate is genuine.

     IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 22nd day of May, 2024.

_____
Deputy Clerk of District Court

STATE OF NORTH DAKOTA                          IN DISTRICT COURT

COUNTY OF STARK                          SOUTHWEST JUDICIAL DISTRICT

| | |
|---|---|
| Gate City Bank,<br><br>Plaintiff,<br><br>v.<br><br>Stark Energy, Inc., Robert Fettig, and Matthew Barrett,<br><br>Defendants. | Case No. 45-2023-CV-00689<br><br>**CONTEMPT ORDER FOR DEFENDANTS FAILURE TO COMPLY WITH ORDER FOR PREJUDGMENT SEIZURE OF COLLATERAL DATED OCTOBER 11, 2023** |

[¶1]   A show cause hearing was held in the above-entitled action on the **14ᵗʰ day of November, 2023, at 10:00 A.M. MT** in the Stark County Courthouse, Dickinson, North Dakota. Plaintiff appeared through counsel, Caren Stanley of Vogel Law Firm by reliable electronic means. The Defendant Robert Gene Fettig appeared pro se. The Defendant Robert Gene Fettig was questioned under oath as to as to why Defendants have failed to deliver to Plaintiff the following personal property:

| Note # | Collateral | VIN# |
|---|---|---|
| Note 1 | 2013 Dragon ESP LTD 200 BBL | 1UNST5343DS128172 |
| Note 2 | 2007 Kenworth | 1XKDP40X07R197151 |
| Note 3 | 2013 Dragon 200 BBL Alum. Tank Trlr<br>2013 Dragon 200 BBL Alum. Tank Trlr<br>2014 Dragon 200 BBL Alum. Tank Trlr | 1UNST5341DS128154<br>1UNST5340DS128162<br>1UNST5340ES128552 |
| Note 4 | 2012 Kenworth | 1XKWP4TX8CJ335970 |
| Note 5 | 2014 Kenworth W900<br>2013 Dragon 220 BBL Tank Trlr<br>2007 Reitnauer Trailer | 1XKWD49X1EJ413380<br>1UNST5348DS128118<br>1RNF48A247R019280 |

| Note 6 | 2014 Kenworth | 1NKDX4TX3EJ403810 |
|--------|---------------|-------------------|
| Note 7 | 2013 Dragon 200 BBL AL Semi-Trailer<br>2014 Dragon 200 BBL AL Semi-Trailer | 1UNST5340DS128291<br>1UNST5346ES140026 |
| Note 8 | 2016 Sidump'r Dump Trailer<br>2016 Sidump'r Dump Trailer<br>2013 Dakota MFG Dump Trailer<br>2000 Midland MFG Dump Trailer<br>2000 Midland MFG Dump Trailer<br>2000 Midland MFG Dump Trailer<br>2000 Midland MFG Dump Trailer<br>1999 Midland MFG Dump Trailer | 1D9FS4437GC688018<br>1D9FS4430GC688099<br>1D9SH4339DY554348<br>2MFB2S3D5YR000651<br>2MFB2S4D3YR001148<br>2MFB2S3D3YR000650<br>2MFB2S3D7YR000652<br>2MFB2S4D4XR000542 |
| Note 9 | 2012 Dragon 150 BBL AL Trailer | 1UNST4223CL109253 |

(collectively, the "Gate City Collateral").

[¶1] Defendant Robert Gene Fettig testified under oath that he did not know what happened to the Gate City Collateral, that he did not have possession or control of the Gate City Collateral, that he did not know where it was, and that Defendants were not using the Gate City Collateral in Defendants' business operations. Defendant Robert Gene Fettig testified that a repossession company may have taken the Gate City Collateral but he was not sure.

[¶1] The Court did not find Defendant Robert Gene Fettig's testimony to be credible.

[¶1] Based on all of the files and pleadings herein and the testimony of Defendant Robert Gene Fettig, the Defendants Stark Energy, Inc. and Robert Gene Fettig (collectively, the "Defendants"), are found in contempt.

[¶1] The Defendants may purge themselves of contempt within thirty (30) days of this Order by:

2

GC 0555

A.      Delivering the Gate City Collateral to the Plaintiff's custody and control. Defendants may contact Plaintiff's attorney, Caren Stanley of Vogel Law Firm at 701.356.6307 or cstanley@vogellaw.com to arrange for delivery of the Gate City Collateral.

B.      Delivering to the Plaintiff's counsel or the Stark County Sheriff's Department the cell phone of Defendant Robert Gene Fettig that he used in his business operations on or before November 14, 2023 (the date of the hearing). Any passcode to provide access to the cell phone shall also be provided. No data shall be removed, deleted, or otherwise altered.

C.      Fully disclose the name of the repossession company and its representative and all contact information including but not limited to phone number, email address, and mailing address.

D.      File with the Court and serve a copy to Plaintiff's counsel of a notarized affidavit of Defendant Robert Gene Fettig under penalty of perjury that: (i) discloses the information in paragraph 5(c) above; (ii) states that he does not have possession or control of the Gate City Collateral; and (iii) states he does not know where the Gate City Collateral is or what happened to it.

[¶1]    Should the Defendants fail to purge themselves of contempt, Plaintiff's attorney may submit an Affidavit of Default to be taken under advisement for the assessment of appropriate sanctions including, but not, limited to incarceration. A bench warrant issued upon the failure of Defendants to purge themselves of contempt may be issued for the incarceration of Defendant Robert Gene Fettig for a period of ten (10) days or until such time as he purges himself of contempt, whichever occurs sooner. The cash bond may be set in the amount of 25% of the anticipated judgment amount ($105,393.96) with respect to a bench warrant that is

3

GC 0556

issued upon Defendants failure to purge themselves of contempt.

11/17/2023 11:50:45 AM

Dann E. Greenwood
Judge of the District Court

5260680.1

4

**EXHIBIT**

**10**

R. Fetting

**EXHIBIT**

**1**

Tuesday, January 24, 2023

**Rob Fettig(19522106610)**

U awake

Jan 24, 2023 11:54:05 PM

Wednesday, January 25, 2023

**19898580805**

I am just fished a truck up a mtn

Jan 25, 2023 2:52:16 AM

Friday, March 10, 2023

**Rob Fettig(19522106610)**

3,750,000.00 , let me know ridiculously low but fuck it

Mar 10, 2023 7:05:40 PM

Sunday, March 12, 2023

**Rob Fettig(19522106610)**

Do u got a
Skid steer I can borrow to move snow ?

Mar 12, 2023 2:39:47 PM

**19898580805**

I don't the only 1 I have we are using with the wreckers currently

Mar 12, 2023 2:46:23 PM

**Rob Fettig(19522106610)**

I got a skid call me if u would
Sorry to be a pain

Mar 12, 2023 2:46:28 PM

**Rob Fettig(19522106610)**

2018 Volvo Tractor Truck VIN 4V4NC9EH6JN888150
2015 Great Dane Trailer VIN 1GRAA0621FW700678
2012 Peterbilt 367 VIN 1XPTP4TX1CD147318

Mar 12, 2023 2:57:16 PM

Monday, March 13, 2023

**Rob Fettig(19522106610)**

Do u have a small equipment trailer

Mar 13, 2023 1:04:04 PM

**Rob Fettig(19522106610)**

Found one

Mar 13, 2023 1:13:36 PM

**19898580805**

All of mine are loaded with crap and under a lot of snow

Mar 13, 2023 1:13:43 PM

**Rob Fettig(19522106610)**

Thanks anyways

Mar 13, 2023 1:14:08 PM

**Rob Fettig(19522106610)**

U awake ?

Mar 13, 2023 2:40:59 PM

Thursday, May 11, 2023

- 1 -

GC 0001

**Rob Fettig(19522106610)**

Thanks man will be there

May 11, 2023 9:15:57 AM

**19898580805**

We have visitation next Tuesday 4-7 with the funeral on Wednesday at 2 with visitation before and a social hour after
Ladbury's in Dickinson

May 11, 2023 9:16:27 AM

Sunday, May 28, 2023

**Rob Fettig(19522106610)**

What u get for your frac tanks

May 28, 2023 3:04:32 PM

**19898580805**

Depends on the oil company 10/day for limerock

May 28, 2023 3:40:15 PM

**Rob Fettig(19522106610)**

Oh nice

May 28, 2023 5:00:40 PM

**Rob Fettig(19522106610)**

Lol

May 28, 2023 5:01:45 PM

**Rob Fettig(19522106610)**

I need to find a mechanic

May 28, 2023 5:02:02 PM

**Rob Fettig(19522106610)**

Finding some work but FCk people

May 28, 2023 5:02:20 PM

**Rob Fettig(19522106610)**

Really

May 28, 2023 5:03:02 PM

**19898580805**

Too cheap honestly

May 28, 2023 5:03:10 PM

**Rob Fettig(19522106610)**

Wtf

May 28, 2023 5:03:12 PM

**Rob Fettig(19522106610)**

Is wrong with people

May 28, 2023 5:03:18 PM

**19898580805**

I know wolverine out of Watford was 35/day for xto

May 28, 2023 5:04:14 PM

**19898580805**

Yeah people suck both my mechanics quit Monday

May 28, 2023 5:04:33 PM

**19898580805**

Yep

May 28, 2023 5:04:46 PM

**Rob Fettig(19522106610)**

Why they quit

May 28, 2023 5:42:35 PM

- 2 -

GC 0002

**19898580805**
They went to start their own shop together

May 28, 2023 8:52:15 PM

**Rob Fettig(19522106610)**
Ha that's life

May 28, 2023 9:04:43 PM

**Rob Fettig(19522106610)**
Everyone is a boss

May 28, 2023 9:05:01 PM

Wednesday, May 31, 2023

**Rob Fettig(19522106610)**
Call me please

May 31, 2023 3:14:07 PM

Saturday, June 3, 2023

**Rob Fettig(19522106610)**
Call me if you like

Jun 3, 2023 3:31:53 PM

**Rob Fettig(19522106610)**
I wanna meet up

Jun 3, 2023 3:43:55 PM

**Rob Fettig(19522106610)**
No in Stanley

Jun 3, 2023 4:54:28 PM

**Rob Fettig(19522106610)**
I will call u right back

Jun 3, 2023 4:54:36 PM

**Rob Fettig(19522106610)**
On phone

Jun 3, 2023 4:54:39 PM

**19898580805**
I'm in Belfield want me to stop by?

Jun 3, 2023 4:55:44 PM

**Rob Fettig(19522106610)**
Call me and or i will see u when i get back

Jun 3, 2023 4:57:34 PM

**Rob Fettig(19522106610)**
Got some $
For bill

Jun 3, 2023 4:57:41 PM

**Rob Fettig(19522106610)**
Working
On more next week too

Jun 3, 2023 4:57:49 PM

**19898580805**
My speaker broke on my phone let me call you back

Jun 3, 2023 4:59:01 PM

**19898580805**
We should meet at my office i want show you something

Jun 3, 2023 5:01:11 PM

GC 0003

**Rob Fettig(19522106610)**

Okay

Jun 3, 2023 5:03:11 PM

**Rob Fettig(19522106610)**

I will let u know

Jun 3, 2023 5:03:20 PM

**Rob Fettig(19522106610)**

Is it your new wrecker trucks

Jun 3, 2023 5:16:21 PM

Sunday, June 4, 2023

**Rob Fettig(19522106610)**

Fcking hot out

Jun 4, 2023 3:51:25 PM

**Rob Fettig(19522106610)**

Pissed having to fix my own stuff but that's ok i will
learn to mechanic

Jun 4, 2023 3:56:09 PM

**Rob Fettig(19522106610)**

Tow trucks people in mudd

Jun 4, 2023 3:56:52 PM

**19898580805**

Raining in Dickinson

Jun 4, 2023 3:57:09 PM

**Rob Fettig(19522106610)**



Jun 4, 2023 4:01:25 PM

**Rob Fettig(19522106610)**

Hopefully after i fix the one airline

Jun 4, 2023 4:01:29 PM

**Rob Fettig(19522106610)**

I can get this trailer to air up

Jun 4, 2023 4:01:46 PM

Sunday, June 18, 2023

**Rob Fettig(19522106610)**

Happy father's day and when u can give me a call

Jun 18, 2023 5:23:02 PM

Rob Fettig(19522106610)

Really?

Jun 18, 2023 10:40:24 PM

Rob Fettig(19522106610)

Sorry to hear man driver ok ???

Jun 18, 2023 10:40:39 PM

19898580805

Thank you, its been rough last two weeks cleaning out dads house in Michigan and Saturday 1 of my drivers got hit by a car on 22

Jun 18, 2023 10:41:37 PM

Rob Fettig(19522106610)

Really wow sorry to hear

Jun 18, 2023 10:41:59 PM

Rob Fettig(19522106610)

Hopeful they make it

Jun 18, 2023 10:42:04 PM

19898580805

Yeah but the other driver was life flighted to Bismarck i think

Jun 18, 2023 10:43:12 PM

19898580805

Yesh rumor is they were drunk

Jun 18, 2023 10:44:34 PM

19898580805

Did a lot of damage to the winch truck and trailer

Jun 18, 2023 10:45:24 PM

Rob Fettig(19522106610)

Holy fuck
That is shity

Jun 18, 2023 10:46:20 PM

Rob Fettig(19522106610)

That's ok though u will get through it wasn't your fault or your fellas

Jun 18, 2023 10:46:42 PM

Rob Fettig(19522106610)

Ducking drunks

Jun 18, 2023 10:46:57 PM

Fwd:

Jun 18, 2023 10:47:03 PM

GC 0005



Jun 18, 2023 10:47:03 PM

**Rob Fettig(19522106610)**

**Yeah but think like if it was your problem though thats where it would blow**

Jun 18, 2023 10:48:36 PM

19898580805

**Yeah just sucks cause I already have 1 broken down winch truck**

Jun 18, 2023 10:49:39 PM

19898580805

**Yeah hopefully the guy makes it, the engine from his car was laying in the ditch**

Jun 18, 2023 10:51:52 PM

GC 0006

**Rob Fettig(19522106610)**

Will u Tell your repo. Fellas to chill to someone's out there walking up to my drivers i was like great

One guy quit today cus of it ... though he was a dick... he said he wasn't gonna work with me cus he got fucked by his last boss

I hate people

I think it's a different towing co. it was a different co but good thing I worked it out with
Banker told
Them you can put missed payments at back of loan

I gonna try find another driver

Oh well and if not this month set you me up for monthly payments to
Go to zero

Think I found a gf

Jun 18, 2023 10:53:49 PM

**Rob Fettig(19522106610)**

Hope all is good

Jun 18, 2023 10:54:02 PM

**Rob Fettig(19522106610)**

Yeah I appreciate it man cus this driver today thought a dick was like counting on him but he was a clown

Yeah. Bank said they cool now so i gotta call them Tuesday and ask them , but then again employees are a pain in the fck all lol

Jun 18, 2023 10:59:14 PM

**19898580805**

I was worried they were going to contact another wrecker company its none of my guys. Those repo brokers are like hound dogs

Jun 18, 2023 10:59:28 PM

**Rob Fettig(19522106610)**

I am gonna not give up i been working hard to find good work

Jun 18, 2023 10:59:39 PM

**Rob Fettig(19522106610)**

No bs though found a nice gal well she found me

Jun 18, 2023 11:00:02 PM

**19898580805**

The broker on your trucks is cr2 out of new York

Jun 18, 2023 11:03:18 PM

**Rob Fettig(19522106610)**

Apparently we gotta go to new york and order them a ☐ n be heybro why u wanna hate on the little fella

Jun 18, 2023 11:03:58 PM

**Rob Fettig(19522106610)**

I gonna be on one looking high low

Jun 18, 2023 11:04:09 PM

GC 0007

19898580805

With them being out of state im sure they are just calling every wrecker company in the area

Jun 18, 2023 11:04:27 PM

Rob Fettig(19522106610)

Hows the weather been in Michigan hopefully no rain

Jun 18, 2023 11:05:33 PM

Rob Fettig(19522106610)

With the bank accepting the new arrangement?

Jun 18, 2023 11:07:06 PM

Rob Fettig(19522106610)

I swear I hate bankers

Jun 18, 2023 11:07:31 PM

19898580805

I would be careful there are wrecker companies that will just come take them

Jun 18, 2023 11:08:03 PM

19898580805

It rained 1 day but thats it. I forgot how hot 70s feels like in Michigan with all the humidity

Jun 18, 2023 11:09:31 PM

Rob Fettig(19522106610)

Well they better cancel or i will be in prison cus I love my company like its my kid

Jun 18, 2023 11:10:38 PM

Rob Fettig(19522106610)

And it will be back on track

Jun 18, 2023 11:10:59 PM

Rob Fettig(19522106610)

Them so called managers helpers fucked me

Jun 18, 2023 11:11:14 PM

19898580805

Banks never seem to be in a hurry to call off the hounds, they may accept the terms but wrecker company may pick them up before the job cancels

Jun 18, 2023 11:11:15 PM

Rob Fettig(19522106610)

Lol go figure

Jun 18, 2023 11:11:18 PM

19898580805

Yeah its impossible to find good help these days

Jun 18, 2023 11:14:30 PM

Thursday, July 20, 2023

Rob Fettig(19522106610)

K
Thanks

Jul 20, 2023 1:44:47 PM

19898580805

I'll call you back.

Jul 20, 2023 1:46:45 PM

Rob Fettig(19522106610)

At the shop

Jul 20, 2023 4:46:34 PM

- 8 -

GC 0008

**Rob Fettig(19522106610)**

Ok sounds good

Jul 20, 2023 4:48:12 PM

**19898580805**

K I'm about to leave mine

Jul 20, 2023 4:49:05 PM

**Rob Fettig(19522106610)**

Found us a mechanic

Well 3

Jul 20, 2023 4:57:14 PM

**Rob Fettig(19522106610)**

1 can do motor swaps and overhaul

Jul 20, 2023 4:57:24 PM

**Rob Fettig(19522106610)**

Thanks for meeting with meb

Jul 20, 2023 9:52:07 PM

**Rob Fettig(19522106610)**

Me

Jul 20, 2023 9:52:09 PM

**Rob Fettig(19522106610)**

Any one who can haul rgn if i got a load ? Going to turn it up

Jul 20, 2023 9:52:48 PM

**19898580805**

Not right now

Jul 20, 2023 10:11:35 PM

**Rob Fettig(19522106610)**

No just checking calling in morning more drivers going to Continental sites moms tired

Got a good feeling just got to stay on track get us more drivers

Messaging some now but prob grab a few hours

Jul 20, 2023 10:13:11 PM

**Rob Fettig(19522106610)**

Yep night, call me if u need me

Jul 20, 2023 10:17:18 PM

**19898580805**

Ok we will talk more tomorrow

Jul 20, 2023 10:18:58 PM

Friday, July 21, 2023

**Rob Fettig(19522106610)**

Got us 2 drivers right now committed

Jul 21, 2023 10:04:38 AM

**Rob Fettig(19522106610)**

Working on quite a bit more

Jul 21, 2023 10:04:49 AM

**Rob Fettig(19522106610)**

3 more now

Jul 21, 2023 10:51:05 AM

GC 0009

**Rob Fettig(19522106610)**

Keith will
Be here in less then 2 weeks from
Upper michigan

Jul 21, 2023 11:20:22 AM

**Rob Fettig(19522106610)**

Randy is talking with his wife could
Come
Asap

Jul 21, 2023 11:20:35 AM

**Rob Fettig(19522106610)**

Jackson will
Give me an answer could be here Monday Tuesday

Jul 21, 2023 11:20:51 AM

**Rob Fettig(19522106610)**

Found another mechanic⬜   in Michigan might be
interested in a month or 2

Jul 21, 2023 11:21:15 AM

**Rob Fettig(19522106610)**

Can i move a truck to your lot ??

Jul 21, 2023 11:22:19 AM

**Rob Fettig(19522106610)**

1 of our new drivers can run winch truck he is
currently working for me

Jul 21, 2023 11:25:39 AM

**19898580805**

Yeah if you want to park it at my place thats fine

Jul 21, 2023 11:29:17 AM

**19898580805**

I got to get these winch trucks fixed up, insurance is
screwing me around on the 1 that got hit

Jul 21, 2023 11:29:59 AM

GC 0010

**Rob Fettig(19522106610)**

Andy

I will hear tomorrow around 2pm about a big Aggregate haul I would say the job pays anywhere from 1600-1980 a day depending on trucks, I can get u a room for your guys for like (40 bucks under our negotiated rate) we can together use the ap Mudd Flap too the app is priced right now at the one station in Williston at like 3.58 a gallon.

I told her we would want to do up to 6 trucks for that job. Could possibly show up with 10 if we got them.

The job runs till into Fall, and I am talking a full 6 or 5 full days and .75 of a day on Sat.

Either way we can work together trying to move the marker up for that customer to 250k it is at 60k right now on the credit marker I am cosigning for 30k of it personally.

That's next day revenue for us in the area of 16-17k. I want to work together and make this shit work for us both like we talked, I pretty much told some of the new recruits I am syndicated with a partner and if you work for me cool if you work for my partner who cares you're going to be working.

Thanks

Rob Fettig
952-210-6610 cell

Jul 21, 2023 11:44:18 AM

**Rob Fettig(19522106610)**

Talking to no less then 47 different driver's right now looks like could' have up to 10
This week if we both want them

Jul 21, 2023 11:50:27 AM

**Rob Fettig(19522106610)**

Are all
Your guys out today or what do we need to sell ?

Jul 21, 2023 11:53:18 AM

**Rob Fettig(19522106610)**

Heading out to Continental and limerock today , kraken all of them

Jul 21, 2023 11:54:56 AM

**Rob Fettig(19522106610)**

We can get the 2 mechanics i got or the 3 after they fix a few things working on your trucks toon

Jul 21, 2023 11:55:21 AM

**19898580805**

All my guys available today are working

Jul 21, 2023 1:09:14 PM

**Rob Fettig(19522106610)**

Nice

Jul 21, 2023 1:12:11 PM

**Rob Fettig(19522106610)**

Yes

Jul 21, 2023 5:52:32 PM

19898580805
**Do you still have a couple frac tanks?**
Jul 21, 2023 5:54:10 PM

19898580805
**Wondering if I can put them out on rent for you?**
Jul 21, 2023 5:54:55 PM

Rob Fettig(19522106610)
**Trying to get confirmed well site**
Jul 21, 2023 6:23:16 PM

Rob Fettig(19522106610)
**1 at shop for sure**
Jul 21, 2023 6:23:21 PM

Rob Fettig(19522106610)
**Shoot me # when u grab itn**
Jul 21, 2023 6:23:42 PM

Rob Fettig(19522106610)
**I will look into getting us gps trackers**
Jul 21, 2023 6:23:57 PM

Rob Fettig(19522106610)
**Halliday 2-25-36H last well site she said but i can head up there and look here'
This evening**
Jul 21, 2023 6:27:39 PM

Rob Fettig(19522106610)
**I am waiting on a response**
Jul 21, 2023 6:27:49 PM

Rob Fettig(19522106610)
**Ok**
Jul 21, 2023 6:47:56 PM

Rob Fettig(19522106610)
**Insulated**
Jul 21, 2023 6:48:02 PM

Rob Fettig(19522106610)
**Make sure no fluid in tank**
Jul 21, 2023 6:48:18 PM

19898580805
**Thats not far from where the winch truck is i can have him just swing over there**
Jul 21, 2023 6:49:51 PM

Rob Fettig(19522106610)
**I know just cus landry is a interesting**
Jul 21, 2023 6:52:02 PM

19898580805
**We always check that**
Jul 21, 2023 6:53:47 PM

Rob Fettig(19522106610)
**Any luck**
Jul 21, 2023 8:21:38 PM

19898580805
**No tanks**
Jul 21, 2023 9:21:02 PM

Rob Fettig(19522106610)
**Only one ?**
Jul 21, 2023 9:24:24 PM

GC 0012

19898580805

**92742**

Jul 21, 2023 9:24:37 PM

Rob Fettig(19522106610)

**I will try dig see. Numbers**

Jul 21, 2023 9:26:28 PM

19898580805

**Only 1**

Jul 21, 2023 9:28:15 PM

Rob Fettig(19522106610)

**Yep thats mine**

Jul 21, 2023 9:29:36 PM

Rob Fettig(19522106610)



Jul 21, 2023 9:30:05 PM

Rob Fettig(19522106610)

**Just gotta figure out what tank is at the shop**

Jul 21, 2023 9:30:32 PM

Rob Fettig(19522106610)

**And that will give me a # to hunt down**

Jul 21, 2023 9:30:43 PM

Saturday, July 22, 2023

Rob Fettig(19522106610)

**Going go go look for it shortly**

Jul 22, 2023 11:13:43 AM

19898580805

**Any luck finding the other tank that is in the hunt field**

Jul 22, 2023 11:15:49 AM

19898580805

**Not on 4th or 2nd east of forbidden hwy**

Jul 22, 2023 12:32:08 PM

Rob Fettig(19522106610)

**I will be headed north got us a good i mean good mechanic**

Jul 22, 2023 1:03:24 PM

- 13 -

Rob Fettig(19522106610)

**Will get his cdl and said he will work 7 days a week to get stuff up if need be**

Jul 22, 2023 1:03:51 PM

Rob Fettig(19522106610)

**92750**

**At shop**

Jul 22, 2023 2:38:04 PM

Rob Fettig(19522106610)

**75760**

**Is in fields will find it**

Jul 22, 2023 2:39:07 PM

Rob Fettig(19522106610)

**Dud u get that one from hunt**

Jul 22, 2023 2:39:55 PM

19898580805

**We got the 1 i sent you the number off**

Jul 22, 2023 3:01:27 PM

Rob Fettig(19522106610)

**Ok thanks**

Jul 22, 2023 4:03:08 PM

Rob Fettig(19522106610)

**Up here will update ASAP**

Jul 22, 2023 4:03:18 PM

Rob Fettig(19522106610)

**Got that tank at the shop still**

Jul 22, 2023 4:03:28 PM

Rob Fettig(19522106610)

**Went to absolutely every hunt oil co location in halliday**

Jul 22, 2023 6:05:12 PM

Rob Fettig(19522106610)

**Now headed to go through bells yard**

Jul 22, 2023 6:05:28 PM

Rob Fettig(19522106610)

**Gonna find out where robby ridl yard is**

Jul 22, 2023 6:05:45 PM

Rob Fettig(19522106610)

**Then off to north country and every fuxking well site they own**

Jul 22, 2023 6:06:07 PM

Rob Fettig(19522106610)

**I will find this fucking Tank**

Jul 22, 2023 6:06:18 PM

Rob Fettig(19522106610)

**Getting commitments from drivers**

Jul 22, 2023 6:06:58 PM

Rob Fettig(19522106610)

**Should have 8-10**
**This week min**

Jul 22, 2023 6:07:10 PM

19898580805

**Good deal**

Jul 22, 2023 6:56:52 PM

- 14 -

GC 0014

Rob Fettig(19522106610)

**Just went through high plains yard**

Jul 22, 2023 7:30:22 PM

Rob Fettig(19522106610)

**Going to Powerfuels next in watford**

Jul 22, 2023 7:30:40 PM

Rob Fettig(19522106610)

**Good deal will go there next don't let these fuckers know**

Jul 22, 2023 7:35:31 PM

Rob Fettig(19522106610)

**I got that mechanic he will be here Monday Tuesday**

Jul 22, 2023 7:35:58 PM

Rob Fettig(19522106610)

**Willingness to do anything**

Jul 22, 2023 7:36:06 PM

19898580805

**https://maps.app.goo.gl/MtubeDXqUdn6HqPP8**

Jul 22, 2023 7:36:33 PM

Rob Fettig(19522106610)

**Got guy to get hydrovac out asap**

Jul 22, 2023 7:36:41 PM

Rob Fettig(19522106610)

**My one buddy from hunt told me they could of took it**

Jul 22, 2023 7:37:00 PM

Rob Fettig(19522106610)

**I will find it and we putting trackers**

Jul 22, 2023 7:37:23 PM

Rob Fettig(19522106610)

**8-12 drivers 6-9 committed**

Jul 22, 2023 7:38:53 PM

19898580805

**Good, I don't see power fuels having the tank**

Jul 22, 2023 7:39:04 PM

Rob Fettig(19522106610)

**Need more drivers asap so i can commit trucks**

Jul 22, 2023 7:39:22 PM

Rob Fettig(19522106610)

**That one tank is In killdeer still**

Jul 22, 2023 7:40:13 PM

Rob Fettig(19522106610)

**Your brothers staging area**

Jul 22, 2023 7:40:20 PM

19898580805

**Yes sir**

Jul 22, 2023 7:44:26 PM

Rob Fettig(19522106610)

**Gotta check riddle yard tomorrow and make my way to stanley or williston**

**Waiting on communication from dudes that work there**

Jul 22, 2023 9:31:50 PM

Sunday, July 23, 2023

GC 0015

Rob Fettig(19522106610)

Will check yards today sorry have not found it yet think its on a north hunt well site

Jul 23, 2023 9:59:57 AM

Rob Fettig(19522106610)

Not trying to message to many people about it cus the fuckers could get cute

Jul 23, 2023 10:00:36 AM

Rob Fettig(19522106610)

Still
Have the 1 at the shop

Jul 23, 2023 10:00:48 AM

Rob Fettig(19522106610)



Jul 23, 2023 10:25:12 AM



Rob Fettig(19522106610)

Got side dump down moving truck to your yard

Jul 23, 2023 11:56:43 AM

Rob Fettig(19522106610)

5 cdl drivers come Tuesday

Jul 23, 2023 11:56:56 AM

19898580805

K I'm up in killdeer

Jul 23, 2023 12:03:16 PM

Rob Fettig(19522106610)

Nice

Jul 23, 2023 12:04:34 PM

Rob Fettig(19522106610)

What u got going on up
In killdeer

Jul 23, 2023 12:38:00 PM

GC 0016

**Rob Fettig(19522106610)**

Parking the truck in the back by the belly dump faced in

Jul 23, 2023 12:38:21 PM

**Rob Fettig(19522106610)**

?

Jul 23, 2023 12:38:22 PM

**Rob Fettig(19522106610)**

Is that cool or u want it somewhere else

Jul 23, 2023 12:45:03 PM

**Rob Fettig(19522106610)**

How many drivers will u need this week?

Jul 23, 2023 12:45:15 PM

**Rob Fettig(19522106610)**

Got 8 commitments

Jul 23, 2023 12:45:21 PM

**Rob Fettig(19522106610)**

Working with 67-82 people back and forth

Jul 23, 2023 12:45:35 PM

**Rob Fettig(19522106610)**

Hell yeah you hauling what to Williston?

Jul 23, 2023 12:46:01 PM

**Rob Fettig(19522106610)**

Oh picking up

Jul 23, 2023 12:46:27 PM

**Rob Fettig(19522106610)**

Nice

Jul 23, 2023 12:46:40 PM

**Rob Fettig(19522106610)**

With pickup or Semi

Jul 23, 2023 12:46:55 PM

**19898580805**

Ok

Jul 23, 2023 12:47:09 PM

**19898580805**

On my way to Williston now doing hotshot

Jul 23, 2023 12:47:42 PM

**Rob Fettig(19522106610)**

Nice

Jul 23, 2023 12:47:49 PM

**19898580805**

I'm not sure yet depends how today goed

Jul 23, 2023 12:48:30 PM

**Rob Fettig(19522106610)**

U talk with the wifey ?

Jul 23, 2023 12:48:32 PM

**19898580805**

Rods from Williston

Jul 23, 2023 12:48:45 PM

**19898580805**

Pickup

Jul 23, 2023 12:50:08 PM

GC 0017

**Rob Fettig(19522106610)**

Getting the unit s205 gone through then he is gonna go through tanker

Onboard the new drivers and chase tanker work

Jul 23, 2023 12:50:57 PM

**Rob Fettig(19522106610)**

What is
The insurance co doing about your winch trucks?

Jul 23, 2023 1:00:49 PM

**Rob Fettig(19522106610)**

We have to get both yours mine out

Jul 23, 2023 1:03:15 PM

**Rob Fettig(19522106610)**

But i gotta figure this one out

Jul 23, 2023 1:03:21 PM

**Rob Fettig(19522106610)**

Like
The idea we both talked about because we both help each other and it works out for both of our outfits

Jul 23, 2023 1:04:15 PM

**Rob Fettig(19522106610)**

Get us both seriously staffed up and running strong

Jul 23, 2023 1:04:31 PM

**19898580805**

Fucking me over it seems like

Jul 23, 2023 1:05:05 PM

**Rob Fettig(19522106610)**

Parked it headed to get s205 ready for Tanker work ,

Jul 23, 2023 1:24:54 PM

**Rob Fettig(19522106610)**

How many shop mechanics u got right now?

Jul 23, 2023 1:30:52 PM

**19898580805**

Ok

Jul 23, 2023 1:32:31 PM

**Rob Fettig(19522106610)**

Is that frac tank a 3 tank min or u dont need them? Kinda thing with the rig,

Have the 2nd one at the shop,

Will find the 3rd kinda having to see if i can do the 3 trucks and 2 trailer for the short term and also focus on figuring out more work and drivers etc

Sorry to ask but definitely ready to move like a mofo in the right direction

Jul 23, 2023 1:56:35 PM

**Rob Fettig(19522106610)**

Ok i will work on getting the 3rd

Jul 23, 2023 1:58:53 PM

**19898580805**

We used 3 power fuels tanks i found that they didn't take, I'm going to test yours and put them on the next well

Jul 23, 2023 2:00:48 PM

GC 0018

19898580805

But I do need 3                    Jul 23, 2023 2:01:11 PM

**Rob Fettig(19522106610)**

Gonna make something to eat then keep on the drivers                    Jul 23, 2023 2:13:03 PM

**Rob Fettig(19522106610)**

8.4.23 - Harold  Obando                    Jul 23, 2023 2:13:52 PM

**Rob Fettig(19522106610)**

K so we need to get u literally 7 drivers too                    Jul 23, 2023 2:16:07 PM

19898580805

As far as mechanics it depends my mechanics all drive and I'm so short handed they been driving not wrenching                    Jul 23, 2023 2:17:38 PM

**Rob Fettig(19522106610)**

Thats what we need then                    Jul 23, 2023 2:18:04 PM

**Rob Fettig(19522106610)**

I will get u 7 drivers                    Jul 23, 2023 2:18:13 PM

**Rob Fettig(19522106610)**

I will get us both 50 each                    Jul 23, 2023 2:18:20 PM

**Rob Fettig(19522106610)**

I am fucking down to help us both succeed                    Jul 23, 2023 2:18:33 PM

**Rob Fettig(19522106610)**

Yep                    Jul 23, 2023 2:18:57 PM

**Rob Fettig(19522106610)**

Vs versa                    Jul 23, 2023 2:19:03 PM

**Rob Fettig(19522106610)**

Dude we should of done this jan last year                    Jul 23, 2023 2:19:17 PM

**Rob Fettig(19522106610)**

Oh well                    Jul 23, 2023 2:19:18 PM

**Rob Fettig(19522106610)**

We doing jt now                    Jul 23, 2023 2:19:24 PM

**Rob Fettig(19522106610)**

Who cares                    Jul 23, 2023 2:19:29 PM

19898580805

That would help a lot                    Jul 23, 2023 2:20:21 PM

19898580805

My guys can help train guys                    Jul 23, 2023 2:21:16 PM

GC 0019

Rob Fettig(19522106610)

I wanna get us 1-3 24.7 water trucks

Jul 23, 2023 2:22:15 PM

Rob Fettig(19522106610)

Bigger money

Jul 23, 2023 2:22:19 PM

Rob Fettig(19522106610)

Need that availability so i can do what i do sales wise

Jul 23, 2023 2:22:44 PM

Rob Fettig(19522106610)

Then we push up to 12-20 going

Jul 23, 2023 2:22:56 PM

Rob Fettig(19522106610)

Easy to scale when u aggressive push

Jul 23, 2023 2:23:09 PM

Rob Fettig(19522106610)

And start with 1-3

Jul 23, 2023 2:23:14 PM

Rob Fettig(19522106610)

I can jump in a pickup
Or have one my fellas too if u need let me know

Jul 23, 2023 2:27:14 PM

Rob Fettig(19522106610)

And lets game plan to hit the day 1-2-3-4

Go from 3 out to 12 fast    so we can pay down
Fucking bs debits

Jul 23, 2023 2:27:55 PM

Rob Fettig(19522106610)

How's it going

Jul 23, 2023 4:09:58 PM

GC 0020

**Rob Fettig(19522106610)**



**Rob Fettig(19522106610)**

**Right now headed back to Shop**

**Have communicated with multiple drivers 2 confirmed (drivers) Start dates**

**8.4.23**
**7.31.23**

Jul 23, 2023 4:52:30 PM

19898580805

**Good this hotshot stuff is easy just need drivers**    Jul 23, 2023 5:08:48 PM

**Rob Fettig(19522106610)**

**I will get us drivers brother**    Jul 23, 2023 5:35:09 PM

**Rob Fettig(19522106610)**

**Are u doing housing?**    Jul 23, 2023 5:58:13 PM

**Rob Fettig(19522106610)**

**K**    Jul 23, 2023 6:18:03 PM

**Rob Fettig(19522106610)**

**People ask**    Jul 23, 2023 6:18:07 PM

19898580805

**Yes**    Jul 23, 2023 6:19:00 PM

- 21 -


GC 0021

**19898580805**

I'm providing housing currently i have 2 empty rooms

Jul 23, 2023 6:21:20 PM

**Rob Fettig(19522106610)**

K good info to know

Jul 23, 2023 6:24:04 PM

**Rob Fettig(19522106610)**

Call me when u got time too i am gonna stay on potential drivers

Jul 23, 2023 6:24:26 PM

**Rob Fettig(19522106610)**

Np

Jul 23, 2023 6:26:54 PM

**19898580805**

K I'm bouncing in and out of service right now

Jul 23, 2023 6:29:09 PM

**Rob Fettig(19522106610)**

We'll give me a call tomorrow if u got time to chat I gotta do something and dont got much time to kick the can I gotta figure this situation out and will be doing so some way shape form

Either way thanks for your time the other day and for the advice and support

Sorry for my predicament but such is life...

Jul 23, 2023 10:01:30 PM

Monday, July 24, 2023

**Rob Fettig(19522106610)**

Do u have any time to discuss what we talked about the other day i would like to move forward with me and u but i need to know for myself if we can move forward or not got literally a few days to do the deal so i am not trying to pester or bug but gotta make a decision

Jul 24, 2023 10:30:52 AM

Tuesday, July 25, 2023

**19898580805**

I'm going to do everything I can to help, I just don't know if we can get approved on a loan that quickly could you I and Matt make this work? If he has the cash that's the faster way to handle stuff sorry yesterday was a mess

Jul 25, 2023 7:04:05 AM

- 22 -

GC 0022



Jul 25, 2023 7:04:16 AM

**Rob Fettig(19522106610)**

Wow thats a crazy roll over

Jul 25, 2023 7:07:37 AM

**Rob Fettig(19522106610)**

The driver ok?

Jul 25, 2023 7:07:54 AM

**Rob Fettig(19522106610)**

Drugs

Jul 25, 2023 7:08:22 AM

**Rob Fettig(19522106610)**

Or under influence

Jul 25, 2023 7:08:28 AM

**Rob Fettig(19522106610)**

Able to move with motion

Jul 25, 2023 7:08:39 AM

**Rob Fettig(19522106610)**

Sober u would need 4 guardian angels

Jul 25, 2023 7:08:59 AM

19898580805

Guy lived some how he wasn't hurt

Jul 25, 2023 7:10:36 AM

**Rob Fettig(19522106610)**

Wow

Jul 25, 2023 7:11:26 AM

**Rob Fettig(19522106610)**

Where did that happen

Jul 25, 2023 7:11:41 AM

19898580805

He seemed sober cops spent 2 and half hours questioning him where the real driver was

Jul 25, 2023 7:13:22 AM

19898580805

Off county rd 10 north of keene

Jul 25, 2023 7:15:31 AM

**Rob Fettig(19522106610)**

Wanted to update u

Jul 25, 2023 6:25:12 PM

GC 0023

**Rob Fettig(19522106610)**

Should have payment for u within  3 weeks

Jul 25, 2023 6:25:27 PM

**Rob Fettig(19522106610)**

Or less

Jul 25, 2023 6:25:30 PM

**Rob Fettig(19522106610)**

Going to be paying u off 100% asap

Jul 25, 2023 6:25:45 PM

**Rob Fettig(19522106610)**

Had meetings today might've solved our issues

Jul 25, 2023 6:26:07 PM

**Rob Fettig(19522106610)**

And thanks

Jul 25, 2023 6:26:14 PM

**Rob Fettig(19522106610)**

Just wanted u to know before i call other creditors cus i want u hole

Jul 25, 2023 6:26:38 PM

**Rob Fettig(19522106610)**

Whole

Jul 25, 2023 6:26:40 PM

**19898580805**

Hey man I'm trying to help anyway I can im going to those tanks out on rent for you

Jul 25, 2023 7:29:34 PM

**19898580805**

Thats 1710 a month that you don't have to work for

Jul 25, 2023 7:30:49 PM

**Rob Fettig(19522106610)**

Yep gonna find the other 2

Jul 25, 2023 9:00:53 PM

**Rob Fettig(19522106610)**

Well 1

Jul 25, 2023 9:08:54 PM

**19898580805**

Yeah

Jul 25, 2023 9:13:23 PM

Thursday, July 27, 2023

**Rob Fettig(19522106610)**

Call me when u got time

Jul 27, 2023 6:27:36 PM

**Rob Fettig(19522106610)**

Can I call you later?

Jul 27, 2023 8:21:56 PM

**Rob Fettig(19522106610)**

Just on call

Jul 27, 2023 8:22:41 PM

**Rob Fettig(19522106610)**

When off

Jul 27, 2023 8:22:46 PM

GC 0024

**Rob Fettig(19522106610)**

Asap

Jul 27, 2023 8:22:49 PM

**Rob Fettig(19522106610)**

Important call

Jul 27, 2023 8:22:53 PM

**Rob Fettig(19522106610)**

Cool?

Jul 27, 2023 8:22:54 PM

**Rob Fettig(19522106610)**

Sorry

Jul 27, 2023 8:22:56 PM

**19898580805**

How late

Jul 27, 2023 8:24:58 PM

**Rob Fettig(19522106610)**

Got u a winch job

Jul 27, 2023 9:10:24 PM

**Rob Fettig(19522106610)**

Winch truck

Jul 27, 2023 9:16:52 PM

**Rob Fettig(19522106610)**

Can I call you later?

Jul 27, 2023 9:51:36 PM

Friday, July 28, 2023

**Rob Fettig(19522106610)**

Hot shot questions call me

Jul 28, 2023 6:03:10 AM

**Rob Fettig(19522106610)**

Xto- 150/hr
Limerock - 130/hr

Jul 28, 2023 1:07:19 PM

Monday, July 31, 2023

**Rob Fettig(19522106610)**

Need u to call me

Jul 31, 2023 1:10:37 PM

**Rob Fettig(19522106610)**

Please asap

Jul 31, 2023 1:10:40 PM

**Rob Fettig(19522106610)**

1694 code

Jul 31, 2023 2:03:41 PM

**19898580805**

K I'm here

Jul 31, 2023 2:07:28 PM

**19898580805**

Do you keep calling me intentionally?

Jul 31, 2023 5:03:51 PM

Tuesday, August 1, 2023

GC 0025

Rob Fettig(19522106610)

**U grabbing the frac tank?**

Aug 1, 2023 3:05:15 PM

Rob Fettig(19522106610)

**Just making sure**

Aug 1, 2023 3:16:59 PM

Rob Fettig(19522106610)

**They called me and I confirmed**

Aug 1, 2023 3:17:11 PM

19898580805

**Trying to**

Aug 1, 2023 3:19:08 PM

Rob Fettig(19522106610)

**Smithies uses east end**

Aug 1, 2023 3:26:33 PM

Rob Fettig(19522106610)

**Just saw them**

Aug 1, 2023 3:26:37 PM

Wednesday, August 2, 2023

Rob Fettig(19522106610)

**Call**
**Me back i am calling drivers**

Aug 2, 2023 10:25:25 AM

Rob Fettig(19522106610)

**Make sure to call me**

Aug 2, 2023 10:25:47 AM

Rob Fettig(19522106610)



Aug 2, 2023 11:19:25 AM

GC 0026

**Rob Fettig(19522106610)**



Aug 2, 2023 11:19:25 AM

**Rob Fettig(19522106610)**

Hey bud call me back when you are able too

Aug 2, 2023 12:52:48 PM

**Rob Fettig(19522106610)**

 New Recor.amr
04:16

Aug 2, 2023 1:33:05 PM

Thursday, August 3, 2023

**Rob Fettig(19522106610)**

You awake ?

Aug 3, 2023 4:55:25 AM

**Rob Fettig(19522106610)**

Call me back

Aug 3, 2023 5:41:51 PM

**Rob Fettig(19522106610)**

I don't wanna call too late

Aug 3, 2023 7:25:31 PM

Friday, August 4, 2023

**Rob Fettig(19522106610)**

You able to call me

Aug 4, 2023 2:10:28 AM

**Rob Fettig(19522106610)**

When u wake up make sure u call me please thank u

Aug 4, 2023 2:44:46 AM

GC 0027

**Rob Fettig(19522106610)**

U awake

Aug 4, 2023 4:17:17 AM

**Rob Fettig(19522106610)**

?

Aug 4, 2023 4:24:34 AM

**Rob Fettig(19522106610)**





**Fanuc CNC 6 axis ROBOT for YOUR HOME SHOP??**
$9,999 $16,000

Aug 4, 2023 5:56:48 AM

**Rob Fettig(19522106610)**

Weird

Aug 4, 2023 5:56:48 AM

Saturday, August 5, 2023

**Rob Fettig(19522106610)**

Need to move items

Aug 5, 2023 6:07:43 AM

**Rob Fettig(19522106610)**

?

Aug 5, 2023 9:32:58 AM

**19898580805**

Ok someone come by

Aug 5, 2023 9:35:05 AM

**19898580805**

That was a question

Aug 5, 2023 9:36:14 AM

**Rob Fettig(19522106610)**

No not as of yet but like u said that would be a smart play

Aug 5, 2023 9:53:41 AM

- 28 -

GC 0028

**Rob Fettig(19522106610)**

I am
Gonna work on some
Things and work to
Secure this payment to gate plus trucks out working

I believe the roads are still shut down ?

Aug 5, 2023 9:54:24 AM

**Rob Fettig(19522106610)**

K shity , gotta get out there generating $

Aug 5, 2023 9:55:36 AM

**Rob Fettig(19522106610)**

Thanks for messaging back ,

Aug 5, 2023 9:56:20 AM

**Rob Fettig(19522106610)**

Ideally we can get jamming very soon

Aug 5, 2023 9:56:32 AM

**19898580805**

Yes so far they are still shut down

Aug 5, 2023 9:57:47 AM

Sunday, August 6, 2023

**Rob Fettig(19522106610)**

Afternoon

Aug 6, 2023 10:27:28 AM

**Rob Fettig(19522106610)**

Its going got 2 drivers ready to roll shortly

Aug 6, 2023 10:31:03 AM

**Rob Fettig(19522106610)**

Hows things with u my friend

Aug 6, 2023 10:31:12 AM

**Rob Fettig(19522106610)**

Need to get some trucks out jamming

Aug 6, 2023 10:31:29 AM

**Rob Fettig(19522106610)**

Gonna call on some jobs

Aug 6, 2023 10:31:35 AM

**Rob Fettig(19522106610)**

? Do u have any step decks

Aug 6, 2023 10:31:44 AM

**19898580805**

Hows it going

Aug 6, 2023 10:32:53 AM

**Rob Fettig(19522106610)**

How they go to shit?

Aug 6, 2023 10:32:56 AM

**19898580805**

Plans have went to shit on me, had to tow a Hopper last night and on my way to SD now for a pneumatic

Aug 6, 2023 10:35:06 AM

**Rob Fettig(19522106610)**

Oh ok

Aug 6, 2023 10:38:06 AM

GC 0029

19898580805

> Cause I was putting a diff in and then going to help you. All of my step decks are tied up with my rig moves.

Aug 6, 2023 10:40:05 AM

**Rob Fettig(19522106610)**

Can u call me

Aug 6, 2023 12:43:30 PM

**Rob Fettig(19522106610)**



**Cooper**
+1 (701) 260-4332

Aug 6, 2023 8:20:57 PM

**Rob Fettig(19522106610)**

In case u need his cell

Aug 6, 2023 8:20:57 PM

**Rob Fettig(19522106610)**



Aug 6, 2023 8:22:45 PM

**Rob Fettig(19522106610)**

Nope unfortunately he will not help me or he basically has them
Working out

Aug 6, 2023 8:23:01 PM

**Rob Fettig(19522106610)**

Oh well

Aug 6, 2023 8:23:07 PM

**Rob Fettig(19522106610)**

Yep it was and thanks

Aug 6, 2023 8:24:14 PM

GC 0030

Rob Fettig(19522106610)

Really don't think anyone wants me to succeed but its ok i will keep trying my hardest

Aug 6, 2023 8:24:40 PM

19898580805

It was worth a shot

Aug 6, 2023 8:26:40 PM

19898580805

Who has the regular sandbox trailers? Could you put the trucks pulling those starting out?

Aug 6, 2023 8:30:37 PM

19898580805

https://www.facebook.com/marketplace/item/23800924 9063454/?mibextid=dXMlcH

Aug 6, 2023 8:34:51 PM

19898580805

You could try asking anyone like this that has a trailer for sale if they are interested in renting or rent to own

Aug 6, 2023 8:36:31 PM

19898580805

https://www.facebook.com/marketplace/item/33501602 88452905/?mibextid=dXMlcH

Aug 6, 2023 8:38:44 PM

19898580805

This 1 i bet you could talk the guy into it because its not a full stepdeck but it would work for sandboxes

Aug 6, 2023 8:39:26 PM

19898580805

https://www.bismanonline.com/for_rent_48_and_53_f oot_flatbeds_or_step_decks_a

Aug 6, 2023 8:46:36 PM

19898580805

https://www.bismanonline.com/jet_step_deck_trailer_ with_ramps

Aug 6, 2023 8:47:40 PM

Tuesday, August 8, 2023

Rob Fettig(19522106610)

Can I call you later?

Aug 8, 2023 2:38:18 PM

Rob Fettig(19522106610)

Yes

Aug 8, 2023 2:40:56 PM

Rob Fettig(19522106610)

Go ahead bro

Aug 8, 2023 2:41:00 PM

Rob Fettig(19522106610)

I am
On hold

Aug 8, 2023 2:41:04 PM

Rob Fettig(19522106610)

Fuck people will call u back

Aug 8, 2023 2:41:09 PM

GC 0031

**Rob Fettig(19522106610)**

Literally gonna stack us 80 new drivers a month

Aug 8, 2023 2:41:22 PM

**Rob Fettig(19522106610)**

Maybe we like 5! Of them

Aug 8, 2023 2:41:29 PM

**19898580805**

Just wondering about sending a guy to move trailers

Aug 8, 2023 2:43:11 PM

Friday, August 11, 2023

**Rob Fettig(19522106610)**

Friend –

Got My driver's license back activated, I can legally now drive and plan to work my mother fucking ass off.

You hear of any work let me know I also need a step deck trailer asap I got a line on a good frac sand hauling opportunity and need to do this ASAP!

Thanks

Rob Fettig

Aug 11, 2023 4:38:39 PM

Monday, August 14, 2023

**Rob Fettig(19522106610)**

Andy, give me a call when you get a chance please and thank you definitely got a solution please and thank you

Aug 14, 2023 10:51:38 AM

**Rob Fettig(19522106610)**

Do not talk to matt till u talk to me

Aug 14, 2023 1:47:59 PM

**19898580805**

I'm not talking to anyone like I said I'm in baker trying to get a rig towed

Aug 14, 2023 2:42:03 PM

**Rob Fettig(19522106610)**

Sorry

Aug 14, 2023 2:43:06 PM

**Rob Fettig(19522106610)**

Just wanted u to be aware

Aug 14, 2023 2:43:16 PM

**Rob Fettig(19522106610)**

Its all good call whatever

Aug 14, 2023 2:43:27 PM

Tuesday, August 15, 2023

**Rob Fettig(19522106610)**

Call whenever

Aug 15, 2023 7:58:31 AM

GC 0032

Rob Fettig(19522106610)

**Well on call now**

Aug 15, 2023 7:58:43 AM

Wednesday, August 16, 2023

Rob Fettig(19522106610)

**Got to grab a different key⬜ was gonna grab registration so i can get s207 out frac sand hauling oh well**

**Good idea about hydrovac**

Aug 16, 2023 2:21:43 PM

Rob Fettig(19522106610)

**No worries**

Aug 16, 2023 2:37:15 PM

19898580805

**Crappy service by New town**

Aug 16, 2023 2:38:38 PM

Friday, August 18, 2023

Rob Fettig(19522106610)



Aug 18, 2023 2:45:46 PM

Tuesday, August 22, 2023

Rob Fettig(19522106610)

**Where are you**

Aug 22, 2023 9:02:33 PM

Rob Fettig(19522106610)

Aug 22, 2023 9:03:01 PM

- 33 -

GC 0033

19898580805

**Killdeer**

Aug 22, 2023 9:34:07 PM

Friday, August 25, 2023

Rob Fettig(19522106610)

**How's the work flow**

Aug 25, 2023 2:31:29 PM

Saturday, August 26, 2023

Rob Fettig(19522106610)

**No**
**Big deal**

Aug 26, 2023 5:10:30 PM

19898580805

**I'm trying to get down to baker and tow another rig sorry shitty service**

Aug 26, 2023 5:13:12 PM

Rob Fettig(19522106610)

**U wanna move a 400 bbl tank tomorrow**

Aug 26, 2023 6:39:14 PM

Rob Fettig(19522106610)

**8 am**

Aug 26, 2023 6:39:20 PM

Rob Fettig(19522106610)

**Central**

Aug 26, 2023 6:39:24 PM

Rob Fettig(19522106610)

**Ok**

Aug 26, 2023 6:42:55 PM

19898580805

**I can't i have 2 rig moves tomorrow and I'm already short handed**

Aug 26, 2023 6:45:29 PM

Sunday, August 27, 2023

19898580805

**You still up?**

Aug 27, 2023 11:53:45 PM

Monday, August 28, 2023

19898580805

**Whats going on with the truck your using**

Aug 28, 2023 9:09:59 PM

Tuesday, August 29, 2023

Rob Fettig(19522106610)

**At least i know how i stand cant wait to get this going good and be a fly on the wall**

Aug 29, 2023 11:53:41 PM

GC 0034

**Rob Fettig(19522106610)**



Aug 29, 2023 11:53:41 PM

**19898580805**

Idk?  Aug 29, 2023 11:57:38 PM

Friday, September 1, 2023

**Rob Fettig(19522106610)**

Call me

Sep 1, 2023 9:28:42 AM

Tuesday, September 5, 2023

**Rob Fettig(19522106610)**

Sorry to hear truck

Sep 5, 2023 9:27:03 PM

**Rob Fettig(19522106610)**

Hopefully not too bad

Sep 5, 2023 9:27:15 PM

**Rob Fettig(19522106610)**

Hmm for what

Sep 5, 2023 9:28:09 PM

**19898580805**

At least 350 in tickets  Sep 5, 2023 9:30:51 PM

Wednesday, September 6, 2023

GC 0035

Rob Fettig(19522106610)



Rob Fettig(19522106610)

Yeah buddy we got a target

Sep 6, 2023 9:15:49 PM

Rob Fettig(19522106610)

No but he probably wants to

Sep 6, 2023 9:25:48 PM

Rob Fettig(19522106610)

Your enemies are mine

Sep 6, 2023 9:25:53 PM

Rob Fettig(19522106610)

Tired been up something crazy since 7 am yesterday

Sep 6, 2023 9:26:15 PM

Rob Fettig(19522106610)

Gotta get trucks out

Sep 6, 2023 9:26:23 PM

19898580805

He screw you now?

Sep 6, 2023 9:28:40 PM

Rob Fettig(19522106610)

Yeppers

Sep 6, 2023 9:37:18 PM

Rob Fettig(19522106610)

Got 2 drivers gonna run the one 24.7

Sep 6, 2023 9:37:34 PM

Rob Fettig(19522106610)

Now working on 6 more

Sep 6, 2023 9:37:43 PM

GC 0036

**Rob Fettig(19522106610)**

I gotta get debit free

Sep 6, 2023 9:37:49 PM

**Rob Fettig(19522106610)**

Just tell my mom i love her

Sep 6, 2023 9:38:25 PM

**Rob Fettig(19522106610)**

Lol

Sep 6, 2023 9:38:26 PM

**Rob Fettig(19522106610)**

I am going to make it or die trying my friend

Sep 6, 2023 9:38:37 PM

**19898580805**

Just be careful

Sep 6, 2023 9:40:16 PM

**19898580805**

I'm going to get some rest, take care of yourself don't over due it

Sep 6, 2023 9:41:15 PM

Sunday, September 10, 2023

**Rob Fettig(19522106610)**

Coming by to take a tire off a tanker

Sep 10, 2023 10:54:28 AM

**Rob Fettig(19522106610)**

U bought a rig

Sep 10, 2023 7:28:29 PM

**Rob Fettig(19522106610)**

???

Sep 10, 2023 7:28:32 PM

Monday, September 11, 2023

**Rob Fettig(19522106610)**

U awake

Sep 11, 2023 3:39:45 AM

Wednesday, September 13, 2023

GC 0037

**Rob Fettig(19522106610)**



Sep 13, 2023 2:44:36 PM

**Rob Fettig(19522106610)**

Didn't know if that was your buddy

Sep 13, 2023 2:45:54 PM

19898580805

Who's that?    Sep 13, 2023 2:48:50 PM

19898580805

I'm not sure who that is    Sep 13, 2023 2:49:42 PM

Wednesday, September 27, 2023

19898580805

You got some belly dump work or you sell the trailers?    Sep 27, 2023 6:34:46 PM

**Rob Fettig(19522106610)**

Yep working on chasing work been hell

Sep 27, 2023 7:11:56 PM

Sunday, October 1, 2023

**Rob Fettig(19522106610)**

Call me

Oct 1, 2023 10:19:09 AM

**Rob Fettig(19522106610)**

If and when u got time

Oct 1, 2023 10:19:35 AM

Tuesday, October 3, 2023

GC 0038

Rob Fettig(19522106610)

**Morning**

Oct 3, 2023 7:04:28 AM

Rob Fettig(19522106610)

**https://maps.apple.com/?ll=48.231935,-102.418440&q=My%20Location&t=h**

Oct 3, 2023 8:26:33 AM

Rob Fettig(19522106610)

**When u wake up**

Oct 3, 2023 8:26:42 AM

Rob Fettig(19522106610)

**Really my bad**

Oct 3, 2023 9:07:32 AM

Rob Fettig(19522106610)



Oct 3, 2023 9:07:57 AM

Rob Fettig(19522106610)



Oct 3, 2023 9:07:57 AM

GC 0039

**Rob Fettig(19522106610)**



Oct 3, 2023 9:07:57 AM

**Rob Fettig(19522106610)**

Hill is slick

Oct 3, 2023 9:08:03 AM

**Rob Fettig(19522106610)**

Though cant really get traction plus otr winter tires

Oct 3, 2023 9:08:27 AM

**19898580805**

Kids aren't letting me go back to sleep, how bad is it? Do you have a pictures?

Oct 3, 2023 9:10:34 AM

**19898580805**

Ok we will get it out of there

Oct 3, 2023 9:12:43 AM

**Rob Fettig(19522106610)**

Thanks man I appreciate the help i wish stupid shit would not happen but it does

Oct 3, 2023 11:21:46 AM

**Rob Fettig(19522106610)**

Haven't heard from your guy yet ?

Oct 3, 2023 11:46:01 AM

**Rob Fettig(19522106610)**

Ok thanks for heads up

Oct 3, 2023 11:58:10 AM

**19898580805**

Hes about 20 minutes from the truck

Oct 3, 2023 12:01:14 PM

GC 0040

**Rob Fettig(19522106610)**

Do u want me to meet your driver anywhere?

Oct 3, 2023 12:34:39 PM

**Rob Fettig(19522106610)**

Yes i Will literally been here trying to wait for him

Oct 3, 2023 12:48:05 PM

**19898580805**

I sent him pretty good directions, if you just want to get a driver there and make sure he can release the brakes and stuff

Oct 3, 2023 12:51:02 PM

**Rob Fettig(19522106610)**

I will go back up
And check but last i checked no

Oct 3, 2023 12:51:14 PM

**19898580805**

He isn't there yet?

Oct 3, 2023 12:52:28 PM

**Rob Fettig(19522106610)**

Dont see him getting closer

Oct 3, 2023 1:09:57 PM

**Rob Fettig(19522106610)**

I see him now

Oct 3, 2023 1:13:10 PM

Wednesday, October 4, 2023

**Rob Fettig(19522106610)**

Morning

Oct 4, 2023 9:52:34 AM

Sunday, October 8, 2023

**Rob Fettig(19522106610)**

75760

Is in fields will find it

Oct 8, 2023 2:24:47 PM

**Rob Fettig(19522106610)**

Np bud hope all
Good

Oct 8, 2023 3:41:40 PM

**19898580805**

I'll call you back.

Oct 8, 2023 3:45:02 PM

**Rob Fettig(19522106610)**

Whose fucking truck is that

Oct 8, 2023 6:04:46 PM

**19898580805**

Sorry been a busy day

Oct 8, 2023 6:06:57 PM

GC 0041



Oct 8, 2023 6:07:38 PM

19898580805

Beaver

Oct 8, 2023 6:13:08 PM

Monday, October 9, 2023

Rob Fettig(19522106610)



Oct 9, 2023 4:07:24 AM

Rob Fettig(19522106610)

Who was that leaser

Oct 9, 2023 4:45:50 AM

GC 0042

**19898580805**

I'm not sure he was gone when I got there

Oct 9, 2023 5:07:14 AM

Tuesday, October 10, 2023

**Rob Fettig(19522106610)**

Call me when u can

Oct 10, 2023 4:43:32 PM

**Rob Fettig(19522106610)**

And if u have time stop by my house or I can stop by yours

Oct 10, 2023 4:43:48 PM

Friday, October 13, 2023

**19898580805**

Does continental have any rigs doing plugging?

Oct 13, 2023 9:47:35 PM

**Rob Fettig(19522106610)**

Like PA

Oct 13, 2023 10:26:32 PM

**Rob Fettig(19522106610)**

Not that i know of why ?

Oct 13, 2023 10:26:40 PM

**19898580805**

Yeah, just curious marathon usually 1 rig always doing p&a, I have the flock tanks they usually use if you end up finding 1 doing p&a in your sales/travels

Oct 13, 2023 11:15:56 PM

**Rob Fettig(19522106610)**

Will check it out

Oct 13, 2023 11:53:53 PM

Saturday, October 14, 2023

**Rob Fettig(19522106610)**

Hot shot / winch job

Oct 14, 2023 10:25:24 AM

**Rob Fettig(19522106610)**

Easy money

Pickup 130/hr

Oct 14, 2023 10:25:39 AM

**Rob Fettig(19522106610)**

No trailer

Oct 14, 2023 10:25:46 AM

**Rob Fettig(19522106610)**

Winch 165-175

Oct 14, 2023 10:25:55 AM

**Rob Fettig(19522106610)**

Call me

Oct 14, 2023 10:26:07 AM

Wednesday, October 18, 2023

GC 0043

**Rob Fettig(19522106610)**

Can I call you later?

Oct 18, 2023 5:16:46 PM

Monday, October 23, 2023

**Rob Fettig(19522106610)**

I am out brother call me
Be safe call me and thank u

Oct 23, 2023 8:03:56 PM

**Rob Fettig(19522106610)**

Call when u can i got idea not good idea to wait i am
Sorry for these burdensome times too i will figure a
good repayment

Oct 23, 2023 8:07:57 PM

**19898580805**

Ok, anything pressing or can I wait until tomorrow
been working a ton of hours

Oct 23, 2023 8:10:40 PM

Friday, October 27, 2023

**Rob Fettig(19522106610)**

**Rick Quilling**
(406) 697-0959

Oct 27, 2023 8:11:23 PM

Monday, October 30, 2023

**Rob Fettig(19522106610)**

Call whenever

Oct 30, 2023 7:16:03 PM

Thursday, November 2, 2023

**Rob Fettig(19522106610)**

What u up too

Nov 2, 2023 2:54:34 PM

**Rob Fettig(19522106610)**

Oh my he rolled?

Nov 2, 2023 2:56:51 PM

**19898580805**

Just rolled that guy you gave numbers truck back on
its wheels

Nov 2, 2023 3:00:35 PM

**19898580805**

Yeah

Nov 2, 2023 3:01:09 PM

**Rob Fettig(19522106610)**

Holy fuck

Nov 2, 2023 3:02:08 PM

**Rob Fettig(19522106610)**

I didn't know that if u wanna stop by the house or
shop let me know i gotta meet up with u

Nov 2, 2023 3:02:34 PM

- 44 -

**Rob Fettig(19522106610)**

K good luck man

Nov 2, 2023 3:04:05 PM

**Rob Fettig(19522106610)**

Keep kicking ass

Nov 2, 2023 3:04:09 PM

**19898580805**

I am slammed right now I can't

Nov 2, 2023 3:07:49 PM

Friday, November 3, 2023

**19898580805**

Dot setup at north end of Dickinson at pullout

Nov 3, 2023 10:57:33 AM

**Rob Fettig(19522106610)**

Ok thanks

Nov 3, 2023 11:05:34 AM

**Rob Fettig(19522106610)**

Greatly appreciate

Nov 3, 2023 11:05:41 AM

Sunday, November 5, 2023

**Rob Fettig(19522106610)**

Hows it going

Nov 5, 2023 2:22:39 PM

**19898580805**

Just plugging away trying to keep up

Nov 5, 2023 5:21:01 PM

**Rob Fettig(19522106610)**

U sleeping

Nov 5, 2023 9:08:20 PM

Monday, November 6, 2023

**Rob Fettig(19522106610)**

U still renting the frac tanks?

Nov 6, 2023 8:58:38 AM

**Rob Fettig(19522106610)**

Got a guy asking 35/ day

Nov 6, 2023 8:58:48 AM

**Rob Fettig(19522106610)**

And we gotta meet up
I am trying to find work but let me know

Nov 6, 2023 8:59:27 AM

**19898580805**

Yes I am, and I will be at the shop probably all day unless someone calls needing a wrecker

Nov 6, 2023 9:08:00 AM

Wednesday, November 8, 2023

**Rob Fettig(19522106610)**

Hey Andy, please give me a call. Thank you.

Nov 8, 2023 8:30:38 AM

Wednesday, December 20, 2023

GC 0045

Rob Fettig(19522106610)

**Call
Whenever**

Dec 20, 2023 10:31:29 AM

Saturday, December 23, 2023

Rob Fettig(19522106610)

**Hope u have a good holiday bid**

Dec 23, 2023 7:51:04 PM

Rob Fettig(19522106610)

**Bud**

Dec 23, 2023 7:51:08 PM

Monday, December 25, 2023

Rob Fettig(19522106610)

**Happy holidays**

Dec 25, 2023 10:32:19 AM

Rob Fettig(19522106610)

**Maybe next year I'll be rid of this bs hope u with the
kids and your family**

Dec 25, 2023 11:37:26 AM

Rob Fettig(19522106610)

**Got love for u brother in a non gay way**

Dec 25, 2023 11:37:46 AM

Rob Fettig(19522106610)

**Lol**

Dec 25, 2023 11:37:48 AM

19898580805

**Merry Christmas**

Dec 25, 2023 11:41:31 AM

Thursday, December 28, 2023

Rob Fettig(19522106610)

**Pretty sure someone stole my welder**

Dec 28, 2023 3:42:45 AM

19898580805

**How i thought everything was locked up**

Dec 28, 2023 3:53:05 AM

GC 0046

EXHIBIT
11
R. Fetting

EXHIBIT
2

Tuesday, January 2, 2024

19898580805

**You don't have to let them in the shop to investigate and make the report**

Jan 2, 2024 1:49:25 PM

Tuesday, January 9, 2024

Rob Fettig(19522106610)



Jan 9, 2024 1:59:23 PM

Rob Fettig(19522106610)

**Steer way clear**

Jan 9, 2024 1:59:26 PM

Rob Fettig(19522106610)

**Holy fck what a clown**

Jan 9, 2024 1:59:37 PM

Rob Fettig(19522106610)

**Dude callee sheriff on me**

Jan 9, 2024 2:01:42 PM

Rob Fettig(19522106610)

**Literally**

Jan 9, 2024 2:01:45 PM

Rob Fettig(19522106610)

**He's sitting in my passenger seat**

Jan 9, 2024 2:01:53 PM

Rob Fettig(19522106610)

**Taking his snitch ass to home**

Jan 9, 2024 2:02:06 PM

GC 0047

**19898580805**

Luckily I have no idea who that is

Jan 9, 2024 2:06:28 PM

Rob Fettig(19522106610)

U free

Jan 9, 2024 2:30:01 PM

Friday, January 19, 2024

Rob Fettig(19522106610)

Can i park a

Jan 19, 2024 3:52:34 PM

Rob Fettig(19522106610)

Just couple days

Jan 19, 2024 3:52:44 PM

Rob Fettig(19522106610)

Call when u can

Jan 19, 2024 3:52:55 PM

**19898580805**

I will call you back in a couple minutes

Jan 19, 2024 3:57:30 PM

Tuesday, January 30, 2024

Rob Fettig(19522106610)

Can u call me ?

Jan 30, 2024 9:29:54 AM

Rob Fettig(19522106610)

Sure your busy bud but can u give me a call
Thanks

Jan 30, 2024 10:00:36 AM

Rob Fettig(19522106610)

Call when your free no worries

Jan 30, 2024 10:29:24 AM

**19898580805**

You need a ride?

Jan 30, 2024 10:37:16 AM

Rob Fettig(19522106610)

No i
Got one

Call
Whenever so i can fill u in

Jan 30, 2024 10:38:01 AM

Rob Fettig(19522106610)

Np
Keep up
The good work i
Am
Trying to find work
🫤 fuck
My life

Jan 30, 2024 10:44:53 AM

**19898580805**

I got 3 more calls to return

Jan 30, 2024 10:46:14 AM

Friday, February 9, 2024

- 2 -

GC 0048

**Rob Fettig(19522106610)**

Call me when u wake up

Feb 9, 2024 7:04:31 AM

Saturday, February 10, 2024

**Rob Fettig(19522106610)**

When u can call me up and thank u

Feb 10, 2024 7:06:22 PM

Wednesday, February 21, 2024



Feb 21, 2024 8:23:47 PM

Sunday, February 25, 2024

**Rob Fettig(19522106610)**

Shoot me a call whenever u have time

Feb 25, 2024 3:09:37 PM

Thursday, February 29, 2024

**Rob Fettig(19522106610)**

Yolo

Feb 29, 2024 10:48:45 AM

**Rob Fettig(19522106610)**

What u up too

Feb 29, 2024 12:35:46 PM

Sunday, March 3, 2024

**Rob Fettig(19522106610)**

I know you're busy. Sorry to be a pain in the butt. Trying to call you. Give me a call when you get a chance please and thank you

Mar 3, 2024 3:23:35 PM

**Rob Fettig(19522106610)**

I got a good idea hit me up

Mar 3, 2024 5:01:50 PM

**Rob Fettig(19522106610)**

Please thank u

Mar 3, 2024 5:01:57 PM

GC 0049

Monday, March 4, 2024

**Rob Fettig(19522106610)**

Call me whenever u can i been calling lots of friends one might help stop gap , and well i like to still work with u and one buddy says he might be able to access funds if u could step in with buying tanks calling back bank in AM, just trying to get a game plan and thank u

Mar 4, 2024 2:28:46 AM

**Rob Fettig(19522106610)**

Was that u rolling North

Mar 4, 2024 7:52:12 AM

**Rob Fettig(19522106610)**

Got them
To get me
The figure

Mar 4, 2024 4:56:52 PM

**Rob Fettig(19522106610)**

Call me

Mar 4, 2024 4:56:55 PM

Tuesday, March 5, 2024

**Rob Fettig(19522106610)**

Morning

Mar 5, 2024 5:59:08 AM

Thursday, March 7, 2024

**Rob Fettig(19522106610)**

Hey bud I know your busy but I gotta connect with u

Mar 7, 2024 10:20:27 AM

**Rob Fettig(19522106610)**

Sorry for being a pain guess call whenever and thanks

Mar 7, 2024 10:23:18 AM

**Rob Fettig(19522106610)**

Be safe good luck

Mar 7, 2024 10:23:28 AM

**19898580805**

I have bad service right now, out winching a truck

Mar 7, 2024 10:27:51 AM

**19898580805**

I will bud

Mar 7, 2024 10:34:06 AM

**Rob Fettig(19522106610)**

Thanks

Mar 7, 2024 12:32:02 PM

**Rob Fettig(19522106610)**

I know your extremely busy buddy i am trying to work with what i got
For sure

I need to sell u those 2 tanks and i can agree to buy back if need be i am also looking possibly to
Sell
Other items i should be able to get hydro up
Running and we can clean your tanks too

Mar 7, 2024 12:54:09 PM

**Rob Fettig(19522106610)**

Of course if u dont want me to buy back i can just give up that right too but I am just trying to b a help

Mar 7, 2024 12:55:05 PM

**Rob Fettig(19522106610)**

Haven't called around but i guess i could if i had too but think be better to sell to u

Mar 7, 2024 12:55:40 PM

**Rob Fettig(19522106610)**

And give u the upside of me
Buying them back say 20k in 4
Months so that's like u renting them double

Mar 7, 2024 12:56:14 PM

**Rob Fettig(19522106610)**

Fml lol

Mar 7, 2024 1:56:51 PM

**19898580805**

Biggest problem is I don't have any money right now

Mar 7, 2024 1:57:44 PM

**Rob Fettig(19522106610)**

Thought u could come up with it just not so quickly

Mar 7, 2024 1:57:54 PM

**19898580805**

I was hoping but im still waiting, and I'm not sure when you next payment is coming at this point. They went from we are going to over night a check to we need more details about this and that.

Mar 7, 2024 2:08:53 PM

**Rob Fettig(19522106610)**

Well i guess i will call around and see whom i could find that will buy them i guess ,!  I gotta figure something out are they at your yard or where are they if somebody wants to take a look at them

Mar 7, 2024 2:14:58 PM

**Rob Fettig(19522106610)**

Not happy about anything I got going on i set up jobs people leave me cus mechanics dont work or show up

Mar 7, 2024 2:15:26 PM

**Rob Fettig(19522106610)**

Its a fucking mess but i will not stop

Mar 7, 2024 2:15:36 PM

**Rob Fettig(19522106610)**

I am not losing my homes and or my companies and i am gonna make people whole i am just glad i didnt blow my brains out cus yep i am at a low point

Mar 7, 2024 2:16:21 PM

19898580805

I hear ya, i will have to check the rental list and see if they are at the yard.

Mar 7, 2024 2:23:36 PM

Rob Fettig(19522106610)

U know anyone who has a full differential for 2015 f350

Mar 7, 2024 4:59:32 PM

Rob Fettig(19522106610)

Guessing mine finally took A poop

Mar 7, 2024 5:10:28 PM

19898580805

I don't

Mar 7, 2024 5:14:29 PM

19898580805

Car-part.com

Mar 7, 2024 5:17:23 PM

Rob Fettig(19522106610)

Lol fml

Both brad and darrin said call u

Mar 7, 2024 6:09:46 PM

Rob Fettig(19522106610)

Lol

Mar 7, 2024 6:10:57 PM

Tuesday, March 12, 2024

Rob Fettig(19522106610)

To the cops 🫡 who pull me over for dumb shit go fight real crime.

Mar 12, 2024 4:11:04 AM

19898580805

One of my buddy's, that went to savanna running rig making 6k a week.

Mar 12, 2024 9:52:04 AM

Thursday, March 14, 2024

Rob Fettig(19522106610)

On this week's episode of can a man catch a break. 180 client out reaches in 4-6 weeks with dismal results , 🫠 fml

Mar 14, 2024 1:48:32 PM

GC 0052



EXHIBIT
**12**
R. Fetting

EXHIBIT
**4**

| Invoice | Payment | Amount | Description |
|---|---|---|---|
| T659 | | $1,012.50 | Tow S208 from Hunt field |
| T677 | | $812.50 | Winch out S209 in Hunt field |
| T683 | | $1,037.50 | S211 from Bismarck |
| T689 | | $125.00 | Tow Pontiac |
| T749 | | $540.00 | Move frac tanks |
| T750 | | $562.50 | Winch S208 near Nadia wells |
| T765 | | $1,375.00 | Tow S209 from Stanley |
| T766 | | $650.00 | Winch S208 near Nadia wells |
| T767 | | $687.50 | Tow S206 from Killdeer |
| T810 | | $1,575.00 | Tow S203 from Stanley |
| T816 | | $650.00 | Tow S208 from Killdeer |
| T817 | | $650.00 | Tow S206 from Rocket SWD |
| T819 | | $650.00 | Tow S209 from Dvirnak SWD |
| T856 | | $2,425.00 | Winch truck and trailer near Keene and tow to Stark shop |
| | 06/09/21 | -$2,000.00 | |
| R462 | | $250.00 | Unlock F002 at Stark shop |
| T881 | | $725.00 | Tow S208 from Killdeer |
| T892 | | $1,175.00 | Tow S209 from New Town |
| T961 | | $4,316.20 | Tow from Maine |
| R50039 | | $375.00 | Service call for trailer brakes |
| R50038 | | $446.26 | Service call S2023 air hose |
| | | $1,000.00 | Loan 11/26/2021 |
| | | $5,500.00 | Loan 12/07/2021 – fettig enterprise acct |
| | | $50,000.00 | Loan 12/29/2021 $50,000 |
| | | $50,000.00 | Loan 01/04/2022 $50,000 |
| | 01/11/22 | -$50,000.00 | Loan repayment |
| T5064 | | $1,500.00 | Tow S209 from Palermo area |
| T5065 | | $1,487.50 | Tow S208 from Stanley |
| T5066 | | $1,200.00 | Tow S208 from near Halliday |
| | | $151.00 | Air springs |
| | 01/19/22 | -$50,000.00 | Loan repayment |
| T5080 | | $1,362.50 | Tow S208 from New Town |
| T5082 | | $1,362.50 | Tow T106 from New Town |
| T5102 | | $1,900.00 | Winchout S204 |
| T5107 | | $2,212.50 | S206 and S203 |
| T5123 | | $1,050.00 | Tow S207 from Watford |
| T5241 | | $1,625.00 | Winchout S204 |
| T5583 | | $675.00 | Tow S208 |
| T5696 | | $1,225.00 | Winchout S211 |
| T5867 | | $950.00 | Winchout S205 |
| I153 | | $4,000.00 | Impound from Grassy Butte |
| | 02/04/23 | -$2,000.00 | Check 1109 |
| | 02/09/23 | $2,005.00 | Check 1109 bounced – returned check fee $5.00 |
| T5912 | | $675.00 | Tow s204 |
| T6003 | | $675.00 | Tow S210 |
| T6027 | | $650.00 | Tow S207 from Fairfield |
| T6084 | | $1,200.00 | Tow S211 from Watford |
| T6102 | | $1,000.00 | Tow S207 from Dunn Center |
| T6104 | | $600.00 | haul Bellydump |
| T6136 | | $850.00 | Winchout S205 |

| T6139 | $600.00   | haul Bellydump          |
| T2249 | $2,800.00 | Winch S207 near Stanley |
| T6187 | $1,050.00 | Tow S207 from Watford   |

**BALANCE**    **$55,345.96**

GC 0059

# INVOICE

Date:02/16/20
 Invoice # T659

**Yuker Towing  and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER : Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow S208 | Due on receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 3.5 hrs | Empty drive time plus hook and unhook | $175/hr | $612.50 |
| 2 hrs | Tow unit S208 from location in Hunt field north of Dunn Center to Stark Energy shop | $200/hr | $400.00 |
| | At location also assisted with removing fan on blue Peterbilt VIN 1XPTP4TX1CD147318 | | |
| | KW T800 VIN 1XKDP40X07R197151<br>2013 Dragon VIN 1UNST5348DS128118 | | |

**TOTAL**
**$1012.50**

Make all checks payable to **Yuker Towing  and  Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0060

# INVOICE

Date:03/18/20
Invoice # T677

**Yuker Towing  and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER :    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Winch unit S209 | Due on receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 2.5 hrs | Travel to and from location in Hunt field north of Dunn Center | $175/hr | $437.50 |
| 1.5 hrs | Winch out unit S209 | $250/hr | $375.00 |
| | KW W900 VIN 1XKWP4TX8CJ335970<br>2013 Dragon VIN 1UNST5341DS128154 | | |

**TOTAL**
**$812.50**

Make all checks payable to **Yuker Towing  and  Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0061

# INVOICE

Date:03/20/20
Invoice # T683
**Yuker Towing  and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER :   Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow S211 | Due on receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 2,5 hrs | Empty travel plus hook and unhook | $175/hr | $437.50 |
| 3 hrs | Tow S211 from Inland Truck in Bismarck to Stark Energy shop in Belfield | $200/hr | $600.00 |
| | Peterbilt 367 VIN 1XPTP4TX1CD147318 | | |

**TOTAL**
**$1037.50**

Make all checks payable to **Yuker Towing  and  Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0062

# INVOICE

Date:05/07/20
Invoice # T689
**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER : Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow Pontiac | Due on receipt |

| QTY | DESCRIPTION | |
|---|---|---|
| | Tow Pontiac from Simonsons to Northwest Tire | $125.00 |

**TOTAL**
**$125**

Make all checks payable to **Yuker Towing and Repair LLC**

**Thank you for your business!**

**Payments made with a credit card will be subject to a 3.5% credit card processing fee**
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0063

# INVOICE

Date:06/11/2020
Invoice # T749

**Yuker Towing  and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER     Stark Energy

| JOB | PAYMENT TERMS |
| --- | --- |
| Frac tank moves | Due on receipt |

| QTY | DESCRIPTION | | |
| --- | --- | --- | --- |
| 4.5hrs | Moved two frac tanks to Hunt location at the end of forbidden highway, east side of the road | $120/hr | $540.00 |

**TOTAL**
**$540**

Make all checks payable to **Yuker Towing  and  Repair LLC**

**Thank you for your business!**

**Payments made with a credit card will be subject to a 3.5% credit card processing fee**
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0064

# INVOICE

Date:10/22/2020
Invoice # T750

**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|-----|---------------|
| winchout | Due on receipt |

| QTY | DESCRIPTION | | |
|-----|-------------|---|---|
| 2.5 hrs | Empty travel to and from where unit S208 was stuck near Nadia wells on Battlefield road | $175/hr | $437.50 |
| .5 hr | Whinch unit S208 onto road | $250/hr | $125.00 |
| | KW T800 VIN 1XKDP40X07R197151 | | |
| | 2013 Dragon VIN 1UNST5340DS128291 | | |

**TOTAL**
**$562.50**

Make all checks payable to **Yuker Towing and Repair LLC**
**Thank you for your business!**

**Payments made with a credit card will be subject to a 3.5% credit card processing fee**
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

# INVOICE

Date:10/24/2020
Invoice # T766
**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Winch S208 | Due on receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 3 hrs | Empty travel plus hook and unhook | $175/hr | $525.00 |
| .5hr | Winchout S208 on Battlefield Rd near Nadia wells | $250/hr | $125.00 |
| | KW T800 VIN 1XKDP40X07R197151 | | |
| | 2013 Dragon VIN 1UNST5340DS128291 | | |

**TOTAL**
**$650**

Make all checks payable to **Yuker Towing and Repair LLC**
**Thank you for your business!**
Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0066

# INVOICE

Date:10/24/2020
Invoice # T767
**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER     Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow S206 | Due on receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 2 hrs | Empty drive time plus hook and unhook | $175/hr | $350.00 |
| 1.5 hrs | Tow S206 and trailer from Cenex in Killdeer to Belfield shop | $225/hr | $337.50 |
| | KW T800 VIN 1NKDX4TX3EJ403810 | | |
| | 2013 Dragon VIN 1UNST5343DS128172 | | |

**TOTAL**
**$687.50**

Make all checks payable to **Yuker Towing and Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

# INVOICE

Date:12/15/2020
Invoice # T765
**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow S209 | Due on receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 4 hr | Empty travel plus hook and unhook | $175/hr | $700.00 |
| 3 hrs | Tow S209 and side dump from Stanley to Belfield shop | $225/hr | $675.00 |
| | | | |
| | KW W900 VIN 1XKWP4TX8C1335970 | | |
| | 2016 Sidedump VIN 1D9FS4430GC688099 | | |

**TOTAL**
**$1375**

Make all checks payable to **Yuker Towing and Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0068

# INVOICE

Date: 01/17/2021
Invoice # T810

**Yuker Towing  & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow from Stanley | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 4.5 hrs | Empty travel | $175/hr | $787.50 |
| 3.5 hrs | Tow truck S203 and trailer from near Stanley to Blefield Shop | $225/hr | $787.50 |
| | **Truck VIN 1XKWP4EX5EJ420085** | | |
| | **Trailer VIN 1D9FS4430GC688099** | | |

**TOTAL**
**$1575**

Make all checks payable to **Yuker Towing  & Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

GC 0069

# INVOICE

Date:01/27/2021
Invoice # T816
**Yuker Towing  and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|-----|---------------|
| Tow unit 208 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|-----|-------------|------|------|
| 2 hrs | Empty drive time plus hookup | $175/hr | $350.00 |
| 1.5 hrs | Tow unit 208 from Killdeer to Belfield shop | $200/hr | $300.00 |
| | KW T800 VIN 1XKDP40X07R197151 2013 Dragon VIN 1UNST534DS128172 | | |

**TOTAL**
**$650**

Make all checks payable to **Yuker Towing  and Repair LLC**
**Thank you for your business!**
**Payments made with a credit card will be subject to a 3.5% credit card processing fee**
**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

GC 0070

# INVOICE

Date:03/25/2021
Invoice # T817
**Yuker Towing  and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow unit 206 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 2 hrs | Empty drive time plus hookup | $175/hr | $350.00 |
| 1.5 hrs | Tow unit 206 from Rocket SWD to Belfield shop | $200/hr | $300.00 |
| | KW T800 VIN 1NKDX4TX3EJ403810 | | |
| | 2014 Dragon VIN 1UNST5340ES128552 | | |

**TOTAL
$650**

Make all checks payable to **Yuker Towing  and Repair LLC**
**Thank you for your business!**
Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

# INVOICE

Date:04/08/2021
Invoice # T819
**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow 209 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 2 hrs | Empty drive time plus hook and unhook | $175/hr | $350.00 |
| 1.5 hrs | Tow unit 209 after fan went through radiator from Dvirnak SWD to shop in Belfield | $200/hr | $300.00 |
| | KW W900 VIN 1XKWP4TX8CJ335970 | | |
| | 2013 Dragon VIN 1UNST5340DS128162 | | |

**TOTAL**
**$650**

Make all checks payable to **Yuker Towing and Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0072

# INVOICE

Date:05/07/2021
Invoice # T961
**Yuker Towing  & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|-----|---------------|
| Tow | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|-----|-------------|---|---|
| 4200 miles | Tow from Maine | $1/mile | $4,200.00 |
| | MA toll | | $12.05 |
| | NY toll | | $103.97 |
| | Towed W900 with VIN 1XWP4TX8CJ335970 to  Maine and towed Volvo with VIN 4V4NC9EH6JN888150 back to ND | | |

**TOTAL
$4316.02**

Make all checks payable to **Yuker Towing  & Repair LLC**

**Thank you for your business!**

**Payments made with a credit card will be subject to a 3.5% credit card processing fee**
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

# INVOICE

Date:06/08/2021
Invoice # T856

**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow and winch out | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 2 hrs | Empty Drive time plus hook and unhook | $175/hr | **$350.00** |
| 2 hrs | Winch truck and trailer out of location | $250/hr | **$500.00** |
| 7 hours | Tow truck from Stark shop in Belfield to near Keene. Tow broke down truck from near Keene to Stark Shop in Belfield. | $225/hr | **$1,575.00** |

**TOTAL**
**$2425**

Make all checks payable to **Yuker Towing and Repair LLC**

**Thank you for your business!**

**Payments made with a credit card will be subject to a 3.5% credit card processing fee**
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0074

# INVOICE

Date:06/13/2021
Invoice # R462
**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|-----|---------------|
| Lockout | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|-----|-------------|---|---|
| 2 hrs | Unlock F002 at Stark Energy shop | $125/hr | $250.00 |

**TOTAL**
**$250**

Make all checks payable to **Yuker Towing and Repair LLC**
**Thank you for your business!**
Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0075

# INVOICE

Date:07/21/2021
Invoice # T881
**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow S208 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 3 hrs | Empty drive time plus hook and unhook | $175/hr | **$525.00** |
| 1 hr | Tow S208 from Killdeer to Stark Energy shop. Disconnected truck from trailer | $200/hr | **$200.00** |
| | KW T800 VIN 1XKDP40X07R197151 | | |
| | 1999 Midland BD VIN 2MFB2S4D4XR000542 | | |

**TOTAL**
**$725**

Make all checks payable to **Yuker Towing and Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0076

# INVOICE

Date:07/27/2021
 Invoice # T892

**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow S209 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 3.5 hrs | Empty drive time plus hook and unhook | $175/hr | **$612.50** |
| 2.5 hrs | Tow S209 and trailer from New Town near Beaver Creek to Stark Energy shop | $225/hr | **$562.50** |
| | KW W900 VIN 1XKWP4TX8CJ335970 | | |
| | 2000 Midland BD VIN 2MFB2SD5YR000651 | | |

**TOTAL**
**$1175**

Make all checks payable to **Yuker Towing and Repair LLC**

**Thank you for your business!**

**Payments made with a credit card will be subject to a 3.5% credit card processing fee**
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

# INVOICE

Date:08/15/2021
Invoice#T5065

**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow Unit S208 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 4 | Empty travel plus hook up. | 175/hr | $700.00 |
| 3.5 | Truck and trailer in Stanley area,towed to Stark Energy shop. Clutch issues. | 225/hr | $787.50 |
| | KW T800 VIN 1XKDP40X07R197151 | | |
| | 2000 Midland BD VIN 2MFB2S4D3YR001148 | | |

**TOTAL**
**$1,487.50**

Make all checks payable to **Yuker Towing and Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

# INVOICE

Date:11/15/2021
Invoice # R50039
**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT |
|---|---|
| Service call | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 2 ½ | Service call to Stark energy shop in Belfield for 200BBL vac trailer. Brakes not releasing diagnosed problem and removed bad valve,checked repairs after new valve installed. | 150/hr | $375.00 |
| | 2014 Dragon VIN 1UNST5346ES140026 | | |

**TOTAL**
**$375.00**

Make all checks payable to **Yuker Towing and Repair LLC**

**Thank you for your business!**

**Payments made with a credit card will be subject to a 3.5% credit card processing fee**
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

# INVOICE

Date:12/05021
 Invoice # R50038
**Yuker Towing  and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Service Call | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 1 ½ | Service call S-2023 replaced air hose for glad hands at I-94 in Dickinson. | 150/hr | $225.00 |
| | Phillips 22-2171 3 in 1, 15' Non-ABS zime air and electric cords | 221.26/ea | $221.26 |

**TOTAL**
**$446.26**

Make all checks payable to **Yuker Towing  and  Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

# INVOICE

Date:12/11/2021
 Invoice#T5064
**Yuker Towing  and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow Unit S209 from Palermo area | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 4.5 | Empty travel plus hook up, dropped trailer they repowered | 175/hr | $787.50 |
| .5 | Truck and trailer | 225/hr | $112.50 |
| 3 | Bobtail- Took truck to Stark shop | 200/hr | $600.00 |
| | | | |
| | KW W900 VIN 1XKWP4TX8CJ335970 | | |
| | 2000 Midland BD VIN 2MFB2S3DSYR000650 | | |

**TOTAL**
**$1500.00**

Make all checks payable to **Yuker Towing  and  Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

# INVOICE

Date:12/14/2021
Invoice#T5066

**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|-----|---------------|
| Tow Unit S208 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|-----|-------------|------|--------|
| 3 | Empty travel plus hook up to Hwy 200 near Halliday turn off road. Blown front diff on truck. | 175/hr | $525.00 |
| 3 | Truck and trailer to Stark Energy shop | 225/hr | $675.00 |
| | KW T800 VIN 1XKDP40X07R197151 | | |
| | 2000 Midland BD VIN 2MFB2S3D7YR000652 | | |

**TOTAL**
**$1200.00**

Make all checks payable to **Yuker Towing and Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

 **Gmail**

Yuker Towing <yukertowing@gmail.com>

## Order Confirmation

1 message

**noreply@whisolutions.com** <noreply@whisolutions.com>
To: yukertowing@gmail.com

Sat, Jan 8, 2022 at 11:44 AM

 

## Order Confirmation

| Account :<br>YUKER TOWING AND REPAIR | Order Number:<br>36066 |
| --- | --- |
| Account ID:<br>10456 | Purchase Order:<br>Rob |

| Branch | Line Items | Date Entered | Status | Order Type | Ship Method | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Dickinson | 1 | 01/08/22 11:44 MST | Ordered | | Will Call | $151.00 |

### Parts

| Order Qty | Ship Qty | Pack Qty | P/L | Item # | Description | Sell Price | Your Price | Core Price | Total Sell Price | Total Your Price |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 1 | 0 | PACC8 | **AS80080** | SPRING-AIR, HENDRICKSON AUXI | $241.78 | $151 | $0.00 | $241.78 | $151.00 |
| Applied Promotions: | | | | | $6 off of TRP AIR SPRINGS - TRUCK - Y223297 | | | | | |
| Total: | | | | | | | | | $241.78 | $151.00 |
| Total Promo Savings: | | | | | | | | | | $6.00 |

### Order Comments:

GC 0083

# INVOICE

Date:02/24/2022
Invoice#T5080
**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    **STARK ENERGY**
            **S208**

| JOB | PAYMENT TERMS |
|-----|---------------|
| Heavy Tow | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|-----|-------------|---|---|
| | Towed from A&W impound yard in New Town to Stark Energy shop. | | |
| 4 | Empty travel plus hook up | 200/hr | $800.00 |
| 2.5 | Bobtail | 225/hr | $562.50 |
| | | | |
| | **Truck VIN 1XKDP40X07R197151** | | |

**TOTAL**
**$1362.50**

Make all checks payable to **Yuker Towing and Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0084

# INVOICE

Date:02/26/2022
Invoice#T5082
**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    **STARK ENERGY**

| JOB | PAYMENT TERMS |
|-----|---------------|
| Heavy Tow | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|-----|-------------|---|---|
| | Towed trailer from A&W impound yard in New Town to Yuker yard | | |
| 4 | Empty travel plus hook up | 200/hr | $800.00 |
| 2.5 | Trailer tow T106 | 225/hr | $562.50 |
| | VIN 1UNST5343DS128172 | | |

**TOTAL**
**$1362.50**

Make all checks payable to **Yuker Towing and Repair LLC**
**Thank you for your business!**
Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

# INVOICE

Date: 03/16/2022
Invoice # T5102

**Yuker Towing  & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Winchout near Culbertson MT | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 6 hrs | Empty travel | $200/hr | $1,200.00 |
| 2 hrs | Winchout unit S204 | $350/hr | $700.00 |
| | **VIN 1XKWP4EX1FJ435264** | | |

**TOTAL
$1900**

Make all checks payable to **Yuker Towing  & Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**
In the event of NSF/stopped payment the bill will also be subject to an additional fee of $20

# INVOICE

Date: 3/20/2022
Invoice# T5107
**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    **STARK ENERGY**

| JOB | PAYMENT TERMS |
|---|---|
| Heavy Tow - S206 from Stark Energy to location near Culberton, Mt. Towed truck S203 from location back to Belfield. | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 1.5 | Empty travel plus hook up | 200/hr | $300.00 |
| 8.5 | Bobtail | 225.hr | $1,912.50 |
| | KW T800 VIN 1NKDX4TX3EJ403810 | | |
| | KW W900 VIN 1XKWP4EX5EJ420085 | | |

**TOTAL**
**$2,212.50**

Make all checks payable to **Yuker Towing and Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0087

# INVOICE

Date: 04/10/2022
Invoice # T5123
**Yuker Towing  & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER　　Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 3 hrs | Empty travel | $200/hr | **$600.00** |
| 2 hrs | Tow truck S207 and trailer from near Watford City. Truck threw the block. **Truck VIN 1XKWD49X1EJ413380 Trailer VIN 1D9SH4339DY554348** | $225/hr | **$450.00** |

**TOTAL**
**$1050**

Make all checks payable to **Yuker Towing  & Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

GC 0088

# INVOICE

Date: 06/19/2022
Invoice # T5241

**Yuker Towing & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Winchout | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 5.5 hrs | Empty travel | $200/hr | $1,100.00 |
| 1.5 hrs | Winchout S204 and tanker near Beuford, ND | $350/hr | $525.00 |
| | **Truck VIN 1XKWP4EX1FJ435264** | | |
| | **Trailer VIN 1UNST5340DS128291** | | |

**TOTAL**
**$1625**

Make all checks payable to **Yuker Towing & Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

GC 0089

# INVOICE

Date: 08/20/2022
Invoice # T5583
**Yuker Towing  & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER　　Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 1.5 hrs | Empty travel | $200/hr | $300.00 |
| 1.5 hrs | Towed S208 and Belly dump to Yuker yard for collateral against towing debt | $250/hr | $375.00 |
| | **Truck VIN 1XKDP40X07R197151** | | |
| | **Trailer VIN 2MFB2S4D3YR001148** | | |

**TOTAL**
**$675**

Make all checks payable to **Yuker Towing  & Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

## THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

# INVOICE

Date: 10/24/2022
Invoice # T5696
**Yuker Towing & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Winchout S211 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 3.5 hrs | Empty travel | $200/hr | $700.00 |
| 1.5 hrs | Winchout S211 and trailer near Killdeer<br>**Truck VIN 1XPTP4TX1CD147318**<br>**Trailer VIN 1UNST5341DS128154** | $350/hr | $525.00 |

**TOTAL**
**$1225**

Make all checks payable to **Yuker Towing & Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

# INVOICE

Date: 01/07/2023
Invoice # T5867
**Yuker Towing  & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Winchout S205 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 3 hrs | Empty travel | $200/hr | **$600.00** |
| 1 hrs | Winchout S205 and trailer on Battlefield Rd<br>**Truck VIN 1XKDP4EX2EJ392043**<br>**Trailer VIN 1UNST5348DS128118** | $350/hr | **$350.00** |

**TOTAL
$950**

Make all checks payable to **Yuker Towing  & Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

GC 0092

# INVOICE

Date: 01/16/23
Invoice # I153
**Yuker Towing  & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER     Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Impound | Due Upon Receipt |

| QTY | DESCRIPTION | |
|---|---|---|
| | Impounded S206 and trailer from Sweet Crude - called by Sweet Crude due to truck and trailer sitting for months in disrepair | $4,000.00 |
| | KW T800 VIN 1NKDX4TX3EJ403810 | |
| | Midland BD VIN 2MFB2S4D4XR000542 | |

**TOTAL**
**$4000**

Make all checks payable to **Yuker Towing  & Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

GC 0093

| | |
|---|---|
| Account: | **5667 |
| Date: | 02/09/2023 |
| Page: | 1 |

**Yuker Towing & Repair LLC**
**8291 38F St SW**
**Richardton ND  58652**

## Notice of Deposited Items Charged Back to Your Account

The items(s) listed below have been returned and charged (debited) back to your account. This item was recently deposited into your account and has been returned for the reason listed below. For your convenience, we have provided substitute items which can be used in place of the original items. If you have any questions, please call us at (701) 293-2400 or 800-423-3344. Thank you for choosing Gate City Bank!

**Charge Back Items**

| Payor R/T | Return Reason | Amount |
|---|---|---|
| 091303664 | 'A' - NSF - Not Sufficient Funds | $2,000.00 |

**Summary**

| | |
|---|---|
| Total Item Count: | 1 |
| Total Amount of Items Charged back: | $2,000.00 |
| Handling Charges: | $5.00 |
| Total Account Deduction: | $2,005.00 |

**STARK ENERGY INC**
1860 4TH AVE E
DICKINSON, ND 58601

1109
77-366/913

DATE 1/16/23

PAY TO THE
ORDER OF _Yuker towny_                                    $ 2,000.00

_Two. thousand. And No/100_ _____ DOLLARS

**Dakota**
COMMUNITY
BANK & TRUST

MEMO _Twnly_

⑈001109⑈ ⑈091303664⑈ 21014298 1⑈

Return Reason: 'A' - NSF - Not Sufficient Funds

Gate City Bank 291370918
2/4/2023, 09:02:31
SCROW
TMID 113790352332545

09206831900
2023-02-07

ENDORSE HERE
X

*FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

GC 0095

# INVOICE

Date: 03/12/2023
Invoice # T5912
**Yuker Towing  & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow S204 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 1.5 hrs | Empty travel | $200/hr | $300.00 |
| 1.5 hrs | Tow S204 and T101 to Yuker yard for collateral for unpaid tows | $250/hr | $375.00 |
| | **Truck VIN 1XKWP4EX1FJ435264** | | |
| | **Trailer VIN 1UNST5341DS128154** | | |

**TOTAL**
**$675**

Make all checks payable to **Yuker Towing  & Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

# INVOICE

Date: 05/07/2023
Invoice # T6003
**Yuker Towing  & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER      Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow S210 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 1.5 hrs | Empty travel | $200/hr | $300.00 |
| 1.5 hrs | Tow S210 and trailer to Yuker yard as Collateral against tow debt | $350/hr | $375.00 |
| | **Truck  last 8 of VIN 7C526165** | | |
| | **Trailer VIN  2MFB2S3D3YR000650** | | |

**TOTAL
$675**

Make all checks payable to **Yuker Towing  & Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

GC 0097

# INVOICE

Date: 05/31/2023
Invoice # T6027
**Yuker Towing & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER     Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow S207 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 2 hrs | Empty travel | $200/hr | $400.00 |
| 1 hrs | Tow S207 and trailer from Hwy 85 near Fairfield to Stark Energy **Truck VIN 1XKWD49X1EJ413380** **Trailer VIN 2MFB2S3D5YR000651** | $250/hr | $250.00 |

**TOTAL**
**$650**

Make all checks payable to **Yuker Towing & Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

# INVOICE

Date: 07/27/2023
Invoice # T6084
**Yuker Towing  & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow S211 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 3.5 hrs | Empty travel | $200/hr | $700.00 |
| 2 hrs | Tow S211 and trailer from Watford City to Stark Energy<br>**Truck  VIN 1XPTP4TX1CD147318**<br>**Trailer VIN  1D9FS4430GC688099** | $250/hr | $500.00 |

**TOTAL**
**$1200**

Make all checks payable to **Yuker Towing  & Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

GC 0099

# INVOICE

Date: 08/26/2023
Invoice # T6102
**Yuker Towing & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow S207 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 2.5 hrs | Empty travel | $200/hr | $500.00 |
| 2 hrs | Tow S207 and tanker from Dunn Center to Stark Energy<br>**Truck VIN 1XKWD49X1EJ413380**<br>**Trailer VIN 1UNST4223CL109253** | $250/hr | $500.00 |

**TOTAL**
**$1000**

Make all checks payable to **Yuker Towing & Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

GC 0100

# INVOICE

Date: 08/27/2023
Invoice # T6104

**Yuker Towing  & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Haul belly dump | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 3 hrs | Bobtail truck picked up belly dump for collateral against unpaid tow debt | $200/hr | $600.00 |
| | **Trailer VIN  2MFB2S3D5YR000651** | | |

**TOTAL**
**$600**

Make all checks payable to **Yuker Towing  & Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

# INVOICE

Date: 09/08/2023
Invoice # T6136
**Yuker Towing  & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Winchout | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 2.5 hrs | Empty travel | $200/hr | $500.00 |
| 1 hrs | Winchout on Battlefield Rd unit S205 and trailer<br>**Truck  VIN 1XKDP4EX2EJ392043**<br>**Trailer VIN  1UNST4223CL109253** | $350/hr | $350.00 |

**TOTAL**
**$850**

Make all checks payable to **Yuker Towing  & Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

GC 0102

# INVOICE

Date: 09/09/2023
Invoice # T6139
**Yuker Towing & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Haul Bellydump | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 3 hrs | Bobtail truck brought belly dump to Yuker yard for collateral against unpaid tow debts | $200/hr | $600.00 |
| | **Trailer VIN 2MFB2S3D7YR000652** | | |

**TOTAL**
**$600**

Make all checks payable to **Yuker Towing & Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

GC 0103

# INVOICE

Date: 10/03/23
Invoice # T2249

**Yuker Towing & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
| --- | --- |
| Winch S207 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
| --- | --- | --- | --- |
| 8 hrs | Winch S207 out of ditch and up hill near Stanley<br><br>**KW W900 VIN 1XKWD49X1EJ413380** | $350/hr | $2,800.00 |

**TOTAL**
**$2800**

Make all checks payable to **Yuker Towing & Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**
In the event of NSF/stopped payment the bill will also be subject to an additional fee of $20

GC 0104

# INVOICE

Date: 10/21/2023
Invoice # T6187

**Yuker Towing & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow S207 and trailer | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 3 hrs | Empty travel | $200/hr | $600.00 |
| 2 hrs | Tow S207 and trailer from truck stop in Watford City to Stark Energy | $225/hr | $450.00 |
| | **Truck VIN 1XKWD49X1EJ413380** | | |
| | **Trailer VIN 1UNST5346ES140026** | | |

**TOTAL**
**$1050**

Make all checks payable to **Yuker Towing & Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

GC 0105





GC 0107



GC 0108







GC 0111



GC 0112



Clutches, Suspension, Brake and other "Missing" stark energy truck and trailer parts

GC 0113





Multiple Engine and other truck and trailer Parts

GC 0115



View of "Engine" Showing all parts that did complete the engine prior to Stark Energy Dismantling it











Veiw showing
Piles of Parts
as they sit around
Stark Energy shop



Picture shows tires
Piled around Drill
Bits
tires are claimed to
"Missing" from stark
trucks and trailers

GC 0122



Brake parts, Exhaust parts, suspension parts from "Missing" parts of stark Energy trucks and trailers



GC 0124



GC 0125



Other End of
" missing Belly Dump
Axle

Another Part of
←Hyd cooler

Hyd hoses from
trucks     →

GC 0126



Photo of Missing
Belly Dump Axle
Appears to have a
Burned up Spindle
likely the Reason Stahls
Energy Removed it

GC 0127







↑
Fender Missing
From A truck

Hyd tank/cooler
Assembly missing
from a truck →

↑
Hole in engine Block
likely the reason
Stark Energy Removed
it

Picture of Vac
pump Missing from
1 of the Vac trailers
it is Dismantled and
parts from it in this
pile →

GC 0130



2 Cylinder Heads from Isx cummins Engines

Located at Stark energy this goes to 1 of his Units. that is missing

the other cylinder Head Belongs to the Engine Block in another Photo & those parts are the "Engine" Missing from 1 of the trucks

GC 0131



GC 0132



GC 0133



More tires and rims "missing" from Stark Energy trucks and trailers



Photo of large pile of tires & rims "Missing" from Stark Energy trucks & trailers

GC 0135







GC 0138



GC 0139

**VRIENS TRUCK PARTS**
**SALT LAKE CITY, UTAH**
**(877) 521-2002**

MODEL RTL018918

DATE 03 26 2022

Transmission Serial
Number tag on
one of the transmissions
at Stark Energy shop

GC 0140



EXHIBIT 3

Saturday, October 21, 2023

**Delene Robs Mom(17016903988)**

Andy this is delene please take 30 second and please call me I need to reach out to you I need your help help

Oct 21, 2023 11:52:43 AM

19898580805

**I tried calling it keeps going to voicemail**

Oct 21, 2023 12:00:09 PM

19898580805

**I'm going out to the and make sure everything is blocked in if you want to meet me out there**

Oct 21, 2023 12:10:46 PM

Sunday, October 22, 2023

19898580805

**[Name] Paul With Mondo's Shop [Mobile] +1 701-421-8372**

Oct 22, 2023 10:05:52 AM

**Delene Robs Mom(17016903988)**

Black beauty has to go

Oct 22, 2023 8:33:03 PM

19898580805

**Are there locks on the garage doors of the shop?**

Oct 22, 2023 8:36:31 PM

19898580805

**Ok**

Oct 22, 2023 8:37:03 PM

19898580805

**Is black beauty in the shop or outside**

Oct 22, 2023 8:44:56 PM

GC 0053

Delene Robs Mom(17016903988)



Oct 22, 2023 9:06:40 PM

Delene Robs Mom(17016903988)



Oct 22, 2023 9:06:40 PM

GC 0054

**Delene Robs Mom(17016903988)**



Oct 22, 2023 9:06:40 PM

**Delene Robs Mom(17016903988)**



Oct 22, 2023 9:09:11 PM

GC 0055

Delene Robs Mom(17016903988)



Oct 22, 2023 9:09:11 PM

Delene Robs Mom(17016903988)



Oct 22, 2023 9:09:11 PM

GC 0056

**Delene Robs Mom**

**Delene Robs Mom(17016903988)**

Thank you

Oct 22, 2023 9:10:06 PM

**19898580805**

That works thank you

Oct 22, 2023 9:13:41 PM

GC 0057

EXHIBIT
**15**
R. Fetting



EXHIBIT
**12**

| AT&T | | COLOR CODE | | |
|---|---|---|---|---|
| Phone Number: 9898580805 | | Robert Fettig - 952.210.6610 (25) | | |
| **Totals for billing period:** | 4643 minutes \| 510 Outgoing \| 531 incoming | Stark Energy Dispatch - 701.300.1558 (0) | | |
| | | Delene Fettig - 701.690.3988 (12) | | |
| **Date** | **Contact** | **Location** | **Type** | **Minutes** |
| 9/26/2023 7:39 | 701.300.0642 | INCOMING | SDDV | 2 |
| 9/26/2023 8:38 | 701.440.0418 | INCOMING | SDDV | 1 |
| 9/26/2023 8:51 | 701.300.0642 | DICKINSON | SDDV | 5 |
| 9/26/2023 9:22 | 701.264.9509 | INCOMING | SDDV | 3 |
| 9/26/2023 9:49 | 701.300.0642 | INCOMING | SDDV | 5 |
| 9/26/2023 10:00 | 803.554.6363 | ROCK HILL | SDDV | 1 |
| 9/26/2023 10:02 | 701.260.3208 | DICKINSON | SDDV | 6 |
| 9/26/2023 10:07 | 940.207.1905 | INCOMING | SDDV | 8 |
| 9/26/2023 10:17 | 208.914.3939 | BOISE | SDDV | 2 |
| 9/26/2023 10:19 | 701.264.9509 | DICKINSON | SDDV | 1 |
| 9/26/2023 10:21 | 803.554.6363 | ROCK HILL | SDDV | 1 |
| 9/26/2023 10:22 | 816.666.1094 | KANSASCITY | SDDV | 6 |
| 9/26/2023 10:42 | 701.264.9509 | INCOMING | SDDV | 3 |
| 9/26/2023 10:51 | 701.301.9186 | INCOMING | SDDV | 1 |
| 9/26/2023 10:52 | 701.495.1406 | INCOMING | SDDV | 29 |
| 9/26/2023 11:20 | 803.554.6363 | INCOMING | SDDV | 3 |
| 9/26/2023 11:22 | 701.440.0418 | INCOMING | SDDV | 3 |
| 9/26/2023 11:25 | 417.527.2011 | BRANSON | SDDV | 6 |
| 9/26/2023 11:31 | 803.554.6363 | ROCK HILL | SDDV | 1 |
| 9/26/2023 11:38 | 989.614.0480 | GAYLORD | SDDV | 1 |
| 9/26/2023 11:40 | 989.614.0482 | INCOMING | SDDV | 10 |
| 9/26/2023 11:49 | 701.260.3208 | DICKINSON | SDDV | 2 |
| 9/26/2023 11:51 | 701.260.4332 | DICKINSON | SDDV | 3 |
| 9/26/2023 12:54 | 701.260.3208 | DICKINSON | SDDV | 2 |
| 9/26/2023 12:57 | 701.300.0642 | DICKINSON | SDDV | 1 |
| 9/26/2023 13:03 | 803.554.6363 | INCOMING | SDDV | 2 |
| 9/26/2023 13:04 | 701.301.9186 | CENTER | SDDV | 2 |
| 9/26/2023 13:06 | 701.264.9509 | DICKINSON | SDDV | 1 |
| 9/26/2023 13:08 | 803.554.6363 | ROCK HILL | SDDV | 1 |
| 9/26/2023 13:18 | 417.527.2011 | INCOMING | SDDV | 1 |
| 9/26/2023 13:29 | 701.264.9509 | DICKINSON | SDDV | 2 |
| 9/26/2023 13:37 | 701.260.5431 | DICKINSON | SDDV | 5 |
| 9/26/2023 13:48 | 701.264.9124 | DICKINSON | SDDV | 4 |
| 9/26/2023 13:56 | 701.440.0418 | INCOMING | SDDV | 2 |
| 9/26/2023 13:57 | 701.264.9124 | DICKINSON | SDDV | 11 |
| 9/26/2023 13:57 | 701.300.0642 | INCOMING | SDDV | 1 |
| 9/26/2023 13:58 | 701.260.3208 | INCOMING | SDDV | 3 |
| 9/26/2023 14:03 | 803.554.6363 | ROCK HILL | SDDV | 1 |
| 9/26/2023 14:04 | 816.666.1094 | KANSASCITY | SDDV | 3 |

| | | | | |
|---|---|---|---|---|
| 9/26/2023 14:07 | 701.440.0418 | BOWMAN | SDDV | 2 |
| 9/26/2023 14:07 | 417.527.2011 | INCOMING | SDDV | 4 |
| 9/26/2023 14:08 | 803.554.6363 | INCOMING | SDDV | 6 |
| 9/26/2023 14:11 | 701.440.0418 | BOWMAN | SDDV | 4 |
| 9/26/2023 14:16 | 701.264.9124 | DICKINSON | SDDV | 1 |
| 9/26/2023 14:21 | 701.260.3208 | DICKINSON | SDDV | 3 |
| 9/26/2023 14:23 | 701.300.0642 | DICKINSON | SDDV | 1 |
| 9/26/2023 14:41 | 701.300.0642 | INCOMING | SDDV | 6 |
| 9/26/2023 14:46 | 417.527.2011 | BRANSON | SDDV | 1 |
| 9/26/2023 14:51 | 701.264.9509 | INCOMING | SDDV | 3 |
| 9/26/2023 14:54 | 701.260.3208 | DICKINSON | SDDV | 1 |
| 9/26/2023 15:00 | 701.260.3208 | INCOMING | SDDV | 1 |
| 9/26/2023 15:50 | 803.554.6363 | INCOMING | SDDV | 8 |
| 9/26/2023 16:39 | 701.264.9509 | INCOMING | SDDV | 5 |
| 9/26/2023 17:26 | 701.440.0418 | BOWMAN | SDDV | 2 |
| 9/26/2023 17:30 | 701.440.0418 | INCOMING | SDDV | 1 |
| 9/26/2023 17:33 | 701.260.3208 | DICKINSON | SDDV | 4 |
| 9/26/2023 17:56 | 701.260.3208 | DICKINSON | SDDV | 1 |
| 9/26/2023 18:57 | 701.495.3414 | DICKINSON | SDDV | 2 |
| 9/26/2023 19:00 | 701.690.3632 | DICKINSON | SDDV | 7 |
| 9/26/2023 19:20 | 701.301.9186 | INCOMING | SDDV | 5 |
| 9/26/2023 19:24 | 701.421.0211 | INCOMING | SDDV | 4 |
| 9/26/2023 19:27 | 701.264.9124 | DICKINSON | SDDV | 2 |
| 9/26/2023 20:45 | 701.300.0642 | INCOMING | SDDV | 4 |
| 9/26/2023 21:01 | 701.260.3208 | DICKINSON | SDDV | 17 |
| 9/27/2023 5:15 | 701.290.8137 | INCOMING | SDDV | 1 |
| 9/27/2023 5:55 | 602.670.1771 | INCOMING | SDDV | 2 |
| 9/27/2023 6:01 | 701.290.8137 | DICKINSON | SDDV | 2 |
| 9/27/2023 7:42 | 701.300.0642 | INCOMING | SDDV | 2 |
| 9/27/2023 8:13 | 701.590.4664 | DICKINSON | SDDV | 2 |
| 9/27/2023 8:19 | 701.264.9509 | INCOMING | SDDV | 2 |
| 9/27/2023 8:38 | 402.458.2977 | INCOMING | SDDV | 1 |
| 9/27/2023 8:42 | 701.300.0642 | DICKINSON | SDDV | 6 |
| 9/27/2023 8:56 | 701.590.1283 | DICKINSON | SDDV | 13 |
| 9/27/2023 10:00 | 989.614.0480 | GAYLORD | SDDV | 6 |
| 9/27/2023 10:06 | 701.290.8137 | DICKINSON | SDDV | 1 |
| 9/27/2023 10:09 | 803.554.6363 | ROCK HILL | SDDV | 1 |
| 9/27/2023 10:09 | 701.290.8137 | INCOMING | SDDV | 1 |
| 9/27/2023 10:10 | 701.590.1283 | DICKINSON | SDDV | 3 |
| 9/27/2023 10:10 | 803.554.6363 | ROCK HILL | SDDV | 3 |
| 9/27/2023 10:14 | 803.554.6363 | INCOMING | SDDV | 9 |
| 9/27/2023 10:18 | 701.421.0211 | NEW TOWN | SDDV | 3 |
| 9/27/2023 10:22 | 701.590.1283 | INCOMING | SDDV | 1 |
| 9/27/2023 10:22 | 701.264.9509 | DICKINSON | SDDV | 1 |
| 9/27/2023 10:30 | 803.554.6363 | INCOMING | SDDV | 3 |

| | | | | |
|---|---|---|---|---|
| 9/27/2023 10:33 | 701.590.1283 | INCOMING | SDDV | 1 |
| 9/27/2023 10:51 | 701.300.0642 | DICKINSON | SDDV | 1 |
| 9/27/2023 10:54 | 989.858.0805 | VMAIL | SDDV | 2 |
| 9/27/2023 10:58 | 989.614.0480 | GAYLORD | SDDV | 1 |
| 9/27/2023 10:58 | 701.300.0642 | INCOMING | SDDV | 9 |
| 9/27/2023 11:14 | 701.690.3632 | DICKINSON | SDDV | 1 |
| 9/27/2023 11:16 | 701.301.9186 | CENTER | SDDV | 1 |
| 9/27/2023 11:17 | 701.264.9509 | DICKINSON | SDDV | 2 |
| 9/27/2023 11:31 | 701.260.4332 | INCOMING | SDDV | 6 |
| 9/27/2023 12:09 | 701.290.8137 | INCOMING | SDDV | 1 |
| 9/27/2023 12:10 | 701.301.9186 | CENTER | SDDV | 1 |
| 9/27/2023 12:24 | 701.290.8137 | INCOMING | SDDV | 2 |
| 9/27/2023 12:27 | 701.260.3208 | DICKINSON | SDDV | 2 |
| 9/27/2023 12:36 | 701.290.8137 | INCOMING | SDDV | 1 |
| 9/27/2023 12:40 | 701.301.9186 | INCOMING | SDDV | 2 |
| 9/27/2023 12:57 | 701.290.8137 | DICKINSON | SDDV | 1 |
| 9/27/2023 13:15 | 701.301.9186 | INCOMING | SDDV | 2 |
| 9/27/2023 14:14 | 701.264.9509 | INCOMING | SDDV | 1 |
| 9/27/2023 15:18 | 701.260.3208 | INCOMING | SDDV | 1 |
| 9/27/2023 16:37 | 701.290.8137 | DICKINSON | SDDV | 1 |
| 9/27/2023 16:38 | 803.554.6363 | ROCK HILL | SDDV | 1 |
| 9/27/2023 16:39 | 803.554.6363 | INCOMING | SDDV | 6 |
| 9/27/2023 16:45 | 701.590.1283 | DICKINSON | SDDV | 2 |
| 9/27/2023 18:20 | 701.290.8137 | DICKINSON | SDDV | 1 |
| 9/27/2023 18:27 | 970.712.7789 | INCOMING | SDDV | 2 |
| 9/27/2023 18:28 | 952.210.6610 | TWINCITIES | SDDV | 1 |
| 9/27/2023 18:33 | 952.210.6610 | INCOMING | SDDV | 15 |
| 9/27/2023 18:47 | 701.290.8137 | DICKINSON | SDDV | 10 |
| 9/27/2023 19:42 | 701.300.0581 | INCOMING | SDDV | 4 |
| 9/27/2023 19:46 | 701.863.6859 | GRASSY BTE | SDDV | 5 |
| 9/27/2023 20:07 | 417.527.2011 | BRANSON | SDDV | 3 |
| 9/28/2023 8:18 | 701.301.9186 | CENTER | SDDV | 13 |
| 9/28/2023 8:30 | 208.972.3236 | INCOMING | SDDV | 5 |
| 9/28/2023 8:35 | 803.554.6363 | INCOMING | SDDV | 7 |
| 9/28/2023 8:50 | 989.614.0480 | GAYLORD | SDDV | 1 |
| 9/28/2023 8:53 | 989.614.0482 | GAYLORD | SDDV | 7 |
| 9/28/2023 8:59 | 701.290.8137 | INCOMING | SDDV | 2 |
| 9/28/2023 9:01 | 989.614.0482 | GAYLORD | SDDV | 3 |
| 9/28/2023 9:04 | 701.301.9186 | CENTER | SDDV | 26 |
| 9/28/2023 9:30 | 701.260.3208 | DICKINSON | SDDV | 2 |
| 9/28/2023 10:37 | 701.264.9124 | DICKINSON | SDDV | 1 |
| 9/28/2023 11:01 | 701.301.9186 | CENTER | SDDV | 4 |
| 9/28/2023 11:24 | 701.290.8137 | INCOMING | SDDV | 2 |
| 9/28/2023 11:27 | 417.527.2011 | BRANSON | SDDV | 2 |
| 9/28/2023 11:39 | 701.301.9186 | INCOMING | SDDV | 27 |

| | | | | |
|---|---|---|---|---|
| 9/28/2023 12:09 | 816.666.1094 | KANSASCITY | SDDV | 3 |
| 9/28/2023 12:15 | 989.614.0480 | INCOMING | SDDV | 6 |
| 9/28/2023 12:28 | 701.264.9124 | DICKINSON | SDDV | 2 |
| 9/28/2023 12:38 | 701.300.0642 | DICKINSON | SDDV | 1 |
| 9/28/2023 13:26 | 417.527.2011 | BRANSON | SDDV | 2 |
| 9/28/2023 13:29 | 701.690.0191 | DICKINSON | SDDV | 9 |
| 9/28/2023 13:45 | 989.614.0480 | INCOMING | SDDV | 11 |
| 9/28/2023 14:14 | 701.301.9186 | CENTER | SDDV | 2 |
| 9/28/2023 14:23 | 989.614.0480 | INCOMING | SDDV | 3 |
| 9/28/2023 14:50 | 417.527.2011 | INCOMING | SDDV | 3 |
| 9/28/2023 14:54 | 417.527.2011 | INCOMING | SDDV | 2 |
| 9/28/2023 14:55 | 701.290.8137 | DICKINSON | SDDV | 2 |
| 9/28/2023 15:00 | 701.290.8137 | INCOMING | SDDV | 1 |
| 9/28/2023 15:01 | 417.527.2011 | BRANSON | SDDV | 1 |
| 9/28/2023 15:18 | 417.527.2011 | INCOMING | SDDV | 2 |
| 9/28/2023 16:19 | 701.690.3632 | INCOMING | SDDV | 1 |
| 9/28/2023 16:20 | 701.690.3632 | DICKINSON | SDDV | 1 |
| 9/28/2023 16:51 | 952.210.6610 | INCOMING | SDDV | 9 |
| 9/28/2023 17:15 | 952.210.6610 | INCOMING | SDDV | 9 |
| 9/28/2023 17:31 | 701.290.8137 | DICKINSON | SDDV | 1 |
| 9/28/2023 17:47 | 701.290.8137 | INCOMING | SDDV | 25 |
| 9/28/2023 18:24 | 701.301.9186 | CENTER | SDDV | 13 |
| 9/28/2023 18:41 | 417.527.2011 | BRANSON | SDDV | 1 |
| 9/28/2023 18:41 | 417.527.2011 | INCOMING | SDDV | 3 |
| 9/28/2023 18:45 | 701.260.3208 | DICKINSON | SDDV | 10 |
| 9/29/2023 0:10 | 701.690.3632 | DICKINSON | SDDV | 2 |
| 9/29/2023 9:35 | 417.527.2011 | INCOMING | SDDV | 2 |
| 9/29/2023 9:49 | 417.527.2011 | INCOMING | SDDV | 8 |
| 9/29/2023 10:35 | 989.614.0480 | GAYLORD | SDDV | 7 |
| 9/29/2023 10:48 | 989.614.0480 | INCOMING | SDDV | 4 |
| 9/29/2023 10:54 | 701.264.9009 | DICKINSON | SDDV | 1 |
| 9/29/2023 11:31 | 701.260.4332 | INCOMING | SDDV | 2 |
| 9/29/2023 12:59 | 701.301.9186 | CENTER | SDDV | 3 |
| 9/29/2023 13:26 | 701.590.1283 | INCOMING | SDDV | 1 |
| 9/29/2023 13:37 | 989.614.0480 | GAYLORD | SDDV | 2 |
| 9/29/2023 15:30 | 989.614.0480 | INCOMING | SDDV | 1 |
| 9/29/2023 15:58 | 989.614.0480 | GAYLORD | SDDV | 10 |
| 9/29/2023 16:14 | 989.614.0480 | INCOMING | SDDV | 24 |
| 9/29/2023 17:23 | 989.614.0480 | INCOMING | SDDV | 4 |
| 9/29/2023 17:33 | 701.301.9186 | INCOMING | SDDV | 21 |
| 9/29/2023 18:34 | 701.301.9186 | CENTER | SDDV | 4 |
| 9/29/2023 19:42 | 989.858.0805 | VMAIL | SDDV | 1 |
| 9/30/2023 9:04 | 417.527.2011 | INCOMING | SDDV | 1 |
| 9/30/2023 10:42 | 417.527.2011 | INCOMING | SDDV | 16 |
| 9/30/2023 11:16 | 417.527.2011 | INCOMING | SDDV | 9 |

| | | | | |
|---|---|---|---|---|
| 9/30/2023 11:24 | 701.260.4332 | DICKINSON | SDDV | 2 |
| 9/30/2023 11:27 | 701.260.2375 | DICKINSON | SDDV | 1 |
| 9/30/2023 11:28 | 701.260.2375 | INCOMING | SDDV | 10 |
| 9/30/2023 11:38 | 701.260.4332 | DICKINSON | SDDV | 2 |
| 9/30/2023 11:40 | 417.527.2011 | BRANSON | SDDV | 3 |
| 9/30/2023 13:30 | 406.561.9276 | INCOMING | SDDV | 13 |
| 9/30/2023 13:51 | 417.527.2011 | BRANSON | SDDV | 3 |
| 9/30/2023 13:54 | 903.522.2757 | INCOMING | SDDV | 48 |
| 9/30/2023 14:45 | 701.260.3208 | INCOMING | SDDV | 2 |
| 9/30/2023 16:43 | 417.527.2011 | BRANSON | SDDV | 1 |
| 9/30/2023 17:29 | 701.290.8137 | INCOMING | SDDV | 2 |
| 9/30/2023 18:20 | 989.614.0480 | GAYLORD | SDDV | 1 |
| 9/30/2023 19:09 | 701.264.9124 | DICKINSON | SDDV | 3 |
| 9/30/2023 19:17 | 701.264.9124 | INCOMING | SDDV | 2 |
| 9/30/2023 19:23 | 701.863.6859 | INCOMING | SDDV | 2 |
| 10/1/2023 8:02 | 989.614.0480 | INCOMING | SDDV | 2 |
| 10/1/2023 8:48 | 701.290.8137 | INCOMING | SDDV | 3 |
| 10/1/2023 9:39 | 701.260.3208 | DICKINSON | SDDV | 6 |
| 10/1/2023 11:17 | 701.290.8137 | INCOMING | SDDV | 7 |
| 10/1/2023 11:28 | 701.260.3208 | DICKINSON | SDDV | 4 |
| 10/1/2023 11:35 | 816.666.1094 | KANSASCITY | SDDV | 2 |
| 10/1/2023 11:37 | 701.260.3208 | DICKINSON | SDDV | 1 |
| 10/1/2023 12:20 | 952.210.6610 | TWINCITIES | SDDV | 2 |
| 10/1/2023 15:48 | 701.260.3208 | INCOMING | SDDV | 4 |
| 10/1/2023 15:54 | 989.614.0482 | INCOMING | SDDV | 1 |
| 10/1/2023 16:49 | 701.290.8137 | INCOMING | SDDV | 2 |
| 10/1/2023 16:58 | 701.260.3208 | DICKINSON | SDDV | 3 |
| 10/1/2023 17:01 | 701.290.8137 | DICKINSON | SDDV | 2 |
| 10/1/2023 17:03 | 417.527.2011 | BRANSON | SDDV | 1 |
| 10/1/2023 17:15 | 701.301.9186 | INCOMING | SDDV | 2 |
| 10/1/2023 17:21 | 701.301.9186 | INCOMING | SDDV | 9 |
| 10/1/2023 17:30 | 989.614.0480 | INCOMING | SDDV | 1 |
| 10/1/2023 17:43 | 701.260.3208 | DICKINSON | SDDV | 3 |
| 10/1/2023 17:47 | 417.527.2011 | INCOMING | SDDV | 2 |
| 10/1/2023 21:41 | 720.391.2636 | INCOMING | SDDV | 1 |
| 10/2/2023 8:08 | 701.290.8137 | INCOMING | SDDV | 6 |
| 10/2/2023 9:14 | 701.300.0642 | DICKINSON | SDDV | 1 |
| 10/2/2023 9:27 | 701.863.6859 | INCOMING | SDDV | 6 |
| 10/2/2023 9:39 | 701.300.0642 | INCOMING | SDDV | 8 |
| 10/2/2023 10:42 | 701.301.9186 | INCOMING | SDDV | 3 |
| 10/2/2023 11:15 | 701.264.9509 | INCOMING | SDDV | 2 |
| 10/2/2023 11:53 | 701.290.8137 | INCOMING | SDDV | 3 |
| 10/2/2023 12:19 | 989.614.0480 | INCOMING | SDDV | 8 |
| 10/2/2023 12:48 | 417.527.2011 | INCOMING | SDDV | 2 |
| 10/2/2023 12:55 | 803.554.6363 | ROCK HILL | SDDV | 1 |

| | | | | |
|---|---|---|---|---|
| 10/2/2023 12:58 | 417.527.2011 | INCOMING | SDDV | 1 |
| 10/2/2023 12:59 | 803.554.6363 | INCOMING | SDDV | 2 |
| 10/2/2023 13:27 | 406.468.8984 | INCOMING | SDDV | 2 |
| 10/2/2023 14:08 | 989.614.0480 | INCOMING | SDDV | 5 |
| 10/2/2023 14:24 | 417.527.2011 | BRANSON | SDDV | 1 |
| 10/2/2023 14:44 | 417.527.2011 | INCOMING | SDDV | 1 |
| 10/2/2023 14:57 | 417.527.2011 | INCOMING | SDDV | 2 |
| 10/2/2023 15:04 | 701.690.3758 | INCOMING | SDDV | 1 |
| 10/2/2023 17:54 | 701.290.8137 | INCOMING | SDDV | 2 |
| 10/2/2023 19:05 | 701.301.9186 | CENTER | SDDV | 8 |
| 10/2/2023 21:30 | 816.666.1094 | INCOMING | SDDV | 1 |
| 10/2/2023 22:02 | 720.391.2636 | DENVER | SDDV | 4 |
| 10/2/2023 22:09 | 417.527.2011 | BRANSON | SDDV | 1 |
| 10/2/2023 22:47 | 952.210.6610 | INCOMING | SDDV | 3 |
| 10/3/2023 7:13 | 952.210.6610 | INCOMING | SDDV | 1 |
| 10/3/2023 7:55 | 952.210.6610 | INCOMING | SDDV | 5 |
| 10/3/2023 9:09 | 952.210.6610 | INCOMING | SDDV | 5 |
| 10/3/2023 9:20 | 417.527.2011 | BRANSON | SDDV | 1 |
| 10/3/2023 9:24 | 417.527.2011 | INCOMING | SDDV | 2 |
| 10/3/2023 9:36 | 701.690.3758 | INCOMING | SDDV | 2 |
| 10/3/2023 9:44 | 701.690.0191 | INCOMING | SDDV | 2 |
| 10/3/2023 9:47 | 701.301.9186 | CENTER | SDDV | 1 |
| 10/3/2023 9:48 | 701.301.9186 | INCOMING | SDDV | 12 |
| 10/3/2023 10:03 | 785.847.6768 | INCOMING | SDDV | 1 |
| 10/3/2023 10:47 | 952.210.6610 | INCOMING | SDDV | 2 |
| 10/3/2023 11:05 | 701.260.3208 | INCOMING | SDDV | 18 |
| 10/3/2023 11:34 | 701.260.3208 | INCOMING | SDDV | 3 |
| 10/3/2023 12:15 | 989.614.0480 | GAYLORD | SDDV | 13 |
| 10/3/2023 12:52 | 417.527.2011 | BRANSON | SDDV | 17 |
| 10/3/2023 13:09 | 701.225.9424 | DICKINSON | SDDV | 7 |
| 10/3/2023 13:17 | 701.264.9124 | DICKINSON | SDDV | 7 |
| 10/3/2023 13:24 | 701.301.9186 | INCOMING | SDDV | 4 |
| 10/3/2023 13:28 | 417.527.2011 | BRANSON | SDDV | 3 |
| 10/3/2023 13:48 | 989.614.0482 | GAYLORD | SDDV | 1 |
| 10/3/2023 13:49 | 701.264.9509 | DICKINSON | SDDV | 1 |
| 10/3/2023 14:19 | 701.225.4441 | DICKINSON | SDDV | 4 |
| 10/3/2023 14:25 | 989.614.0480 | INCOMING | SDDV | 5 |
| 10/3/2023 14:36 | 989.614.0482 | INCOMING | SDDV | 5 |
| 10/3/2023 14:45 | 989.614.0482 | INCOMING | SDDV | 2 |
| 10/3/2023 14:46 | 701.260.3208 | INCOMING | SDDV | 3 |
| 10/3/2023 14:49 | 417.527.2011 | INCOMING | SDDV | 1 |
| 10/3/2023 14:54 | 701.260.3208 | DICKINSON | SDDV | 1 |
| 10/3/2023 15:01 | 701.260.3208 | INCOMING | SDDV | 2 |
| 10/3/2023 15:30 | 701.690.3471 | INCOMING | SDDV | 1 |
| 10/3/2023 15:38 | 701.260.3208 | INCOMING | SDDV | 1 |

| | | | | |
|---|---|---|---|---|
| 10/3/2023 15:53 | 701.264.9124 | DICKINSON | SDDV | 13 |
| 10/3/2023 16:08 | 701.301.9186 | INCOMING | SDDV | 5 |
| 10/3/2023 16:29 | 701.264.9509 | DICKINSON | SDDV | 1 |
| 10/3/2023 16:30 | 701.264.9124 | DICKINSON | SDDV | 4 |
| 10/3/2023 16:34 | 701.264.9509 | DICKINSON | SDDV | 1 |
| 10/3/2023 16:40 | 701.264.9509 | INCOMING | SDDV | 3 |
| 10/3/2023 16:46 | 701.690.3632 | DICKINSON | SDDV | 2 |
| 10/3/2023 17:27 | 417.527.2011 | INCOMING | SDDV | 1 |
| 10/3/2023 17:35 | 505.419.7917 | INCOMING | SDDV | 1 |
| 10/3/2023 17:36 | 505.419.7917 | AZTEC | SDDV | 2 |
| 10/3/2023 18:01 | 701.290.8137 | DICKINSON | SDDV | 27 |
| 10/3/2023 18:28 | 701.290.8137 | INCOMING | SDDV | 5 |
| 10/3/2023 18:49 | 701.260.3208 | INCOMING | SDDV | 3 |
| 10/3/2023 18:53 | 701.264.9124 | DICKINSON | SDDV | 2 |
| 10/3/2023 18:56 | 701.260.2965 | DICKINSON | SDDV | 10 |
| 10/3/2023 19:06 | 701.264.9124 | DICKINSON | SDDV | 2 |
| 10/4/2023 7:05 | 417.527.2011 | BRANSON | SDDV | 1 |
| 10/4/2023 7:08 | 417.527.2011 | BRANSON | SDDV | 1 |
| 10/4/2023 7:12 | 701.440.0418 | INCOMING | SDDV | 5 |
| 10/4/2023 7:17 | 701.690.6408 | DICKINSON | SDDV | 2 |
| 10/4/2023 7:35 | 701.301.9186 | CENTER | SDDV | 9 |
| 10/4/2023 7:43 | 989.614.0480 | INCOMING | SDDV | 10 |
| 10/4/2023 7:54 | 816.666.1094 | KANSASCITY | SDDV | 4 |
| 10/4/2023 7:58 | 701.590.1283 | DICKINSON | SDDV | 34 |
| 10/4/2023 8:33 | 701.260.3208 | DICKINSON | SDDV | 5 |
| 10/4/2023 8:38 | 701.320.9228 | JAMESTOWN | SDDV | 3 |
| 10/4/2023 8:52 | 816.666.1094 | INCOMING | SDDV | 2 |
| 10/4/2023 9:49 | 989.858.0805 | VMAIL | SDDV | 1 |
| 10/4/2023 9:50 | 803.554.6363 | ROCK HILL | SDDV | 1 |
| 10/4/2023 13:15 | 701.260.3208 | DICKINSON | SDDV | 4 |
| 10/4/2023 13:19 | 701.301.9186 | CENTER | SDDV | 1 |
| 10/4/2023 13:20 | 701.264.9124 | DICKINSON | SDDV | 2 |
| 10/4/2023 13:27 | 989.614.0480 | GAYLORD | SDDV | 1 |
| 10/4/2023 13:28 | 701.301.9186 | INCOMING | SDDV | 3 |
| 10/4/2023 13:35 | 989.858.0805 | VMAIL | SDDV | 1 |
| 10/4/2023 14:03 | 989.614.0480 | GAYLORD | SDDV | 11 |
| 10/4/2023 14:13 | 701.301.9186 | INCOMING | SDDV | 11 |
| 10/4/2023 14:23 | 701.440.0418 | INCOMING | SDDV | 1 |
| 10/4/2023 14:24 | 701.301.9186 | CENTER | SDDV | 6 |
| 10/4/2023 14:30 | 701.264.9124 | DICKINSON | SDDV | 7 |
| 10/4/2023 14:37 | 701.590.9207 | DICKINSON | SDDV | 3 |
| 10/4/2023 14:47 | 701.301.9186 | INCOMING | SDDV | 2 |
| 10/4/2023 15:33 | 701.590.9207 | DICKINSON | SDDV | 1 |
| 10/4/2023 15:33 | 417.527.2011 | BRANSON | SDDV | 3 |
| 10/4/2023 15:52 | 701.690.4302 | DICKINSON | SDDV | 5 |

| | | | | |
|---|---|---|---|---|
| 10/4/2023 15:56 | 701.690.0191 | INCOMING | SDDV | 1 |
| 10/4/2023 15:57 | 701.301.9186 | CENTER | SDDV | 4 |
| 10/4/2023 16:05 | 701.260.3208 | DICKINSON | SDDV | 6 |
| 10/4/2023 16:14 | 701.290.3686 | DICKINSON | SDDV | 10 |
| 10/4/2023 16:29 | 417.527.2011 | BRANSON | SDDV | 3 |
| 10/4/2023 16:47 | 701.320.9228 | INCOMING | SDDV | 3 |
| 10/4/2023 18:01 | 701.260.4332 | INCOMING | SDDV | 2 |
| 10/4/2023 18:33 | 701.301.9186 | INCOMING | SDDV | 7 |
| 10/4/2023 18:41 | 303.881.7191 | DENVER | SDDV | 1 |
| 10/4/2023 18:41 | 989.614.0480 | GAYLORD | SDDV | 1 |
| 10/4/2023 18:42 | 989.614.0480 | GAYLORD | SDDV | 1 |
| 10/4/2023 18:43 | 720.391.2636 | DENVER | SDDV | 1 |
| 10/4/2023 18:56 | 701.301.9186 | INCOMING | SDDV | 8 |
| 10/4/2023 19:03 | 720.391.2636 | INCOMING | SDDV | 2 |
| 10/4/2023 19:05 | 701.301.9186 | CENTER | SDDV | 15 |
| 10/4/2023 19:43 | 701.301.9186 | CENTER | SDDV | 3 |
| 10/4/2023 19:47 | 701.301.9186 | INCOMING | SDDV | 9 |
| 10/4/2023 20:11 | 701.690.4302 | DICKINSON | SDDV | 8 |
| 10/4/2023 20:20 | 989.614.0480 | INCOMING | SDDV | 5 |
| 10/5/2023 7:07 | 701.590.9207 | INCOMING | SDDV | 1 |
| 10/5/2023 7:36 | 701.260.3208 | DICKINSON | SDDV | 1 |
| 10/5/2023 8:03 | 701.301.9186 | CENTER | SDDV | 1 |
| 10/5/2023 8:46 | 816.666.1094 | KANSASCITY | SDDV | 2 |
| 10/5/2023 9:40 | 701.301.9186 | CENTER | SDDV | 6 |
| 10/5/2023 9:56 | 701.690.0191 | INCOMING | SDDV | 4 |
| 10/5/2023 10:27 | 417.527.2011 | BRANSON | SDDV | 1 |
| 10/5/2023 10:49 | 970.682.5387 | FT COLLINS | SDDV | 6 |
| 10/5/2023 10:54 | 701.260.3208 | DICKINSON | SDDV | 8 |
| 10/5/2023 11:02 | 701.301.9186 | CENTER | SDDV | 8 |
| 10/5/2023 11:21 | 417.527.2011 | BRANSON | SDDV | 3 |
| 10/5/2023 11:25 | 701.301.9186 | INCOMING | SDDV | 2 |
| 10/5/2023 11:32 | 815.912.0076 | INCOMING | SDDV | 1 |
| 10/5/2023 11:32 | 701.260.4332 | INCOMING | SDDV | 11 |
| 10/5/2023 11:47 | 701.260.4332 | INCOMING | SDDV | 12 |
| 10/5/2023 12:01 | 701.690.0191 | INCOMING | SDDV | 2 |
| 10/5/2023 12:03 | 701.690.6408 | DICKINSON | SDDV | 14 |
| 10/5/2023 12:51 | 701.260.5431 | DICKINSON | SDDV | 2 |
| 10/5/2023 13:10 | 417.527.2011 | BRANSON | SDDV | 2 |
| 10/5/2023 14:16 | 701.301.9186 | INCOMING | SDDV | 14 |
| 10/5/2023 14:30 | 701.690.0704 | INCOMING | SDDV | 2 |
| 10/5/2023 14:32 | 701.690.0191 | DICKINSON | SDDV | 2 |
| 10/5/2023 14:38 | 701.301.9186 | CENTER | SDDV | 5 |
| 10/5/2023 14:43 | 701.590.1283 | INCOMING | SDDV | 11 |
| 10/5/2023 14:59 | 701.301.9186 | INCOMING | SDDV | 4 |
| 10/5/2023 15:09 | 989.614.0480 | INCOMING | SDDV | 1 |

| | | | | |
|---|---|---|---|---|
| 10/5/2023 15:11 | 989.614.0480 | INCOMING | SDDV | 8 |
| 10/5/2023 15:18 | 701.440.0418 | INCOMING | SDDV | 7 |
| 10/5/2023 15:34 | 701.301.9186 | INCOMING | SDDV | 3 |
| 10/5/2023 16:13 | 417.527.2011 | INCOMING | SDDV | 4 |
| 10/5/2023 19:55 | 701.260.2375 | DICKINSON | SDDV | 62 |
| 10/6/2023 7:45 | 701.690.0191 | INCOMING | SDDV | 1 |
| 10/6/2023 7:53 | 701.260.3208 | DICKINSON | SDDV | 3 |
| 10/6/2023 7:55 | 701.260.5431 | DICKINSON | SDDV | 2 |
| 10/6/2023 8:29 | 989.614.0480 | INCOMING | SDDV | 4 |
| 10/6/2023 8:36 | 701.290.1731 | INCOMING | SDDV | 5 |
| 10/6/2023 8:49 | 701.863.6859 | INCOMING | SDDV | 3 |
| 10/6/2023 9:01 | 701.300.0581 | DICKINSON | SDDV | 2 |
| 10/6/2023 9:44 | 970.682.5387 | INCOMING | SDDV | 5 |
| 10/6/2023 10:11 | 701.440.0418 | BOWMAN | SDDV | 1 |
| 10/6/2023 10:14 | 701.264.9124 | DICKINSON | SDDV | 3 |
| 10/6/2023 10:17 | 989.614.0480 | GAYLORD | SDDV | 2 |
| 10/6/2023 10:22 | 701.440.0418 | INCOMING | SDDV | 5 |
| 10/6/2023 10:27 | 701.301.9186 | CENTER | SDDV | 7 |
| 10/6/2023 11:13 | 989.614.0480 | GAYLORD | SDDV | 1 |
| 10/6/2023 11:16 | 989.614.0482 | GAYLORD | SDDV | 1 |
| 10/6/2023 11:20 | 989.614.0482 | INCOMING | SDDV | 3 |
| 10/6/2023 11:23 | 989.614.0480 | INCOMING | SDDV | 3 |
| 10/6/2023 11:31 | 989.614.0480 | INCOMING | SDDV | 6 |
| 10/6/2023 11:41 | 701.629.1267 | STANLEY | SDDV | 10 |
| 10/6/2023 12:03 | 989.614.0480 | INCOMING | SDDV | 5 |
| 10/6/2023 12:08 | 989.614.0480 | INCOMING | SDDV | 4 |
| 10/6/2023 13:10 | 701.456.8376 | INCOMING | SDDV | 1 |
| 10/6/2023 13:17 | 989.614.0480 | INCOMING | SDDV | 2 |
| 10/6/2023 13:22 | 701.301.9186 | INCOMING | SDDV | 5 |
| 10/6/2023 14:46 | 701.301.9186 | CENTER | SDDV | 1 |
| 10/6/2023 15:01 | 701.260.3208 | DICKINSON | SDDV | 1 |
| 10/6/2023 15:42 | 701.301.9186 | INCOMING | SDDV | 3 |
| 10/6/2023 15:45 | 701.690.4302 | DICKINSON | SDDV | 3 |
| 10/6/2023 15:48 | 701.690.9474 | DICKINSON | SDDV | 1 |
| 10/6/2023 15:49 | 701.320.9228 | INCOMING | SDDV | 4 |
| 10/6/2023 15:52 | 701.456.8370 | DICKINSON | SDDV | 3 |
| 10/6/2023 16:18 | 701.690.8714 | INCOMING | SDDV | 3 |
| 10/6/2023 17:11 | 270.490.2133 | INCOMING | SDDV | 1 |
| 10/6/2023 17:12 | 701.320.9228 | INCOMING | SDDV | 1 |
| 10/6/2023 18:12 | 701.264.9124 | DICKINSON | SDDV | 2 |
| 10/6/2023 18:25 | 701.264.9124 | INCOMING | SDDV | 5 |
| 10/6/2023 18:39 | 701.301.9186 | INCOMING | SDDV | 2 |
| 10/6/2023 18:50 | 701.264.9124 | DICKINSON | SDDV | 5 |
| 10/6/2023 18:57 | 605.467.0919 | MILBANK | SDDV | 14 |
| 10/6/2023 19:14 | 701.301.9186 | CENTER | SDDV | 15 |

| | | | | |
|---|---|---|---|---|
| 10/6/2023 22:15 | 701.301.9186 | INCOMING | SDDV | 7 |
| 10/6/2023 22:36 | 701.290.7533 | INCOMING | SDDV | 3 |
| 10/7/2023 3:41 | 414.491.3015 | INCOMING | SDDV | 1 |
| 10/7/2023 5:46 | 725.400.3939 | INCOMING | SDDV | 1 |
| 10/7/2023 6:26 | 701.690.0191 | INCOMING | SDDV | 5 |
| 10/7/2023 9:31 | 701.440.0418 | INCOMING | SDDV | 5 |
| 10/7/2023 9:54 | 907.415.1889 | FAIRBANKS | SDDV | 1 |
| 10/7/2023 9:56 | 920.647.1073 | WAUTOMA | SDDV | 2 |
| 10/7/2023 10:02 | 907.415.1889 | INCOMING | SDDV | 1 |
| 10/7/2023 10:05 | 701.290.7533 | DICKINSON | SDDV | 18 |
| 10/7/2023 12:06 | 989.350.9591 | INCOMING | SDDV | 9 |
| 10/7/2023 12:46 | 989.614.0480 | INCOMING | SDDV | 7 |
| 10/7/2023 14:36 | 417.527.2011 | INCOMING | SDDV | 2 |
| 10/7/2023 16:15 | 920.647.1073 | INCOMING | SDDV | 3 |
| 10/7/2023 18:04 | 989.614.0480 | INCOMING | SDDV | 6 |
| 10/7/2023 18:10 | 701.440.0418 | BOWMAN | SDDV | 1 |
| 10/7/2023 18:12 | 701.440.0418 | INCOMING | SDDV | 5 |
| 10/7/2023 18:56 | 701.300.0581 | DICKINSON | SDDV | 3 |
| 10/7/2023 18:59 | 605.467.0919 | MILBANK | SDDV | 3 |
| 10/7/2023 19:02 | 701.301.9186 | CENTER | SDDV | 11 |
| 10/7/2023 19:30 | 701.264.9509 | INCOMING | SDDV | 2 |
| 10/7/2023 19:54 | 989.614.0480 | GAYLORD | SDDV | 3 |
| 10/8/2023 8:39 | 701.440.0418 | INCOMING | SDDV | 13 |
| 10/8/2023 9:20 | 701.301.9186 | CENTER | SDDV | 18 |
| 10/8/2023 10:03 | 701.590.9207 | INCOMING | SDDV | 2 |
| 10/8/2023 10:27 | 701.301.9186 | CENTER | SDDV | 5 |
| 10/8/2023 11:14 | 701.440.0418 | BOWMAN | SDDV | 1 |
| 10/8/2023 11:15 | 701.440.0418 | INCOMING | SDDV | 4 |
| 10/8/2023 11:23 | 725.400.3939 | INCOMING | SDDV | 1 |
| 10/8/2023 11:35 | 920.647.1073 | WAUTOMA | SDDV | 2 |
| 10/8/2023 11:37 | 701.690.4302 | DICKINSON | SDDV | 3 |
| 10/8/2023 11:42 | 989.614.0480 | GAYLORD | SDDV | 5 |
| 10/8/2023 11:46 | 920.647.1073 | INCOMING | SDDV | 2 |
| 10/8/2023 12:02 | 920.647.1073 | INCOMING | SDDV | 1 |
| 10/8/2023 12:29 | 920.647.1073 | INCOMING | SDDV | 1 |
| 10/8/2023 12:31 | 417.527.2011 | BRANSON | SDDV | 6 |
| 10/8/2023 12:40 | 701.300.0581 | INCOMING | SDDV | 2 |
| 10/8/2023 12:44 | 920.647.1073 | WAUTOMA | SDDV | 2 |
| 10/8/2023 12:53 | 701.690.0191 | DICKINSON | SDDV | 2 |
| 10/8/2023 12:56 | 701.300.0581 | DICKINSON | SDDV | 1 |
| 10/8/2023 12:56 | 989.614.0480 | INCOMING | SDDV | 4 |
| 10/8/2023 13:00 | 701.300.0581 | DICKINSON | SDDV | 1 |
| 10/8/2023 13:03 | 701.264.9124 | DICKINSON | SDDV | 1 |
| 10/8/2023 13:04 | 417.527.2011 | INCOMING | SDDV | 3 |
| 10/8/2023 13:24 | 417.527.2011 | BRANSON | SDDV | 2 |

| | | | | |
|---|---|---|---|---|
| 10/8/2023 15:27 | 701.264.9124 | DICKINSON | SDDV | 2 |
| 10/8/2023 15:29 | 952.210.6610 | TWINCITIES | SDDV | 1 |
| 10/8/2023 15:32 | 417.527.2011 | BRANSON | SDDV | 2 |
| 10/8/2023 15:35 | 989.614.0480 | GAYLORD | SDDV | 6 |
| 10/8/2023 16:06 | 701.264.9124 | DICKINSON | SDDV | 3 |
| 10/8/2023 16:15 | 701.301.9186 | INCOMING | SDDV | 5 |
| 10/8/2023 17:33 | 417.527.2011 | BRANSON | SDDV | 1 |
| 10/8/2023 17:34 | 701.320.9228 | JAMESTOWN | SDDV | 2 |
| 10/8/2023 17:56 | 417.527.2011 | BRANSON | SDDV | 1 |
| 10/8/2023 17:58 | 701.440.0418 | INCOMING | SDDV | 3 |
| 10/8/2023 18:34 | 701.300.0642 | DICKINSON | SDDV | 4 |
| 10/8/2023 18:39 | 701.300.0642 | INCOMING | SDDV | 9 |
| 10/8/2023 18:47 | 989.614.0480 | GAYLORD | SDDV | 12 |
| 10/8/2023 19:05 | 920.647.1073 | WAUTOMA | SDDV | 1 |
| 10/8/2023 19:10 | 989.614.0480 | GAYLORD | SDDV | 1 |
| 10/8/2023 19:11 | 701.264.9124 | DICKINSON | SDDV | 20 |
| 10/8/2023 19:13 | 952.210.6610 | TWINCITIES | SDDV | 2 |
| 10/8/2023 19:15 | 417.527.2011 | INCOMING | SDDV | 1 |
| 10/8/2023 20:06 | 417.527.2011 | INCOMING | SDDV | 16 |
| 10/9/2023 3:13 | 920.647.1073 | INCOMING | SDDV | 2 |
| 10/9/2023 4:57 | 701.260.3208 | DICKINSON | SDDV | 2 |
| 10/9/2023 5:10 | 952.210.6610 | INCOMING | SDDV | 13 |
| 10/9/2023 5:23 | 701.301.9186 | INCOMING | SDDV | 7 |
| 10/9/2023 8:06 | 989.614.0480 | INCOMING | SDDV | 2 |
| 10/9/2023 8:11 | 701.690.8714 | DICKINSON | SDDV | 2 |
| 10/9/2023 8:12 | 989.614.0480 | GAYLORD | SDDV | 3 |
| 10/9/2023 8:15 | 701.260.5431 | INCOMING | SDDV | 1 |
| 10/9/2023 8:18 | 989.614.0480 | INCOMING | SDDV | 5 |
| 10/9/2023 8:35 | 701.590.1283 | DICKINSON | SDDV | 2 |
| 10/9/2023 9:31 | 989.614.0480 | INCOMING | SDDV | 2 |
| 10/9/2023 9:54 | 701.440.0418 | INCOMING | SDDV | 10 |
| 10/9/2023 10:07 | 701.590.1283 | DICKINSON | SDDV | 3 |
| 10/9/2023 10:52 | 417.527.2011 | INCOMING | SDDV | 2 |
| 10/9/2023 11:08 | 701.440.0418 | INCOMING | SDDV | 1 |
| 10/9/2023 11:10 | 701.301.9186 | CENTER | SDDV | 7 |
| 10/9/2023 11:16 | 701.440.0418 | INCOMING | SDDV | 1 |
| 10/9/2023 11:18 | 701.264.9124 | DICKINSON | SDDV | 2 |
| 10/9/2023 11:20 | 989.614.0482 | GAYLORD | SDDV | 1 |
| 10/9/2023 11:22 | 989.614.0482 | INCOMING | SDDV | 3 |
| 10/9/2023 11:24 | 701.590.1283 | INCOMING | SDDV | 2 |
| 10/9/2023 11:25 | 701.260.5431 | INCOMING | SDDV | 1 |
| 10/9/2023 11:26 | 701.590.1283 | DICKINSON | SDDV | 5 |
| 10/9/2023 11:39 | 701.301.9186 | INCOMING | SDDV | 3 |
| 10/9/2023 12:18 | 701.440.0418 | BOWMAN | SDDV | 1 |
| 10/9/2023 12:19 | 417.527.2011 | INCOMING | SDDV | 1 |

| | | | | |
|---|---|---|---|---|
| 10/9/2023 12:22 | 417.527.2011 | INCOMING | SDDV | 5 |
| 10/9/2023 12:30 | 701.440.0418 | INCOMING | SDDV | 3 |
| 10/9/2023 12:33 | 701.320.9228 | INCOMING | SDDV | 5 |
| 10/9/2023 12:50 | 701.301.9186 | CENTER | SDDV | 2 |
| 10/9/2023 15:19 | 701.690.4302 | INCOMING | SDDV | 5 |
| 10/9/2023 15:23 | 701.440.0418 | INCOMING | SDDV | 1 |
| 10/9/2023 15:24 | 209.622.5393 | INCOMING | SDDV | 3 |
| 10/9/2023 15:29 | 701.301.9186 | CENTER | SDDV | 1 |
| 10/9/2023 15:29 | 701.440.0418 | INCOMING | SDDV | 1 |
| 10/9/2023 15:32 | 701.301.9186 | INCOMING | SDDV | 9 |
| 10/9/2023 15:46 | 443.303.8975 | INCOMING | SDDV | 1 |
| 10/9/2023 15:59 | 701.260.3208 | INCOMING | SDDV | 4 |
| 10/9/2023 16:02 | 701.440.0418 | INCOMING | SDDV | 2 |
| 10/9/2023 16:04 | 701.440.0418 | BOWMAN | SDDV | 1 |
| 10/9/2023 16:04 | 701.260.3208 | DICKINSON | SDDV | 3 |
| 10/9/2023 16:12 | 417.527.2011 | BRANSON | SDDV | 1 |
| 10/9/2023 16:17 | 417.527.2011 | INCOMING | SDDV | 2 |
| 10/9/2023 16:35 | 989.614.0482 | GAYLORD | SDDV | 2 |
| 10/9/2023 16:36 | 605.467.0919 | INCOMING | SDDV | 2 |
| 10/9/2023 16:38 | 989.614.0482 | GAYLORD | SDDV | 7 |
| 10/9/2023 17:02 | 417.527.2011 | INCOMING | SDDV | 1 |
| 10/9/2023 17:38 | 701.260.3208 | INCOMING | SDDV | 1 |
| 10/10/2023 8:22 | 701.260.5431 | INCOMING | SDDV | 1 |
| 10/10/2023 8:45 | 970.682.5387 | INCOMING | SDDV | 1 |
| 10/10/2023 8:46 | 701.264.9124 | DICKINSON | SDDV | 2 |
| 10/10/2023 8:47 | 701.590.9207 | INCOMING | SDDV | 2 |
| 10/10/2023 8:49 | 417.527.2011 | BRANSON | SDDV | 2 |
| 10/10/2023 9:08 | 989.614.0480 | INCOMING | SDDV | 4 |
| 10/10/2023 9:17 | 414.491.3015 | INCOMING | SDDV | 2 |
| 10/10/2023 9:22 | 414.491.3015 | INCOMING | SDDV | 3 |
| 10/10/2023 9:32 | 701.260.3208 | DICKINSON | SDDV | 1 |
| 10/10/2023 9:36 | 701.440.0418 | INCOMING | SDDV | 2 |
| 10/10/2023 9:45 | 605.467.0919 | MILBANK | SDDV | 1 |
| 10/10/2023 9:56 | 701.264.9124 | DICKINSON | SDDV | 6 |
| 10/10/2023 10:02 | 605.467.0919 | MILBANK | SDDV | 1 |
| 10/10/2023 10:03 | 701.260.2375 | DICKINSON | SDDV | 1 |
| 10/10/2023 10:04 | 989.614.0480 | INCOMING | SDDV | 4 |
| 10/10/2023 10:50 | 605.467.0919 | MILBANK | SDDV | 1 |
| 10/10/2023 10:50 | 701.260.2375 | DICKINSON | SDDV | 2 |
| 10/10/2023 10:54 | 701.260.2375 | INCOMING | SDDV | 8 |
| 10/10/2023 11:01 | 701.260.2375 | INCOMING | SDDV | 1 |
| 10/10/2023 11:03 | 605.467.0919 | INCOMING | SDDV | 2 |
| 10/10/2023 11:12 | 701.301.9186 | INCOMING | SDDV | 1 |
| 10/10/2023 11:48 | 701.301.9186 | CENTER | SDDV | 2 |
| 10/10/2023 12:43 | 417.527.2011 | INCOMING | SDDV | 1 |

| | | | | |
|---|---|---|---|---|
| 10/10/2023 12:53 | 417.527.2011 | BRANSON | SDDV | 2 |
| 10/10/2023 12:56 | 701.301.9186 | INCOMING | SDDV | 6 |
| 10/10/2023 15:15 | 701.690.4302 | DICKINSON | SDDV | 4 |
| 10/10/2023 15:51 | 701.225.4458 | DICKINSON | SDDV | 3 |
| 10/10/2023 16:03 | 701.264.9509 | INCOMING | SDDV | 2 |
| 10/10/2023 16:06 | 417.527.2011 | INCOMING | SDDV | 1 |
| 10/10/2023 16:08 | 414.491.3015 | INCOMING | SDDV | 1 |
| 10/10/2023 16:32 | 414.491.3015 | INCOMING | SDDV | 1 |
| 10/10/2023 16:47 | 701.301.9186 | CENTER | SDDV | 1 |
| 10/10/2023 17:35 | 701.301.9186 | CENTER | SDDV | 1 |
| 10/10/2023 17:36 | 989.614.0480 | GAYLORD | SDDV | 5 |
| 10/10/2023 17:44 | 701.301.9186 | INCOMING | SDDV | 1 |
| 10/10/2023 17:45 | 701.301.9186 | CENTER | SDDV | 6 |
| 10/10/2023 17:53 | 989.614.0480 | INCOMING | SDDV | 8 |
| 10/10/2023 18:21 | 701.320.9228 | INCOMING | SDDV | 3 |
| 10/10/2023 18:25 | 952.210.6610 | TWINCITIES | SDDV | 3 |
| 10/10/2023 18:28 | 605.467.0919 | MILBANK | SDDV | 7 |
| 10/10/2023 18:35 | 989.614.0480 | GAYLORD | SDDV | 6 |
| 10/10/2023 18:52 | 701.260.3208 | DICKINSON | SDDV | 15 |
| 10/10/2023 19:51 | 701.264.9124 | DICKINSON | SDDV | 14 |
| 10/11/2023 8:12 | 515.490.4426 | DES MOINES | SDDV | 8 |
| 10/11/2023 8:30 | 701.290.8137 | DICKINSON | SDDV | 18 |
| 10/11/2023 8:50 | 417.527.2011 | BRANSON | SDDV | 2 |
| 10/11/2023 9:54 | 701.301.9186 | INCOMING | SDDV | 2 |
| 10/11/2023 10:51 | 414.491.3015 | INCOMING | SDDV | 2 |
| 10/11/2023 11:08 | 701.290.8137 | INCOMING | SDDV | 4 |
| 10/11/2023 12:19 | 701.690.1533 | INCOMING | SDDV | 2 |
| 10/11/2023 12:26 | 920.647.1073 | WAUTOMA | SDDV | 5 |
| 10/11/2023 12:54 | 701.260.9897 | DICKINSON | SDDV | 7 |
| 10/11/2023 15:00 | 952.210.6610 | INCOMING | SDDV | 1 |
| 10/11/2023 15:00 | 952.210.6610 | INCOMING | SDDV | 1 |
| 10/11/2023 16:25 | 701.690.3758 | INCOMING | SDDV | 3 |
| 10/11/2023 16:44 | 952.210.6610 | INCOMING | SDDV | 10 |
| 10/11/2023 17:00 | 417.527.2011 | INCOMING | SDDV | 1 |
| 10/11/2023 17:33 | 701.290.8137 | DICKINSON | SDDV | 1 |
| 10/11/2023 17:40 | 701.301.9186 | CENTER | SDDV | 7 |
| 10/11/2023 17:53 | 701.264.9556 | INCOMING | SDDV | 5 |
| 10/11/2023 17:57 | 701.301.9186 | CENTER | SDDV | 4 |
| 10/11/2023 18:08 | 701.590.1283 | DICKINSON | SDDV | 2 |
| 10/11/2023 19:01 | 414.491.3015 | INCOMING | SDDV | 1 |
| 10/11/2023 19:07 | 989.614.0480 | GAYLORD | SDDV | 2 |
| 10/11/2023 19:15 | 701.264.9124 | DICKINSON | SDDV | 2 |
| 10/11/2023 20:46 | 414.491.3015 | INCOMING | SDDV | 1 |
| 10/11/2023 23:28 | 989.614.0480 | INCOMING | SDDV | 25 |
| 10/12/2023 8:07 | 952.210.6610 | INCOMING | SDDV | 1 |

| | | | | |
|---|---|---|---|---|
| 10/12/2023 8:29 | 701.320.9228 | INCOMING | SDDV | 1 |
| 10/12/2023 8:38 | 701.290.8137 | INCOMING | SDDV | 2 |
| 10/12/2023 8:51 | 417.527.2011 | INCOMING | SDDV | 7 |
| 10/12/2023 9:08 | 701.690.4302 | INCOMING | SDDV | 10 |
| 10/12/2023 9:35 | 952.210.6610 | TWINCITIES | SDDV | 14 |
| 10/12/2023 9:58 | 701.301.9186 | CENTER | SDDV | 8 |
| 10/12/2023 10:14 | 920.647.1073 | WAUTOMA | SDDV | 1 |
| 10/12/2023 10:22 | 989.614.0480 | INCOMING | SDDV | 3 |
| 10/12/2023 10:35 | 701.690.4302 | DICKINSON | SDDV | 3 |
| 10/12/2023 10:43 | 701.690.4302 | INCOMING | SDDV | 3 |
| 10/12/2023 11:46 | 701.225.4458 | DICKINSON | SDDV | 2 |
| 10/12/2023 11:55 | 701.690.4302 | INCOMING | SDDV | 1 |
| 10/12/2023 12:07 | 414.491.3015 | INCOMING | SDDV | 7 |
| 10/12/2023 12:32 | 414.491.3015 | INCOMING | SDDV | 4 |
| 10/12/2023 13:01 | 989.614.0480 | INCOMING | SDDV | 4 |
| 10/12/2023 13:15 | 989.614.0480 | INCOMING | SDDV | 2 |
| 10/12/2023 13:25 | 989.614.0480 | INCOMING | SDDV | 1 |
| 10/12/2023 15:01 | 701.301.9186 | INCOMING | SDDV | 25 |
| 10/12/2023 16:24 | 360.560.4675 | INCOMING | SDDV | 3 |
| 10/13/2023 7:45 | 701.260.5431 | INCOMING | SDDV | 4 |
| 10/13/2023 8:22 | 701.301.9186 | INCOMING | SDDV | 12 |
| 10/13/2023 10:55 | 417.527.2011 | INCOMING | SDDV | 2 |
| 10/13/2023 12:16 | 701.290.6521 | DICKINSON | SDDV | 4 |
| 10/13/2023 12:20 | 701.264.9124 | DICKINSON | SDDV | 2 |
| 10/13/2023 12:29 | 414.491.3015 | INCOMING | SDDV | 2 |
| 10/13/2023 12:40 | 701.260.3208 | DICKINSON | SDDV | 2 |
| 10/13/2023 12:47 | 952.210.6610 | INCOMING | SDDV | 3 |
| 10/13/2023 12:56 | 701.290.8137 | INCOMING | SDDV | 4 |
| 10/13/2023 13:06 | 701.334.3163 | INCOMING | SDDV | 16 |
| 10/13/2023 13:45 | 417.527.2011 | INCOMING | SDDV | 2 |
| 10/13/2023 13:54 | 816.666.1094 | KANSASCITY | SDDV | 1 |
| 10/13/2023 14:18 | 816.666.1094 | INCOMING | SDDV | 1 |
| 10/13/2023 15:21 | 701.264.9124 | DICKINSON | SDDV | 1 |
| 10/13/2023 15:50 | 414.491.3015 | INCOMING | SDDV | 12 |
| 10/13/2023 16:12 | 701.290.1017 | DICKINSON | SDDV | 1 |
| 10/13/2023 16:26 | 989.614.0480 | INCOMING | SDDV | 4 |
| 10/13/2023 16:58 | 701.290.1017 | INCOMING | SDDV | 2 |
| 10/13/2023 17:14 | 307.899.5149 | INCOMING | SDDV | 2 |
| 10/13/2023 17:18 | 920.647.1073 | INCOMING | SDDV | 4 |
| 10/13/2023 17:22 | 701.264.9124 | INCOMING | SDDV | 2 |
| 10/13/2023 17:24 | 701.300.0642 | DICKINSON | SDDV | 2 |
| 10/13/2023 17:55 | 701.690.3632 | DICKINSON | SDDV | 2 |
| 10/13/2023 17:57 | 701.260.4332 | DICKINSON | SDDV | 1 |
| 10/13/2023 18:18 | 701.690.3632 | DICKINSON | SDDV | 1 |
| 10/13/2023 18:27 | 701.260.4332 | INCOMING | SDDV | 6 |

| | | | | |
|---|---|---|---|---|
| 10/13/2023 21:08 | 989.858.0805 | VMAIL | SDDV | 2 |
| 10/13/2023 21:10 | 989.614.0480 | GAYLORD | SDDV | 24 |
| 10/14/2023 2:46 | 701.328.9923 | INCOMING | SDDV | 2 |
| 10/14/2023 2:54 | 701.260.0918 | DICKINSON | SDDV | 3 |
| 10/14/2023 2:56 | 701.328.9923 | INCOMING | SDDV | 1 |
| 10/14/2023 6:11 | 701.290.8137 | INCOMING | SDDV | 1 |
| 10/14/2023 8:24 | 417.527.2011 | BRANSON | SDDV | 1 |
| 10/14/2023 8:37 | 701.301.9186 | CENTER | SDDV | 2 |
| 10/14/2023 8:40 | 701.260.5431 | DICKINSON | SDDV | 3 |
| 10/14/2023 8:55 | 701.260.5431 | INCOMING | SDDV | 4 |
| 10/14/2023 9:51 | 701.301.9186 | INCOMING | SDDV | 8 |
| 10/14/2023 10:25 | 701.260.5431 | DICKINSON | SDDV | 1 |
| 10/14/2023 10:26 | 701.300.0581 | DICKINSON | SDDV | 2 |
| 10/14/2023 11:10 | 701.260.5431 | DICKINSON | SDDV | 1 |
| 10/14/2023 11:40 | 701.301.9186 | CENTER | SDDV | 13 |
| 10/14/2023 12:05 | 701.260.5431 | INCOMING | SDDV | 1 |
| 10/14/2023 12:26 | 701.301.9186 | INCOMING | SDDV | 5 |
| 10/14/2023 13:44 | 701.301.9186 | INCOMING | SDDV | 2 |
| 10/14/2023 14:41 | 701.260.5431 | INCOMING | SDDV | 1 |
| 10/14/2023 14:50 | 989.614.0480 | GAYLORD | SDDV | 2 |
| 10/14/2023 15:06 | 414.491.3015 | INCOMING | SDDV | 3 |
| 10/15/2023 7:47 | 417.527.2011 | INCOMING | SDDV | 1 |
| 10/15/2023 9:22 | 701.290.8137 | INCOMING | SDDV | 3 |
| 10/15/2023 9:25 | 417.527.2011 | BRANSON | SDDV | 2 |
| 10/15/2023 10:46 | 816.666.1094 | INCOMING | SDDV | 3 |
| 10/15/2023 13:06 | 701.260.4332 | INCOMING | SDDV | 2 |
| 10/15/2023 14:51 | 989.350.9591 | GAYLORD | SDDV | 13 |
| 10/15/2023 16:47 | 989.614.0480 | INCOMING | SDDV | 6 |
| 10/15/2023 17:05 | 989.614.0480 | INCOMING | SDDV | 12 |
| 10/15/2023 18:00 | 701.690.4302 | DICKINSON | SDDV | 5 |
| 10/15/2023 18:24 | 701.495.1406 | INCOMING | SDDV | 2 |
| 10/15/2023 19:02 | 816.666.1094 | KANSASCITY | SDDV | 7 |
| 10/15/2023 19:52 | 701.863.6859 | INCOMING | SDDV | 6 |
| 10/16/2023 8:19 | 701.290.8137 | DICKINSON | SDDV | 6 |
| 10/16/2023 8:54 | 989.614.0480 | GAYLORD | SDDV | 8 |
| 10/16/2023 9:15 | 989.614.0480 | INCOMING | SDDV | 1 |
| 10/16/2023 9:33 | 701.300.0642 | DICKINSON | SDDV | 1 |
| 10/16/2023 10:26 | 701.264.9124 | DICKINSON | SDDV | 6 |
| 10/16/2023 11:49 | 989.614.0480 | GAYLORD | SDDV | 1 |
| 10/16/2023 12:25 | 816.666.1094 | INCOMING | SDDV | 1 |
| 10/16/2023 12:40 | 406.781.3684 | GREATFALLS | SDDV | 2 |
| 10/16/2023 12:44 | 970.623.0321 | GRAND JCT | SDDV | 1 |
| 10/16/2023 12:44 | 989.614.0480 | GAYLORD | SDDV | 4 |
| 10/16/2023 13:25 | 701.300.0642 | INCOMING | SDDV | 2 |
| 10/16/2023 14:00 | 989.614.0480 | INCOMING | SDDV | 2 |

| | | | | |
|---|---|---|---|---|
| 10/16/2023 15:04 | 701.260.4332 | DICKINSON | SDDV | 3 |
| 10/16/2023 15:17 | 701.264.9124 | DICKINSON | SDDV | 3 |
| 10/16/2023 15:45 | 952.210.6610 | TWINCITIES | SDDV | 10 |
| 10/16/2023 15:55 | 940.207.1905 | INCOMING | SDDV | 1 |
| 10/16/2023 15:56 | 701.264.9124 | DICKINSON | SDDV | 1 |
| 10/16/2023 15:57 | 979.595.7480 | BRYAN | SDDV | 1 |
| 10/16/2023 15:58 | 979.595.7480 | INCOMING | SDDV | 2 |
| 10/16/2023 16:14 | 417.527.2011 | INCOMING | SDDV | 1 |
| 10/16/2023 16:25 | 417.527.2011 | INCOMING | SDDV | 4 |
| 10/16/2023 16:39 | 940.207.1905 | INCOMING | SDDV | 2 |
| 10/16/2023 17:08 | 701.590.1283 | INCOMING | SDDV | 2 |
| 10/16/2023 17:51 | 989.614.0480 | INCOMING | SDDV | 6 |
| 10/16/2023 18:08 | 989.614.0480 | INCOMING | SDDV | 2 |
| 10/16/2023 18:44 | 701.301.9186 | CENTER | SDDV | 11 |
| 10/16/2023 19:02 | 701.300.0581 | DICKINSON | SDDV | 4 |
| 10/16/2023 21:12 | 803.554.6363 | ROCK HILL | SDDV | 1 |
| 10/16/2023 21:39 | 701.260.3208 | INCOMING | SDDV | 14 |
| 10/16/2023 22:12 | 989.858.0805 | VMAIL | SDDV | 1 |
| 10/17/2023 9:36 | 701.301.9186 | CENTER | SDDV | 1 |
| 10/17/2023 9:36 | 701.300.0581 | DICKINSON | SDDV | 1 |
| 10/17/2023 9:37 | 701.301.9186 | INCOMING | SDDV | 3 |
| 10/17/2023 9:40 | 701.260.3208 | DICKINSON | SDDV | 1 |
| 10/17/2023 9:44 | 701.300.0642 | DICKINSON | SDDV | 2 |
| 10/17/2023 9:49 | 701.300.0581 | INCOMING | SDDV | 1 |
| 10/17/2023 9:49 | 989.614.0480 | INCOMING | SDDV | 10 |
| 10/17/2023 11:26 | 701.301.9186 | INCOMING | SDDV | 18 |
| 10/17/2023 12:00 | 417.527.2011 | INCOMING | SDDV | 2 |
| 10/17/2023 12:14 | 701.264.9124 | INCOMING | SDDV | 1 |
| 10/17/2023 12:22 | 701.264.9124 | DICKINSON | SDDV | 1 |
| 10/17/2023 12:35 | 417.527.2011 | INCOMING | SDDV | 2 |
| 10/17/2023 13:24 | 912.502.2776 | INCOMING | SDDV | 24 |
| 10/17/2023 17:07 | 701.264.9124 | DICKINSON | SDDV | 1 |
| 10/17/2023 17:20 | 701.264.9124 | DICKINSON | SDDV | 10 |
| 10/17/2023 17:31 | 989.614.0480 | GAYLORD | SDDV | 1 |
| 10/17/2023 17:31 | 989.614.0480 | GAYLORD | SDDV | 1 |
| 10/17/2023 18:03 | 989.614.0480 | GAYLORD | SDDV | 7 |
| 10/17/2023 18:20 | 803.554.6363 | ROCK HILL | SDDV | 1 |
| 10/17/2023 18:21 | 701.301.9186 | CENTER | SDDV | 1 |
| 10/17/2023 18:21 | 803.554.6363 | INCOMING | SDDV | 17 |
| 10/17/2023 21:18 | 816.666.1094 | INCOMING | SDDV | 3 |
| 10/17/2023 21:30 | 816.666.1094 | INCOMING | SDDV | 14 |
| 10/17/2023 21:51 | 816.666.1094 | KANSASCITY | SDDV | 6 |
| 10/17/2023 22:17 | 701.590.0002 | INCOMING | SDDV | 16 |
| 10/18/2023 9:24 | 701.300.0642 | INCOMING | SDDV | 12 |
| 10/18/2023 10:00 | 701.290.6899 | INCOMING | SDDV | 4 |

| | | | | |
|---|---|---|---|---|
| 10/18/2023 10:03 | 989.614.0480 | GAYLORD | SDDV | 1 |
| 10/18/2023 10:15 | 989.614.0480 | INCOMING | SDDV | 3 |
| 10/18/2023 11:29 | 701.290.6899 | DICKINSON | SDDV | 4 |
| 10/18/2023 11:35 | 701.440.0418 | BOWMAN | SDDV | 1 |
| 10/18/2023 11:36 | 970.682.5387 | FT COLLINS | SDDV | 1 |
| 10/18/2023 11:41 | 701.290.6899 | INCOMING | SDDV | 2 |
| 10/18/2023 11:41 | 701.440.0418 | INCOMING | SDDV | 18 |
| 10/18/2023 11:59 | 989.614.0480 | INCOMING | SDDV | 15 |
| 10/18/2023 12:14 | 970.682.5387 | INCOMING | SDDV | 2 |
| 10/18/2023 12:21 | 701.264.9124 | DICKINSON | SDDV | 7 |
| 10/18/2023 12:28 | 701.440.0418 | INCOMING | SDDV | 3 |
| 10/18/2023 12:38 | 701.690.4302 | DICKINSON | SDDV | 3 |
| 10/18/2023 12:41 | 701.690.4302 | INCOMING | SDDV | 2 |
| 10/18/2023 13:17 | 701.590.9207 | INCOMING | SDDV | 8 |
| 10/18/2023 13:29 | 414.491.3015 | INCOMING | SDDV | 6 |
| 10/18/2023 13:43 | 701.690.4302 | INCOMING | SDDV | 4 |
| 10/18/2023 14:12 | 701.264.9124 | DICKINSON | SDDV | 1 |
| 10/18/2023 14:13 | 701.301.9186 | INCOMING | SDDV | 12 |
| 10/18/2023 14:40 | 816.666.1094 | KANSASCITY | SDDV | 4 |
| 10/18/2023 14:46 | 989.614.0480 | GAYLORD | SDDV | 4 |
| 10/18/2023 14:54 | 701.260.5431 | DICKINSON | SDDV | 8 |
| 10/18/2023 15:01 | 701.590.1283 | DICKINSON | SDDV | 6 |
| 10/18/2023 15:15 | 701.590.9207 | DICKINSON | SDDV | 1 |
| 10/18/2023 15:16 | 701.498.0710 | BISMARCK | SDDV | 16 |
| 10/18/2023 15:31 | 701.264.9124 | INCOMING | SDDV | 4 |
| 10/18/2023 15:37 | 701.301.9186 | CENTER | SDDV | 8 |
| 10/18/2023 15:44 | 701.264.9124 | DICKINSON | SDDV | 4 |
| 10/18/2023 16:46 | 989.614.0480 | GAYLORD | SDDV | 7 |
| 10/18/2023 17:06 | 701.260.5431 | DICKINSON | SDDV | 3 |
| 10/18/2023 17:16 | 952.210.6610 | TWINCITIES | SDDV | 1 |
| 10/18/2023 17:20 | 701.301.9186 | CENTER | SDDV | 26 |
| 10/18/2023 17:49 | 701.590.1283 | INCOMING | SDDV | 7 |
| 10/18/2023 18:27 | 701.690.4302 | DICKINSON | SDDV | 24 |
| 10/18/2023 18:50 | 989.614.0480 | GAYLORD | SDDV | 1 |
| 10/18/2023 18:52 | 989.614.0480 | INCOMING | SDDV | 9 |
| 10/18/2023 19:10 | 952.210.6610 | INCOMING | SDDV | 9 |
| 10/18/2023 19:18 | 989.614.0480 | INCOMING | SDDV | 9 |
| 10/18/2023 20:03 | 952.210.6610 | TWINCITIES | SDDV | 9 |
| 10/18/2023 23:35 | 701.260.2375 | INCOMING | SDDV | 13 |
| 10/19/2023 5:40 | 414.491.3015 | INCOMING | SDDV | 1 |
| 10/19/2023 6:26 | 414.491.3015 | INCOMING | SDDV | 1 |
| 10/19/2023 8:22 | 701.440.0418 | INCOMING | SDDV | 1 |
| 10/19/2023 8:27 | 414.491.3015 | MILWAUKEE | SDDV | 1 |
| 10/19/2023 8:29 | 989.614.0480 | GAYLORD | SDDV | 2 |
| 10/19/2023 8:31 | 701.264.9124 | DICKINSON | SDDV | 2 |

| | | | | |
|---|---|---|---|---|
| 10/19/2023 8:47 | 989.858.0805 | VMAIL | SDDV | 1 |
| 10/19/2023 8:53 | 701.264.9509 | INCOMING | SDDV | 2 |
| 10/19/2023 8:55 | 970.682.5387 | INCOMING | SDDV | 2 |
| 10/19/2023 9:07 | 970.682.5387 | INCOMING | SDDV | 1 |
| 10/19/2023 9:39 | 989.614.0480 | INCOMING | SDDV | 2 |
| 10/19/2023 9:41 | 989.614.0480 | INCOMING | SDDV | 6 |
| 10/19/2023 9:53 | 701.264.9509 | DICKINSON | SDDV | 1 |
| 10/19/2023 10:03 | 701.264.9509 | INCOMING | SDDV | 2 |
| 10/19/2023 10:28 | 989.614.0480 | INCOMING | SDDV | 4 |
| 10/19/2023 10:40 | 803.554.6363 | INCOMING | SDDV | 4 |
| 10/19/2023 10:43 | 701.690.4302 | INCOMING | SDDV | 6 |
| 10/19/2023 10:49 | 701.690.4302 | DICKINSON | SDDV | 2 |
| 10/19/2023 11:00 | 701.264.9509 | INCOMING | SDDV | 2 |
| 10/19/2023 11:30 | 701.690.4302 | INCOMING | SDDV | 3 |
| 10/19/2023 11:47 | 701.301.9186 | INCOMING | SDDV | 4 |
| 10/19/2023 11:54 | 701.260.3208 | INCOMING | SDDV | 2 |
| 10/19/2023 12:01 | 701.260.4332 | INCOMING | SDDV | 2 |
| 10/19/2023 12:40 | 417.527.2011 | INCOMING | SDDV | 2 |
| 10/19/2023 12:57 | 701.590.0254 | INCOMING | SDDV | 2 |
| 10/19/2023 13:06 | 701.590.1283 | DICKINSON | SDDV | 9 |
| 10/19/2023 13:17 | 435.703.4320 | INCOMING | SDDV | 3 |
| 10/19/2023 13:55 | 417.527.2011 | INCOMING | SDDV | 3 |
| 10/19/2023 14:36 | 417.527.2011 | BRANSON | SDDV | 5 |
| 10/19/2023 14:41 | 701.264.9124 | DICKINSON | SDDV | 2 |
| 10/19/2023 14:44 | 701.440.0418 | INCOMING | SDDV | 3 |
| 10/19/2023 14:54 | 701.590.9207 | INCOMING | SDDV | 2 |
| 10/19/2023 15:03 | 701.260.3208 | DICKINSON | SDDV | 1 |
| 10/19/2023 15:06 | 701.260.3208 | INCOMING | SDDV | 5 |
| 10/19/2023 15:12 | 701.590.1283 | DICKINSON | SDDV | 4 |
| 10/19/2023 15:16 | 701.590.3531 | DICKINSON | SDDV | 3 |
| 10/19/2023 15:23 | 989.614.0480 | INCOMING | SDDV | 1 |
| 10/19/2023 15:40 | 406.478.4620 | INCOMING | SDDV | 2 |
| 10/19/2023 15:41 | 989.614.0480 | INCOMING | SDDV | 8 |
| 10/19/2023 15:54 | 701.301.9186 | CENTER | SDDV | 8 |
| 10/19/2023 16:02 | 701.590.1283 | INCOMING | SDDV | 8 |
| 10/19/2023 16:16 | 701.260.3208 | INCOMING | SDDV | 1 |
| 10/19/2023 16:18 | 417.527.2011 | BRANSON | SDDV | 1 |
| 10/19/2023 16:20 | 701.264.9509 | INCOMING | SDDV | 1 |
| 10/19/2023 17:01 | 701.590.1283 | DICKINSON | SDDV | 9 |
| 10/19/2023 17:35 | 701.440.0418 | INCOMING | SDDV | 12 |
| 10/19/2023 17:47 | 989.614.0480 | GAYLORD | SDDV | 2 |
| 10/19/2023 17:50 | 701.290.6899 | DICKINSON | SDDV | 3 |
| 10/19/2023 18:19 | 701.690.4302 | INCOMING | SDDV | 2 |
| 10/19/2023 18:27 | 989.614.0480 | INCOMING | SDDV | 2 |
| 10/19/2023 18:43 | 701.264.9124 | INCOMING | SDDV | 2 |

| 10/19/2023 18:45 | 701.260.3208 | DICKINSON | SDDV | 6 |
|---|---|---|---|---|
| 10/19/2023 18:57 | 701.301.9186 | CENTER | SDDV | 9 |
| 10/19/2023 19:19 | 701.264.9509 | INCOMING | SDDV | 3 |
| 10/20/2023 4:33 | 701.260.5431 | INCOMING | SDDV | 2 |
| 10/20/2023 6:08 | 701.440.0418 | INCOMING | SDDV | 1 |
| 10/20/2023 7:55 | 701.590.9207 | INCOMING | SDDV | 3 |
| 10/20/2023 8:19 | 701.260.5431 | DICKINSON | SDDV | 4 |
| 10/20/2023 8:23 | 701.301.9186 | CENTER | SDDV | 7 |
| 10/20/2023 8:31 | 701.264.9124 | DICKINSON | SDDV | 3 |
| 10/20/2023 8:33 | 701.440.0418 | INCOMING | SDDV | 1 |
| 10/20/2023 8:51 | 701.260.5431 | DICKINSON | SDDV | 2 |
| 10/20/2023 9:01 | 989.858.0805 | VMAIL | SDDV | 2 |
| 10/20/2023 9:19 | 701.301.9186 | CENTER | SDDV | 8 |
| 10/20/2023 9:35 | 701.260.3208 | DICKINSON | SDDV | 3 |
| 10/20/2023 9:44 | 417.527.2011 | BRANSON | SDDV | 2 |
| 10/20/2023 9:50 | 701.264.9124 | DICKINSON | SDDV | 4 |
| 10/20/2023 9:54 | 989.614.0480 | GAYLORD | SDDV | 2 |
| 10/20/2023 9:58 | 989.614.0480 | GAYLORD | SDDV | 5 |
| 10/20/2023 10:21 | 816.666.1094 | INCOMING | SDDV | 2 |
| 10/20/2023 10:34 | 989.614.0480 | INCOMING | SDDV | 2 |
| 10/20/2023 10:37 | 701.440.0418 | INCOMING | SDDV | 1 |
| 10/20/2023 10:38 | 701.260.5431 | DICKINSON | SDDV | 4 |
| 10/20/2023 10:44 | 701.590.1283 | DICKINSON | SDDV | 2 |
| 10/20/2023 10:50 | 701.301.9186 | INCOMING | SDDV | 9 |
| 10/20/2023 10:58 | 989.614.0480 | INCOMING | SDDV | 1 |
| 10/20/2023 10:59 | 406.781.3684 | GREATFALLS | SDDV | 1 |
| 10/20/2023 11:03 | 406.781.3684 | INCOMING | SDDV | 5 |
| 10/20/2023 11:07 | 989.614.0480 | GAYLORD | SDDV | 2 |
| 10/20/2023 11:12 | 417.527.2011 | INCOMING | SDDV | 2 |
| 10/20/2023 11:52 | 701.264.9124 | INCOMING | SDDV | 1 |
| 10/20/2023 13:01 | 989.614.0480 | GAYLORD | SDDV | 1 |
| 10/20/2023 13:01 | 701.264.9124 | DICKINSON | SDDV | 2 |
| 10/20/2023 13:03 | 803.554.6363 | ROCK HILL | SDDV | 1 |
| 10/20/2023 13:04 | 701.690.6408 | DICKINSON | SDDV | 1 |
| 10/20/2023 13:05 | 701.690.6408 | DICKINSON | SDDV | 2 |
| 10/20/2023 13:07 | 701.260.3208 | DICKINSON | SDDV | 8 |
| 10/20/2023 13:14 | 803.554.6363 | INCOMING | SDDV | 4 |
| 10/20/2023 13:18 | 989.614.0480 | GAYLORD | SDDV | 1 |
| 10/20/2023 13:19 | 417.527.2011 | BRANSON | SDDV | 2 |
| 10/20/2023 13:23 | 989.614.0480 | INCOMING | SDDV | 10 |
| 10/20/2023 13:33 | 701.260.3208 | DICKINSON | SDDV | 1 |
| 10/20/2023 13:57 | 701.301.9186 | INCOMING | SDDV | 3 |
| 10/20/2023 14:15 | 701.301.9186 | INCOMING | SDDV | 21 |
| 10/20/2023 14:35 | 701.260.3208 | DICKINSON | SDDV | 3 |
| 10/20/2023 14:38 | 701.690.6408 | DICKINSON | SDDV | 3 |

| | | | | |
|---|---|---|---|---|
| 10/20/2023 14:41 | 701.290.6899 | DICKINSON | SDDV | 2 |
| 10/20/2023 14:43 | 701.264.9124 | DICKINSON | SDDV | 16 |
| 10/20/2023 16:15 | 701.301.9186 | INCOMING | SDDV | 12 |
| 10/20/2023 16:26 | 701.440.0418 | INCOMING | SDDV | 2 |
| 10/20/2023 17:22 | 989.614.0480 | INCOMING | SDDV | 5 |
| 10/20/2023 17:30 | 417.527.2011 | INCOMING | SDDV | 4 |
| 10/20/2023 17:34 | 417.527.2011 | INCOMING | SDDV | 6 |
| 10/20/2023 18:40 | 701.260.3208 | INCOMING | SDDV | 2 |
| 10/20/2023 19:07 | 417.527.2011 | BRANSON | SDDV | 2 |
| 10/20/2023 19:08 | 989.614.0480 | GAYLORD | SDDV | 19 |
| 10/20/2023 19:34 | 989.614.0480 | INCOMING | SDDV | 25 |
| 10/20/2023 20:45 | 303.881.7191 | INCOMING | SDDV | 2 |
| 10/21/2023 4:46 | 303.881.7191 | INCOMING | SDDV | 1 |
| 10/21/2023 5:02 | 701.301.9186 | CENTER | SDDV | 3 |
| 10/21/2023 6:28 | 701.301.9186 | INCOMING | SDDV | 3 |
| 10/21/2023 7:08 | 701.260.3208 | INCOMING | SDDV | 4 |
| 10/21/2023 7:18 | 701.260.3208 | DICKINSON | SDDV | 5 |
| 10/21/2023 7:23 | 701.260.3208 | INCOMING | SDDV | 4 |
| 10/21/2023 7:26 | 701.260.3208 | INCOMING | SDDV | 1 |
| 10/21/2023 7:41 | 701.260.3208 | DICKINSON | SDDV | 2 |
| 10/21/2023 7:50 | 417.527.2011 | BRANSON | SDDV | 4 |
| 10/21/2023 7:57 | 701.690.9474 | INCOMING | SDDV | 5 |
| 10/21/2023 8:31 | 417.527.2011 | BRANSON | SDDV | 4 |
| 10/21/2023 8:40 | 989.614.0480 | INCOMING | SDDV | 14 |
| 10/21/2023 8:53 | 701.260.3208 | DICKINSON | SDDV | 4 |
| 10/21/2023 8:57 | 701.300.0581 | DICKINSON | SDDV | 1 |
| 10/21/2023 9:34 | 701.301.9186 | INCOMING | SDDV | 4 |
| 10/21/2023 11:54 | 701.690.3988 | DICKINSON | SDDV | 1 |
| 10/21/2023 11:55 | 701.690.3988 | DICKINSON | SDDV | 1 |
| 10/21/2023 11:56 | 701.690.3988 | INCOMING | SDDV | 3 |
| 10/21/2023 12:08 | 701.690.3988 | INCOMING | SDDV | 1 |
| 10/21/2023 12:20 | 701.264.9124 | DICKINSON | SDDV | 3 |
| 10/21/2023 13:02 | 701.690.3988 | INCOMING | SDDV | 1 |
| 10/21/2023 13:24 | 417.527.2011 | INCOMING | SDDV | 1 |
| 10/21/2023 13:35 | 417.527.2011 | INCOMING | SDDV | 1 |
| 10/21/2023 14:09 | 701.690.4302 | INCOMING | SDDV | 10 |
| 10/21/2023 18:09 | 701.690.6408 | INCOMING | SDDV | 3 |
| 10/21/2023 19:59 | 701.690.4302 | DICKINSON | SDDV | 33 |
| 10/22/2023 2:59 | 954.614.9875 | INCOMING | SDDV | 2 |
| 10/22/2023 3:06 | 954.614.9875 | INCOMING | SDDV | 1 |
| 10/22/2023 7:36 | 701.590.9207 | INCOMING | SDDV | 3 |
| 10/22/2023 7:39 | 701.264.9509 | DICKINSON | SDDV | 4 |
| 10/22/2023 7:43 | 989.614.0480 | GAYLORD | SDDV | 22 |
| 10/22/2023 9:33 | 701.440.0418 | INCOMING | SDDV | 1 |
| 10/22/2023 9:35 | 701.301.9186 | CENTER | SDDV | 1 |

| | | | | |
|---|---|---|---|---|
| 10/22/2023 9:43 | 701.301.9186 | CENTER | SDDV | 1 |
| 10/22/2023 9:44 | 701.301.9186 | INCOMING | SDDV | 2 |
| 10/22/2023 9:46 | 701.690.3988 | INCOMING | SDDV | 12 |
| 10/22/2023 9:58 | 701.690.3988 | INCOMING | SDDV | 1 |
| 10/22/2023 10:11 | 417.527.2011 | INCOMING | SDDV | 3 |
| 10/22/2023 10:15 | 701.260.4332 | DICKINSON | SDDV | 1 |
| 10/22/2023 12:25 | 989.614.0480 | INCOMING | SDDV | 10 |
| 10/22/2023 13:24 | 701.301.9186 | INCOMING | SDDV | 1 |
| 10/22/2023 13:25 | 701.440.0418 | BOWMAN | SDDV | 1 |
| 10/22/2023 13:55 | 417.527.2011 | INCOMING | SDDV | 2 |
| 10/22/2023 13:57 | 701.260.3208 | INCOMING | SDDV | 5 |
| 10/22/2023 14:35 | 701.301.9186 | INCOMING | SDDV | 1 |
| 10/22/2023 16:01 | 989.614.0480 | INCOMING | SDDV | 1 |
| 10/22/2023 16:50 | 701.590.9207 | DICKINSON | SDDV | 2 |
| 10/22/2023 16:52 | 989.614.0480 | GAYLORD | SDDV | 13 |
| 10/22/2023 17:05 | 701.301.9186 | INCOMING | SDDV | 1 |
| 10/22/2023 18:10 | 701.690.3988 | INCOMING | SDDV | 1 |
| 10/22/2023 18:13 | 605.467.0919 | MILBANK | SDDV | 1 |
| 10/22/2023 18:13 | 701.260.2375 | DICKINSON | SDDV | 1 |
| 10/22/2023 18:18 | 701.260.2375 | INCOMING | SDDV | 2 |
| 10/22/2023 18:42 | 701.690.3988 | DICKINSON | SDDV | 10 |
| 10/22/2023 18:57 | 701.264.9124 | DICKINSON | SDDV | 21 |
| 10/22/2023 20:27 | 701.690.3988 | INCOMING | SDDV | 2 |
| 10/22/2023 20:42 | 952.210.6610 | INCOMING | SDDV | 21 |
| 10/22/2023 21:51 | 701.690.3988 | INCOMING | SDDV | 1 |
| 10/22/2023 23:57 | 701.300.0642 | INCOMING | SDDV | 6 |
| 10/23/2023 0:04 | 701.300.0642 | INCOMING | SDDV | 3 |
| 10/23/2023 9:36 | 989.614.0480 | INCOMING | SDDV | 4 |
| 10/23/2023 11:47 | 701.301.9186 | INCOMING | SDDV | 10 |
| 10/23/2023 11:56 | 701.440.0418 | INCOMING | SDDV | 1 |
| 10/23/2023 12:25 | 803.554.6363 | ROCK HILL | SDDV | 22 |
| 10/23/2023 13:02 | 989.614.0480 | INCOMING | SDDV | 2 |
| 10/23/2023 13:30 | 701.690.3988 | DICKINSON | SDDV | 2 |
| 10/23/2023 13:32 | 803.554.6363 | ROCK HILL | SDDV | 1 |
| 10/23/2023 13:38 | 803.554.6363 | INCOMING | SDDV | 4 |
| 10/23/2023 14:45 | 701.320.9228 | INCOMING | SDDV | 2 |
| 10/23/2023 14:47 | 417.527.2011 | BRANSON | SDDV | 2 |
| 10/23/2023 14:52 | 989.614.0480 | INCOMING | SDDV | 1 |
| 10/23/2023 14:56 | 989.614.0480 | INCOMING | SDDV | 4 |
| 10/23/2023 15:30 | 406.781.3684 | INCOMING | SDDV | 3 |
| 10/23/2023 16:23 | 701.440.0418 | INCOMING | SDDV | 1 |
| 10/23/2023 17:58 | 701.440.0418 | INCOMING | SDDV | 2 |
| 10/23/2023 18:02 | 417.527.2011 | INCOMING | SDDV | 1 |
| 10/23/2023 18:24 | 417.527.2011 | INCOMING | SDDV | 11 |
| 10/23/2023 18:37 | 912.502.2776 | INCOMING | SDDV | 18 |

| | | | | |
|---|---|---|---|---|
| 10/23/2023 19:06 | 701.421.0211 | INCOMING | SDDV | 9 |
| 10/23/2023 19:19 | 989.614.0480 | INCOMING | SDDV | 3 |
| 10/23/2023 19:21 | 417.527.2011 | BRANSON | SDDV | 1 |
| 10/23/2023 19:35 | 417.527.2011 | INCOMING | SDDV | 2 |
| 10/23/2023 19:38 | 701.300.0581 | DICKINSON | SDDV | 1 |
| 10/23/2023 19:41 | 803.554.6363 | ROCK HILL | SDDV | 19 |
| 10/24/2023 4:21 | 303.881.7191 | INCOMING | SDDV | 1 |
| 10/24/2023 5:43 | 701.440.0418 | INCOMING | SDDV | 1 |
| 10/24/2023 5:46 | 701.301.9186 | CENTER | SDDV | 1 |
| 10/24/2023 7:02 | 989.858.0805 | VMAIL | SDDV | 1 |
| 10/24/2023 7:03 | 701.440.0855 | BOWMAN | SDDV | 3 |
| 10/24/2023 7:07 | 701.300.0581 | DICKINSON | SDDV | 3 |
| 10/24/2023 7:20 | 417.527.2011 | BRANSON | SDDV | 2 |
| 10/24/2023 8:10 | 701.590.1283 | DICKINSON | SDDV | 1 |
| 10/24/2023 8:25 | 701.690.9474 | DICKINSON | SDDV | 1 |
| 10/24/2023 8:27 | 701.690.9474 | INCOMING | SDDV | 2 |
| 10/24/2023 8:34 | 701.690.9474 | INCOMING | SDDV | 2 |
| 10/24/2023 8:57 | 989.614.0480 | GAYLORD | SDDV | 1 |
| 10/24/2023 8:59 | 701.651.6689 | WILLISTON | SDDV | 1 |
| 10/24/2023 9:00 | 989.614.0480 | INCOMING | SDDV | 8 |
| 10/24/2023 9:15 | 701.260.4332 | DICKINSON | SDDV | 1 |
| 10/24/2023 9:30 | 701.260.4332 | INCOMING | SDDV | 4 |
| 10/24/2023 10:40 | 208.705.4333 | POCATELLO | SDDV | 1 |
| 10/24/2023 11:20 | 989.614.0480 | INCOMING | SDDV | 2 |
| 10/24/2023 12:10 | 406.781.3684 | INCOMING | SDDV | 2 |
| 10/24/2023 12:16 | 701.440.0418 | INCOMING | SDDV | 3 |
| 10/24/2023 12:25 | 701.260.3208 | DICKINSON | SDDV | 1 |
| 10/24/2023 12:46 | 989.614.0480 | GAYLORD | SDDV | 1 |
| 10/24/2023 13:06 | 701.301.9186 | CENTER | SDDV | 5 |
| 10/24/2023 13:11 | 701.260.3208 | INCOMING | SDDV | 8 |
| 10/24/2023 13:19 | 701.260.5431 | DICKINSON | SDDV | 1 |
| 10/24/2023 13:32 | 701.440.0418 | INCOMING | SDDV | 2 |
| 10/24/2023 14:03 | 989.858.0805 | VMAIL | SDDV | 1 |
| 10/24/2023 14:21 | 385.333.2898 | OGDEN MAIN | SDDV | 1 |
| 10/24/2023 14:22 | 816.666.1094 | INCOMING | SDDV | 4 |
| 10/24/2023 14:28 | 701.690.3758 | INCOMING | SDDV | 2 |
| 10/24/2023 15:00 | 208.705.4333 | POCATELLO | SDDV | 5 |
| 10/24/2023 15:11 | 989.614.0480 | INCOMING | SDDV | 1 |
| 10/24/2023 15:12 | 208.705.4333 | INCOMING | SDDV | 3 |
| 10/24/2023 15:14 | 989.614.0480 | GAYLORD | SDDV | 3 |
| 10/24/2023 15:21 | 417.527.2011 | INCOMING | SDDV | 1 |
| 10/24/2023 15:25 | 417.527.2011 | INCOMING | SDDV | 1 |
| 10/24/2023 15:47 | 404.276.9449 | INCOMING | SDDV | 2 |
| 10/24/2023 15:53 | 417.527.2011 | INCOMING | SDDV | 5 |
| 10/24/2023 15:58 | 701.260.3208 | DICKINSON | SDDV | 1 |

| | | | | |
|---|---|---|---|---|
| 10/24/2023 16:53 | 701.264.9124 | INCOMING | SDDV | 13 |
| 10/24/2023 17:06 | 701.264.0054 | DICKINSON | SDDV | 1 |
| 10/24/2023 17:13 | 701.264.0054 | INCOMING | SDDV | 4 |
| 10/24/2023 17:19 | 701.590.4708 | DICKINSON | SDDV | 69 |
| 10/24/2023 18:29 | 803.554.6363 | ROCK HILL | SDDV | 6 |
| 10/24/2023 18:37 | 989.614.0480 | GAYLORD | SDDV | 17 |
| 10/24/2023 18:54 | 701.260.3208 | DICKINSON | SDDV | 1 |
| 10/24/2023 19:18 | 701.301.9186 | CENTER | SDDV | 9 |
| 10/24/2023 19:51 | 816.666.1094 | INCOMING | SDDV | 4 |
| 10/24/2023 20:34 | 989.614.0480 | GAYLORD | SDDV | 3 |
| 10/24/2023 20:43 | 701.260.3208 | DICKINSON | SDDV | 19 |
| 10/24/2023 21:07 | 701.260.3208 | DICKINSON | SDDV | 1 |
| 10/24/2023 21:10 | 701.260.3208 | INCOMING | SDDV | 4 |
| 10/24/2023 21:14 | 701.955.8873 | BISMARCK | SDDV | 3 |
| 10/24/2023 21:40 | 701.260.3208 | DICKINSON | SDDV | 11 |
| 10/25/2023 8:42 | 701.301.9186 | INCOMING | SDDV | 7 |
| 10/25/2023 9:35 | 701.690.6408 | DICKINSON | SDDV | 7 |
| 10/25/2023 9:54 | 417.527.2011 | BRANSON | SDDV | 6 |
| 10/25/2023 9:59 | 701.264.9124 | INCOMING | SDDV | 11 |
| 10/25/2023 10:32 | 701.301.9186 | CENTER | SDDV | 1 |
| 10/25/2023 10:33 | 701.264.9124 | DICKINSON | SDDV | 5 |
| 10/25/2023 10:40 | 989.858.0805 | VMAIL | SDDV | 1 |
| 10/25/2023 10:46 | 701.290.8137 | INCOMING | SDDV | 4 |
| 10/25/2023 10:49 | 541.217.7836 | INCOMING | SDDV | 2 |
| 10/25/2023 10:50 | 989.614.0480 | GAYLORD | SDDV | 1 |
| 10/25/2023 10:52 | 417.527.2011 | INCOMING | SDDV | 3 |
| 10/25/2023 10:54 | 989.614.0480 | INCOMING | SDDV | 5 |
| 10/25/2023 11:00 | 816.666.1094 | KANSASCITY | SDDV | 9 |
| 10/25/2023 11:21 | 989.614.0480 | INCOMING | SDDV | 9 |
| 10/25/2023 11:36 | 701.690.6192 | INCOMING | SDDV | 1 |
| 10/25/2023 11:36 | 701.690.6192 | INCOMING | SDDV | 6 |
| 10/25/2023 11:43 | 989.614.0480 | GAYLORD | SDDV | 2 |
| 10/25/2023 11:44 | 701.264.9124 | DICKINSON | SDDV | 2 |
| 10/25/2023 11:46 | 417.527.2011 | BRANSON | SDDV | 4 |
| 10/25/2023 11:49 | 701.301.9186 | CENTER | SDDV | 8 |
| 10/25/2023 13:25 | 701.264.9124 | DICKINSON | SDDV | 5 |
| 10/25/2023 13:37 | 701.264.9509 | DICKINSON | SDDV | 1 |
| 10/25/2023 13:40 | 701.301.9186 | INCOMING | SDDV | 2 |
| 10/25/2023 13:48 | 989.614.0480 | GAYLORD | SDDV | 3 |
| 10/25/2023 13:51 | 701.264.9509 | INCOMING | SDDV | 2 |
| 10/25/2023 13:59 | 920.647.1073 | WAUTOMA | SDDV | 6 |
| 10/25/2023 15:18 | 701.264.9124 | DICKINSON | SDDV | 7 |
| 10/25/2023 16:37 | 701.264.9124 | DICKINSON | SDDV | 6 |
| 10/25/2023 16:43 | 989.614.0480 | GAYLORD | SDDV | 4 |
| 10/25/2023 16:47 | 803.554.6363 | ROCK HILL | SDDV | 7 |

| 10/25/2023 16:54 | 701.264.9124 | DICKINSON | SDDV | 1 |
|---|---|---|---|---|
| 10/25/2023 17:35 | 701.264.9124 | DICKINSON | SDDV | 2 |
| 10/25/2023 17:42 | 701.301.9186 | CENTER | SDDV | 17 |
| 10/25/2023 18:00 | 816.666.1094 | INCOMING | SDDV | 4 |
| 10/25/2023 18:34 | 417.527.2011 | BRANSON | SDDV | 4 |
| 10/25/2023 18:48 | 417.527.2011 | INCOMING | SDDV | 2 |
| 10/25/2023 20:06 | 701.301.9186 | CENTER | SDDV | 54 |
| 10/25/2023 20:59 | 701.264.9124 | DICKINSON | SDDV | 4 |
| 10/25/2023 21:03 | 417.527.2011 | BRANSON | SDDV | 11 |
| 10/25/2023 21:14 | 701.264.9124 | INCOMING | SDDV | 5 |
| 10/25/2023 21:29 | 417.527.2011 | INCOMING | SDDV | 3 |
| 10/25/2023 21:32 | 701.264.9124 | DICKINSON | SDDV | 5 |

# Gate City Bank

### For a Better Way of Life.®

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

Statement Date          JAN 01-JAN 31, 2022
Account Number         **********3144
Page 1 of 18



EXHIBIT
**16**
R. Fetting

STARK ENERGY INC
1860 4TH AVE E
PO BOX 748
DICKINSON  ND  58602

**Paydays Just Got Better.**
Receive your paycheck up to two days early! Learn how by visiting
**GateCity.Bank/Checking/EarlyPayday**.

## Totally FREE Business Checking **********3144

| | | | |
|---|---|---|---|
| Starting Balance | 25,321.15 | Interest Earned 01-01-2022 through 01-31-2022 | 0.00 |
| Deposits | 1,595,466.05 | Average Daily Balance During this period | 0.00 |
| Withdrawals | 1,317,448.47 | Interest Rate | 0.00% |
| Service Charges | 1,157.00 | Interest Earned Y-T-D | 0.00 |
| Interest | 0.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 302,181.73 | | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| | | Starting Balance | | | 25,321.15 |
| 12/31 | 12/31 | Point Of Sale Withdrawal  TRACTOR SUPPLY 506 WESTVIEW LN    STANLEY  NDUS Card #7626 | 79.86 | | 25,241.29 |
| 12/31 | 12/31 | Point Of Sale Withdrawal  BENZ OIL CO. 7017645556    NDUS Card #8436 | 1,498.00 | | 23,743.29 |
| 01/01 | 01/01 | Point Of Sale Withdrawal  CENEX F U OIL 07061KILLDEER      NDUS Card #7626 | 20.16 | | 23,723.13 |
| 01/01 | 01/01 | Point Of Sale Withdrawal  CENEX FUOC OF 07054STANLEY      NDUS Card #7626 | 76.12 | | 23,647.01 |
| 01/01 | 01/01 | Point Of Sale Withdrawal  HOLIDAY STATIONS 04STANLEY       NDUS Card #7626 | 108.28 | | 23,538.73 |
| 01/01 | 01/01 | Point Of Sale Withdrawal  HOLIDAY STATIONS 04STANLEY       NDUS Card #7626 | 100.14 | | 23,438.59 |
| 01/01 | 01/01 | Point Of Sale Withdrawal  CENEX F U OIL 07061KILLDEER      NDUS Card #7626 | 32.74 | | 23,405.85 |
| 01/01 | 01/01 | Point Of Sale Withdrawal  PILOT 00005MINOT      NDUS Card #7626 | 55.49 | | 23,350.36 |
| 01/01 | 01/01 | Point Of Sale Withdrawal  CASH APP*COLLIN CRA4153753176      CAUS Card #7626 | 400.00 | | 22,950.36 |
| 01/01 | 01/01 | Point Of Sale Withdrawal  Minot Parts 7018372800    NDUS Card #7626 | 236.73 | | 22,713.63 |

701-293-2400 • 800-423-3344 • gatecity.bank

Member FDIC

EQUAL HOUSING LENDER

GC 0558

# Gate City Bank

## For a Better Way of Life.®

P.O. Box 2847 • Fargo, ND 58108-2847

**This form is provided to help you balance your checking or savings account. It is important that the balance shown on your records agrees with our records. The reconciliation of this statement with your records is essential. Any error or exception should be reported immediately.**

### Checks or Withdrawals Standing • Not reflected on this statement

| CHECK #/WITHDRAWAL | AMOUNT | | CHECK #/WITHDRAWAL | AMOUNT | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | $ | | TOTAL | $ | |

Month _____ 20 _____

Be sure to adjust your account
register balance to reflect any
service charge or interest show
on this statement

Balance shown
on this statement                    $ _____

Add + Deposits not
shown on this statement           $ _____

Total                                        $ _____

Subtract - Checks or withdrawals      $ _____
outstanding

Balance                                     $ _____
Balance should agree with account register balance

≈

---

### Information for Consumer Accounts with Electronic Transfers

**In case of errors or questions about your electronic transfers:** Telephone us at 1-800-423-3344 or write us at Gate City Bank 500 2nd Avenue North, Fargo, ND 58102, as soon as you can. If you think your receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the first statement on which the error appeared.

1. Tell us your name and account number
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
3. Tell us the dollar amount of the suspected error
4. Sign and date

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if the account has been open for 30 calendar days or less) to do this, we will credit your account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

---

### Billing Rights Summary

**Information for customers with overdraft protection:** No finance charge will be incurred if there is no loan balance outstanding. The finance charge will begin on the day a loan or advance is processed by the Bank and will continue to accrue until all loan balances are paid in full. An annual maintenance fee will be assessed regardless of whether or not you use the account. Unless prior notification is received, the annual maintenance fee will be assessed on July 1st of each year as a debit through your checking account. If funds are not available we will advance your overdraft protection account.

**In case of errors or questions about your statement:** If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address on this statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

1. Your name and account number
2. The dollar amount of the suspected error
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
4. Sign and date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Line of credit disclosure:** Finance charges are computed on the average daily balance. The average daily balance is determined by dividing the sum of the daily outstanding principal balances less finance charges and service charges by the number of days in the billing period. The total amount of the finance charge for the billing period is computed by multiplying the principal by the daily periodic rate. The periodic rate may vary.

CC-604 (R 11/18)

701-293-2400 • 800-423-3344 • gatecity.bank



EQUAL HOUSING
LENDER  Member FDIC

GC 0559

# Gate City Bank

### For a Better Way of Life.®

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | JAN 01-JAN 31, 2022 |
| Account Number | **********3144 |
| Page 2 of 18 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 01/01 | 01/01 | Point Of Sale Withdrawal  Minot Parts 7018372800    NDUS Card #7626 | 27.47 | | 22,686.16 |
| 01/02 | 01/02 | Point Of Sale Withdrawal  CENEX FUOC OF 07054STANLEY    NDUS Card #7626 | 14.71 | | 22,671.45 |
| 01/02 | 01/02 | Point Of Sale Withdrawal  CASH APP*COLLIN CRA4153753176    CAUS Card #7626 | 400.00 | | 22,271.45 |
| 01/03 | 01/03 | Point Of Sale Withdrawal  CASH APP*COLLIN CRA4153753176    CAUS Card #7626 | 123.15 | | 22,148.30 |
| 01/03 | 01/03 | External Withdrawal FUND4LESS LLC  - F4L10008 S  F4L10008 Stark | 899.40 | | 21,248.90 |
| 01/03 | 01/03 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 17,748.90 |
| 01/03 | 01/03 | External Withdrawal Financial Pacifi  - LEASE PYMT 1-1703747-301 | 1,511.42 | | 16,237.48 |
| 01/03 | 01/03 | External Withdrawal QuickFee-Mahoney  - VENDOR PMT  930225 | 3,000.00 | | 13,237.48 |
| 01/03 | 01/03 | External Withdrawal Delta Bridge Fun  - Delta Brid  DEB279289 | 2,045.00 | | 11,192.48 |
| 01/03 | 01/03 | External Withdrawal Fundamental Cap  - 2122010747  96083877 | 200.00 | | 10,992.48 |
| 01/03 | 01/03 | External Withdrawal Fundamental Cap  - 2122010747  96083882 | 1,800.00 | | 9,192.48 |
| 01/03 | 01/03 | Wire Transfer Deposit 53722148 | | 6,667.65 | 15,860.13 |
| 01/03 | 01/03 | Incoming Wire Fee Incoming Wire Fee 53722148 | 15.00 | | 15,845.13 |
| 01/03 | 01/03 | Withdrawal | 2,372.59 | | 13,472.54 |
| 01/03 | 01/03 | Withdrawal FUEL | 300.00 | | 13,172.54 |
| 01/03 | 01/03 | Withdrawal | 2,548.09 | | 10,624.45 |
| 01/03 | 01/03 | Withdrawal Fuel | 300.00 | | 10,324.45 |
| 01/03 | 01/03 | Withdrawal advance | 4,500.00 | | 5,824.45 |
| 01/03 | 01/03 | Withdrawal fuel | 2,000.00 | | 3,824.45 |
| 01/03 | 01/03 | Point Of Sale Withdrawal  WM SUPERCENTER Wal-Mart Super CentDICKINSON    NDUS Card #8436 | 16.00 | | 3,808.45 |
| 01/03 | 01/03 | Point Of Sale Withdrawal  WM SUPERCENTER Wal-Mart Super CentDICKINSON    NDUS Card #8436 | 14.01 | | 3,794.44 |
| 01/04 | 01/04 | Withdrawal 1286855 | 1,812.94 | | 1,981.50 |
| 01/04 | 01/04 | Point Of Sale Withdrawal  KEEPTRUCKIN ELD&FLE855-434-3564  CAUS Card #7626 | 145.00 | | 1,836.50 |
| 01/04 | 01/04 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | -1,663.50 |
| 01/04 | 01/04 | NSF Fee  External Withdrawal (Paid)Amerifi Capital  - STARK ENER | 32.00 | | -1,695.50 |
| 01/04 | 01/04 | External Withdrawal FUND4LESS LLC - F4L10008 S  F4L10008 Stark | 899.40 | | -2,594.90 |
| 01/04 | 01/04 | External Withdrawal FUND4LESS LLC - F4L10008 S  F4L10008 Stark (Rejected) | | 899.40 | -1,695.50 |

701-293-2400 • 800-423-3344 • gatecity.bank

Member FDIC    EQUAL HOUSING LENDER

GC 0560

# Gate City Bank

### For a Better Way of Life.®

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | JAN 01-JAN 31, 2022 |
| Account Number | **********3144 |
| Page 3 of 18 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 01/04 | 01/04 | NSF Fee  External Withdrawal (Paid)FUND4LESS LLC - F4L10008 S F4L10008 Stark | 32.00 | | -1,727.50 |
| 01/04 | 01/04 | External Withdrawal NORTH STAR  - INS PREM | 134.87 | | -1,862.37 |
| 01/04 | 01/04 | NSF Fee  External Withdrawal (Paid)NORTH STAR  - INS PREM | 32.00 | | -1,894.37 |
| 01/04 | 01/04 | External Withdrawal ACCNT SERV 2201042 - EBILLPYMTS  4629601 | 723.66 | | -2,618.03 |
| 01/04 | 01/04 | External Withdrawal ACCNT SERV 2201042 - EBILLPYMTS  4629601 (Rejected) | | 723.66 | -1,894.37 |
| 01/04 | 01/04 | NSF Fee  External Withdrawal (Paid)ACCNT SERV          2201042 - EBILLPYMTS  4629601 | 32.00 | | -1,926.37 |
| 01/04 | 01/04 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | -5,426.37 |
| 01/04 | 01/04 | External Withdrawal Amerifi Capital  - STARK ENER   (Rejected) | | 3,500.00 | -1,926.37 |
| 01/04 | 01/04 | NSF Fee  External Withdrawal (Paid)Amerifi Capital  - STARK ENER | 32.00 | | -1,958.37 |
| 01/04 | 01/04 | External Withdrawal Delta Bridge Fun  - Delta Brid  DEB281674 | 2,045.00 | | -4,003.37 |
| 01/04 | 01/04 | External Withdrawal Delta Bridge Fun  - Delta Brid  DEB281674 (Rejected) | | 2,045.00 | -1,958.37 |
| 01/04 | 01/04 | NSF Fee  External Withdrawal (Paid)Delta Bridge Fun  - Delta Brid  DEB281674 | 32.00 | | -1,990.37 |
| 01/04 | 01/04 | External Withdrawal PAYROLL  - PAYROLL 8611730 | 515.20 | | -2,505.57 |
| 01/04 | 01/04 | External Withdrawal PAYROLL  - PAYROLL 8611730 (Rejected) | | 515.20 | -1,990.37 |
| 01/04 | 01/04 | NSF Fee  External Withdrawal (Paid)PAYROLL  - PAYROLL  8611730 | 32.00 | | -2,022.37 |
| 01/04 | 01/04 | External Withdrawal Fundamental Cap  - 2122010747  96130367 | 1,800.00 | | -3,822.37 |
| 01/04 | 01/04 | External Withdrawal Fundamental Cap  - 2122010747  96130367 (Rejected) | | 1,800.00 | -2,022.37 |
| 01/04 | 01/04 | NSF Fee  External Withdrawal (Paid)Fundamental Cap  - 2122010747 96130367 | 32.00 | | -2,054.37 |
| 01/04 | 01/04 | External Withdrawal Fundamental Cap  - 2122010747  96130383 | 200.00 | | -2,254.37 |
| 01/04 | 01/04 | NSF Fee  External Withdrawal (Paid)Fundamental Cap  - 2122010747 96130383 | 32.00 | | -2,286.37 |
| 01/04 | 01/04 | Point Of Sale Withdrawal  STANLEY AUTO 003765STANLEY        NDUS Card #7626 | 176.77 | | -2,463.14 |
| 01/04 | 01/04 | NSF Fee  STANLEY AUTO 003765STANLEY        NDUS | 32.00 | | -2,495.14 |
| 01/04 | 01/04 | Deposit Internet Transfer from xx5667 CK | | 50,000.00 | 47,504.86 |
| 01/04 | 01/04 | Withdrawal Payroll 12/11/21-12/24/21 | 1,851.54 | | 45,653.32 |

Member FDIC    EQUAL HOUSING LENDER

GC 0561

# Gate City Bank
### For a Better Way of Life.®
P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

Statement Date          JAN 01-JAN 31, 2022
Account Number          **********3144
Page 4 of 18

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|-----------|-----------|------------------------|------------|---------|---------|
| 01/04 | 01/04 | Wire Transfer Withdrawal 25601 | 5,427.64 | | 40,225.68 |
| 01/04 | 01/04 | Deposit | | 2,513.00 | 42,738.68 |
| 01/04 | 01/04 | Withdrawal | 2,548.09 | | 40,190.59 |
| 01/04 | 01/04 | Check 3337 | 476.91 | | 39,713.68 |
| 01/04 | 01/04 | Check 3320 | 63.98 | | 39,649.70 |
| 01/04 | 01/04 | Check 3333 | 10,116.00 | | 29,533.70 |
| 01/04 | 01/04 | Check 3334 | 3,208.00 | | 26,325.70 |
| 01/05 | 01/05 | External Withdrawal Amerifi Capital - STARK ENER | 3,500.00 | | 22,825.70 |
| 01/05 | 01/05 | External Withdrawal FUND4LESS LLC - F4L10008 S  F4L10008 Stark | 899.40 | | 21,926.30 |
| 01/05 | 01/05 | External Withdrawal Delta Bridge Fun - Delta Brid  DEB284090 | 2,045.00 | | 19,881.30 |
| 01/05 | 01/05 | External Withdrawal Fundamental Cap - 2122010747  96147759 | 1,800.00 | | 18,081.30 |
| 01/05 | 01/05 | External Withdrawal Fundamental Cap - 2122010747  96147790 | 200.00 | | 17,881.30 |
| 01/05 | 01/05 | External Withdrawal CANCAPITAL877-30 4INFO 949-440-4667 - PREAUTHPMT NEWLOGIC | 3,817.83 | | 14,063.47 |
| 01/05 | 01/05 | Point Of Sale Withdrawal  PREPASS SAFETY ALLI8007737277    AZUS Card #7626 | 1,497.81 | | 12,565.66 |
| 01/04 | 01/04 | External Withdrawal Fundamental Cap - 2122010747  96130367 | 1,800.00 | | 10,765.66 |
| 01/04 | 01/04 | External Withdrawal PAYROLL - PAYROLL 8611730 | 515.20 | | 10,250.46 |
| 01/04 | 01/04 | External Withdrawal Delta Bridge Fun - Delta Brid  DEB281674 | 2,045.00 | | 8,205.46 |
| 01/04 | 01/04 | External Withdrawal Amerifi Capital - STARK ENER | 3,500.00 | | 4,705.46 |
| 01/04 | 01/04 | External Withdrawal ACCNT SERV 2201042 - EBILLPYMTS  4629601 | 723.66 | | 3,981.80 |
| 01/04 | 01/04 | External Withdrawal NORTH STAR - INS PREM  (Rejected) | | 134.87 | 4,116.67 |
| 01/04 | 01/04 | External Withdrawal Amerifi Capital - STARK ENER   (Rejected) | | 3,500.00 | 7,616.67 |
| 01/04 | 01/04 | External Withdrawal NORTH STAR - INS PREM | 134.87 | | 7,481.80 |
| 01/04 | 01/04 | External Withdrawal FUND4LESS LLC - F4L10008 S  F4L10008 Stark | 899.40 | | 6,582.40 |
| 01/04 | 01/04 | External Withdrawal Amerifi Capital - STARK ENER | 3,500.00 | | 3,082.40 |
| 01/05 | 01/05 | Check 3248 | 328.15 | | 2,754.25 |
| 01/05 | 01/05 | Check 3323 | 323.31 | | 2,430.94 |
| 01/05 | 01/05 | Check 3324 | 328.15 | | 2,102.79 |
| 01/06 | 01/06 | External Withdrawal Amerifi Capital - STARK ENER | 3,500.00 | | -1,397.21 |
| 01/06 | 01/06 | NSF Fee  External Withdrawal (Paid)Amerifi Capital - STARK ENER | 32.00 | | -1,429.21 |

701-293-2400 • 800-423-3344 • gatecity.bank

Member FDIC

GC 0562

# Gate City Bank

**For a Better Way of Life.®**

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | JAN 01-JAN 31, 2022 |
| Account Number | **********3144 |
| Page 5 of 18 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 01/06 | 01/06 | External Withdrawal FUND4LESS LLC - F4L10008 S  F4L10008 Stark | 899.40 | | -2,328.61 |
| 01/06 | 01/06 | NSF Fee  External Withdrawal (Paid)FUND4LESS LLC - F4L10008 S F4L10008 Stark | 32.00 | | -2,360.61 |
| 01/06 | 01/06 | External Withdrawal QuickFee-Mahoney - VENDOR PMT  933522 | 1,045.09 | | -3,405.70 |
| 01/06 | 01/06 | External Withdrawal QuickFee-Mahoney - VENDOR PMT  933522 (Rejected) | | 1,045.09 | -2,360.61 |
| 01/06 | 01/06 | NSF Fee  External Withdrawal (Returned)QuickFee-Mahoney - VENDOR PMT  933522 | 32.00 | | -2,392.61 |
| 01/06 | 01/06 | External Withdrawal Delta Bridge Fun - Delta Brid  DEB286451 | 2,045.00 | | -4,437.61 |
| 01/06 | 01/06 | External Withdrawal Delta Bridge Fun - Delta Brid  DEB286451 (Rejected) | | 2,045.00 | -2,392.61 |
| 01/06 | 01/06 | NSF Fee  External Withdrawal (Returned)Delta Bridge Fun - Delta Brid  DEB286451 | 32.00 | | -2,424.61 |
| 01/06 | 01/06 | External Withdrawal Fundamental Cap - 2122010747  96163114 | 200.00 | | -2,624.61 |
| 01/06 | 01/06 | External Withdrawal Fundamental Cap - 2122010747  96163114 (Rejected) | | 200.00 | -2,424.61 |
| 01/06 | 01/06 | NSF Fee  External Withdrawal (Returned)Fundamental Cap - 2122010747  96163114 | 32.00 | | -2,456.61 |
| 01/06 | 01/06 | External Withdrawal Fundamental Cap - 2122010747  96163116 | 1,800.00 | | -4,256.61 |
| 01/06 | 01/06 | External Withdrawal Fundamental Cap - 2122010747  96163116 (Rejected) | | 1,800.00 | -2,456.61 |
| 01/06 | 01/06 | NSF Fee  External Withdrawal (Returned)Fundamental Cap - 2122010747  96163116 | 32.00 | | -2,488.61 |
| 01/06 | 01/06 | Check 3321 | 3,828.06 | | -6,316.67 |
| 01/06 | 01/06 | Check 3321  (Rejected) | | 3,828.06 | -2,488.61 |
| 01/06 | 01/06 | NSF Fee  CK # 3321 (Returned) | 32.00 | | -2,520.61 |
| 01/06 | 01/06 | Check 3335 | 1,300.00 | | -3,820.61 |
| 01/06 | 01/06 | Check 3335  (Rejected) | | 1,300.00 | -2,520.61 |
| 01/06 | 01/06 | NSF Fee  CK # 3335 (Returned) | 32.00 | | -2,552.61 |
| 01/06 | 01/06 | Check 3338 | 484.80 | | -3,037.41 |
| 01/06 | 01/06 | Check 3338  (Rejected) | | 484.80 | -2,552.61 |
| 01/06 | 01/06 | NSF Fee  CK # 3338 (Returned) | 32.00 | | -2,584.61 |
| 01/07 | 01/07 | External Withdrawal FUND4LESS LLC - F4L10008 S  F4L10008 Stark | 899.40 | | -3,484.01 |
| 01/07 | 01/07 | External Withdrawal FUND4LESS LLC - F4L10008 S  F4L10008 Stark (Rejected) | | 899.40 | -2,584.61 |
| 01/07 | 01/07 | NSF Fee  External Withdrawal (Returned)FUND4LESS LLC - F4L10008 S  F4L10008 Stark | 32.00 | | -2,616.61 |
| 01/07 | 01/07 | External Withdrawal Amerifi Capital - STARK ENER | 3,500.00 | | -6,116.61 |

701-293-2400 • 800-423-3344 • gatecity.bank

Member FDIC

**EQUAL HOUSING
LENDER**

GC 0563

# Gate City Bank

**For a Better Way of Life.®**

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | JAN 01-JAN 31, 2022 |
| Account Number | **********3144 |
| Page 6 of 18 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 01/07 | 01/07 | External Withdrawal Amerifi Capital - STARK ENER  (Rejected) | | 3,500.00 | -2,616.61 |
| 01/07 | 01/07 | NSF Fee  External Withdrawal (Returned)Amerifi Capital - STARK ENER | 32.00 | | -2,648.61 |
| 01/07 | 01/07 | External Withdrawal IRS - USATAXPYMT 227240766012536 | 8,133.00 | | -10,781.61 |
| 01/07 | 01/07 | External Withdrawal IRS - USATAXPYMT 227240766012536 (Rejected) | | 8,133.00 | -2,648.61 |
| 01/07 | 01/07 | NSF Fee  External Withdrawal (Returned)IRS - USATAXPYMT 227240766012536 | 32.00 | | -2,680.61 |
| 01/07 | 01/07 | External Withdrawal Delta Bridge Fun - Delta Brid  DEB288929 | 2,045.00 | | -4,725.61 |
| 01/07 | 01/07 | External Withdrawal Delta Bridge Fun - Delta Brid  DEB288929 (Rejected) | | 2,045.00 | -2,680.61 |
| 01/07 | 01/07 | NSF Fee  External Withdrawal (Returned)Delta Bridge Fun - Delta Brid DEB288929 | 32.00 | | -2,712.61 |
| 01/07 | 01/07 | External Withdrawal Fundamental Cap - 2122010747  96179400 | 1,800.00 | | -4,512.61 |
| 01/07 | 01/07 | External Withdrawal Fundamental Cap - 2122010747  96179400 (Rejected) | | 1,800.00 | -2,712.61 |
| 01/07 | 01/07 | NSF Fee  External Withdrawal (Returned)Fundamental Cap - 2122010747  96179400 | 32.00 | | -2,744.61 |
| 01/07 | 01/07 | External Withdrawal Fundamental Cap - 2122010747  96179495 | 200.00 | | -2,944.61 |
| 01/07 | 01/07 | External Withdrawal Fundamental Cap - 2122010747  96179495 (Rejected) | | 200.00 | -2,744.61 |
| 01/07 | 01/07 | NSF Fee  External Withdrawal (Returned)Fundamental Cap - 2122010747  96179495 | 32.00 | | -2,776.61 |
| 01/10 | 01/10 | External Withdrawal FUND4LESS LLC - F4L10008 S  F4L10008 Stark | 899.40 | | -3,676.01 |
| 01/10 | 01/10 | External Withdrawal FUND4LESS LLC - F4L10008 S  F4L10008 Stark (Rejected) | | 899.40 | -2,776.61 |
| 01/10 | 01/10 | NSF Fee  External Withdrawal (Paid)FUND4LESS LLC - F4L10008 S F4L10008 Stark | 32.00 | | -2,808.61 |
| 01/10 | 01/10 | External Withdrawal Amerifi Capital - STARK ENER | 3,500.00 | | -6,308.61 |
| 01/10 | 01/10 | External Withdrawal Amerifi Capital - STARK ENER  (Rejected) | | 3,500.00 | -2,808.61 |
| 01/10 | 01/10 | NSF Fee  External Withdrawal (Paid)Amerifi Capital - STARK ENER | 32.00 | | -2,840.61 |
| 01/10 | 01/10 | External Withdrawal Delta Bridge Fun - Delta Brid  DEB291375 | 2,045.00 | | -4,885.61 |
| 01/10 | 01/10 | External Withdrawal Delta Bridge Fun - Delta Brid  DEB291375 (Rejected) | | 2,045.00 | -2,840.61 |
| 01/10 | 01/10 | NSF Fee  External Withdrawal (Paid)Delta Bridge Fun - Delta Brid  DEB291375 | 32.00 | | -2,872.61 |

# Gate City Bank

**For a Better Way of Life.®**

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | JAN 01-JAN 31, 2022 |
| Account Number | **********3144 |
| Page 7 of 18 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 01/10 | 01/10 | External Withdrawal Fundamental Cap - 2122010747 96194851 | 1,800.00 | | -4,672.61 |
| 01/10 | 01/10 | External Withdrawal Fundamental Cap - 2122010747 96194851 (Rejected) | | 1,800.00 | -2,872.61 |
| 01/10 | 01/10 | NSF Fee External Withdrawal (Paid)Fundamental Cap - 2122010747 96194851 | 32.00 | | -2,904.61 |
| 01/10 | 01/10 | External Withdrawal Fundamental Cap - 2122010747 96194960 | 200.00 | | -3,104.61 |
| 01/10 | 01/10 | External Withdrawal Fundamental Cap - 2122010747 96194960 (Rejected) | | 200.00 | -2,904.61 |
| 01/10 | 01/10 | NSF Fee External Withdrawal (Paid)Fundamental Cap - 2122010747 96194960 | 32.00 | | -2,936.61 |
| 01/10 | 01/10 | External Withdrawal CANCAPITAL877-30 4INFO 949-440-4667 - PREAUTHPMT NEWLOGIC | 50.00 | | -2,986.61 |
| 01/10 | 01/10 | External Withdrawal CANCAPITAL877-30 4INFO 949-440-4667 - PREAUTHPMT NEWLOGIC (Rejected) | | 50.00 | -2,936.61 |
| 01/10 | 01/10 | NSF Fee External Withdrawal (Paid)CANCAPITAL877-30 4INFO 949-440-4667 - PREAUTHPMT NEWLOGIC | 32.00 | | -2,968.61 |
| 01/10 | 01/10 | Wire Transfer Deposit 53884300 | | 11,093.76 | 8,125.15 |
| 01/10 | 01/10 | Incoming Wire Fee Incoming Wire Fee 53884300 | 15.00 | | 8,110.15 |
| 01/10 | 01/10 | Withdrawal Fuel | 3,500.00 | | 4,610.15 |
| 01/10 | 01/10 | External Deposit SBAD TREAS 310 - MISC PAY RMT*CT*4360467909 200 08270 F9278********\ 436046790973000 | | 1,499,886.00 | 1,504,496.15 |
| 01/10 | 01/10 | Withdrawal 2116648 | 1,889.79 | | 1,502,606.36 |
| 01/10 | 01/10 | Withdrawal 798942 | 646.47 | | 1,501,959.89 |
| 01/10 | 01/10 | Withdrawal 2257715 | 2,880.54 | | 1,499,079.35 |
| 01/10 | 01/10 | Withdrawal 1961820 | 2,436.41 | | 1,496,642.94 |
| 01/11 | 01/11 | External Withdrawal Amerifi Capital - STARK ENER | 3,500.00 | | 1,493,142.94 |
| 01/11 | 01/11 | External Withdrawal FUND4LESS LLC - F4L10008 S F4L10008 Stark | 899.40 | | 1,492,243.54 |
| 01/11 | 01/11 | External Withdrawal AscentiumCapital 00000000000000046765 - LEASECHG 175829 | 7,898.02 | | 1,484,345.52 |
| 01/11 | 01/11 | External Withdrawal CAPITAL ONE - CRCARDPMT 3L11RWYHPOVYX5O | 173.00 | | 1,484,172.52 |
| 01/11 | 01/11 | External Withdrawal Delta Bridge Fun - Delta Brid DEB293766 | 2,045.00 | | 1,482,127.52 |
| 01/11 | 01/11 | External Withdrawal Fundamental Cap - 2122010747 96221971 | 200.00 | | 1,481,927.52 |
| 01/11 | 01/11 | External Withdrawal Fundamental Cap - 2122010747 96221996 | 1,800.00 | | 1,480,127.52 |

701-293-2400 • 800-423-3344 • gatecity.bank

Member FDIC    EQUAL HOUSING LENDER

GC 0565

# Gate City Bank

**For a Better Way of Life.®**

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | JAN 01-JAN 31, 2022 |
| Account Number | **********3144 |
| Page 8 of 18 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 01/11 | 01/11 | Point Of Sale Withdrawal  WM SUPERCENTER Wal-Mart Super CentDICKINSON    NDUS Card #7626 | 30.84 | | 1,480,096.68 |
| 01/10 | 01/10 | External Withdrawal CANCAPITAL877-30 4INFO 949-440-4667 - PREAUTHPMT NEWLOGIC | 50.00 | | 1,480,046.68 |
| 01/10 | 01/10 | External Withdrawal Fundamental Cap - 2122010747  96194960 | 200.00 | | 1,479,846.68 |
| 01/10 | 01/10 | External Withdrawal Fundamental Cap - 2122010747  96194851 | 1,800.00 | | 1,478,046.68 |
| 01/10 | 01/10 | External Withdrawal Delta Bridge Fun - Delta Brid  DEB291375 | 2,045.00 | | 1,476,001.68 |
| 01/10 | 01/10 | External Withdrawal Amerifi Capital - STARK ENER | 3,500.00 | | 1,472,501.68 |
| 01/10 | 01/10 | External Withdrawal FUND4LESS LLC - F4L10008 S  F4L10008 Stark | 899.40 | | 1,471,602.28 |
| 01/11 | 01/11 | Withdrawal Shop Services | 9,000.00 | | 1,462,602.28 |
| 01/11 | 01/11 | Withdrawal Internet Transfer to xx5667 CK | 60,000.00 | | 1,402,602.28 |
| 01/11 | 01/11 | Wire Transfer Withdrawal 25742 | 10,000.00 | | 1,392,602.28 |
| 01/11 | 01/11 | Over Counter Check 3336 | 1,405.66 | | 1,391,196.62 |
| 01/11 | 01/11 | Withdrawal | 56,378.81 | | 1,334,817.81 |
| 01/11 | 01/11 | Withdrawal | 4,910.29 | | 1,329,907.52 |
| 01/11 | 01/11 | Withdrawal XXX5202 January payment | 438.52 | | 1,329,469.00 |
| 01/11 | 01/11 | Withdrawal | 2,500.00 | | 1,326,969.00 |
| 01/11 | 01/11 | Check 3339 | 600.00 | | 1,326,369.00 |
| 01/12 | 01/12 | Point Of Sale Withdrawal  ROUGHRIDER ELECTRIC7017482293    NDUS Card #8436 | 540.00 | | 1,325,829.00 |
| 01/12 | 01/12 | Point Of Sale Withdrawal  PUMP SYSTEMS LLC  7012254494    NDUS Card #7626 | 147.75 | | 1,325,681.25 |
| 01/12 | 01/12 | External Withdrawal FUND4LESS LLC - F4L10008 S  F4L10008 Stark | 899.40 | | 1,324,781.85 |
| 01/12 | 01/12 | External Withdrawal Delta Bridge Fun - Delta Brid  DEB296168 | 2,045.00 | | 1,322,736.85 |
| 01/12 | 01/12 | Electronic Check 3261 WALLWORK TRUCK C - CHK CONV | 22,036.27 | | 1,300,700.58 |
| 01/12 | 01/12 | External Withdrawal CANCAPITAL877-30 4INFO 949-440-4667 - PREAUTHPMT NEWLOGIC | 3,817.83 | | 1,296,882.75 |
| 01/12 | 01/12 | External Withdrawal Fundamental Cap - 2122010747  96236853 | 200.00 | | 1,296,682.75 |
| 01/12 | 01/12 | External Withdrawal Fundamental Cap - 2122010747  96236864 | 1,800.00 | | 1,294,882.75 |
| 01/12 | 01/12 | Wire Transfer Withdrawal 25772 | 42,000.00 | | 1,252,882.75 |
| 01/12 | 01/12 | Wire Transfer Withdrawal 25774 | 20,000.00 | | 1,232,882.75 |
| 01/12 | 01/12 | Wire Transfer Withdrawal 25788 | 28,000.00 | | 1,204,882.75 |
| 01/12 | 01/12 | Wire Transfer Withdrawal 25789 | 44,000.00 | | 1,160,882.75 |
| 01/12 | 01/12 | Withdrawal Payroll Advance | 3,500.00 | | 1,157,382.75 |

Member FDIC    EQUAL HOUSING LENDER

GC 0566

# Gate City Bank

### For a Better Way of Life.®

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | JAN 01-JAN 31, 2022 |
| Account Number | **********3144 |
| Page 9 of 18 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 01/13 | 01/13 | Point Of Sale Withdrawal  PALERMO BAR AND GRIPALERMO    NDUS Card #7626 | 40.83 | | 1,157,341.92 |
| 01/13 | 01/13 | Point Of Sale Withdrawal  CENEX TRI ENER07064DICKINSON    NDUS Card #8436 | 40.00 | | 1,157,301.92 |
| 01/13 | 01/13 | External Withdrawal FUND4LESS LLC - F4L10008 S  F4L10008 Stark | 899.40 | | 1,156,402.52 |
| 01/13 | 01/13 | External Withdrawal CAPITAL ONE  - PHONE PYMT  3L1HMAWF24SIQNO | 7,218.02 | | 1,149,184.50 |
| 01/13 | 01/13 | External Withdrawal QuickFee-Mahoney - VENDOR PMT  933522 | 1,085.09 | | 1,148,099.41 |
| 01/13 | 01/13 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 1,144,599.41 |
| 01/13 | 01/13 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 1,141,099.41 |
| 01/13 | 01/13 | External Withdrawal Delta Bridge Fun  - Delta Brid  DEB298580 | 2,045.00 | | 1,139,054.41 |
| 01/13 | 01/13 | External Withdrawal Fundamental Cap - 2122010747  96252235 | 200.00 | | 1,138,854.41 |
| 01/13 | 01/13 | External Withdrawal Fundamental Cap - 2122010747  96252246 | 1,800.00 | | 1,137,054.41 |
| 01/13 | 01/13 | Point Of Sale Withdrawal  DELTA DELTA.COM    CAUS Card #8436 | 359.20 | | 1,136,695.21 |
| 01/13 | 01/13 | Point Of Sale Withdrawal  DELTA DELTA.COM    CAUS Card #8436 | 359.20 | | 1,136,336.01 |
| 01/13 | 01/13 | Point Of Sale Withdrawal  RUNNINGS OF DICKINSDICKINSON    NDUS Card #8436 | 18.09 | | 1,136,317.92 |
| 01/13 | 01/13 | Over Counter Check 3272 | 2,200.00 | | 1,134,117.92 |
| 01/13 | 01/13 | Over Counter Check 3273 | 2,200.00 | | 1,131,917.92 |
| 01/13 | 01/13 | Wire Transfer Withdrawal 25826 | 6,000.00 | | 1,125,917.92 |
| 01/13 | 01/13 | Check 3263 | 262.18 | | 1,125,655.74 |
| 01/13 | 01/13 | Check 3267 | 32,533.91 | | 1,093,121.83 |
| 01/13 | 01/13 | Check 3268 | 36,565.46 | | 1,056,556.37 |
| 01/14 | 01/14 | Point Of Sale Withdrawal  NDDOT-IFTA-IRP 701-328-4865   NDUS Card #7626 | 4,974.00 | | 1,051,582.37 |
| 01/14 | 01/14 | External Withdrawal FUND4LESS LLC - F4L10008 S  F4L10008 Stark | 899.40 | | 1,050,682.97 |
| 01/14 | 01/14 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 1,047,182.97 |
| 01/14 | 01/14 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 1,043,682.97 |
| 01/14 | 01/14 | External Withdrawal Delta Bridge Fun  - Delta Brid  DEB301044 | 2,045.00 | | 1,041,637.97 |
| 01/14 | 01/14 | External Withdrawal Fundamental Cap - 2122010747  96268089 | 1,800.00 | | 1,039,837.97 |
| 01/14 | 01/14 | External Withdrawal Fundamental Cap - 2122010747  96268153 | 200.00 | | 1,039,637.97 |
| 01/14 | 01/14 | External Withdrawal FLEETCOR FUNDING FLEETCOR - BT0113  163579407 | 15,629.93 | | 1,024,008.04 |

# Gate City Bank

**For a Better Way of Life.®**

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | JAN 01-JAN 31, 2022 |
| Account Number | **********3144 |
| Page 10 of 18 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 01/14 | 01/14 | Point Of Sale Withdrawal  PEC PREMIER SAFETY 985-892-8177   LAUS Card #7626 | 2,023.00 | | 1,021,985.04 |
| 01/14 | 01/14 | Withdrawal Internet Transfer to xxx6702 CK | 8,000.00 | | 1,013,985.04 |
| 01/14 | 01/14 | Over Counter Check 3105 | 11,000.00 | | 1,002,985.04 |
| 01/14 | 01/14 | Check 3103 | 112,000.00 | | 890,985.04 |
| 01/14 | 01/14 | Check 3262 | 126.64 | | 890,858.40 |
| 01/14 | 01/14 | Check 3264 | 1,194.00 | | 889,664.40 |
| 01/14 | 01/14 | Check 3265 | 32,662.68 | | 857,001.72 |
| 01/14 | 01/14 | Check 3270 | 12,000.00 | | 845,001.72 |
| 01/14 | 01/14 | Check 3340 | 5,142.31 | | 839,859.41 |
| 01/15 | 01/15 | Point Of Sale Withdrawal  DEWITT ROSS AND STE608-2558891    WIUS Card #8436 | 1,484.80 | | 838,374.61 |
| 01/15 | 01/15 | Point Of Sale Withdrawal  DEWITT ROSS AND STE608-2558891    WIUS Card #8436 | 475.00 | | 837,899.61 |
| 01/15 | 01/15 | Point Of Sale Withdrawal  CENEX FARMERS 07067WILTON         NDUS Card #7626 | 69.54 | | 837,830.07 |
| 01/15 | 01/15 | Point Of Sale Withdrawal  REI #15 BLOOMINGTONBLOOMINGTON    MNUS Card #7626 | 106.46 | | 837,723.61 |
| 01/15 | 01/15 | Withdrawal pay advance | 100.00 | | 837,623.61 |
| 01/16 | 01/16 | Point Of Sale Withdrawal  BEST BUY #245 15300 CEDAR AVENUE APPLE VALLEY MNUS Card #7626 | 4,196.29 | | 833,427.32 |
| 01/16 | 01/16 | Point Of Sale Withdrawal  WM SUPERCENTER Wal-Mart Super CentSHAKOPEE       MNUS Card #7626 | 81.66 | | 833,345.66 |
| 01/17 | 01/17 | Point Of Sale Withdrawal  HOLIDAY STATIONS 02ROSEMOUNT     MNUS Card #7626 | 101.59 | | 833,244.07 |
| 01/17 | 01/17 | Point Of Sale Deposit  HOLIDAY STATIONS 02ROSEMOUNT     MNUS Card #7626 | | 18.67 | 833,262.74 |
| 01/17 | 01/17 | Point Of Sale Withdrawal  TA #190 ROGERS 13400 RODGERS DRIVEROGERS        MNUS Card #7626 | 58.40 | | 833,204.34 |
| 01/18 | 01/18 | External Withdrawal UNITED FIN CAS BRANCH43DEBIT  ACH - INS PREM | 17,715.47 | | 815,488.87 |
| 01/18 | 01/18 | External Withdrawal FUND4LESS LLC - F4L10008 S  F4L10008 Stark | 899.40 | | 814,589.47 |
| 01/18 | 01/18 | External Withdrawal IRS - USATAXPYMT 227241866000862 | 6,616.57 | | 807,972.90 |
| 01/18 | 01/18 | External Withdrawal IRS - USATAXPYMT 227241866058674 | 8,133.00 | | 799,839.90 |
| 01/18 | 01/18 | External Withdrawal Amerifi Capital - STARK ENER | 3,500.00 | | 796,339.90 |
| 01/18 | 01/18 | External Withdrawal Amerifi Capital - STARK ENER | 3,500.00 | | 792,839.90 |

**701-293-2400 • 800-423-3344 • gatecity.bank**

Member FDIC    EQUAL HOUSING LENDER

GC 0568

# Gate City Bank

### For a Better Way of Life.®

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | JAN 01-JAN 31, 2022 |
| Account Number | **********3144 |
| Page 11 of 18 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 01/18 | 01/18 | External Withdrawal ALLIANCE FUNDING - CNTRCT PMT CO# 01 CUST# 10881 CNTRCT# 21-12855      TRAN# 000001098 BATCH# 000000057 DE 21-12855 | 1,573.16 | | 791,266.74 |
| 01/18 | 01/18 | External Withdrawal ALLIANCE FUNDING - CNTRCT PMT CO# 01 CUST# 10881 CNTRCT# 21-13587      TRAN# 000001099 BATCH# 000000057 DE 21-13587 | 1,956.07 | | 789,310.67 |
| 01/18 | 01/18 | External Withdrawal Delta Bridge Fun - Delta Brid  DEB303615 | 2,045.00 | | 787,265.67 |
| 01/18 | 01/18 | External Withdrawal PAYROLL  - PAYROLL 8611730 | 80.40 | | 787,185.27 |
| 01/18 | 01/18 | External Withdrawal Fundamental Cap - 2122010747  96286106 | 1,800.00 | | 785,385.27 |
| 01/18 | 01/18 | External Withdrawal Fundamental Cap - 2122010747  96286270 | 200.00 | | 785,185.27 |
| 01/18 | 01/18 | Wire Transfer Withdrawal 25867 | 11,591.25 | | 773,594.02 |
| 01/18 | 01/18 | Withdrawal Payroll 12/25-1/7/22 | 29.55 | | 773,564.47 |
| 01/18 | 01/18 | Over Counter Check 3314 | 11,437.50 | | 762,126.97 |
| 01/18 | 01/18 | Point Of Sale Withdrawal  RUNNINGS OF DIC 2003 3RD AVE W    DICKINSON NDUS Card #7626 | 138.22 | | 761,988.75 |
| 01/18 | 01/18 | Check 3106 | 756.67 | | 761,232.08 |
| 01/18 | 01/18 | External Withdrawal Fundamental Cap - 2122010747  96325238 | 200.00 | | 761,032.08 |
| 01/18 | 01/18 | External Withdrawal Fundamental Cap - 2122010747  96325242 | 1,800.00 | | 759,232.08 |
| 01/18 | 01/18 | Check 3104 | 37,415.26 | | 721,816.82 |
| 01/18 | 01/18 | Check 3269 | 10,401.96 | | 711,414.86 |
| 01/18 | 01/18 | Check 3274 | 3,334.00 | | 708,080.86 |
| 01/18 | 01/18 | Check 3276 | 1,000.00 | | 707,080.86 |
| 01/18 | 01/18 | Check 3332 | 959.70 | | 706,121.16 |
| 01/18 | 01/18 | Point Of Sale Withdrawal  SQ *SECURE ENERGY SPalm Bay      FLUS Card #7626 | 3,195.00 | | 702,926.16 |
| 01/19 | 01/19 | Point Of Sale Withdrawal  MYSTIC LAKE CASINO 9524459000    MNUS Card #8436 | 1,022.07 | | 701,904.09 |
| 01/19 | 01/19 | Point Of Sale Withdrawal  MYSTIC LAKE CASINO 9524459000    MNUS Card #8436 | 1,022.07 | | 700,882.02 |
| 01/19 | 01/19 | Point Of Sale Withdrawal  AUTOBKS*GET IT DONE701-3001727    NDUS Card #7626 | 1,587.98 | | 699,294.04 |
| 01/19 | 01/19 | Point Of Sale Withdrawal  FASTENAL COMPANY 01DICKINSON      NDUS Card #7626 | 53.74 | | 699,240.30 |
| 01/19 | 01/19 | External Withdrawal UNITED FIN CAS BRANCH43DEBIT  ACH - INS PREM | 17,715.47 | | 681,524.83 |

701-293-2400 • 800-423-3344 • gatecity.bank

Member FDIC    EQUAL HOUSING LENDER

GC 0569

# Gate City Bank

**For a Better Way of Life.®**

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | JAN 01-JAN 31, 2022 |
| Account Number | **********3144 |
| Page 12 of 18 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 01/19 | 01/19 | External Withdrawal FUND4LESS LLC - F4L10008 S  F4L10008 Stark | 899.40 | | 680,625.43 |
| 01/19 | 01/19 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 677,125.43 |
| 01/19 | 01/19 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 673,625.43 |
| 01/19 | 01/19 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 670,125.43 |
| 01/19 | 01/19 | External Withdrawal Delta Bridge Fun  - Delta Brid  DEB306151 | 2,045.00 | | 668,080.43 |
| 01/19 | 01/19 | External Withdrawal CANCAPITAL877-30 4INFO 949-440-4667 - PREAUTHPMT NEWLOGIC | 3,817.83 | | 664,262.60 |
| 01/19 | 01/19 | External Withdrawal Fundamental Cap  - 2122010747  96347449 | 200.00 | | 664,062.60 |
| 01/19 | 01/19 | External Withdrawal Fundamental Cap  - 2122010747  96347492 | 1,800.00 | | 662,262.60 |
| 01/19 | 01/19 | External Withdrawal WESTERN AREA WAT - SALE | 840.00 | | 661,422.60 |
| 01/19 | 01/19 | Point Of Sale Withdrawal  CASH APP*JASON    4153753176    CAUS Card #7626 | 426.07 | | 660,996.53 |
| 01/19 | 01/19 | Point Of Sale Withdrawal  USPS PO 3724000905 DICKINSON    NDUS Card #8436 | 58.00 | | 660,938.53 |
| 01/19 | 01/19 | Point Of Sale Withdrawal  BUTLER MACHINERY COFARGO    NDUS Card #7626 | 447.62 | | 660,490.91 |
| 01/19 | 01/19 | Point Of Sale Withdrawal  CENEX SUPERPUMPE  BELFIELD    NDUS Card #7626 | 63.24 | | 660,427.67 |
| 01/19 | 01/19 | Withdrawal Internet Transfer to 375667 CK | 60,000.00 | | 600,427.67 |
| 01/19 | 01/19 | Withdrawal Internet Transfer to 2486702 CK | 30,000.00 | | 570,427.67 |
| 01/19 | 01/19 | Withdrawal Fuel Reimbursement | 400.00 | | 570,027.67 |
| 01/19 | 01/19 | Withdrawal Bonus | 700.00 | | 569,327.67 |
| 01/19 | 01/19 | Withdrawal balance of fuel & def | 49.26 | | 569,278.41 |
| 01/19 | 01/19 | Check 3107 | 1,457.94 | | 567,820.47 |
| 01/19 | 01/19 | Check 3108 | 10,000.00 | | 557,820.47 |
| 01/19 | 01/19 | Check 3109 | 2,000.00 | | 555,820.47 |
| 01/19 | 01/19 | Check 3271 | 46,220.42 | | 509,600.05 |
| 01/19 | 01/19 | Check 3275 | 20,000.00 | | 489,600.05 |
| 01/19 | 01/19 | Check 3338 | 484.80 | | 489,115.25 |
| 01/19 | 01/19 | Point Of Sale Withdrawal  TST* PLAYERS SPORTSDICKINSON    NDUS Card #7626 | 72.22 | | 489,043.03 |
| 01/20 | 01/20 | Point Of Sale Withdrawal  PREBLE MEDICAL SERV701-6636021    NDUS Card #7626 | 1,743.00 | | 487,300.03 |

# Gate City Bank

**For a Better Way of Life.®**

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | JAN 01-JAN 31, 2022 |
| Account Number | **********3144 |
| Page 13 of 18 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 01/20 | 01/20 | Point Of Sale Withdrawal CONSTRUCTCONNECT 877-4228665 OHUS Card #7626 | 4,771.20 | | 482,528.83 |
| 01/20 | 01/20 | External Withdrawal VERIZON WIRELESS - PAYMENTS | 232.79 | | 482,296.04 |
| 01/20 | 01/20 | External Withdrawal FUND4LESS LLC - F4L10008 S  F4L10008 Stark | 899.40 | | 481,396.64 |
| 01/20 | 01/20 | External Withdrawal Amerifi Capital - STARK ENER | 3,500.00 | | 477,896.64 |
| 01/20 | 01/20 | External Withdrawal Amerifi Capital - STARK ENER | 3,500.00 | | 474,396.64 |
| 01/20 | 01/20 | External Withdrawal Delta Bridge Fun - Delta Brid  DEB308652 | 2,045.00 | | 472,351.64 |
| 01/20 | 01/20 | External Withdrawal Fundamental Cap - 2122010747  96366048 | 200.00 | | 472,151.64 |
| 01/20 | 01/20 | External Withdrawal Fundamental Cap - 2122010747  96366057 | 1,800.00 | | 470,351.64 |
| 01/20 | 01/20 | Point Of Sale Withdrawal HNS*HughesNet.com  866-347-3292 MDUS Card #7626 | 180.30 | | 470,171.34 |
| 01/20 | 01/20 | Point Of Sale Withdrawal  Dickinson Parts 7012273304    NDUS Card #7626 | 595.67 | | 469,575.67 |
| 01/20 | 01/20 | Wire Transfer Withdrawal 25947 | 30,000.00 | | 439,575.67 |
| 01/20 | 01/20 | Point Of Sale Withdrawal  RUNNINGS OF DIC 2003 3RD AVE W    DICKINSON NDUS Card #7626 | 452.80 | | 439,122.87 |
| 01/20 | 01/20 | Withdrawal | 635.00 | | 438,487.87 |
| 01/20 | 01/20 | Point Of Sale Withdrawal  MNRD-BISM 3300 STAT BISMARCK    NDUS Card #7626 | 406.59 | | 438,081.28 |
| 01/21 | 01/21 | External Withdrawal FUND4LESS LLC - F4L10008 S  F4L10008 Stark | 899.40 | | 437,181.88 |
| 01/21 | 01/21 | External Withdrawal IRS - USATAXPYMT 227242166073220 | 9,624.69 | | 427,557.19 |
| 01/21 | 01/21 | External Withdrawal Delta Bridge Fun - Delta Brid  DEB311209 | 2,045.00 | | 425,512.19 |
| 01/21 | 01/21 | External Withdrawal Fundamental Cap - 2122010747  96384025 | 200.00 | | 425,312.19 |
| 01/21 | 01/21 | External Withdrawal Fundamental Cap - 2122010747  96384033 | 1,800.00 | | 423,512.19 |
| 01/21 | 01/21 | Point Of Sale Withdrawal  CENEX F U OIL 07061KILLDEER    NDUS Card #7626 | 88.52 | | 423,423.67 |
| 01/21 | 01/21 | Point Of Sale Withdrawal  J AND J OPERATING LDICKINSON    NDUS Card #7626 | 767.43 | | 422,656.24 |
| 01/21 | 01/21 | Point Of Sale Withdrawal  Dickinson Parts 7012273304    NDUS Card #7626 | 122.55 | | 422,533.69 |
| 01/21 | 01/21 | Point Of Sale Withdrawal  WM SUPERCENTER Wal-Mart Super CentDICKINSON    NDUS Card #7626 | 59.53 | | 422,474.16 |

701-293-2400 • 800-423-3344 • gatecity.bank

Member FDIC    EQUAL HOUSING LENDER

GC 0571

# Gate City Bank

### For a Better Way of Life.®

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | JAN 01-JAN 31, 2022 |
| Account Number | **********3144 |
| Page 14 of 18 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 01/21 | 01/21 | Point Of Sale Withdrawal  RUNNINGS OF DIC 2003 3RD AVE W    DICKINSON NDUS Card #7626 | 46.13 | | 422,428.03 |
| 01/21 | 01/21 | Wire Transfer Deposit 54169008 | | 9,704.10 | 432,132.13 |
| 01/21 | 01/21 | Incoming Wire Fee Incoming Wire Fee 54169008 | 15.00 | | 432,117.13 |
| 01/21 | 01/21 | Point Of Sale Withdrawal  Wal-Mart Super 1567 WAL-SAMS    DICKINSON    NDUS Card #7626 | 47.93 | | 432,069.20 |
| 01/21 | 01/21 | Point Of Sale Withdrawal  O'REILLY AUTO P 358 18TH STREET WESDICKINSON NDUS Card #7626 | 232.14 | | 431,837.06 |
| 01/22 | 01/22 | Point Of Sale Withdrawal  RED ROCK FORD OF DIDICKINSON    NDUS Card #7626 | 101.75 | | 431,735.31 |
| 01/22 | 01/22 | Point Of Sale Withdrawal  ND SECRETARY OF STA701-328-3723  NDUS Card #8436 | 85.00 | | 431,650.31 |
| 01/22 | 01/22 | Point Of Sale Withdrawal  Dickinson Parts Dickinson    NDUS Card #7626 | 937.29 | | 430,713.02 |
| 01/22 | 01/22 | Point Of Sale Withdrawal  LINDE GAS & EQUIP  DICKINSON    NDUS Card #7626 | 71.84 | | 430,641.18 |
| 01/23 | 01/23 | Point Of Sale Withdrawal  TIGER DISCOUNT TRUCDICKINSON    NDUS Card #7626 | 119.90 | | 430,521.28 |
| 01/23 | 01/23 | Point Of Sale Withdrawal  RUNNINGS OF DIC 2003 3RD AVE W    DICKINSON NDUS Card #7626 | 35.11 | | 430,486.17 |
| 01/23 | 01/23 | Point Of Sale Withdrawal  WM SUPERCENTER Wal-Mart Super CentDICKINSON    NDUS Card #7626 | 63.38 | | 430,422.79 |
| 01/24 | 01/24 | Withdrawal 2006369 | 904.76 | | 429,518.03 |
| 01/24 | 01/24 | Withdrawal 1275221 | 869.77 | | 428,648.26 |
| 01/24 | 01/24 | Withdrawal 1333145 | 1,721.62 | | 426,926.64 |
| 01/24 | 01/24 | Withdrawal 1993856 | 1,404.54 | | 425,522.10 |
| 01/24 | 01/24 | External Withdrawal FUND4LESS LLC  - F4L10008 S  F4L10008 Stark | 899.40 | | 424,622.70 |
| 01/24 | 01/24 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 421,122.70 |
| 01/24 | 01/24 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 417,622.70 |
| 01/24 | 01/24 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 414,122.70 |
| 01/24 | 01/24 | External Withdrawal CONTRACTPAYMENTV 866-851-8804 - LEASE PYMT  CT-BUND40471075 | 3,832.71 | | 410,289.99 |
| 01/24 | 01/24 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 406,789.99 |
| 01/24 | 01/24 | External Withdrawal Delta Bridge Fun  - Delta Brid  DEB313753 | 2,045.00 | | 404,744.99 |

# Gate City Bank

### For a Better Way of Life.®

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | JAN 01-JAN 31, 2022 |
| Account Number | **********3144 |
| Page 15 of 18 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 01/24 | 01/24 | External Withdrawal Fundamental Cap - 2122010747 96401207 | 200.00 | | 404,544.99 |
| 01/24 | 01/24 | External Withdrawal Fundamental Cap - 2122010747 96401222 | 1,800.00 | | 402,744.99 |
| 01/24 | 01/24 | External Withdrawal IPFS866-412-2561 - IPFSPMTMOK 974258 | 2,813.45 | | 399,931.54 |
| 01/24 | 01/24 | Point Of Sale Withdrawal  WAL-MART #1567 2456 THIRD AVENUE WDICKINSON    NDUS Card #7626 | 20.97 | | 399,910.57 |
| 01/24 | 01/24 | Wire Transfer Deposit 54203373 | | 4,932.00 | 404,842.57 |
| 01/24 | 01/24 | Incoming Wire Fee Incoming Wire Fee 54203373 | 15.00 | | 404,827.57 |
| 01/24 | 01/24 | Point Of Sale Withdrawal  RUNNINGS OF DIC 2003 3RD AVE W    DICKINSON NDUS Card #7626 | 34.06 | | 404,793.51 |
| 01/24 | 01/24 | Check 2981 | 279.98 | | 404,513.53 |
| 01/24 | 01/24 | Check 3101 | 328.15 | | 404,185.38 |
| 01/24 | 01/24 | Check 3102 | 157.10 | | 404,028.28 |
| 01/24 | 01/24 | Check 3110 | 6,828.00 | | 397,200.28 |
| 01/25 | 01/25 | External Withdrawal FUND4LESS LLC - F4L10008 S  F4L10008 Stark | 899.40 | | 396,300.88 |
| 01/25 | 01/25 | External Withdrawal Amerifi Capital - STARK ENER | 3,500.00 | | 392,800.88 |
| 01/25 | 01/25 | External Withdrawal Amerifi Capital - STARK ENER | 3,500.00 | | 389,300.88 |
| 01/25 | 01/25 | External Withdrawal ACCOUNT SERVICES - CASH TRANS  Falcon Equipment*855-636-9502*AGREEMENT NUMBER 821-8096204-000\ (855) 636-9502 | 698.66 | | 388,602.22 |
| 01/25 | 01/25 | External Withdrawal Delta Bridge Fun - Delta Brid  DEB316279 | 2,045.00 | | 386,557.22 |
| 01/25 | 01/25 | External Withdrawal Fundamental Cap - 2122010747 96421951 | 200.00 | | 386,357.22 |
| 01/25 | 01/25 | External Withdrawal Fundamental Cap - 2122010747 96421967 | 1,800.00 | | 384,557.22 |
| 01/25 | 01/25 | Point Of Sale Withdrawal MIDCONTINENTGRP    5132878111 OKUS Card #8436 | 156.98 | | 384,400.24 |
| 01/25 | 01/25 | Point Of Sale Withdrawal  PRESTON MELLMER SNADICKINSON    NDUS Card #7626 | 2,215.84 | | 382,184.40 |
| 01/25 | 01/25 | Check 3278 | 110.00 | | 382,074.40 |
| 01/25 | 01/25 | Check 3279 | 238.00 | | 381,836.40 |
| 01/25 | 01/25 | Point Of Sale Withdrawal  AMZN Digital*3T5P99888-802-3080    WAUS Card #7626 | 133.11 | | 381,703.29 |
| 01/25 | 01/25 | Point Of Sale Withdrawal  Prime Video*EF45H42888-802-3080    WAUS Card #7626 | 29.99 | | 381,673.30 |

701-293-2400 • 800-423-3344 • gatecity.bank

Member FDIC    EQUAL HOUSING LENDER

GC 0573

# Gate City Bank

### For a Better Way of Life.®

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

Statement Date     JAN 01-JAN 31, 2022
Account Number     **********3144
Page 16 of 18

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 01/25 | 01/25 | Point Of Sale Withdrawal  RDO TRUCK CENTER CODICKINSON     NDUS Card #7626 | 199.89 | | 381,473.41 |
| 01/25 | 01/25 | Point Of Sale Withdrawal  Prime Video*YG1PE50888-802-3080  WAUS Card #7626 | 19.99 | | 381,453.42 |
| 01/25 | 01/25 | Point Of Sale Withdrawal  ALLSTATE PETERBILT 701-2259424   NDUS Card #7626 | 100.21 | | 381,353.21 |
| 01/26 | 01/26 | Point Of Sale Withdrawal  M&H #22 DICKINSON     NDUS Card #7626 | 71.47 | | 381,281.74 |
| 01/26 | 01/26 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 377,781.74 |
| 01/26 | 01/26 | External Withdrawal M. D. Atkinson C 661-334-4800 - WEB PMTS  TD7JC5 | 3,380.00 | | 374,401.74 |
| 01/26 | 01/26 | External Withdrawal Delta Bridge Fun  - Delta Brid  DEB318793 | 2,045.00 | | 372,356.74 |
| 01/26 | 01/26 | External Withdrawal Fundamental Cap  - 2122010747  96440124 | 1,800.00 | | 370,556.74 |
| 01/26 | 01/26 | External Withdrawal Fundamental Cap  - 2122010747  96440296 | 200.00 | | 370,356.74 |
| 01/26 | 01/26 | External Withdrawal CANCAPITAL877-30 4INFO 949-440-4667 - PREAUTHPMT NEWLOGIC | 3,817.83 | | 366,538.91 |
| 01/26 | 01/26 | Point Of Sale Withdrawal  EXXONMOBIL 99522NEW SALEM    NDUS Card #7626 | 90.72 | | 366,448.19 |
| 01/26 | 01/26 | Point Of Sale Withdrawal  WAL-MART #1567 2456 THIRD AVENUE WDICKINSON     NDUS Card #7626 | 37.24 | | 366,410.95 |
| 01/26 | 01/26 | Point Of Sale Withdrawal  RUNNINGS OF DIC 2003 3RD AVE W    DICKINSON NDUS Card #7626 | 63.88 | | 366,347.07 |
| 01/26 | 01/26 | Wire Transfer Deposit 54266432 | | 3,954.15 | 370,301.22 |
| 01/26 | 01/26 | Incoming Wire Fee Incoming Wire Fee 54266432 | 15.00 | | 370,286.22 |
| 01/26 | 01/26 | Withdrawal | 9,000.00 | | 361,286.22 |
| 01/26 | 01/26 | Check 3277 | 4,116.75 | | 357,169.47 |
| 01/27 | 01/27 | Point Of Sale Withdrawal  RED ROCK FORD OF DIDICKINSON     NDUS Card #7626 | 72.38 | | 357,097.09 |
| 01/27 | 01/27 | Point Of Sale Withdrawal  CENEX SUPERPUMO9888BELFIELD      NDUS Card #7626 | 92.72 | | 357,004.37 |
| 01/27 | 01/27 | Withdrawal Transfer to xxx6690 | 448.57 | | 356,555.80 |
| 01/27 | 01/27 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 353,055.80 |
| 01/27 | 01/27 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 349,555.80 |
| 01/27 | 01/27 | External Withdrawal Delta Bridge Fun  - Delta Brid  DEB321313 | 2,045.00 | | 347,510.80 |

701-293-2400 • 800-423-3344 • gatecity.bank

Member FDIC    EQUAL HOUSING LENDER

GC 0574

# Gate City Bank

**For a Better Way of Life.®**

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

Statement Date          JAN 01-JAN 31, 2022
Account Number          **********3144
Page 17 of 18

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|-----------|-----------|------------------------|-------------|----------|---------|
| 01/27 | 01/27 | External Withdrawal Fundamental Cap - 2122010747 96455471 | 200.00 | | 347,310.80 |
| 01/27 | 01/27 | External Withdrawal Fundamental Cap - 2122010747 96455484 | 1,800.00 | | 345,510.80 |
| 01/27 | 01/27 | Point Of Sale Withdrawal  WEST DAKOTA OIL INCDICKINSON      NDUS Card #7626 | 1,105.65 | | 344,405.15 |
| 01/28 | 01/28 | Point Of Sale Withdrawal  PROGRESSIVE INS   855-758-0945  OHUS Card #8436 | 6,737.94 | | 337,667.21 |
| 01/28 | 01/28 | Point Of Sale Withdrawal  JUST IN GLASS DICKINSON      NDUS Card #7626 | 231.79 | | 337,435.42 |
| 01/28 | 01/28 | Point Of Sale Withdrawal  HOLIDAY STATIONS 04STANLEY      NDUS Card #7626 | 92.39 | | 337,343.03 |
| 01/28 | 01/28 | Point Of Sale Withdrawal  RED ROCK FORD OF DIDICKINSON      NDUS Card #7626 | 268.56 | | 337,074.47 |
| 01/28 | 01/28 | External Withdrawal Amerifi Capital - STARK ENER | 3,500.00 | | 333,574.47 |
| 01/28 | 01/28 | External Withdrawal CAPITAL ONE - PHONE PYMT 3L4NVVOV1HZPM58 | 3,000.00 | | 330,574.47 |
| 01/28 | 01/28 | External Withdrawal Amerifi Capital - STARK ENER | 3,500.00 | | 327,074.47 |
| 01/28 | 01/28 | External Withdrawal Delta Bridge Fun - Delta Brid DEB323918 | 2,045.00 | | 325,029.47 |
| 01/28 | 01/28 | External Withdrawal PAYROLL - TAX 8611730 | 128.19 | | 324,901.28 |
| 01/28 | 01/28 | External Withdrawal PAYROLL - TAX 8611730 | 3,582.00 | | 321,319.28 |
| 01/28 | 01/28 | External Withdrawal Fundamental Cap - 2122010747 96472234 | 200.00 | | 321,119.28 |
| 01/28 | 01/28 | External Withdrawal Fundamental Cap - 2122010747 96472247 | 1,800.00 | | 319,319.28 |
| 01/28 | 01/28 | Wire Transfer Deposit 54329597 | | 3,188.75 | 322,508.03 |
| 01/28 | 01/28 | Incoming Wire Fee Incoming Wire Fee 54329597 | 15.00 | | 322,493.03 |
| 01/29 | 01/29 | Point Of Sale Withdrawal  PSN*STANLEY ND UTIL866-917-7368  NDUS Card #8436 | 151.80 | | 322,341.23 |
| 01/29 | 01/29 | Point Of Sale Deposit  RED ROCK FORD OF DIDICKINSON      NDUS Card #7626 | | 164.47 | 322,505.70 |
| 01/29 | 01/29 | Point Of Sale Withdrawal  NORTH STAR MUTUAL I5074236262    MNUS Card #7626 | 278.00 | | 322,227.70 |
| 01/30 | 01/30 | Point Of Sale Withdrawal  SOUTHWEST BUSINESS DICKINSON      NDUS Card #8436 | 109.78 | | 322,117.92 |
| 01/31 | 01/31 | External Withdrawal Amerifi Capital - STARK ENER | 3,500.00 | | 318,617.92 |
| 01/31 | 01/31 | External Withdrawal IRS - USATAXPYMT 227243166239774 | 432.03 | | 318,185.89 |

701-293-2400 • 800-423-3344 • gatecity.bank

Member FDIC

EQUAL HOUSING LENDER

GC 0575

# Gate City Bank

### For a Better Way of Life.®

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | JAN 01-JAN 31, 2022 |
| Account Number | **********3144 |
| Page 18 of 18 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 01/31 | 01/31 | External Withdrawal Amerifi Capital - STARK ENER | 3,500.00 | | 314,685.89 |
| 01/31 | 01/31 | External Withdrawal Delta Bridge Fun - Delta Brid DEB326458 | 2,045.00 | | 312,640.89 |
| 01/31 | 01/31 | External Withdrawal Fundamental Cap - 2122010747 96491454 | 200.00 | | 312,440.89 |
| 01/31 | 01/31 | External Withdrawal Fundamental Cap - 2122010747 96491545 | 1,800.00 | | 310,640.89 |
| 01/31 | 01/31 | External Withdrawal PAYROLL - PAYROLL 8611730 | 125.60 | | 310,515.29 |
| 01/31 | 01/31 | Point Of Sale Withdrawal  VZWRLSS*MY VZ VB P 800-922-0204  FLUS Card #7626 | 516.14 | | 309,999.15 |
| 01/31 | 01/31 | Withdrawal Collin's Payroll 1/8-1/21/22 | 2,058.93 | | 307,940.22 |
| 01/31 | 01/31 | Wire Transfer Deposit 54382652 | | 3,343.50 | 311,283.72 |
| 01/31 | 01/31 | Incoming Wire Fee Incoming Wire Fee 54382652 | 15.00 | | 311,268.72 |
| 01/31 | 01/31 | Wire Transfer Withdrawal 26184 | 2,769.35 | | 308,499.37 |
| 01/31 | 01/31 | Wire Transfer Withdrawal 26187 | 1,965.97 | | 306,533.40 |
| 01/31 | 01/31 | Point Of Sale Withdrawal  O'REILLY AUTO P 358 18TH STREET WESDICKINSON NDUS Card #7626 | 236.42 | | 306,296.98 |
| 01/31 | 01/31 | Check 3285 | 980.04 | | 305,316.94 |
| 01/31 | 01/31 | Withdrawal Shannon Brock Payroll 1/8-1/21/22 | 948.31 | | 304,368.63 |
| 01/31 | 01/31 | Check 3280 | 999.00 | | 303,369.63 |
| 01/31 | 01/31 | Check 3281 | 1,127.90 | | 302,241.73 |
| 01/31 | 01/31 | Online Business Banking Fee | 60.00 | | 302,181.73 |

| Summary of Returned Item Fees (NSF Fee - Returned Item) and Overdraft Fees (NSF Fee - Paid Item) | | |
|---|---|---|
| | Total For This Period | Total Year-to-Date |
| Total Returned Item Fees | 416.00 | 416.00 |
| Total Overdraft Fees | 576.00 | 576.00 |

701-293-2400 • 800-423-3344 • gatecity.bank

Member FDIC
EQUAL HOUSING LENDER

GC 0576

# Gate City Bank

### For a Better Way of Life.®

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | FEB 01-FEB 28, 2022 |
| Account Number | **********3144 |
| Page 1 of 15 | |

**EXHIBIT**
**17**
R. Fetting

STARK ENERGY INC
1860 4TH AVE E
PO BOX 748
DICKINSON  ND  58602

**Special Offer on Boat, RV and Ice House Loans!**
Start dreaming of warmer summer days! Visit with our expert personal lending team,
or apply online to enjoy a limited-time offer on a loan for your new boat, RV or ice house.
Get started: GateCity.Bank/Weekends.

## Totally FREE Business Checking **********3144

| | | | |
|---|---|---|---|
| Starting Balance | 302,181.73 | Interest Earned 02-01-2022 through 02-28-2022 | 0.00 |
| Deposits | 137,107.61 | Average Daily Balance During this period | 0.00 |
| Withdrawals | 413,878.82 | Interest Rate | 0.00% |
| Service Charges | 285.00 | Interest Earned Y-T-D | 0.00 |
| Interest | 0.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 25,125.52 | | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| | | Starting Balance | | | 302,181.73 |
| 02/01 | 02/01 | Point Of Sale Withdrawal  KEEPTRUCKIN ELD&FLE855-434-3564   CAUS Card #7626 | 305.00 | | 301,876.73 |
| 02/01 | 02/01 | Point Of Sale Withdrawal  INTUIT *QuickBooks CL.INTUIT.COM  CAUS Card #7626 | 180.00 | | 301,696.73 |
| 02/01 | 02/01 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 298,196.73 |
| 02/01 | 02/01 | External Withdrawal Financial Pacifi  - LEASE PYMT  1-1703747-301 | 1,511.42 | | 296,685.31 |
| 02/01 | 02/01 | External Withdrawal MDU WEB PAYMENTS - WEB PAY | 142.60 | | 296,542.71 |
| 02/01 | 02/01 | External Withdrawal Delta Bridge Fun - Delta Brid  DEB329101 | 2,045.00 | | 294,497.71 |
| 02/01 | 02/01 | External Withdrawal PAYROLL  - PAYROLL 8611730 | 74.40 | | 294,423.31 |
| 02/01 | 02/01 | External Withdrawal Fundamental Cap  - 2122010747  96511811 | 200.00 | | 294,223.31 |
| 02/01 | 02/01 | External Withdrawal Fundamental Cap  - 2122010747  96511824 | 1,800.00 | | 292,423.31 |
| 02/01 | 02/01 | Point Of Sale Withdrawal  Bismarck Parts Bismarck   NDUS Card #7626 | 24.47 | | 292,398.84 |
| 02/01 | 02/01 | Point Of Sale Withdrawal  Dickinson Parts 7012273304    NDUS Card #7626 | 3,617.94 | | 288,780.90 |

701-293-2400 • 800-423-3344 • gatecity.bank

Member FDIC    EQUAL HOUSING LENDER
GC 0577

# Gate City Bank

## For a Better Way of Life.®

P.O. Box 2847 • Fargo, ND 58108-2847

**This form is provided to help you balance your checking or savings account. It is important that the balance shown on your records agrees with our records. The reconciliation of this statement with your records is essential. Any error or exception should be reported immediately.**

**Checks or Withdrawals Standing • Not reflected on this statement**

| CHECK #/WITHDRAWAL | AMOUNT | CHECK #/WITHDRAWAL | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL | $ | TOTAL | $ |

Month _____ 20 _____

Be sure to adjust your account
register balance to reflect any
service charge or interest show
on this statement

Balance shown
on this statement                    $ _____

Add + Deposits not
shown on this statement          $ _____

Total                                      $ _____

Subtract - Checks or withdrawals    $ _____
outstanding

Balance                                  $ _____

Balance should agree with account register balance

≈

---

## Information for Consumer Accounts with Electronic Transfers

**In case of errors or questions about your electronic transfers:** Telephone us at 1-800-423-3344 or write us at Gate City Bank 500 2nd Avenue North, Fargo, ND 58102, as soon as you can. If you think your receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the first statement on which the error appeared.

1. Tell us your name and account number
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
3. Tell us the dollar amount of the suspected error
4. Sign and date

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if the account has been open for 30 calendar days or less) to do this, we will credit your account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

---

## Billing Rights Summary

**Information for customers with overdraft protection:** No finance charge will be incurred if there is no loan balance outstanding. The finance charge will begin on the day a loan or advance is processed by the Bank and will continue to accrue until all loan balances are paid in full. An annual maintenance fee will be assessed regardless of whether or not you use the account. Unless prior notification is received, the annual maintenance fee will be assessed on July 1st of each year as a debit through your checking account. If funds are not available we will advance your overdraft protection account.

**In case of errors or questions about your statement:** If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address on this statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

1. Your name and account number
2. The dollar amount of the suspected error
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
4. Sign and date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Line of credit disclosure:** Finance charges are computed on the average daily balance. The average daily balance is determined by dividing the sum of the daily outstanding principal balances less finance charges and service charges by the number of days in the billing period. The total amount of the finance charge for the billing period is computed by multiplying the principal by the daily periodic rate. The periodic rate may vary.

701-293-2400 • 800-423-3344 • gatecity.bank



EQUAL HOUSING LENDER  Member FDIC

GC 0578

# Gate City Bank

**For a Better Way of Life.®**

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | FEB 01-FEB 28, 2022 |
| Account Number | **********3144 |
| Page 2 of 15 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 02/01 | 02/01 | Wire Transfer Deposit 54414608 | | 20,871.90 | 309,652.80 |
| 02/01 | 02/01 | Incoming Wire Fee Incoming Wire Fee 54414608 | 15.00 | | 309,637.80 |
| 02/01 | 02/01 | Over Counter Check 3295 | 1,100.00 | | 308,537.80 |
| 02/01 | 02/01 | Over Counter Check 3296 | 1,100.00 | | 307,437.80 |
| 02/01 | 02/01 | Check 3282 | 1,000.00 | | 306,437.80 |
| 02/01 | 02/01 | Check 3283 | 3,000.00 | | 303,437.80 |
| 02/01 | 02/01 | Check 3322 | 233.76 | | 303,204.04 |
| 02/01 | 02/01 | Point Of Sale Withdrawal  WAL-MART #1567 2456 THIRD AVENUE WDICKINSON     NDUS Card #7626 | 74.85 | | 303,129.19 |
| 02/01 | 02/01 | Point Of Sale Withdrawal  SHELL OIL 125028100MANDAN       NDUS Card #7626 | 85.00 | | 303,044.19 |
| 02/01 | 02/01 | Point Of Sale Withdrawal  SOUTHWEST BUSINESS DICKINSON     NDUS Card #8436 | 7.14 | | 303,037.05 |
| 02/02 | 02/02 | Point Of Sale Withdrawal  HOLIDAY STATIONS 04STANLEY      NDUS Card #7626 | 97.55 | | 302,939.50 |
| 02/02 | 02/02 | Point Of Sale Deposit  KEEPTRUCKIN ELD&FLE855-434-3564  CAUS Card #7626 | | 145.00 | 303,084.50 |
| 02/02 | 02/02 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 299,584.50 |
| 02/02 | 02/02 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 296,084.50 |
| 02/02 | 02/02 | External Withdrawal Delta Bridge Fun  - Delta Brid  DEB331637 | 2,045.00 | | 294,039.50 |
| 02/02 | 02/02 | External Withdrawal CANCAPITAL877-30 4INFO 949-440-4667 - PREAUTHPMT NEWLOGIC | 3,817.83 | | 290,221.67 |
| 02/02 | 02/02 | External Withdrawal Fundamental Cap  - 2122010747  96534148 | 200.00 | | 290,021.67 |
| 02/02 | 02/02 | External Withdrawal Fundamental Cap  - 2122010747  96534160 | 1,800.00 | | 288,221.67 |
| 02/02 | 02/02 | Point Of Sale Withdrawal  PREPASS SAFETY ALLI8007737277     AZUS Card #7626 | 493.02 | | 287,728.65 |
| 02/02 | 02/02 | Point Of Sale Withdrawal  Dickinson Parts 7012273304     NDUS Card #7626 | 389.38 | | 287,339.27 |
| 02/02 | 02/02 | Withdrawal | 8,000.00 | | 279,339.27 |
| 02/02 | 02/02 | Over Counter Check 3284 | 163.09 | | 279,176.18 |
| 02/02 | 02/02 | Check 99 | 328.15 | | 278,848.03 |
| 02/02 | 02/02 | Check 100 | 323.31 | | 278,524.72 |
| 02/02 | 02/02 | Check 3286 | 3,620.16 | | 274,904.56 |
| 02/02 | 02/02 | Check 3294 | 600.00 | | 274,304.56 |
| 02/03 | 02/03 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 270,804.56 |
| 02/03 | 02/03 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 267,304.56 |

701-293-2400 • 800-423-3344 • gatecity.bank

Member FDIC

EQUAL HOUSING LENDER

GC 0579

# Gate City Bank

**For a Better Way of Life.®**

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | FEB 01-FEB 28, 2022 |
| Account Number | **********3144 |
| Page 3 of 15 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 02/03 | 02/03 | External Withdrawal Delta Bridge Fun - Delta Brid DEB334129 | 2,045.00 | | 265,259.56 |
| 02/03 | 02/03 | External Withdrawal Fundamental Cap - 2122010747 96550172 | 200.00 | | 265,059.56 |
| 02/03 | 02/03 | External Withdrawal Fundamental Cap - 2122010747 96550181 | 1,800.00 | | 263,259.56 |
| 02/03 | 02/03 | Point Of Sale Withdrawal  WEST DAKOTA OIL INCDICKINSON     NDUS Card #7626 | 459.77 | | 262,799.79 |
| 02/03 | 02/03 | Point Of Sale Withdrawal  COUNTY LINE TRUCK SDICKINSON     NDUS Card #7626 | 55.82 | | 262,743.97 |
| 02/03 | 02/03 | Point Of Sale Withdrawal  PAYPAL *BEST PPR   San Jose     CAUS Card #7626 | 79.99 | | 262,663.98 |
| 02/03 | 02/03 | Wire Transfer Deposit 54475424 | | 18,501.57 | 281,165.55 |
| 02/03 | 02/03 | Incoming Wire Fee Incoming Wire Fee 54475424 | 15.00 | | 281,150.55 |
| 02/03 | 02/03 | Point Of Sale Withdrawal  AUTOZONE 3205 S BRMINOT     NDUS Card #7626 | 44.05 | | 281,106.50 |
| 02/03 | 02/03 | Point Of Sale Withdrawal  PILOT FLYING J 3800 HWY 2 & 52 WESMINOT     NDUS Card #7626 | 17.53 | | 281,088.97 |
| 02/03 | 02/03 | Point Of Sale Withdrawal  MICROTEL INN & SUITDICKINSON     NDUS Card #7626 | 86.51 | | 281,002.46 |
| 02/03 | 02/03 | Point Of Sale Withdrawal  DICKINSON AUTO SUPPDICKINSON     NDUS Card #7626 | 18.36 | | 280,984.10 |
| 02/04 | 02/04 | Point Of Sale Withdrawal  CENEX FARMERS 07068RICHARDTON     NDUS Card #7626 | 38.89 | | 280,945.21 |
| 02/04 | 02/04 | Point Of Sale Withdrawal  CARFAX *CARFAX.COM CARFAX.COM     VAUS Card #8436 | 39.99 | | 280,905.22 |
| 02/04 | 02/04 | Withdrawal 1286855 | 1,812.94 | | 279,092.28 |
| 02/04 | 02/04 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 275,592.28 |
| 02/04 | 02/04 | External Withdrawal NORTH STAR  - INS PREM | 141.33 | | 275,450.95 |
| 02/04 | 02/04 | External Withdrawal IRS  - USATAXPYMT 227243566021820 | 8,870.81 | | 266,580.14 |
| 02/04 | 02/04 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 263,080.14 |
| 02/04 | 02/04 | External Withdrawal Delta Bridge Fun - Delta Brid DEB336694 | 2,045.00 | | 261,035.14 |
| 02/04 | 02/04 | External Withdrawal Fundamental Cap - 2122010747 96566122 | 200.00 | | 260,835.14 |
| 02/04 | 02/04 | External Withdrawal Fundamental Cap - 2122010747 96566140 | 1,800.00 | | 259,035.14 |
| 02/04 | 02/04 | Point Of Sale Withdrawal  WAL-MART #1567 2003 THIRD AVENUE WDICKINSON     NDUS Card #8436 | 288.13 | | 258,747.01 |

701-293-2400 • 800-423-3344 • gatecity.bank

Member FDIC

**EQUAL HOUSING LENDER**

GC 0580

# Gate City Bank

### For a Better Way of Life.®

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | FEB 01-FEB 28, 2022 |
| Account Number | **********3144 |
| Page 4 of 15 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 02/04 | 02/04 | Withdrawal | 1,482.00 | | 257,265.01 |
| 02/04 | 02/04 | Wire Transfer Deposit 54518310 | | 14,208.38 | 271,473.39 |
| 02/04 | 02/04 | Incoming Wire Fee Incoming Wire Fee 54518310 | 15.00 | | 271,458.39 |
| 02/04 | 02/04 | Withdrawal | 200.00 | | 271,258.39 |
| 02/04 | 02/04 | Withdrawal | 472.00 | | 270,786.39 |
| 02/04 | 02/04 | Withdrawal | 1,800.00 | | 268,986.39 |
| 02/04 | 02/04 | Check 3297 | 1,094.50 | | 267,891.89 |
| 02/04 | 02/04 | Check 3298 | 3,591.00 | | 264,300.89 |
| 02/04 | 02/04 | Point Of Sale Withdrawal  BEST BUY 1207 W CENTURY AVE BISMARCK      NDUS Card #7626 | 855.98 | | 263,444.91 |
| 02/04 | 02/04 | Point Of Sale Withdrawal  SQ *DUSTIN HAUSAUERDickinson      NDUS Card #8436 | 643.75 | | 262,801.16 |
| 02/04 | 02/04 | Point Of Sale Withdrawal  MARATHON PETRO24356NEW TOWN      NDUS Card #7626 | 79.47 | | 262,721.69 |
| 02/04 | 02/04 | Point Of Sale Withdrawal  INTUIT *TSheets  CL.INTUIT.COM  CAUS Card #8436 | 108.00 | | 262,613.69 |
| 02/05 | 02/05 | Point Of Sale Withdrawal  CENEX TRI ENER07064MANDAN      NDUS Card #7626 | 53.74 | | 262,559.95 |
| 02/05 | 02/05 | Point Of Sale Withdrawal  COUNTRY KITCHEN STODICKINSON      NDUS Card #8436 | 11.96 | | 262,547.99 |
| 02/05 | 02/05 | Point Of Sale Withdrawal  LEMMON IGA LEMMON      SDUS Card #7626 | 57.55 | | 262,490.44 |
| 02/05 | 02/05 | Point Of Sale Withdrawal  CONOCO - DANS INTERBELFIELD      NDUS Card #7626 | 81.23 | | 262,409.21 |
| 02/06 | 02/06 | Point Of Sale Withdrawal  Speedway 2001 E KiChamberlain    SDUS Card #7626 | 66.40 | | 262,342.81 |
| 02/06 | 02/06 | Point Of Sale Withdrawal  MAHONEY CPAS & ADVI651-2276695    MNUS Card #8436 | 3,883.00 | | 258,459.81 |
| 02/06 | 02/06 | Point Of Sale Withdrawal  MOTEL WEST PHILIP      SDUS Card #7626 | 91.80 | | 258,368.01 |
| 02/07 | 02/07 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 254,868.01 |
| 02/07 | 02/07 | External Withdrawal Delta Bridge Fun  - Delta Brid  DEB339223 | 2,045.00 | | 252,823.01 |
| 02/07 | 02/07 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 249,323.01 |
| 02/07 | 02/07 | Electronic Check 3300 WALLWORK TRUCK C  - CHK CONV | 428.61 | | 248,894.40 |
| 02/07 | 02/07 | External Withdrawal Fundamental Cap  - 2122010747  96582644 | 200.00 | | 248,694.40 |

701-293-2400 • 800-423-3344 • gatecity.bank

Member FDIC

GC 0581

# Gate City Bank

### For a Better Way of Life.®

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

Statement Date     FEB 01-FEB 28, 2022
Account Number    **********3144
Page 5 of 15

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|-----------|-----------|-------------------------|------------:|---------:|--------:|
| 02/07 | 02/07 | External Withdrawal Fundamental Cap - 2122010747  96582647 | 1,800.00 | | 246,894.40 |
| 02/07 | 02/07 | Over Counter Check 3182 | 8,000.00 | | 238,894.40 |
| 02/07 | 02/07 | Withdrawal | 6,800.00 | | 232,094.40 |
| 02/07 | 02/07 | Wire Transfer Deposit 54552626 | | 4,954.50 | 237,048.90 |
| 02/07 | 02/07 | Incoming Wire Fee Incoming Wire Fee 54552626 | 15.00 | | 237,033.90 |
| 02/07 | 02/07 | Point Of Sale Withdrawal  DILLARDS 323 INDEPEINDEPENDENCE   MOUS Card #7626 | 329.10 | | 236,704.80 |
| 02/07 | 02/07 | Point Of Sale Withdrawal  DILLARDS 323 INDEPEINDEPENDENCE   MOUS Card #7626 | 201.60 | | 236,503.20 |
| 02/07 | 02/07 | Point Of Sale Withdrawal  PHILLIPS 66 - MISSOMISSOURI VALL  IAUS Card #7626 | 5.71 | | 236,497.49 |
| 02/07 | 02/07 | Point Of Sale Withdrawal  WAL-MART #0998 4701 MISSION RD    WESTWOOD KSUS Card #7626 | 8.41 | | 236,489.08 |
| 02/08 | 02/08 | External Withdrawal Amerifi Capital - STARK ENER | 3,500.00 | | 232,989.08 |
| 02/08 | 02/08 | External Withdrawal Amerifi Capital - STARK ENER | 3,500.00 | | 229,489.08 |
| 02/08 | 02/08 | External Withdrawal QuickFee-Mahoney - VENDOR PMT  933522 | 995.09 | | 228,493.99 |
| 02/08 | 02/08 | External Withdrawal Delta Bridge Fun - Delta Brid  DEB341716 | 2,045.00 | | 226,448.99 |
| 02/08 | 02/08 | External Withdrawal Fundamental Cap - 2122010747  96600924 | 200.00 | | 226,248.99 |
| 02/08 | 02/08 | External Withdrawal Fundamental Cap - 2122010747  96600934 | 1,800.00 | | 224,448.99 |
| 02/08 | 02/08 | Point Of Sale Withdrawal  RUNNINGS OF DICKINSDICKINSON    NDUS Card #8436 | 356.66 | | 224,092.33 |
| 02/08 | 02/08 | Point Of Sale Withdrawal  OUR PLACE ROCK PORT     MOUS Card #7626 | 61.75 | | 224,030.58 |
| 02/08 | 02/08 | Point Of Sale Withdrawal  OUR PLACE ROCK PORT     MOUS Card #7626 | 12.17 | | 224,018.41 |
| 02/08 | 02/08 | Point Of Sale Withdrawal  JOES KANSAS CITY BBKANSAS CITY   KSUS Card #7626 | 22.05 | | 223,996.36 |
| 02/08 | 02/08 | Point Of Sale Withdrawal  WAL-MART #0179 3520 W SUNSHINE ST SPRINGFIELD  MOUS Card #7626 | 20.52 | | 223,975.84 |
| 02/08 | 02/08 | Check 97 | 118.85 | | 223,856.99 |
| 02/08 | 02/08 | Check 3291 | 230.87 | | 223,626.12 |
| 02/08 | 02/08 | Point Of Sale Withdrawal  TRACTOR SUPPLY 1751 WOMMACK AVE  BOLIVAR MOUS Card #7626 | 62.10 | | 223,564.02 |
| 02/08 | 02/08 | Point Of Sale Withdrawal  MOTEL 6 OF PERCIVALPERCIVAL    IAUS Card #7626 | 70.55 | | 223,493.47 |

# Gate City Bank

### For a Better Way of Life.®

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | FEB 01–FEB 28, 2022 |
| Account Number | **********3144 |
| Page 6 of 15 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 02/09 | 02/09 | Point Of Sale Withdrawal  FORD ANDERSON FORD SAINT JOSEPH   MOUS Card #7626 | 181.87 | | 223,311.60 |
| 02/09 | 02/09 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 219,811.60 |
| 02/09 | 02/09 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 216,311.60 |
| 02/09 | 02/09 | External Withdrawal Delta Bridge Fun  - Delta Brid  DEB344222 | 2,045.00 | | 214,266.60 |
| 02/09 | 02/09 | External Withdrawal Fundamental Cap  - 2122010747  96623764 | 200.00 | | 214,066.60 |
| 02/09 | 02/09 | External Withdrawal Fundamental Cap  - 2122010747  96623774 | 1,800.00 | | 212,266.60 |
| 02/09 | 02/09 | External Withdrawal CANCAPITAL877-30 4INFO 949-440-4667 - PREAUTHPMT NEWLOGIC | 50.00 | | 212,216.60 |
| 02/09 | 02/09 | External Withdrawal CANCAPITAL877-30 4INFO 949-440-4667 - PREAUTHPMT NEWLOGIC | 3,817.83 | | 208,398.77 |
| 02/09 | 02/09 | Point Of Sale Withdrawal  INTUIT 18004IN 2535 GARCIA AVE   MOUNTAIN VIEW  CAUS Card #7626 | 180.00 | | 208,218.77 |
| 02/09 | 02/09 | Point Of Sale Withdrawal  PILOT 00003COLLINS      MOUS Card #7626 | 80.00 | | 208,138.77 |
| 02/09 | 02/09 | Wire Transfer Deposit 54601730 | | 19,360.55 | 227,499.32 |
| 02/09 | 02/09 | Incoming Wire Fee Incoming Wire Fee 54601730 | 15.00 | | 227,484.32 |
| 02/09 | 02/09 | Stop Payment Fee | 30.00 | | 227,454.32 |
| 02/09 | 02/09 | Wire Transfer Withdrawal 26399 | 1,988.87 | | 225,465.45 |
| 02/09 | 02/09 | Wire Transfer Withdrawal 26401 | 5,000.00 | | 220,465.45 |
| 02/09 | 02/09 | Check 3292 | 323.31 | | 220,142.14 |
| 02/09 | 02/09 | Check 3293 | 328.15 | | 219,813.99 |
| 02/09 | 02/09 | Point Of Sale Withdrawal  LA QUINTA INN & SUISPRINGFIELD    MOUS Card #7626 | 135.67 | | 219,678.32 |
| 02/09 | 02/09 | Point Of Sale Withdrawal  RUBY TUESDAY 7888  SPRINGFIELD    MOUS Card #7626 | 55.38 | | 219,622.94 |
| 02/10 | 02/10 | Point Of Sale Withdrawal  The Best Burrito Harrisonville  MOUS Card #7626 | 18.73 | | 219,604.21 |
| 02/10 | 02/10 | Point Of Sale Withdrawal  OK TIRE STORE, INC FARGO        NDUS Card #7626 | 3,307.40 | | 216,296.81 |
| 02/10 | 02/10 | Point Of Sale Withdrawal  BUMPER TO BUMPER DOAVA        MOUS Card #7626 | 124.51 | | 216,172.30 |
| 02/10 | 02/10 | Point Of Sale Withdrawal  AMERICAS BEST VALUESEYMOUR       MOUS Card #7626 | 90.77 | | 216,081.53 |
| 02/10 | 02/10 | Withdrawal 1961820 | 2,436.41 | | 213,645.12 |
| 02/10 | 02/10 | Withdrawal 798942 | 646.47 | | 212,998.65 |
| 02/10 | 02/10 | Withdrawal 2116648 | 1,889.79 | | 211,108.86 |
| 02/10 | 02/10 | Withdrawal 2257715 | 2,880.54 | | 208,228.32 |

701-293-2400 • 800-423-3344 • gatecity.bank

Member FDIC

EQUAL HOUSING LENDER

GC 0583

# Gate City Bank

### For a Better Way of Life.®

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | FEB 01-FEB 28, 2022 |
| Account Number | **********3144 |
| Page 7 of 15 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 02/10 | 02/10 | External Withdrawal Amerifi Capital - STARK ENER | 3,500.00 | | 204,728.32 |
| 02/10 | 02/10 | External Withdrawal FLEETCOR FUNDING FLEETCOR - BT0209  166316786 | 4,081.57 | | 200,646.75 |
| 02/10 | 02/10 | External Withdrawal Delta Bridge Fun - Delta Brid  DEB346737 | 2,045.00 | | 198,601.75 |
| 02/10 | 02/10 | External Withdrawal Mountrail-Willia 701-577-3765 - SIGONFILE  RH665J | 100.00 | | 198,501.75 |
| 02/10 | 02/10 | External Withdrawal AscentiumCapital 00000000000000046978 - LEASECHG 175829 | 7,898.02 | | 190,603.73 |
| 02/10 | 02/10 | External Withdrawal Fundamental Cap - 2122010747  96639178 | 200.00 | | 190,403.73 |
| 02/10 | 02/10 | External Withdrawal Fundamental Cap - 2122010747  96639189 | 1,800.00 | | 188,603.73 |
| 02/10 | 02/10 | Point Of Sale Withdrawal  MEYER INDUSTRIES LLDICKINSON      NDUS Card #7626 | 416.66 | | 188,187.07 |
| 02/10 | 02/10 | Point Of Sale Withdrawal  J AND J OPERATING L7012254441    NDUS Card #7626 | 77.50 | | 188,109.57 |
| 02/10 | 02/10 | Point Of Sale Withdrawal  KUM&GO 0498 ROGERSVROGERSVILLE    MOUS Card #7626 | 85.76 | | 188,023.81 |
| 02/10 | 02/10 | Point Of Sale Withdrawal  SPENCER CONOCO      SPENCER      NEUS Card #7626 | 38.96 | | 187,984.85 |
| 02/10 | 02/10 | Withdrawal Reimburse for cat food for Shop Cats | 18.14 | | 187,966.71 |
| 02/10 | 02/10 | Wire Transfer Deposit 54647567 | | 6,777.50 | 194,744.21 |
| 02/10 | 02/10 | Incoming Wire Fee Incoming Wire Fee 54647567 | 15.00 | | 194,729.21 |
| 02/10 | 02/10 | Point Of Sale Withdrawal  LEMMON IGA LEMMON        SDUS Card #7626 | 59.09 | | 194,670.12 |
| 02/10 | 02/10 | Point Of Sale Withdrawal  CONOCO - SPENCER COSPENCER      NEUS Card #7626 | 85.25 | | 194,584.87 |
| 02/11 | 02/11 | Point Of Sale Withdrawal  CENEX CUBBY S 09890NELIGH      NEUS Card #7626 | 7.04 | | 194,577.83 |
| 02/11 | 02/11 | Point Of Sale Withdrawal  CONOCO - BADLANDS TPHILIP      SDUS Card #7626 | 77.15 | | 194,500.68 |
| 02/11 | 02/11 | External Withdrawal Amerifi Capital - STARK ENER | 3,500.00 | | 191,000.68 |
| 02/11 | 02/11 | External Withdrawal Amerifi Capital - STARK ENER | 3,500.00 | | 187,500.68 |
| 02/11 | 02/11 | External Withdrawal CAPITAL ONE - CRCARDPMT  3L7L9J6QUGLKG2K | 136.00 | | 187,364.68 |
| 02/11 | 02/11 | External Withdrawal Delta Bridge Fun - Delta Brid  DEB349328 | 2,045.00 | | 185,319.68 |

701-293-2400 • 800-423-3344 • gatecity.bank

Member FDIC

GC 0584

# Gate City Bank

**For a Better Way of Life.®**

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | FEB 01-FEB 28, 2022 |
| Account Number | **********3144 |
| Page 8 of 15 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 02/11 | 02/11 | External Withdrawal Fundamental Cap - 2122010747 96655609 | 200.00 | | 185,119.68 |
| 02/11 | 02/11 | External Withdrawal Fundamental Cap - 2122010747 96655624 | 1,800.00 | | 183,319.68 |
| 02/11 | 02/11 | Point Of Sale Withdrawal RUNNINGS OF DIC 2003 3RD AVE W    DICKINSON NDUS Card #7626 | 234.27 | | 183,085.41 |
| 02/11 | 02/11 | Wire Transfer Deposit 54677346 | | 2,394.50 | 185,479.91 |
| 02/11 | 02/11 | Incoming Wire Fee Incoming Wire Fee 54677346 | 15.00 | | 185,464.91 |
| 02/11 | 02/11 | Withdrawal | 8,000.00 | | 177,464.91 |
| 02/11 | 02/11 | Check 408 | 944.62 | | 176,520.29 |
| 02/11 | 02/11 | Point Of Sale Withdrawal INTUIT *PAYROLL    888-537-7794 CAUS Card #8436 | 18.98 | | 176,501.31 |
| 02/12 | 02/12 | Point Of Sale Withdrawal SAPP BROS TRAVEL CEPERCIVAL    IAUS Card #7626 | 110.80 | | 176,390.51 |
| 02/12 | 02/12 | Point Of Sale Withdrawal J AND J OPERATING LDICKINSON    NDUS Card #7626 | 77.50 | | 176,313.01 |
| 02/12 | 02/12 | Point Of Sale Withdrawal THE PIT STOP 386 21ST STREET W DICKINSON NDUS Card #7626 | 74.00 | | 176,239.01 |
| 02/12 | 02/12 | Point Of Sale Withdrawal RUNNINGS OF DIC 2003 3RD AVE W    DICKINSON NDUS Card #7626 | 242.87 | | 175,996.14 |
| 02/14 | 02/14 | Withdrawal 2865202 | 438.52 | | 175,557.62 |
| 02/14 | 02/14 | External Withdrawal Amerifi Capital - STARK ENER | 3,500.00 | | 172,057.62 |
| 02/14 | 02/14 | External Withdrawal Delta Bridge Fun - Delta Brid DEB351888 | 2,045.00 | | 170,012.62 |
| 02/14 | 02/14 | External Withdrawal CANCAPITAL877-30 4INFO 949-440-4667 - PREAUTHPMT NEWLOGIC | 3,817.83 | | 166,194.79 |
| 02/14 | 02/14 | External Withdrawal Fundamental Cap - 2122010747 96673347 | 200.00 | | 165,994.79 |
| 02/14 | 02/14 | External Withdrawal Fundamental Cap - 2122010747 96673363 | 1,800.00 | | 164,194.79 |
| 02/14 | 02/14 | Point Of Sale Withdrawal CASH APP*MICHAEL WE4153753176    CAUS Card #7626 | 525.00 | | 163,669.79 |
| 02/14 | 02/14 | Point Of Sale Withdrawal CENEX SUPERPUMPE BELFIELD    NDUS Card #7626 | 41.06 | | 163,628.73 |
| 02/14 | 02/14 | Withdrawal Collin Crawford Payroll 2/14/22 | 1,664.51 | | 161,964.22 |
| 02/14 | 02/14 | Withdrawal Shannon Brock Payroll 2/14/22 | 1,020.26 | | 160,943.96 |
| 02/14 | 02/14 | Wire Transfer Withdrawal 26484 | 1,578.44 | | 159,365.52 |
| 02/14 | 02/14 | Wire Transfer Withdrawal 26486 | 4,606.73 | | 154,758.79 |

701-293-2400 • 800-423-3344 • gatecity.bank

Member FDIC

GC 0585

# Gate City Bank

**For a Better Way of Life.®**

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | FEB 01-FEB 28, 2022 |
| Account Number | **********3144 |
| Page 9 of 15 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 02/14 | 02/14 | Wire Transfer Withdrawal 26487 | 2,005.90 | | 152,752.89 |
| 02/14 | 02/14 | Wire Transfer Deposit 54717113 | | 6,345.00 | 159,097.89 |
| 02/14 | 02/14 | Incoming Wire Fee Incoming Wire Fee 54717113 | 15.00 | | 159,082.89 |
| 02/14 | 02/14 | Point Of Sale Withdrawal  PROGRESSIVE INS   855-758-0945   OHUS Card #7626 | 6,519.60 | | 152,563.29 |
| 02/14 | 02/14 | Point Of Sale Withdrawal  CONOCO - DANS INTERBELFIELD     NDUS Card #7626 | 67.18 | | 152,496.11 |
| 02/15 | 02/15 | Point Of Sale Withdrawal  CENEX UNITED Q09885NEW TOWN     NDUS Card #7626 | 49.96 | | 152,446.15 |
| 02/15 | 02/15 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 148,946.15 |
| 02/15 | 02/15 | External Withdrawal CAPITAL ONE  - PHONE PYMT  3L8GDDO2XYSX07W | 5,000.00 | | 143,946.15 |
| 02/15 | 02/15 | External Withdrawal ALLIANCE FUNDING - CNTRCT PMT  CO# 01 CUST# 10881 CNTRCT# 21-12855     TRAN# 000001137 BATCH# 000000078 DE 21-12855 | 1,573.16 | | 142,372.99 |
| 02/15 | 02/15 | External Withdrawal ALLIANCE FUNDING - CNTRCT PMT  CO# 01 CUST# 10881 CNTRCT# 21-13587     TRAN# 000001138 BATCH# 000000078 DE 21-13587 | 1,956.07 | | 140,416.92 |
| 02/15 | 02/15 | External Withdrawal Delta Bridge Fun  - Delta Brid  DEB354418 | 2,045.00 | | 138,371.92 |
| 02/15 | 02/15 | External Withdrawal PAYROLL  - PAYROLL 8611730 | 90.00 | | 138,281.92 |
| 02/15 | 02/15 | External Withdrawal Fundamental Cap  - 2122010747  96692581 | 1,800.00 | | 136,481.92 |
| 02/15 | 02/15 | External Withdrawal Fundamental Cap  - 2122010747  96692633 | 200.00 | | 136,281.92 |
| 02/15 | 02/15 | Point Of Sale Withdrawal  MEYER INDUSTRIES LLDICKINSON     NDUS Card #7626 | 866.14 | | 135,415.78 |
| 02/15 | 02/15 | Check 2987 | 44.79 | | 135,370.99 |
| 02/15 | 02/15 | Check 2988 | 1,048.40 | | 134,322.59 |
| 02/15 | 02/15 | Wire Transfer Deposit 54748987 | | 4,302.95 | 138,625.54 |
| 02/15 | 02/15 | Incoming Wire Fee Incoming Wire Fee 54748987 | 15.00 | | 138,610.54 |
| 02/15 | 02/15 | Check 2983 | 3,620.14 | | 134,990.40 |
| 02/15 | 02/15 | Check 2985 | 1,500.00 | | 133,490.40 |
| 02/15 | 02/15 | Check 2986 | 3,000.00 | | 130,490.40 |
| 02/15 | 02/15 | Check 2991 | 1,413.28 | | 129,077.12 |
| 02/15 | 02/15 | Point Of Sale Withdrawal  WM SUPERCENTER #  DICKINSON     NDUS Card #8436 | 177.94 | | 128,899.18 |

701-293-2400 • 800-423-3344 • gatecity.bank

Member FDIC    EQUAL HOUSING LENDER

GC 0586

# Gate City Bank

### For a Better Way of Life.®

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

Statement Date          FEB 01-FEB 28, 2022
Account Number          **********3144
Page 10 of 15

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 02/15 | 02/15 | Point Of Sale Withdrawal  MARATHON PETRO24356NEW TOWN       NDUS Card #7626 | 74.00 | | 128,825.18 |
| 02/16 | 02/16 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 125,325.18 |
| 02/16 | 02/16 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 121,825.18 |
| 02/16 | 02/16 | External Withdrawal Delta Bridge Fun  - Delta Brid  DEB356990 | 2,045.00 | | 119,780.18 |
| 02/16 | 02/16 | External Withdrawal Fundamental Cap  - 2122010747  96710386 | 200.00 | | 119,580.18 |
| 02/16 | 02/16 | External Withdrawal Fundamental Cap  - 2122010747  96710390 | 1,800.00 | | 117,780.18 |
| 02/16 | 02/16 | External Withdrawal CANCAPITAL877-30 4INFO 949-440-4667 - PREAUTHPMT NEWLOGIC | 3,817.83 | | 113,962.35 |
| 02/16 | 02/16 | Wire Transfer Deposit 54782666 | | 10,821.65 | 124,784.00 |
| 02/16 | 02/16 | Incoming Wire Fee Incoming Wire Fee 54782666 | 15.00 | | 124,769.00 |
| 02/16 | 02/16 | Wire Transfer Withdrawal 26543 | 6,000.00 | | 118,769.00 |
| 02/16 | 02/16 | Check 2982 | 51.00 | | 118,718.00 |
| 02/16 | 02/16 | Check 2984 | 63.72 | | 118,654.28 |
| 02/17 | 02/17 | External Withdrawal VERIZON WIRELESS - PAYMENTS | 231.70 | | 118,422.58 |
| 02/17 | 02/17 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 114,922.58 |
| 02/17 | 02/17 | External Withdrawal Delta Bridge Fun  - Delta Brid  DEB359551 | 2,045.00 | | 112,877.58 |
| 02/17 | 02/17 | External Withdrawal Fundamental Cap  - 2122010747  96725911 | 200.00 | | 112,677.58 |
| 02/17 | 02/17 | External Withdrawal Fundamental Cap  - 2122010747  96725924 | 1,800.00 | | 110,877.58 |
| 02/18 | 02/18 | Point Of Sale Withdrawal  TOTAL SAFETY HOUSTON       TXUS Card #7626 | 300.11 | | 110,577.47 |
| 02/18 | 02/18 | Point Of Sale Withdrawal  MARATHON PETRO22885KILLDEER       NDUS Card #7626 | 53.17 | | 110,524.30 |
| 02/18 | 02/18 | Point Of Sale Withdrawal  WESTERN CHOICE07072MANNING       NDUS Card #7626 | 51.70 | | 110,472.60 |
| 02/18 | 02/18 | External Withdrawal Amerifi Capital  - STARK ENER | 3,500.00 | | 106,972.60 |
| 02/18 | 02/18 | External Withdrawal IRS  - USATAXPYMT 227244966012522 | 8,605.25 | | 98,367.35 |
| 02/18 | 02/18 | External Withdrawal FLEETCOR FUNDING FLEETCOR - BT0217  167214598 | 2,948.65 | | 95,418.70 |
| 02/18 | 02/18 | External Withdrawal Delta Bridge Fun  - Delta Brid  DEB362175 | 2,045.00 | | 93,373.70 |
| 02/18 | 02/18 | External Withdrawal Fundamental Cap  - 2122010747  96742292 | 200.00 | | 93,173.70 |

Member FDIC    EQUAL HOUSING LENDER

GC 0587

# Gate City Bank

### For a Better Way of Life.®

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | FEB 01-FEB 28, 2022 |
| Account Number | **********3144 |
| Page 11 of 15 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 02/18 | 02/18 | External Withdrawal Fundamental Cap - 2122010747 96742297 | 1,800.00 | | 91,373.70 |
| 02/18 | 02/18 | Point Of Sale Withdrawal  Dickinson Parts 7012273304    NDUS Card #7626 | 364.93 | | 91,008.77 |
| 02/18 | 02/18 | Point Of Sale Withdrawal  MEYER INDUSTRIES LLDICKINSON    NDUS Card #7626 | 292.97 | | 90,715.80 |
| 02/18 | 02/18 | Point Of Sale Withdrawal  Dickinson Parts 7012273304    NDUS Card #7626 | 74.20 | | 90,641.60 |
| 02/18 | 02/18 | Point Of Sale Withdrawal  RUNNINGS OF DICKINSDICKINSON    NDUS Card #8436 | 308.84 | | 90,332.76 |
| 02/18 | 02/18 | Point Of Sale Withdrawal  GG GARBAGE LLC    3032170782    MTUS Card #8436 | 1,586.48 | | 88,746.28 |
| 02/18 | 02/18 | Check 2995 | 3,412.50 | | 85,333.78 |
| 02/18 | 02/18 | Check 2998 | 540.00 | | 84,793.78 |
| 02/18 | 02/18 | Check 3183 | 288.00 | | 84,505.78 |
| 02/18 | 02/18 | Point Of Sale Withdrawal  Flight on Booking.cMiami    FLUS Card #8436 | 432.09 | | 84,073.69 |
| 02/18 | 02/18 | Point Of Sale Withdrawal  EXPEDIA 72252395557EXPEDIA.COM    WAUS Card #7626 | 58.19 | | 84,015.50 |
| 02/19 | 02/19 | Point Of Sale Deposit  Flight on Booking.cMiami    FLUS Card #8436 | | 432.09 | 84,447.59 |
| 02/19 | 02/19 | Point Of Sale Withdrawal  UNITED 800-932-2732  TXUS Card #7626 | 802.61 | | 83,644.98 |
| 02/20 | 02/20 | Point Of Sale Withdrawal  ROUGHRIDER ELECTRIC7017482293    NDUS Card #8436 | 656.00 | | 82,988.98 |
| 02/20 | 02/20 | Point Of Sale Withdrawal  UNITED 800-932-2732  TXUS Card #8436 | 459.10 | | 82,529.88 |
| 02/20 | 02/20 | Point Of Sale Withdrawal  UNITED 800-932-2732  TXUS Card #8436 | 11.00 | | 82,518.88 |
| 02/21 | 02/21 | Point Of Sale Withdrawal  COUNTY LINE TRUCK SDICKINSON    NDUS Card #7626 | 61.76 | | 82,457.12 |
| 02/21 | 02/21 | Point Of Sale Withdrawal  JP STEEL SUPPL 124 24TH ST E    DICKINSON NDUS Card #7626 | 1,367.46 | | 81,089.66 |
| 02/21 | 02/21 | Withdrawal | 300.00 | | 80,789.66 |
| 02/22 | 02/22 | Point Of Sale Withdrawal  MICROTEL INN & SUITDICKINSON    NDUS Card #7626 | 81.03 | | 80,708.63 |
| 02/22 | 02/22 | External Withdrawal Amerifi Capital - STARK ENER | 3,500.00 | | 77,208.63 |
| 02/22 | 02/22 | External Withdrawal CANCAPITAL877-30 4INFO 949-440-4667 - PREAUTHPMT NEWLOGIC | 3,817.83 | | 73,390.80 |
| 02/22 | 02/22 | External Withdrawal Delta Bridge Fun - Delta Brid  DEB364837 | 2,045.00 | | 71,345.80 |

# Gate City Bank

## For a Better Way of Life.®

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | FEB 01-FEB 28, 2022 |
| Account Number | **********3144 |
| Page 12 of 15 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 02/22 | 02/22 | External Withdrawal Fundamental Cap - 2122010747 96758315 | 200.00 | | 71,145.80 |
| 02/22 | 02/22 | External Withdrawal Fundamental Cap - 2122010747 96758316 | 1,800.00 | | 69,345.80 |
| 02/22 | 02/22 | External Withdrawal IPFS866-412-2561 - IPFSPMTMOK 974258 | 2,813.45 | | 66,532.35 |
| 02/22 | 02/22 | Point Of Sale Withdrawal  DELTA DELTA.COM      CAUS Card #8436 | 478.60 | | 66,053.75 |
| 02/22 | 02/22 | Wire Transfer Deposit 54891624 | | 10,575.00 | 76,628.75 |
| 02/22 | 02/22 | Incoming Wire Fee Incoming Wire Fee 54891624 | 15.00 | | 76,613.75 |
| 02/22 | 02/22 | External Withdrawal Fundamental Cap - 2122010747 96769132 | 200.00 | | 76,413.75 |
| 02/22 | 02/22 | External Withdrawal Fundamental Cap - 2122010747 96769151 | 1,800.00 | | 74,613.75 |
| 02/22 | 02/22 | Check 2993 | 328.15 | | 74,285.60 |
| 02/22 | 02/22 | Check 2994 | 323.31 | | 73,962.29 |
| 02/22 | 02/22 | Check 3001 | 212.89 | | 73,749.40 |
| 02/22 | 02/22 | Point Of Sale Withdrawal  AIRGAS USA, LLC  866-935-3370   OHUS Card #8436 | 137.69 | | 73,611.71 |
| 02/23 | 02/23 | External Withdrawal ALLY  - ALLY PAYMT 228076854941 | 1,279.05 | | 72,332.66 |
| 02/23 | 02/23 | Electronic Check 3184 WALLWORK TRUCK C - CHK CONV | 3,444.64 | | 68,888.02 |
| 02/23 | 02/23 | External Withdrawal CONTRACTPAYMENTV 866-851-8804 - LEASE PYMT CT-BUND40471075 | 3,832.71 | | 65,055.31 |
| 02/23 | 02/23 | External Withdrawal MDU WEB PAYMENTS - WEB PAY | 64.39 | | 64,990.92 |
| 02/23 | 02/23 | External Withdrawal Delta Bridge Fun - Delta Brid DEB367451 | 2,045.00 | | 62,945.92 |
| 02/23 | 02/23 | External Withdrawal Fundamental Cap - 2122010747 96782828 | 200.00 | | 62,745.92 |
| 02/23 | 02/23 | External Withdrawal Fundamental Cap - 2122010747 96782842 | 1,800.00 | | 60,945.92 |
| 02/23 | 02/23 | External Withdrawal CANCAPITAL877-30 4INFO 949-440-4667 - PREAUTHPMT NEWLOGIC | 3,817.83 | | 57,128.09 |
| 02/23 | 02/23 | Point Of Sale Withdrawal  ALLIANZ TRAVEL INS 8772524264    VAUS Card #8436 | 35.58 | | 57,092.51 |
| 02/23 | 02/23 | Point Of Sale Withdrawal  DELTA DELTA.COM     CAUS Card #8436 | 527.10 | | 56,565.41 |
| 02/23 | 02/23 | Point Of Sale Withdrawal  RUNNINGS OF DIC 2003 3RD AVE W    DICKINSON NDUS Card #7626 | 159.65 | | 56,405.76 |
| 02/23 | 02/23 | Wire Transfer Deposit 54927973 | | 5,134.50 | 61,540.26 |
| 02/23 | 02/23 | Incoming Wire Fee Incoming Wire Fee 54927973 | 15.00 | | 61,525.26 |
| 02/23 | 02/23 | Check 3002 | 1,149.50 | | 60,375.76 |

701-293-2400 • 800-423-3344 • gatecity.bank

Member FDIC

EQUAL HOUSING LENDER

GC 0589

# Gate City Bank

**For a Better Way of Life.®**

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | FEB 01-FEB 28, 2022 |
| Account Number | **********3144 |
| Page 13 of 15 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 02/23 | 02/23 | Point Of Sale Withdrawal DRILLINGEDGE.COM AUSTIN TXUS Card #7626 | 89.99 | | 60,285.77 |
| 02/24 | 02/24 | Withdrawal 1993856 | 1,404.54 | | 58,881.23 |
| 02/24 | 02/24 | Withdrawal 1275221 | 869.77 | | 58,011.46 |
| 02/24 | 02/24 | Withdrawal 1333145 | 1,721.62 | | 56,289.84 |
| 02/24 | 02/24 | Withdrawal 2006369 | 904.76 | | 55,385.08 |
| 02/24 | 02/24 | External Withdrawal Delta Bridge Fun - Delta Brid DEB370049 | 2,045.00 | | 53,340.08 |
| 02/24 | 02/24 | External Withdrawal Fundamental Cap - 2122010747 96800642 | 1,800.00 | | 51,540.08 |
| 02/24 | 02/24 | External Withdrawal Fundamental Cap - 2122010747 96800802 | 200.00 | | 51,340.08 |
| 02/24 | 02/24 | Point Of Sale Withdrawal BOOT BARN #130 DICKINSON NDUS Card #7626 | 244.94 | | 51,095.14 |
| 02/24 | 02/24 | Point Of Sale Withdrawal WAL-MART #1534 2717 ROCK ISLAND PLBISMARCK NDUS Card #8436 | 43.23 | | 51,051.91 |
| 02/24 | 02/24 | Point Of Sale Withdrawal OPC*US TREASURY WASHINGTON DCUS Card #7626 | 2,750.00 | | 48,301.91 |
| 02/25 | 02/25 | Point Of Sale Withdrawal TOTAL SAFETY HOUSTON TXUS Card #7626 | 129.08 | | 48,172.83 |
| 02/25 | 02/25 | Point Of Sale Withdrawal VRIENS TRUCK PARTS SALT LAKE CIT UTUS Card #8436 | 538.75 | | 47,634.08 |
| 02/25 | 02/25 | External Withdrawal ACCOUNT SERVICES - CASH TRANS Falcon Equipment*855-636-9502*AGREEMENT NUMBER 821-8096204-000\ (855) 636-9502 | 698.66 | | 46,935.42 |
| 02/25 | 02/25 | External Withdrawal Delta Bridge Fun - Delta Brid DEB372728 | 2,045.00 | | 44,890.42 |
| 02/25 | 02/25 | External Withdrawal Fundamental Cap - 2122010747 96816995 | 200.00 | | 44,690.42 |
| 02/25 | 02/25 | External Withdrawal Fundamental Cap - 2122010747 96816997 | 1,800.00 | | 42,890.42 |
| 02/25 | 02/25 | Point Of Sale Withdrawal SQ *A&W TOWING AND New Town NDUS Card #7626 | 5,868.09 | | 37,022.33 |
| 02/25 | 02/25 | Point Of Sale Withdrawal SIMPLETRUCKTAX.COM 415-827-7560 CAUS Card #7626 | 25.00 | | 36,997.33 |
| 02/25 | 02/25 | Point Of Sale Withdrawal MAC'S DICKINSON 241 26TH ST W DICKINSON NDUS Card #7626 | 98.12 | | 36,899.21 |
| 02/25 | 02/25 | Point Of Sale Withdrawal MARATHON PETRO24356NEW TOWN NDUS Card #7626 | 90.00 | | 36,809.21 |
| 02/26 | 02/26 | Point Of Sale Withdrawal THE UPS STORE 4954 DICKINSON NDUS Card #7626 | 75.69 | | 36,733.52 |

# Gate City Bank

### For a Better Way of Life.®

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | FEB 01-FEB 28, 2022 |
| Account Number | **********3144 |
| Page 14 of 15 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 02/26 | 02/26 | Point Of Sale Withdrawal  OPC*US TREASURY SER866-964-2552   NEUS Card #7626 | 2.20 | | 36,731.32 |
| 02/26 | 02/26 | Point Of Sale Withdrawal  MEYER INDUSTRIES LLDICKINSON    NDUS Card #7626 | 1,250.92 | | 35,480.40 |
| 02/26 | 02/26 | Point Of Sale Withdrawal  UNITED QUALITY COOPNEW TOWN    NDUS Card #7626 | 90.03 | | 35,390.37 |
| 02/26 | 02/26 | Point Of Sale Withdrawal  DAIRY QUEEN #15774 DICKINSON    NDUS Card #7626 | 28.76 | | 35,361.61 |
| 02/26 | 02/26 | Point Of Sale Withdrawal  RUNNINGS OF DIC 2003 3RD AVE W    DICKINSON NDUS Card #7626 | 276.85 | | 35,084.76 |
| 02/27 | 02/27 | Point Of Sale Withdrawal  M&H #22 DICKINSON    NDUS Card #7626 | 99.07 | | 34,985.69 |
| 02/27 | 02/27 | Point Of Sale Withdrawal  USPS PO 3724000905 DICKINSON    NDUS Card #8436 | 1.16 | | 34,984.53 |
| 02/27 | 02/27 | Point Of Sale Withdrawal  EXXONMOBIL 99497WATFORD CITY  NDUS Card #7626 | 75.70 | | 34,908.83 |
| 02/27 | 02/27 | Point Of Sale Withdrawal  RUNNINGS OF DIC 2003 3RD AVE W    DICKINSON NDUS Card #7626 | 198.39 | | 34,710.44 |
| 02/27 | 02/27 | Point Of Sale Withdrawal  CENEX SUPERPUMPE  BELFIELD    NDUS Card #7626 | 75.00 | | 34,635.44 |
| 02/27 | 02/27 | Point Of Sale Withdrawal  CENEX SUPERPUMPE  BELFIELD    NDUS Card #7626 | 231.45 | | 34,403.99 |
| 02/27 | 02/27 | Point Of Sale Withdrawal  CENEX SUPERPUMPE  BELFIELD    NDUS Card #7626 | 16.67 | | 34,387.32 |
| 02/27 | 02/27 | Point Of Sale Withdrawal  MICROTEL INN & SUITDICKINSON    NDUS Card #7626 | 71.18 | | 34,316.14 |
| 02/28 | 02/28 | Point Of Sale Withdrawal  MARATHON PETRO22885KILLDEER    NDUS Card #7626 | 105.73 | | 34,210.41 |
| 02/28 | 02/28 | Point Of Sale Withdrawal  CENEX UNITED Q09885NEW TOWN    NDUS Card #7626 | 100.00 | | 34,110.41 |
| 02/28 | 02/28 | Point Of Sale Withdrawal  CENEX UNITED Q09885NEW TOWN    NDUS Card #7626 | 100.00 | | 34,010.41 |
| 02/28 | 02/28 | Point Of Sale Withdrawal  CENEX UNITED Q09885NEW TOWN    NDUS Card #7626 | 100.00 | | 33,910.41 |

701-293-2400 • 800-423-3344 • gatecity.bank

Member FDIC    EQUAL HOUSING LENDER

GC 0591

# Gate City Bank

**For a Better Way of Life.®**

P.O. Box 2847 • Fargo, ND 58108-2847

## Statement of Account

| | |
|---|---|
| Statement Date | FEB 01-FEB 28, 2022 |
| Account Number | **********3144 |
| Page 15 of 15 | |

| Post Date | Trans Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 02/28 | 02/28 | Point Of Sale Withdrawal  CENEX UNITED Q09885NEW TOWN     NDUS Card #7626 | 60.18 | | 33,850.23 |
| 02/28 | 02/28 | Withdrawal Transfer to xxx6690 | 448.57 | | 33,401.66 |
| 02/28 | 02/28 | External Withdrawal Delta Bridge Fun  - Delta Brid  DEB375370 | 2,045.00 | | 31,356.66 |
| 02/28 | 02/28 | External Withdrawal Fundamental Cap  - 2122010747  96836641 | 1,800.00 | | 29,556.66 |
| 02/28 | 02/28 | External Withdrawal Fundamental Cap  - 2122010747  96836763 | 200.00 | | 29,356.66 |
| 02/28 | 02/28 | External Withdrawal PAYROLL  - PAYROLL 8611730 | 96.60 | | 29,260.06 |
| 02/28 | 02/28 | Point Of Sale Withdrawal  MEYER INDUSTRIES LLDICKINSON     NDUS Card #7626 | 579.09 | | 28,680.97 |
| 02/28 | 02/28 | Point Of Sale Withdrawal  Dickinson Parts 7012273304    NDUS Card #7626 | 670.67 | | 28,010.30 |
| 02/28 | 02/28 | Point Of Sale Withdrawal  TRAPPERS KETTLE RESBELFIELD    NDUS Card #7626 | 42.11 | | 27,968.19 |
| 02/28 | 02/28 | Point Of Sale Withdrawal  TST* RANCHMANS    NEW TOWN     NDUS Card #7626 | 46.80 | | 27,921.39 |
| 02/28 | 02/28 | Wire Transfer Withdrawal 26785 | 2,005.90 | | 25,915.49 |
| 02/28 | 02/28 | Wire Transfer Withdrawal 26787 | 3,371.08 | | 22,544.41 |
| 02/28 | 02/28 | Wire Transfer Withdrawal 26788 | 5,836.42 | | 16,707.99 |
| 02/28 | 02/28 | Wire Transfer Withdrawal 26789 | 2,470.73 | | 14,237.26 |
| 02/28 | 02/28 | Wire Transfer Deposit 55054956 | | 12,282.52 | 26,519.78 |
| 02/28 | 02/28 | Incoming Wire Fee Incoming Wire Fee 55054956 | 15.00 | | 26,504.78 |
| 02/28 | 02/28 | Withdrawal Payroll period 2/5-2/28/22 | 861.76 | | 25,643.02 |
| 02/28 | 02/28 | Withdrawal Payroll pay period 2/5-2/18/22 | 457.50 | | 25,185.52 |
| 03/01 | 03/01 | Online Business Banking Fee | 60.00 | | 25,125.52 |

| Summary of Returned Item Fees (NSF Fee - Returned Item) and Overdraft Fees (NSF Fee - Paid Item) | | |
|---|---|---|
| | Total For This Period | Total Year-to-Date |
| Total Returned Item Fees | 0.00 | 416.00 |
| Total Overdraft Fees | 0.00 | 576.00 |

EQUAL HOUSING LENDER
Member FDIC
GC 0592



EXHIBIT
18
R. Fetting

**STARK ENERGY INC**
PO BOX 748
DICKINSON, ND 58602

3275
77-7091/2913
1006

⊘CHECK ARMOR

Date: *Jan. 13, 2022*

Pay to the Order of *Apple CDJR*    $ *20,000* 00

*Twenty Thousand —— and No/100* Dollars

Photo Safe Deposit® Details on back

◉ **Gate City Bank**
For a Better Way of Life.®
800-423-3344 • gatecity.bank

For _____

7849565801

*Delen Fetting*

MP

Pay to the Order Of
WELLS FARGO BANK, N.A.
For Deposit Only
Apple Chrysler Dodge Jeep Ram
4700412556BN

CHECK BOX FOR...
W. Fa Natl Roder...

0920956350
784962022-01-19

ENDORSE HERE

GC 0593



**STARK ENERGY INC**
PO BOX 748
DICKINSON, ND 58602

3271

77-7091/2913
1006

Jan 12, 2022
Date

Pay to the Order of R & R Auto Farm and Electric Inc $ 46,230.42/XX

Forty-six Thousand Two Hundred Twenty-42/100 Dollars

**Gate City Bank**
For a Better Way of Life.®
800-423-3344 • gatecity.bank

For Loan Payoff

MP



>091310615< 20220117
Bravera Bank
Drawer#/Trans#: 04077/0024
HIN: 805210760000051

<0091310615> 4077 24 01/17/22

0940957807
2022-01-19

**STARK ENERGY INC**
PO BOX 748
DICKINSON, ND 58602

3270

77-7091/2913
1006

Date: Jan 12, 2022

Pay to the Order of: Copy Clanton

$ 12,500 00/XX

Twelve Thousand — and — N0/100 Dollars

**Gate City Bank**
For a Better Way of Life.®
800-523-3344 • gatecitybank

For: Loan Re-payment

Delene Fittig

0940787709
2022-01-14

9876 1122 USB >091000022<

01-12-2022 07:09 PM CST

**STARK ENERGY INC**
PO BOX 748
DICKINSON, ND 58602

3182
77-7091/2913
1006

Date: Feb 7, 2022

Pay to the Order of: Doyle S McMinn    $ 8,002.00

Eight Thousand — and No/100 — Dollars

**Gate City Bank**
For a Better Way of Life.®
800-423-3344 • gatecity bank

For: deposit for Purchase 2016 Chevy 1500

**Gate City Bank 291370918**
2/7/2022, 09:23:32
**LROSS**
**TMID 311690382233809**

GC 0596

**STARK ENERGY INC**
PO BOX 748
DICKINSON, ND 58602

3105

77-7091/2913
1006

Date: Jan 14 2022

Pay to the Order of: Jacob Cullip    $ 11,000.00

Eleven Thousand _____ Dollars

**Gate City Bank**
For a Better Way of Life.®
800-423-3344 • gatecitybank

For: Loan Payoff

Gate City Bank 291370918
1/14/2022, 17:18:44
HCHAMBERS
TMID 311700142262321

GC 0597



**STARK ENERGY INC**
PO BOX 748
DICKINSON, ND 58602

3103
77-7091/2913
1006

CHECK ARMOR

1-13-2022 Date

Pay to the Order of Blue Water Landscaping LLC   $ 112,000.00

One Hundred twelve thousand and 00/100 Dollars

**Gate City Bank**
For a Better Way of Life.®
800-423-3344 gatecity.bank

For Loan Payoff

Delene Fettig

