# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>STARK ENERGY, INC | CASE NO: 24-30168<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 7/3/2024, I did cause a copy of the following documents, described below,

Initial Trustee Fee Application and Notice Stark Energy 24-30168

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/3/2024

/s/ Thomas Kapusta
Thomas Kapusta
Subchapter V Trustee
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD  57109
605 376 6715
tkapusta@aol.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 24-30168 |
|---|---|
| STARK ENERGY, INC | **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br> Chapter: 11 |

On 7/3/2024, a copy of the following documents, described below,

Initial Trustee Fee Application and Notice Stark Energy 24-30168

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/3/2024

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas Kapusta
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD  57109

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled "CM/ECF SERVICE" were not served via First Class USPS Mail Service.

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING      ALLIANCE FUNDING GROUP               ALLY BANK  CO AIS PORTFOLIO SERVICES
NCRS ADDRESS DOWNLOAD                 DRESSLER PETERS LLC                  LLC
CASE 24-30168                         CO KEN PETERS                        4515 N SANTA FE AVE DEPT APS
DISTRICT OF NORTH DAKOTA              101 W GRAND AVE  SUITE 404           OKLAHOMA CITY  OK 73118-7901
TUE JUL 2 14-47-7 PST 2024            CHICAGO  IL 60654-7129


                                                                           DEBTOR
GATE CITY BANK                        REGIONS BANK                         STARK ENERGY  INC
CO CAREN W STANLEY                    CO CROWLEY FLECK PLLP                1860 4TH AVE E
VOGEL LAW FIRM                        ATTN MICHAEL J KLEPPERICH            PO BOX 748
PO BOX 1389                           490 N 31ST ST  STE 500               DICKINSON  ND 58602-0748
FARGO  ND 58107-1389                  PO BOX 2529
                                      BILLINGS  MT 59103-2529


EXCLUDE
US BANKRUPTCY COURT                   AVANZA GROUP  LLC                    ADAM HAMMERLE
655 1ST AVENUE NORTH  SUITE 210       3974 AMBOY RD SUITE 306              31732 AVONDALE
FARGO  ND 58102-4932                  STATEN ISLAND  NY 10308-2414         WESTLAND  MI 48186-4993



ALEXANDER MILLER                      (P)ALLIANCE FUNDING GROUP            ALLIANCE FUNDING GROUP
PO BOX 3256                           17542 17TH STREET                    ATTN OFFICER OR MANAGING AGENT
BISMARCK  ND 58602-0016               SUITE 200                            3974 AMBOY RD SUITE 306
                                      TUSTIN CA 92780-1960                 STATEN ISLAND NY 10308-2414


                                                                           EXCLUDE
ALLIANCE FUNDING GROUP                ALLY BANK                            (D)ALLY BANK CO AIS PORTFOLIO SERVICES
CO KENNETH D PETERS  ESQ              AIS PORTFOLIO SERVICES  LLC          LLC
DRESSLER  PETERS  LLC                 4515 N SANTA FE AVE DEPT APS         4515 N SANTA FE AVE DEPT APS
101 W GRAND AVE  SUITE 404            OKLAHOMA CITY  OK 73118-7901         OKLAHOMA CITY  OK 73118-7901
CHICAGO  IL 60654-7129


                                                                           EXCLUDE
ALLY FINANCIAL                        AMERIFI CAPITAL LLC                  (D)AMERIFI CAPITAL LLC
500 WOODWARD AVE                      330 MAIN ST 105                      330 MAIN ST 105
DETROIT  MI 48226-3416                HARTFORD  CT 06106-1860              HARTFORD  CT 06106-1860



(P)ASCENTIUM CAPITAL                  BRAD CROSS                           BRIGHT DESIGN HOMES
ATTN DOMINIC DILORETO                 809 ECR 7250                         319 PRAIRIE DR
239070 US 59 NORTH                    BISMARCK  ND 79404                   STANLEY  ND 58784-8516
KINGWOOD  TX 77339



BRYAN A KOSTELECKY                    BRYAN ADOLPH KOSTELECKY              CLOUD FUND LLC
1150  11TH AVENUE WEST                1150  11TH AVE W                     400 RELLA BLVD SUITE 165101
DICKINSON  ND 58601-3652              DICKINSON  ND 58601-3652             SUFFERN  NY 10901-4241



CT CORPORATION SYSTEM                 CTHD COMPANY                         CAPITAL ONE  SPARK BUSINESS
ATTN SPRS                             ATTN OFFICER OR MANAGING AGENT       PO BOX 71087
330 N BRAND BLVD SUITE 700            PO BOX 2576                          CHARLOTTE  NC 28272-1087
GLENDALE  CA 91203-2336               SPRINGFIELD  IL 62708-2576
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled (CM/ECF SERVICE) were not served via First Class USPS Mail Service.

