UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Stark Energy, Inc.,<br><br>Debtor. | Case No.: 24-30168<br><br>Chapter 11, Subchapter V |

### DECLARATION OF ANDREW YUKER

Pursuant to 28 U.S.C. § 1746, I, Andrew Yuker, do hereby declare, under penalty of perjury, the following to the best of my knowledge, information, and belief:

1. I am self-employed and own a single-member LLC, Yuker Towing & Repair LLC ("Yuker's"). I started Yuker's in 2017.

2. If called as a witness, I could and would competently testify to the matters set forth herein based on my personal knowledge. In my capacity as a single member and owner of Yuker's, I am familiar with Yuker's invoicing and business procedures and processes, and have knowledge also of my personal cellular telephone communications. My testimony herein is based on my ownership of Yuker's and my cellular telephone communications.

3. Yuker's has conducted business with the Debtor Stark Energy, Inc. ("Debtor") and its principal Robert Fettig ("Fettig") since 2018.

4. Attached as **Exhibit 1** are true and correct copies of text messages exchanged between myself and Robert Fettig in 2023.

5. Attached as **Exhibit 2** are true and correct copies of text messages exchanged between myself and Robert Fettig in 2024.

6.  Attached as **Exhibit 3** are true and correct copies of text messages exchanged between myself and Delene Fettig in 2023.

7.  Attached as **Exhibit 4** is a summary of amounts owing by Debtor to Yuker's and corresponding invoices issued by Yuker's to the Debtor for towing services provided at the request of Debtor and its representatives. Typically, Yuker's invoices would be emailed to Robert Fettig and/or Delene Fettig.

8.  Attached as **Exhibit 5** are photographs that I took of the Debtor's business premises located at 4090 130th Ave SW, Belfield, ND 58622 in March 2024 and late May or early June of 2024. The handwriting on the post-it notes is my handwriting with the exception of one note that contains the handwriting of a paralegal with Murtha Law Office.

9.  Attached as **Exhibit 6** is a true and correct report of phone calls that I received and sent from September 26, 2023 through October 25, 2023.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated this 2nd day of July, 2024.

BY: _____
Andrew Yuker, individually and as owner of
Yuker's Towing & Repair, LLC

4885-5743-9693 v.1

2