**Rob Fettig**

Case 24-30168   Doc 125-1   Filed 07/03/24   Entered 07/03/24 10:50:13   Desc Exhibit
1 - Text Messages with Robert Fettig in 2023   Page 1 of 46

**EXHIBIT 1**

Tuesday, January 24, 2023

**Rob Fettig(19522106610)**

U awake

Jan 24, 2023 11:54:05 PM

Wednesday, January 25, 2023

**19898580805**

I am just fished a truck up a mtn

Jan 25, 2023 2:52:16 AM

Friday, March 10, 2023

**Rob Fettig(19522106610)**

3,750,000.00 , let me know ridiculously low but fuck it

Mar 10, 2023 7:05:40 PM

Sunday, March 12, 2023

**Rob Fettig(19522106610)**

Do u got a
Skid steer I can borrow to move snow ?

Mar 12, 2023 2:39:47 PM

**19898580805**

I don't the only 1 I have we are using with the wreckers currently

Mar 12, 2023 2:46:23 PM

**Rob Fettig(19522106610)**

I got a skid call me if u would
Sorry to be a pain

Mar 12, 2023 2:46:28 PM

**Rob Fettig(19522106610)**

◦2018 Volvo Tractor Truck VIN 4V4NC9EH6JN888150
◦2015 Great Dane Trailer VIN 1GRAA0621FW700678
◦2012 Peterbilt 367 VIN 1XPTP4TX1CD147318

Mar 12, 2023 2:57:16 PM

Monday, March 13, 2023

**Rob Fettig(19522106610)**

Do u have a small equipment trailer

Mar 13, 2023 1:04:04 PM

**Rob Fettig(19522106610)**

Found one

Mar 13, 2023 1:13:36 PM

**19898580805**

All of mine are loaded with crap and under a lot of snow

Mar 13, 2023 1:13:43 PM

**Rob Fettig(19522106610)**

Thanks anyways

Mar 13, 2023 1:14:08 PM

**Rob Fettig(19522106610)**

U awake ?

Mar 13, 2023 2:40:59 PM

Thursday, May 11, 2023

GC 0001

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 2 of 46

**Rob Fettig(19522106610)**

Thanks man will be there

May 11, 2023 9:15:57 AM

**19898580805**

We have visitation next Tuesday 4-7 with the funeral on Wednesday at 2 with visitation before and a social hour after
Ladbury's in Dickinson

May 11, 2023 9:16:27 AM

Sunday, May 28, 2023

**Rob Fettig(19522106610)**

What u get for your frac tanks

May 28, 2023 3:04:32 PM

**19898580805**

Depends on the oil company 10/day for limerock

May 28, 2023 3:40:15 PM

**Rob Fettig(19522106610)**

Oh nice

May 28, 2023 5:00:40 PM

**Rob Fettig(19522106610)**

Lol

May 28, 2023 5:01:45 PM

**Rob Fettig(19522106610)**

I need to find a mechanic

May 28, 2023 5:02:02 PM

**Rob Fettig(19522106610)**

Finding some work but FCk people

May 28, 2023 5:02:20 PM

**Rob Fettig(19522106610)**

Really

May 28, 2023 5:03:02 PM

**19898580805**

Too cheap honestly

May 28, 2023 5:03:10 PM

**Rob Fettig(19522106610)**

Wtf

May 28, 2023 5:03:12 PM

**Rob Fettig(19522106610)**

Is wrong with people

May 28, 2023 5:03:18 PM

**19898580805**

I know wolverine out of Watford was 35/day for xto

May 28, 2023 5:04:14 PM

**19898580805**

Yeah people suck both my mechanics quit Monday

May 28, 2023 5:04:33 PM

**19898580805**

Yep

May 28, 2023 5:04:46 PM

**Rob Fettig(19522106610)**

Why they quit

May 28, 2023 5:42:35 PM

GC 0002

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 3 of 46

19898580805

They went to start their own shop together

May 28, 2023 8:52:15 PM

Rob Fettig(19522106610)

Ha that's life

May 28, 2023 9:04:43 PM

Rob Fettig(19522106610)

Everyone is a boss

May 28, 2023 9:05:01 PM

Wednesday, May 31, 2023

Rob Fettig(19522106610)

Call me please

May 31, 2023 3:14:07 PM

Saturday, June 3, 2023

Rob Fettig(19522106610)

Call me if you like

Jun 3, 2023 3:31:53 PM

Rob Fettig(19522106610)

I wanna meet up

Jun 3, 2023 3:43:55 PM

Rob Fettig(19522106610)

No in Stanley

Jun 3, 2023 4:54:28 PM

Rob Fettig(19522106610)

I will call u right back

Jun 3, 2023 4:54:36 PM

Rob Fettig(19522106610)

On phone

Jun 3, 2023 4:54:39 PM

19898580805

I'm in Belfield want me to stop by?

Jun 3, 2023 4:55:44 PM

Rob Fettig(19522106610)

Call me and or i will see u when i get back

Jun 3, 2023 4:57:34 PM

Rob Fettig(19522106610)

Got some $
For bill

Jun 3, 2023 4:57:41 PM

Rob Fettig(19522106610)

Working
On more next week too

Jun 3, 2023 4:57:49 PM

19898580805

My speaker broke on my phone let me call you back

Jun 3, 2023 4:59:01 PM

19898580805

We should meet at my office i want show you something

Jun 3, 2023 5:01:11 PM

GC 0003

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 4 of 46

**Rob Fettig(19522106610)**

Okay

Jun 3, 2023 5:03:11 PM

**Rob Fettig(19522106610)**

I will let u know

Jun 3, 2023 5:03:20 PM

**Rob Fettig(19522106610)**

Is it your new wrecker trucks

Jun 3, 2023 5:16:21 PM

Sunday, June 4, 2023

**Rob Fettig(19522106610)**

Fcking hot out

Jun 4, 2023 3:51:25 PM

**Rob Fettig(19522106610)**

Pissed having to fix my own stuff but that's ok i will
learn to mechanic

Jun 4, 2023 3:56:09 PM

**Rob Fettig(19522106610)**

Tow trucks people in mudd

Jun 4, 2023 3:56:52 PM

**19898580805**

Raining in Dickinson

Jun 4, 2023 3:57:09 PM

**Rob Fettig(19522106610)**



Jun 4, 2023 4:01:25 PM

**Rob Fettig(19522106610)**

Hopefully after i fix the one airline

Jun 4, 2023 4:01:29 PM

**Rob Fettig(19522106610)**

I can get this trailer to air up

Jun 4, 2023 4:01:46 PM

Sunday, June 18, 2023

**Rob Fettig(19522106610)**

Happy father's day and when u can give me a call

Jun 18, 2023 5:23:02 PM

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 5 of 46

**Rob Fettig(19522106610)**

Really?

Jun 18, 2023 10:40:24 PM

**Rob Fettig(19522106610)**

Sorry to hear man driver ok ???

Jun 18, 2023 10:40:39 PM

19898580805

Thank you, its been rough last two weeks cleaning out dads house in Michigan and Saturday 1 of my drivers got hit by a car on 22

Jun 18, 2023 10:41:37 PM

**Rob Fettig(19522106610)**

Really wow sorry to hear

Jun 18, 2023 10:41:59 PM

**Rob Fettig(19522106610)**

Hopeful they make it

Jun 18, 2023 10:42:04 PM

19898580805

Yeah but the other driver was life flighted to Bismarck i think

Jun 18, 2023 10:43:12 PM

19898580805

Yesh rumor is they were drunk

Jun 18, 2023 10:44:34 PM

19898580805

Did a lot of damage to the winch truck and trailer

Jun 18, 2023 10:45:24 PM

**Rob Fettig(19522106610)**

Holy fuck
That is shity

Jun 18, 2023 10:46:20 PM

**Rob Fettig(19522106610)**

That's ok though u will get through it wasn't your fault or your fellas

Jun 18, 2023 10:46:42 PM

**Rob Fettig(19522106610)**

Ducking drunks

Jun 18, 2023 10:46:57 PM

Fwd:

Jun 18, 2023 10:47:03 PM

GC 0005



Jun 18, 2023 10:47:03 PM

Rob Fettig(19522106610)

