Rob Fettig

Tuesday, January 2, 2024

**19898580805**
You don't have to let them in the shop to investigate and make the report

Jan 2, 2024 1:49:25 PM

Tuesday, January 9, 2024

Rob Fettig(19522106610)



Jan 9, 2024 1:59:23 PM

Rob Fettig(19522106610)

Steer way clear

Jan 9, 2024 1:59:26 PM

Rob Fettig(19522106610)

Holy fck what a clown

Jan 9, 2024 1:59:37 PM

Rob Fettig(19522106610)

Dude callee sheriff on me

Jan 9, 2024 2:01:42 PM

Rob Fettig(19522106610)

Literally

Jan 9, 2024 2:01:45 PM

Rob Fettig(19522106610)

He's sitting in my passenger seat

Jan 9, 2024 2:01:53 PM

Rob Fettig(19522106610)

Taking his snitch ass to home

Jan 9, 2024 2:02:06 PM

GC 0047

**19898580805**
Luckily I have no idea who that is — Jan 9, 2024 2:06:28 PM

**Rob Fettig(19522106610)**
U free — Jan 9, 2024 2:30:01 PM

Friday, January 19, 2024

**Rob Fettig(19522106610)**
Can i park a — Jan 19, 2024 3:52:34 PM

**Rob Fettig(19522106610)**
Just couple days — Jan 19, 2024 3:52:44 PM

**Rob Fettig(19522106610)**
Call when u can — Jan 19, 2024 3:52:55 PM

**19898580805**
I will call you back in a couple minutes — Jan 19, 2024 3:57:30 PM

Tuesday, January 30, 2024

**Rob Fettig(19522106610)**
Can u call me ? — Jan 30, 2024 9:29:54 AM

**Rob Fettig(19522106610)**
Sure your busy bud but can u give me a call Thanks — Jan 30, 2024 10:00:36 AM

**Rob Fettig(19522106610)**
Call when your free no worries — Jan 30, 2024 10:29:24 AM

**19898580805**
You need a ride? — Jan 30, 2024 10:37:16 AM

**Rob Fettig(19522106610)**
No i
Got one

Call
Whenever so i can fill u in — Jan 30, 2024 10:38:01 AM

**Rob Fettig(19522106610)**
Np
Keep up
The good work i
Am
Trying to find work
 fuck
My life — Jan 30, 2024 10:44:53 AM

**19898580805**
I got 3 more calls to return — Jan 30, 2024 10:46:14 AM

Friday, February 9, 2024

**Rob Fettig(19522106610)**

Call me when u wake up

Feb 9, 2024 7:04:31 AM

Saturday, February 10, 2024

**Rob Fettig(19522106610)**

When u can call me up and thank u

Feb 10, 2024 7:06:22 PM

Wednesday, February 21, 2024



Feb 21, 2024 8:23:47 PM

Sunday, February 25, 2024

**Rob Fettig(19522106610)**

Shoot me a call whenever u have time

Feb 25, 2024 3:09:37 PM

Thursday, February 29, 2024

**Rob Fettig(19522106610)**

Yolo

Feb 29, 2024 10:48:45 AM

**Rob Fettig(19522106610)**

What u up too

Feb 29, 2024 12:35:46 PM

Sunday, March 3, 2024

**Rob Fettig(19522106610)**

I know you're busy. Sorry to be a pain in the butt. Trying to call you. Give me a call when you get a chance please and thank you

Mar 3, 2024 3:23:35 PM

**Rob Fettig(19522106610)**

I got a good idea hit me up

Mar 3, 2024 5:01:50 PM

**Rob Fettig(19522106610)**

Please thank u

Mar 3, 2024 5:01:57 PM

Monday, March 4, 2024

**Rob Fettig(19522106610)**

Call me whenever u can i been calling lots of friends one might help stop gap , and well i like to still work with u and one buddy says he might be able to access funds if u could step in with buying tanks calling back bank in AM, just trying to get a game plan and thank u

