**EXHIBIT 3**

Saturday, October 21, 2023

**Delene Robs Mom(17016903988)**

**Andy this is delene please take 30 second and please call me I need to reach out to you I need your help help**
Oct 21, 2023 11:52:43 AM

19898580805
I tried calling it keeps going to voicemail
Oct 21, 2023 12:00:09 PM

19898580805
I'm going out to the and make sure everything is blocked in if you want to meet me out there
Oct 21, 2023 12:10:46 PM

Sunday, October 22, 2023

19898580805
[Name] Paul With Mondo's Shop [Mobile] +1 701-421-8372
Oct 22, 2023 10:05:52 AM

**Delene Robs Mom(17016903988)**

**Black beauty has to go**
Oct 22, 2023 8:33:03 PM

19898580805
Are there locks on the garage doors of the shop?
Oct 22, 2023 8:36:31 PM

19898580805
Ok
Oct 22, 2023 8:37:03 PM

19898580805
Is black beauty in the shop or outside
Oct 22, 2023 8:44:56 PM

GC 0053

**Delene Robs Mom**

**Delene Robs Mom(17016903988)**



Oct 22, 2023 9:06:40 PM

**Delene Robs Mom(17016903988)**



Oct 22, 2023 9:06:40 PM

**Delene Robs Mom(17016903988)**



Oct 22, 2023 9:06:40 PM

**Delene Robs Mom(17016903988)**



Oct 22, 2023 9:09:11 PM

Delene Robs Mom(17016903988)



Oct 22, 2023 9:09:11 PM

Delene Robs Mom(17016903988)



Oct 22, 2023 9:09:11 PM

GC 0056

**Delene Robs Mom**

**Delene Robs Mom(17016903988)**

Thank you — Oct 22, 2023 9:10:06 PM

19898580805

That works thank you — Oct 22, 2023 9:13:41 PM

GC 0057