EXHIBIT

4

| Invoice | Payment | Amount | Description |
|---------|---------|--------|-------------|
| T659 | | $1,012.50 | Tow S208 from Hunt field |
| T677 | | $812.50 | Winch out S209 in Hunt field |
| T683 | | $1,037.50 | S211 from Bismarck |
| T689 | | $125.00 | Tow Pontiac |
| T749 | | $540.00 | Move frac tanks |
| T750 | | $562.50 | Winch S208 near Nadia wells |
| T765 | | $1,375.00 | Tow S209 from Stanley |
| T766 | | $650.00 | Winch S208 near Nadia wells |
| T767 | | $687.50 | Tow S206 from Killdeer |
| T810 | | $1,575.00 | Tow S203 from Stanley |
| T816 | | $650.00 | Tow S208 from Killdeer |
| T817 | | $650.00 | Tow S206 from Rocket SWD |
| T819 | | $650.00 | Tow S209 from Dvirnak SWD |
| T856 | | $2,425.00 | Winch truck and trailer near Keene and tow to Stark shop |
| | 06/09/21 | -$2,000.00 | |
| R462 | | $250.00 | Unlock F002 at Stark shop |
| T881 | | $725.00 | Tow S208 from Killdeer |
| T892 | | $1,175.00 | Tow S209 from New Town |
| T961 | | $4,316.20 | Tow from Maine |
| R50039 | | $375.00 | Service call for trailer brakes |
| R50038 | | $446.26 | Service call S2023 air hose |
| | | $1,000.00 | Loan 11/26/2021 |
| | | $5,500.00 | Loan 12/07/2021 – fettig enterprise acct |
| | | $50,000.00 | Loan 12/29/2021 $50,000 |
| | | $50,000.00 | Loan 01/04/2022 $50,000 |
| | 01/11/22 | -$50,000.00 | Loan repayment |
| T5064 | | $1,500.00 | Tow S209 from Palermo area |
| T5065 | | $1,487.50 | Tow S208 from Stanley |
| T5066 | | $1,200.00 | Tow S208 from near Halliday |
| | | $151.00 | Air springs |
| | 01/19/22 | -$50,000.00 | Loan repayment |
| T5080 | | $1,362.50 | Tow S208 from New Town |
| T5082 | | $1,362.50 | Tow T106 from New Town |
| T5102 | | $1,900.00 | Winchout S204 |
| T5107 | | $2,212.50 | S206 and S203 |
| T5123 | | $1,050.00 | Tow S207 from Watford |
| T5241 | | $1,625.00 | Winchout S204 |
| T5583 | | $675.00 | Tow S208 |
| T5696 | | $1,225.00 | Winchout S211 |
| T5867 | | $950.00 | Winchout S205 |
| I153 | | $4,000.00 | Impound from Grassy Butte |
| | 02/04/23 | -$2,000.00 | Check 1109 |
| | 02/09/23 | $2,005.00 | Check 1109 bounced – returned check fee $5.00 |
| T5912 | | $675.00 | Tow s204 |
| T6003 | | $675.00 | Tow S210 |
| T6027 | | $650.00 | Tow S207 from Fairfield |
| T6084 | | $1,200.00 | Tow S211 from Watford |
| T6102 | | $1,000.00 | Tow S207 from Dunn Center |
| T6104 | | $600.00 | haul Bellydump |
| T6136 | | $850.00 | Winchout S205 |

| | | |
|---|---|---|
| T6139 | $600.00 | haul Bellydump |
| T2249 | $2,800.00 | Winch S207 near Stanley |
| T6187 | $1,050.00 | Tow S207 from Watford |
| **BALANCE** | **$55,345.96** | |

GC 0059

# INVOICE

Date:02/16/20
 Invoice # T659

**Yuker Towing  and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER :   Stark Energy

| JOB | PAYMENT TERMS |
|-----|---------------|
| Tow S208 | Due on receipt |

| QTY | DESCRIPTION | | |
|-----|-------------|------|------|
| 3.5 hrs | Empty drive time plus hook and unhook | $175/hr | $612.50 |
| 2 hrs | Tow unit S208 from location in Hunt field north of Dunn Center to Stark Energy shop | $200/hr | $400.00 |
| | At location also assisted with removing fan on blue Peterbilt VIN 1XPTP4TX1CD147318 | | |
| | KW T800 VIN 1XKDP40X07R197151 2013 Dragon VIN 1UNST5348DS128118 | | |

