



















Multiple Engine and other truck and trailer parts



































GC 0132







Photo of Large Pile of tires & rims "Missing" from Stark Energy trucks & trailers









