UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 24-30168 |
|---|---|
| Stark Energy, Inc., | Chapter 11, Subchapter V |
| Debtor. | |

### GATE CITY BANK'S WITNESS LIST

Creditor Gate City Bank hereby provides the following Witness List with respect to the Motion to Lift Automatic Stay Hearing set for **Tuesday, July 9, 2024, at 10:00 a.m.**

| NAME & ADDRESS | Will/May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Kevin Warner<br>Gate City Bank<br>Fargo, ND 58102 | Will Call | Loan Documents, amount owing by Debtor, titling of vehicles; Gate City's lawsuits against Debtor and Fettig; etc. |
| Matt Keesler<br>Stark County Sheriff's Dept.<br>Dickinson, ND | Will Call | Efforts to repossess Gate City's collateral; criminal case against Robert Fettig |
| Robert Fettig<br>Dickinson, ND | Will Call | Location of Gate City's collateral; Debtor's good faith; reorganization feasibility; etc. |
| Delene Fettig<br>Dickinson, ND | May Call | Location of Gate City's collateral; Debtor's good faith; reorganization feasibility; etc. |
| Matthew Barrett<br>Mesa, Arizona | Will Call | Harm to third party if stay is not lifted; knowledge of Debtor's equipment. |
| Andrew Yuker<br>Yuker's Towing & Repair, LLC<br>Dickinson, ND | Will Call | Knowledge of Gate City's collateral/location; Debtor's good faith; |

| Chris Prochnow<br>Pifer Auction<br>Steele, ND" | Will Call | Condition of Gate City's collateral after recovery; contract to sell collateral recovered from Debtor |
|---|---|---|
| Caren Stanley<br>Vogel Law Firm<br>PO Box 1389<br>Fargo, ND 58107 | May Call | Lawsuits against Debtor and Robert Fettig; efforts to repossess Gate City's equipment; criminal charges against Robert Fettig; |
| | | |

Dated this third day of July, 2024.

**VOGEL LAW FIRM**

BY: /s/ Caren W. Stanley
Caren W. Stanley (#06100)
cstanley@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
*ATTORNEYS FOR GATE CITY BANK*

2

**Re:   Stark Energy, Inc.
       Case No. 24-30168**

| | | |
|---|---|---|
| STATE OF | ) | |
| | ) SS | **CERTIFICATE OF SERVICE** |
| COUNTY OF | ) | |

Jill Nona, being first duly sworn, does depose and say: she is a resident of Fargo, North Dakota, of legal age and not a party to or interested in the above-entitled matter.

On July 3, 2024, affiant caused the following document(s):

**GATE CITY BANK'S WITNESS LIST**

to be served electronically to the following:

*All ECF Filing Participants*

/s/ Jill Nona
Jill Nona

Subscribed and sworn to before me this third day of July, 2024.

/s/ Sonie Thompson
Notary Public,  County, North Dakota

(SEAL)
4880-0967-4445 v.1

3