1

1

2

3

4

5

6                              T R A N S C R I P T I O N

7                                        OF

8                              A U D I O T A P E

9

10

11                          Jailhouse Phone Call

12             NDSWM_20231022_212838_Wallet_7016903988.mp3

13

14

15

16

17      Transcribed by:   Carolyn Taylor Pekas, RPR

18

19

20

21

22

23

24

25

CATS Court Reporting Service, Inc.
www.CATSReporting.com

2

```
 1    (Beginning of recording.)
 2            DELENE FETTIG:  Hello?
 3            ROBERT FETTIG:  Hey.  I'm calling to say I'm
 4    sorry.
 5            DELENE FETTIG:  That's fine.  That's fine.
 6            I'm just -- I -- I fed the cat and cleaned
 7    up its mess, and now I can't find the damn thing, but
 8    I know it's in here somewhere.  I know it's in there
 9    somewhere.
10            ROBERT FETTIG:  Okay.
11            DELENE FETTIG:  And Black Beauty is good to,
12    you know, sit, and the rest is on the move,
13    hopefully.  Yeah.
14            ROBERT FETTIG:  Oh, Black Beauty is not good
15    to sit, but...
16            DELENE FETTIG:  Why?
17            ROBERT FETTIG:  Because Black Beauty's on
18    the list.
19            DELENE FETTIG:  I didn't see it on --
20            RECORDING:  This call is from an inmate at a
21    correctional facility and may be recorded or
22    monitored.
23            ROBERT FETTIG:  Hold on a second.  What did
24    you say?
25            DELENE FETTIG:  I didn't see it on a list.
```

CATS Court Reporting Service, Inc.
www.CATSReporting.com

Gate City - 000002

```
 1              ROBERT FETTIG:  Yeah, it's on the -- it's on

 2      the big one, the master.  Yeah.

 3              DELENE FETTIG:  All right.  Well, then, I'll

 4      have to visit again, but I didn't think it was.

 5      All right.  Well --

 6              ROBERT FETTIG:  Is everything

 7      (indiscernible) --

 8              DELENE FETTIG:  -- you go to sleep.

 9      I've got to (indiscernible).

10              ROBERT FETTIG:  -- right?

11              DELENE FETTIG:  The -- the bond thing is

12      in -- available 24 hours in Williston, so I'm gonna

13      call them in a little bit and see what I can get on

14      that.  And I'm gonna get the thing I ordered up from

15      the other one, you know, that virtual one you did.  I

16      ordered up the transcript on it, and I've got to get

17      it, you know.

18              ROBERT FETTIG:  Yeah, but, um --

19              DELENE FETTIG:  And --

20              ROBERT FETTIG:  Hold on a second.  So, um --

21              DELENE FETTIG:  What?

22              ROBERT FETTIG:  Yeah, you'll have work on

23      Black Betty, but, um, the -- the white and silver are

24      good, or no?

25              DELENE FETTIG:  Working on it.
```

4

```
1          ROBERT FETTIG:  Really?

2          DELENE FETTIG:  Yeah.

3          ROBERT FETTIG:  Jeez.

4          DELENE FETTIG:  Really.

5          ROBERT FETTIG:  He hasn't even talked to

6   you, or what?

7          DELENE FETTIG:  Yeah, I -- I communicated.

8   Okay?

9          ROBERT FETTIG:  Okay.  I love you.

10         DELENE FETTIG:  I love you, too.

11         ROBERT FETTIG:  Jeez (indiscernible).

12         DELENE FETTIG:  Huh?

13         ROBERT FETTIG:  Oh, man.  I just -- yeah,

14  it's just -- I don't know.  I thought he would.

15         DELENE FETTIG:  Yeah, well.

16         So if that's the black -- I don't know.

17  All right.  Well, whatever.

18         ROBERT FETTIG:  Black Betty's fucking got

19  two fucking wheels.

20         DELENE FETTIG:  What?

21         ROBERT FETTIG:  It's got two fucking wheels.

22         DELENE FETTIG:  Um, okay.  Um, I -- I was

23  referring to Black Betty.

24         ROBERT FETTIG:  Yeah.  Okay.  Um --

25         DELENE FETTIG:  And -- and the
```

