## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 24-30168 |
|---|---|
| Stark Energy, Inc., | Chapter 11, Subchapter V |
| Debtor. | |

### GATE CITY BANK'S SECOND AMENDED EXHIBIT LIST

Creditor Gate City Bank hereby provides the following Amended Exhibit List with respect to the Motion to Lift Automatic Stay Hearing set for **Tuesday, July 9, 2024, at 10:00 a.m.**

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M-1 | | | Declaration of Kevin Warner [Doc. 49] | | | | | | | | | |
| M-2 | | | Loan 798942 – Promissory Note dated February 19, 2018. *See* Doc 49, Exhibit A-1. | | | | | | | | | |
| M-3 | | | Loan 1275221 – Promissory Note dated November 16, 2018. *See* Doc 49, Exhibit A-2. | | | | | | | | | |
| M-4 | | | Loan 1286855 – Promissory Note dated November 26, 2018. *See* Doc 49, Exhibit A-3. | | | | | | | | | |
| M-5 | | | Loan 1333145 – Promissory Note dated December 31, 2018. *See* Doc 49, Exhibit A-4. | | | | | | | | | |
| M-6 | | | Loan 1961820 – Promissory Note dated December 27, 2019. *See* Doc 49, Exhibit A-5. | | | | | | | | | |
| M-7 | | | Loan 1993856 – Promissory Note dated January 16, 2020. *See* Doc 49, Exhibit A-6. | | | | | | | | | |
| M-8 | | | Loan 2116648 – Promissory Note dated March 4, 2020. *See* Doc 49, Exhibit A-7. | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| M-9 | | | Loan 2257715 – Promissory Note dated May 14, 2020. *See* Doc 49, Exhibit A-8. | | | | | | |
| M-10 | | | Loan 2865202 – Promissory Note dated March 26, 2021. *See* Doc 49, Exhibit A-9. | | | | | | |
| M-11 | | | Loan 798942 – Security Agreement. *See* Doc 49, Exhibit B-1. | | | | | | |
| M-12 | | | Loan 1275221 – Security Agreement *See* Doc 49, Exhibit B-2. | | | | | | |
| M-13 | | | Loan 1286855 – Security Agreement *See* Doc 16, Exhibit B-3. | | | | | | |
| M-14 | | | Loan 1333145 – Security Agreement *See* Doc 49, Exhibit B-4. | | | | | | |
| M-15 | | | Loan 1961820 – Security Agreement *See* Doc 49, Exhibit B-5. | | | | | | |
| M-16 | | | Loan 1993856 – Security Agreement *See* Doc 49, Exhibit B-6. | | | | | | |
| M-17 | | | Loan 2116648 – Security Agreement *See* Doc 49, Exhibit B-7. | | | | | | |
| M-18 | | | Loan 2257715 – Security Agreement *See* Doc 49, Exhibit B-8. | | | | | | |
| M-19 | | | Loan 2865202 – Security Agreement *See* Doc 49, Exhibit B-9. | | | | | | |
| M-20 | | | Original Certificates of Title *See* Doc. 49; Exhibit C | | | | | | |
| M-21 | | | Order for Prejudgment Seizure dated October 11, 2023; *Gate City Bank v. Stark Energy, Inc. and Robert Gene Fettig, Case No. 45-2023—CV-00689*; *See* Doc. 49; Exhibit D | | | | | | |
| M-22 | | | Contempt Order for Defendants Failure to Comply with Order for Prejudgment Seizure dated November 17, 2023; *Gate City Bank v. Stark Energy, Inc. and Robert Gene Fettig, Case No. 45-2023—CV-00689*; *See* Doc. 49; Exhibit E | | | | | | |
