# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| In Re:<br><br>Stark Energy, Inc.,<br><br>　　　　　Debtor. | Case No.: 24-30168<br><br>Chapter 11, Subchapter V |
|---|---|

## JOINT EXHIBIT LIST

Creditor Gate City Bank and Debtor Stark Energy, Inc. hereby provide the following Joint Exhibit List with respect to the Motion to Lift Automatic Stay Hearing set for **Tuesday, July 9, 2024, at 10:00 a.m.**

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M-1 | | | Declaration of Kevin Warner [Doc. 49] | | | | | | | | | |
| M-2 | | | Loan 798942 – Promissory Note dated February 19, 2018. *See* Doc 49, Exhibit A-1. | | * | | | | | | | |
| M-3 | | | Loan 1275221 – Promissory Note dated November 16, 2018. *See* Doc 49, Exhibit A-2. | | * | | | | | | | |
| M-4 | | | Loan 1286855 – Promissory Note dated November 26, 2018. *See* Doc 49, Exhibit A-3. | | * | | | | | | | |
| M-5 | | | Loan 1333145 – Promissory Note dated December 31, 2018. *See* Doc 49, Exhibit A-4. | | * | | | | | | | |
| M-6 | | | Loan 1961820 – Promissory Note dated December 27, 2019. *See* Doc 49, Exhibit A-5. | | * | | | | | | | |
| M-7 | | | Loan 1993856 – Promissory Note dated January 16, 2020. *See* Doc 49, Exhibit A-6. | | * | | | | | | | |
| M-8 | | | Loan 2116648 – Promissory Note dated March 4, 2020. *See* Doc 49, Exhibit A-7. | | * | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| M-9 | | | Loan 2257715 – Promissory Note dated May 14, 2020.  *See* Doc 49, Exhibit A-8. | | * | | | | |
| M-10 | | | Loan 2865202 – Promissory Note dated March 26, 2021.  *See* Doc 49, Exhibit A-9. | | * | | | | |
| M-11 | | | Loan 798942 – Security Agreement. *See* Doc 49, Exhibit B-1. | | * | | | | |
| M-12 | | | Loan 1275221 – Security Agreement *See* Doc 49, Exhibit B-2. | | * | | | | |
| M-13 | | | Loan 1286855 – Security Agreement *See* Doc 16, Exhibit B-3. | | * | | | | |
| M-14 | | | Loan 1333145 – Security Agreement *See* Doc 49, Exhibit B-4. | | * | | | | |
| M-15 | | | Loan 1961820 – Security Agreement *See* Doc 49, Exhibit B-5. | | * | | | | |
| M-16 | | | Loan 1993856 – Security Agreement *See* Doc 49, Exhibit B-6. | | * | | | | |
| M-17 | | | Loan 2116648 – Security Agreement *See* Doc 49, Exhibit B-7. | | * | | | | |
| M-18 | | | Loan 2257715 – Security Agreement *See* Doc 49, Exhibit B-8. | | * | | | | |
| M-19 | | | Loan 2865202 – Security Agreement *See* Doc 49, Exhibit B-9. | | * | | | | |
| M-20 | | | Original Certificates of Title *See* Doc. 49; Exhibit C | | * | | | | |
| M-21 | | | Order for Prejudgment Seizure dated October 11, 2023; *Gate City Bank v. Stark Energy, Inc. and Robert Gene Fettig, Case No. 45-2023—CV-00689*; *See* Doc. 49; Exhibit D | | * | | | | |
| M-22 | | | Contempt Order for Defendants Failure to Comply with Order for Prejudgment Seizure dated November 17, 2023; *Gate City Bank v. Stark Energy, Inc. and Robert Gene Fettig, Case No. 45-2023—CV-00689*; *See* Doc. 49; Exhibit E | | * | | | | |
