**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Bankruptcy Case No. 24-30168 |
| | Chapter 11 |
| Stark Energy, Inc., | |
| Debtor. | |

**ORDER STAYING MOTION FOR RELIEF FROM AUTOMATIC STAY
AND APPROVING STIPULATION**

Creditor Regions Bank filed a Stipulation [Doc. 133] resolving Regions Bank's Motion for Relief from Automatic Stay [Doc. 81]. Upon review of the Stipulation and documents filed in this case, **IT IS ORDERED** that the Motion for Relief from Automatic Stay is **STAYED** and the Stipulation is **APPROVED** subject to the terms of this Order. In the event Debtor fails to comply with the terms and conditions in the stipulation, including making regular monthly payments, the movant shall give notice of the default to Debtor and its counsel and allow 10 days to cure the default. If Debtor fails to cure a default within 10 days, the movant may file an Affidavit of Noncompliance with the Court with a proposed order granting relief from the automatic stay. Upon filing the affidavit, the Court may enter an order granting relief from the automatic stay. No further notice or hearing shall be granted unless Debtor disputes the Affidavit of Noncompliance.

Dated this 10th day of July, 2024.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court