UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:  Bankruptcy No. 24-30168
Chapter 11 – Subchapter V

Stark Energy, Inc.,

                     Debtor.
_____/

## NOTICE OF ORAL ARGUMENT

A hearing will be held at <u>Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota</u> on **Wednesday, July 24, 2024, at 11:00 <u>A.M.</u>** to consider and act upon the following matters:

- **ORAL ARGUMENT on Motion by Gate City Bank to Lift Automatic Stay filed May 1, 2024. (Doc. 16)**

    Please be advised that all hearings are evidentiary unless the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witness lists and exhibits not later than two business days before the hearing on a contested matter.

    Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney, if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps, the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

    This hearing may be cancelled or rescheduled without further notice. If you plan to attend the hearing, please confirm the date and time with the Bankruptcy Clerk's Office at (701) 297-7100.

Dated:  July 11, 2024.                     Kay A. Melquist, Clerk
                                               United States Bankruptcy Court
                                               Quentin N. Burdick United States Courthouse
                                               655 1st Avenue North, Suite 210
                                               Fargo, ND 58102-4392

                                         By:   /s/  *Sharon Horsager*
                                                 Sharon Horsager, Deputy Clerk

Copy served electronically July 11, 2024, to Electronic Mail Notice List for Case No. 24-30168.