United States Bankruptcy Court
District of North Dakota

In re:     Case No. 24-30168-skh
Stark Energy, Inc.     Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3     User: admin     Page 1 of 2
Date Rcvd: Jul 10, 2024     Form ID: pdf2some     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

**Recip ID     Recipient Name and Address**
db     + Stark Energy, Inc., 1860 4th Ave E, PO Box 748, Dickinson, ND 58602-0748

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 12, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:

**Name     Email Address**

Caren W. Stanley
    on behalf of Creditor Gate City Bank cstanley@vogellaw.com
    jnona@vogellaw.com;sthompson@vogellaw.com;kjohnson@vogellaw.com;jschares@vogellaw.com

Drew J. Hushka
    on behalf of Creditor Gate City Bank dhushka@vogellaw.com
    jnona@vogellaw.com,kjohnson@vogellaw.com,jschares@vogellaw.com

ERIK A. AHLGREN
    on behalf of Debtor Stark Energy Inc. erik@ahlgrenlawoffice.net,
    lisa@ahlgrenlaw.net;michael@ahlgrenlaw.net;MN23@ecfcbis.com

Eli J. Patten
    on behalf of Creditor Regions Bank epatten@crowleyfleck.com sskaggs@crowleyfleck.com

Jennifer M Gooss
    on behalf of Creditor Matthew Barrett beulaw3@westriv.com

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 10, 2024 | Form ID: pdf2some | Total Noticed: 1 |

| | |
|---|---|
| John William Baker | on behalf of Creditor John W. Baker  Atty U.S. Small Business Administration john.baker@sba.gov |
| Kenneth D. Peters | on behalf of Creditor Alliance Funding Group kpeters@dresslerpeters.com |
| Maurice VerStandig | on behalf of Debtor Stark Energy  Inc. mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael Gust | on behalf of Creditor Alliance Funding Group mlgfilings@andersonbottrell.com  jernst@abstlaw.net |
| Michael Joseph Klepperich | on behalf of Creditor Regions Bank mklepperich@crowleyfleck.com |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |
| Sarah J. Wencil | on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov |
| Thomas Kapusta | tkapusta@aol.com |
| Thomas Kapusta | on behalf of Trustee Thomas Kapusta tkapusta@aol.com |

TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:                                                          Bankruptcy Case No. 24-30168
                                                                Chapter 11
Stark Energy, Inc.,

        Debtor.

_____

**ORDER STAYING MOTION FOR RELIEF FROM AUTOMATIC STAY**
**AND APPROVING STIPULATION**

Creditor Regions Bank filed a Stipulation [Doc. 133] resolving Regions Bank's Motion for Relief from Automatic Stay [Doc. 81]. Upon review of the Stipulation and documents filed in this case, **IT IS ORDERED** that the Motion for Relief from Automatic Stay is **STAYED** and the Stipulation is **APPROVED** subject to the terms of this Order. In the event Debtor fails to comply with the terms and conditions in the stipulation, including making regular monthly payments, the movant shall give notice of the default to Debtor and its counsel and allow 10 days to cure the default. If Debtor fails to cure a default within 10 days, the movant may file an Affidavit of Noncompliance with the Court with a proposed order granting relief from the automatic stay. Upon filing the affidavit, the Court may enter an order granting relief from the automatic stay. No further notice or hearing shall be granted unless Debtor disputes the Affidavit of Noncompliance.

Dated this 10th day of July, 2024.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court