7/15/24

Re: Addition of Address Case File
Case number: 24-30168

I am writing to formally request the addition of an alternative mailing address to my case file in the above-referenced bankruptcy matter. Due to my current employment situation in North Dakota, I am unable to receive correspondence sent to my primary address in Florida.

Please add the following address to my case file for all future correspondence:
2717 11th Ave., Williston, ND 58801

Sincerly,

Eduardo Ortiz

Eduardo Ortiz