| Date Work Performed | Invoice # | Customer | Total Amt Billed |
|---|---|---|---|
| 6/7/24 | S-1305 | Selland | $1,050.00 |
| 6/2/24 | S-1304 | Continental | $1,413.75 |
| 6/1 & 6/2/24 | S-1303 | Continental | $2,791.25 |
| Wk ending 6/8/24 | | CSI | $3,332.50 |
| Wk ending 6/15/24 | | CSI | $6,737.50 |
| Wk ending 6/22/24 | | CSI | $775.00 |
| | | | **$16,100.00** |