# CORNERSTONE BANK

3095 15TH STREET W
DICKINSON ND 58601

**RETURN SERVICE REQUESTED**

STARK ENERGY INC
1860 4TH AVE E
DICKINSON ND 58601-3362

*Statement Ending 06/28/2024*

*STARK ENERGY INC*                                         *Page 1 of 6*
*Customer Number: XXXXXXXX245*

## For Customer Service:

 Customer Service: 701-456-0700
1-888-297-2100

 Online: www.cornerstonebanks.net

Mobile Banking: www.cornerstonebanks.net

 Mail: 3095 15th Street West
Dickinson, ND 58601

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY EASY BUSINESS | XXXXXXXXX245 | $4,041.94 |

## SIMPLY EASY BUSINESS - XXXXXXXXX245

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/01/2024 | **Beginning Balance** | **$992.97** |
| | 6 Credit(s) This Period | $18,223.27 |
| | 41 Debit(s) This Period | $15,174.30 |
| 06/28/2024 | **Ending Balance** | **$4,041.94** |
| | Service Charges | $2.00 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 06/27/2024 | DEPOSIT | $3,332.50 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 06/18/2024 | RIVIERA FINANCE CORP PAY CHSTA015 | $2,632.50 |
| 06/21/2024 | STARK ENERGY, IN ACCTVERIFY 13262230 | $0.43 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 06/05/2024 | Incoming Wire 76276267 RIVIERA FINANCE INC | $6,782.84 |
| 06/13/2024 | Incoming Wire 76521223 RIVIERA FINANCE INC | $3,462.50 |
| 06/24/2024 | Incoming Wire 76791423 RIVIERA FINANCE INC | $2,012.50 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 06/06/2024 | XX8795 POS PURCHASE AT 06/05 16:07 MUDFLAP FU* 06/0 PALO ALTO CA 00077886 220844 | $304.06 |
| 06/07/2024 | XX8795 POS PURCHASE AT 06/06 18:12 LINDE GAS & EQUI DANBURY CT 25395199 300582 | $123.63 |
| 06/10/2024 | XX8795 POS PURCHASE AT 06/08 15:43 WM SUPERCENTER # DICKINSON ND 15670007 092588 | $29.31 |
| 06/10/2024 | XX8795 POS WITHDRAWAL. 06/10 10:06 OK Tire - OK Tir WATFORD CITY ND 0000GK1W 505 | $55.00 |
| 06/10/2024 | XX8795 POS PURCHASE AT 06/08 15:14 RED ROCK FORD OF DICKINSON ND 50760568 284465 | $194.26 |



EQUAL HOUSING LENDER
Member FDIC

STARK ENERGY INC                        XXXXXXXXX245          Statement Ending 06/28/2024                        Page 2 of 6

# INFORMATION FOR OUR CUSTOMERS

### HOME EQUITY LINE OF CREDIT /
### PERSONAL LINE OF CREDIT / OVERDRAFT PROTECTION

**Method Used to Determine the Balance On Which Interest Will Be Computed**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new purchases/ advances/ fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**What To Do If You Think You Find A Mistake on Your Statement**

If you think there is an error on your statement, write us at **Cornerstone Bank, 2280 45th Street South, Fargo, ND 58104**. You may also contact us on the web at www.cornerstonebanks.net.
In your letter, give us the following information:

- *Account Information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that account.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state within 100 miles of your current mailing address, and the purchase price must have been more than $50 (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services).
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at **Cornerstone Bank, 2280 45th Street South, Fargo, ND 58104**. You may also contact us on the web at **www.cornerstonebanks.net**.

While we investigate the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### CONSUMER ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Consumer Electronic Transfers**

Please telephone or write your local office listed on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

In your letter, give us the following information:

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (5 business days if the transfer involved a point-of-sale transaction and 20 business days if the transfer involved a new account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK WITH YOUR STATEMENT

### CHECKS OUTSTANDING

| NUMBER | AMOUNT | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL OUTSTANDING** | | | |

1. In your checkbook enter the interest earned on your account (if applicable) as it appears on the front of this statement.
2. Verify that checks are charged on statement for amount drawn.
3. Be sure that service charge (if any) or authorized deductions shown on this statement have been deducted from your checkbook balance.
4. Verify that all deposits have been credited for the same amount as on your records.
5. Be sure that all checks outstanding on previous statement have been included in this statement (otherwise, they are still outstanding).
6. Check off on the stubs of your checkbook each of the checks paid by us.
7. Make a list of the number and amounts of those checks still outstanding in the space provided at the left.

