Exhibit A

ESTIMATED LIQUIDATION VALUE

| ASSETS | | |
|---|---|---|
| | Cash on hand | $167.73 |
| | Accounts receivable | $0.00 |
| | Inventory | $0.00 |
| | Office furniture & equipment | $0.00 |
| | Machinery & equipment | $491,050.00 |
| | Automobiles | $34,100.00 |
| | Building & Land | $202,500.00 |
| | Customer list | $100.00 |
| | Lawsuits or other claims against third-parties | Unknown |
| | Other intangibles | $200.00 |
| Total Assets | | $728,117.73 |
| LESS | Secured creditors' recoveries | |
| LESS | Chapter 7 trustee fees and expenses | Not Applicable; Secured Claims Greater Than Assets |
| LESS | Chapter 11 administrative expenses | Not Applicable; Secured Claims Greater Than Assets |
| Unsecured claims | | |
| Percentage of Claims Which Unsecured Creditors Would Receive Or Retain in a Chapter 7 Liquidation: | | |
| Percentage of Claims Which Unsecured Creditors Will Receive or Retain under the Plan: | | |

1