| **2024** | **July - Dec 2024** |
|---|---|
| **Gross Revenue** | $420,000.00 |
|  |  |
| **Salaries** | $50,000.00 |
| **Drivers' Wages** | $113,400.00 |
| **Fuel** | $105,000.00 |
| **Insurance** | $37,500.00 |
| **Maintenance** | $66,600.00 |
| **Plan Payments** | $27,869.91 |
| **Total Expenses** | $400,369.91 |

| **2025** | **Jan. 1 - Dec 2025** |
|---|---|
| **Gross Revenue** | $1,260,000.00 |
|  |  |
| **Salaries** | $199,800.00 |
| **Drivers' Wages** | $340,200.00 |
| **Fuel** | $315,000.00 |
| **Insurance** | $90,000.00 |
| **Maintenance** | $201,000.00 |
| **Plan Payments** | $113,087.94 |
| **Total Expenses** | $1,259,087.94 |

| **2026** | **Jan. 1 - Dec 2026** |
|---|---|
| **Gross Revenue** | $1,512,000.00 |
|  |  |
| **Salaries** | $275,680.00 |
| **Drivers' Wages** | $408,240.00 |
| **Fuel** | $378,000.00 |
| **Insurance** | $136,080.00 |
| **Maintenance** | $200,000.00 |
| **Plan Payments** | $113,087.94 |
| **Total Expenses** | $1,511,087.94 |

| 2027 | Jan. 1 - Dec 2027 |
|---|---|
| **Gross Revenue** | $1,814,400.00 |
| | |
| **Salaries** | $326,592.00 |
| **Drivers' Wages** | $489,888.00 |
| **Fuel** | $453,600.00 |
| **Insurance** | $217,728.00 |
| **Maintenance** | $212,592.00 |
| **Plan Payments** | $113,624.04 |
| **Total Expenses** | $1,814,024.04 |

| 2028 | Jan. 1 - Dec 2028 |
|---|---|
| **Gross Revenue** | $2,177,280.00 |
| | |
| **Salaries** | $391,910.40 |
| **Drivers' Wages** | $587,865.60 |
| **Fuel** | $544,320.00 |
| **Insurance** | $261,273.60 |
| **Maintenance** | $277,911.00 |
| **Plan Payments** | $113,624.04 |
| **Total Expenses** | $2,176,904.64 |

| 2029 | Jan. 1 - Dec 2029 |
|---|---|
| **Gross Revenue** | $2,177,280.00 |
| | |
| **Salaries** | $391,910.40 |
| **Drivers' Wages** | $587,865.60 |
| **Fuel** | $544,320.00 |
| **Insurance** | $261,273.60 |
| **Maintenance** | $277,911.00 |
| **Plan Payments (Through September 1, 2029)** | $85,199.07 |
| **Total Expenses*** | $2,148,479.67 |

*Does not account for payment on promissory notes to be issued on September 1, 2029