| Creditor | Class | Claim Number | Secured Amount | Priority Amount | General Unsecured Amount | Disputed on Schedules |
|---|---|---|---|---|---|---|
| Alliance Funding Group | 1 | 2 | $14,000.00 | $0.00 | $11,519.54 | No |
| Ally Bank c/o AIS Portfolio Services, LLC | 2 | 4 | $27,000.00 | $0.00 | $35,992.96 | No |
| Financial Pacific Leasing Inc. | 3 | 5 | $12,500.00 | $0.00 | $35,325.00 | Yes |
| m2 Equipment Finance LLC | 4 | 9 | $85,000.00 | $0.00 | $72,769.25 | No |
| Regions Bank | 5 | 16 | $100,000.00 | $0.00 | $189,883.50 | No |
| Gate City Bank | 6 | 19 | $588,016.54 | $0.00 | $0.00 | No |
| Gate City Bank | 7 | 20 | $148,663.85 | $0.00 | $0.00 | No |
| Yuker Towing and Repair LLC | 8 | 21 | $17,000.00 | $0.00 | $50,562.79 | No |
| Justin Bacon | 9 | 12 | $0.00 | $8,950.62 | $0.00 | No |
| Greg Moore | 9 | n/a | $0.00 | $3,000.00 | $16,125.94 | No |
| Office of State Tax Commissioner | n/a | n/a | $0.00 | $51,048.42 | $51,048.42 | No |
| Travis Vernon | 9 | n/a | $0.00 | $1,300.00 | $0.00 | No |
| Alliance Funding Group | 10 | 1 | $0.00 | $0.00 | $27,163.10 | No |
| Capital One, N.A. | 10 | 3 | $0.00 | $0.00 | $8,136.99 | No |
| Bryan A. Kostelecky | 10 | 6 | $0.00 | $0.00 | $34,211.24 | No |
| Daniel Paluck | 10 | 7 | $0.00 | $0.00 | $1,050.00 | No |
| Preble Medical Services Inc. | 10 | 8 | $0.00 | $0.00 | $560.00 | No |
| Mathew Barrett | 10 | 10 | $0.00 | $0.00 | $60,000.00 | No |
| Ebeltoft, Sickler Lawyers PLLC | 10 | 11 | $0.00 | $0.00 | $3,608.92 | No |
| Eduardo Ortiz | 10 | 13 | $0.00 | $0.00 | $14,624.09 | No |
| Keller Paving & Landscaping, Inc. | 10 | 14 | $0.00 | $0.00 | $56,548.91 | No |
| U.S. Small Business Administration | 10 | 15 | $0.00 | $0.00 | $2,140,311.64 | No |
| Midland States Bank | 10 | 17 | $0.00 | $0.00 | $212,601.67 | No |
| Daniel Gerstberger | 10 | 18 | $0.00 | $0.00 | $50,000.00 | No |
| Avanza Group, LLC | 10 | n/a | $0.00 | $0.00 | $0.00 | Yes |
| CHTD Company | 10 | n/a | $0.00 | $0.00 | $0.00 | Yes |
| Cloud Fund LLC | 10 | n/a | $0.00 | $0.00 | $0.00 | Yes |
| CT Corporation System | 10 | n/a | $0.00 | $0.00 | $0.00 | Yes |
| River Capital Partners LLC | 10 | n/a | $0.00 | $0.00 | $0.00 | Yes |
| Adam Hammerle | 10 | n/a | $0.00 | $0.00 | $4,700.00 | No |
| Alexander Miller | 10 | n/a | $0.00 | $0.00 | $1,709.50 | No |
| Amerifi Capital LLC | 10 | n/a | $0.00 | $0.00 | $0.00 | Yes |
| Brad Cross | 10 | n/a | $0.00 | $0.00 | $8,046.39 | No |
| Bright Design Homes | 10 | n/a | $0.00 | $0.00 | $19,160.00 | No |
| Bryan Adolph Kostelecky | 10 | n/a | $0.00 | $0.00 | $18,338.48 | No |
| Cody Ford | 10 | n/a | $0.00 | $0.00 | $12,717.47 | No |
| Cody Laffitte | 10 | n/a | $0.00 | $0.00 | $2,000.00 | No |
| County Line Truck Stop | 10 | n/a | $0.00 | $0.00 | $12,877.41 | No |
| Craig Elser | 10 | n/a | $0.00 | $0.00 | $8,019.71 | No |

| Creditor | Class | Claim Number | Secured Amount | Priority Amount | General Unsecured Amount | Disputed on Schedules |
|---|---|---|---|---|---|---|
| Daniel Gerstberger | 10 | n/a | $0.00 | $0.00 | $50,000.00 | No |
