| Date | Tax Claims | Class 1 | Class 2 | Class 3 | Class 4 | Class 5 | Class 6 | Class 7 | Class 8 | Class 9 | Class 10 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/2024 | $1,039.97 | $287.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,000.00 | $9,327.20 |
| 11/1/2024 | $1,039.97 | $287.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,000.00 | $9,327.20 |
| 12/1/2024 | $1,039.97 | $287.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,000.00 | $9,327.20 |
| 1/1/2025 | $1,039.97 | $287.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,000.00 | $9,327.20 |
| 2/1/2025 | $1,039.97 | $287.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,000.00 | $9,327.20 |
| 3/1/2025 | $1,039.97 | $287.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,000.00 | $9,327.20 |
| 4/1/2025 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 5/1/2025 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 6/1/2025 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 7/1/2025 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 8/1/2025 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 9/1/2025 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 10/1/2025 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 11/1/2025 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 12/1/2025 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 1/1/2026 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 2/1/2026 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 3/1/2026 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 4/1/2026 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 5/1/2026 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 6/1/2026 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 7/1/2026 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 8/1/2026 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 9/1/2026 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 10/1/2026 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 11/1/2026 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 12/1/2026 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 1/1/2027 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 2/1/2027 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 3/1/2027 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 4/1/2027 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 5/1/2027 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 6/1/2027 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 7/1/2027 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 8/1/2027 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 9/1/2027 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 10/1/2027 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 11/1/2027 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 12/1/2027 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 1/1/2028 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 2/1/2028 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 3/1/2028 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 4/1/2028 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 5/1/2028 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 6/1/2028 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 7/1/2028 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 8/1/2028 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 9/1/2028 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |

| Date | Tax Claims | Class 1 | Class 2 | Class 3 | Class 4 | Class 5 | Class 6 | Class 7 | Class 8 | Class 9 | Class 10 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/2028 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 11/1/2028 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 12/1/2028 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 1/1/2029 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 2/1/2029 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 3/1/2029 | $1,039.97 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $500.00 | $9,493.21 |
| 4/1/2029 | $0.00 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $1,500.00 | $9,453.24 |
| 5/1/2029 | $0.00 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $1,500.00 | $9,453.24 |
| 6/1/2029 | $0.00 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $1,500.00 | $9,453.24 |
| 7/1/2029 | $0.00 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $1,500.00 | $9,453.24 |
| 8/1/2029 | $0.00 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $1,500.00 | $9,453.24 |
| 9/1/2029 | $0.00 | $287.23 | $553.95 | $256.46 | $1,223.33 | $1,439.21 | $1,859.79 | $1,843.22 | $244.67 | $245.38 | $1,500.00 | $9,453.24 |