UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>STARK ENERGY, INC | CASE NO: 24-30168<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 144 |

On 7/23/2024, I did cause a copy of the following documents, described below,

Plan of Reorganization under Subchapter V of Chapter 11 ECF Docket Reference No. 144

Scheduling Order 79

Notice of Confirmation Hearing

Ballot

DATED: 7/23/2024

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

/s/ Erik A Ahlgren
Erik A Ahlgren  09561
Ahlgren Law Office PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN 56537
218 998 2775
lisa@ahlgrenlaw.net

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>STARK ENERGY, INC | CASE NO: 24-30168<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 144 |

On 7/23/2024, a copy of the following documents, described below,

Plan of Reorganization under Subchapter V of Chapter 11 ECF Docket Reference No. 144

Scheduling Order 79

Notice of Confirmation Hearing

Ballot

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/23/2024

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik A Ahlgren
Ahlgren Law Office PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537

USPS FIRST CLASS MACHINEABLE COPIED TO
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
CASE INFO

  LABEL MATRIX FOR LOCAL NOTICING      ALLIANCE FUNDING GROUP                ALLY BANK  CO AIS PORTFOLIO SERVICES
NCRS ADDRESS DOWNLOAD                  DRESSLER PETERS LLC                   LLC
CASE 24-30168                          CO KEN PETERS                         4515 N SANTA FE AVE DEPT APS
DISTRICT OF NORTH DAKOTA               101 W GRAND AVE  SUITE 404            OKLAHOMA CITY  OK 73118-7901
TUE JUL 23 12-1-6 PST 2024             CHICAGO  IL 60654-7129




                                                                             DEBTOR

GATE CITY BANK                         REGIONS BANK                          STARK ENERGY  INC
CO CAREN W STANLEY                     CO CROWLEY FLECK PLLP                 1860 4TH AVE E
VOGEL LAW FIRM                         ATTN MICHAEL J KLEPPERICH             PO BOX 748
PO BOX 1389                            490 N 31ST ST  STE 500                DICKINSON  ND 58602-0748
FARGO  ND 58107-1389                   PO BOX 2529
                                       BILLINGS  MT 59103-2529



EXCLUDE
US BANKRUPTCY COURT                    AVANZA GROUP  LLC                     ADAM HAMMERLE
655 1ST AVENUE NORTH  SUITE 210        3974 AMBOY RD SUITE 306               31732 AVONDALE
FARGO  ND 58102-4932                   STATEN ISLAND  NY 10308-2414          WESTLAND  MI 48186-4993




ALEXANDER MILLER                       (P)ALLIANCE FUNDING GROUP             ALLIANCE FUNDING GROUP
PO BOX 3256                            17542 17TH STREET                     ATTN OFFICER OR MANAGING AGENT
BISMARCK  ND 58602-0016                SUITE 200                             3974 AMBOY RD SUITE 306
                                       TUSTIN CA 92780-1960                  STATEN ISLAND NY 10308-2414




                                                                             EXCLUDE
ALLIANCE FUNDING GROUP                 ALLY BANK                             (D)ALLY BANK CO AIS PORTFOLIO SERVICES
CO KENNETH D PETERS  ESQ               AIS PORTFOLIO SERVICES  LLC           LLC
DRESSLER  PETERS  LLC                  4515 N SANTA FE AVE DEPT APS          4515 N SANTA FE AVE DEPT APS
101 W GRAND AVE  SUITE 404             OKLAHOMA CITY  OK 73118-7901          OKLAHOMA CITY  OK 73118-7901
CHICAGO  IL 60654-7129



                                                                             EXCLUDE
ALLY FINANCIAL                         AMERIFI CAPITAL LLC                   (D)AMERIFI CAPITAL LLC
500 WOODWARD AVE                       330 MAIN ST 105                       330 MAIN ST 105
DETROIT  MI 48226-3416                 HARTFORD  CT 06106-1860               HARTFORD  CT 06106-1860




