# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:                                                    Bankruptcy No. 24-30168
                                                          Chapter 11 – Subchapter V
Stark Energy, Inc.,

                Debtor.
_____/

## ORDER STAYING MOTION FOR RELIEF FROM AUTOMATIC STAY AND APPROVING STIPULATION

      Creditor Alliance Funding Group filed a Stipulation [Doc. 152] resolving Alliance Funding Group's Motion for Relief from Automatic Stay [Doc. 97]. Upon review of the Stipulation and documents filed in this case, **IT IS ORDERED** that the Motion for Relief from Automatic Stay is **STAYED,** and the Stipulation is **APPROVED** subject to the terms of this Order. In the event Debtor fails to comply with the terms and conditions in the stipulation, including making regular monthly payments, the movant shall give notice of default to Debtor and its counsel and allow 10 days to cure the default. If Debtor fails to cure a default within 10 days, the movant may file an Affidavit of Noncompliance with the Court with a proposed order granting relief from the automatic stay. Upon filing the affidavit, the Court may enter an order granting relief from the automatic stay. No further notice or hearing will be granted unless Debtor disputes the Affidavit of Noncompliance.

      Dated this 30th day of July 2024.

                                                                    Shon Hastings, Judge
                                                                    United States Bankruptcy Court