United States Bankruptcy Court
District of North Dakota

| | |
|---|---|
| In re: | Case No. 24-30168-skh |
| Stark Energy, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 30, 2024 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2024:**

**Recip ID         Recipient Name and Address**
db            +  Stark Energy, Inc., 1860 4th Ave E, PO Box 748, Dickinson, ND 58602-0748

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2024            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2024 at the address(es) listed below:

**Name                    Email Address**

Caren W. Stanley
                        on behalf of Creditor Gate City Bank cstanley@vogellaw.com
                        jnona@vogellaw.com;sthompson@vogellaw.com;kjohnson@vogellaw.com;jschares@vogellaw.com

Drew J. Hushka
                        on behalf of Creditor Gate City Bank dhushka@vogellaw.com
                        jnona@vogellaw.com,kjohnson@vogellaw.com,jschares@vogellaw.com

ERIK A. AHLGREN
                        on behalf of Debtor Stark Energy  Inc. erik@ahlgrenlawoffice.net,
                        lisa@ahlgrenlaw.net;michael@ahlgrenlaw.net;MN23@ecfcbis.com

Eli J. Patten
                        on behalf of Creditor Regions Bank epatten@crowleyfleck.com  sskaggs@crowleyfleck.com

Jennifer M Gooss
                        on behalf of Creditor Matthew Barrett beulaw3@westriv.com

| District/off: 0868-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 30, 2024 | Form ID: pdf2some | Total Noticed: 1 |

John William Baker
    on behalf of Creditor John W. Baker  Atty U.S. Small Business Administration john.baker@sba.gov

Kenneth D. Peters
    on behalf of Creditor Alliance Funding Group kpeters@dresslerpeters.com

Maurice VerStandig
    on behalf of Debtor Stark Energy  Inc. mac@mbvesq.com,
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael Gust
    on behalf of Creditor Alliance Funding Group mlgfilings@andersonbottrell.com  jernst@abstlaw.net

Michael Joseph Klepperich
    on behalf of Creditor Regions Bank mklepperich@crowleyfleck.com

Robert B. Raschke
    USTPRegion12.SX.ECF@usdoj.gov

Sarah J. Wencil
    on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov

Thomas Kapusta
    tkapusta@aol.com

Thomas Kapusta
    on behalf of Trustee Thomas Kapusta tkapusta@aol.com

TOTAL: 14

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | Bankruptcy No. 24-30168 |
| | Chapter 11 – Subchapter V |
| Stark Energy, Inc., | |
| Debtor. | |

### ORDER STAYING MOTION FOR RELIEF FROM AUTOMATIC STAY AND APPROVING STIPULATION

Creditor Alliance Funding Group filed a Stipulation [Doc. 152] resolving Alliance Funding Group's Motion for Relief from Automatic Stay [Doc. 97]. Upon review of the Stipulation and documents filed in this case, **IT IS ORDERED** that the Motion for Relief from Automatic Stay is **STAYED,** and the Stipulation is **APPROVED** subject to the terms of this Order. In the event Debtor fails to comply with the terms and conditions in the stipulation, including making regular monthly payments, the movant shall give notice of default to Debtor and its counsel and allow 10 days to cure the default. If Debtor fails to cure a default within 10 days, the movant may file an Affidavit of Noncompliance with the Court with a proposed order granting relief from the automatic stay. Upon filing the affidavit, the Court may enter an order granting relief from the automatic stay. No further notice or hearing will be granted unless Debtor disputes the Affidavit of Noncompliance.

Dated this 30th day of July 2024.

Shon Hastings, Judge
United States Bankruptcy Court