# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br>Stark Energy, Inc. | CASE NO: 24-30168<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 155 |

On 8/2/2024, I did cause a copy of the following documents, described below,

Motion for revised order granting approval of postpetition financing pursuant to Section 364(c) of the Bankruptcy Code
ECF Docket Reference No. 155

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/2/2024

/s/ Erik A Ahlgren
Erik A Ahlgren  191814

Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537
218 998 2775
lisa@ahlgrenlaw.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>Stark Energy, Inc. | CASE NO: 24-30168<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 155 |

On 8/2/2024, a copy of the following documents, described below,

Motion for revised order granting approval of postpetition financing pursuant to Section 364(c) of the Bankruptcy Code
ECF Docket Reference No. 155

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/2/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik A Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| RIVIERA FINANCE<br>ATTN: GREGORY KMIECIK<br>17W415 ROOSEVELT ROAD<br>OAKBROOK TERRACE, IL  60181 | STARK ENERGY, INC<br>PO BOX 748<br>DICKINSON ND 58601-3362 | ALLIANCE FUNDING GROUP<br>C/O KENNETH D. PETERS<br>DRESSLER & PETERS, LLC<br>101 W GRAND AVE SUITE 404<br>CHICAGO IL 60654-7129 |
| ALLIANCE FUNDING GROUP<br>ATTN: OFFICER OR MANAGING AGENT<br>3974 AMBOY RD SUITE 306<br>STATEN ISLAND NY  10308-2414 | ALLY BANK<br>C/O AIS PORTFOLIO SERVICES, LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK  73118 | AMERIFI CAPITAL LLC<br>330 MAIN ST #105<br>HARTFORD, CT 06106 |
| AVANZA GROUP, LLC<br>3974 AMBOY RD. SUITE 306<br>STATEN ISLAND, NY 10308 | CLOUD FUND LLC<br>400 RELLA BLVD. SUITE 165-101<br>SUFFERN, NY 10901 | CT CORPORATION SYSTEM<br>ATTN: SPRS<br>330 N BRAND BLVD SUITE 700<br>GLENDALE CA  91203-2336 |
| CTHD COMPANY<br>ATTN: OFFICER OR MANAGING AGENT<br>PO BOX 2576<br>SPRINGFIELD IL 62708-2576 | DANIEL GERSTBERGER<br>90 EAST 6 MILE RD<br>GARDEN CITY, KS 67846 | DYNASTY CAPITAL 26, LLC<br>96-14 METROPOLITAN AVE 2ND FL<br>FOREST HILLS, NY 11375 |
| EVERYDAY FUNDING GROUP LLC<br>132 32ND ST.<br>BROOKLYN, NY 11232 | FINANCIAL PACIFIC LEASING, INC.<br>ATTN:  OFFICER OR MANAGING AGENT<br>3455 S 344TH WAY SUITE 300<br>FEDERAL WAY WA 98001 | GATE CITY BANK<br>ATTN: OFFICER<br>1761 THIRD AVE W<br>DICKINSON, ND 58601 |
| JOHN C. WILLIAMS & ASSOCIATES<br>1612 NORTHEAST EXPRESSWAY<br>ATLANTA, GA 30329 | KELLER PAVING &<br>LANDSCAPING INC<br>1820 HWY 2 BYPASS EAST<br>MINOT, ND 58701 | KNIGHTSBRIDGE FUNDING LLC<br>40 WALL ST<br>NEW YORK, NY 10005 |
| M2 FINANCING<br>20800 SWENSON DRIVE SUITE 475<br>WAUKESHA, WI 53186 | MATHEW BARRETT<br>3007 E PAPILLON CIRCLE<br>MESA, AZ 85215 | MIDLAND STATES BANK<br>1201 NETWORK CENTRE DRIVE<br>EFFINGHAM, IL 62401 |
| OFFICE OF STATE TAX COMMISSIONER<br>600 E BOULEVARD<br>BISMARCK, ND 58505-0599 | PARKVIEW ADVANCE LLC<br>400 MAIN ST.<br>STAMFORD, CT 06901 | REGIONS BANK<br>PO BOX 11407<br>BIRMINGHAM, AL 35246 |
| RIVER ADVANCE<br>36 AIRPORT RD<br>LAKEWOOD, NJ 08701 | RIVER CAPITAL PARTNERS LLC<br>36 AIRPORT ROAD<br>LAKEWOOD, NJ 08701 | US SMALL BUSINESS ADMINISTRATION<br>14925 KINGSPORT ROAD<br>FORT WORTH, TX 76155 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

U.S. ATTORNEY                              INTERNAL REVENUE SERVICE
655 FIRST AVE N, STE 250                   CENTRALIZED INSOLVENCY
FARGO ND  58102-4932                       PO BOX 7346
                                           PHILADELPHIA PA  19101-7346
```