UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:                                                                                      Bankruptcy No. 24-30168

Stark Energy, Inc.,                                                                Chapter 11 – Subchapter V

                Debtor.
_____/

**AUTHORITIES CITED AND/OR CONSIDERED IN ORAL RULING
ON JULY 25, 2024**

**I.   STATUTES**

      11 U.S.C. § 362

      11 U.S.C. § 541

      N.D.C.C. § 41-09-114

**II.  CASES**

      <u>Butner v. United States</u>, 440 U.S. 48 (1979)

      <u>Azevedo v. U.S. Bank Nat'l Assoc.</u> (<u>In re Azevedo</u>), 2018 WL 7377880 (B.A.P. 1st Cir. Aug. 29, 2018)

      <u>Midwest Agri Dev. Corp. v. Kaler</u>, 387 B.R. 2008 (B.A.P. 8th Cir. 2008)

      <u>Tidewater Fin. Co. v. Curry</u> (<u>In re Curry</u>), 347 B.R. 596 (B.A.P. 6th Cir. 2006)

      <u>Martens v. Countrywide Home Loans</u> (<u>In re Martens</u>), 331 B.R. 395 (B.A.P. 8th Cir. 2005)

      <u>Wiley v. Hartzler</u> (<u>In re Wiley</u>), 288 B.R. 818 (B.A.P. 8th Cir. 2003)

      <u>Nat'l City Bank v. Elliott</u> (<u>In re Elliott</u>), 214 B.R. 148 (B.A.P. 6th Cir. 1997)

      <u>Froman v. Fein</u> (<u>In re Froman</u>), 566 B.R. 641 (S.D.N.Y. 2017)

      <u>McMillen v. Drive Fin. Services, L.P.</u>, 2005 WL 10413433 (D. Kan. Feb. 7, 2005)

      <u>In re Schaffer</u>, 597 B.R. 777 (Bankr. E.D. Pa. 2019)

      <u>In re Farwell</u>, 2015 WL 94338479 (Bankr. D. Md. 2015)

In re Herbst, 469 B.R. 299 (Bankr. W.D. Wis. 2012)

In re KRE, LLC, 2011 WL 3296690 (Bankr. D.N.D. Aug. 1, 2011)

Estis v. Credit Union of Johnson Cnty. (In re Estis), 311 B.R. 592 (Bankr. D. Kan. 2004)