# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

QUENTIN N. BURDICK UNITED STATES COURTHOUSE
655 1ST AVENUE NORTH, SUITE 210
FARGO, NORTH DAKOTA 58102-4932
www.ndb.uscourts.gov

**KAY A. MELQUIST**  TELEPHONE NUMBER 701-297-7100
CLERK  FAX NUMBER 701-297-7105

August 21, 2024

Eduardo Ortiz
6024 Wilshire Drive
Tampa, FL 33615

Erik Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537

Re:   Stark Energy, Inc.
      Bankruptcy Case # 24-30168

The Court received Eduardo Ortiz's Ballot for Rejecting Plan of Reorganization with attached statement on August 20, 2024.  Since ballots are to be returned to Debtor's attorney, I am forwarding Mr. Ortiz's documents to Attorney Ahlgren.

The Clerk's Office can guide you with procedural questions, however, we are prohibited from giving legal advice.  If I can be of further assistance, please contact our office.

Sincerely,

Kay A. Melquist, Clerk
United States Bankruptcy Court

By:   /s/ Caryl Krone
      Caryl Krone, Case Administrator
      (701) 297-7108

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:  Stark Energy, Inc.

                           Case No. 24-30168
                         Chapter 11 Subchapter V

Debtor(s).

**BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

This ballot is being sent to all creditors, for acceptance or rejection of the plan. The plan as filed or modified by the debtor is dated **July 22, 2024** and filed on **July 22, 2024.**

*To have your vote count, you must complete and return this ballot.*

Under 11 U.S.C. § 1126 and Bankruptcy Rule 3018, a class of claims has accepted a plan if the plan has been accepted by creditors that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class held by creditors that have accepted or rejected the plan.

The undersigned, a creditor having a claim in the amount of $ 14,624.09, hereby:

Class 10

           [ ] Accepts

**Check one box:**

           [X] Rejects

the plan of reorganization of the debtor described herein.

Dated 8/15/24

Signed: *Eduardo Ortiz*

Name of Creditor: Eduardo Ortiz
(Please print name)

Address: 6024 Wilshire dr
Tampa, Fl 33615

Return completed ballot to:
Erik Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls MN 56537
erik@ahlgrenlawoffice.net

This ballot must be <u>received</u> by no later than **August 21, 2024**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:
Stark Energy, Inc.,

Bky Case No. 24-30168
Chapter 11 Subchapter V

Debtor.

## NOTICE OF CONFIRMATION HEARING

The court will hold a hearing on confirmation of the Debtors Plan of Reorganization on **Thursday, September 5, 2024 at 2:00 pm in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo ND.**

Dated: July 23, 2024

/e/ Erik A. Ahlgren
Erik A. Ahlgren, Trustee
220 W. Washington Ave, Ste 105
Fergus Falls MN  56537
218-998-2775

To whom it may concern,

I am writing in regards to Case #24-30168
I would like to share a little about me
you can understand my reasoning.

I met Robert Fettig through Facebook
in December of 2022, I was looking for
work with better pay than the job I had
at the time. After communicating back and
forth we agreed on me coming onboard, from
the start he reassured me that he had work
to keep me busy and that he had enough
money to pay me. Of course when pay day
came around started to make excuses and
blame others for his misfortunes. After a month
of working for him I had to quit since I
didn't see a single cent at that moment. It
took me to file with N.D. Department of Labor
for Mr. Fettig to start a "Payment Plan" in which
he did not fulfill and was ordered to pay penalty
wages which totaled $14,624.09

1/3

Here are my reasons to object to this plan

1. Non-payment of Full Wages: To date, I have not been paid in full for my work. The proposed plan does not adequately address this issue and essentially rewards the debtor Mr. Robert Fettig, for failing to meet his obligations. By agreeing to this plan, I would be condoning wage theft and enabling Mr. Fettig to continue this unacceptable practice

2. Mr. Fettig's Proposed Salary - The proposed salaries for Mr. Fettig within this plan is unreasonable, especially given his failure to pay his employees, including myself, what is owed. Allowing Mr. Fettig to draw a salary while his current and former employees remain unpaid is unjust and should not be permitted

2/3

3. Underevaluation of Assets: I strongly believe the assets listed in the proposed repayment plan are significantly undervalued. Specifically, there is a Peterbilt 367 blue sleeper cab (not to be confused with the Peterbilt 367 Hydrovac) that is not included among the assets, which I know he owns. It is likely registered under either Fettig Equipment or Fettig Enterprises, Mr. Fettig's other companies, but is being used for operations related to Stark Energy. This vehicle, along with other potentially undervalued assets should be accurately assessed and included in the plan. I request that Mr. Fettig provide comparables to support the asset valuations presented in the plan or have a third party not selected by Mr. Fettig or his attorney assess the assets for proper valuations and proper reasoning to support their reasoning

In light above, I respectfully request that the court reconsider the proposed repayment plan. I believe that it is in the interest of justice to ensure that all employees are paid what they are rightfully owed before any salary is drawn by Mr. Fettig. Thank you for your attention to this matter

Eduardo Ortiz     Eduardo Ortiz     3/3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re: Stark Energy, Inc.

Case No. 24-30168
Chapter 11 Subchapter V

Debtor(s).

**BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

This ballot is being sent to all creditors, for acceptance or rejection of the plan. The plan as filed or modified by the debtor is dated **July 22, 2024** and filed on **July 22, 2024**.

*To have your vote count, you must complete and return this ballot.*

Under 11 U.S.C. § 1126 and Bankruptcy Rule 3018, a class of claims has accepted a plan if the plan has been accepted by creditors that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class held by creditors that have accepted or rejected the plan.

The undersigned, a creditor having a claim in the amount of $ 14,624.09, hereby:

Class 10

Check one box:
[ ] Accepts
[X] Rejects

the plan of reorganization of the debtor described herein.

Dated 8/15/24

Signed: Edward O Ortiz

Name of Creditor: Eduardo Ortiz
(Please print name)

Address: 6024 Wilshire dr
Tampa, Fl 33615

Return completed ballot to:
Erik Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls MN 56537
erik@ahlgrenlawoffice.net

This ballot must be <u>received</u> by no later than **August 21, 2024**