#24-30168

**FILED**
at 3 O'clock & 13 min P m

AUG 2 0 2024

Clerk
United States Bankruptcy Court
District of North Dakota

To whom it may concern,

I am writing in regards to case #24-30168
I would like to share a little about me
you can understand my reasoning.

I met Robert Fettig through Facebook in December of 2022, I was looking for work with better pay than the job I had at the time. After communicating back and forth we agreed on me coming onboard, from the start he reassured me that he had work to keep me busy and that he had enough money to pay me. Of course when pay day came around started to make excuses and blame others for his misfortunes. After a month of working for him I had to quit since I didn't see a single cent at that moment. It took me to file with N.D. Department of Labor for Mr. Fettig to start a Payment Plan, in which he did not fulfill and was ordered to pay penalty wages which totaled $14,624.09

1/3

Here are my reasons to object to this plan

1. Non-payment of full wages: To date, I have not been paid in full for my work. The proposed plan does not adequately address this issue and essentially rewards the debtor Mr. Robert Fettig, for failing to meet his obligations. By agreeing to this plan, I would be condoning wage theft and enabling Mr. Fettig to continue this unacceptable practice

2. Mr. Fettig's Proposed Salary - The proposed salaries for Mr. Fettig within this plan is unreasonable, especially given his failure to pay his employees, including myself, what is owed. Allowing Mr. Fettig to draw a salary while his current and former employees remain unpaid is unjust and should not be permitted

2/3

3. Undervaluation of Assets: I strongly believe the assets listed in the proposed repayment plan are significantly undervalued. Specifically, there is a Peterbilt 367 blue sleeper cab (not to be confused with the Peterbilt 367 Hydrovac) that is not included among the assets, which I know he owns. It is likely registered under either Fettig Equipment or Fettig Enterprises, Mr. Fettig's other companies, but is being used for operations related to Stark Energy. This vehicle, along with other potentially undervalued assets should be accurately assessed and included in the plan. I request that Mr. Fettig provide comparables to support the asset valuations presented in the plan or have a third party not selected by Mr. Fettig or his attorney assess the assets for proper valuations and proper reasoning to support their reasoning.

In light above, I respectfully request that the court reconsider the proposed repayment plan. I believe that it is in the interest of justice to ensure that all employees are paid what they are rightfully owed before any salary is drawn by Mr. Fettig. Thank you for your attention to this matter.

Eduardo Ortiz     *Eduardo Ortiz*     3/3