**Fill in this information to identify the case:**

Debtor Name  Stark Energy, Inc.

United States Bankruptcy Court for the: District of North Dakota  ▼

Case number: 24-30168

☐ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:  July 1 - July 31

Line of business:  Support Activity for Mining

Date report filed:  08/20/2024
MM / DD / YYYY

NAISC code:  2131

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Robert Fettig

Original signature of responsible party

Printed name of responsible party  Robert Fettig

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A._** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B._** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Stark Energy, Inc.                                    Case number 24-30168

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ 4,041.94

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.    $ 15,235.53

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.    − $ 18,068.60

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.    + $ -2,833.07
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ 1,208.87

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00
    *(Exhibit E)*

Debtor Name Stark Energy, Inc.                                      Case number 24-30168

 **4. Money Owed to You**

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables                                                                    $   16,471.15

   *(Exhibit F)*

 **5. Employees**

26. What was the number of employees when the case was filed?                                2

27. What is the number of employees as of the date of this monthly report?                   3

**6. Professional Fees**

28. How much have you paid this month in professional fees related to this bankruptcy case?       $   1,500.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $   3,000.00

30. How much have you paid this month in other professional fees?                                  $       0.00

31. How much have you paid in total other professional fees since filing the case?                 $       0.00

**7. Projections**

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 19,500.00 | — | $ 15,235.53 | = | $ 4,264.47 |
| 33. **Cash disbursements** | $ 14,850.00 | — | $ 18,068.60 | = | $ -3,218.60 |
| 34. **Net cash flow** | $ 4,650.00 | — | $ -2,833.07 | = | $ 1,045.87 |

35. Total projected cash receipts for the next month:                                         $   27,300.00

36. Total projected cash disbursements for the next month:                                  - $   21,500.00

37. Total projected net cash flow for the next month:                                       = $    5,800.00

Debtor Name Stark Energy, Inc.                                          Case number 24-30168

 **8. Additional Information**

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**EXHIBIT C**

| DATE | RECEIVED FROM | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 7/1/2024 | WSI | 2491.36 | Refund |
| 7/3/2024 | RIVIERA | 2446.25 | Non Factored S-1304 Continental; S-1305 Selland |
| 7/8/2024 | CSI | 775.00 | Trucking |
| 7/9/2024 | TIGER TRUCK STOP | 0.74 | Credit Adjustment |
| 7/12/2024 | CSI | 6737.50 | Trucking |
| 7/12/2024 | RIVIERA | 2783.75 | Non Factored S-1303 Continental |
| 7/22/2024 | Shell Oil | 0.11 | Credit Adjustment |
| 7/22/2024 | Krist Oil | 0.82 | Credit Adjustment |

