**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re: Stark Energy, Inc.                                        Case No. 24-30168

Debtor(s).                                                       Chapter 11, Subchapter V

**REPORT OF BALLOT TABULATION**

| | | | |
|---|---|---|---|
| Class 1 | Accepting | # 1 | $ 14,000.00 |
| | Rejecting | # 0 | $ |
| Class 2, 3, 4, & 5 | Accepting | # 0 | $ 0.00 |
| | Rejecting | # 0 | $ 0.00 |
| Class 6 | Accepting | # 0 | $ 0.00 |
| | Rejecting | # 1 | $ 588,016.54 |
| Class 7 | Accepting | # 0 | $ 0.00 |
| | Rejecting | # 1 | $ 148,663.85 |
| Class 8 | Accepting | # 0 | $ 0.00 |
| | Rejecting | # 1 | $ 67,562.79 |
| Class 9 | Accepting | # 0 | $ 0.00 |
| | Rejecting | # 1 | $ 8,950.62 |
| Class 10 | Accepting | # 2 | $ 98,682.64 |
| | Rejecting | # 4 | $ 155,384.24 |

We certify under penalty of perjury that we have examined the ballots in this case and the report above is an accurate summary of those ballots to the best of our knowledge, information or belief.

Executed on:  August 22, 2024

Signed:   /s/ Erik A. Ahlgren
                 Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:   Stark Energy, Inc.

Case No. 24-30168
Chapter 11 Subchapter V

Debtor(s).

**BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

This ballot is being sent to all creditors, for acceptance or rejection of the plan.   The plan as filed or modified by the debtor is dated **July 22, 2024** and filed on **July 22, 2024.**

*To have your vote count, you must complete and return this ballot.*

Under 11 U.S.C. § 1126 and Bankruptcy Rule 3018, a class of claims has accepted a plan if the plan has been accepted by creditors that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class held by creditors that have accepted or rejected the plan.

The undersigned, a creditor having a claim in the amount of $__14,000____, hereby:

Class __1__

☑ **Accepts**

Check one box:

☐ **Rejects**

the plan of reorganization of the debtor described herein.

Dated __8/5/2024_____

Signed: __[signature]_____

Name of
Creditor: __Alliance Funding Group__
(Please print name)

Address: __17542 17th St., Suite 200__

__Tustin, CA 92780__

This ballot must be <u>received</u> by no later than
**August 21, 2024**

Return completed ballot to:
Erik Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls MN   56537
erik@ahlgrenlawoffice.net

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:   Stark Energy, Inc.

Case No. 24-30168
Chapter 11 Subchapter V

Debtor(s).

**BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

This ballot is being sent to all creditors, for acceptance or rejection of the plan.   The plan as filed or modified by the debtor is dated **July 22, 2024** and filed on **July 22, 2024.**

*To have your vote count, you must complete and return this ballot.*

Under 11 U.S.C. § 1126 and Bankruptcy Rule 3018, a class of claims has accepted a plan if the plan has been accepted by creditors that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class held by creditors that have accepted or rejected the plan.

The undersigned, a creditor having a claim in the amount of $ 588,016.54    , hereby:

Class  6

Check one box:

☐ **Accepts**

☒ X **Rejects**

the plan of reorganization of the debtor described herein.

Dated     08/21/24

Signed:   /s/ Caren L. Stanley

Name of Creditor:   Caren  L. Stanley
Gate City Bank
(Please print name)

Address:   Vogel Law Firm, PO Box 1389

Fargo, ND  58107-1389

Return completed ballot to:
Erik Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls MN   56537
erik@ahlgrenlawoffice.net

This ballot must be <u>received</u> by no later than **August 21, 2024**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:   Stark Energy, Inc.

Case No. 24-30168
Chapter 11 Subchapter V

Debtor(s).

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

This ballot is being sent to all creditors, for acceptance or rejection of the plan.  The plan as filed or modified by the debtor is dated **July 22, 2024** and filed on **July 22, 2024.**

*To have your vote count, you must complete and return this ballot.*

Under 11 U.S.C. § 1126 and Bankruptcy Rule 3018, a class of claims has accepted a plan if the plan has been accepted by creditors that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class held by creditors that have accepted or rejected the plan.

The undersigned, a creditor having a claim in the amount of $__148,663.85*___, hereby:

Class __7__

*plus accrued interest and attorney fees.

Check one box:

[   ] **Accepts**

[ X ] **Rejects**

the plan of reorganization of the debtor described herein.

Dated _____08/21/24_____

Signed: ___/s/ Caren L. Stanley_____

Name of Creditor: ___Caren  L. Stanley___
___Gate City Bank_____
(Please print name)

Address: __Vogel Law Firm, PO Box 1389__
__Fargo, ND  58107-1389____

Return completed ballot to:
Erik Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls MN   56537
erik@ahlgrenlawoffice.net

This ballot must be received by no later than **August 21, 2024**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA**

In re:   Stark Energy, Inc.

