# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:

Stark Energy, Inc.,

    Debtor.

Chapter 11, Subchapter V
Case No. 24-30168

## OBJECTION TO JUSTIN BACON CLAIM (POC #12)

Stark Energy, Inc., the debtor in possession ("Debtor"), objects to the claim filed by Justin Bacon (POC #12).

Justin Bacon filed POC #12 as a priority wage claim in the amount of $8,950.62. The proof of claim, however, states that he is requesting wages through September 1, 2023 (see p. 6 of POC #12). Pursuant to 11 U.S.C. § 507(a)(4), wage claims are entitled to priority if earned within 180 days before the date of the filing. Because the Debtor filed its bankruptcy petition on April 23, 2024, the wages underlying Justin Bacon's wage claim were not earned within the required 180-day period and, thus, his claim is not appropriately a priority wage claim.

THEREFORE, the Debtor respectfully requests that Proof of Claim #12 be disallowed as a priority wage claim and be allowed as a general unsecured claim.

Dated: August 23, 2024

Ahlgren Law Office, PLLC

/s/ Erik A. Ahlgren
Erik A. Ahlgren, Attorney
North Dakota Attorney #09561
220 West Washington Ave, Ste 105
Fergus Falls, MN  56537
Office: 218-998-2775
erik@ahlgrenlawoffice.net

ATTORNEYS FOR DEBTOR