# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 24-30168 |
| | ) | Chapter 11, Subchapter V |
| Stark Energy, Inc., | ) | **CERTIFICATE OF SERVICE** |
| Debtor. | ) | |

I, Lisa Ahlgren, declare under penalty of perjury that on August 23, 2024 she caused to be served the following documents via the CM/ECF system to those parties requesting electronic notification.

1. Objection to Proof of Claim and Notice of Hearing

And by U.S. Mail to:

Justin Bacon
c/o ND Department of Labor
600 E. Boulevard Ave Dept 406
Bismarck, ND 58505-0340

Justin Bacon
305 North Wibaux St
Wibaux  MT 59353

Executed: August 23, 2024          Signed: /s/Lisa Ahlgren
                                           Lisa Ahlgren
                                           220 West Washington Ave, Ste 105
                                           Fergus Falls, MN  56537