UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

Stark Energy, Inc.,                                               Case No. 24-30168
                                                                                Chapter 11

Debtor.

## MOTION TO EXTEND DEADLINE AND CONTINUE CONFIRMATION HEARING

Now comes Ally Bank ("Ally"), by its attorney, Evan Lincoln Moscov, and in support of its Motion to Continue the September 5, 2024 Confirmation Hearing and Extend the 8/29/24 Deadline to Submit Exhibits in Support of the Objection to Confirmation, states the following:

1. On August 13, 2024, Ally objected to confirmation of the Debtor's Plan of Reorganization due to the treatment of its secured claim therein.

2. Ally has retained an appraiser to appraise the subject collateral, but has been unable to complete the appraisal as a result of inclement weather.

3. Additionally, the appraiser is not available to testify on September 5, 2024.

4. Debtor's counsel consents to a thirty day continuance of the confirmation hearing.

5. Further, Ally moves for the August 30, 2024 deadline to be extended to allow Ally's appraiser to complete the appraisal and prepare a report that will be submitted as an exhibit in support of the Objection to Confirmation.

      Wherefore Ally prays for the entry of an order granting the Motion, continuing the Confirmation Hearing to October 2024 and extending the deadline to submit exhibits for approximately thirty days.

                                                                         /s/ Evan Lincoln Moscov
                                                                         Evan Lincoln Moscov
                                                                         ND Bar No. 07091
                                                                         P.O. Box 8305
                                                                         Waukegan, IL 60079
                                                                         (312) 969-1977 (phone)
                                                                         evan.moscov@moscovlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2024 a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

ERIK A. AHLGREN: erik@ahlgrenlawoffice.net,

John William Baker: john.baker@sba.gov

Jennifer M Gooss: beulaw3@westriv.com

Michael Gust: mlgfilings@andersonbottrell.com

Drew J. Hushka on behalf of Creditor Gate City Bank
dhushka@vogellaw.com,

Thomas Kapusta on behalf of Trustee Thomas Kapusta
tkapusta@aol.com

Michael Joseph Klepperich on behalf of Creditor Regions Bank
mklepperich@crowleyfleck.com

Eduardo Ortiz
drdrtz@gmail.com

Eli J. Patten on behalf of Creditor Regions Bank
epatten@crowleyfleck.com, sskaggs@crowleyfleck.com

Kenneth D. Peters on behalf of Creditor Alliance Funding Group
kpeters@dresslerpeters.com

Robert B. Raschke
USTPRegion12.SX.ECF@usdoj.gov

Caren W. Stanley on behalf of Creditor Gate City Bank
cstanley@vogellaw.com,

Maurice VerStandig on behalf of Debtor Stark Energy, Inc.
mac@mbvesq.com,

Sarah J. Wencil on behalf of U.S. Trustee Robert B. Raschke
sarah.j.wencil@usdoj.gov

/s/ *Evan Lincoln Moscov*
Evan Lincoln Moscov