UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

Stark Energy, Inc.,

                Debtor.

_____/

IN THE MATTER OF:

Confirmation Hearing of Debtor's Chapter 11
Subchapter V Plan of Reorganization filed
July 22, 2024. (Doc. 144)
_____/

Bankruptcy No. 24-30168
Chapter 11 – Subchapter V

ORDER GRANTING CONTINUANCE
AND RESCHEDULING HEARING

      Creditor Ally Bank, c/o AIS Portfolio Services, LLC filed a motion to continue the confirmation hearing scheduled for September 5, 2024. Ally Bank also requests the deadline be extended to submit exhibits in support of objection to confirmation. The Court finds cause for granting the continuance.

      IT IS ORDERED that the hearing on Confirmation of Debtor's Chapter 11 Subchapter V Plan of Reorganization (Doc. 144) shall be continued to **Wednesday, October 16, 2024, at 10:00 a.m.** in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota. The deadline to file or email to the Court all exhibits in support of confirmation or an objection to confirmation is **October 14, 2024**.

      Dated: August 30, 2024.

*/s/ Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court

Order served electronically August 30, 2024, to Attorney Evan Moscov for service on creditors.