# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Stark Energy, Inc., ) | Case No.: 24-30168 |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2024 a copy of the Order Granting the Motion to Continue Hearing was mailed via first class U.S. Mail, postage prepaid, to all of the creditors on the attached Label Matrix for local noticing.

*/s/ Evan Lincoln Moscov*
Evan Lincoln Moscov
P.O. Box 8305
Waukegan, IL 60079
Telephone: (312) 969-1977
evan.moscov@moscovlaw.com
North Dakota Bar No. 07091

```
Label Matrix for local noticing        Alliance Funding Group                 Ally Bank, c/o AIS Portfolio Services, LLC
0868-3                                  Dressler Peters LLC                    4515 N Santa Fe Ave. Dept. APS
Case 24-30168                           c/o Ken Peters                         Oklahoma City, OK 73118-7901
District of North Dakota                101 W. Grand Ave, Suite 404
Fargo                                   Chicago, IL 60654-7129
Mon Sep  2 08:31:09 CDT 2024

Department of the Treasury              Gate City Bank                         Internal Revenue Service
15th & Pennsylvania                     c/o Caren W. Stanley                   P.O. Box 7346
Washington, DC 20222-0001               Vogel Law Firm                         Philadelphia, PA 19101-7346
                                        P.O. Box 1389
                                        Fargo, ND 58107-1389

Regions Bank                            Securities & Exchange Commission       Stark Energy, Inc.
c/o Crowley Fleck PLLP                  175 W. Jackson Blvd.                   1860 4th Ave E
Attn: Michael J. Klepperich             Chicago, IL 60604-2908                 PO Box 748
490 N 31st St., Ste. 500                                                       Dickinson, ND 58602-0748
PO Box 2529
BILLINGS, MT 59103-2529

U.S. Attorney                           U.S. BANKRUPTCY COURT                  AVANZA GROUP, LLC
655 First Avenue North, Suite 250       655 1ST AVENUE NORTH, SUITE 210        3974 Amboy Rd. Suite 306
Fargo, ND 58102-4932                    FARGO, ND 58102-4932                   Staten Island, NY 10308-2414


Adam Hammerle                           Alexander Miller                       (p)ALLIANCE FUNDING GROUP
31732 Avondale                          P.O. Box 3256                          17542 17TH STREET
Westland, MI 48186-4993                 Bismarck, ND 58602-0016                SUITE 200
                                                                               TUSTIN CA 92780-1960

Alliance Funding Group                  Alliance Funding Group                 Ally Bank
Attn: Officer or Managing Agent         c/o Kenneth D. Peters, Esq.            AIS Portfolio Services, LLC
3974 Amboy Rd Suite 306                 Dressler & Peters, LLC                 4515 N Santa Fe Ave. Dept. APS
Staten Island NY 10308-2414             101 W Grand Ave, Suite 404             Oklahoma City, OK 73118-7901
                                        Chicago, IL 60654-7129

Ally Financial                          Amerifi Capital LLC                    (p)ASCENTIUM CAPITAL
500 Woodward Ave                        330 Main St #105                       ATTN BANKRUPTCY
Detroit, MI 48226-3416                  Hartford, CT 06106-1860                23970 US 59 NORTH
                                                                               KINGWOOD TX 77339-1535

Brad Cross                              Bright Design Homes                    Bryan A. Kostelecky
809 ECR 7250                            319 Prairie Dr                         1150  11th Avenue West
Bismarck, ND 79404                      Stanley, ND 58784-8516                 Dickinson, ND 58601-3652


Bryan Adolph Kostelecky                 CLOUD FUND LLC                         CT Corporation System
1150  11th Ave W.                       400 Rella Blvd. Suite 165-101          Attn: SPRS
Dickinson, ND 58601-3652                Suffern, NY 10901-4241                 330 N Brand Blvd Suite 700
                                                                               Glendale, CA 91203-2336


CTHD Company                            Capital One - Spark Business           Capital One N.A.
