UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy Case No. 24-30168 |
| Stark Energy, Inc., | Chapter 11, Subchapter V |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE OF PROCEEDINGS**

PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Bankruptcy Rules, DANIEL GERSTBERGER is a creditor and hereby appears in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by that Rule, and pursuant to Rule 9010 of the Bankruptcy Rules, that all other notices given or required to be given in this case and all other papers served or required to be served be given and served upon:

Thomas F. Murtha IV
Attorney at Law
PO Box 1111
Dickinson, ND 58602-1111

The foregoing request includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearing, requests or petitions, plans, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, or otherwise.

Dated: 6/26/24

Thomas F. Murtha IV (06987)
Attorney for Debtor
PO Box 1111
Dickinson ND 58602-1111
701-227-0146
murthalawoffice@gmail.com