UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 24-30168 |
|---|---|
| STARK ENERGY INC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 176 |

On 9/25/2024, I did cause a copy of the following documents, described below,

First Amended Plan of Reorganization ECF Docket Reference No. 176

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/25/2024

/s/ Erik A Ahlgren
Erik A Ahlgren  191814

Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537
218 998 2775
lisa@ahlgrenlaw.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>STARK ENERGY INC | CASE NO: 24-30168<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 176 |

On 9/25/2024, a copy of the following documents, described below,

First Amended Plan of Reorganization ECF Docket Reference No. 176

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/25/2024

_[signature]_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik A Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-30168
DISTRICT OF NORTH DAKOTA
THU SEP 26 9-31-42 PST 2024

ALLIANCE FUNDING GROUP
DRESSLER PETERS LLC
CO KEN PETERS
101 W GRAND AVE   SUITE 404
CHICAGO   IL 60654-7129

ALLY BANK   CO AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY   OK 73118-7901

GATE CITY BANK
CO CAREN W STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO   ND 58107-1389

REGIONS BANK
CO CROWLEY FLECK PLLP
ATTN MICHAEL J KLEPPERICH
490 N 31ST ST   STE 500
PO BOX 2529
BILLINGS   MT 59103-2529

DEBTOR
STARK ENERGY   INC
1860 4TH AVE E
PO BOX 748
DICKINSON   ND 58602-0748

EXCLUDE
US BANKRUPTCY COURT
655 1ST AVENUE NORTH   SUITE 210
FARGO   ND 58102-4932

AVANZA GROUP   LLC
3974 AMBOY RD SUITE 306
STATEN ISLAND   NY 10308-2414

ADAM HAMMERLE
31732 AVONDALE
WESTLAND   MI 48186-4993

ALEXANDER MILLER
PO BOX 3256
BISMARCK   ND 58602-0016

(P)ALLIANCE FUNDING GROUP
17542 17TH STREET
SUITE 200
TUSTIN CA 92780-1960

ALLIANCE FUNDING GROUP
ATTN OFFICER OR MANAGING AGENT
3974 AMBOY RD SUITE 306
STATEN ISLAND NY 10308-2414

ALLIANCE FUNDING GROUP
CO KENNETH D PETERS   ESQ
DRESSLER   PETERS   LLC
101 W GRAND AVE   SUITE 404
CHICAGO   IL 60654-7129

ALLY BANK
AIS PORTFOLIO SERVICES   LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY   OK 73118-7901

EXCLUDE
(D)ALLY BANK CO AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY   OK 73118-7901

