United States Bankruptcy Court
District of North Dakota

In re:                                                                                                           Case No. 24-30168-skh
Stark Energy, Inc.                                                                                    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3                                  User: admin                                                   Page 1 of 2
Date Rcvd: Sep 26, 2024                        Form ID: pdf2some                                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 1099782 | + | Justin Bacon, 305 North Wibaux Street, P.O. Box 176, Wibaux MT 59353-0176 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024                            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Caren W. Stanley | on behalf of Creditor Gate City Bank cstanley@vogellaw.com jnona@vogellaw.com;sthompson@vogellaw.com;jschares@vogellaw.com |
| Drew J. Hushka | on behalf of Creditor Gate City Bank dhushka@vogellaw.com jnona@vogellaw.com,sthompson@vogellaw.com,jschares@vogellaw.com |
| ERIK A. AHLGREN | on behalf of Debtor Stark Energy  Inc. erik@ahlgrenlawoffice.net, lisa@ahlgrenlaw.net;michael@ahlgrenlaw.net;eaa@trustesolutions.net |
| Eduardo Ortiz | drdrtz@gmail.com |
| Eli J. Patten | on behalf of Creditor Regions Bank epatten@crowleyfleck.com  sskaggs@crowleyfleck.com |

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 26, 2024 | Form ID: pdf2some | Total Noticed: 1 |

Evan Moscov
    on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC evan.moscov@moscovlaw.com, teresap@w-legal.com

Jennifer M Gooss
    on behalf of Creditor Matthew Barrett beulaw3@westriv.com

John William Baker
    on behalf of Creditor John W. Baker  Atty U.S. Small Business Administration john.baker@sba.gov

Kenneth D. Peters
    on behalf of Creditor Alliance Funding Group kpeters@dresslerpeters.com

Maurice VerStandig
    on behalf of Debtor Stark Energy  Inc. mac@mbvesq.com,
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael Gust
    on behalf of Creditor Alliance Funding Group mlgfilings@andersonbottrell.com  jernst@abstlaw.net

Michael Joseph Klepperich
    on behalf of Creditor Regions Bank mklepperich@crowleyfleck.com

Robert B. Raschke
    USTPRegion12.SX.ECF@usdoj.gov

Sarah J. Wencil
    on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov

Thomas Kapusta
    tkapusta@aol.com

Thomas Francis Murtha, IV
    on behalf of 3rd Party Plaintiff Daniel Gerstberger murthalawoffice@gmail.com
    jen@murthalawoffice.com,frontdesk@murthalawoffice.com,17125@notices.nextchapterbk.com

TOTAL: 16

| | |
|---|---|
| In Re: | Bankruptcy No. 24-30168 |
| | Chapter 11 |
| Stark Energy, Inc., | |
|           Debtor. | |
| _____/ | |

## NOTICE OF CONTINUED TELEPHONIC HEARING

Please take notice that the Court will hold a telephonic hearing on **Tuesday, October 22, 2024, at 2:00 PM (CST)** to consider and act upon the following matters:

**Continuation of Hearing on Debtor's Objection to Proof of Claim Number 12 by Claimant Justin Bacon (Doc. 167)**

Please use the following instructions for the phone conference:
**Telephonic Conference Instructions:**
1) Call **701-297-7116**
2) Enter the Meeting ID **088076463#**
3) After the Meeting ID is entered you will be connected into the conference.
4) Please identify yourself after you have joined the conference.

**Parties may also elect to appear in person at the Quentin N. Burdick United States Courthouse in Fargo, North Dakota.**

**NOTE: Parties appearing by telephone are not permitted to offer evidence or cross examine witnesses at the hearing without Court approval and the opposing parties' consent.** *If a party believes it will benefit by offering evidence at the hearing, the party may file exhibits or affidavits on the docket. (If you plan to use schedules or other documents previously filed, please do NOT file the previously docketed document again.) The docket number will serve as the exhibit number. The Court will consider each party's request to offer exhibits at the hearing. If a question of fact arises at the hearing, the Court may continue the hearing and reschedule it as a video conference or an in-person conference. The parties are encouraged to stipulate to facts to avoid the need for numerous hearings.*

Dated: September 26, 2024.      Kay A. Melquist, Clerk
    United States Bankruptcy Court
    Quentin N. Burdick United States Courthouse
    655 1st Avenue North, Suite 210
    Fargo, ND 58102-4932

    By:    */s/Deb Toddie*
            Deb Toddie, Deputy Clerk

Copy served electronically September 26, 2024, to Electronic Mail Notice List for Case No. 24-30168.