EXCLUDE
(D)CAPITAL ONE - SPARK BUSINESS
PO BOX 71087
CHARLOTTE   NC 28272-1087

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE   NC   28272-1083

CODY FORD
PO BOX 64
BISMARCK   ND 58502-0064


CODY LAFFITTE
215 WALDROUP RD
EROS   LA 71238-7206

COUNTY LINE TRUCK STOP
PO BOX  2140
DICKINSON   ND 58602-2140

EXCLUDE
(D)COUNTY LINE TRUCK STOP
PO BOX  2140
DICKINSON   ND 58602-2140


CRAIG ELSER
2584 6TH AVE W  APT 7
DICKINSON   ND 58601-2556

DCI  CREDIT SERVICES INC
121 E ROSSER AVE
BISMARCK   ND 58501-3864

EXCLUDE
(D)DCI  CREDIT SERVICES INC
121 E ROSSER AVE
BISMARCK   ND 58501-3864


DANIEL GERSTBERGER
90 EAST 6 MILE RD
GARDEN CITY   KS 67846-9544

DANIEL GERSTBERGER
CO THOMAS F MURTHA
PO BOX 1111
DICKINSON   ND 58602-1111

DANIEL PALUCK
2030 SIERRA COMMONS RD  APT 738
DICKINSON   ND 58601-5173


DUSTIN ONEILL
1615 MAIN ST
BISMARCK   ND 58501

DYLAN BOYKIN
8715 PINE SPRINGS
MERIDIAN   MS 39305-9355

DYLAN NEWTON
527 2ND AVE E
DICKINSON   ND 58601-4476


DYNASTY CAPITAL 26  LLC
9614 METROPOLITAN AVE 2ND FL
FOREST HILLS   NY 11375-6675

EXCLUDE
(D)DYNASTY CAPITAL 26  LLC
9614 METROPOLITAN AVE 2ND FL
FOREST HILLS   NY 11375-6675

EN OD CAPTIAL LLC
11777 REISTERSTOWN RD
PIKESVILLE   MD 21208


EVERYDAY FUNDING GROUP LLC
132 32ND ST
BROOKLYN   NY 11232-1920

EBELTOFT  SICKLER LAWYERS PLLC
2272 EIGHT STREET WEST
DICKINSON  ND 58601-8590

EBELTOFT  SICKLER LAWYERS PLLC
2272 EIGHTH STREET WEST
DICKINSON  ND 58601-8590


EDUARDO ORTIZ
6024 WILSHIRE DR
TAMPA   FL 33615-3432

FETTIG ENTERPRISE INC
1860 4TH AVE E
DICKINSON  ND 58601-3362

FINANCIAL PACIFIC LEASING INC
3455 S 344TH WAY STE 300
FEDERAL WAY   WA 98001-9546


FINANCIAL PACIFIC LEASING INC
ATTN OFFICER OR MANAGING AGENT
3455 S 344TH WAY STE 300
FEDERAL WAY   WA 98001-9546

GARRETT MCKENZIE
1289 24TH ST W
BISMARCK   ND 58601-2716

GATE CITY BANK
1761 THIRD AVE W
DICKINSON   ND 58601-3086

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled (CM/ECF SERVICE) were not served via First Class USPS Mail Service.

GATE CITY BANK
204 SIMS ST
DICKINSON  ND 58601-5142

GATE CITY BANK
ATTN CAREN STANLEY  VOGEL LAW FIRM
PO BOX 1389
FARGO ND  58107-1389

GATE CITY BANK
CO CAREN STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO  ND 58107-1389

EXCLUDE
(D)GATE CITY BANK
CO CAREN W STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO  ND 58107-1389