**Yeah but think like if it was your problem though thats where it would blow**

Jun 18, 2023 10:48:36 PM

19898580805

**Yeah just sucks cause I already have 1 broken down winch truck**

Jun 18, 2023 10:49:39 PM

19898580805

**Yeah hopefully the guy makes it, the engine from his car was laying in the ditch**

Jun 18, 2023 10:51:52 PM

GC 0006

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 7 of 46

Rob Fettig(19522106610)

Will u Tell your repo. Fellas to chill to someone's out there walking up to my drivers i was like great

One guy quit today cus of it ... though he was a dick... he said he wasn't gonna work with me cus he got fucked by his last boss

I hate people

I think it's a different towing co. it was a different co but good thing I worked it out with
Banker told
Them you can put missed payments at back of loan

I gonna try find another driver

Oh well and if not this month set you me up for monthly payments to
Go to zero

Think I found a gf

Jun 18, 2023 10:53:49 PM

Rob Fettig(19522106610)

Hope all is good

Jun 18, 2023 10:54:02 PM

Rob Fettig(19522106610)

Yeah I appreciate it man cus this driver today thought a dick was like counting on him but he was a clown

Yeah. Bank said they cool now so i gotta call them Tuesday and ask them , but then again employees are a pain in the fck all lol

Jun 18, 2023 10:59:14 PM

19898580805

I was worried they were going to contact another wrecker company its none of my guys. Those repo brokers are like hound dogs

Jun 18, 2023 10:59:28 PM

Rob Fettig(19522106610)

I am gonna not give up i been working hard to find good work

Jun 18, 2023 10:59:39 PM

Rob Fettig(19522106610)

No bs though found a nice gal well she found me

Jun 18, 2023 11:00:02 PM

19898580805

The broker on your trucks is cr2 out of new York

Jun 18, 2023 11:03:18 PM

Rob Fettig(19522106610)

Apparently we gotta go to new york and order them a 🫏 n be heybro why u wanna hate on the little fella

Jun 18, 2023 11:03:58 PM

Rob Fettig(19522106610)

I gonna be on one looking high low

Jun 18, 2023 11:04:09 PM

GC 0007

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 8 of 46

19898580805

> With them being out of state im sure they are just calling every wrecker company in the area

Jun 18, 2023 11:04:27 PM

**Rob Fettig(19522106610)**

Hows the weather been in Michigan hopefully no rain

Jun 18, 2023 11:05:33 PM

**Rob Fettig(19522106610)**

With the bank accepting the new arrangement?

Jun 18, 2023 11:07:06 PM

**Rob Fettig(19522106610)**

I swear I hate bankers

Jun 18, 2023 11:07:31 PM

19898580805

> I would be careful there are wrecker companies that will just come take them

Jun 18, 2023 11:08:03 PM

19898580805

> It rained 1 day but thats it. I forgot how hot 70s feels like in Michigan with all the humidity

Jun 18, 2023 11:09:31 PM

**Rob Fettig(19522106610)**

Well they better cancel or i will be in prison cus I love my company like its my kid

Jun 18, 2023 11:10:38 PM

**Rob Fettig(19522106610)**

And it will be back on track

Jun 18, 2023 11:10:59 PM

**Rob Fettig(19522106610)**

Them so called managers helpers fucked me

Jun 18, 2023 11:11:14 PM

19898580805

> Banks never seem to be in a hurry to call off the hounds, they may accept the terms but wrecker company may pick them up before the job cancels

Jun 18, 2023 11:11:15 PM

**Rob Fettig(19522106610)**

Lol go figure

Jun 18, 2023 11:11:18 PM

19898580805

> Yeah its impossible to find good help these days

Jun 18, 2023 11:14:30 PM

Thursday, July 20, 2023

**Rob Fettig(19522106610)**

K
Thanks

Jul 20, 2023 1:44:47 PM

19898580805

> I'll call you back.

Jul 20, 2023 1:46:45 PM

**Rob Fettig(19522106610)**

At the shop

Jul 20, 2023 4:46:34 PM

GC 0008

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 9 of 46

**Rob Fettig(19522106610)**
Ok sounds good

Jul 20, 2023 4:48:12 PM

**19898580805**
K I'm about to leave mine

Jul 20, 2023 4:49:05 PM

**Rob Fettig(19522106610)**
Found us a mechanic

Well 3

Jul 20, 2023 4:57:14 PM

**Rob Fettig(19522106610)**
1 can do motor swaps and overhaul

Jul 20, 2023 4:57:24 PM

**Rob Fettig(19522106610)**
Thanks for meeting with meb

Jul 20, 2023 9:52:07 PM

**Rob Fettig(19522106610)**
Me

Jul 20, 2023 9:52:09 PM

**Rob Fettig(19522106610)**
Any one who can haul rgn if i got a load ? Going to
turn it up

Jul 20, 2023 9:52:48 PM

**19898580805**
Not right now

Jul 20, 2023 10:11:35 PM

**Rob Fettig(19522106610)**
No just checking calling in morning more drivers
going to Continental sites moms tired

Got a good feeling just got to stay on track get us
more drivers

Messaging some now but prob grab a few hours

Jul 20, 2023 10:13:11 PM

**Rob Fettig(19522106610)**
Yep night, call me if u need me

Jul 20, 2023 10:17:18 PM

**19898580805**
Ok we will talk more tomorrow

Jul 20, 2023 10:18:58 PM

Friday, July 21, 2023

**Rob Fettig(19522106610)**
Got us 2 drivers right now committed

Jul 21, 2023 10:04:38 AM

**Rob Fettig(19522106610)**
Working on quite a bit more

Jul 21, 2023 10:04:49 AM

**Rob Fettig(19522106610)**
3 more now

Jul 21, 2023 10:51:05 AM

GC 0009

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 10 of 46

Rob Fettig(19522106610)

Keith will
Be here in less then 2 weeks from
Upper michigan

Jul 21, 2023 11:20:22 AM

Rob Fettig(19522106610)

Randy is talking with his wife could
Come
Asap

Jul 21, 2023 11:20:35 AM

Rob Fettig(19522106610)

Jackson will
Give me an answer could be here Monday Tuesday

Jul 21, 2023 11:20:51 AM

Rob Fettig(19522106610)

Found another mechanic☐  in Michigan might be
interested in a month or 2

Jul 21, 2023 11:21:15 AM

Rob Fettig(19522106610)

Can i move a truck to your lot ??

Jul 21, 2023 11:22:19 AM

Rob Fettig(19522106610)

1 of our new drivers can run winch truck he is
currently working for me

Jul 21, 2023 11:25:39 AM

19898580805

Yeah if you want to park it at my place thats fine    Jul 21, 2023 11:29:17 AM

19898580805

I got to get these winch trucks fixed up, insurance is
screwing me around on the 1 that got hit

Jul 21, 2023 11:29:59 AM

GC 0010

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 11 of 46

**Rob Fettig(19522106610)**

**Andy**

**I will hear tomorrow around 2pm about a big Aggregate haul I would say the job pays anywhere from 1600-1980 a day depending on trucks, I can get u a room for your guys for like (40 bucks under our negotiated rate) we can together use the ap Mudd Flap too the app is priced right now at the one station in Williston at like 3.58 a gallon.**

**I told her we would want to do up to 6 trucks for that job. Could possibly show up with 10 if we got them.**

**The job runs till into Fall, and I am talking a full 6 or 5 full days and .75 of a day on Sat.**

**Either way we can work together trying to move the marker up for that customer to 250k it is at 60k right now on the credit marker I am cosigning for 30k of it personally.**

**That's next day revenue for us in the area of 16-17k. I want to work together and make this shit work for us both like we talked, I pretty much told some of the new recruits I am syndicated with a partner and if you work for me cool if you work for my partner who cares you're going to be working.**

**Thanks**

**Rob Fettig**
**952-210-6610 cell**

Jul 21, 2023 11:44:18 AM

**Rob Fettig(19522106610)**

**Talking to no less then 47 different driver's right now looks like could' have up to 10**
**This week if we both want them**