Mar 4, 2024 2:28:46 AM

**Rob Fettig(19522106610)**

Was that u rolling North

Mar 4, 2024 7:52:12 AM

**Rob Fettig(19522106610)**

Got them
To get me
The figure

Mar 4, 2024 4:56:52 PM

**Rob Fettig(19522106610)**

Call me

Mar 4, 2024 4:56:55 PM

Tuesday, March 5, 2024

**Rob Fettig(19522106610)**

Morning

Mar 5, 2024 5:59:08 AM

Thursday, March 7, 2024

**Rob Fettig(19522106610)**

Hey bud I know your busy but I gotta connect with u

Mar 7, 2024 10:20:27 AM

**Rob Fettig(19522106610)**

Sorry for being a pain guess call whenever and thanks

Mar 7, 2024 10:23:18 AM

**Rob Fettig(19522106610)**

Be safe good luck

Mar 7, 2024 10:23:28 AM

**19898580805**

I have bad service right now, out winching a truck

Mar 7, 2024 10:27:51 AM

**19898580805**

I will bud

Mar 7, 2024 10:34:06 AM

**Rob Fettig(19522106610)**

Thanks

Mar 7, 2024 12:32:02 PM

GC 0050

**Rob Fettig(19522106610)**

I know your extremely busy buddy i am trying to work with what i got
For sure

I need to sell u those 2 tanks and i can agree to buy back if need be i am also looking possibly to
Sell
Other items i should be able to get hydro up
Running and we can clean your tanks too

Mar 7, 2024 12:54:09 PM

**Rob Fettig(19522106610)**

Of course if u dont want me to buy back i can just give up that right too but I am just trying to b a help

Mar 7, 2024 12:55:05 PM

**Rob Fettig(19522106610)**

Haven't called around but i guess i could if i had too but think be better to sell to u

Mar 7, 2024 12:55:40 PM

**Rob Fettig(19522106610)**

And give u the upside of me
Buying them back say 20k in 4
Months so that's like u renting them double

Mar 7, 2024 12:56:14 PM

**Rob Fettig(19522106610)**

Fml lol

Mar 7, 2024 1:56:51 PM

**19898580805**

Biggest problem is I don't have any money right now

Mar 7, 2024 1:57:44 PM

**Rob Fettig(19522106610)**

Thought u could come up with it just not so quickly

Mar 7, 2024 1:57:54 PM

**19898580805**

I was hoping but im still waiting, and I'm not sure when you next payment is coming at this point. They went from we are going to over night a check to we need more details about this and that.

Mar 7, 2024 2:08:53 PM

**Rob Fettig(19522106610)**

Well i guess i will call around and see whom i could find that will buy them i guess ,!  I gotta figure something out are they at your yard or where are they if somebody wants to take a look at them

Mar 7, 2024 2:14:58 PM

**Rob Fettig(19522106610)**

Not happy about anything I got going on i set up jobs people leave me cus mechanics dont work or show up

Mar 7, 2024 2:15:26 PM

**Rob Fettig(19522106610)**

Its a fucking mess but i will not stop

Mar 7, 2024 2:15:36 PM

**Rob Fettig(19522106610)**

I am not losing my homes and or my companies and i am gonna make people whole i am just glad i didnt blow my brains out cus yep i am at a low point

Mar 7, 2024 2:16:21 PM

GC 0051

**19898580805**
I hear ya, i will have to check the rental list and see if they are at the yard.
Mar 7, 2024 2:23:36 PM

**Rob Fettig(19522106610)**
U know anyone who has a full differential for 2015 f350
Mar 7, 2024 4:59:32 PM

**Rob Fettig(19522106610)**
Guessing mine finally took A poop
Mar 7, 2024 5:10:28 PM

**19898580805**
I don't
Mar 7, 2024 5:14:29 PM

**19898580805**
Car-part.com
Mar 7, 2024 5:17:23 PM

**Rob Fettig(19522106610)**
Lol fml

Both brad and darrin said call u
Mar 7, 2024 6:09:46 PM

**Rob Fettig(19522106610)**
Lol
Mar 7, 2024 6:10:57 PM

Tuesday, March 12, 2024

**Rob Fettig(19522106610)**
To the cops ♀ who pull me over for dumb shit go fight real crime.
Mar 12, 2024 4:11:04 AM

**19898580805**
One of my buddy's, that went to savanna running rig making 6k a week.
Mar 12, 2024 9:52:04 AM

Thursday, March 14, 2024

**Rob Fettig(19522106610)**
On this week's episode of can a man catch a break. 180 client out reaches in 4-6 weeks with dismal results , ♂ fml
Mar 14, 2024 1:48:32 PM