**TOTAL
$1012.50**

Make all checks payable to **Yuker Towing  and  Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0060

# INVOICE

Date:03/18/20
 Invoice # T677
**Yuker Towing  and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER :   Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Winch unit S209 | Due on receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 2.5 hrs | Travel to and from location in Hunt field north of Dunn Center | $175/hr | $437.50 |
| 1.5 hrs | Winch out unit S209 | $250/hr | $375.00 |
| | | | |
| | KW W900 VIN 1XKWP4TX8CJ335970 | | |
| | 2013 Dragon VIN 1UNST5341DS128154 | | |

**TOTAL
$812.50**

Make all checks payable to **Yuker Towing  and  Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

# INVOICE

Date:03/20/20
 Invoice # T683
**Yuker Towing  and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER :    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow S211 | Due on receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 2,5 hrs | Empty travel plus hook and unhook | $175/hr | $437.50 |
| 3 hrs | Tow S211 from Inland Truck in Bismarck to Stark Energy shop in Belfield | $200/hr | $600.00 |
| | Peterbilt 367 VIN 1XPTP4TX1CD147318 | | |

**TOTAL**
**$1037.50**

Make all checks payable to **Yuker Towing  and  Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0062

# INVOICE

Date:05/07/20
Invoice # T689

**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER : Stark Energy

| JOB | PAYMENT TERMS |
|-----|---------------|
| Tow Pontiac | Due on receipt |

| QTY | DESCRIPTION | |
|-----|-------------|---|
| | Tow Pontiac from Simonsons to Northwest Tire | $125.00 |

**TOTAL**
**$125**

Make all checks payable to **Yuker Towing and Repair LLC**

**Thank you for your business!**

**Payments made with a credit card will be subject to a 3.5% credit card processing fee**
**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

GC 0063

# INVOICE

Date:06/11/2020
Invoice # T749
**Yuker Towing  and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Frac tank moves | Due on receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 4.5hrs | Moved two frac tanks to Hunt location at the end of forbidden highway, east side of the road | $120/hr | $540.00 |

**TOTAL**
**$540**

Make all checks payable to **Yuker Towing  and  Repair LLC**

**Thank you for your business!**

**Payments made with a credit card will be subject to a 3.5% credit card processing fee**
**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

# INVOICE

Date:10/22/2020
 Invoice # T750

**Yuker Towing  and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| winchout | Due on receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 2.5 hrs | Empty travel to and from where unit S208 was stuck near Nadia wells on Battlefield road | $175/hr | $437.50 |
| .5 hr | Whinch unit S208 onto road | $250/hr | $125.00 |
| | KW T800 VIN 1XKDP40X07R197151 | | |
| | 2013 Dragon VIN 1UNST5340DS128291 | | |

**TOTAL**
**$562.50**

Make all checks payable to **Yuker Towing  and  Repair LLC**

### Thank you for your business!

**Payments made with a credit card will be subject to a 3.5% credit card processing fee**
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0065

# INVOICE

Date:10/24/2020
Invoice # T766

**Yuker Towing  and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|-----|---------------|
| Winch S208 | Due on receipt |

| QTY | DESCRIPTION | | |
|-----|-------------|--|--|
| 3 hrs | Empty travel plus hook and unhook | $175/hr | $525.00 |
| .5hr | Winchout S208 on Battlefield Rd near Nadia wells | $250/hr | $125.00 |
| | KW T800 VIN 1XKDP40X07R197151 | | |
| | 2013 Dragon VIN 1UNST5340DS128291 | | |

**TOTAL**
**$650**

Make all checks payable to **Yuker Towing  and  Repair LLC**
**Thank you for your business!**
Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0066