Gate City - 000004

```
1    (indiscernible) in Black Betty is fine?

2            ROBERT FETTIG:  No.

3            DELENE FETTIG:  Really?

4            ROBERT FETTIG:  Yeah.  You're very fucking

5    sure she's -- she's not fine.  She's --

6            DELENE FETTIG:  Okay.  Well, then you've got

7    black, black, black, white.  I don't know.  I -- I --

8    I'm doing the best I can.

9            ROBERT FETTIG:  Don't even -- that's not

10   even -- no.  Okay?  I've got, like, fucking 20-some

11   minutes before, fucking, my phone gets shut off.  No.

12   No.  We're going to do everything we need to do.

13   Okay?

14           So, um, do you -- do you recall that I -- I

15   went down to Kansas City and I bought a Harley?

16   Okay?

17           DELENE FETTIG:  Uh-huh.  Yeah.

18           ROBERT FETTIG:  Yeah.

19           DELENE FETTIG:  Yeah.  I got it.  I got it.

20   I got it.  I got it.

21           ROBERT FETTIG:  I don't know if you remember

22   I went down there and bought that, but yeah.

23           DELENE FETTIG:  Yeah.

24           ROBERT FETTIG:  Well, I'd still like to use

25   it in the next couple months and years.
```

Gate City - 000005

6

```
 1              DELENE FETTIG:  Okay.
 2              ROBERT FETTIG:  But you're telling me
 3    that -- that you fed the cat.  Right?  Did you feed
 4    the cat, or no?  Sorry.  I didn't get it food yet.
 5              DELENE FETTIG:  Yeah, I fed the cat.  I
 6    can't find it.  I couldn't find it.  I don't know
 7    where the fucker went.  I cleaned up its puke.
 8              ROBERT FETTIG:  Sometimes it hangs out
 9    underneath one of the red pickup trucks or white
10    pickup trucks.
11              DELENE FETTIG:  Sometimes what?
12              ROBERT FETTIG:  Sometimes it hangs outside
13    underneath -- in the shop, outside of the shop.
14              DELENE FETTIG:  Well, I don't know that -- I
15    got out there, and I kept opening the door and
16    yelling at it and --
17              ROBERT FETTIG:  Okay.  I'm gonna talk --
18              DELENE FETTIG:  -- it didn't come in, but
19    whatever.
20              ROBERT FETTIG:  Listen.  I'm gonna talk to
21    you again.  Is the red pickup truck there, or is the
22    white pickup truck gone?
23              DELENE FETTIG:  I fucking don't know.  It's
24    dark.  Okay?  I'll look for the damn thing.  Okay?
25              ROBERT FETTIG:  Don't worry about the cat,
```

Gate City - 000006

7

```
 1    Mom.  Please listen to me.  Okay?  Can you listen to

 2    me again?

 3            DELENE FETTIG:  It's underneath the thing.

 4    It's -- it's probably underneath the (indiscernible).

 5            ROBERT FETTIG:  Can I -- can I talk with

 6    you?

 7            DELENE FETTIG:  Just shut the fuck up.

 8            ROBERT FETTIG:  You're not even -- I'm not

 9    doing this.

10            DELENE FETTIG:  I've got a light.  I'm gonna

11    look underneath the white one.  I'm gonna look

12    underneath -- kitty, kitty, kitty.  Where'd you go?

13            ROBERT FETTIG:  Okay.  My friend hasn't even

14    been there, has he?

15            DELENE FETTIG:  And the red.

16            ROBERT FETTIG:  I can't believe this shit,

17    man.  You can't make this shit up, can you?

18            DELENE FETTIG:  Okay.  Bob, get over here.

19            He's not under that white pickup, and he's

20    not under the red one.

21            ROBERT FETTIG:  Okay.  Again, can you listen

22    to me, please?

23            DELENE FETTIG:  I'm looking for him.  Okay.

24            ROBERT FETTIG:  I'm not fucking worried

25    about my cat.  Okay?
```

CATS Court Reporting Service, Inc.
www.CATSReporting.com

Gate City - 000007

```
 1              DELENE FETTIG:  What the fuck?

 2              ROBERT FETTIG:  Can you listen to me?

 3              DELENE FETTIG:  Yeah.

 4              ROBERT FETTIG:  What the fuck is going on

 5      with my friend that his dad died?

 6              DELENE FETTIG:  You know --

 7              ROBERT FETTIG:  Have you not talked to him?

 8      Doesn't return your calls, or --

 9              DELENE FETTIG:  I have.  And I was just

10      doing that, too, again.  Okay?  Inquiring.  What the

11      fuck?

12              ROBERT FETTIG:  Did we figure out the

13      invoice for, um, the -- the --

14              DELENE FETTIG:  I'm -- I'm gonna get the

15      shit tonight.

16              ROBERT FETTIG:  Okay.  And have --

17              DELENE FETTIG:  And I'm gonna do it tonight,

18      and he's gonna get it signed in the morning.  I've

19      already communicated that.

20              ROBERT FETTIG:  Okay.

21              DELENE FETTIG:  And the other one is

22      supposed to have supposedly sent it in.

23              ROBERT FETTIG:  Yeah, and I --

24              DELENE FETTIG:  And do you know what?  I was

25      out running around doing shit.  Okay?
```

Gate City - 000008

1          ROBERT FETTIG:  I get it.  Guess what?

2    You're looking like you're standing in my -- my shoes

3    now.  Okay?  I get it.  Okay?