| M-23 | | | Judgment Against Stark Energy, Inc. and Robert Fettig dated December 29, 2023; *Gate City Bank v. Stark Energy, Inc. and Robert Gene Fettig, Case No. 45-2023—CV-00689*; *See* Doc. 49; Exhibit F | | | | | | |
| M-24 | | | Invoice/Statement for Replevin costs; *See* Doc. 49; Exhibit G | | | | | | |
| M-25 | | | Current Certificates of Title; *See* Doc. 49; Exhibit H | | | | | | |
| M-26 | | | Order for Judgment and Judgment dated December 8, 2023; *Gate City Bank v. Robert Fettig, Case No. 45-2023-CV-00775*; *See* Doc. 49; Exhibit I | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| M-27 | | | Declaration of Caren Stanley [Doc. 44]\ | | | | | | |
| M-28 | | | Amended Order for Prejudgment Seizure of Collateral dated July 21, 2023 and Judgment dated August 30, 2023; *Midland States Bank v. Stark Energy, Inc. and Robert Gene Fettig, Case No. 45-2023-CV-00475; See* Doc. 44; Exhibit 1 | | | | | | |
| M-29 | | | Contempt Order for Failure to Comply with Amended Order for Prejudgment Seizure of Collateral dated September 27, 2023; *Midland States Bank v. Stark Energy, Inc. and Robert Gene Fettig, Case No. 45-2023-CV-00475; See* Doc. 44; Exhibit 2 | | | | | | |
| M-30 | | | Transcript for Bond Hearing on October 23, 2023; *Midland States Bank v. Stark Energy, Inc. and Robert Gene Fettig, Case No. 45-2023-CV-00475; See* Doc. 44; Exhibit 3 | | | | | | |
| M-31 | | | Transcript for Order to Show Cause Hearing held November 14, 2023; *Midland States Bank v. Stark Energy, Inc. and Robert Gene Fettig, Case No. 45-2023-CV-00475; See* Doc. 44; Exhibit 4 | | | | | | |
| M-32 | | | Order for Prejudgment Seizure dated October 11, 2023; *Gate City Bank v. Stark Energy, Inc. and Robert Gene Fettig, Case No. 45-2023 - CV-00689; See* Doc. 44; Exhibit 5 | | | | | | |
| M-33 | | | Transcript for Order to Show Cause Hearing dated November 14, 2023; *Gate City Bank v. Stark Energy, Inc. and Robert Gene Fettig, Case No. 45-2023—CV-00689; See* Doc. 44; Exhibit 6 | | | | | | |
| M-34 | | | Contempt Order for Defendants Failure to Comply with Order for Prejudgment Seizure of Collateral dated November 17, 2023; *Gate City Bank v. Stark Energy, Inc. and Robert Gene Fettig, Case No. 45-2023—CV-00689; See* Doc. 44; Exhibit 7 | | | | | | |
| M-35 | | | Judgment as to Defendants Stark Energy, Inc. and Robert Fettig; *Gate City Bank v. Stark Energy, Inc. and Robert Gene Fettig, Case No. 45-2023—CV-00689; See* Doc. 44; Exhibit 8 | | | | | | |
| M-36 | | | Order for Judgment dated December 8, 2023 and Judgment dated December 8, 2023; Gate City Bank v. Robert Fettig; Case No. 45-2023-CV-00775; *See* Doc. 44; Exhibit 9 | | | | | | |
| M-37 | | | Docket as of May 28, 2024 and Criminal Complaint, *State of North Dakota vs. Robert Gene Fettig.* (Case No. 45-2024-CR-157) re Collateral of Midland; Docket as of May 28, 2024 and Criminal Complaint, *State of North Dakota vs. Robert Gene Fettig* (Case No. 45-2024-CR-277); *See* Doc. 44; Exhibit 10 | | | | | | |