| M-23 | | | Judgment Against Stark Energy, Inc. and Robert Fettig dated December 29, 2023; *Gate City Bank v. Stark Energy, Inc. and Robert Gene Fettig, Case No. 45-2023—CV-00689*; *See* Doc. 49; Exhibit F | | * | | | | |
| M-24 | | | Invoice/Statement for Replevin costs; *See* Doc. 49; Exhibit G | | * | | | | |
| M-25 | | | Current Certificates of Title; *See* Doc. 49; Exhibit H | | * | | | | |
| M-26 | | | Order for Judgment and Judgment dated December 8, 2023; *Gate City Bank v. Robert Fettig, Case No. 45-2023-CV-00775*; *See* Doc. 49; Exhibit I | | * | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| M-27 | | | Declaration of Caren Stanley [Doc. 44]\ | * | | | | | |
| M-28 | | | Amended Order for Prejudgment Seizure of Collateral dated July 21, 2023 and Judgment dated August 30, 2023; *Midland States Bank v. Stark Energy, Inc. and Robert Gene Fettig, Case No. 45-2023-CV-00475; See* Doc. 44; Exhibit 1 | * | | | | | |
| M-29 | | | Contempt Order for Failure to Comply with Amended Order for Prejudgment Seizure of Collateral dated September 27, 2023; *Midland States Bank v. Stark Energy, Inc. and Robert Gene Fettig, Case No. 45-2023-CV-00475; See* Doc. 44; Exhibit 2 | * | | | | | |
| M-30 | | | Transcript for Bond Hearing on October 23, 2023; *Midland States Bank v. Stark Energy, Inc. and Robert Gene Fettig, Case No. 45-2023-CV-00475; See* Doc. 44; Exhibit 3 | * | | | | | |
| M-31 | | | Transcript for Order to Show Cause Hearing held November 14, 2023; *Midland States Bank v. Stark Energy, Inc. and Robert Gene Fettig, Case No. 45-2023-CV-00475; See* Doc. 44; Exhibit 4 | * | | | | | |
| M-32 | | | Order for Prejudgment Seizure dated October 11, 2023; *Gate City Bank v. Stark Energy, Inc. and Robert Gene Fettig, Case No. 45-2023 - CV-00689; See* Doc. 44; Exhibit 5 | * | | | | | |
| M-33 | | | Transcript for Order to Show Cause Hearing dated November 14, 2023; *Gate City Bank v. Stark Energy, Inc. and Robert Gene Fettig, Case No. 45-2023—CV-00689; See* Doc. 44; Exhibit 6 | * | | | | | |
| M-34 | | | Contempt Order for Defendants Failure to Comply with Order for Prejudgment Seizure of Collateral dated November 17, 2023; *Gate City Bank v. Stark Energy, Inc. and Robert Gene Fettig, Case No. 45-2023—CV-00689; See* Doc. 44; Exhibit 7 | * | | | | | |
| M-35 | | | Judgment as to Defendants Stark Energy, Inc. and Robert Fettig; *Gate City Bank v. Stark Energy, Inc. and Robert Gene Fettig, Case No. 45-2023—CV-00689; See* Doc. 44; Exhibit 8 | * | | | | | |
| M-36 | | | Order for Judgment dated December 8, 2023 and Judgment dated December 8, 2023; Gate City Bank v. Robert Fettig; Case No. 45-2023-CV-00775; *See* Doc. 44; Exhibit 9 | * | | | | | |
| M-37 | | | Docket as of May 28, 2024 and Criminal Complaint, *State of North Dakota vs. Robert Gene Fettig.* (Case No. 45-2024-CR-157) re Collateral of Midland; Docket as of May 28, 2024 and Criminal Complaint, *State of North Dakota vs. Robert Gene Fettig* (Case No. 45-2024-CR-277); *See* Doc. 44; Exhibit 10 | * | | | | | |