**CARRY OVER**

| | | |
|---|---|---|
| 8. **ENTER FINAL BALANCE** AS PER STATEMENT | | |
| 9. **ADD** ANY DEPOSITS NOT CREDITED | | |
| 10. **TOTAL** | | |
| 11. **SUBTRACT** CHECKS OUTSTANDING | | |
| 12. **BALANCE** SHOULD AGREE WITH YOUR CHECKBOOK | | |

# CORNERSTONE BANK

## SIMPLY EASY BUSINESS - XXXXXXXXX245 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|------|-------------|-------:|
| 06/10/2024 | XX8795 POS PURCHASE AT 06/07 17:16 MUDFLAP FU* 06/0 PALO ALTO CA 01583250 668192 | $274.74 |
| 06/10/2024 | XX8795 POS PURCHASE AT 06/07 12:36 PROGRESSIVE INS 855-758-0945 OH 15176589 0607 | $683.41 |
| 06/10/2024 | XX8795 POS PURCHASE AT 06/06 10:59 RED ROCK FORD OF DICKINSON ND 50750985 157979 | $1,875.92 |
| 06/11/2024 | XX8795 POS PURCHASE AT 06/10 10:50 MUDFLAP FU* 06/1 PALO ALTO CA 18317732 290680 | $64.78 |
| 06/12/2024 | XX8795 POS PURCHASE AT 06/12 03:56 MUDFLAP FU* 06/1 PALO ALTO CA 11461709 406790 | $294.93 |
| 06/13/2024 | XX8795 POS PURCHASE AT 06/13 13:17 Wal-Mart Super C DICKINSON ND 15670045 416575 | $4.12 |
| 06/13/2024 | XX8795 POS WITHDRAWAL. 06/13 13:31 O'REILLY 1865 DICKINSON ND 02786802 795670 | $27.83 |
| 06/13/2024 | XX8886 RECUR PURCHASE. 06/12 18:12 INTUIT * QBooks O CL.INTUIT.COM CA 72463743 99 | $200.00 |
| 06/14/2024 | XX8795 POS PURCHASE AT 06/13 14:42 PRAIRIE AUTO PAR DICKINSON ND 08141471 618065 | $86.23 |
| 06/14/2024 | XX8795 POS WITHDRAWAL. 06/14 02:44 SUPERPUMPER INC BELFIELD ND 28128901 033776 | $270.11 |
| 06/14/2024 | IPFS866-412-2561 IPFSPMTMOK B37658 | $2,689.65 |
| 06/17/2024 | XX8795 POS PURCHASE AT 06/15 13:40 PRAIRIE AUTO PAR DICKINSON ND 80073242 673255 | $36.73 |
| 06/17/2024 | XX8795 POS PURCHASE AT 06/14 12:27 BELFIELD AUTOMOT BELFIELD ND 49310398 937459 | $167.97 |
| 06/17/2024 | XX8795 POS PURCHASE AT 06/15 04:48 CENEX-SUPERPUMPE BELFIELD ND 57670287 421860 | $189.56 |
| 06/17/2024 | XX8795 POS WITHDRAWAL. 06/16 06:08 SUPERPUMPER INC BELFIELD ND 28128901 290836 | $216.51 |
| 06/17/2024 | XX8795 POS PURCHASE AT 06/14 17:04 ALLSTATE PETERBI 701-2259424 ND 10616087 5063 | $361.06 |
| 06/20/2024 | XX8795 POS WITHDRAWAL. 06/19 08:51 SIMONSON N DICK DICKINSON ND 46383901 615653 | $46.45 |
| 06/20/2024 | XX8795 POS PURCHASE AT 06/19 11:19 CHARBONNEAU CAR DICKINSON ND 26525893 336344 | $183.39 |
| 06/21/2024 | XX8795 POS PURCHASE AT 06/20 17:02 CONOCO - DANS IN BELFIELD ND 42682983 877428 | $58.15 |
| 06/21/2024 | STARK ENERGY, IN ACCTVERIFY 13262230 | $0.43 |
| 06/24/2024 | XX8795 POS PURCHASE AT 06/21 17:03 PREBLE MEDICAL S MANDAN ND 19946403 068116 | $62.10 |
| 06/24/2024 | XX8795 POS PURCHASE AT 06/21 16:45 RED ROCK FORD OF DICKINSON ND 39081309 615758 | $82.37 |
| 06/24/2024 | XX8795 POS PURCHASE AT 06/21 13:40 R & R AUTO FARM DICKINSON ND 50193406 093801 | $359.69 |
| 06/24/2024 | SPRUCE VALLEY PA INVOICE 13262230 | $58.40 |
| 06/24/2024 | SPRUCE VALLEY PA IMPOUNDTAX 13262230 | $500.71 |
| 06/26/2024 | XX8795 POS PURCHASE AT 06/25 15:55 CONOCO - DANS IN BELFIELD ND 89689416 628296 | $54.83 |
| 06/26/2024 | XX8795 POS PURCHASE AT 06/25 05:39 CENEX-SUPERPUMPE BELFIELD ND 87699381 278834 | $389.55 |
| 06/26/2024 | XX8795 POS PURCHASE AT 06/25 13:37 J AND J OPERATIN DICKINSON ND 14075657 546519 | $614.14 |
| 06/26/2024 | ROUGHRIDER ELECT WEB PMTS H3ZLNN | $481.90 |
| 06/26/2024 | UNITED FIN CAS INS PREM POL XXXXX6096 | $2,133.45 |