| Daniel Paluck | 10 | n/a | $0.00 | $0.00 | $540.00 | No |
| DCI - Credit Services Inc. | 10 | n/a | $0.00 | $0.00 | $6,402.76 | No |
| Dustin O'Neill | 10 | n/a | $0.00 | $0.00 | $6,123.50 | No |
| Dylan Boykin | 10 | n/a | $0.00 | $0.00 | $21,988.75 | No |
| Dylan Newton | 10 | n/a | $0.00 | $0.00 | $750.00 | No |
| Dynasty Capital 26, LLC | 10 | n/a | $0.00 | $0.00 | $144,258.75 | No |
| Eduardo Ortiz | 10 | n/a | $0.00 | $0.00 | $14,624.09 | No |
| EN OD Captial LLC | 10 | n/a | $0.00 | $0.00 | $0.00 | Yes |
| Everyday Funding Group LLC | 10 | n/a | $0.00 | $0.00 | $0.00 | Yes |
| Garrett McKenzie | 10 | n/a | $0.00 | $0.00 | $10,022.60 | No |
| Helen George | 10 | n/a | $0.00 | $0.00 | $4,320.00 | No |
| Jason Lavigne | 10 | n/a | $0.00 | $0.00 | $0.00 | No |
| Jeffrey Schmitt | 10 | n/a | $0.00 | $0.00 | $13,842.40 | No |
| Jett Ogren | 10 | n/a | $0.00 | $0.00 | $7,475.10 | No |
| John C. Williams & Associates | 10 | n/a | $0.00 | $0.00 | $62,740.61 | No |
| Justin Bacon | 10 | n/a | $0.00 | $0.00 | $8,950.62 | No |
| Justin Lavigne | 10 | n/a | $0.00 | $0.00 | $14,146.09 | No |
| Kenneth Mack | 10 | n/a | $0.00 | $0.00 | $18,278.82 | No |
| Knbightbridge Funding LLC | 10 | n/a | $0.00 | $0.00 | $79,208.00 | Yes |
| Landmark Funding | 10 | n/a | $0.00 | $0.00 | $0.00 | Yes |
| Linebarger Goggan Blair & Sampson, LLP | 10 | n/a | $0.00 | $0.00 | $87.20 | Yes |
| Marcelino Gonzalez | 10 | n/a | $0.00 | $0.00 | $17,713.52 | No |
| Matthew Haberstroh | 10 | n/a | $0.00 | $0.00 | $6,597.86 | No |
| Michael Werner | 10 | n/a | $0.00 | $0.00 | $13,413.02 | No |
| Parkview Advance LLC | 10 | n/a | $0.00 | $0.00 | $50,000.00 | Yes |
| Patrick Volck | 10 | n/a | $0.00 | $0.00 | $6,900.00 | No |
| Pinnacle Business Funding LLC | 10 | n/a | $0.00 | $0.00 | $45,593.79 | Yes |
| Preble Medical Services Inc. | 10 | n/a | $0.00 | $0.00 | $560.00 | No |
| Quality Quick Print | 10 | n/a | $0.00 | $0.00 | $1,522.89 | No |
| Quent Lusk | 10 | n/a | $0.00 | $0.00 | $1,354.00 | No |
| Quinton Jenkins | 10 | n/a | $0.00 | $0.00 | $19,884.63 | No |
| Raymond Ibe | 10 | n/a | $0.00 | $0.00 | $543.75 | No |
| Ricardo Muzquiz | 10 | n/a | $0.00 | $0.00 | $12,080.00 | No |
| River Advance | 10 | n/a | $0.00 | $0.00 | $160,000.00 | Yes |
| Robert Boatright | 10 | n/a | $0.00 | $0.00 | $12,327.00 | No |
| Robert Halder | 10 | n/a | $0.00 | $0.00 | $1,220.00 | No |
| Shannon Brock | 10 | n/a | $0.00 | $0.00 | $1,380.00 | No |
| Steven Kopp | 10 | n/a | $0.00 | $0.00 | $14,126.37 | No |

| Creditor | Class | Claim Number | Secured Amount | Priority Amount | General Unsecured Amount | Disputed on Schedules |
|---|---|---|---|---|---|---|
| Steven Stack | 10 | n/a | $0.00 | $0.00 | $487.50 | No |
| The Avanza Group LLC | 10 | n/a | $0.00 | $0.00 | $0.00 | Yes |
| Todd Griffiths | 10 | n/a | $0.00 | $0.00 | $11,093.48 | No |
| Valentin Mascorro | 10 | n/a | $0.00 | $0.00 | $11,471.31 | No |
| Western Equipment Solutions | 10 | n/a | $0.00 | $0.00 | $3,721.27 | No |