(P)ASCENTIUM CAPITAL                   BRAD CROSS                            BRIGHT DESIGN HOMES
ATTN DOMINIC DILORETO                  809 ECR 7250                          319 PRAIRIE DR
239070 US 59 NORTH                     BISMARCK  ND 79404                    STANLEY  ND 58784-8516
KINGWOOD  TX 77339




BRYAN A KOSTELECKY                     BRYAN ADOLPH KOSTELECKY               CLOUD FUND LLC
1150  11TH AVENUE WEST                 1150  11TH AVE W                      400 RELLA BLVD SUITE 165101
DICKINSON  ND 58601-3652               DICKINSON  ND 58601-3652              SUFFERN  NY 10901-4241




CT CORPORATION SYSTEM                  CTHD COMPANY                          CAPITAL ONE  SPARK BUSINESS
ATTN SPRS                              ATTN OFFICER OR MANAGING AGENT        PO BOX 71087
330 N BRAND BLVD SUITE 700             PO BOX 2576                           CHARLOTTE  NC 28272-1087
GLENDALE  CA 91203-2336                SPRINGFIELD  IL 62708-2576
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| EXCLUDE<br>(D)CAPITAL ONE - SPARK BUSINESS<br>PO BOX 71087<br>CHARLOTTE  NC 28272-1087 | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE  NC  28272-1083 | CODY FORD<br>PO BOX 64<br>BISMARCK  ND 58502-0064 |
| CODY LAFFITTE<br>215 WALDROUP RD<br>EROS  LA 71238-7206 | COUNTY LINE TRUCK STOP<br>PO BOX  2140<br>DICKINSON  ND 58602-2140 | EXCLUDE<br>(D)COUNTY LINE TRUCK STOP<br>PO BOX  2140<br>DICKINSON  ND 58602-2140 |
| CRAIG ELSER<br>2584 6TH AVE W  APT 7<br>DICKINSON  ND 58601-2556 | DCI  CREDIT SERVICES INC<br>121 E ROSSER AVE<br>BISMARCK  ND 58501-3864 | EXCLUDE<br>(D)DCI  CREDIT SERVICES INC<br>121 E ROSSER AVE<br>BISMARCK  ND 58501-3864 |
| DANIEL GERSTBERGER<br>90 EAST 6 MILE RD<br>GARDEN CITY  KS 67846-9544 | DANIEL GERSTBERGER<br>CO THOMAS F MURTHA<br>PO BOX 1111<br>DICKINSON  ND 58602-1111 | DANIEL PALUCK<br>2030 SIERRA COMMONS RD  APT 738<br>DICKINSON  ND 58601-5173 |
| DUSTIN ONEILL<br>1615 MAIN ST<br>BISMARCK  ND 58501 | DYLAN BOYKIN<br>8715 PINE SPRINGS<br>MERIDIAN  MS 39305-9355 | DYLAN NEWTON<br>527 2ND AVE E<br>DICKINSON  ND 58601-4476 |
| DYNASTY CAPITAL 26  LLC<br>9614 METROPOLITAN AVE 2ND FL<br>FOREST HILLS  NY 11375-6675 | EXCLUDE<br>(D)DYNASTY CAPITAL 26  LLC<br>9614 METROPOLITAN AVE 2ND FL<br>FOREST HILLS  NY 11375-6675 | EN OD CAPTIAL LLC<br>11777 REISTERSTOWN RD<br>PIKESVILLE  MD 21208 |
| EVERYDAY FUNDING GROUP LLC<br>132 32ND ST<br>BROOKLYN  NY 11232-1920 | EBELTOFT  SICKLER LAWYERS PLLC<br>2272 EIGHT STREET WEST<br>DICKINSON  ND 58601-8590 | EBELTOFT  SICKLER LAWYERS PLLC<br>2272 EIGHTH STREET WEST<br>DICKINSON  ND 58601-8590 |
| EDUARDO ORTIZ<br>2717 11TH AVE<br>WILLISTON  ND 58801-2943 | EDUARDO ORTIZ<br>6024 WILSHIRE DR<br>TAMPA  FL 33615-3432 | FETTIG ENTERPRISE INC<br>1860 4TH AVE E<br>DICKINSON  ND 58601-3362 |
| FINANCIAL PACIFIC LEASING INC<br>3455 S 344TH WAY STE 300<br>FEDERAL WAY  WA 98001-9546 | FINANCIAL PACIFIC LEASING INC<br>ATTN OFFICER OR MANAGING AGENT<br>3455 S 344TH WAY STE 300<br>FEDERAL WAY  WA 98001-9546 | GARRETT MCKENZIE<br>1289 24TH ST W<br>BISMARCK  ND 58601-2716 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