**$15,235.53**

**EXHIBIT D**

| DATE | PAYEE | AMOUNT | DESCRIPTION |
|------|-------|--------|-------------|
| 7/1/2024 | Mudflap | 73.67 | Fuel |
| 7/1/2024 | Cash Withdrawal | 1700.00 | Payroll 1k Rob, $700 Delene |
| 7/1/2024 | Cenex | 93.55 | Fuel |
| 7/1/2024 | DMV | 218.00 | Registration |
| 7/1/2024 | DMV | 13.00 | Tabs |
| 7/2/2024 | Western Area Water | 500.00 | Job Supplies - purchased water |
| 7/2/2024 | ACHIVR VISB | 564.48 | Cell Phone |
| 7/3/2024 | Cash Withdrawal | 400.00 | Ekan Water - Job Supplies |
| 7/5/2024 | Cornerstone Bank | 15.00 | Bank Fee |
| 7/5/2024 | Conoco | 271.45 | Fuel |
| 7/5/2024 | Cash Withdrawal | 400.00 | Papyroll - Delene F. |
| 7/5/2024 | Spruce Valley | 59.60 | Payroll Services |
| 7/5/2024 | Spruce Valley | 543.01 | Impound Tax |
| 7/8/2024 | Mandan Auto Part | 5.03 | Repair/Maintenance |
| 7/8/2024 | Cenex | 42.26 | Fuel |
| 7/8/2024 | Tiger Discount | 73.51 | Fuel |
| 7/8/2024 | Superpumper | 241.37 | Fuel |
| 7/8/2024 | Addison Reise | 626.96 | Payroll |
| 7/9/2024 | Perkins | 25.51 | Travel Meals |
| 7/9/2024 | Cenex | 91.93 | Fuel |
| 7/9/2024 | ATM Withdrawal | 300.00 | Payroll - Rob F |
| 7/10/2024 | Walmart | 7.49 | Paper towel - Shop Supplies |
| 7/10/2024 | Chipotle | 14.57 | Travel Meals |
| 7/10/2024 | Total Safety | 22.27 | Safety Equipment |
| 7/10/2024 | Holiday Stations | 72.57 | Fuel |
| 7/10/2024 | ATM Withdrawal | 200.00 | Payroll - Rob F |
| 7/10/2024 | Southwest Water | 205.00 | Utilities |
| 7/10/2024 | TK Enterprises LLC | 1500.00 | Retainer |
| 7/11/2024 | Civic Ramp | 8.75 | Parking |
| 7/11/2024 | Cenex | 69.07 | Fuel |
| 7/11/2024 | Mudflap | 77.67 | Fuel |
| 7/11/2024 | Raddison | 153.57 | Travel  (Court Fargo, ND) |
| 7/11/2024 | Raddison | 212.97 | Travel  (Court Fargo, ND) |
| 7/11/2024 | Cash Withdrawal | 30.00 | DMV Registration |
| 7/12/2024 | ATM Withdrawal | 200.00 | Fuel |
| 7/12/2024 | Intuit | 200.00 | Quick books |
| 7/12/2024 | NW Tire | 200.55 | Repair/Maintenance |
| 7/15/2024 | Holiday Stations | 7.11 | Travel Meals |
| 7/15/2024 | Holiday Stations | 8.57 | Travel Meals |
| 7/15/2024 | Shell Oil | 11.06 | Travel Meals |
| 7/15/2024 | Cash Wise | 13.39 | Travel Meals |
| 7/15/2024 | Arby's | 13.81 | Travel Meals |
| 7/15/2024 | Walmart | 14.96 | Water - Shop Supplies |
| 7/15/2024 | Mudflap | 56.79 | Fuel |
| 7/15/2024 | TA Express | 70.00 | Fuel |
| 7/15/2024 | Kwik Trip | 75.00 | Fuel |
| 7/15/2024 | Runnings | 75.04 | Shop Supplies |
| 7/15/2024 | Sunnys | 78.13 | Fuel |
| 7/15/2024 | Krist Oil | 82.24 | Fuel |

| Date | Payee | Amount | Category |
|---|---|---|---|
| 7/15/2024 | Cenex | 84.35 | Fuel |
| 7/15/2024 | Mudflap | 86.64 | Fuel |
| 7/15/2024 | Mudflap | 150.00 | Fuel |
| 7/15/2024 | K & M Tire | 1571.76 | Repair/Maintenance |
| 7/15/2024 | MidContinent Group | 321.97 | Insurance |
| 7/15/2024 | Cash Withdrawal | 450.00 | Payroll - Rob F |
| 7/16/2024 | Dickinson Parts | 405.22 | Repair/Maintenance |
| 7/17/2024 | Walmart | 56.30 | Shop Supplies - Advertising/Promotional |
| 7/17/2024 | Cenex | 98.74 | Fuel |
| 7/17/2024 | NW Tire | 171.81 | Repair/Maintenance |
| 7/17/2024 | IPFS | 2689.65 | Insurance |
| 7/18/2024 | Dickinson Parts | 245.46 | Repair/Maintenance |
| 7/18/2024 | J & J Operating | 981.83 | Repair/Maintenance |
| 7/19/2024 | Walmart | 2.64 | Office Supplies |
| 7/19/2024 | Mudflap | 81.04 | Fuel |
| 7/22/2024 | South 40 | 25.78 | Travel Meals |
| 7/25/2024 | Mudflap | 63.91 | Fuel |
| 7/26/2024 | Cenex | 96.05 | Fuel |
| 7/26/2024 | Charbonneau | 274.18 | Repair/Maintenance |
| 7/26/2024 | Spruce Valley | 40.00 | Payroll Services |
| 7/29/2024 | Walmart | 3.10 | Office Supplies |
| 7/29/2024 | Conoco | 30.85 | Fuel |
| 7/29/2024 | O'Reilly | 75.15 | Repair/Maintenance |
| 7/30/2024 | Conoco | 24.02 | Fuel |
| 7/30/2024 | Mudflap | 47.24 | Fuel |
| 7/30/2024 | Conoco | 50.00 | Fuel |
| 7/31/2024 | Cornerstone Bank | 2.00 | Service Charge |