Case No. 24-30168
Chapter 11 Subchapter V

Debtor(s).

**BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

This ballot is being sent to all creditors, for acceptance or rejection of the plan.   The plan as filed or modified by the debtor is dated **July 22, 2024** and filed on **July 22, 2024.**

*To have your vote count, you must complete and return this ballot.*

Under 11 U.S.C. § 1126 and Bankruptcy Rule 3018, a class of claims has accepted a plan if the plan has been accepted by creditors that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class held by creditors that have accepted or rejected the plan.

The undersigned, a creditor having a claim in the amount of $ 67,562.79, hereby:

Class 8

Check one box:

☐ **Accepts**

☑ **Rejects**

the plan of reorganization of the debtor described herein.

Dated 8/20/2024

Signed: *Thomas F. Murtha*
Name of THOMAS F. MURTHA IV
Creditor: ATTORNEY FOR:
YUKER TOWING & REPAIR, LLC
(Please print name)

Address: P.O. BOX 1111
DICKINSON, ND 58602

This ballot must be <u>received</u> by no later than
**August 21, 2024**

Return completed ballot to:
Erik Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls MN   56537
erik@ahlgrenlawoffice.net

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA**

In re:   Stark Energy, Inc.

Case No. 24-30168
Chapter 11 Subchapter V

Debtor(s).

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

This ballot is being sent to all creditors, for acceptance or rejection of the plan.   The plan as filed or modified by the debtor is dated **July 22, 2024** and filed on **July 22, 2024.**

*To have your vote count, you must complete and return this ballot.*

Under 11 U.S.C. § 1126 and Bankruptcy Rule 3018, a class of claims has accepted a plan if the plan has been accepted by creditors that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class held by creditors that have accepted or rejected the plan.

The undersigned, a creditor having a claim in the amount of $ _8950.62_ , hereby:

Class _9_

**Check one box:**

☐ **Accepts**

☒ **Rejects**

the plan of reorganization of the debtor described herein.

Dated _8-1-2024_

Signed: _Justin Bacon_

Name of
Creditor: _Justin Bacon_
(Please print name)

Address: _305 North Wibaux St_
_Wibaux MT 59353_

Return completed ballot to:
Erik Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls MN   56537
erik@ahlgrenlawoffice.net

This ballot must be received by no later than
**August 21, 2024**

RECEIVED
JUL 2 6 2024
ND Dept. of Labor & Human Rights
Bismarck, ND

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:   Stark Energy, Inc.

Case No. 24-30168
Chapter 11 Subchapter V

Debtor(s).

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

This ballot is being sent to all creditors, for acceptance or rejection of the plan.   The plan as filed or modified by the debtor is dated **July 22, 2024** and filed on **July 22, 2024.**

*To have your vote count, you must complete and return this ballot.*

Under 11 U.S.C. § 1126 and Bankruptcy Rule 3018, a class of claims has accepted a plan if the plan has been accepted by creditors that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class held by creditors that have accepted or rejected the plan.

The undersigned, a creditor having a claim in the amount of $ _38,682.64_ , hereby:

Class _10_

Check one box:

[ ✓ ] **Accepts**

[ ] **Rejects**

the plan of reorganization of the debtor described herein.

Dated _8/5/2024_

Signed: _B9_

Name of
Creditor: _Alliance Funding Group_
(Please print name)

Address: _17542 17th St., Suite 200_
_Tustin, CA 92780_

Return completed ballot to:
Erik Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls MN   56537
erik@ahlgrenlawoffice.net

This ballot must be <u>received</u> by no later than
**August 21, 2024**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:   Stark Energy, Inc.

Case No. 24-30168
Chapter 11 Subchapter V

Debtor(s).

**BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

This ballot is being sent to all creditors, for acceptance or rejection of the plan.   The plan as filed or modified by the debtor is dated **July 22, 2024** and filed on **July 22, 2024.**

*To have your vote count, you must complete and return this ballot.*

Under 11 U.S.C. § 1126 and Bankruptcy Rule 3018, a class of claims has accepted a plan if the plan has been accepted by creditors that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class held by creditors that have accepted or rejected the plan.

The undersigned, a creditor having a claim in the amount of $ _60,000.00_ , hereby:

Class _____

Check one box:

[X] Accepts

[ ] Rejects

the plan of reorganization of the debtor described herein.

Dated ___8-16-24___

Signed: _Matthew Barrett_

Name of
Creditor: _Matthew Barrett_
(Please print name)

Address: _3007 N. Papillon Cir._
_Mesa AZ, 85215_

This ballot must be <u>received</u> by no later than **August 21, 2024**

Return completed ballot to:
Erik Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls MN   56537
erik@ahlgrenlawoffice.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:   Stark Energy, Inc.