Attn: Officer or Managing Agent         PO Box 71087                           by American InfoSource as agent
PO Box 2576                             Charlotte, NC 28272-1087               PO Box 71083
Springfield, IL 62708-2576                                                     Charlotte, NC  28272-1083
```

| | | |
|---|---|---|
| Cody Ford<br>P.O. Box 64<br>Bismarck, ND 58502-0064 | Cody Laffitte<br>215 Waldroup Rd.<br>Eros, LA 71238-7206 | County Line Truck Stop<br>PO Box 2140<br>Dickinson, ND 58602-2140 |
| Craig Elser<br>2584 6th Ave W., Apt 7<br>Dickinson, ND 58601-2556 | DCI - Credit Services Inc.<br>121 E Rosser Ave<br>Bismarck, ND 58501-3864 | Daniel Gerstberger<br>90 East 6 Mile Rd<br>Garden City, KS 67846-9544 |
| Daniel Gerstberger<br>c/o Thomas F. Murtha<br>PO Box 1111<br>Dickinson, ND 58602-1111 | Daniel Paluck<br>2030 Sierra Commons Rd., Apt 738<br>Dickinson, ND 58601-5173 | Dustin O'Neill<br>1615 Main St.<br>Bismarck, ND 58501 |
| Dylan Boykin<br>8715 Pine Springs<br>Meridian, MS 39305-9355 | Dylan Newton<br>527 2nd Ave E.<br>Dickinson, ND 58601-4476 | Dynasty Capital 26, LLC<br>96-14 Metropolitan Ave 2nd FL<br>Forest Hills, NY 11375-6675 |
| EN OD Captial LLC<br>11777 Reisterstown Rd.<br>Pikesville, MD 21208 | EVERYDAY FUNDING GROUP LLC<br>132 32nd St.<br>Brooklyn, NY 11232-1920 | Ebeltoft, Sickler Lawyers PLLC<br>2272 Eight Street West<br>Dickinson, ND 58601-8590 |
| Ebeltoft, Sickler Lawyers PLLC<br>2272 Eighth Street West<br>Dickinson, ND 58601-8590 | Eduardo Ortiz<br>2717 11th Ave.<br>Williston, ND 58801-2943 | Eduardo Ortiz<br>6024 Wilshire Dr.<br>Tampa, FL 33615-3432 |
| Fettig Enterprise Inc<br>1860 4th Ave E<br>Dickinson, ND 58601-3362 | Financial Pacific Leasing Inc.<br>3455 S 344th Way Ste 300<br>Federal Way, WA 98001-9546 | Financial Pacific Leasing Inc.<br>Attn: Officer or Managing Agent<br>3455 S 344th Way Ste 300<br>Federal Way, WA 98001-9546 |
| Garrett McKenzie<br>1289 24th St W<br>Bismarck, ND 58601-2716 | Gate City Bank<br>1761 Third Ave W<br>Dickinson, ND 58601-3086 | Gate City Bank<br>204 Sims St<br>Dickinson, ND 58601-5142 |
| Gate City Bank<br>Attn: Caren Stanley, Vogel Law Firm<br>PO Box 1389<br>Fargo ND 58107-1389 | Gate City Bank<br>c/o Caren Stanley<br>Vogel Law Firm<br>PO Box 1389<br>Fargo, ND 58107-1389 | Greg Moore<br>632 8th St SE<br>Bismarck, ND 58501 |
| Helen George<br>1813 4th Ave E.<br>Bismarck, ND 58501 | Internal Revenue Service<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Jason Lavigne<br>375 Horizon St.<br>Killdeer, ND 58640 |

| | | |
|---|---|---|
| Jeffrey Schmitt<br>4007 33rd St. N.<br>Bismarck, ND 58102-6237 | Jennifer M. Gooss<br>PO Box 249<br>Beulah, ND 58523-0249 | Jennifer M. Gooss<br>Solem Law Office<br>PO Box 249<br>Beulah, ND 58523-0249 |
| Jett Ogren<br>c/o ND Department of Labor<br>600 E. Boulevard Ave Dept 406<br>Bismarck, ND 58505-0340 | John C. Williams & Associates<br>1612 Northeast Expressway<br>Atlanta, GA 30329-2003 | Justin Bacon<br>305 North Wibaux Street<br>P.O. Box 176<br>Wibaux MT 59353-0176 |