ALLY FINANCIAL
500 WOODWARD AVE
DETROIT   MI 48226-3416

AMERIFI CAPITAL LLC
330 MAIN ST 105
HARTFORD   CT 06106-1860

EXCLUDE
(D)AMERIFI CAPITAL LLC
330 MAIN ST 105
HARTFORD   CT 06106-1860

(P)ASCENTIUM CAPITAL
ATTN BANKRUPTCY
23970 US 59 NORTH
KINGWOOD TX 77339-1535

BERKOVITCH   BOUSKILA   PLLC
1545 US 202   SUITE 101
POMONA   NY 10970-2951

BRAD CROSS
809 ECR 7250
BISMARCK   ND 79404

BRIGHT DESIGN HOMES
319 PRAIRIE DR
STANLEY   ND 58784-8516

BRYAN A KOSTELECKY
1150   11TH AVENUE WEST
DICKINSON   ND 58601-3652

BRYAN ADOLPH KOSTELECKY
1150   11TH AVE W
DICKINSON   ND 58601-3652

CLOUD FUND LLC
400 RELLA BLVD SUITE 165101
SUFFERN   NY 10901-4241

CT CORPORATION SYSTEM
ATTN SPRS
330 N BRAND BLVD SUITE 700
GLENDALE   CA 91203-2336

CTHD COMPANY
ATTN OFFICER OR MANAGING AGENT
PO BOX 2576
SPRINGFIELD   IL 62708-2576

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DO NOT SERVE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| CAPITAL ONE SPARK BUSINESS<br>PO BOX 71087<br>CHARLOTTE NC 28272-1087 | EXCLUDE<br>(D)CAPITAL ONE SPARK BUSINESS<br>PO BOX 71087<br>CHARLOTTE NC 28272-1087 | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 |
| CODY FORD<br>PO BOX 64<br>BISMARCK ND 58502-0064 | CODY LAFFITTE<br>215 WALDROUP RD<br>EROS LA 71238-7206 | COUNTY LINE TRUCK STOP<br>PO BOX 2140<br>DICKINSON ND 58602-2140 |
| EXCLUDE<br>(D)COUNTY LINE TRUCK STOP<br>PO BOX 2140<br>DICKINSON ND 58602-2140 | CRAIG ELSER<br>2584 6TH AVE W APT 7<br>DICKINSON ND 58601-2556 | DCI CREDIT SERVICES INC<br>121 E ROSSER AVE<br>BISMARCK ND 58501-3864 |
| EXCLUDE<br>(D)DCI CREDIT SERVICES INC<br>121 E ROSSER AVE<br>BISMARCK ND 58501-3864 | DANIEL GERSTBERGER<br>90 EAST 6 MILE RD<br>GARDEN CITY KS 67846-9544 | DANIEL GERSTBERGER<br>CO THOMAS F MURTHA<br>PO BOX 1111<br>DICKINSON ND 58602-1111 |
| DANIEL PALUCK<br>2030 SIERRA COMMONS RD APT 738<br>DICKINSON ND 58601-5173 | DUSTIN ONEILL<br>1615 MAIN ST<br>BISMARCK ND 58501 | DYLAN BOYKIN<br>8715 PINE SPRINGS<br>MERIDIAN MS 39305-9355 |
| DYLAN NEWTON<br>527 2ND AVE E<br>DICKINSON ND 58601-4476 | DYNASTY CAPITAL 26 LLC<br>9614 METROPOLITAN AVE 2ND FL<br>FOREST HILLS NY 11375-6675 | EXCLUDE<br>(D)DYNASTY CAPITAL 26 LLC<br>9614 METROPOLITAN AVE 2ND FL<br>FOREST HILLS NY 11375-6675 |
| EN OD CAPTIAL LLC<br>11777 REISTERSTOWN RD<br>PIKESVILLE MD 21208 | EVERYDAY FUNDING GROUP LLC<br>132 32ND ST<br>BROOKLYN NY 11232-1920 | EBELTOFT SICKLER LAWYERS PLLC<br>2272 EIGHT STREET WEST<br>DICKINSON ND 58601-8590 |
| EBELTOFT SICKLER LAWYERS PLLC<br>2272 EIGHTH STREET WEST<br>DICKINSON ND 58601-8590 | EDUARDO ORTIZ<br>2717 11TH AVE<br>WILLISTON ND 58801-2943 | EDUARDO ORTIZ<br>6024 WILSHIRE DR<br>TAMPA FL 33615-3432 |
| FETTIG ENTERPRISE INC<br>1860 4TH AVE E<br>DICKINSON ND 58601-3362 | FINANCIAL PACIFIC LEASING INC<br>3455 S 344TH WAY STE 300<br>FEDERAL WAY WA 98001-9546 | FINANCIAL PACIFIC LEASING INC<br>ATTN OFFICER OR MANAGING AGENT<br>3455 S 344TH WAY STE 300<br>FEDERAL WAY WA 98001-9546 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were served via First Class USPS Mail Service.