GREG MOORE
632 8TH ST SE
BISMARCK  ND 58501

HELEN GEORGE
1813 4TH AVE E
BISMARCK  ND 58501

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

JASON LAVIGNE
375 HORIZON ST
KILLDEER  ND 58640

JEFFREY SCHMITT
4007 33RD ST N
BISMARCK  ND 58102-6237

JENNIFER M GOOSS
PO BOX 249
BEULAH  ND 58523-0249

JENNIFER M GOOSS
SOLEM LAW OFFICE
PO BOX 249
BEULAH  ND 58523-0249

JETT OGREN
CO ND  DEPARTMENT OF LABOR
600 E BOULEVARD AVE DEPT 406
BISMARCK  ND 58505-0340

JOHN C WILLIAMS  ASSOCIATES
1612 NORTHEAST EXPRESSWAY
ATLANTA  GA 30329-2003

EXCLUDE
(D)JOHN C WILLIAMS  ASSOCIATES
1612 NORTHEAST EXPRESSWAY
ATLANTA  GA 30329-2003

JUSTIN BACON
305 NORTH WIBAUX STREET
PO BOX 176
WIBAUX MT 59353-0176

JUSTIN BACON
CO ND DEPARTMENT OF LABOR
600 E BOULEVARD AVE DEPT 406
BISMARCK  ND 58505-0340

JUSTIN LAVIGNE
CO ND  DEPARTMENT OF LABOR
600 E BOULEVARD AVE DEPT 406
BISMARCK  ND 58505-0340

KELLER PAVING  LANDSCAPING  INC
1820 HWY 2 BYPASS EAST
MINOT  ND 58701-7929

KENNETH MACK
306 13TH ST NE
TIOGA  ND 58852-7150

KNIGHTSBRIDGE FUNDING LLC
1706 AVE M
BROOKLYN NY 11230-5307

KNIGHTSBRIDGE FUNDING LLC
40 WALL ST
NEW YORK  NY 10005-1304

LANDMARK FUNDING
10232 SOUTHARD DR
BELTSVILLE  MD 20705-2105

LANDMARK FUNDING
411 KINGSTON AVE STE 201
BROOKLYN NY 11225-3171

UNDELIVERABLE
LINEBARGER GOGGAN BLAIR  SAMPSON  LLP
233 SOUTH WACKER DRIVE SUITE 60606379

LINEBARGER GOGGAN BLAIR  SAMPSON  LLP
233 SOUTH WACKER DRIVE SUITE 4030
CHICAGO  IL 60606-6379

M2 FINANCING
20800 SWENSON DRIVE  SUITE 475
WAUKESHA  WI 53186-2075

EXCLUDE
(D)M2 FINANCING
20800 SWENSON DRIVE  SUITE 475
WAUKESHA  WI 53186-2075

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled with an (E) were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MARCELINO GONZALEZ<br>PO BOX 295<br>ELSA   TX 78543-0295 | MATHEW BARRETT<br>3007 E PAPILLON CIRCLE<br>MESA   AZ 85215 | EXCLUDE<br>(D)MATHEW BARRETT<br>3007 E PAPILLON CIRCLE<br>MESA   AZ 85215 |
| MATHEW HABERSTROH<br>3907 EAST DUKE STREET<br>LUBBOCK   TX 79403-3807 | MICHAEL WERNER<br>828 SOUTH 6TH STREET<br>CANON CITY   CO 81212-4123 | MIDLAND STATES BANK<br>1201 NETWORK CENTRE DRIVE<br>EFFINGHAM   IL 62401-4677 |
| EXCLUDE<br>(D)MIDLAND STATES BANK<br>1201 NETWORK CENTRE DRIVE<br>EFFINGHAM   IL 62401-4677 | MIDLAND STATES BANK<br>ATTN CAREN STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND   58107-1389 | OFFICE OF STATE TAX COMMISSIONER<br>600 E BOULEVARD<br>BISMARCK   ND 58505-0599 |
| PARKVIEW ADVANCE LLC<br>400 MAIN ST<br>STAMFORD   CT 06901-3000 | PATRICK VOLCK<br>1402 20TH AVE W   APT 13<br>WILLISTON   ND 58801-3775 | PINNACLE BUSINESS FUNDING LLC<br>1777 REISTERSTOWN RD<br>PIKESVILLE   MD 21208-1313 |
| EXCLUDE<br>(D)PINNACLE BUSINESS FUNDING LLC<br>1777 REISTERSTOWN RD<br>PIKESVILLE   MD 21208-1313 | PIONEER CREDIT RECOVERY INC<br>PO BOX 189<br>ARCADE   NY 14009-0189 | PREBLE MEDICAL SERVICES INC<br>101 COLLINS AVENUE<br>MANDAN   ND 58554-3176 |