Jul 21, 2023 11:50:27 AM

**Rob Fettig(19522106610)**

**Are all**
**Your guys out today or what do we need to sell ?**

Jul 21, 2023 11:53:18 AM

**Rob Fettig(19522106610)**

**Heading out to Continental and limerock today , kraken all of them**

Jul 21, 2023 11:54:56 AM

**Rob Fettig(19522106610)**

**We can get the 2 mechanics i got or the 3 after they fix a few things working on your trucks toon**

Jul 21, 2023 11:55:21 AM

**19898580805**

**All my guys available today are working**

Jul 21, 2023 1:09:14 PM

**Rob Fettig(19522106610)**

**Nice**

Jul 21, 2023 1:12:11 PM

**Rob Fettig(19522106610)**

**Yes**

Jul 21, 2023 5:52:32 PM

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 12 of 46

19898580805

**Do you still have a couple frac tanks?**                Jul 21, 2023 5:54:10 PM

19898580805

**Wondering if I can put them out on rent for you?**                Jul 21, 2023 5:54:55 PM

Rob Fettig(19522106610)

**Trying to get confirmed well site**                Jul 21, 2023 6:23:16 PM

Rob Fettig(19522106610)

**1 at shop for sure**                Jul 21, 2023 6:23:21 PM

Rob Fettig(19522106610)

**Shoot me # when u grab itn**                Jul 21, 2023 6:23:42 PM

Rob Fettig(19522106610)

**I will look into getting us gps trackers**                Jul 21, 2023 6:23:57 PM

Rob Fettig(19522106610)

**Halliday 2-25-36H last well site she said but i can
head up there and look here'
This evening**                Jul 21, 2023 6:27:39 PM

Rob Fettig(19522106610)

**I am waiting on a response**                Jul 21, 2023 6:27:49 PM

Rob Fettig(19522106610)

**Ok**                Jul 21, 2023 6:47:56 PM

Rob Fettig(19522106610)

**Insulated**                Jul 21, 2023 6:48:02 PM

Rob Fettig(19522106610)

**Make sure no fluid in tank**                Jul 21, 2023 6:48:18 PM

19898580805

**Thats not far from where the winch truck is i can
have him just swing over there**                Jul 21, 2023 6:49:51 PM

Rob Fettig(19522106610)

**I know just cus landry is a interesting**                Jul 21, 2023 6:52:02 PM

19898580805

**We always check that**                Jul 21, 2023 6:53:47 PM

Rob Fettig(19522106610)

**Any luck**                Jul 21, 2023 8:21:38 PM

19898580805

**No tanks**                Jul 21, 2023 9:21:02 PM

Rob Fettig(19522106610)

**Only one ?**                Jul 21, 2023 9:24:24 PM

GC 0012

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 13 of 46

**19898580805**
**92742**
Jul 21, 2023 9:24:37 PM

**Rob Fettig(19522106610)**
I will try dig see. Numbers
Jul 21, 2023 9:26:28 PM

**19898580805**
**Only 1**
Jul 21, 2023 9:28:15 PM

**Rob Fettig(19522106610)**
Yep thats mine
Jul 21, 2023 9:29:36 PM

**Rob Fettig(19522106610)**



Jul 21, 2023 9:30:05 PM

**Rob Fettig(19522106610)**
Just gotta figure out what tank is at the shop
Jul 21, 2023 9:30:32 PM

**Rob Fettig(19522106610)**
And that will give me a # to hunt down
Jul 21, 2023 9:30:43 PM

Saturday, July 22, 2023

**Rob Fettig(19522106610)**
Going go go look for it shortly
Jul 22, 2023 11:13:43 AM

**19898580805**
Any luck finding the other tank that is in the hunt field
Jul 22, 2023 11:15:49 AM

**19898580805**
Not on 4th or 2nd east of forbidden hwy
Jul 22, 2023 12:32:08 PM

**Rob Fettig(19522106610)**
I will be headed north got us a good i mean good mechanic
Jul 22, 2023 1:03:24 PM

GC 0013

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 14 of 46

**Rob Fettig(19522106610)**

Will get his cdl and said he will work 7 days a week to get stuff up if need be

Jul 22, 2023 1:03:51 PM

**Rob Fettig(19522106610)**

92750

At shop

Jul 22, 2023 2:38:04 PM

**Rob Fettig(19522106610)**

75760

Is in fields will find it

Jul 22, 2023 2:39:07 PM

**Rob Fettig(19522106610)**

Dud u get that one from hunt

Jul 22, 2023 2:39:55 PM

**19898580805**

We got the 1 i sent you the number off

Jul 22, 2023 3:01:27 PM

**Rob Fettig(19522106610)**

Ok thanks

Jul 22, 2023 4:03:08 PM

**Rob Fettig(19522106610)**

Up here will update ASAP

Jul 22, 2023 4:03:18 PM

**Rob Fettig(19522106610)**

Got that tank at the shop still

Jul 22, 2023 4:03:28 PM

**Rob Fettig(19522106610)**

Went to absolutely every hunt oil co location in halliday

Jul 22, 2023 6:05:12 PM

**Rob Fettig(19522106610)**

Now headed to go through bells yard

Jul 22, 2023 6:05:28 PM

**Rob Fettig(19522106610)**

Gonna find out where robby ridl yard is

Jul 22, 2023 6:05:45 PM

**Rob Fettig(19522106610)**

Then off to north country and every fuxking well site they own

Jul 22, 2023 6:06:07 PM

**Rob Fettig(19522106610)**

I will find this fucking Tank

Jul 22, 2023 6:06:18 PM

**Rob Fettig(19522106610)**

Getting commitments from drivers

Jul 22, 2023 6:06:58 PM

**Rob Fettig(19522106610)**

Should have 8-10
This week min

Jul 22, 2023 6:07:10 PM

**19898580805**

Good deal

Jul 22, 2023 6:56:52 PM

GC 0014

Rob Fettig(19522106610)

Just went through high plains yard

Jul 22, 2023 7:30:22 PM

Rob Fettig(19522106610)

Going to Powerfuels next in watford

Jul 22, 2023 7:30:40 PM

Rob Fettig(19522106610)

Good deal will go there next don't let these fuckers know

Jul 22, 2023 7:35:31 PM

Rob Fettig(19522106610)

I got that mechanic he will be here Monday Tuesday

Jul 22, 2023 7:35:58 PM

Rob Fettig(19522106610)

Willingness to do anything

Jul 22, 2023 7:36:06 PM

19898580805

https://maps.app.goo.gl/MtubeDXqUdn6HqPP8

Jul 22, 2023 7:36:33 PM

Rob Fettig(19522106610)

Got guy to get hydrovac out asap

Jul 22, 2023 7:36:41 PM

Rob Fettig(19522106610)

My one buddy from hunt told me they could of took it

Jul 22, 2023 7:37:00 PM

Rob Fettig(19522106610)

I will find it and we putting trackers

Jul 22, 2023 7:37:23 PM

Rob Fettig(19522106610)

8-12 drivers 6-9 committed

Jul 22, 2023 7:38:53 PM

19898580805

Good, I don't see power fuels having the tank

Jul 22, 2023 7:39:04 PM

Rob Fettig(19522106610)

Need more drivers asap so i can commit trucks

Jul 22, 2023 7:39:22 PM

Rob Fettig(19522106610)

That one tank is In killdeer still

Jul 22, 2023 7:40:13 PM

Rob Fettig(19522106610)

Your brothers staging area

Jul 22, 2023 7:40:20 PM

19898580805

Yes sir

Jul 22, 2023 7:44:26 PM

Rob Fettig(19522106610)

Gotta check riddle yard tomorrow and make my way to stanley or williston

Waiting on communication from dudes that work there

Jul 22, 2023 9:31:50 PM

Sunday, July 23, 2023

GC 0015

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 16 of 46

**Rob Fettig(19522106610)**

Will check yards today sorry have not found it yet
think its on a north hunt well site

Jul 23, 2023 9:59:57 AM

**Rob Fettig(19522106610)**

Not trying to message to many people about it cus
the fuckers could get cute

Jul 23, 2023 10:00:36 AM

**Rob Fettig(19522106610)**

Still
Have the 1 at the shop

Jul 23, 2023 10:00:48 AM

**Rob Fettig(19522106610)**



Jul 23, 2023 10:25:12 AM



**Rob Fettig(19522106610)**

Got side dump down moving truck to your yard

Jul 23, 2023 11:56:43 AM

**Rob Fettig(19522106610)**

5 cdl drivers come Tuesday

Jul 23, 2023 11:56:56 AM

**19898580805**

K I'm up in killdeer

Jul 23, 2023 12:03:16 PM

**Rob Fettig(19522106610)**

Nice

Jul 23, 2023 12:04:34 PM

**Rob Fettig(19522106610)**

What u got going on up
In killdeer

Jul 23, 2023 12:38:00 PM

GC 0016

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 17 of 46

**Rob Fettig(19522106610)**

Parking the truck in the back by the belly dump faced in

Jul 23, 2023 12:38:21 PM

**Rob Fettig(19522106610)**

?