# INVOICE

Date:10/24/2020
 Invoice # T767
**Yuker Towing  and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER     Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow S206 | Due on receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 2 hrs | Empty drive time plus hook and unhook | $175/hr | $350.00 |
| 1.5 hrs | Tow S206 and trailer from Cenex in Killdeer to Belfield shop | $225/hr | $337.50 |
| | KW T800 VIN 1NKDX4TX3EJ403810 | | |
| | 2013 Dragon VIN 1UNST5343DS128172 | | |

**TOTAL**
**$687.50**

Make all checks payable to **Yuker Towing  and  Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0067

# INVOICE

Date:12/15/2020
Invoice # T765
**Yuker Towing  and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow S209 | Due on receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 4 hr | Empty travel plus hook and unhook | $175/hr | $700.00 |
| 3 hrs | Tow S209 and side dump from Stanley to Belfield shop | $225/hr | $675.00 |
| | KW W900 VIN 1XKWP4TX8C1335970 | | |
| | 2016 Sidedump VIN 1D9FS4430GC688099 | | |

**TOTAL
$1375**

Make all checks payable to **Yuker Towing  and  Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0068

# INVOICE

Date: 01/17/2021
Invoice # T810

**Yuker Towing  & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow from Stanley | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 4.5 hrs | Empty travel | $175/hr | $787.50 |
| 3.5 hrs | Tow truck S203 and trailer from near Stanley to Blefield Shop | $225/hr | $787.50 |
| | **Truck VIN 1XKWP4EX5EJ420085** | | |
| | **Trailer VIN 1D9FS4430GC688099** | | |

**TOTAL**
**$1575**

Make all checks payable to **Yuker Towing  & Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

GC 0069

# INVOICE

Date:01/27/2021
 Invoice # T816
**Yuker Towing  and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|-----|---------------|
| Tow unit 208 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|-----|-------------|---|---|
| 2 hrs | Empty drive time plus hookup | $175/hr | $350.00 |
| 1.5 hrs | Tow unit 208 from Killdeer to Belfield shop | $200/hr | $300.00 |
| | | | |
| | KW T800 VIN 1XKDP40X07R197151 | | |
| | 2013 Dragon VIN 1UNST534DS128172 | | |

**TOTAL**
**$650**

Make all checks payable to **Yuker Towing  and Repair LLC**
**Thank you for your business!**
**Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

# INVOICE

Date:03/25/2021
Invoice # T817

**Yuker Towing  and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER   Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow unit 206 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 2 hrs | Empty drive time plus hookup | $175/hr | $350.00 |
| 1.5 hrs | Tow unit 206 from Rocket SWD to Belfield shop | $200/hr | $300.00 |
| | KW T800 VIN 1NKDX4TX3EJ403810 | | |
| | 2014 Dragon VIN 1UNST5340ES128552 | | |

**TOTAL**
**$650**

Make all checks payable to **Yuker Towing  and  Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0071

# INVOICE

Date:04/08/2021
 Invoice # T819
**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow 209 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 2 hrs | Empty drive time plus hook and unhook | $175/hr | $350.00 |
| 1.5 hrs | Tow unit 209 after fan went through radiator from Dvirnak SWD to shop in Belfield | $200/hr | $300.00 |
| | KW W900 VIN 1XKWP4TX8CJ335970 | | |
| | 2013 Dragon VIN 1UNST5340DS128162 | | |

**TOTAL**
**$650**

Make all checks payable to **Yuker Towing and Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0072

# INVOICE

Date:05/07/2021
Invoice # T961

**Yuker Towing & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|-----|---------------|
| Tow | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|-----|-------------|---|---|
| 4200 miles | Tow from Maine | $1/mile | $4,200.00 |
| | MA toll | | $12.05 |
| | NY toll | | $103.97 |
| | Towed W900 with VIN 1XWP4TX8CJ335970 to Maine and towed Volvo with VIN 4V4NC9EH6JN888150 back to ND | | |

**TOTAL**
**$4316.02**

Make all checks payable to **Yuker Towing & Repair LLC**

**Thank you for your business!**

**Payments made with a credit card will be subject to a 3.5% credit card processing fee**
**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