4          DELENE FETTIG:  Oh, fuck off.

5          ROBERT FETTIG:  So now let me ask you a

6    question.  Is my friend not receptive, or what?

7          DELENE FETTIG:  He's receptive.

8          ROBERT FETTIG:  Okay.  Thank you.  What

9    about -- what about --

10         DELENE FETTIG:  And I -- Jared, I don't know

11   about him.  He called and wanted to know this, that,

12   and the other, and I'm -- I'm just not gonna deal

13   with it, you know?

14         ROBERT FETTIG:  Forget --

15         DELENE FETTIG:  I'm gonna give him --

16         ROBERT FETTIG:  Forget his fucking dumbass.

17         What's -- what's up with this other thing,

18   this -- you sent me that dude's number.

19         DELENE FETTIG:  That's the guy that left,

20   and I sent it to the wrong person originally.  I was

21   supposed to send it to you.  That's the guy that quit

22   because some people were talking to him, and I'm --

23   I'm sure it was that Cuban --

24         ROBERT FETTIG:  Uh-huh.

25         DELENE FETTIG:  -- because I saw him

1    today --

2           ROBERT FETTIG:  Oh, yeah.

3           DELENE FETTIG:  -- staring at me.  And I

4    asked what's his face, Who is that?  What the fuck is

5    his problem?  I don't know who that guy is.  And then

6    he told me it was --

7           ROBERT FETTIG:  Victor, yes.  Gosh.

8           DELENE FETTIG:  Yeah.  Yeah, yeah, yeah.

9    Him.  Yeah.

10          ROBERT FETTIG:  What the --

11          DELENE FETTIG:  And I'm sure it's all coming

12   from him.  Okay?  Or a lot of it, a good bit of it.

13          ROBERT FETTIG:  Fuck him.  Okay?

14          DELENE FETTIG:  Because he had -- huh?

15          ROBERT FETTIG:  Forget him.  Who gives a

16   fuck about that dude?

17          DELENE FETTIG:  You asked about it.  I'm

18   telling you.

19          ROBERT FETTIG:  So I didn't really ask about

20   him at all.  I asked you about the text message.

21          DELENE FETTIG:  Excuse me?

22          ROBERT FETTIG:  I didn't ask about him at

23   all.  I asked about the text message.

24          DELENE FETTIG:  Well, you know, he's

25   connected to that.

```
 1              ROBERT FETTIG:  Whatever.  Fuck him.  Have
 2    fun being broke because you don't got no work.
 3              What's, um -- what's going on with work?
 4              DELENE FETTIG:  I've got to go upstairs and
 5    unplug this damn thing.
 6              ROBERT FETTIG:  Unplug what?
 7              DELENE FETTIG:  (Indiscernible) fucking.
 8              ROBERT FETTIG:  (Indiscernible.)
 9              DELENE FETTIG:  Okay.  The -- the --
10    there's -- I talked to the day guy.  He said that
11    they hadn't used his stuff.  He'd give us a call.  I
12    said not a problem.  I called him back, asked about
13    some other stuff.  He said he had no idea.
14              ROBERT FETTIG:  Yeah, you don't ever --
15              DELENE FETTIG:  (Indiscernible) at work.
16              ROBERT FETTIG:  Listen, Mom.  You -- Mom.
17    Ask me questions --
18              DELENE FETTIG:  Yeah.
19              ROBERT FETTIG:  -- and I'll tell you.  Okay?
20              DELENE FETTIG:  Oh, yeah.  Yeah, yeah, yeah.
21    Uh-huh.
22              ROBERT FETTIG:  Well, fucking just get me
23    out of here, then.  I'll run my own fucking thing.
24              DELENE FETTIG:  Yeah, yeah, yeah.  I'm gonna
25    work on it, Rob.  Okay?
```