3

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| M-38 | | | Amended Declaration of Matthew Barrett w/ Exhibit A [Doc 116] | | | | | | |
| | | | Master List of Stark Energy, Inc. Equipment. *See* Doc. 116, Exhibit A | | | | | | |
| M-39 | | | Supplemental Declaration of Chris Prochnow w/ Exhibits A-C [Doc 114] | | | | | | |
| M-40 | | | Pifer's Auction Listings and Pictures of the Recovered Vehicle Collateral. *See* Doc 114, Exhibit A | | | | | | |
| M-41 | | | Pifer's Equipment Auction Contract. *See* Doc. 114, Exhibit C | | | | | | |
| M-42 | | | Stark County Sheriff's Department Evidence and Inventory Receipt dated March 15, 2024. *See* Doc 16, Exhibit H. | | | | | | |
| M-43 | | | Transcriptions of telephone conversations involving Robert Fettig and third parties, while incarcerated (from cell-phone issued by Southwest Multicounty Correctional Center, Dickinson, ND). [Doc 127] | | | | | | |
| M-44 | | | Benny Jo Yuker Death Certificate [Doc 54] | | | | | | |
| M-45 | | | Debtor's Schedules [Doc. 27] Check to see if there are Amended Schedules *** | | | | | | |
| M-46 | | | Declaration of Ross Larson of Central Specialties Inc with Exhibit A [Doc. 115] | | | | | | |
| M-47 | | | Declaration of Laura Bennett of Continental Resources, Inc. with Exhibit A [Doc 117] | | | | | | |
| M-48 | | | Summary of Continental Resources, Inc. Invoices [Exhibit 118] | | | | | | |
| M-49 | | | Declaration of Andrew Yuker of Yuker Towing & Repair, LLC w/ Exhibits 1 – 6 [Doc 125] | | | | | | |
| M-50 | | | Text Messages between Andrew Yuker and Robert Fettig – 2023. *See* Doc. 125, Exhibit 1 | | | | | | |
| M-51 | | | Text Messages between Andrew Yuker and Robert Fettig – 2024. *See* Doc. 125, Exhibit 2 | | | | | | |
| M-52 | | | Text Messages between Andrew Yuker and Delene Fettig – 2023. *See* Doc. 125; Exhibit 3 | | | | | | |
| M-53 | | | Summary of Amounts owing by Debtor to Yuker's and Invoices. *See* Doc. 125; Exhibit 4 | | | | | | |
| M-54 | | | Photos taken by Andrew Yuker at Debtor's premises. *See* Doc. 125; Exhibit 5 | | | | | | |
| M-55 | | | Phone Records of Andrew Yuker. *See* Doc. 125; Exhibit 6 | | | | | | |
| M-56 | | | Transcript of First Meeting of Creditors held on May 30, 2024 [Doc 122] | | | | | | |
| M-57 | | | Transcript of Continued First Meeting of Creditors held on June 19, 2024 [Doc 123] | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| M-58 | | | Transcript of deposition/exhibits of Andrew Yuker taken on June 24, 2024 [Doc 119] | | | | | | | |
| M-59 | | | Transcript of deposition/exhibits of Robert Fettig taken on June 28, 2024 [120] | | | | | | | |
| M-60 | | | Transcript of deposition/exhibits of Delene Fettig taken on June 28, 2024 [Doc 121] | | | | | | | |
| M-61 | | | Claim No. 19 filed by Gate City Bank in Stark Energy, Inc. bankruptcy on 7/2/24, including exhibits thereto (regarding equipment Notes). *See* Claims Register, Claim 19. | | | | | | | |
| M-62 | | | Claim No. 20 filed by Gate City Bank in Stark Energy, Inc. bankruptcy on 7/2/24, including exhibits thereto (regarding Mortgage/Note). *See* Claims Register, Claim 20 | | | | | | | |
| M-63 | | | Debtor's Objection to Gate City's Motion for Relief from Stay with Declaration of Robert Fettig [Doc 24] | | | | | | | |
| M-64 | | | Docket as of July 2, 2024, Informational Sheet, and Order for Pre-Trial and Trial *State of North Dakota vs. Robert Gene Fettig.* (Case No. 45-2024-CR-157) re Collateral of Midland; Docket as of July 2, 2024, Informational Sheet, and Order for Pre-Trial and Trial *State of North Dakota vs. Robert Gene Fettig* (Case No. 45-2024-CR-277) re collateral of Gate City Bank) [Doc 128] | | | | | | | |
| | | | | | | | | | | |

\*  - O - Original Record & Authenticity Only
\*  - A - Admitted into Evidence for all purposes
§  - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____

5

Dated this third day of July, 2024.

**VOGEL LAW FIRM**

BY: /s/ Caren W. Stanley
Caren W. Stanley (#06100)
cstanley@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
ATTORNEYS FOR GATE CITY BANK

6

**Re: Stark Energy, Inc.**
**Case No. 24-30168**

| | |
|---|---|
| STATE OF | ) |
| | ) SS  **CERTIFICATE OF SERVICE** |
| COUNTY OF | ) |

Jill Nona, being first duly sworn, does depose and say: she is a resident of Fargo, North Dakota, of legal age and not a party to or interested in the above-entitled matter.

On July 3, 2024, affiant caused the following document(s):

**GATE CITY BANK'S SECOND AMENDED EXHIBIT LIST**

to be served electronically to the following:

*All ECF Filing Participants*

/s/ Jill Nona
Jill Nona

Subscribed and sworn to before me this third day of July, 2024.

/s/ Sonie J Thompson
(SEAL)   Notary Public, County, North Dakota

4880-6334-8429 v.2 - Compatibility Mode

7