3

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| M-38 | | Amended Declaration of Matthew Barrett w/ Exhibit A [Doc 116] | | | | | | | |
| | | Master List of Stark Energy, Inc. Equipment. *See* Doc. 116, Exhibit A | | | | | | | |
| M-39 | | Supplemental Declaration of Chris Prochnow w/ Exhibits A-C [Doc 114] | | | | | | | |
| M-40 | | Pifer's Auction Listings and Pictures of the Recovered Vehicle Collateral. *See* Doc 114, Exhibit A | | | | | | | |
| M-41 | | Pifer's Equipment Auction Contract. *See* Doc. 114, Exhibit C | | | | | | | |
| M-42 | | Stark County Sheriff's Department Evidence and Inventory Receipt dated March 15, 2024. *See* Doc 16, Exhibit H. | | | | | | | |
| M-43 | | Transcriptions of telephone conversations involving Robert Fettig and third parties, while incarcerated (from cell-phone issued by Southwest Multicounty Correctional Center, Dickinson, ND). [Doc 127] | | | | | | | |
| M-44 | | Benny Jo Yuker Death Certificate [Doc 54] | | | | | | | |
| M-45 | | Debtor's Schedules [Doc. 27] | * | | | | | | |
| M-46 | | Declaration of Ross Larson of Central Specialties Inc with Exhibit A [Doc. 115] | | | | | | | |
| M-47 | | Declaration of Laura Bennett of Continental Resources, Inc. with Exhibit A [Doc 117] | * | | | | | | |
| M-48 | | Summary of Continental Resources, Inc. Invoices [Exhibit 118] | * | | | | | | |
| M-49 | | Declaration of Andrew Yuker of Yuker Towing & Repair, LLC w/ Exhibits 1 – 6 [Doc 125] | | | | | | | |
| M-50 | | Text Messages between Andrew Yuker and Robert Fettig – 2023. *See* Doc. 125, Exhibit 1 | | | | | | | |
| M-51 | | Text Messages between Andrew Yuker and Robert Fettig – 2024. *See* Doc. 125, Exhibit 2 | | | | | | | |
| M-52 | | Text Messages between Andrew Yuker and Delene Fettig – 2023. *See* Doc. 125; Exhibit 3 | | | | | | | |
| M-53 | | Summary of Amounts owing by Debtor to Yuker's and Invoices. *See* Doc. 125; Exhibit 4 | | | | | | | |
| M-54 | | Photos taken by Andrew Yuker at Debtor's premises. *See* Doc. 125; Exhibit 5 | | | | | | | |
| M-55 | | Phone Records of Andrew Yuker. *See* Doc. 125; Exhibit 6 | | | | | | | |
| M-56 | | Transcript of First Meeting of Creditors held on May 30, 2024 [Doc 122] | | | | | | | |
| M-57 | | Transcript of Continued First Meeting of Creditors held on June 19, 2024 [Doc 123] | | | | | | | |

4

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| M-58 | | | Transcript of deposition/exhibits of Andrew Yuker taken on June 24, 2024 [Doc 119] | | | | | | | |
| M-59 | | | Transcript of deposition/exhibits of Robert Fettig taken on June 28, 2024 [120] | | | | | | | |
| M-60 | | | Transcript of deposition/exhibits of Delene Fettig taken on June 28, 2024 [Doc 121] | | | | | | | |
| M-61 | | | Claim No. 19 filed by Gate City Bank in Stark Energy, Inc. bankruptcy on 7/2/24, including exhibits thereto (regarding equipment Notes). *See* Claims Register, Claim 19. | | | | | | | |
| M-62 | | | Claim No. 20 filed by Gate City Bank in Stark Energy, Inc. bankruptcy on 7/2/24, including exhibits thereto (regarding Mortgage/Note). *See* Claims Register, Claim 20 | | | | | | | |
| M-63 | | | Debtor's Objection to Gate City's Motion for Relief from Stay with Declaration of Robert Fettig [Doc 24] | | | | | | | |
| M-64 | | | Docket as of July 2, 2024, Informational Sheet, and Order for Pre-Trial and Trial *State of North Dakota vs. Robert Gene Fettig.* (Case No. 45-2024-CR-157) re Collateral of Midland; Docket as of July 2, 2024, Informational Sheet, and Order for Pre-Trial and Trial *State of North Dakota vs. Robert Gene Fettig* (Case No. 45-2024-CR-277) re collateral of Gate City Bank) [Doc 128] | * | | | | | | | |
| | | | | | | | | | | |
| | | | Declaration of Nicole Wald dated May 13, 2024; [Doc. 24, pages 20-22] | * | | | | | | | |

\* - O - Original Record & Authenticity Only

\* - A - Admitted into Evidence for all purposes

§ - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____

5

Dated this 8th day of July, 2024.

**VOGEL LAW FIRM**

BY: */s/ Caren W. Stanley*
Caren W. Stanley (#06100)
cstanley@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
*ATTORNEYS FOR GATE CITY BANK*

Dated this 8th day of July, 2024.

**AHLGREN LAW OFFICE, PLLC**

*/s/Erik A. Ahlgren*
By: Erik A. Ahlgren, Attorney
North Dakota Attorney #09561
220 West Washington Ave, Ste 105
Fergus Falls, MN 56537
Office: 218-998-2775
Email:    erik@ahlgrenlawoffice.net
*ATTORNEYS FOR DEBTOR*

6