STARK ENERGY INC                        XXXXXXXXX245              Statement Ending 06/28/2024                  Page 4 of 6

# SIMPLY EASY BUSINESS - XXXXXXXXX245 (continued)

## Other Debits

| Date | Description | Amount |
|------|-------------|-------:|
| 06/05/2024 | INCOMING WIRE FEE 76276267 | $15.00 |
| 06/13/2024 | INCOMING WIRE FEE 76521223 | $15.00 |
| 06/21/2024 | MISCELLANEOUS DEBIT | $951.93 |
| 06/24/2024 | INCOMING WIRE FEE 76791423 | $15.00 |
| 06/28/2024 | SERVICE CHARGE | $2.00 |

## Checks

| Check # | Date | Amount |
|--------:|------|-------:|
| 2038 | 06/21/2024 | $1,000.00 |

* Indicates a gap in check number sequence

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 06/05/2024 | $7,760.81 | 06/13/2024 | $7,076.32 | 06/24/2024 | $4,385.31 |
| 06/06/2024 | $7,456.75 | 06/14/2024 | $4,030.33 | 06/26/2024 | $711.44 |
| 06/07/2024 | $7,333.12 | 06/17/2024 | $3,058.50 | 06/27/2024 | $4,043.94 |
| 06/10/2024 | $4,220.48 | 06/18/2024 | $5,691.00 | 06/28/2024 | $4,041.94 |
| 06/11/2024 | $4,155.70 | 06/20/2024 | $5,461.16 | | |
| 06/12/2024 | $3,860.77 | 06/21/2024 | $3,451.08 | | |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|:---:|:---:|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

## Service Charge Summary

| Description | Amount |
|-------------|-------:|
| TOTAL CHARGE FOR PAPER STATEMENT FEE: | $2.00 |
| Total Service Charge | $2.00 |

*Statement Ending 06/28/2024*

# CORNERSTONE BANK

*STARK ENERGY INC* — Page 5 of 6
*Customer Number: XXXXXXXX245*

## Checking Withdrawal / Withdrawal

**STARK ENERGY INC**

| | | |
|---|---|---|
| Branch: 9 Dickinson Main | DIN: 000008182242 | |
| Station: DM01 | Date/Time: 06/21/2024  2:14 PM | |
| Teller #: 0007    Seq #: 22 | Batch #: 2    Trans #: 7 | |
| Employee: Campbell, Tiffani | | |
| Description: | | |

CORNERSTONE BANK                           CORNERSTONE BANK

| AUXILIARY | R/T | ACCOUNT | TC | AMOUNT |
|---|---|---|---|---|
| | 540120000 | 9000017245 | 037 | $951.93 |

**#0000          06/21/2024          $951.93**

## Checking Deposit — Deposit

| | | |
|---|---|---|
| Branch: 9 Dickinson Main | DIN: 000059044954 | |
| Station: DM09 | Date/Time: 06/27/2024  11:58 AM | |
| Teller #: 0005    Seq #: 11 | Batch #: 2    Trans #: 7 | |
| Employee: Richard, Michelle | | |
| Description: | | |

CORNERSTONE BANK                           CORNERSTONE BANK

| AUXILIARY | R/T | ACCOUNT | TC | AMOUNT |
|---|---|---|---|---|
| | 091300719 | 9000017245 | 009 | $3332.50 |

**#0000          06/27/2024          $3,332.50**

---

Stark Energy Inc                                  **2038**
Debtor-In-Possession                               77-75/913
Case No. 24-30168
PO Box 746
Dickinson ND 58602

Date: 6/21/24

Pay to the order of: Robert G. Fettig    $ 1,000.00

One thousand AND N°/100 ———— Dollars

CORNERSTONE BANK

For: Pay Roll

⑈091300719⑈ 9000017245⑈ 2038

**#2038          06/21/2024          $1,000.00**

THIS PAGE LEFT INTENTIONALLY BLANK