GATE CITY BANK                    GATE CITY BANK                    GATE CITY BANK
1761 THIRD AVE W                  204 SIMS ST                       ATTN CAREN STANLEY  VOGEL LAW FIRM
DICKINSON  ND 58601-3086          DICKINSON  ND 58601-5142          PO BOX 1389
                                                                    FARGO ND  58107-1389


                                  EXCLUDE
GATE CITY BANK                    (D)GATE CITY BANK                 GREG MOORE
CO CAREN STANLEY                  CO CAREN W STANLEY                632 8TH ST SE
VOGEL LAW FIRM                    VOGEL LAW FIRM                    BISMARCK  ND 58501
PO BOX 1389                       PO BOX 1389
FARGO  ND 58107-1389              FARGO  ND 58107-1389



HELEN GEORGE                      INTERNAL REVENUE SERVICE          JASON LAVIGNE
1813 4TH AVE E                    CENTRALIZED INSOLVENCY            375 HORIZON ST
BISMARCK  ND 58501                PO BOX 7346                       KILLDEER  ND 58640
                                  PHILADELPHIA PA 19101-7346



JEFFREY SCHMITT                   JENNIFER M GOOSS                  JENNIFER M GOOSS
4007 33RD ST N                    PO BOX 249                        SOLEM LAW OFFICE
BISMARCK  ND 58102-6237           BEULAH  ND 58523-0249             PO BOX 249
                                                                    BEULAH  ND 58523-0249



                                                                    EXCLUDE
JETT OGREN                        JOHN C WILLIAMS  ASSOCIATES       (D)JOHN C WILLIAMS  ASSOCIATES
CO ND  DEPARTMENT OF LABOR        1612 NORTHEAST EXPRESSWAY         1612 NORTHEAST EXPRESSWAY
600 E BOULEVARD AVE DEPT 406      ATLANTA  GA 30329-2003            ATLANTA  GA 30329-2003
BISMARCK  ND 58505-0340



JUSTIN BACON                      JUSTIN BACON                      JUSTIN LAVIGNE
305 NORTH WIBAUX STREET           CO ND DEPARTMENT OF LABOR         CO ND  DEPARTMENT OF LABOR
PO BOX 176                        600 E BOULEVARD AVE DEPT 406      600 E BOULEVARD AVE DEPT 406
WIBAUX MT 59353-0176              BISMARCK  ND 58505-0340           BISMARCK  ND 58505-0340



KELLER PAVING  LANDSCAPING  INC   KENNETH MACK                      KNIGHTSBRIDGE FUNDING LLC
1820 HWY 2 BYPASS EAST            306 13TH ST NE                    1706 AVE M
MINOT  ND 58701-7929              TIOGA  ND 58852-7150              BROOKLYN NY 11230-5307



KNIGHTSBRIDGE FUNDING LLC         LANDMARK FUNDING                  LANDMARK FUNDING
40 WALL ST                        10232 SOUTHARD DR                 411 KINGSTON AVE STE 201
NEW YORK  NY 10005-1304           BELTSVILLE  MD 20705-2105         BROOKLYN NY 11225-3171