**EXHIBIT F**

| CUSTOMER | DATE OF SERVICE | CHARGE FOR SERVICE |
|---|---|---|
| Continental | 7/1/2024 | 1800.95 |
| | 7/1/2024 | 689.00 |
| | 7/3/2024 | 1741.80 |
| | 7/3/2024 | 652.50 |
| | 7/8/2024 | 1015.60 |
| | 7/14/2024 | 761.50 |
| Wolla | 7/31/2024 | 1207.71 |
| | | **$7,869.06** |

## CORNERSTONE BANK

3095 15TH STREET W
DICKINSON ND 58601

**RETURN SERVICE REQUESTED**

STARK ENERGY INC
1860 4TH AVE E
DICKINSON ND 58601-3362

*Statement Ending 07/31/2024*

*STARK ENERGY INC*                              Page 1 of 6
*Customer Number: XXXXXXXXX245*

## For Customer Service:



| | | |
|---|---|---|
| 📞 | Customer Service: | 701-456-0700 1-888-297-2100 |
| 💻 | Online: | www.cornerstonebanks.net |
| 📱 | Mobile Banking: | www.cornerstonebanks.net |
| ✉ | Mail: | 3095 15th Street West Dickinson, ND 58601 |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY EASY BUSINESS | XXXXXXXXX245 | $1,208.87 |

## SIMPLY EASY BUSINESS - XXXXXXXXX245

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/29/2024 | **Beginning Balance** | **$4,041.94** |
| | 8 Credit(s) This Period | $15,235.53 |
| | 76 Debit(s) This Period | $18,068.60 |
| 07/31/2024 | **Ending Balance** | **$1,208.87** |
| | Service Charges | $2.00 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 07/01/2024 | DEPOSIT | $2,491.36 |
| 07/08/2024 | DEPOSIT | $775.00 |
| 07/12/2024 | DEPOSIT | $6,737.50 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 07/09/2024 | XX8795 POS CREDIT ADJ. 07/08 06:13 RBT TIGER DISCOU EasySavings NY 00557446 3215 | $0.74 |
| 07/12/2024 | RIVIERA FINANCE CORP PAY CHSTA015 | $2,783.75 |
| 07/22/2024 | XX8795 POS CREDIT ADJ. 07/19 02:55 RBT SHELL OIL100 EasySavings NY 01365465 5010 | $0.11 |
| 07/22/2024 | XX8795 POS CREDIT ADJ. 07/19 02:58 RBT KRIST OIL 8 EasySavings NY 01365473 96340 | $0.82 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 07/03/2024 | Incoming Wire 77119556 RIVIERA FINANCE INC | $2,446.25 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 07/01/2024 | XX8795 POS PURCHASE AT 06/30 17:36 MUDFLAP FU* 07/0 PALO ALTO CA 02018408 152710 | $73.67 |
| 07/01/2024 | XX8795 POS PURCHASE AT 06/29 18:57 CENEX TRI ENERGY DICKINSON ND 69685901 868855 | $93.55 |
| 07/02/2024 | WESTERN AREA WAT SALE | $500.00 |



EQUAL HOUSING LENDER
Member FDIC

STARK ENERGY INC                        XXXXXXXXX245                  Statement Ending 07/31/2024                  Page 2 of 6