Case No. 24-30168
Chapter 11 Subchapter V

Debtor(s).

**BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

This ballot is being sent to all creditors, for acceptance or rejection of the plan.   The plan as filed or modified by the debtor is dated **July 22, 2024** and filed on **July 22, 2024.**

*To have your vote count, you must complete and return this ballot.*

Under 11 U.S.C. § 1126 and Bankruptcy Rule 3018, a class of claims has accepted a plan if the plan has been accepted by creditors that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class held by creditors that have accepted or rejected the plan.

The undersigned, a creditor having a claim in the amount of $ 50,000⁰⁰ , hereby:

Class 10

Check one box:

☐ **Accepts**

☑ **Rejects**

the plan of reorganization of the debtor described herein.

Dated 8/20/2024

Signed: *[signature]*
Name of THOMAS F. MURTHA IV
Creditor: ATTORNEY AT LAW
DANIEL GERSTBERGER
(Please print name)

Address: P.O. Box 1111
DICKINSON, ND 58602

This ballot must be <u>received</u> by no later than
**August 21, 2024**

Return completed ballot to:
Erik Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls MN   56537
erik@ahlgrenlawoffice.net

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:   Stark Energy, Inc.

Case No. 24-30168
Chapter 11 Subchapter V

Debtor(s).

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

This ballot is being sent to all creditors, for acceptance or rejection of the plan.   The plan as filed or modified by the debtor is dated **July 22, 2024** and filed on **July 22, 2024.**

*To have your vote count, you must complete and return this ballot.*

Under 11 U.S.C. § 1126 and Bankruptcy Rule 3018, a class of claims has accepted a plan if the plan has been accepted by creditors that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class held by creditors that have accepted or rejected the plan.

The undersigned, a creditor having a claim in the amount of $___56,548.91___, hereby:

Class __10__

|  | **Accepts** |
|---|---|

**Check one box:**

|  X  | **Rejects** |
|---|---|

the plan of reorganization of the debtor described herein.

Dated _____7.29.24_____          Signed: _____

Name of
Creditor: ___RANDY I. WESTBY___ KELLER PAUL &
          LANDSCAPING, INC.
          (Please print name)

Address: ___1820   HWY 2 BYP E___

          ___MINOT ND 58701___

Return completed ballot to:
Erik Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls MN   56537
erik@ahlgrenlawoffice.net

This ballot must be <u>received</u> by no later than **August 21, 2024**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:   Stark Energy, Inc.

Case No. 24-30168
Chapter 11 Subchapter V

Debtor(s).

**BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

This ballot is being sent to all creditors, for acceptance or rejection of the plan.   The plan as filed or modified by the debtor is dated **July 22, 2024** and filed on **July 22, 2024.**

*To have your vote count, you must complete and return this ballot.*

Under 11 U.S.C. § 1126 and Bankruptcy Rule 3018, a class of claims has accepted a plan if the plan has been accepted by creditors that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class held by creditors that have accepted or rejected the plan.

The undersigned, a creditor having a claim in the amount of $ 34,211.24 , hereby:

Class 10

[ ] **Accepts**

Check one box:

[X] **Rejects**

the plan of reorganization of the debtor described herein.

Dated  7-29-2024

Signed: Bryan A Kostelecky

Name of Creditor: Bryan A Kostelecky
(Please print name)

Address: 1150 14th Avenue West
Dickinson ND 58601

This ballot must be <u>received</u> by no later than **August 21, 2024**

Return completed ballot to:
Erik Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls MN   56537
erik@ahlgrenlawoffice.net

received
notified
ex

U.S. BANKRUPTCY COURT
FILED '24 AUG 24 PM 3:1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:   Stark Energy, Inc.

Case No. 24-30168
Chapter 11 Subchapter V

Debtor(s).

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

This ballot is being sent to all creditors, for acceptance or rejection of the plan.   The plan as filed or modified by the debtor is dated **July 22, 2024** and filed on **July 22, 2024.**

*To have your vote count, you must complete and return this ballot.*

Under 11 U.S.C. § 1126 and Bankruptcy Rule 3018, a class of claims has accepted a plan if the plan has been accepted by creditors that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class held by creditors that have accepted or rejected the plan.

The undersigned, a creditor having a claim in the amount of $ 14,624.09 , hereby:

Class 10

☐ **Accepts**

**Check one box:**

☒ **Rejects**

the plan of reorganization of the debtor described herein.

Dated 8/15/24

Signed: *Edwardo Ostiy*

Name of Creditor: Edvardo Ortiz
(Please print name)

Address: 6024 Wilshire dr
Tampa, Fl 33615

Return completed ballot to:
Erik Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls MN   56537
erik@ahlgrenlawoffice.net

This ballot must be <u>received</u> by no later than **August 21, 2024**