| Justin Bacon<br>c/o ND Department of Labor<br>600 E. Boulevard Ave Dept 406<br>Bismarck, ND 58505-0340 | Justin Lavigne<br>c/o ND Department of Labor<br>600 E. Boulevard Ave Dept 406<br>Bismarck, ND 58505-0340 | Keller Paving & Landscaping, Inc.<br>1820 Hwy 2 Bypass East<br>Minot, ND 58701-7929 |
| Kenneth Mack<br>306 13th St. NE<br>Tioga, ND 58852-7150 | Knightsbridge Funding LLC<br>1706 Ave M<br>Brooklyn NY 11230-5307 | Knightsbridge Funding LLC<br>40 Wall St<br>New York, NY 10005-1304 |
| Landmark Funding<br>10232 Southard Dr<br>Beltsville, MD 20705-2105 | Landmark Funding<br>411 Kingston Ave Ste 201<br>Brooklyn NY 11225-3171 | Linebarger Goggan Blair & Sampson, LLP<br>233 South Wacker Drive Suite 60606-6379 |
| Linebarger Goggan Blair & Sampson, LLP<br>233 South Wacker Drive Suite 4030<br>Chicago, IL 60606-6379 | M2 Financing<br>20800 Swenson Drive Suite 475<br>Waukesha, WI 53186-2075 | Marcelino Gonzalez<br>P.O. Box 295<br>Elsa, TX 78543-0295 |
| Mathew Barrett<br>3007 E Papillon Circle<br>Mesa, AZ 85215 | Mathew Haberstroh<br>3907 East Duke Street<br>Lubbock, TX 79403-3807 | Michael Werner<br>828 South 6th Street<br>Canon City, CO 81212-4123 |
| Midland States Bank<br>1201 Network Centre Drive<br>Effingham, IL 62401-4677 | Midland States Bank<br>Attn: Caren Stanley<br>Vogel Law Firm<br>PO Box 1389<br>Fargo ND 58107-1389 | Office of State Tax Commissioner<br>600 E Boulevard<br>Bismarck, ND 58505-0599 |
| PARKVIEW ADVANCE LLC<br>400 Main St.<br>Stamford, CT 06901-3000 | Patrick Volck<br>1402 20th Ave W., Apt 13<br>Williston, ND 58801-3775 | Pinnacle Business Funding LLC<br>1777 Reisterstown Rd<br>Pikesville, MD 21208-1313 |
| Pioneer Credit Recovery Inc<br>PO Box 189<br>Arcade, NY 14009-0189 | Preble Medical Services Inc.<br>101 Collins Avenue<br>Mandan, ND 58554-3176 | Preble Medical Services Inc.<br>Mary Ann Preble-Owner<br>101 Collins Avenue<br>Mandan, ND 58554-3176 |

```
Quality Quick Print                 Quent Lusk                              Quinton Jenkins
37 1ST Ave West                     1455 Rough Rider Blvd., Apt 202         201 County Road 685
Dickinson, ND 58601-5102            Dickinson, ND 58601-6760                Quitman, MS 39355-8982


RIVER ADVANCE                       Raymond Ibe                             Regions Bank
36 Airport Rd                       5809 Victoria Ave., Unit H              PO Box 11407
Lakewood, NJ 08701-7034             Williston, ND 58801-5174                Birmingham, AL 35246-3035


Regions Bank                        Ricardo Muzquiz                         River Capital Partners LLC
c/o Michael J. Klepperich           1004 Paseo De Tiber                     36 Airport Road
P.O. Box 2529                       Laredo, TX 78046-8939                   Lakewood, NJ 08701-7034
Billings, MT 59103-2529


Rob Fettig                          Rob Fettig                              Robert Boatright
1860 4TH AVE E                      1860 4TH AVE E DICKINSON                1810 Diaz Ave.