| | | |
|---|---|---|
| GARRETT MCKENZIE<br>1289 24TH ST W<br>BISMARCK  ND 58601-2716 | GATE CITY BANK<br>1761 THIRD AVE W<br>DICKINSON  ND 58601-3086 | GATE CITY BANK<br>204 SIMS ST<br>DICKINSON  ND 58601-5142 |
| GATE CITY BANK<br>ATTN CAREN STANLEY   VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND   58107-1389 | GATE CITY BANK<br>CO CAREN STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO   ND 58107-1389 | EXCLUDE<br>(D)GATE CITY BANK<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO   ND 58107-1389 |
| GREG MOORE<br>632 8TH ST SE<br>BISMARCK  ND 58501 | HELEN GEORGE<br>1813 4TH AVE E<br>BISMARCK   ND 58501 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JASON LAVIGNE<br>375 HORIZON ST<br>KILLDEER  ND 58640 | JEFFREY SCHMITT<br>4007 33RD ST N<br>BISMARCK   ND 58102-6237 | JENNIFER M GOOSS<br>PO BOX 249<br>BEULAH   ND 58523-0249 |
| JENNIFER M GOOSS<br>SOLEM LAW OFFICE<br>PO BOX 249<br>BEULAH   ND 58523-0249 | JETT OGREN<br>CO ND   DEPARTMENT OF LABOR<br>600 E BOULEVARD AVE DEPT 406<br>BISMARCK   ND 58505-0340 | JOHN C WILLIAMS   ASSOCIATES<br>1612 NORTHEAST EXPRESSWAY<br>ATLANTA   GA 30329-2003 |
| EXCLUDE<br>(D)JOHN C WILLIAMS   ASSOCIATES<br>1612 NORTHEAST EXPRESSWAY<br>ATLANTA   GA 30329-2003 | JUSTIN BACON<br>305 NORTH WIBAUX STREET<br>PO BOX 176<br>WIBAUX MT 59353-0176 | JUSTIN BACON<br>CO ND DEPARTMENT OF LABOR<br>600 E BOULEVARD AVE DEPT 406<br>BISMARCK   ND 58505-0340 |
| JUSTIN LAVIGNE<br>CO ND   DEPARTMENT OF LABOR<br>600 E BOULEVARD AVE DEPT 406<br>BISMARCK   ND 58505-0340 | KELLER PAVING   LANDSCAPING   INC<br>1820 HWY 2 BYPASS EAST<br>MINOT   ND 58701-7929 | KENNETH MACK<br>306 13TH ST NE<br>TIOGA   ND 58852-7150 |
| KNIGHTSBRIDGE FUNDING LLC<br>1706 AVE M<br>BROOKLYN NY 11230-5307 | KNIGHTSBRIDGE FUNDING LLC<br>40 WALL ST<br>NEW YORK   NY 10005-1304 | LANDMARK FUNDING<br>10232 SOUTHARD DR<br>BELTSVILLE   MD 20705-2105 |
| LANDMARK FUNDING<br>411 KINGSTON AVE STE 201<br>BROOKLYN NY 11225-3171 | UNDELIVERABLE<br>LINEBARGER GOGGAN BLAIR   SAMPSON   LLP<br>233 SOUTH WACKER DRIVE SUITE 606066379 | LINEBARGER GOGGAN BLAIR   SAMPSON   LLP<br>233 SOUTH WACKER DRIVE SUITE 4030<br>CHICAGO   IL 60606-6379 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled BY BCR SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| M2 FINANCING<br>20800 SWENSON DRIVE SUITE 475<br>WAUKESHA WI 53186-2075 | EXCLUDE<br>(D)M2 FINANCING<br>20800 SWENSON DRIVE SUITE 475<br>WAUKESHA WI 53186-2075 | MARCELINO GONZALEZ<br>PO BOX 295<br>ELSA TX 78543-0295 |
| MATHEW BARRETT<br>3007 E PAPILLON CIRCLE<br>MESA AZ 85215 | EXCLUDE<br>(D)MATHEW BARRETT<br>3007 E PAPILLON CIRCLE<br>MESA AZ 85215 | MATHEW HABERSTROH<br>3907 EAST DUKE STREET<br>LUBBOCK TX 79403-3807 |
| MICHAEL WERNER<br>828 SOUTH 6TH STREET<br>CANON CITY CO 81212-4123 | MIDLAND STATES BANK<br>1201 NETWORK CENTRE DRIVE<br>EFFINGHAM IL 62401-4677 | EXCLUDE<br>(D)MIDLAND STATES BANK<br>1201 NETWORK CENTRE DRIVE<br>EFFINGHAM IL 62401-4677 |
| MIDLAND STATES BANK<br>ATTN CAREN STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | OFFICE OF STATE TAX COMMISSIONER<br>600 E BOULEVARD<br>BISMARCK ND 58505-0599 | PARKVIEW ADVANCE LLC<br>400 MAIN ST<br>STAMFORD CT 06901-3000 |
| PATRICK VOLCK<br>1402 20TH AVE W APT 13<br>WILLISTON ND 58801-3775 | PINNACLE BUSINESS FUNDING LLC<br>1777 REISTERSTOWN RD<br>PIKESVILLE MD 21208-1313 | EXCLUDE<br>(D)PINNACLE BUSINESS FUNDING LLC<br>1777 REISTERSTOWN RD<br>PIKESVILLE MD 21208-1313 |