| PREBLE MEDICAL SERVICES INC<br>MARY ANN PREBLEOWNER<br>101 COLLINS AVENUE<br>MANDAN   ND 58554-3176 | QUALITY QUICK PRINT<br>37 1ST AVE WEST<br>DICKINSON   ND 58601-5102 | QUENT LUSK<br>1455 ROUGH RIDER BLVD   APT 202<br>DICKINSON   ND 58601-6760 |
| QUINTON JENKINS<br>201 COUNTY ROAD 685<br>QUITMAN   MS 39355-8982 | RIVER ADVANCE<br>36 AIRPORT RD<br>LAKEWOOD   NJ 08701-7034 | RAYMOND IBE<br>5809 VICTORIA AVE   UNIT H<br>WILLISTON   ND 58801-5174 |
| REGIONS BANK<br>PO BOX 11407<br>BIRMINGHAM   AL 35246-3035 | REGIONS BANK<br>CO MICHAEL J KLEPPERICH<br>PO BOX 2529<br>BILLINGS   MT 59103-2529 | RICARDO MUZQUIZ<br>1004 PASEO DE TIBER<br>LAREDO   TX 78046-8939 |
| RIVER CAPITAL PARTNERS LLC<br>36 AIRPORT ROAD<br>LAKEWOOD   NJ 08701-7034 | EXCLUDE<br>(D)RIVER CAPITAL PARTNERS LLC<br>36 AIRPORT ROAD<br>LAKEWOOD   NJ 08701-7034 | ROB FETTIG<br>1860 4TH AVE E<br>DICKINSON   ND 58601-3362 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled (CM/ECF SERVICE) were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ROB FETTIG<br>1860 4TH AVE E DICKINSON<br>DICKINSON  ND 58601-3362 | ROBERT BOATRIGHT<br>1810 DIAZ AVE<br>BISMARCK  ND 78076-3384 | ROBERT HAIDER<br>1093 ENTERPRISE AVE  APT 3<br>BISMARCK  ND 58601-4162 |
| SHANNON BROCK<br>615 29TH ST W<br>DICKINSON ND 58601-2536 | SOUTH METRO REMODEL AND HOME REPAIR<br>13617 4TH AVE SOUTH<br>BURNSVILLE  MN 55337-4071 | STEVEN KOPP<br>1911 RADNOR DR<br>MELBOURNE  FL 32901-4226 |
| STEVEN STACK<br>9201 275TH AVE SE<br>BISMARCK  ND 58781-9221 | THE AVANZA GROUP LLC<br>3974 AMBOY ROAD STE 304<br>STATEN ISLAND  NY 10308-2414 | TODD GRIFFITHS<br>2463 COVES CT<br>DICKINSON  ND 58601-3030 |
| TRAVIS VERNON<br>633 27TH ST WEST<br>BISMARCK  ND 58501 | US ATTORNEY<br>655 FIRST AVE N STE 250<br>FARGO ND  58102-4932 | US SMALL BUSINESS ADMINISTRATION<br>JOHN W BAKER  ATTORNEY<br>721 19TH STREET<br>SUITE 426<br>DENVER  CO 80202-2517 |
| US SMALL BUSINESS ADMINISTRATION<br>14925 KINGSPORT ROAD<br>FORT WORTH  TX 76155-2243 | EXCLUDE<br>(D)US SMALL BUSINESS ADMINISTRATION<br>14925 KINGSPORT ROAD<br>FORT WORTH  TX 76155-2243 | VALENTIN MASCORRO<br>633 27TH ST WEST<br>DICKINSON  ND 58601-2520 |
| VOGEL LAW FIRM<br>218 NP AVE<br>FARGO  ND 58102-4834 | WESTERN EQUIPMENT SOLUTIONS<br>PO BOX 26975<br>SALT LAKE CITY  UT 84126-0975 | EXCLUDE<br>(D)WESTERN EQUIPMENT SOLUTIONS<br>PO BOX 26975<br>SALT LAKE CITY  UT 84126-0975 |
| YUKER TOWING<br>876 E BROADWAY ST<br>DICKINSON  ND 58601-7416 | EXCLUDE<br>(D)YUKER TOWING<br>876 E BROADWAY ST<br>DICKINSON  ND 58601-7416 | M2 EQUIPMENT FINANCE LLC<br>20800 SWENSON DRIVE<br>WAUKESHA  WI 53186-2075 |
| ERIK A AHLGREN<br>AHLGREN LAW OFFICE  PLLC<br>220 W WASHINGTON AVE<br>STE 105<br>FERGUS FALLS  MN 56537-2569 | EXCLUDE<br>(U)JOHN W BAKER  ATTY US SMALL BUSINESS ADMI | MATTHEW BARRETT<br>3007 E PAPILLON CIRCLE<br>MESA  AZ 85215 |
| MAURICE VERSTANDIG<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO  ND 58102-4246 | ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS  MN 55415-1320 | THOMAS KAPUSTA<br>PO BOX 90624<br>SIOUX FALLS  SD 57109-0624 |