Jul 23, 2023 12:38:22 PM

**Rob Fettig(19522106610)**

Is that cool or u want it somewhere else

Jul 23, 2023 12:45:03 PM

**Rob Fettig(19522106610)**

How many drivers will u need this week?

Jul 23, 2023 12:45:15 PM

**Rob Fettig(19522106610)**

Got 8 commitments

Jul 23, 2023 12:45:21 PM

**Rob Fettig(19522106610)**

Working with 67-82 people back and forth

Jul 23, 2023 12:45:35 PM

**Rob Fettig(19522106610)**

Hell yeah you hauling what to Williston?

Jul 23, 2023 12:46:01 PM

**Rob Fettig(19522106610)**

Oh picking up

Jul 23, 2023 12:46:27 PM

**Rob Fettig(19522106610)**

Nice

Jul 23, 2023 12:46:40 PM

**Rob Fettig(19522106610)**

With pickup or Semi

Jul 23, 2023 12:46:55 PM

**19898580805**

Ok

Jul 23, 2023 12:47:09 PM

**19898580805**

On my way to Williston now doing hotshot

Jul 23, 2023 12:47:42 PM

**Rob Fettig(19522106610)**

Nice

Jul 23, 2023 12:47:49 PM

**19898580805**

I'm not sure yet depends how today goed

Jul 23, 2023 12:48:30 PM

**Rob Fettig(19522106610)**

U talk with the wifey ?

Jul 23, 2023 12:48:32 PM

**19898580805**

Rods from Williston

Jul 23, 2023 12:48:45 PM

**19898580805**

Pickup

Jul 23, 2023 12:50:08 PM

GC 0017

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 18 of 46

**Rob Fettig(19522106610)**

Getting the unit s205 gone through then he is gonna go through tanker

Onboard the new drivers and chase tanker work

Jul 23, 2023 12:50:57 PM

**Rob Fettig(19522106610)**

What is
The insurance co doing about your winch trucks?

Jul 23, 2023 1:00:49 PM

**Rob Fettig(19522106610)**

We have to get both yours mine out

Jul 23, 2023 1:03:15 PM

**Rob Fettig(19522106610)**

But i gotta figure this one out

Jul 23, 2023 1:03:21 PM

**Rob Fettig(19522106610)**

Like
The idea we both talked about because we both help each other and it works out for both of our outfits

Jul 23, 2023 1:04:15 PM

**Rob Fettig(19522106610)**

Get us both seriously staffed up and running strong

Jul 23, 2023 1:04:31 PM

**19898580805**

Fucking me over it seems like

Jul 23, 2023 1:05:05 PM

**Rob Fettig(19522106610)**

Parked it headed to get s205 ready for Tanker work ,

Jul 23, 2023 1:24:54 PM

**Rob Fettig(19522106610)**

How many shop mechanics u got right now?

Jul 23, 2023 1:30:52 PM

**19898580805**

 Ok

Jul 23, 2023 1:32:31 PM

**Rob Fettig(19522106610)**

Is that frac tank a 3 tank min or u dont need them? Kinda thing with the rig,

Have the 2nd one at the shop,

Will find the 3rd kinda having to see if i can do the 3 trucks and 2 trailer for the short term and also focus on figuring out more work and drivers etc

Sorry to ask but definitely ready to move like a mofo in the right direction

Jul 23, 2023 1:56:35 PM

**Rob Fettig(19522106610)**

Ok i will work on getting the 3rd

Jul 23, 2023 1:58:53 PM

**19898580805**

We used 3 power fuels tanks i found that they didn't take, I'm going to test yours and put them on the next well

Jul 23, 2023 2:00:48 PM

GC 0018

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 19 of 46

19898580805

**But I do need 3**                                        Jul 23, 2023 2:01:11 PM

Rob Fettig(19522106610)

**Gonna make something to eat then keep on the drivers**    Jul 23, 2023 2:13:03 PM

Rob Fettig(19522106610)

**8.4.23 - Harold  Obando**                                Jul 23, 2023 2:13:52 PM

Rob Fettig(19522106610)

**K so we need to get u literally 7 drivers too**           Jul 23, 2023 2:16:07 PM

19898580805

**As far as mechanics it depends my mechanics all drive and I'm so short handed they been driving not wrenching**    Jul 23, 2023 2:17:38 PM

Rob Fettig(19522106610)

**Thats what we need then**                                 Jul 23, 2023 2:18:04 PM

Rob Fettig(19522106610)

**I will get u 7 drivers**                                  Jul 23, 2023 2:18:13 PM

Rob Fettig(19522106610)

**I will get us both 50 each**                              Jul 23, 2023 2:18:20 PM

Rob Fettig(19522106610)

**I am fucking down to help us both succeed**               Jul 23, 2023 2:18:33 PM

Rob Fettig(19522106610)

**Yep**                                                     Jul 23, 2023 2:18:57 PM

Rob Fettig(19522106610)

**Vs versa**                                                Jul 23, 2023 2:19:03 PM

Rob Fettig(19522106610)

**Dude we should of done this jan last year**               Jul 23, 2023 2:19:17 PM

Rob Fettig(19522106610)

**Oh well**                                                 Jul 23, 2023 2:19:18 PM

Rob Fettig(19522106610)

**We doing jt now**                                         Jul 23, 2023 2:19:24 PM

Rob Fettig(19522106610)

**Who cares**                                               Jul 23, 2023 2:19:29 PM

19898580805

**That would help a lot**                                   Jul 23, 2023 2:20:21 PM

19898580805

**My guys can help train guys**                             Jul 23, 2023 2:21:16 PM

GC 0019

Rob Fettig(19522106610)

I wanna get us 1-3 24.7 water trucks

Jul 23, 2023 2:22:15 PM

Rob Fettig(19522106610)

Bigger money

Jul 23, 2023 2:22:19 PM

Rob Fettig(19522106610)

Need that availability so i can do what i do sales wise

Jul 23, 2023 2:22:44 PM

Rob Fettig(19522106610)

Then we push up to 12-20 going

Jul 23, 2023 2:22:56 PM

Rob Fettig(19522106610)

Easy to scale when u aggressive push

Jul 23, 2023 2:23:09 PM

Rob Fettig(19522106610)

And start with 1-3

Jul 23, 2023 2:23:14 PM

Rob Fettig(19522106610)

I can jump in a pickup
Or have one my fellas too if u need let me know

Jul 23, 2023 2:27:14 PM

Rob Fettig(19522106610)

And lets game plan to hit the day 1-2-3-4

Go from 3 out to 12 fast    so we can pay down
Fucking bs debits

Jul 23, 2023 2:27:55 PM

Rob Fettig(19522106610)

How's it going

Jul 23, 2023 4:09:58 PM

GC 0020

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 21 of 46

Rob Fettig(19522106610)



Jul 23, 2023 4:13:45 PM

Rob Fettig(19522106610)

**Right now headed back to Shop**

**Have communicated with multiple drivers 2 confirmed (drivers) Start dates**

**8.4.23**
**7.31.23**

Jul 23, 2023 4:52:30 PM

19898580805

**Good this hotshot stuff is easy just need drivers**    Jul 23, 2023 5:08:48 PM

Rob Fettig(19522106610)