GC 0073

# INVOICE

Date:06/08/2021
Invoice # T856
**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
| --- | --- |
| Tow and winch out | Due Upon Receipt |

| QTY | DESCRIPTION | | |
| --- | --- | --- | --- |
| 2 hrs | Empty Drive time plus hook and unhook | $175/hr | $350.00 |
| 2 hrs | Winch truck and trailer out of location | $250/hr | $500.00 |
| 7 hours | Tow truck from Stark shop in Belfield to near Keene. Tow broke down truck from near Keene to Stark Shop in Belfield. | $225/hr | $1,575.00 |

**TOTAL**
**$2425**

Make all checks payable to **Yuker Towing and Repair LLC**

**Thank you for your business!**

**Payments made with a credit card will be subject to a 3.5% credit card processing fee**
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0074

# INVOICE

Date:06/13/2021
Invoice # R462

**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER   Stark Energy

| JOB | PAYMENT TERMS |
| --- | --- |
| Lockout | Due Upon Receipt |

| QTY | DESCRIPTION | | |
| --- | --- | --- | --- |
| 2 hrs | Unlock F002 at Stark Energy shop | $125/hr | $250.00 |

**TOTAL**
**$250**

Make all checks payable to **Yuker Towing and Repair LLC**
**Thank you for your business!**
**Payments made with a credit card will be subject to a 3.5% credit card processing fee**
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0075

# INVOICE

Date:07/21/2021
Invoice # T881

**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER   Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow S208 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 3 hrs | Empty drive time plus hook and unhook | $175/hr | **$525.00** |
| 1 hr | Tow S208 from Killdeer to Stark Energy shop. Disconnected truck from trailer | $200/hr | **$200.00** |
| | KW T800 VIN 1XKDP40X07R197151 | | |
| | 1999 Midland BD VIN 2MFB2S4D4XR000542 | | |

**TOTAL**
**$725**

Make all checks payable to **Yuker Towing and Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

# INVOICE

Date:07/27/2021
 Invoice # T892

**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER   Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow S209 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 3.5 hrs | Empty drive time plus hook and unhook | $175/hr | **$612.50** |
| 2.5 hrs | Tow S209 and trailer from New Town near Beaver Creek to Stark Energy shop | $225/hr | **$562.50** |
| | KW W900 VIN 1XKWP4TX8CJ335970 | | |
| | 2000 Midland BD VIN 2MFB2SD5YR000651 | | |

**TOTAL**
**$1175**

Make all checks payable to **Yuker Towing and Repair LLC**
**Thank you for your business!**

**Payments made with a credit card will be subject to a 3.5% credit card processing fee**
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

# INVOICE

Date:08/15/2021
Invoice#T5065
**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|-----|---------------|
| Tow Unit S208 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|-----|-------------|---|---|
| 4 | Empty travel plus hook up. | 175/hr | $700.00 |
| 3.5 | Truck and trailer in Stanley area,towed to Stark Energy shop. Clutch issues. | 225/hr | $787.50 |
| | KW T800 VIN 1XKDP40X07R197151 | | |
| | 2000 Midland BD VIN 2MFB2S4D3YR001148 | | |

**TOTAL**
**$1,487.50**

Make all checks payable to **Yuker Towing and Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0078

# INVOICE

Date:11/15/2021
Invoice # R50039
**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT |
|---|---|
| Service call | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 2 ½ | Service call to Stark energy shop in Belfield for 200BBL vac trailer. Brakes not releasing diagnosed problem and removed bad valve,checked repairs after new valve installed.<br><br>2014 Dragon VIN 1UNST5346ES140026 | 150/hr | $375.00 |

**TOTAL**
**$375.00**

Make all checks payable to **Yuker Towing and Repair LLC**

**Thank you for your business!**

**Payments made with a credit card will be subject to a 3.5% credit card processing fee**
**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