CATS Court Reporting Service, Inc.
www.CATSReporting.com

```
 1          ROBERT FETTIG:  I've got to fill out some
 2     thing for that.  Now, hold on a second.
 3          You should take a chill pill, man.  You're
 4     freaking out over stupid --
 5          DELENE FETTIG:  Yeah, right.  Uh-huh.
 6          ROBERT FETTIG:  Well, I mean, it's not like
 7     I'm facing any fucking time.  I'm fucking sick of
 8     this shit.
 9          DELENE FETTIG:  Yeah, you -- you're funny.
10          ROBERT FETTIG:  What am I funny about?
11     (Indiscernible) fucking guy.  Is that fucking fat
12     fuck that keeps coming to my house telling me that
13     I'm looking at actual time?
14          RECORDING:  Your call has been disconnected.
15     Goodbye.
16     (End of recording.)
17
18
19
20
21
22
23
24
25
```

Gate City - 000012

13

```
 1              COURT REPORTER'S CERTIFICATE

 2          I hereby certify that I transcribed the

 3     preceding twelve (12) pages from an audio recording

 4     provided to me by the Vogel Law Firm to the best of

 5     my ability;

 6          That I was not present at the time said

 7     recording was prepared;

 8          That I have broken the transcript into separate

 9     conversations to the best of my ability;

10          That I am not a relative or employee or counsel

11     of any of the parties or a relative or employee of

12     such attorney or counsel;

13          That I am not financially interested in the

14     action and have no contract with the parties,

15     attorneys, or persons with an interest in the action

16     that would affect my impartiality.

17

18

19

20              /s/ Carolyn Taylor Pekas
                Carolyn Taylor Pekas, RPR
21              PO Box 886
                Fargo, ND 58107

22

23     Dated this 27th day of May, 2024.

24

25
```

CATS Court Reporting Service, Inc.
www.CATSReporting.com

Gate City - 000013

1

1

2

3

4

5

6                    T R A N S C R I P T I O N

7                              O F

8                      A U D I O T A P E

9

10

11              Jailhouse Phone Call

12        NDSWM_20231022_191913_Wallet_7016903988.mp3

13

14

15

16

17   Transcribed by:   Carolyn Taylor Pekas, RPR

18

19

20

21

22

23

24

25

Gate City - 000014

```
 1    (Beginning of recording.)

 2            DELENE FETTIG:  Hello?

 3            ROBERT FETTIG:  Yeah, hello.

 4            DELENE FETTIG:  Yeah.

 5            ROBERT FETTIG:  Can you hear me, or no?

 6            DELENE FETTIG:  Hang on a minute.  I was

 7    trying to make sure I had it up, but I guess it is.

 8            Okay.  So Nick's gonna -- I got him to his

 9    vehicle.  He's gonna take the tire and orchestrate

10    that tomorrow --

11            ROBERT FETTIG:  Okay.

12            DELENE FETTIG:  -- so that I don't have to.

13            And I'm gonna go take care of the cat, and I

14    haven't heard back from --

15            ROBERT FETTIG:  My friend?

16            DELENE FETTIG:  -- Jared.  Is that his name?

17            ROBERT FETTIG:  Well, Jared's the --

18            RECORDING:  This call is from an inmate at a

19    correctional facility and may be recorded or

20    monitored.

21            ROBERT FETTIG:  Jared's the opposite driver,

22    yep.

23            DELENE FETTIG:  Anyway, I haven't heard back

24    from him when I left him a voice message earlier, and

25    I -- I -- I talked with Rich about a plan for
```

(handwritten annotation near line 15: "no oops" with arrow pointing to "My friend?")

CATS Court Reporting Service, Inc.
www.CATSReporting.com

3

```
1     overcoming these negative, baloney remarks that

2     people are getting.  We're gonna educate them right

3     out of the chute, just to expect this and -- and give

4     them some examples of what we've experienced, like

5     today with -- with Jared, you know, and -- I don't

6     know.  Whatever.

7              ROBERT FETTIG:  Okay.

8              DELENE FETTIG:  And then I'm gonna feed the

9     cat, and then I'm gonna want to ask you about the

10    welder.  Do I -- I don't know that I'll have anything

11    for him shortly.

12             ROBERT FETTIG:  Yeah.

13             DELENE FETTIG:  I -- I won't.

14             ROBERT FETTIG:  Yeah, yeah.  Make sure you

15    don't, yeah.

16             DELENE FETTIG:  And so I don't know what to

17    tell him.  I'm gonna -- unless -- I don't know.  What

18    is his hourly rate?

19             ROBERT FETTIG:  32.

20             DELENE FETTIG:  Okay.  And what is it --

21    would you pay him to -- to clean the shop?

22             ROBERT FETTIG:  Same rate.

23             DELENE FETTIG:  Okay.  Well --

24             ROBERT FETTIG:  You can -- you can give him

25    a few hours and hang on to him, but, you know, I
```