UNDELIVERABLE
LINEBARGER GOGGAN BLAIR  SAMPSON LLP   LINEBARGER GOGGAN BLAIR  SAMPSON LLP   M2 FINANCING
233 SOUTH WACKER DRIVE SUITE 606066379 233 SOUTH WACKER DRIVE SUITE 4030      20800 SWENSON DRIVE  SUITE 475
                                       CHICAGO  IL 60606-6379                 WAUKESHA  WI 53186-2075
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ~~EXCLUDE~~<br>~~(D)M2 FINANCING~~<br>~~20800 SWENSON DRIVE  SUITE 475~~<br>~~WAUKESHA  WI 53186-2075~~ | MARCELINO GONZALEZ<br>PO BOX 295<br>ELSA  TX 78543-0295 | MATHEW BARRETT<br>3007 E PAPILLON CIRCLE<br>MESA  AZ 85215 |
| ~~EXCLUDE~~<br>~~(D)MATHEW BARRETT~~<br>~~3007 E PAPILLON CIRCLE~~<br>~~MESA  AZ 85215~~ | MATHEW HABERSTROH<br>3907 EAST DUKE STREET<br>LUBBOCK  TX 79403-3807 | MICHAEL WERNER<br>828 SOUTH 6TH STREET<br>CANON CITY  CO 81212-4123 |
| MIDLAND STATES BANK<br>1201 NETWORK CENTRE DRIVE<br>EFFINGHAM  IL 62401-4677 | ~~EXCLUDE~~<br>~~(D)MIDLAND STATES BANK~~<br>~~1201 NETWORK CENTRE DRIVE~~<br>~~EFFINGHAM  IL 62401-4677~~ | MIDLAND STATES BANK<br>ATTN CAREN STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND  58107-1389 |
| OFFICE OF STATE TAX COMMISSIONER<br>600 E BOULEVARD<br>BISMARCK  ND 58505-0599 | PARKVIEW ADVANCE LLC<br>400 MAIN ST<br>STAMFORD  CT 06901-3000 | PATRICK VOLCK<br>1402 20TH AVE W  APT 13<br>WILLISTON  ND 58801-3775 |
| PINNACLE BUSINESS FUNDING LLC<br>1777 REISTERSTOWN RD<br>PIKESVILLE  MD 21208-1313 | ~~EXCLUDE~~<br>~~(D)PINNACLE BUSINESS FUNDING LLC~~<br>~~1777 REISTERSTOWN RD~~<br>~~PIKESVILLE  MD 21208-1313~~ | PIONEER CREDIT RECOVERY INC<br>PO BOX 189<br>ARCADE  NY 14009-0189 |
| PREBLE MEDICAL SERVICES INC<br>101 COLLINS AVENUE<br>MANDAN  ND 58554-3176 | PREBLE MEDICAL SERVICES INC<br>MARY ANN PREBLEOWNER<br>101 COLLINS AVENUE<br>MANDAN  ND 58554-3176 | QUALITY QUICK PRINT<br>37 1ST AVE WEST<br>DICKINSON  ND 58601-5102 |
| QUENT LUSK<br>1455 ROUGH RIDER BLVD  APT 202<br>DICKINSON  ND 58601-6760 | QUINTON JENKINS<br>201 COUNTY ROAD 685<br>QUITMAN  MS 39355-8982 | RIVER ADVANCE<br>36 AIRPORT RD<br>LAKEWOOD  NJ 08701-7034 |
| RAYMOND IBE<br>5809 VICTORIA AVE  UNIT H<br>WILLISTON  ND 58801-5174 | REGIONS BANK<br>PO BOX 11407<br>BIRMINGHAM  AL 35246-3035 | REGIONS BANK<br>CO MICHAEL J KLEPPERICH<br>PO BOX 2529<br>BILLINGS  MT 59103-2529 |
| RICARDO MUZQUIZ<br>1004 PASEO DE TIBER<br>LAREDO  TX 78046-8939 | RIVER CAPITAL PARTNERS LLC<br>36 AIRPORT ROAD<br>LAKEWOOD  NJ 08701-7034 | ~~EXCLUDE~~<br>~~(D)RIVER CAPITAL PARTNERS LLC~~<br>~~36 AIRPORT ROAD~~<br>~~LAKEWOOD  NJ 08701-7034~~ |