# INFORMATION FOR OUR CUSTOMERS

### HOME EQUITY LINE OF CREDIT /
### PERSONAL LINE OF CREDIT / OVERDRAFT PROTECTION

**Method Used to Determine the Balance On Which Interest Will Be Computed**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new purchases/ advances/ fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**What To Do If You Think You Find A Mistake on Your Statement**

If you think there is an error on your statement, write us at **Cornerstone Bank, 2280 45th Street South, Fargo, ND 58104**. You may also contact us on the web at www.cornerstonebanks.net.
In your letter, give us the following information:

- *Account Information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that account.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state within 100 miles of your current mailing address, and the purchase price must have been more than $50 (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services).
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at **Cornerstone Bank, 2280 45th Street South, Fargo, ND 58104**. You may also contact us on the web at **www.cornerstonebanks.net**.

While we investigate the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## CONSUMER ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Consumer Electronic Transfers**

Please telephone or write your local office listed on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

In your letter, give us the following information:

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (5 business days if the transfer involved a point-of-sale transaction and 20 business days if the transfer involved a new account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK WITH YOUR STATEMENT

### CHECKS OUTSTANDING

| NUMBER | | AMOUNT | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL OUTSTANDING** | | | |

1. In your checkbook enter the interest earned on your account (if applicable) as it appears on the front of this statement.
2. Verify that checks are charged on statement for amount drawn.
3. Be sure that service charge (if any) or authorized deductions shown on this statement have been deducted from your checkbook balance.
4. Verify that all deposits have been credited for the same amount as on your records.
5. Be sure that all checks outstanding on previous statement have been included in this statement (otherwise, they are still outstanding).
6. Check off on the stubs of your checkbook each of the checks paid by us.
7. Make a list of the number and amounts of those checks still outstanding in the space provided at the left.

→ CARRY OVER

| | | | |
|---|---|---|---|
| 8. **ENTER FINAL BALANCE** AS PER STATEMENT | | | |
| 9. **ADD** ANY DEPOSITS NOT CREDITED | | | |
| 10. **TOTAL** | | | |
| 11. **SUBTRACT** CHECKS OUTSTANDING | | | |
| 12. **BALANCE** SHOULD AGREE WITH YOUR CHECKBOOK | | | |

# CORNERSTONE BANK

*Statement Ending 07/31/2024*

*STARK ENERGY INC*                                      *Page 3 of 6*
*Customer Number: XXXXXXXXX245*