Dickinson, ND 58601-3362            Dickinson, ND 58601-3362                Bismarck, ND 78076-3384


Robert Haider                       Shannon Brock                           South Metro Remodel and Home Repair
1093 Enterprise Ave., Apt 3         615 29th St. W.                         13617 4th Ave South
Bismarck, ND 58601-4162             Dickinson, ND 58601-2536                Burnsville, MN 55337-4071


Steven Kopp                         Steven Stack                            The Avanza Group LLC
1911 Radnor Dr.                     9201 275th Ave SE                       3974 Amboy Road Ste 304
Melbourne, FL 32901-4226            Bismarck, ND 58781-9221                 Staten Island, NY 10308-2414


Todd Griffiths                      Travis Vernon                           U.S. Attorney
2463 Coves Ct.                      633 27th St. West                       655 First Ave N Ste 250
Dickinson, ND 58601-3030            Bismarck, ND 58501                      Fargo ND  58102-4932


U.S. Small Business Administration  US Small Business Administration        Valentin Mascorro
John W. Baker, Attorney             14925 Kingsport Road                    633 27th St. West
721 19th Street                     Fort Worth, TX 76155-2243               Dickinson, ND 58601-2520
Suite 426
Denver, CO 80202-2517


Vogel Law Firm                      Western Equipment Solutions             Yuker Towing
218 NP AVE                          PO Box 26975                            876 E Broadway St
Fargo, ND 58102-4834                Salt Lake City, UT 84126-0975           Dickinson, ND 58601-7416


Yuker Towing and Repair LLC         m2 Equipment Finance LLC                ERIK A. AHLGREN
c/o Thomas F. Murtha IV             20800 Swenson Drive                     Ahlgren Law Office, PLLC
PO Box 1111                         Waukesha, WI 53186-2075                 220 W. Washington Ave.
Dickisnon, ND 58602-1111                                                    Ste 105
                                                                            Fergus Falls, MN 56537-2569
```

| | | |
|---|---|---|
| Matthew Barrett<br>3007 E Papillon Circle<br>Mesa, AZ 85215 | Maurice VerStandig<br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102-4246 | Robert B. Raschke<br>Assistant U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 |
| Thomas Kapusta<br>PO Box 90624<br>Sioux Falls, SD 57109-0624 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Alliance Funding Group<br>17542 17th St. #200<br>Tustin, CA 92780 | Ascentium Capital LLC<br>23970 Hwy 59 North<br>Kingwood, TX 77339 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (d)Amerifi Capital LLC<br>330 Main St #105<br>Hartford, CT 06106-1860 | (d)Capital One - Spark Business<br>PO Box 71087<br>Charlotte, NC 28272-1087 |
| (d)County Line Truck Stop<br>PO Box  2140<br>Dickinson, ND 58602-2140 | (d)DCI - Credit Services Inc.<br>121 E Rosser Ave<br>Bismarck, ND 58501-3864 | (d)Dynasty Capital 26, LLC<br>96-14 Metropolitan Ave 2nd FL<br>Forest Hills, NY 11375-6675 |
| (d)Gate City Bank<br>c/o Caren W. Stanley<br>Vogel Law Firm<br>PO Box 1389<br>Fargo, ND 58107-1389 | (d)John C. Williams & Associates<br>1612 Northeast Expressway<br>Atlanta, GA 30329-2003 | (d)M2 Financing<br>20800 Swenson Drive  Suite 475<br>Waukesha, WI 53186-2075 |
| (d)Mathew Barrett<br>3007 E Papillon Circle<br>Mesa, AZ 85215 | (d)Midland States Bank<br>1201 Network Centre Drive<br>Effingham, IL 62401-4677 | (d)Pinnacle Business Funding LLC<br>1777 Reisterstown Rd<br>Pikesville, MD 21208-1313 |
| (d)River Capital Partners LLC<br>36 Airport Road<br>Lakewood, NJ 08701-7034 | (d)US Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155-2243 | (d)Western Equipment Solutions<br>PO Box 26975<br>Salt Lake City, UT 84126-0975 |