| PIONEER CREDIT RECOVERY INC<br>PO BOX 189<br>ARCADE NY 14009-0189 | PREBLE MEDICAL SERVICES INC<br>101 COLLINS AVENUE<br>MANDAN ND 58554-3176 | PREBLE MEDICAL SERVICES INC<br>MARY ANN PREBLEOWNER<br>101 COLLINS AVENUE<br>MANDAN ND 58554-3176 |
| QUALITY QUICK PRINT<br>37 1ST AVE WEST<br>DICKINSON ND 58601-5102 | QUENT LUSK<br>1455 ROUGH RIDER BLVD APT 202<br>DICKINSON ND 58601-6760 | QUINTON JENKINS<br>201 COUNTY ROAD 685<br>QUITMAN MS 39355-8982 |
| RIVER ADVANCE<br>36 AIRPORT RD<br>LAKEWOOD NJ 08701-7034 | RAYMOND IBE<br>5809 VICTORIA AVE UNIT H<br>WILLISTON ND 58801-5174 | REGIONS BANK<br>PO BOX 11407<br>BIRMINGHAM AL 35246-3035 |
| REGIONS BANK<br>CO MICHAEL J KLEPPERICH<br>PO BOX 2529<br>BILLINGS MT 59103-2529 | RICARDO MUZQUIZ<br>1004 PASEO DE TIBER<br>LAREDO TX 78046-8939 | RIVER CAPITAL PARTNERS LLC<br>36 AIRPORT ROAD<br>LAKEWOOD NJ 08701-7034 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled DO NOT SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ~~EXCLUDE~~<br>~~(D)RIVER CAPITAL PARTNERS LLC~~<br>~~36 AIRPORT ROAD~~<br>~~LAKEWOOD   NJ  08701-7034~~ | ROB FETTIG<br>1860 4TH AVE E<br>DICKINSON  ND 58601-3362 | ROB FETTIG<br>1860 4TH AVE E DICKINSON<br>DICKINSON  ND 58601-3362 |
| ROBERT BOATRIGHT<br>1810 DIAZ AVE<br>BISMARCK  ND 78076-3384 | ROBERT HAIDER<br>1093 ENTERPRISE AVE  APT 3<br>BISMARCK  ND 58601-4162 | SHANNON BROCK<br>615 29TH ST W<br>DICKINSON  ND 58601-2536 |
| SOUTH METRO REMODEL AND HOME REPAIR<br>13617 4TH AVE SOUTH<br>BURNSVILLE  MN 55337-4071 | STEVEN KOPP<br>1911 RADNOR DR<br>MELBOURNE   FL 32901-4226 | STEVEN STACK<br>9201 275TH AVE SE<br>BISMARCK  ND 58781-9221 |
| THE AVANZA GROUP  LLC<br>1545 US 202  SUITE 101<br>POMONA  NY 10970-2951 | THE AVANZA GROUP LLC<br>3974 AMBOY ROAD STE 304<br>STATEN ISLAND  NY 10308-2414 | TODD GRIFFITHS<br>2463 COVES CT<br>DICKINSON  ND 58601-3030 |
| TRAVIS VERNON<br>633 27TH ST WEST<br>BISMARCK  ND 58501 | US ATTORNEY<br>655 FIRST AVE N STE 250<br>FARGO ND  58102-4932 | US SMALL BUSINESS ADMINISTRATION<br>JOHN W BAKER  ATTORNEY<br>721 19TH STREET<br>SUITE 426<br>DENVER  CO 80202-2517 |
| US SMALL BUSINESS ADMINISTRATION<br>14925 KINGSPORT ROAD<br>FORT WORTH  TX 76155-2243 | ~~EXCLUDE~~<br>~~(D)US SMALL BUSINESS ADMINISTRATION~~<br>~~14925 KINGSPORT ROAD~~<br>~~FORT WORTH  TX 76155-2243~~ | VALENTIN MASCORRO<br>633 27TH ST WEST<br>DICKINSON  ND 58601-2520 |
| VOGEL LAW FIRM<br>218 NP AVE<br>FARGO  ND 58102-4834 | WESTERN EQUIPMENT SOLUTIONS<br>PO BOX 26975<br>SALT LAKE CITY  UT 84126-0975 | ~~EXCLUDE~~<br>~~(D)WESTERN EQUIPMENT SOLUTIONS~~<br>~~PO BOX 26975~~<br>~~SALT LAKE CITY  UT 84126-0975~~ |
| YUKER TOWING<br>876 E BROADWAY ST<br>DICKINSON  ND 58601-7416 | YUKER TOWING AND REPAIR LLC<br>CO THOMAS F MURTHA IV<br>PO BOX 1111<br>DICKISNON  ND 58602-1111 | M2 EQUIPMENT FINANCE LLC<br>20800 SWENSON DRIVE<br>WAUKESHA  WI 53186-2075 |
| ~~EXCLUDE~~<br>~~ERIK A AHLGREN~~<br>~~AHLGREN LAW OFFICE  PLLC~~<br>~~220 W WASHINGTON AVE~~<br>~~STE 105~~<br>~~FERGUS FALLS  MN 56537-2569~~ | ~~EXCLUDE~~<br>~~(D)EDUARDO ORTIZ~~<br>~~6024 WILSHIRE DRIVE~~<br>~~TAMPA  FL 33615-3432~~ | ~~EXCLUDE~~<br>~~(U)JOHN W BAKER  ATTY US SMALL BUSINES~~<br>~~ADMI~~ |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
MATTHEW BARRETT            MAURICE VERSTANDIG              ROBERT B RASCHKE
3007 E PAPILLON CIRCLE     THE DAKOTA BANKRUPTCY FIRM      ASSISTANT US TRUSTEE
MESA  AZ 85215             1630 1ST AVENUE N               SUITE 1015 US COURTHOUSE
                           SUITE B PMB 24                  300 SOUTH FOURTH STREET
                           FARGO  ND 58102-4246            MINNEAPOLIS  MN 55415-1320