I will get us drivers brother    Jul 23, 2023 5:35:09 PM

Rob Fettig(19522106610)

**Are u doing housing?**    Jul 23, 2023 5:58:13 PM

Rob Fettig(19522106610)

**K**    Jul 23, 2023 6:18:03 PM

Rob Fettig(19522106610)

**People ask**    Jul 23, 2023 6:18:07 PM

19898580805

    Jul 23, 2023 6:19:00 PM

GC 0021

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 22 of 46

**19898580805**

I'm providing housing currently i have 2 empty rooms

Jul 23, 2023 6:21:20 PM

Rob Fettig(19522106610)

K good info to know

Jul 23, 2023 6:24:04 PM

Rob Fettig(19522106610)

Call me when u got time too i am gonna stay on potential drivers

Jul 23, 2023 6:24:26 PM

Rob Fettig(19522106610)

Np

Jul 23, 2023 6:26:54 PM

**19898580805**

K I'm bouncing in and out of service right now

Jul 23, 2023 6:29:09 PM

Rob Fettig(19522106610)

We'll give me a call tomorrow if u got time to chat I gotta do something and dont got much time to kick the can I gotta figure this situation out and will be doing so some way shape form

Either way thanks for your time the other day and for the advice and support

Sorry for my predicament but such is life...

Jul 23, 2023 10:01:30 PM

Monday, July 24, 2023

Rob Fettig(19522106610)

Do u have any time to discuss what we talked about the other day i would like to move forward with me and u but i need to know for myself if we can move forward or not got literally a few days to do the deal so i am not trying to pester or bug but gotta make a decision

Jul 24, 2023 10:30:52 AM

Tuesday, July 25, 2023

**19898580805**

I'm going to do everything I can to help, I just don't know if we can get approved on a loan that quickly could you I and Matt make this work? If he has the cash that's the faster way to handle stuff sorry yesterday was a mess

Jul 25, 2023 7:04:05 AM

GC 0022

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 23 of 46



Jul 25, 2023 7:04:16 AM

Rob Fettig(19522106610)

Wow thats a crazy roll over

Jul 25, 2023 7:07:37 AM

Rob Fettig(19522106610)

The driver ok?

Jul 25, 2023 7:07:54 AM

Rob Fettig(19522106610)

Drugs

Jul 25, 2023 7:08:22 AM

Rob Fettig(19522106610)

Or under influence

Jul 25, 2023 7:08:28 AM

Rob Fettig(19522106610)

Able to move with motion

Jul 25, 2023 7:08:39 AM

Rob Fettig(19522106610)

Sober u would need 4 guardian angels

Jul 25, 2023 7:08:59 AM

19898580805

Guy lived some how he wasn't hurt

Jul 25, 2023 7:10:36 AM

Rob Fettig(19522106610)

Wow

Jul 25, 2023 7:11:26 AM

Rob Fettig(19522106610)

Where did that happen

Jul 25, 2023 7:11:41 AM

19898580805

He seemed sober cops spent 2 and half hours
questioning him where the real driver was

Jul 25, 2023 7:13:22 AM

19898580805

Off county rd 10 north of keene

Jul 25, 2023 7:15:31 AM

Rob Fettig(19522106610)

Wanted to update u

Jul 25, 2023 6:25:12 PM

GC 0023

**Rob Fettig**

Rob Fettig(19522106610)

Should have payment for u within  3 weeks

Jul 25, 2023 6:25:27 PM

Rob Fettig(19522106610)

Or less

Jul 25, 2023 6:25:30 PM

Rob Fettig(19522106610)

Going to be paying u off 100% asap

Jul 25, 2023 6:25:45 PM

Rob Fettig(19522106610)

Had meetings today might've solved our issues

Jul 25, 2023 6:26:07 PM

Rob Fettig(19522106610)

And thanks

Jul 25, 2023 6:26:14 PM

Rob Fettig(19522106610)

Just wanted u to know before i call other creditors
cus i want u hole

Jul 25, 2023 6:26:38 PM

Rob Fettig(19522106610)

Whole

Jul 25, 2023 6:26:40 PM

19898580805

Hey man I'm trying to help anyway I can im going to
those tanks out on rent for you

Jul 25, 2023 7:29:34 PM

19898580805

Thats 1710 a month that you don't have to work for

Jul 25, 2023 7:30:49 PM

Rob Fettig(19522106610)

Yep gonna find the other 2

Jul 25, 2023 9:00:53 PM

Rob Fettig(19522106610)

Well 1

Jul 25, 2023 9:08:54 PM

19898580805

Yeah

Jul 25, 2023 9:13:23 PM

Thursday, July 27, 2023

Rob Fettig(19522106610)

Call me when u got time

Jul 27, 2023 6:27:36 PM

Rob Fettig(19522106610)

Can I call you later?

Jul 27, 2023 8:21:56 PM

Rob Fettig(19522106610)

Just on call

Jul 27, 2023 8:22:41 PM

Rob Fettig(19522106610)

When off

Jul 27, 2023 8:22:46 PM

GC 0024

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 25 of 46

**Rob Fettig(19522106610)**

Asap

Jul 27, 2023 8:22:49 PM

**Rob Fettig(19522106610)**

Important call

Jul 27, 2023 8:22:53 PM

**Rob Fettig(19522106610)**

Cool?

Jul 27, 2023 8:22:54 PM

**Rob Fettig(19522106610)**

Sorry

Jul 27, 2023 8:22:56 PM

**19898580805**

How late

Jul 27, 2023 8:24:58 PM

**Rob Fettig(19522106610)**

Got u a winch job

Jul 27, 2023 9:10:24 PM

**Rob Fettig(19522106610)**

Winch truck

Jul 27, 2023 9:16:52 PM

**Rob Fettig(19522106610)**

Can I call you later?

Jul 27, 2023 9:51:36 PM

Friday, July 28, 2023

**Rob Fettig(19522106610)**

Hot shot questions call me

Jul 28, 2023 6:03:10 AM

**Rob Fettig(19522106610)**

Xto- 150/hr
Limerock - 130/hr

Jul 28, 2023 1:07:19 PM

Monday, July 31, 2023

**Rob Fettig(19522106610)**

Need u to call me

Jul 31, 2023 1:10:37 PM

**Rob Fettig(19522106610)**

Please asap

Jul 31, 2023 1:10:40 PM

**Rob Fettig(19522106610)**

1694 code

Jul 31, 2023 2:03:41 PM

**19898580805**

K I'm here

Jul 31, 2023 2:07:28 PM

**19898580805**

Do you keep calling me intentionally?

Jul 31, 2023 5:03:51 PM

Tuesday, August 1, 2023

GC 0025

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 26 of 46

Rob Fettig(19522106610)

**U grabbing the frac tank?**

Aug 1, 2023 3:05:15 PM

Rob Fettig(19522106610)

**Just making sure**

Aug 1, 2023 3:16:59 PM

Rob Fettig(19522106610)

**They called me and I confirmed**

Aug 1, 2023 3:17:11 PM

19898580805

**Trying to**

Aug 1, 2023 3:19:08 PM

Rob Fettig(19522106610)

**Smithies uses east end**

Aug 1, 2023 3:26:33 PM

Rob Fettig(19522106610)

**Just saw them**

Aug 1, 2023 3:26:37 PM

Wednesday, August 2, 2023

Rob Fettig(19522106610)

**Call
Me back i am calling drivers**

Aug 2, 2023 10:25:25 AM

Rob Fettig(19522106610)

**Make sure to call me**

Aug 2, 2023 10:25:47 AM

Rob Fettig(19522106610)



Aug 2, 2023 11:19:25 AM

GC 0026

Rob Fettig(19522106610)



Aug 2, 2023 11:19:25 AM

Rob Fettig(19522106610)

Hey bud call me back when you are able too

Aug 2, 2023 12:52:48 PM

Rob Fettig(19522106610)

 New Recor.amr
04:16

Aug 2, 2023 1:33:05 PM

Thursday, August 3, 2023

Rob Fettig(19522106610)

You awake ?