GC 0079

# INVOICE

Date:12/05021
 Invoice # R50038
**Yuker Towing  and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER      Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Service Call | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 1 ½ | Service call S-2023 replaced air hose for glad hands at I-94 in Dickinson. | 150/hr | $225.00 |
| | Phillips 22-2171 3 in 1, 15' Non-ABS zime air and electric cords | 221.26/ea | $221.26 |

**TOTAL
$446.26**

Make all checks payable to **Yuker Towing  and  Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0080

# INVOICE

Date:12/11/2021
Invoice#T5064
**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow Unit S209 from Palermo area | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 4.5 | Empty travel plus hook up, dropped trailer they repowered | 175/hr | $787.50 |
| .5 | Truck and trailer | 225/hr | $112.50 |
| 3 | Bobtail- Took truck to Stark shop | 200/hr | $600.00 |
| | KW W900 VIN 1XKWP4TX8CJ335970 | | |
| | 2000 Midland BD VIN 2MFB2S3DSYR000650 | | |

**TOTAL**
**$1500.00**

Make all checks payable to **Yuker Towing and Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0081

# INVOICE

Date:12/14/2021
Invoice#T5066
**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow Unit S208 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 3 | Empty travel plus hook up to Hwy 200 near Halliday turn off road. Blown front diff on truck. | 175/hr | $525.00 |
| 3 | Truck and trailer to Stark Energy shop | 225/hr | $675.00 |
| | KW T800 VIN 1XKDP40X07R197151 | | |
| | 2000 Midland BD VIN 2MFB2S3D7YR000652 | | |

**TOTAL**
**$1200.00**

Make all checks payable to **Yuker Towing and Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0082

 **Gmail**

Yuker Towing <yukertowing@gmail.com>

## Order Confirmation

1 message

**noreply@whisolutions.com** <noreply@whisolutions.com>
To: yukertowing@gmail.com

Sat, Jan 8, 2022 at 11:44 AM

 

## Order Confirmation

| Account :<br>YUKER TOWING AND REPAIR | Order Number:<br>36066 |
| --- | --- |
| Account ID:<br>10456 | Purchase Order:<br>Rob |

| Branch | Line Items | Date Entered | Status | Order Type | Ship Method | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Dickinson | 1 | 01/08/22 11:44 MST | Ordered | | Will Call | $151.00 |

### Parts

| Order Qty | Ship Qty | Pack Qty | P/L | Item # | Description | Sell Price | Your Price | Core Price | Total Sell Price | Total Your Price |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 1 | 0 | PACC8 | **AS80080** | SPRING-AIR, HENDRICKSON AUXI | $241.78 | $151 | $0.00 | $241.78 | $151.00 |
| Applied Promotions: | | | | | $6 off of TRP AIR SPRINGS - TRUCK - Y223297 | | | | | |
| Total: | | | | | | | | | $241.78 | $151.00 |
| Total Promo Savings: | | | | | | | | | | $6.00 |

Order Comments:

# INVOICE

Date:02/24/2022
Invoice#T5080

**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER   **STARK ENERGY**
**S208**

| JOB | PAYMENT TERMS |
|---|---|
| Heavy Tow | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| | Towed from A&W impound yard in New Town to Stark Energy shop. | | |
| 4 | Empty travel plus hook up | 200/hr | $800.00 |
| 2.5 | Bobtail | 225/hr | $562.50 |
| | Truck VIN 1XKDP40X07R197151 | | |

**TOTAL**
**$1362.50**

Make all checks payable to **Yuker Towing and Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

# INVOICE

Date:02/26/2022
Invoice#T5082

**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER   **STARK ENERGY**

| JOB | PAYMENT TERMS |
|---|---|
| Heavy Tow | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| | Towed trailer from A&W impound yard in New Town to Yuker yard | | |
| 4 | Empty travel plus hook up | 200/hr | $800.00 |
| 2.5 | Trailer tow T106 | 225/hr | $562.50 |
| | VIN 1UNST5343DS128172 | | |

**TOTAL**
**$1362.50**

Make all checks payable to **Yuker Towing and Repair LLC**
**Thank you for your business!**
Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