4

```
 1    don't know.
 2          What about this other thing, though, I mean,
 3    my friend?  Is he good?  Is he gonna take care of
 4    that?
 5          DELENE FETTIG:  Yep, yep, yep.
 6          ROBERT FETTIG:  Everything?  Okay.
 7          DELENE FETTIG:  It's all gonna be fine.
 8          ROBERT FETTIG:  Okay.  But I'm just -- Mom,
 9    I'm just saying --
10          DELENE FETTIG:  But what I'm saying is I'm
11    going to -- I'm gonna -- when I -- when I'm taking
12    care of the cat, I'm gonna change the code, because
13    Jared has the code --
14          ROBERT FETTIG:  Yeah, yeah.
15          DELENE FETTIG:  -- the new one.  And I just
16    got a bad feeling from him that he's gonna leave --
17          ROBERT FETTIG:  Yeah.
18          DELENE FETTIG:  -- and -- you know,
19    because -- how -- how long has he been with the
20    company?
21          ROBERT FETTIG:  Not that long.
22          DELENE FETTIG:  Less than a week?
23          ROBERT FETTIG:  Yeah, less than a week, Mom.
24          DELENE FETTIG:  And he's demanding --
25          ROBERT FETTIG:  Yeah, I --
```

Gate City - 000017

5

```
 1              DELENE FETTIG:  -- you know?

 2              ROBERT FETTIG:  I -- I get it.

 3              DELENE FETTIG:  Making demands.  Okay.

 4      Okay.

 5              ROBERT FETTIG:  Listen.

 6              DELENE FETTIG:  So --

 7              ROBERT FETTIG:  Hello?

 8              DELENE FETTIG:  Yes.  I'm --  I'm listening.

 9              ROBERT FETTIG:  Can I talk to you?

10              DELENE FETTIG:  Yeah.

11              ROBERT FETTIG:  First of all, thank you.

12              Second of all --

13              DELENE FETTIG:  Yeah.

14              ROBERT FETTIG:  -- there's -- there's a

15      white item, a black item, and a fucking silver item.

16      All three need to be taken care of.

17              DELENE FETTIG:  Yeah.

18              ROBERT FETTIG:  Okay?

19              DELENE FETTIG:  Yeah.  Yeah.

20              ROBERT FETTIG:  Clear as day.

21              DELENE FETTIG:  Okay.

22              ROBERT FETTIG:  And there's a bail bonds

23      company in Bismarck or Williston, supposedly, and

24      supposedly I'm supposed to have court tomorrow.

25              DELENE FETTIG:  Okay.  Well, maybe I'll call
```

Gate City - 000018

6

1    that guy that text me his information that he came

2    upon and maybe he can help me with that, because I --

3    I left another message for your friend, Ellie or Eli

4    or whatever, and he's not gotten back to me.

5              ROBERT FETTIG:  That's fine, yeah.  Just

6    have him call around, try to figure it out.  I

7    mean --

8              DELENE FETTIG:  Yeah.

9              ROBERT FETTIG:  -- because somebody said

10    that, like, the customary is like 10 percent; it

11    could be more because it's cash, but I'm sure we can

12    figure it out.  Okay?

13              DELENE FETTIG:  Okay.  And what time is the

14    court thing?  Do you know?

15              ROBERT FETTIG:  I have no idea.

16              DELENE FETTIG:  Okay.  Well, I'll look on

17    the thing --

18              ROBERT FETTIG:  Kristen -- Kristen looked.

19              DELENE FETTIG:  -- and see if I can find it.

20              ROBERT FETTIG:  Kristen looked.  She said

21    she didn't see anything.

22              DELENE FETTIG:  She didn't see it?

23              ROBERT FETTIG:  Yeah.  She said she did not

24    see it, yes.