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ROB FETTIG<br>1860 4TH AVE E<br>DICKINSON  ND 58601-3362 | ROB FETTIG<br>1860 4TH AVE E DICKINSON<br>DICKINSON  ND 58601-3362 | ROBERT BOATRIGHT<br>1810 DIAZ AVE<br>BISMARCK  ND 78076-3384 |
| ROBERT HAIDER<br>1093 ENTERPRISE AVE  APT 3<br>BISMARCK  ND 58601-4162 | SHANNON BROCK<br>615 29TH ST W<br>DICKINSON  ND 58601-2536 | SOUTH METRO REMODEL AND HOME REPAIR<br>13617 4TH AVE SOUTH<br>BURNSVILLE  MN 55337-4071 |
| STEVEN KOPP<br>1911 RADNOR DR<br>MELBOURNE  FL 32901-4226 | STEVEN STACK<br>9201 275TH AVE SE<br>BISMARCK  ND 58781-9221 | THE AVANZA GROUP LLC<br>3974 AMBOY ROAD STE 304<br>STATEN ISLAND  NY 10308-2414 |
| TODD GRIFFITHS<br>2463 COVES CT<br>DICKINSON  ND 58601-3030 | TRAVIS VERNON<br>633 27TH ST WEST<br>BISMARCK  ND 58501 | US ATTORNEY<br>655 FIRST AVE N STE 250<br>FARGO ND  58102-4932 |
| US SMALL BUSINESS ADMINISTRATION<br>JOHN W BAKER  ATTORNEY<br>721 19TH STREET<br>SUITE 426<br>DENVER  CO 80202-2517 | US SMALL BUSINESS ADMINISTRATION<br>14925 KINGSPORT ROAD<br>FORT WORTH  TX 76155-2243 | EXCLUDE<br>(D)US SMALL BUSINESS ADMINISTRATION<br>14925 KINGSPORT ROAD<br>FORT WORTH  TX 76155-2243 |
| VALENTIN MASCORRO<br>633 27TH ST WEST<br>DICKINSON  ND 58601-2520 | VOGEL LAW FIRM<br>218 NP AVE<br>FARGO  ND 58102-4834 | WESTERN EQUIPMENT SOLUTIONS<br>PO BOX 26975<br>SALT LAKE CITY  UT 84126-0975 |
| EXCLUDE<br>(D)WESTERN EQUIPMENT SOLUTIONS<br>PO BOX 26975<br>SALT LAKE CITY  UT 84126-0975 | YUKER TOWING<br>876 E BROADWAY ST<br>DICKINSON  ND 58601-7416 | YUKER TOWING AND REPAIR LLC<br>CO THOMAS F MURTHA IV<br>PO BOX 1111<br>DICKISNON  ND 58602-1111 |
| M2 EQUIPMENT FINANCE LLC<br>20800 SWENSON DRIVE<br>WAUKESHA  WI 53186-2075 | ERIK A AHLGREN<br>AHLGREN LAW OFFICE  PLLC<br>220 W WASHINGTON AVE<br>STE 105<br>FERGUS FALLS  MN 56537-2569 | EXCLUDE<br>(U)JOHN W BAKER - ATTY US SMALL BUSINESS ADMI |
| MATTHEW BARRETT<br>3007 E PAPILLON CIRCLE<br>MESA  AZ 85215 | MAURICE VERSTANDIG<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO  ND 58102-4246 | ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS  MN 55415-1320 |

```
USPS FIRST CLASS MAILING RECOPIED
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

THOMAS KAPUSTA
PO BOX 90624
SIOUX FALLS  SD 57109-0624
```