## SIMPLY EASY BUSINESS - XXXXXXXXX245 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 07/02/2024 | ACHIVR VISB BILL PYMNT 2449647 | $564.48 |
| 07/05/2024 | XX8795 POS PURCHASE AT 07/03 06:48 CONOCO - DANS IN BELFIELD ND 38343900 383326 | $271.45 |
| 07/05/2024 | SPRUCE VALLEY PA INVOICE 13262230 | $59.60 |
| 07/05/2024 | SPRUCE VALLEY PA IMPOUNDTAX 13262230 | $543.01 |
| 07/08/2024 | XX8795 POS PURCHASE AT 07/05 15:37 MANDAN AUTO PART MANDAN ND 93212350 688601 | $5.03 |
| 07/08/2024 | XX8795 POS PURCHASE AT 07/07 16:55 CENEX-FUOC OF GL GLEN ULLIN ND 25879805 40763 | $42.26 |
| 07/08/2024 | XX8795 POS PURCHASE AT 07/05 12:09 TIGER DISCOUNT T DICKINSON ND 25176707 017294 | $73.51 |
| 07/08/2024 | XX8795 POS WITHDRAWAL. 07/08 12:37 SUPERPUMPER INC BELFIELD ND 28128901 919033 | $241.37 |
| 07/09/2024 | XX8795 POS PURCHASE AT 07/09 08:32 PERKINS RESTAURA FARGO ND 08578278 4191025608 | $25.51 |
| 07/09/2024 | XX8795 POS PURCHASE AT 07/07 15:05 CENEX-TRI ENERGY DICKINSON ND 97953714 929429 | $91.93 |
| 07/09/2024 | XX8795 ATM WITHDRAWAL. 07/09 17:17 2280 45TH ST S FARGO ND ND000018 009880 | $300.00 |
| 07/10/2024 | XX8795 POS PURCHASE AT 07/10 16:24 WM SUPERCENTER # JAMESTOWN ND 16490013 032933 | $7.49 |
| 07/10/2024 | XX8795 POS PURCHASE AT 07/09 17:33 CHIPOTLE 2359 FARGO ND 97762675 227897 | $14.57 |
| 07/10/2024 | XX8795 POS PURCHASE AT 07/08 12:18 TOTAL SAFETY HOUSTON TX 00279398 695760 | $22.27 |
| 07/10/2024 | XX8795 POS PURCHASE AT 07/09 21:00 HOLIDAY STATIONS MOORHEAD MN 38464745 183897 | $72.57 |
| 07/10/2024 | XX8795 ATM WITHDRAWAL. 07/09 18:41 2280 45TH ST S FARGO ND ND000018 009881 | $200.00 |
| 07/10/2024 | XX8886 POS PURCHASE AT 07/09 08:10 SOUTHWEST WATER DICKINSON ND 79433729 523196 | $205.00 |
| 07/11/2024 | XX8795 POS PURCHASE AT 07/10 10:40 CIVIC CENTER RAM FARGO ND 34848671 223307 | $8.75 |
| 07/11/2024 | XX8795 POS PURCHASE AT 07/09 05:55 CENEX-FARMERS UN RICHARDTON ND 92285113 37411 | $69.07 |
| 07/11/2024 | XX8795 POS PURCHASE AT 07/10 18:46 MUDFLAP FU* 07/1 PALO ALTO CA 03451275 048018 | $77.67 |
| 07/11/2024 | XX8795 POS PURCHASE AT 07/09 22:30 PRICELN* RADISSON 8007742354 CT 40217245 56578 | $153.57 |
| 07/11/2024 | XX8795 POS PURCHASE AT 07/09 22:35 PRICELN* RADISSON 8007742354 CT 42051201 92318 | $212.97 |
| 07/12/2024 | XX8795 ATM WITHDRAWAL. 07/11 21:30 3095 15TH ST SW DICKINSON ND ND000153 007704 | $200.00 |
| 07/12/2024 | XX8886 RECUR PURCHASE. 07/12 11:31 INTUIT 18004INT MOUNTAIN VIEW CA 003 41941160 | $200.00 |
| 07/12/2024 | XX8795 POS WITHDRAWAL. 07/12 16:57 NORTHWEST TIRE # BISMARCK ND 9V000101 140626 | $200.55 |
| 07/15/2024 | XX8795 POS PURCHASE AT 07/13 00:21 HOLIDAY STATIONS EAGAN MN 18021907 525628 | $7.11 |
| 07/15/2024 | XX8795 POS PURCHASE AT 07/13 05:52 HOLIDAY STATIONS IRON RIVER MI 16613721 24119 | $8.57 |
| 07/15/2024 | XX8795 POS PURCHASE AT 07/12 21:53 SHELL OIL1008302 SAUK CENTRE MN 01546098 1907 | $11.06 |
| 07/15/2024 | XX8795 POS PURCHASE AT 07/14 13:19 CASH WISE FOODS WATFORD CITY ND 53218558 8267 | $13.39 |
| 07/15/2024 | XX8795 POS PURCHASE AT 07/12 14:53 ARBYS 7761 BISMARCK ND 33160193 242556 | $13.81 |
| 07/15/2024 | XX8795 POS PURCHASE AT 07/15 12:28 WM SUPERCENTER # DICKINSON ND 15670045 016323 | $14.96 |
| 07/15/2024 | XX8795 POS PURCHASE AT 07/12 14:43 MUDFLAP FU* 07/1 PALO ALTO CA 29309159 435515 | $56.79 |