THOMAS KAPUSTA
PO BOX 90624
SIOUX FALLS  SD 57109-0624
```

(Creditor)
John W. Baker, Atty U.S. Small
Business Administration
represented by:
John William Baker
US Small Business Administration
721 19th Street
Ste 426
Denver, CO 80202

john.baker@sba.gov

Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102

mac@mbvesq.com

(Debtor)
Stark Energy, Inc.
1860 4th Ave E
PO Box 748
Dickinson, ND 58602
Tax ID / EIN: 82-1331526
represented by:
ERIK A. AHLGREN
Ahlgren Law Office, PLLC
220 W. Washington Ave.
Ste 105
Fergus Falls, MN 56537

erik@ahlgrenlawoffice.net


Eli J. Patten
Crowley Fleck PLLP
PO Box 2529
Billings, MT 59103

epatten@crowleyfleck.com

(Creditor)
Regions Bank
c/o Crowley Fleck PLLP
Attn: Michael J. Klepperich
490 N 31st St., Ste. 500
PO Box 2529
BILLINGS, MT 59101
represented by:
Michael Joseph Klepperich
Crowley Fleck PLLP
490 N. 31st St
Billings, MT 59101

mklepperich@crowleyfleck.com

(U.S. Trustee)
Robert B. Raschke
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
represented by:
Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

sarah.j.wencil@usdoj.gov


(Creditor)
Eduardo Ortiz
6024 Wilshire Drive
Tampa, FL 33615

drdrtz@gmail.com

(Trustee)
Thomas Kapusta
PO Box 90624
Sioux Falls, SD 57109

tkapusta@aol.com

Caren W. Stanley
Vogel Law Firm
P.O. Box 1389
Fargo, ND 58107-1389

cstanley@vogellaw.com


(Creditor)
Gate City Bank
c/o Caren W. Stanley
Vogel Law Firm
P.O. Box 1389
Fargo, ND 58107-1389
represented by:
Drew J. Hushka
Vogel Law Firm
218 NP Avenue
PO Box 1389
Fargo, ND 58102

dhushka@vogellaw.com

(Creditor)
Matthew Barrett
3007 E Papillon Circle
Mesa, AZ 85215
represented by:
Jennifer M Gooss
Solem Law Office
109 Central Avenue South
PO Box 249
Beulah, ND 58523

beulaw3@westriv.com

(Creditor)
Ally Bank, c/o AIS Portfolio Services,
LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
represented by:
Evan Moscov
Law Office of Evan L. Moscov
P.O. Box 8305
Waukegan, IL 60079

evan.moscov@moscovlaw.com

```
COURT'S LIST OF NEF (ELECTRONIC SERVICE) RECIPIENTS:

Kenneth D. Peters                    (Creditor)
Dressler Peters, LLC                 Alliance Funding Group
101 W Grand Ave                      Dressler Peters LLC
Ste 404                              c/o Ken Peters
Chicago, IL 60654                    101 W. Grand Ave, Suite 404
                                     Chicago, IL 60654
kpeters@dresslerpeters.com           represented by:
                                     Michael Gust
                                     Anderson, Bottrell, Sanden & Thompson
                                     4132 30th Ave. SW, Suite 100
                                     P.O. Box 10247
                                     Fargo, ND 58106-0247

                                     mlgfilings@andersonbottrell.com
```