Aug 3, 2023 4:55:25 AM

Rob Fettig(19522106610)

Call me back

Aug 3, 2023 5:41:51 PM

Rob Fettig(19522106610)

I don't wanna call too late

Aug 3, 2023 7:25:31 PM

Friday, August 4, 2023

Rob Fettig(19522106610)

You able to call me

Aug 4, 2023 2:10:28 AM

Rob Fettig(19522106610)

When u wake up make sure u call me please thank u

Aug 4, 2023 2:44:46 AM

GC 0027

Rob Fettig(19522106610)

U awake

Aug 4, 2023 4:17:17 AM

Rob Fettig(19522106610)

?

Aug 4, 2023 4:24:34 AM

Rob Fettig(19522106610)





Aug 4, 2023 5:56:48 AM

Rob Fettig(19522106610)

Weird

Aug 4, 2023 5:56:48 AM

Saturday, August 5, 2023

Rob Fettig(19522106610)

Need to move items

Aug 5, 2023 6:07:43 AM

Rob Fettig(19522106610)

?

Aug 5, 2023 9:32:58 AM

19898580805

Ok someone come by

Aug 5, 2023 9:35:05 AM

19898580805

That was a question

Aug 5, 2023 9:36:14 AM

Rob Fettig(19522106610)

No not as of yet but like u said that would be a smart play

Aug 5, 2023 9:53:41 AM

GC 0028

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 29 of 46

**Rob Fettig(19522106610)**

I am
Gonna work on some
Things and work to
Secure this payment to gate plus trucks out working

I believe the roads are still shut down ?

Aug 5, 2023 9:54:24 AM

**Rob Fettig(19522106610)**

K shity , gotta get out there generating $

Aug 5, 2023 9:55:36 AM

**Rob Fettig(19522106610)**

Thanks for messaging back ,

Aug 5, 2023 9:56:20 AM

**Rob Fettig(19522106610)**

Ideally we can get jamming very soon

Aug 5, 2023 9:56:32 AM

**19898580805**

Yes so far they are still shut down

Aug 5, 2023 9:57:47 AM

Sunday, August 6, 2023

**Rob Fettig(19522106610)**

Afternoon

Aug 6, 2023 10:27:28 AM

**Rob Fettig(19522106610)**

Its going got 2 drivers ready to roll shortly

Aug 6, 2023 10:31:03 AM

**Rob Fettig(19522106610)**

Hows things with u my friend

Aug 6, 2023 10:31:12 AM

**Rob Fettig(19522106610)**

Need to get some trucks out jamming

Aug 6, 2023 10:31:29 AM

**Rob Fettig(19522106610)**

Gonna call on some jobs

Aug 6, 2023 10:31:35 AM

**Rob Fettig(19522106610)**

? Do u have any step decks

Aug 6, 2023 10:31:44 AM

**19898580805**

Hows it going

Aug 6, 2023 10:32:53 AM

**Rob Fettig(19522106610)**

How they go to shit?

Aug 6, 2023 10:32:56 AM

**19898580805**

Plans have went to shit on me, had to tow a Hopper
last night and on my way to SD now for a pneumatic

Aug 6, 2023 10:35:06 AM

**Rob Fettig(19522106610)**

Oh ok

Aug 6, 2023 10:38:06 AM

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 30 of 46

**19898580805**

> Cause I was putting a diff in and then going to help you. All of my step decks are tied up with my rig moves.

Aug 6, 2023 10:40:05 AM

**Rob Fettig(19522106610)**

Can u call me

Aug 6, 2023 12:43:30 PM

**Rob Fettig(19522106610)**


**Cooper**
+1 (701) 260-4332

Aug 6, 2023 8:20:57 PM

**Rob Fettig(19522106610)**

In case u need his cell

Aug 6, 2023 8:20:57 PM

**Rob Fettig(19522106610)**



Aug 6, 2023 8:22:45 PM

**Rob Fettig(19522106610)**

Nope unfortunately he will not help me or he basically has them
Working out

Aug 6, 2023 8:23:01 PM

**Rob Fettig(19522106610)**

Oh well

Aug 6, 2023 8:23:07 PM

**Rob Fettig(19522106610)**

Yep it was and thanks

Aug 6, 2023 8:24:14 PM

GC 0030

**Rob Fettig(19522106610)**

Really don't think anyone wants me to succeed but
its ok i will keep trying my hardest

Aug 6, 2023 8:24:40 PM

19898580805

It was worth a shot

Aug 6, 2023 8:26:40 PM

19898580805

Who has the regular sandbox trailers? Could you put
the trucks pulling those starting out?

Aug 6, 2023 8:30:37 PM

19898580805

https://www.facebook.com/marketplace/item/238009249063454/?mibextid=dXMlcH

Aug 6, 2023 8:34:51 PM

19898580805

You could try asking anyone like this that has a trailer
for sale if they are interested in renting or rent to
own

Aug 6, 2023 8:36:31 PM

19898580805

https://www.facebook.com/marketplace/item/3350160288452905/?mibextid=dXMlcH

Aug 6, 2023 8:38:44 PM

19898580805

This 1 i bet you could talk the guy into it because its
not a full stepdeck but it would work for sandboxes

Aug 6, 2023 8:39:26 PM

19898580805

https://www.bismanonline.com/for_rent_48_and_53_foot_flatbeds_or_step_decks_a

Aug 6, 2023 8:46:36 PM

19898580805

https://www.bismanonline.com/jet_step_deck_trailer_with_ramps

Aug 6, 2023 8:47:40 PM

Tuesday, August 8, 2023

**Rob Fettig(19522106610)**

Can I call you later?

Aug 8, 2023 2:38:18 PM

**Rob Fettig(19522106610)**

Yes

Aug 8, 2023 2:40:56 PM

**Rob Fettig(19522106610)**

Go ahead bro

Aug 8, 2023 2:41:00 PM

**Rob Fettig(19522106610)**

I am
On hold

Aug 8, 2023 2:41:04 PM

**Rob Fettig(19522106610)**

Fuck people will call u back

Aug 8, 2023 2:41:09 PM

GC 0031

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 32 of 46

**Rob Fettig(19522106610)**

Literally gonna stack us 80 new drivers a month

Aug 8, 2023 2:41:22 PM

**Rob Fettig(19522106610)**

Maybe we like 5! Of them

Aug 8, 2023 2:41:29 PM

**19898580805**

Just wondering about sending a guy to move trailers

Aug 8, 2023 2:43:11 PM

Friday, August 11, 2023

**Rob Fettig(19522106610)**

Friend –

Got My driver's license back activated, I can legally now drive and plan to work my mother fucking ass off.

You hear of any work let me know I also need a step deck trailer asap I got a line on a good frac sand hauling opportunity and need to do this ASAP!

Thanks

Rob Fettig

Aug 11, 2023 4:38:39 PM

Monday, August 14, 2023

**Rob Fettig(19522106610)**

Andy, give me a call when you get a chance please and thank you definitely got a solution please and thank you

Aug 14, 2023 10:51:38 AM

**Rob Fettig(19522106610)**

Do not talk to matt till u talk to me

Aug 14, 2023 1:47:59 PM

**19898580805**

I'm not talking to anyone like I said I'm in baker trying to get a rig towed

Aug 14, 2023 2:42:03 PM

**Rob Fettig(19522106610)**

Sorry

Aug 14, 2023 2:43:06 PM

**Rob Fettig(19522106610)**

Just wanted u to be aware

Aug 14, 2023 2:43:16 PM

**Rob Fettig(19522106610)**

Its all good call whatever

Aug 14, 2023 2:43:27 PM

Tuesday, August 15, 2023

**Rob Fettig(19522106610)**

Call whenever

Aug 15, 2023 7:58:31 AM

GC 0032

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 33 of 46

**Rob Fettig(19522106610)**

Well on call now

Aug 15, 2023 7:58:43 AM

Wednesday, August 16, 2023

**Rob Fettig(19522106610)**

Got to grab a different key□ was gonna grab registration so i can get s207 out frac sand hauling oh well