# INVOICE

Date: 03/16/2022
Invoice # T5102
**Yuker Towing & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
| --- | --- |
| Winchout near Culbertson MT | Due Upon Receipt |

| QTY | DESCRIPTION | | |
| --- | --- | --- | --- |
| 6 hrs | Empty travel | $200/hr | $1,200.00 |
| 2 hrs | Winchout unit S204 | $350/hr | $700.00 |
| | **VIN 1XKWP4EX1FJ435264** | | |

**TOTAL**
**$1900**

Make all checks payable to **Yuker Towing & Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**
In the event of NSF/stopped payment the bill will also be subject to an additional fee of $20

GC 0086

# INVOICE

Date:3/20/2022
Invoice#T5107

**Yuker Towing and Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER   **STARK ENERGY**

| JOB | PAYMENT TERMS |
| --- | --- |
| Heavy Tow - S206 from Stark Energy to location near Culberton, Mt. Towed truck S203 from location back to Belfield. | Due Upon Receipt |

| QTY | DESCRIPTION | | |
| --- | --- | --- | --- |
| 1.5 | Empty travel plus hook up | 200/hr | $300.00 |
| 8.5 | Bobtail | 225.hr | $1,912.50 |
| | KW T800 VIN 1NKDX4TX3EJ403810 | | |
| | KW W900 VIN 1XKWP4EX5EJ420085 | | |

**TOTAL
$2,212.50**

Make all checks payable to **Yuker Towing and Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee
THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT

GC 0087

# INVOICE

Date: 04/10/2022
Invoice # T5123
**Yuker Towing & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 3 hrs | Empty travel | $200/hr | **$600.00** |
| 2 hrs | Tow truck S207 and trailer from near Watford City. Truck threw the block. **Truck VIN 1XKWD49X1EJ413380 Trailer VIN 1D9SH4339DY554348** | $225/hr | **$450.00** |

**TOTAL**
**$1050**

Make all checks payable to **Yuker Towing & Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

GC 0088

# INVOICE

Date: 06/19/2022
Invoice # T5241

**Yuker Towing & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|-----|---------------|
| Winchout | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|-----|-------------|-----|-----|
| 5.5 hrs | Empty travel | $200/hr | $1,100.00 |
| 1.5 hrs | Winchout S204 and tanker near Beuford, ND<br>**Truck VIN 1XKWP4EX1FJ435264**<br>**Trailer VIN 1UNST5340DS128291** | $350/hr | $525.00 |

**TOTAL**
**$1625**

Make all checks payable to **Yuker Towing & Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

# INVOICE

Date: 08/20/2022
 Invoice # T5583
**Yuker Towing  & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER        Stark Energy

| JOB | PAYMENT TERMS |
|-----|---------------|
| Tow | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|-----|-------------|---|---|
| 1.5 hrs | Empty travel | $200/hr | $300.00 |
| 1.5 hrs | Towed S208 and Belly dump to Yuker yard for collateral against towing debt | $250/hr | $375.00 |
| | **Truck VIN 1XKDP40X07R197151** | | |
| | **Trailer VIN 2MFB2S4D3YR001148** | | |

**TOTAL**
**$675**

Make all checks payable to **Yuker Towing  & Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

GC 0090

# INVOICE

Date: 10/24/2022
Invoice # T5696
**Yuker Towing & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Winchout S211 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 3.5 hrs | Empty travel | $200/hr | $700.00 |
| 1.5 hrs | Winchout S211 and trailer near Killdeer<br>**Truck VIN 1XPTP4TX1CD147318**<br>**Trailer VIN 1UNST5341DS128154** | $350/hr | $525.00 |

**TOTAL**
**$1225**

Make all checks payable to **Yuker Towing & Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

GC 0091

# INVOICE

Date: 01/07/2023
Invoice # T5867
**Yuker Towing & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER     Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Winchout S205 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 3 hrs | Empty travel | $200/hr | $600.00 |
| 1 hrs | Winchout S205 and trailer on Battlefield Rd<br>**Truck VIN 1XKDP4EX2EJ392043**<br>**Trailer VIN 1UNST5348DS128118** | $350/hr | $350.00 |