25              DELENE FETTIG:  Okay.  Okay.

Gate City - 000019

7

```
 1          ROBERT FETTIG:  You're gonna go feed the
 2    cat.  When you're done feeding the cat, I'll call you
 3    back.  Okay?  Just let me know.  Okay?
 4          DELENE FETTIG:  No worries.  Bye.
 5          ROBERT FETTIG:  Love you.  Bye.  I love you.
 6    Thank you.
 7          DELENE FETTIG:  I love you.  I love you,
 8    too.
 9    (End of recording.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Gate City - 000020

```
 1                    COURT REPORTER'S CERTIFICATE
 2           I hereby certify that I transcribed the
 3      preceding seven (7) pages from an audio recording
 4      provided to me by the Vogel Law Firm to the best of
 5      my ability;
 6           That I was not present at the time said
 7      recording was prepared;
 8           That I have broken the transcript into separate
 9      conversations to the best of my ability;
10           That I am not a relative or employee or counsel
11      of any of the parties or a relative or employee of
12      such attorney or counsel;
13           That I am not financially interested in the
14      action and have no contract with the parties,
15      attorneys, or persons with an interest in the action
16      that would affect my impartiality.
17
18
19
20                       /s/ Carolyn Taylor Pekas
                         Carolyn Taylor Pekas, RPR
21                       PO Box 886
                         Fargo, ND 58107
22
23      Dated this 27th day of May, 2024.
24
25
```

Gate City - 000021

1

```
 1

 2

 3

 4

 5

 6                    T R A N S C R I P T I O N

 7                              O F

 8                    A U D I O T A P E

 9

10

11               Jailhouse  Phone  Call

12        NDSWM_20231022_153229_Wallet_7016903988.mp3

13

14

15

16

17   Transcribed by:   Carolyn  Taylor  Pekas,  RPR

18

19

20

21

22

23

24

25
```

CATS Court Reporting Service, Inc.
www.CATSReporting.com

```
 1      (Beginning of recording.)

 2              DELENE FETTIG:  Hello?

 3              ROBERT FETTIG:  Hello.

 4              DELENE FETTIG:  Hello?

 5              ROBERT FETTIG:  Yeah, hello.

 6              DELENE FETTIG:  Okay.  I can hear you.  I

 7      had the phone upside down.  I'm sorry.

 8              ROBERT FETTIG:  That's fine.  Anyways --

 9              DELENE FETTIG:  So I'm trying --

10              ROBERT FETTIG:  Yeah.

11              DELENE FETTIG:  -- to find this Ranee

12      contact because I remember it.  I thought I texted

13      him, but I have to find it.

14              ROBERT FETTIG:  Okay.  It's in my phone,

15      yeah.

16              DELENE FETTIG:  It's in your phone?

17              ROBERT FETTIG:  Yeah, it should be.

18              DELENE FETTIG:  Okay.

19              ROBERT FETTIG:  In my personal phone, yeah.

20              DELENE FETTIG:  Okay.  So Ranee, R-A-N-E-E.

21      Mobile mechanic.  Okay.  Got it.  So I've got to

22      call him?

23              ROBERT FETTIG:  I would, yeah.

24              RECORDING:  This call is from an inmate at a

25      correctional facility and may be recorded or
```

```
 1    monitored.
 2           ROBERT FETTIG:  Yes.  I don't have his
 3    number.  Can you call him?
 4           DELENE FETTIG:  Okay.  So I've got to call
 5    him?
 6           ROBERT FETTIG:  I would think so.  He can
 7    probably do the tire, yeah.
 8           DELENE FETTIG:  All right.  I'll call him
 9    and find out.  And whether he does it or not,
10    sometime right now I'm gonna take Nick to his car.
11           ROBERT FETTIG:  Uh-huh.
12           DELENE FETTIG:  And I'm gonna communicate
13    with Jared over the phone.
14           ROBERT FETTIG:  About what?
15           DELENE FETTIG:  Well, 'cause he's wanting a
16    paycheck.  And he's wanting -- you know, he's -- he's
17    making --
18           ROBERT FETTIG:  He got money yesterday.
19           DELENE FETTIG:  Just wait a minute here,
20    honey.  I'm not doing any of it.  Hold on one second.
21    Hold on.  If this phone would work right, I would
22    have no problem.
23           ROBERT FETTIG:  Sure.
24           DELENE FETTIG:  Um...
25           ROBERT FETTIG:  What are you doing?
```

4

1           UNIDENTIFIED SPEAKER:  That guy that was

2      working, that was (indiscernible).

3           DELENE FETTIG:  He's probably the one

4      that -- yeah, talked to Israel (phonetic).  Victor

5      Garcia.  Okay.

6           UNIDENTIFIED SPEAKER:  That's the one that

7      was (indiscernible) truck you were seeing that they

8      were -- they were (indiscernible).

9           DELENE FETTIG:  Well, I can -- okay.  So --

10     so this is what Jared's texting me.

11          ROBERT FETTIG:  Yeah.

12          DELENE FETTIG:  I'd like to get paid so I

13     can go find work.  Where can I meet you?

14          ROBERT FETTIG:  Go find work?  What do you

15     mean?

16          DELENE FETTIG:  Well, he's not even entitled

17     to a pay yet.

18          ROBERT FETTIG:  Yeah.

19          DELENE FETTIG:  So I'm not gonna meet him

20     anywhere.  I'm gonna call this number for Ranee and

21     see what they tell me, and then I'm gonna get Nick to

22     his car.  And I'm gonna guess it's Victor Garcia

23     who's here, and he's the one that talked with the guy

24     that left.  Uh-huh.  Because Nick just recognized

25     him.  I -- I -- I wondered why he was staring at

Gate City - 000025