## SIMPLY EASY BUSINESS - XXXXXXXXX245 (continued)

**Electronic Debits (continued)**

| Date | Description | Amount |
|---|---|---|
| 07/15/2024 | XX8795 POS PURCHASE AT 07/14 07:53 TA EXPRESS STEEL STEELE ND 51489941 589413 | $70.00 |
| 07/15/2024 | XX8795 POS PURCHASE AT 07/13 00:58 KWIK TRIP #410 HUDSON WI 50417584 754659 | $75.00 |
| 07/15/2024 | XX8795 POS WITHDRAWAL. 07/15 14:41 RUNNINGS OF DICK DICKINSON ND 00514162 419750 | $75.04 |
| 07/15/2024 | XX8795 POS PURCHASE AT 07/14 09:51 SUNNYS HILL CITY MN 11289637 966026 | $78.13 |
| 07/15/2024 | XX8795 POS PURCHASE AT 07/13 12:47 KRIST OIL 8 IRON RIVER MI 55123156 783521 | $82.24 |
| 07/15/2024 | XX8795 POS PURCHASE AT 07/12 17:32 CENEX-TRI ENERGY STERLING ND 20999938 165718 | $84.35 |
| 07/15/2024 | XX8795 POS PURCHASE AT 07/14 10:23 MUDFLAP FU* 07/1 PALO ALTO CA 21418188 615706 | $86.64 |
| 07/15/2024 | XX8795 POS PURCHASE AT 07/14 09:44 MUDFLAP FU* 07/1 PALO ALTO CA 18363389 683853 | $150.00 |
| 07/15/2024 | XX8795 POS PURCHASE AT 07/12 15:41 K & M TIRE DELPHOS OH 00077176 933541 | $1,571.76 |
| 07/15/2024 | MidContinent Gro debitpmt #XXXXX4306 | $321.97 |
| 07/16/2024 | XX8795 POS PURCHASE AT 07/15 15:33 Dickinson Parts Dickinson ND 00024344 958472 | $405.22 |
| 07/17/2024 | XX8795 POS WITHDRAWAL. 07/17 16:13 WAL-MART #1567 DICKINSON ND 24156701 978732 | $56.30 |
| 07/17/2024 | XX8795 POS PURCHASE AT 07/17 09:13 CENEX TRI ENERGY DICKINSON ND 69685601 917951 | $98.74 |
| 07/17/2024 | XX8795 POS WITHDRAWAL. 07/17 11:27 NORTHWEST TIRE # DICKINSON ND 4V000101 553408 | $171.81 |
| 07/17/2024 | IPFS866-412-2561 IPFSPMTMOK B37658 | $2,689.65 |
| 07/18/2024 | XX8795 POS PURCHASE AT 07/17 15:22 Dickinson Parts Dickinson ND 00021627 674238 | $245.46 |
| 07/18/2024 | XX8795 POS PURCHASE AT 07/17 16:51 J AND J OPERATIN DICKINSON ND 64063871 834058 | $981.83 |
| 07/19/2024 | XX8795 POS PURCHASE AT 07/19 10:46 WAL-MART #1567 DICKINSON ND 24156701 416148 | $2.64 |
| 07/19/2024 | XX8795 POS PURCHASE AT 07/18 16:24 MUDFLAP FU* 07/1 PALO ALTO CA 00336347 482095 | $81.04 |
| 07/22/2024 | XX8795 POS PURCHASE AT 07/18 15:53 TST* SOUTH 40 RE Sidney MT 73461541 269930 | $25.78 |
| 07/25/2024 | XX8795 POS PURCHASE AT 07/24 04:12 MUDFLAP FU* 07/2 PALO ALTO CA 13742296 394919 | $63.91 |
| 07/26/2024 | XX8795 POS PURCHASE AT 07/24 18:30 CENEX-TRI ENERGY STERLING ND 85937899 739201 | $96.05 |
| 07/26/2024 | XX8795 POS WITHDRAWAL. 07/26 15:46 CHARBONNEAU CAR DICKINSON ND 05628218 3219172 | $274.18 |
| 07/26/2024 | SPRUCE VALLEY PA INVOICE 13262230 | $40.00 |
| 07/29/2024 | XX8886 POS PURCHASE AT 07/28 17:19 Wal-Mart Super C DICKINSON ND 15670027 421002 | $3.10 |
| 07/29/2024 | XX8795 POS PURCHASE AT 07/26 22:14 CONOCO - DANS IN BELFIELD ND 32218086 664475 | $30.85 |
| 07/29/2024 | XX8795 POS WITHDRAWAL. 07/27 13:33 O'REILLY 1865 DICKINSON ND 02786802 128579 | $75.15 |
| 07/30/2024 | XX8795 POS PURCHASE AT 07/29 10:59 CONOCO - T-REX C DICKINSON ND 44487648 032292 | $24.02 |
| 07/30/2024 | XX8795 POS PURCHASE AT 07/29 13:58 MUDFLAP FU* 07/2 PALO ALTO CA 25878099 344395 | $47.24 |
| 07/30/2024 | XX8886 POS PURCHASE AT 07/30 08:45 DANS INTERSTATE BELFIELD ND 0007RR64 764364 | $50.00 |