Good idea about hydrovac

Aug 16, 2023 2:21:43 PM

**Rob Fettig(19522106610)**

No worries

Aug 16, 2023 2:37:15 PM

**19898580805**

Crappy service by New town

Aug 16, 2023 2:38:38 PM

Friday, August 18, 2023

**Rob Fettig(19522106610)**



Aug 18, 2023 2:45:46 PM

Tuesday, August 22, 2023

**Rob Fettig(19522106610)**

Where are you

Aug 22, 2023 9:02:33 PM

**Rob Fettig(19522106610)**

Aug 22, 2023 9:03:01 PM

GC 0033

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 34 of 46

**19898580805**

**Killdeer**    Aug 22, 2023 9:34:07 PM

Friday, August 25, 2023

Rob Fettig(19522106610)

**How's the work flow**    Aug 25, 2023 2:31:29 PM

Saturday, August 26, 2023

Rob Fettig(19522106610)

**No**
**Big deal**    Aug 26, 2023 5:10:30 PM

**19898580805**

**I'm trying to get down to baker and tow another rig sorry shitty service**    Aug 26, 2023 5:13:12 PM

Rob Fettig(19522106610)

**U wanna move a 400 bbl tank tomorrow**    Aug 26, 2023 6:39:14 PM

Rob Fettig(19522106610)

**8 am**    Aug 26, 2023 6:39:20 PM

Rob Fettig(19522106610)

**Central**    Aug 26, 2023 6:39:24 PM

Rob Fettig(19522106610)

**Ok**    Aug 26, 2023 6:42:55 PM

**19898580805**

**I can't i have 2 rig moves tomorrow and I'm already short handed**    Aug 26, 2023 6:45:29 PM

Sunday, August 27, 2023

**19898580805**

**You still up?**    Aug 27, 2023 11:53:45 PM

Monday, August 28, 2023

**19898580805**

**Whats going on with the truck your using**    Aug 28, 2023 9:09:59 PM

Tuesday, August 29, 2023

Rob Fettig(19522106610)

**At least i know how i stand cant wait to get this going good and be a fly on the wall**    Aug 29, 2023 11:53:41 PM

GC 0034

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 35 of 46

**Rob Fettig(19522106610)**



Aug 29, 2023 11:53:41 PM

**19898580805**

Idk? Aug 29, 2023 11:57:38 PM

Friday, September 1, 2023

**Rob Fettig(19522106610)**

Call me

Sep 1, 2023 9:28:42 AM

Tuesday, September 5, 2023

**Rob Fettig(19522106610)**

Sorry to hear truck

Sep 5, 2023 9:27:03 PM

**Rob Fettig(19522106610)**

Hopefully not too bad

Sep 5, 2023 9:27:15 PM

**Rob Fettig(19522106610)**

Hmm for what

Sep 5, 2023 9:28:09 PM

**19898580805**

At least 350 in tickets Sep 5, 2023 9:30:51 PM

Wednesday, September 6, 2023

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 36 of 46

Rob Fettig(19522106610)



Sep 6, 2023 9:15:42 PM

Rob Fettig(19522106610)

Yeah buddy we got a target

Sep 6, 2023 9:15:49 PM

Rob Fettig(19522106610)

No but he probably wants to

Sep 6, 2023 9:25:48 PM

Rob Fettig(19522106610)

Your enemies are mine

Sep 6, 2023 9:25:53 PM

Rob Fettig(19522106610)

Tired been up something crazy since 7 am yesterday

Sep 6, 2023 9:26:15 PM

Rob Fettig(19522106610)

Gotta get trucks out

Sep 6, 2023 9:26:23 PM

19898580805

He screw you now?

Sep 6, 2023 9:28:40 PM

Rob Fettig(19522106610)

Yeppers

Sep 6, 2023 9:37:18 PM

Rob Fettig(19522106610)

Got 2 drivers gonna run the one 24.7

Sep 6, 2023 9:37:34 PM

Rob Fettig(19522106610)

Now working on 6 more

Sep 6, 2023 9:37:43 PM

GC 0036

**Rob Fettig(19522106610)**

I gotta get debit free

Sep 6, 2023 9:37:49 PM

**Rob Fettig(19522106610)**

Just tell my mom i love her

Sep 6, 2023 9:38:25 PM

**Rob Fettig(19522106610)**

Lol

Sep 6, 2023 9:38:26 PM

**Rob Fettig(19522106610)**

I am going to make it or die trying my friend

Sep 6, 2023 9:38:37 PM

19898580805

Just be careful

Sep 6, 2023 9:40:16 PM

19898580805

I'm going to get some rest, take care of yourself don't over due it

Sep 6, 2023 9:41:15 PM

Sunday, September 10, 2023

**Rob Fettig(19522106610)**

Coming by to take a tire off a tanker

Sep 10, 2023 10:54:28 AM

**Rob Fettig(19522106610)**

U bought a rig

Sep 10, 2023 7:28:29 PM

**Rob Fettig(19522106610)**

???

Sep 10, 2023 7:28:32 PM

Monday, September 11, 2023

**Rob Fettig(19522106610)**

U awake

Sep 11, 2023 3:39:45 AM

Wednesday, September 13, 2023

GC 0037

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 38 of 46

Rob Fettig(19522106610)



Rob Fettig(19522106610)

Didn't know if that was your buddy

Sep 13, 2023 2:45:54 PM

19898580805

Who's that?    Sep 13, 2023 2:48:50 PM

19898580805

I'm not sure who that is    Sep 13, 2023 2:49:42 PM

Wednesday, September 27, 2023

19898580805

You got some belly dump work or you sell the trailers?    Sep 27, 2023 6:34:46 PM

Rob Fettig(19522106610)

Yep working on chasing work been hell

Sep 27, 2023 7:11:56 PM

Sunday, October 1, 2023

Rob Fettig(19522106610)

Call me

Oct 1, 2023 10:19:09 AM

Rob Fettig(19522106610)

If and when u got time

Oct 1, 2023 10:19:35 AM

Tuesday, October 3, 2023

GC 0038

Rob Fettig(19522106610)

**Morning**

Oct 3, 2023 7:04:28 AM

Rob Fettig(19522106610)

**https://maps.apple.com/?ll=48.231935,-102.418440&q=My%20Location&t=h**

Oct 3, 2023 8:26:33 AM

Rob Fettig(19522106610)

**When u wake up**

Oct 3, 2023 8:26:42 AM

Rob Fettig(19522106610)

**Really my bad**

Oct 3, 2023 9:07:32 AM

Rob Fettig(19522106610)



Oct 3, 2023 9:07:57 AM

Rob Fettig(19522106610)



Oct 3, 2023 9:07:57 AM

GC 0039

Rob Fettig

Case 24-30168   Doc 125-1   Filed 07/03/24   Entered 07/03/24 10:50:13   Desc Exhibit
1 - Text Messages with Robert Fettig in 2023   Page 40 of 46

**Rob Fettig(19522106610)**



Oct 3, 2023 9:07:57 AM

**Rob Fettig(19522106610)**

Hill is slick

Oct 3, 2023 9:08:03 AM

**Rob Fettig(19522106610)**

Though cant really get traction plus otr winter tires
🙂 🙂

Oct 3, 2023 9:08:27 AM

**19898580805**

Kids aren't letting me go back to sleep, how bad is it? Do you have a pictures?

Oct 3, 2023 9:10:34 AM

**19898580805**

Ok we will get it out of there

Oct 3, 2023 9:12:43 AM

**Rob Fettig(19522106610)**

Thanks man I appreciate the help i wish stupid shit would not happen but it does

Oct 3, 2023 11:21:46 AM

**Rob Fettig(19522106610)**

Haven't heard from your guy yet ?

Oct 3, 2023 11:46:01 AM

**Rob Fettig(19522106610)**

Ok thanks for heads up

Oct 3, 2023 11:58:10 AM

**19898580805**

Hes about 20 minutes from the truck

Oct 3, 2023 12:01:14 PM

GC 0040

**Rob Fettig(19522106610)**

Do u want me to meet your driver anywhere?

Oct 3, 2023 12:34:39 PM

**Rob Fettig(19522106610)**

Yes i Will literally been here trying to wait for him

Oct 3, 2023 12:48:05 PM

**19898580805**

I sent him pretty good directions, if you just want to get a driver there and make sure he can release the brakes and stuff

Oct 3, 2023 12:51:02 PM

**Rob Fettig(19522106610)**

I will go back up
And check but last i checked no

Oct 3, 2023 12:51:14 PM

**19898580805**

He isn't there yet?