**TOTAL
$950**

Make all checks payable to **Yuker Towing & Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

# INVOICE

Date: 01/16/23
Invoice # I153

**Yuker Towing & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|-----|---------------|
| Impound | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|-----|-------------|--|--|
| | Impounded S206 and trailer from Sweet Crude - called by Sweet Crude due to truck and trailer sitting for months in disrepair | | $4,000.00 |
| | KW T800 VIN 1NKDX4TX3EJ403810 | | |
| | Midland BD VIN 2MFB2S4D4XR000542 | | |

**TOTAL**
**$4000**

Make all checks payable to **Yuker Towing & Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

GC 0093

Account:        5667

Date:        02/09/2023

Page:        1

**Yuker Towing & Repair LLC**
**8291 38F St SW**
**Richardton ND  58652**

---

## Notice of Deposited Items Charged Back to Your Account

---

The items(s) listed below have been returned and charged (debited) back to your account. This item was recently deposited into your account and has been returned for the reason listed below. For your convenience, we have provided substitute items which can be used in place of the original items. If you have any questions, please call us at (701) 293-2400 or 800-423-3344. Thank you for choosing Gate City Bank!

**Charge Back Items**

| Payor R/T | Return Reason | Amount |
|---|---|---|
| 091303664 | 'A' - NSF - Not Sufficient Funds | $2,000.00 |

| Summary | |
|---|---|
| Total Item Count: | 1 |
| Total Amount of Items Charged back: | $2,000.00 |
| Handling Charges: | $5.00 |
| Total Account Deduction: | $2,005.00 |

GC 0094

**STARK ENERGY INC**
1860 4TH AVE E
DICKINSON, ND 58601

1109
77-366/913

DATE 1/16/23

PAY TO THE ORDER OF Yuker towny                                    $ 2,000.00

Two thousand and No/100                                    DOLLARS

**Dakota**
COMMUNITY
BANK & TRUST

MEMO Towny

⑈001109⑈ ⑉091303664⑉ 21014298 1⑈

Return Reason: 'A' - NSF - Not Sufficient Funds

Gate City Bank 291370918
2/4/2023, 09:02:31
SCROW
TMID 113790352332545

09206831905
2023-02-07

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FOR MOBILE DEPOSIT
CHECK HERE IF MOBILE DEPOSIT

*FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

Back

# INVOICE

Date: 03/12/2023
Invoice # T5912
**Yuker Towing  & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow S204 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 1.5 hrs | Empty travel | $200/hr | $300.00 |
| 1.5 hrs | Tow S204 and T101 to Yuker yard for collateral for unpaid tows **Truck VIN 1XKWP4EX1FJ435264** **Trailer VIN 1UNST5341DS128154** | $250/hr | $375.00 |

**TOTAL**
**$675**

Make all checks payable to **Yuker Towing  & Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

GC 0096

# INVOICE

Date: 05/07/2023
Invoice # T6003

**Yuker Towing  & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow S210 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 1.5 hrs | Empty travel | $200/hr | $300.00 |
| 1.5 hrs | Tow S210 and trailer to Yuker yard as Collateral against tow debt | $350/hr | $375.00 |
| | **Truck  last 8 ofVIN 7C526165** | | |
| | **Trailer VIN  2MFB2S3D3YR000650** | | |

**TOTAL**
**$675**

Make all checks payable to **Yuker Towing  & Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

# INVOICE

Date: 05/31/2023
 Invoice # T6027

**Yuker Towing  & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
| --- | --- |
| Tow S207 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
| --- | --- | --- | --- |
| 2 hrs | Empty travel | $200/hr | $400.00 |
| 1 hrs | Tow S207 and trailer from Hwy 85 near Fairfield to Stark Energy | $250/hr | $250.00 |
| | **Truck  VIN 1XKWD49X1EJ413380** | | |
| | **Trailer VIN  2MFB2S3D5YR000651** | | |

**TOTAL**
**$650**

Make all checks payable to **Yuker Towing  & Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