```
 1    me --
 2              UNIDENTIFIED SPEAKER:  (Indiscernible.)
 3              DELENE FETTIG:  Florida.
 4              I was wondering why he was staring at me.
 5    And I -- I didn't put his face to his name, but Nick
 6    did, and he's probably the one exactly who -- who
 7    told the other guy to set this up.
 8              ROBERT FETTIG:  Okay.
 9              DELENE FETTIG:  But I talked to the other
10    guy, and he said, you know, get your stuff together
11    and -- and talk to him when things are good, and
12    he'll come back.
13              ROBERT FETTIG:  Sure.
14              DELENE FETTIG:  That's what he said, but
15    whatever.
16              Okay.  I'm gonna call Ranee, and -- is
17    everything okay?
18              ROBERT FETTIG:  Yeah, it's fine.  Thank you.
19    Goodbye.  I -- hello?
20              DELENE FETTIG:  All right.  Bye.  Yeah.
21              ROBERT FETTIG:  Did you talk to my friend?
22    Is he gonna get things handled, or what?
23              DELENE FETTIG:  Yeah.  Yeah.  Um, should be
24    already.
25              ROBERT FETTIG:  Well, talk to him.  Make
```

6

1   sure, please.  Thank you.

2           DELENE FETTIG:  Okay.  Okay.  Okay.  Bye.

3   (End of recording.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Gate City - 000027

```
 1                  COURT REPORTER'S CERTIFICATE
 2          I hereby certify that I transcribed the
 3     preceding six (6) pages from an audio recording
 4     provided to me by the Vogel Law Firm to the best of
 5     my ability;
 6          That I was not present at the time said
 7     recording was prepared;
 8          That I have broken the transcript into separate
 9     conversations to the best of my ability;
10          That I am not a relative or employee or counsel
11     of any of the parties or a relative or employee of
12     such attorney or counsel;
13          That I am not financially interested in the
14     action and have no contract with the parties,
15     attorneys, or persons with an interest in the action
16     that would affect my impartiality.
17
18
19
20             /s/ Carolyn Taylor Pekas
               Carolyn Taylor Pekas, RPR
               PO Box 886
21             Fargo, ND 58107
22
23     Dated this 27th day of May, 2024.
24
25
```

CATS Court Reporting Service, Inc.
www.CATSReporting.com

Gate City - 000028

1

T R A N S C R I P T I O N

OF

A U D I O T A P E

Jailhouse Phone Call
NDSWM_20231023_121257_Wallet_7016903988.mp3

Transcribed by:   Carolyn Taylor Pekas, RPR

CATS Court Reporting Service, Inc.
www.CATSReporting.com

2

```
 1     (Beginning of recording.)
 2             DELENE FETTIG:  Hello?  Hello?
 3             ROBERT FETTIG:  Hello.
 4             DELENE FETTIG:  Yeah.  I'm gonna go there
 5     right now.  He needs paperwork, Rob does, and he's
 6     gonna send me some, and I've got to have it all done
 7     by 1:00.
 8             ROBERT FETTIG:  Yeah.  Yeah, do that.  Focus
 9     on that, then.  Okay?  Goodbye.
10             DELENE FETTIG:  Okay.
11             ROBERT FETTIG:  But (indiscernible)
12     listening?
13             DELENE FETTIG:  Yeah.  Yeah, I'm listening.
14             ROBERT FETTIG:  What about my friend whose
15     dad died?  Is he helping you out, or what?
16             DELENE FETTIG:  Yes.  He did some, and he's
17     gonna do the rest, but do you know what --
18             ROBERT FETTIG:  Yeah.  Fine.  Goodbye.
19     Thank you.  Love you.
20             DELENE FETTIG:  Bye.
21     (End of recording.)
22
23
24
25
```

CATS Court Reporting Service, Inc.
www.CATSReporting.com