**Other Debits**

| Date | Description | Amount |
|---|---|---|
| 07/01/2024 | MISCELLANEOUS DEBIT | $1,700.00 |
| 07/03/2024 | MISCELLANEOUS DEBIT | $400.00 |
| 07/03/2024 | INCOMING WIRE FEE 77119556 | $15.00 |
| 07/05/2024 | MISCELLANEOUS DEBIT | $400.00 |
| 07/11/2024 | MISCELLANEOUS DEBIT | $30.00 |
| 07/15/2024 | MISCELLANEOUS DEBIT | $450.00 |

# CORNERSTONE BANK

**Statement Ending 07/31/2024**

*STARK ENERGY INC*      **Page 5 of 6**
*Customer Number: XXXXXXXXX245*

## SIMPLY EASY BUSINESS - XXXXXXXXX245 (continued)

### Other Debits (continued)

| Date | Description | Amount |
|------|-------------|-------:|
| 07/31/2024 | SERVICE CHARGE | $2.00 |

### Checks

| Check # | Date | Amount | Check # | Date | Amount |
|--------:|------|-------:|--------:|------|-------:|
| 2003 | 07/08/2024 | $626.96 | 2040* | 07/01/2024 | $218.00 |
| 2004 | 07/10/2024 | $1,500.00 | 2041 | 07/01/2024 | $13.00 |

* Indicates a gap in check number sequence

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 07/01/2024 | $4,435.08 | 07/11/2024 | $923.03 | 07/22/2024 | $1,915.37 |
| 07/02/2024 | $3,370.60 | 07/12/2024 | $9,843.73 | 07/25/2024 | $1,851.46 |
| 07/03/2024 | $5,401.85 | 07/15/2024 | $6,672.91 | 07/26/2024 | $1,441.23 |
| 07/05/2024 | $4,127.79 | 07/16/2024 | $6,267.69 | 07/29/2024 | $1,332.13 |
| 07/08/2024 | $3,913.66 | 07/17/2024 | $3,251.19 | 07/30/2024 | $1,210.87 |
| 07/09/2024 | $3,496.96 | 07/18/2024 | $2,023.90 | 07/31/2024 | $1,208.87 |
| 07/10/2024 | $1,475.06 | 07/19/2024 | $1,940.22 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|------|:---------------------:|:------------------:|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

### Service Charge Summary

| Description | Amount |
|-------------|-------:|
| TOTAL CHARGE FOR PAPER STATEMENT FEE: | $2.00 |
| Total Service Charge | $2.00 |

STARK ENERGY INC                     XXXXXXXXX245          Statement Ending 07/31/2024                    Page 6 of 6



| | | |
|---|---|---|
| #0000 | 07/01/2024 | $1,700.00 |
| #0000 | 07/01/2024 | $2,491.36 |
| #0000 | 07/03/2024 | $400.00 |
| #0000 | 07/05/2024 | $400.00 |
| #0000 | 07/08/2024 | $775.00 |
| #0000 | 07/11/2024 | $30.00 |
| #0000 | 07/12/2024 | $6,737.50 |
| #0000 | 07/15/2024 | $450.00 |



| | | |
|---|---|---|
| #2003 | 07/08/2024 | $626.96 |
| #2004 | 07/10/2024 | $1,500.00 |




| | | |
|---|---|---|
| #2040 | 07/01/2024 | $218.00 |
| #2041 | 07/01/2024 | $13.00 |