Oct 3, 2023 12:52:28 PM

**Rob Fettig(19522106610)**

Dont see him getting closer

Oct 3, 2023 1:09:57 PM

**Rob Fettig(19522106610)**

I see him now

Oct 3, 2023 1:13:10 PM

Wednesday, October 4, 2023

**Rob Fettig(19522106610)**

Morning

Oct 4, 2023 9:52:34 AM

Sunday, October 8, 2023

**Rob Fettig(19522106610)**

75760

Is in fields will find it

Oct 8, 2023 2:24:47 PM

**Rob Fettig(19522106610)**

Np bud hope all
Good

Oct 8, 2023 3:41:40 PM

**19898580805**

I'll call you back.

Oct 8, 2023 3:45:02 PM

**Rob Fettig(19522106610)**

Whose fucking truck is that

Oct 8, 2023 6:04:46 PM

**19898580805**

Sorry been a busy day

Oct 8, 2023 6:06:57 PM

GC 0041

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 42 of 46



Oct 8, 2023 6:07:38 PM

19898580805

**Beaver**    Oct 8, 2023 6:13:08 PM

Monday, October 9, 2023

Rob Fettig(19522106610)



Oct 9, 2023 4:07:24 AM

Rob Fettig(19522106610)

**Who was that leaser**    Oct 9, 2023 4:45:50 AM

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 43 of 46

**19898580805**

I'm not sure he was gone when I got there

Oct 9, 2023 5:07:14 AM

Tuesday, October 10, 2023

Rob Fettig(19522106610)

Call me when u can

Oct 10, 2023 4:43:32 PM

Rob Fettig(19522106610)

And if u have time stop by my house or I can stop by yours

Oct 10, 2023 4:43:48 PM

Friday, October 13, 2023

**19898580805**

Does continental have any rigs doing plugging?

Oct 13, 2023 9:47:35 PM

Rob Fettig(19522106610)

Like PA

Oct 13, 2023 10:26:32 PM

Rob Fettig(19522106610)

Not that i know of why ?

Oct 13, 2023 10:26:40 PM

**19898580805**

Yeah, just curious marathon usually 1 rig always doing p&a, I have the flock tanks they usually use if you end up finding 1 doing p&a in your sales/travels

Oct 13, 2023 11:15:56 PM

Rob Fettig(19522106610)

Will check it out

Oct 13, 2023 11:53:53 PM

Saturday, October 14, 2023

Rob Fettig(19522106610)

Hot shot / winch job

Oct 14, 2023 10:25:24 AM

Rob Fettig(19522106610)

Easy money

Pickup 130/hr

Oct 14, 2023 10:25:39 AM

Rob Fettig(19522106610)

No trailer

Oct 14, 2023 10:25:46 AM

Rob Fettig(19522106610)

Winch 165-175

Oct 14, 2023 10:25:55 AM

Rob Fettig(19522106610)

Call me

Oct 14, 2023 10:26:07 AM

Wednesday, October 18, 2023

GC 0043

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 44 of 46

**Rob Fettig(19522106610)**

Can I call you later?

Oct 18, 2023 5:16:46 PM

Monday, October 23, 2023

**Rob Fettig(19522106610)**

I am out brother call me
Be safe call me and thank u

Oct 23, 2023 8:03:56 PM

**Rob Fettig(19522106610)**

Call when u can i got idea not good idea to wait i am
Sorry for these burdensome times too i will figure a
good repayment

Oct 23, 2023 8:07:57 PM

**19898580805**

Ok, anything pressing or can I wait until tomorrow
been working a ton of hours

Oct 23, 2023 8:10:40 PM

Friday, October 27, 2023

**Rob Fettig(19522106610)**

**Rick Quilling**
**(406) 697-0959**

Oct 27, 2023 8:11:23 PM

Monday, October 30, 2023

**Rob Fettig(19522106610)**

Call whenever

Oct 30, 2023 7:16:03 PM

Thursday, November 2, 2023

**Rob Fettig(19522106610)**

What u up too

Nov 2, 2023 2:54:34 PM

**Rob Fettig(19522106610)**

Oh my he rolled?

Nov 2, 2023 2:56:51 PM

**19898580805**

Just rolled that guy you gave numbers truck back on
its wheels

Nov 2, 2023 3:00:35 PM

**19898580805**

Yeah

Nov 2, 2023 3:01:09 PM

**Rob Fettig(19522106610)**

Holy fuck

Nov 2, 2023 3:02:08 PM

**Rob Fettig(19522106610)**

I didn't know that if u wanna stop by the house or
shop let me know i gotta meet up with u

Nov 2, 2023 3:02:34 PM

GC 0044

Rob Fettig

Case 24-30168    Doc 125-1    Filed 07/03/24    Entered 07/03/24 10:50:13    Desc Exhibit
1 - Text Messages with Robert Fettig in 2023    Page 45 of 46

**Rob Fettig(19522106610)**

K good luck man

Nov 2, 2023 3:04:05 PM

**Rob Fettig(19522106610)**

Keep kicking ass

Nov 2, 2023 3:04:09 PM

**19898580805**

I am slammed right now I can't

Nov 2, 2023 3:07:49 PM

Friday, November 3, 2023

**19898580805**

Dot setup at north end of Dickinson at pullout

Nov 3, 2023 10:57:33 AM

**Rob Fettig(19522106610)**

Ok thanks

Nov 3, 2023 11:05:34 AM

**Rob Fettig(19522106610)**

Greatly appreciate

Nov 3, 2023 11:05:41 AM

Sunday, November 5, 2023

**Rob Fettig(19522106610)**

Hows it going

Nov 5, 2023 2:22:39 PM

**19898580805**

Just plugging away trying to keep up

Nov 5, 2023 5:21:01 PM

**Rob Fettig(19522106610)**

U sleeping

Nov 5, 2023 9:08:20 PM

Monday, November 6, 2023

**Rob Fettig(19522106610)**

U still renting the frac tanks?

Nov 6, 2023 8:58:38 AM

**Rob Fettig(19522106610)**

Got a guy asking 35/ day

Nov 6, 2023 8:58:48 AM

**Rob Fettig(19522106610)**

And we gotta meet up
I am trying to find work but let me know

Nov 6, 2023 8:59:27 AM

**19898580805**

Yes I am, and I will be at the shop probably all day unless someone calls needing a wrecker

Nov 6, 2023 9:08:00 AM

Wednesday, November 8, 2023

**Rob Fettig(19522106610)**

Hey Andy, please give me a call. Thank you.

Nov 8, 2023 8:30:38 AM

Wednesday, December 20, 2023

GC 0045

Rob Fettig

Case 24-30168   Doc 125-1   Filed 07/03/24   Entered 07/03/24 10:50:13   Desc Exhibit
1 - Text Messages with Robert Fettig in 2023   Page 46 of 46

**Rob Fettig(19522106610)**

Call
Whenever

Dec 20, 2023 10:31:29 AM

Saturday, December 23, 2023

**Rob Fettig(19522106610)**

Hope u have a good holiday bid

Dec 23, 2023 7:51:04 PM

**Rob Fettig(19522106610)**

Bud

Dec 23, 2023 7:51:08 PM

Monday, December 25, 2023

**Rob Fettig(19522106610)**

Happy holidays

Dec 25, 2023 10:32:19 AM

**Rob Fettig(19522106610)**

Maybe next year I'll be rid of this bs hope u with the
kids and your family

Dec 25, 2023 11:37:26 AM

**Rob Fettig(19522106610)**

Got love for u brother in a non gay way

Dec 25, 2023 11:37:46 AM

**Rob Fettig(19522106610)**

Lol

Dec 25, 2023 11:37:48 AM

**19898580805**

Merry Christmas

Dec 25, 2023 11:41:31 AM

Thursday, December 28, 2023

**Rob Fettig(19522106610)**

Pretty sure someone stole my welder

Dec 28, 2023 3:42:45 AM

**19898580805**

How i thought everything was locked up

Dec 28, 2023 3:53:05 AM

GC 0046