# INVOICE

Date: 07/27/2023
Invoice # T6084
**Yuker Towing  & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow S211 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 3.5 hrs | Empty travel | $200/hr | $700.00 |
| 2 hrs | Tow S211 and trailer from Watford City to Stark Energy | $250/hr | $500.00 |
| | **Truck  VIN 1XPTP4TX1CD147318** | | |
| | **Trailer VIN  1D9FS4430GC688099** | | |

**TOTAL**
**$1200**

Make all checks payable to **Yuker Towing  & Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

# INVOICE

Date: 08/26/2023
Invoice # T6102
**Yuker Towing  & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow S207 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 2.5 hrs | Empty travel | $200/hr | $500.00 |
| 2 hrs | Tow S207 and tanker from Dunn Center to Stark Energy | $250/hr | $500.00 |
| | **Truck  VIN 1XKWD49X1EJ413380** | | |
| | **Trailer VIN  1UNST4223CL109253** | | |

**TOTAL**
**$1000**

Make all checks payable to **Yuker Towing  & Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

GC 0100

# INVOICE

Date: 08/27/2023
Invoice # T6104
**Yuker Towing  & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER   Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Haul belly dump | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 3 hrs | Bobtail truck picked up belly dump for collateral against unpaid tow debt | $200/hr | $600.00 |
| | **Trailer VIN  2MFB2S3D5YR000651** | | |

**TOTAL**
**$600**

Make all checks payable to **Yuker Towing  & Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

GC 0101

# INVOICE

Date: 09/08/2023
Invoice # T6136

**Yuker Towing  & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID – 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|-----|---------------|
| Winchout | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|-----|-------------|---|---|
| 2.5 hrs | Empty travel | $200/hr | $500.00 |
| 1 hrs | Winchout on Battlefield Rd unit S205 and trailer **Truck  VIN 1XKDP4EX2EJ392043** **Trailer VIN  1UNST4223CL109253** | $350/hr | $350.00 |

**TOTAL**
**$850**

Make all checks payable to **Yuker Towing  & Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

GC 0102

# INVOICE

Date: 09/09/2023
Invoice # T6139
**Yuker Towing & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
| --- | --- |
| Haul Bellydump | Due Upon Receipt |

| QTY | DESCRIPTION | | |
| --- | --- | --- | --- |
| 3 hrs | Bobtail truck brought belly dump to Yuker yard for collateral against unpaid tow debts | $200/hr | $600.00 |
| | **Trailer VIN  2MFB2S3D7YR000652** | | |

**TOTAL**
**$600**

Make all checks payable to **Yuker Towing & Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**

# INVOICE

Date: 10/03/23
Invoice # T2249

**Yuker Towing  & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Winch S207 | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 8 hrs | Winch S207 out of ditch and up hill near Stanley | $350/hr | $2,800.00 |
| | **KW W900 VIN 1XKWD49X1EJ413380** | | |

**TOTAL**
**$2800**

Make all checks payable to **Yuker Towing  & Repair LLC**
**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**
In the event of NSF/stopped payment the bill will also be subject to an additional fee of $20

GC 0104

# INVOICE

Date: 10/21/2023
Invoice # T6187

**Yuker Towing & Repair LLC**
876 E Broadway ST
Dickinson, ND 58601
(701)805-8425
yukertowing@gmail.com
TAX ID - 82-0765185

CUSTOMER    Stark Energy

| JOB | PAYMENT TERMS |
|---|---|
| Tow S207 and trailer | Due Upon Receipt |

| QTY | DESCRIPTION | | |
|---|---|---|---|
| 3 hrs | Empty travel | $200/hr | $600.00 |
| 2 hrs | Tow S207 and trailer from truck stop in Watford City to Stark Energy | $225/hr | $450.00 |
| | **Truck VIN 1XKWD49X1EJ413380** | | |
| | **Trailer VIN 1UNST5346ES140026** | | |

**TOTAL**
**$1050**

Make all checks payable to **Yuker Towing & Repair LLC**

**Thank you for your business!**

Payments made with a credit card will be subject to a 3.5% credit card processing fee

**THE VEHICLE IS SUBJECT TO REPOSSESSION IN EVENT OF NON PAYMENT**