```
 1                  COURT REPORTER'S CERTIFICATE
 2          I hereby certify that I transcribed the
 3     preceding two (2) pages from an audio recording
 4     provided to me by the Vogel Law Firm to the best of
 5     my ability;
 6          That I was not present at the time said
 7     recording was prepared;
 8          That I have broken the transcript into separate
 9     conversations to the best of my ability;
10          That I am not a relative or employee or counsel
11     of any of the parties or a relative or employee of
12     such attorney or counsel;
13          That I am not financially interested in the
14     action and have no contract with the parties,
15     attorneys, or persons with an interest in the action
16     that would affect my impartiality.
17
18
19
                       __/s/ Carolyn Taylor Pekas_____
20                     Carolyn Taylor Pekas, RPR
                       PO Box 886
21                     Fargo, ND 58107
22
23     Dated this 27th day of May, 2024.
24
25
```

1

```
 1

 2

 3

 4

 5

 6            T R A N S C R I P T I O N

 7                      OF

 8            A U D I O T A P E

 9

10

11          Jailhouse Phone Call

12     NDSWM_20231022_105218_Wallet_7016903988.mp3

13

14

15

16

17   Transcribed by:  Carolyn Taylor Pekas, RPR

18

19

20

21

22

23

24

25
```

Gate City - 000032

```
 1     (Beginning of recording.)
 2          ROBERT FETTIG:  Hello.
 3          DELENE FETTIG:  Hello.
 4          ROBERT FETTIG:  Yeah.  You were saying
 5     something about a hydraulic leak?
 6          DELENE FETTIG:  Speak up.
 7          ROBERT FETTIG:  You're saying something
 8     about a hydraulic leak?
 9          DELENE FETTIG:  Yeah.  You know, I don't
10     know if it's way up in the air or if it's on the
11     ground, but that had a hydraulic leak at one time.
12          ROBERT FETTIG:  Are you saying the truck
13     that you're with right now, or no?
14          DELENE FETTIG:  I'm sorry?  What?
15          ROBERT FETTIG:  Are you talking about the
16     truck you're with right now?
17          DELENE FETTIG:  No.  No.  No, I'm not
18     talking truck.
19          ROBERT FETTIG:  Oh.  Um --
20          RECORDING:  This call is from an inmate at a
21     correctional facility and may be recorded or
22     monitored.
23          ROBERT FETTIG:  Oh, okay.  Yeah.  I know
24     what you're saying now.
25          So, anyways, um, I think that was fixed, but
```

```
 1    why -- are they talking about Grandma Nat?
 2            DELENE FETTIG:  No, but the -- the -- I was
 3    thinking that was one of the three that you were
 4    talking about, but, no, now -- if it's not, then I've
 5    got it figured out.
 6            ROBERT FETTIG:  Yeah.  It's a -- it's a
 7    black item, a white item, and a fucking tanker.
 8            DELENE FETTIG:  Yeah.
 9            ROBERT FETTIG:  All right.  Love you.
10            DELENE FETTIG:  Okay.  Well, I'll --
11            ROBERT FETTIG:  Just --
12            DELENE FETTIG:  -- get 'er done.
13            ROBERT FETTIG:  Yeah.  Talk to -- talk to
14    John.  Okay?
15            DELENE FETTIG:  Yeah.  Yeah.
16            ROBERT FETTIG:  All right.  Love you.
17            DELENE FETTIG:  I am.
18    (End of recording.)
19
20
21
22
23
24
25
```

4

COURT REPORTER'S CERTIFICATE

1

2        I hereby certify that I transcribed the

3    preceding three (3) pages from an audio recording

4    provided to me by the Vogel Law Firm to the best of

5    my ability;

6        That I was not present at the time said

7    recording was prepared;

8        That I have broken the transcript into separate

9    conversations to the best of my ability;

10        That I am not a relative or employee or counsel

11    of any of the parties or a relative or employee of

12    such attorney or counsel;

13        That I am not financially interested in the

14    action and have no contract with the parties,

15    attorneys, or persons with an interest in the action

16    that would affect my impartiality.

17

18

19
                        __/s/ Carolyn Taylor Pekas_____
20                      Carolyn Taylor Pekas, RPR
                        PO Box 886
21                      Fargo, ND 58107

22

23    Dated this 12th day of June, 2024.

24

25

Gate City - 000035