| | |
|---|---|
| Form Name: | CLAIM FOR WAGES - 2017-... |
| Submission Time: | September 24, 2023 2:36 pm |
| Browser: | Chrome Mobile 117.0.0.0 / Android |
| IP Address: | 174.215.6.108 |
| Unique ID: | 1145425218 |
| Location: | 39.7388, -104.9868 |

## CERTIFICATIONS, ACKNOWLEDGEMENTS, and ELIGIBILITY

### Instructions

| | |
|---|---|
| **I certify that I have read these instructions and understand my rights and duties.** | Yes |

### In order to file a claim, you must acknowledge the following:

| | |
|---|---|
| **I am the "claimant" and I understand that I carry the initial burden of proof.** | Yes |
| **I understand that information I submit may be shared with my employer.** | Yes |
| **I understand that the information I submit must be complete and I must provide sufficient information for the Department to pursue my claim, and that my failure to provide the requested information may result in the rejection of my claim.** | Yes |
| **I understand that anything I submit in a paper form will be scanned to an electronic version and the original destroyed.** | Yes |
| **I agree to provide the Department with contact information where I can be reached, to cooperate fully with any investigation, to promptly respond to Department inquiries and requests, and to provide new contact information within three (3) days of any change.** | Yes |
| **I agree to notify the Department of any payment made directly to me by my employer within three (3) days of receipt.** | Yes |

**I understand that I am providing information to the Department to determine the merit of my claim and the act of submitting this information does not  guarantee that a claim will be opened, or if it is, that wages will be recovered.**

Yes

## Eligibility

| | |
|---|---|
| **Are you claiming wages that were due to you after [DATE]?** | Yes |

## Eligibility

| | |
|---|---|
| **Is the claim less than $125?** | No |

## Eligibility

| | |
|---|---|
| **Is the claim more than $15,000?** | No |

## Eligibility

| | |
|---|---|
| **Is your employer in bankruptcy?** | No |
| **Were you an independent contractor?** | No |
| **Were you an owner or partner?** | No |
| **Have you begun private legal action?** | No |
| **Do you have a child support judgment against you in North Dakota?** | No |
| **Was the work you are claiming payment for, performed for a tribal entity? (We may not have jurisdiction to assist you in some cases.)** | No |
| **Do you owe your employer money?** | No |
| **Do you currently possess any of your employer's property?** | No |
| **Was the work you are claiming payment for performed in North Dakota?** | Yes |
| **Did your employer withhold taxes?** | Yes |
| **Did your employer keep timecards?** | Yes |

| | |
|---|---|
| Were you paid in cash? | No |
| Have you made a request to your employer for the wages you believe are owed? | Yes |
| Please attach a copy of your request below: | https://www.formstack.com/admin/download/file/15250243553 |

## CLAIM FOR WAGES

### About You

| | |
|---|---|
| Name | Justin  Bacon |
| Address | 308 Sunrise Dr<br>Belfield , ND 58622 |
| Do you have an email address? | Yes |
| Email | ███████████████ |
| Do you consent to receiving correspondence exclusively at this email address? | Yes |
| Phone Number | (███████ |
| Phone Number Type | Cell |
| Are you a Veteran? | No |
| Date of Hire (MM/DD/YYYY) | 07/25/2023 |
| Rate of pay | 28.00/hr |
| What was your job title during the period for which you are claiming wages? | Mechanic |
| Time period for which you are claiming wages (MM/DD/YYYY - MM/DD/YYYY) | 08/19/2023-09/01/2023 |
| Date of next payday? | 9/11/2023 |
| Briefly describe your job | Worked on Trucks,trailers and pretty much anything broken I fixed |
| Are you still employed? | No |
| If not, were you: | Quit |

| | |
|---|---|
| **Last Day of Employment (MM/DD/YYYY)** | 09/01/2023 |
| **Are you represented by an attorney specific to this matter?** | No |

## About Your Employer

| | |
|---|---|
| **Name of Busines** | Stark Energy |
| **Mailing Address on record with ND Secretary of State (or, for Corporations with headquarters outside of ND, please provide mailing address for payroll contact)** | 1860 4th Ave E<br>Dickinson , ND 58601 |
| **Business Phone** | (701) 300-1558 |
| **Business Owner's Name** | Rob Fettig |
| **Business Owner's Phone** | (701) 300-1558 |

## Wage Claim Information

| | |
|---|---|
| **Reason(s) for Submitting This Wage Claim** | Failure to pay hours worked or final paycheck |
| **Describe why you believe you are owed wages. Provide a detailed description for each box checked above. Include information such as the pay period(s) that was not paid correctly, the reason you feel the pay was incorrect, any reason provided by the employer for why the payment was incorrect, or any other information to help explain your situation. Please keep description relevant to the wages owed.** | I worked 33 hours for stark Energy and have proff to show |
| **Did you punch a time clock or turn in other time records to your employer?** | Yes |
| **Did you keep a personal record of the hours you worked?** | Yes |

## Failure to Pay Hours Worked or Final Paycheck

| | |
|---|---|
| **Total hours worked and not paid** | 33 |

| | |
|---|---|
| **Total amount you believe is owed for Failure to Pay Hours Worked or Final Paycheck** | 924.00 |
| **Total Amount Claimed** | 924.00 |

## Attachments

| | |
|---|---|
| **I am unable to attach documents because:** | I cannot convert my documents in an electronic format |

## YOU CERTIFY:

| | |
|---|---|
| **I understand that my claim is not accepted until I have received correspondence from the Department indicating so, and my claim filing date is the date included in the Department's correspondence indicating acceptance of my claim.  I understand that submitting a duplicate form will result in significant delay.** | Yes |
| **Signed by:** | Justin Bacon |
| **Declaration of online signature:** | Yes |

Nov 14, 2023

Re:  WC-38575  Justin Bacon

In regards to the above referenced wage claim.  Where the claimant is seeking 33hrs of pay for pay period Aug 19-Sept 1, 2023 actually calculates to 25.08 hrs worked not 33hrs.

The company has reached out with a payment of $500.00 and a future scheduled amount of $1,000.00 within 1 week.

The claimant is recently back working for the company and the past pay period in question will be finalized within the week.  Any overage paid will be adjusted going forward with future pay periods.

Thank you for your patience.


Delene Fettig, Office Mgr.
Stark Energy Inc.

Justin Bacon - Diesel Mechanic
Hours worked for Stark Energy
Dates 8-19-2023 - 9-1-2023 and 10-6-2023 - 10-9-2023

© WILSON JONES    G7202 GREEN    7202 BUFF

| Dates | Hrs. | Rate |
|-------|------|------|
| 8-21 | 2 | 28.00/hr |
| 8-22 | 9 | |
| 8-23 | 9 | |
| 8-24 | 6.25 | |
| 8-25 | 7.25 | |
| 8-27 | 7 | |
| 8-28 | 7 | |
| 8-29 | 8 | |
| 8-30 | 6.25 | |
| Total | 61.75 | $1729.00 - $300 paid |
| 10-6 | 5.75 | $32.00/hr |
| 10-7 | 8.25 | |
| 10-8 | 4 | |
| 10-9 | 7 | |
| Total | 25 | $800.00 |

Days work 9 @ 28.00/hr
Day work 4 @ 32.00/hr

$300.00 In advances

1429.00
+ 800.00

Total owe To Date on 10/11/2023
$2229.00

| | |
|---|---|
| Form Name: | Complaint Inquiry |
| Submission Time: | November 27, 2023 11:44 am |
| Browser: | Chrome Mobile 119.0.0.0 / Android |
| IP Address: | 174.231.88.172 |
| Unique ID: | 1168061924 |
| Location: | 39.7301, -104.9078 |

## Instructions

| | |
|---|---|
| **I certify that I have read these instructions and understand my rights and duties.** | Yes |
| **Do you wish to remain anonymous if possible?** | No |

## In order to file a complaint, you must acknowledge the following:

| | |
|---|---|
| **I understand that the information I submit may be shared with my employer.** | Yes |
| **I understand that the information I submit must be complete and I must provide sufficient information for the Department to pursue my complaint, and that the failure to provide the requested information may result in the rejection of my complaint.** | Yes |
| **I understand that anything I submit in a paper form will be scanned to an electronic version and the original destroyed.** | Yes |
| **I agree to provide the Department with contact information where I can be reached and to promptly respond to Department inquiries and requests.** | Yes |

## Complaint Information

| | |
|---|---|
| **Your Name** | Justin Bacon |
| **Your Address** | 308 Sunrise Dr #10<br>Belfield , ND 58622 |
| **Do you have an email address?** | Yes |
| **Your Email** | ███████████████ |

**Do you consent to receiving correspondence exclusively at this email address?**   Yes

---

| | |
|---|---|
| **Your Phone Number** | ████████ |
| **Phone Number Type** | Cell |
| **Name of Business** | Stark Energy |
| **Business Mailing Address on record with ND Secretary of State** | 4090 130th Ave Sw<br>Belfield , ND 58622 |
| **Business Phone Number** | (701) 690-3988 |
| **Business contact name** | Delene Fettig |
| **Describe the Situation. Be as specific as possible - include names, dates, places, etc. (For final paycheck, please include: hourly rate, hours worked, and dates worked.)** | He promised to pay me in full he did and he bagged me to come back to work for him as he promised to pay me last Friday for wages again earned from the week before and rob fettig hasn't done so.  Rob fettig texted me and told me to stay off his property so I took that as he fired me so now stark Energy owes me $2032.00 from hours i worked again |

## Signature

| | |
|---|---|
| **Signed by** | Justin Bacon |
| **Declaration of online signature** | Yes |



Like customers canceled trucks cus of no more drivers or not mechanical functioning trucks

Bullshit I got your trucks going got your pressure washer going

Like i said i am trying to resolve this this week i will call u. In. Few



Yep that's the total what's owed

Text message

   

Josh's Hours Worked for Stark Energy
Brons

10-30 — 7hrs
10-31 — 12 hrs          19 hrs = $608.00

11-14  5:00pm - 2:00AM          9hrs hrs
       Went to Watford to work
       on tank trailer tag axle

11-15  9:00Am - 4:30pm          10hrs
       5:00pm - 7:30pm
       Inspected and Dagnosed Rear
       Diff on Dodge Ram 2500 Needs Replaced
       Service on Dodge Ram Dually

11-16  8:00Am - 11:30 Am          6hrs
       12:30pm  3:00pm
       Cleaned up shop
       got Blower motor and got Windshield
       wipers working on S-2005 truck

11-17  8:00Am - 11:00Am          5.5hrs
       1:00pm  3:30pm
       Replaced fuse on Tanker Trailer

11-18  8:00Am - 1:00pm   Drove          5hrs
       To Watford
       worked on tanker
       Tag axle

11-19  8:00Am - 1:30pm          5.5hrs
       Truck would not
       start turned kill switch
       on and Fired up

11-20  8:00AM - 11:30 Am          3.5 hrs
       got pressure washer
       going in shop

                    $1424.00    44.5

                              Total $2032

# Stark Energy, Inc. has invited you to use ...  Inbox

 **QuickBooks Time** Nov 20
to me ⌄



turbotax   creditkarma   quickbooks   mailchimp

Hi there,

**Stark Energy, Inc.** has invited you to start tracking your time.

You can use an existing Intuit Account to accept the invitation.
This makes it easier to access your information in the future.

User ID: **ba\*\*\*\*\*\*\*\*\*95**
Email address:

███████████████████████

Last accessed: **Oct 5, 2023 1:35:31 AM**

Use this account

 99+



← 👤 ▬▬▬▬▬▬   📹   📞   ⋮

Sunday, Nov 19 • 9:18 AM

We're the keys hiding at sir

Sunday, Nov 19 • 11:11 AM

Rear tag

Works??

Sunday, Nov 19 • 12:47 PM

Hell yeah it does

The switch on the dash works alsofor rear tag axle



**Greg Moore**
View contact

↓



Sunday, Nov 19 • 6:12 PM

⊕  🖼   Text message   ☺   🎤

◄   ●   ■

# Justin Bacon's Hours Logged

| Dates | Hours | Dates | Hours |
|-------|-------|-------|-------|
| 7-25 | 7 | 8-21 | 2 |
| 7-26 | 6.5 | 8-22 | 9 |
| 7-27 | 6.5 | 8-23 | 9 |
| 7-28 | 7 | 8-24 | 6.25 |
| 7-31 | 4 | 8-25 | 7.25 |
| 8-1 | 8.5 | 8-27 | 7 |
| 8-2 | 6.5 | 8-28 | 7 |
| 8-3 | 2.5 | 8-29 | 8 |
| 8-4 | 2 | 8-30 | 6.25 |
| 8-5 | 5 | 10-6 | 5.75 |
| 8-6 | 10.5 | 10-7 | 8.25 |
| 8-7 | 6 | 10-8 | 4 |
| 8-8 | off | 10-9 | 7 |
| 8-9 | 9 | 10-30 | 7 |
| 8-10 | 5.5 | 10-31 | 12 |
| 8-11 | 5 | 11-14 | 9 |
| 8-12 | 6 | 11-15 | 10 |
| 8-13 | off | 11-16 | 6 |
| 8-14 | off | 11-17 | 5.5 |
| 8-15 | 8.75 | 11-18 | 5 |
| 8-16 | 7.75 | 11-19 | 5.5 |
| 8-17 | 5.75 | 11-20 | 3.5 |
| 8-18 | 4.75 | | |

Column Total
124.5

Total Hours
274.75

7,693

**CASH APP PAYMENTS**

| | Transaction ID | Date | Trans Type | Currency | Amount | Notes | Receiver | Acct. |
|---|---|---|---|---|---|---|---|---|
| 1 | astfr8f | 2023-11-24 18:32:04 CST | Sent P2P | USD | 361.00 | Pay Advance final payment | Justin Bacon | |
| 2 | 7cheja1 | 2023-11-22 16:30:05 CST | Sent P2P | USD | 200.00 | Pay Advance | Justin Bacon | |
| 3 | 0gz8gc5 | 2023-11-18 22:41:54 CST | Sent P2P | USD | 100.00 | Pay Advance | Justin Bacon | |
| 4 | 3q5mzbg | 2023-11-17 18:29:57 CST | Sent P2P | USD | 400.00 | Pay Advance | Justin Bacon | |
| 5 | ja5xypb | 2023-11-16 16:04:56 CST | Sent P2P | USD | 300.00 | Pay Advance | Justin Bacon | |
| 6 | 5h1x00f | 2023-11-14 20:47:07 CST | Sent P2P | USD | 500.00 | Pay Advance | Justin Bacon | |
| 7 | 7818psy | 2023-10-31 22:15:12 CDT | Sent P2P | USD | 50.00 | Pay Advance | Justin Bacon | |
| 8 | q6mj7ne | 2023-10-20 17:36:30 CDT | Sent P2P | USD | 300.00 | Pay Advance | Justin Bacon | |
| 9 | eaw562a | 2023-10-16 18:38:08 CDT | Sent P2P | USD | 300.00 | Pay Advance | Justin Bacon | |
| 10 | dqc5vcv | 2023-10-07 19:27:55 CDT | Sent P2P | USD | 150.00 | Pay Advance | Justin Bacon | |
| 11 | aqfdtv5 | 2023-10-05 16:39:06 CDT | Sent P2P | USD | 150.00 | Pay Advance | Justin Bacon | |
| 12 | 1ckmkhc | 2023-08-28 20:54:47 CDT | Sent P2P | USD | 1523.35 | Pay Advance | Justin Bacon | |
| 13 | 2bs148b | 2023-08-19 18:37:55 CDT | Sent P2P | USD | 150.00 | Pay Advance | Justin Bacon | |
| 14 | 2b0ndwn | 2023-08-15 21:26:43 CDT | Sent P2P | USD | 131.23 | Pay Advance | Justin Bacon | |
| 15 | hd2nqk1 | 2023-08-14 20:37:06 CDT | Sent P2P | USD | 500.00 | Pay Advance | Justin Bacon | |
| 16 | x7zrxsq | 2023-07-28 20:39:31 CDT | Sent P2P | USD | 200.00 | Pay Advance | Justin Bacon | |
| 17 | b4hpxg0 | 2023-07-26 21:38:56 CDT | Sent P2P | USD | 200.00 | Pay Advance | Justin Bacon | |

$5,515.58

## NOTICE

Going forward, there will be NO PAYMENT for hours on your paycheck, if you give NO DESCRIPTION on T-Sheets of what you did for the time you are requesting pay for.

Descriptions need to be added the same day you perform the work.  No altering of T-Sheets after the day work was performed will be accepted.

EVERYONE employed here has been told multiple times that you are to enter details in T-Sheets of the work you performed.  For some of you this has fallen on deaf ear.

There is NO REASON/EXCUSE why each and EVERYONE of you cannot comply with this on a daily basis.  There will be no more excuses, no EXCEPTIONS.  If you choose not to communicate on T-Sheets what you did during your workday and you merely enter a start/stop time and a job code (example "shop") you will NOT GET PAID.

By signing here in I agree to the above referenced process and procedure that affects my pay and I hold Stark Energy, Inc. harmless should I elect not to follow Company Policy.


_____          7-25-2023
Employee Signature                                          Dated

**JUSTIN BACON**    **Aug 19th - Sep 1, 2023**

## WEEK 1

| Date | Hours | Description | Total |
|------|-------|-------------|-------|
| 8/19/23 | 0.73 | Suppose to go get truck | |
| 8/20/23 | | | |
| 8/21/23 | 2.17 | No Work Description | |
| 8/22/23 | | | |
| 8/23/23 | 0.64 | No Work Description | |
| 8/24/23 | 6.32 | F350 drained gas out of fueld tank.  Changed fuel filters, fill with diesel. Ran for awhile runs great. | |
| 8/25/23 | 7.24 | Drained fuel tank to empty & put diesel fuel back in. Changed fuel filters again drive a little bit change them in 50 miles | |
| | 17.10 | x $28/hr = | 478.80 |

## WEEK 2

| Date | Hours | Description | Total |
|------|-------|-------------|-------|
| 8/26/23 | | | |
| 8/27/23 | | | |
| 8/28/23 | 6.76 | Tightened up fittings that were loose | |
| 8/29/23 | 1.22 | No Work description | |
| 8/30/23 | | | |
| 8/31/23 | | | |
| 9/1/23 | | | |
| | 7.98 | x $28/hr = | 223.44 |

**$702.24**

## Justin Bacon
08/19/2023 to 09/01/2023

| | Regular | PTO | OT | DT | Total Hours |
|---|---|---|---|---|---|
| | **25.23** | **0.00** | **0.00** | **0.00** | **25.23** |

| Time in | Time out | Duration | | |
|---|---|---|---|---|

| **August 19, 2023** | | | | **0.73** |
|---|---|---|---|---|
| 7:47am | 8:30am | 0.73 | SHOP | |

**NOTES:** Suppose to go get truck

| **August 21, 2023** | | | | **2.17** |
|---|---|---|---|---|
| 8:06am | 10:16am | 2.17 | SHOP | |

**NOTES:** Its payday and now the scheldule they say is messed up so mow not getting paid im going home until they fugure shit out

| **August 23, 2023** | | | | **0.64** |
|---|---|---|---|---|
| 10:31am | 11:09am | 0.64 | SHOP | |

**NOTES:** Started today at 8:00am. Going to lunch at 11:10

| **August 24, 2023** | | | | **6.32** |
|---|---|---|---|---|
| 8:12am | 11:03am | 2.86 | SHOP | |

**NOTES:** Going to lunch

| 11:53am | 3:20pm | 3.46 | SHOP | |
|---|---|---|---|---|

**NOTES:** F350 drained gas outta the diesel fuel tank changed fuel filters filled with DIESEL ran it for awhile and runs great

| **August 25, 2023** | | | | **7.25** |
|---|---|---|---|---|
| 7:57am | 11:35am | 3.62 | SHOP | |

**NOTES:** Luch break

| 11:35am | 11:35am | 0.00 | Lunch Break | |
|---|---|---|---|---|
| 11:35am | 11:35am | 0.00 | SHOP | |

**NOTES:** Luch break

| 12:27pm | 4:05pm | 3.62 | SHOP | |
|---|---|---|---|---|

**NOTES:** Drained fuel tank to empty and put diesel fuel back in it changed fuel filers again drive alittle bit change them In 50 miles

| **August 28, 2023** | | | | **6.92** |
|---|---|---|---|---|
| 7:51am | 10:07am | 2.26 | SHOP | |

**NOTES:** Had to run to my house qyick

| 10:07am | 10:27am | 0.34 | Lunch Break | |
|---|---|---|---|---|
| 10:27am | 12:21pm | 1.90 | SHOP | |

**NOTES:** Had to run to my house qyick

| 1:30pm | 3:28pm | 1.97 | SHOP | |
|---|---|---|---|---|

**NOTES:** Was back at work at 1250 pm

| 11:14pm | 12:02am | 0.79 | SHOP | |
|---|---|---|---|---|

**NOTES:** Tightened up fittings that were loose

| **August 29, 2023** | | | | **1.22** |
|---|---|---|---|---|
| 7:57am | 9:10am | 1.22 | SHOP | |

**NOTES:** Have to go to dickinsi. To pay my rent

**JUSTIN BACON**     **Aug 5th - 18th, 2023**

### WEEK 1

| Date | Hours | Description | Total |
|------|-------|-------------|-------|
| 8/5/23 | 4.50 | No Description | |
| 8/6/23 | 10.00 | No Description | |
| 8/7/23 | 5.50 | No Description | |
| 8/8/23 | | OFF | |
| 8/9/23 | 8.50 | No Description | |
| 8/10/23 | 5.00 | No Description | |
| 8/11/23 | 4.50 | Weed Eating Cleaning up yard | |

38.00 x $28/hr =                                                               1064.00

### WEEK 2

| Date | Hours | Description | Total |
|------|-------|-------------|-------|
| 8/12/23 | 6.00 | Welded Dump Trail ; Helped Rick on motor | |
| 8/13/23 | | OFF | |
| 8/14/23 | | OFF | |
| 8/15/23 | 8.75 | Separate tires outside shop good and bad piles. Work on F-150 fixed fuel leak on tank.  Hooked up battery charger to F-150. Chained down surface rig. | |
| 8/16/23 | 7.85 | Worked on white F-150. Worked on pressure washer.   Looked over challenger pumps | |
| 8/17/23 | 5.82 | Cleaned/Organized shop | |
| 8/18/23 | 4.74 | No Description | |

33.16 x $28/hr =                                                               928.48

1992.48

# Justin Bacon

08/05/2023 to 08/18/2023

| | Regular | PTO | OT | DT | Total Hours |
|---|---|---|---|---|---|
| | **13.71** | **0.00** | **0.00** | **0.00** | **13.71** |

| Time in | Time out | Duration | | |
|---|---|---|---|---|
| **August 16, 2023** | | | | **3.14** |
| 1:28pm | 4:36pm | 3.14 | SHOP | |
| **NOTES:** Just got app from employer been back to work for 30 min already for morning time it's on invoice #963291 | | | | |
| **August 17, 2023** | | | | **5.82** |
| 7:54am | 11:17am | 3.38 | SHOP | |
| **NOTES:** Lunch break | | | | |
| 1:22pm | 3:49pm | 2.44 | SHOP | |
| **NOTES:** Cleaned and organized shop still alot left to do | | | | |
| **August 18, 2023** | | | | **4.75** |
| 7:45am | 12:14pm | 4.48 | SHOP | |
| **NOTES:** Cleaned shop morning now lunch | | | | |
| 1:13pm | 1:29pm | 0.26 | SHOP | |
| **NOTES:** I'm at the shop working after lunch and it says that I'm still at home i have a witness Rick Q | | | | |

**JUSTIN BACON**                          **Jul 22nd - Aug 4th, 2023**

### WEEK 1

| Date | Hours | Description | Total |
|------|-------|-------------|-------|
| 7/22/23 | | | |
| 7/23/23 | | | |
| 7/24/23 | | | |
| 7/25/23 | 7.00 | | |
| 7/26/23 | 6.50 | | |
| 7/27/23 | 6.50 | | |
| 7/28/23 | 7.00 | | |
| | **27.00** x $28/hr = | | 756.00 |

### WEEK 2

| Date | Hours | Description | Total |
|------|-------|-------------|-------|
| 7/29/23 | | | |
| 7/30/23 | | | |
| 7/31/23 | 4.00 | | |
| 8/1/23 | 8.50 | | |
| 8/2/23 | 6.50 | | |
| 8/3/23 | 2.50 | | |
| 8/4/23 | 2.00 | | |
| | **23.50** x $28/hr = | | 658.00 |

1414.00



SOLD TO: Stark Energy

SHIP TO: Justin Bier

DATE 7-25 - 87

| QUANTITY | | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 7-25 | 1 | 7hrs 8-6 f 10.5hrs | | |
| 7-26 | 2 | 6.5hrs 8-2 f 6 hrs | | |
| 7-27 | 3 | 6.5hrs 8 | | |
| 7-28 | 4 | 7hrs | | |
| 7-31 | 5 | 4hrs | | |
| 8-1 | 6 | 8.5hrs | | |
| 8-2 | 7 | 6.5 hrs | Hours | |
| 8-3 | 8 | 2.5 hrs | Worked | |
| 8-4 | 9 | 2 hrs | 72 hours | |
| 8-5 | 10 | 5hrs | | |

Hi Morgan,

Re: Justin Bacon WC-38575

To say or attempt to argue the point that Claimant had no ability to utilize TSheets is totally false. Claimant was told to from day one (from the first hired on date as he was a rehire to the company) to use, utilize TSheets. Upon his rehire is when he **refused** to utilize the Company's policy of TSheets.

Furthermore, our company has a Strick policy of each employee is to utilize TSheets and Claimants reason for not utilizing it is clear. He felt he could dictate to the Company that Claimant is an exception to company policy. This policy was put in place because employees often scam their employers of fraudulent hours, and this GPS feature makes this attempt at defrauding an employer a bit more difficult.

During Claimant's on/off again employment with our company Claimant has been caught not at the shop when he said he was at the shop working. Furthermore, many tools have come up missing during Claimant's employment when no one had access to the shop but the owner and Claimant.

We cannot trust Claimant. We had taken him back on board, the Company was between a rock and hard place in dire need of a mechanic. But going forward the Company will not stoop that low ever again. We even have a previous leaser who has used the shop state he thought Claimant was stealing tools.

Just because someone states they worked so many hours, does not mean that they did in fact **work** those hours. It is Company policy to turn in hours same day work is performed in TSheets not days or weeks later. This is a policy agreed to by **ALL** upon hire. The language is very clear and concise (copy attached hereto).

Claimant was paid for his work and then some, he was **overpaid** (see attached Cash App Payments of **$5,515.58** in payroll advances, that was previously sent you on Dec 11, 2023). Furthermore, the Company is experiencing extreme hardships from the likes of fraudulent past employees, etc. The owner is working hard to turn this ship around and will not stop until it has been turned around.

With the labor shortage that we are experiencing if the Claimant was such a law abiding and honest person why would he not already be employed? To my knowledge he has stated that he has put in no less than 15+ applications with no luck yet for a job? Why is that? When we did try and employ Claimant he asked for a pay advance practically every day as if it was a day labor job? I'm thinking the pay advances went for addiction problems. As soon as things turn around the Company will be pressing charges against Claimant for the missing tools as well as overpayment.

*Delene Fettig*   12/18/23
Delene Fettig, Office Mgr.
Stark Energy Inc.

**Edmonson, Morgan j.**

| | |
|---|---|
| **From:** | delene fettig █████████ |
| **Sent:** | Wednesday, December 27, 2023 10:29 AM |
| **To:** | Edmonson, Morgan j. |
| **Subject:** | Justin Bacon WC-38575 |
| **Attachments:** | Justin Bacon August.pdf; Justin Bacon October.pdf; Justin Bacon November.pdf; Justin Bacon - Breaks.pdf; Justin Bacon Aug- Nov.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**\*\*\*\*\* CAUTION: This email originated from an outside source. Do not click links or open attachments unless you know they are safe. \*\*\*\*\***

Hi Morgan,

I've processed the handwritten hours that the Claimant has created after the fact.  I also created a single sheet so you can see our pay periods and how the hours fall.

I also included the document on breaks as they are required to take a 30 minute unpaid break.  Sometimes employees take more than 30 minutes.  When they omit documenting the break it is taken out it is company policy and I believe state ruling as well. It is also CLEARLY stated in new hire paperwork on breaks.

I have absolutely nothing for Claimant in TSheets on his rehire.  He refused to use it and when I was being insistent he simply got mad, upset with me and went home for the day.  With no concern of the work that needed to be done.

There was no pay increase that I'm aware of.  If there was to be one it would have been documented and I would have received a copy for the file.  I have no such document.

Thank you.


Delene

# August 2023

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 **2hr x 28.** **$56.00** | 22 **9hrs-.50 = 8.5 x 28.** **$238.00** | 23 **9hrs-.50 = 8.5 x 28.** **$238.00** | 24 **6.25hrs-.50=5.75 x 28.** **$161.00** | 25 **7.25hrs-.50=6.75 x 28.** **$189.00** | 26 |
| 27 **7hrs-.50=6.5 x 28.** **$182.00** | 28 **7hrs-.50=6.5 x 28.** **$182.00** | 29 **8hrs-.50=7.5 x 28.** **$210.00** | 30 **6.25hrs-.50=5.75 x 28.** **$161.00** | 31 | 1 | 2 |

# October 2023

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | 1 | 2 | 3 | 4 |

# November 2023

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 29 | 30 | 31 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 1 | 2 |

**AUG 19th-SEPT 1st**

Week 1          Aug 19- Aug 25          31.50 hrs x $28/hr =  $882.00

Week 2          Aug 26-Sept 1          26.25 hrs x $28/hr = $735.00

**SEPT 2nd-SEPT 15th**

Week 1          Sept 2nd – Sept 8th
Week 2          Sept 9th – Sept 15th

**SEPT 16th-SEPT 29th**

Week 1          Sept 16th -Sept 22nd
Week 2          Sept 23rd – Sept 29th

**SEPT 30th-OCT 13th**

Week 1          Sept 30th-Oct 6th          5.25 hrs x $28/hr = $147.00

Week 2          Oct 7th-Oct 13th          18.25 hrs x $28/hr = $511.00

**OCT 14th-OCT 27TH**

Week 1          Oct 14th – Oct 20th
Week 2          Oct 21st 7-Oct 27th

**OCT 28TH-NOV 10th**

Week 1          Oct 28th – Nov 3rd          18.00 hrs x $28/hr = $504.00

Week 2          Nov 4th – Nov 10th

**NOV 11th – NOV 24TH**

Week 1          Nov 11th – Nov 17th          30.00 hrs x $28/hr = $840.00

Week 2          Nov 18th – Nov 24th          13.00 hrs x $28/hr = $364.00

This is a total here of **$3,983.00**

9

## NOTICE

GOING FORWARD, ALL EMPLOYEES WORKING IN THE SHOP FOR
MORE THEN FIVE HOURS, WILL BE REQUIRED TO TAKE A THIRTY-
MINUNTE BREAK NO EXCEPTIONS.


_____  7-25-23
                           DATE

|  | Date: | Start: | End: | Total: | Mechanic $ 28.00 |  |  | OT Rate |  |
|---|---|---|---|---|---|---|---|---|---|
| Saturday | 7/22/2023 |  |  |  |  | $      - |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  | $      - |  |  |  |  |
| Sunday | 7/23/2023 |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
| Monday | 7/24/2023 |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
| Tuesday | 7/25/2023 |  |  | 7 | $   196.00 |  |  |  |  |
|  |  |  |  |  | $      - |  |  |  |  |
|  |  |  |  |  |  | $      - |  |  |  |
| Wednesday | 7/26/2023 |  |  | 6.5 | $   182.00 |  |  |  |  |
|  |  |  |  |  | $      - |  |  |  |  |
|  |  |  |  |  |  | $      - |  |  |  |
| Thursday | 7/27/2023 |  |  | 6.5 | $   182.00 |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
| Friday | 7/28/2023 |  |  | 7 | $   196.00 |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | $      - |  |  | Total: |
|  |  |  |  | 27 | $   756.00 | $      - | $   - | $   - | $   756.00 |

|  | Date: | Start: | End: | Total: | Mechanic $ 28.00 |  |  | OT Rate |  |
|---|---|---|---|---|---|---|---|---|---|
| Saturday | 7/29/2023 |  |  |  | $      - |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
| Sunday | 7/30/2023 |  |  |  | $      - |  |  |  |  |
|  |  |  |  |  |  | $      - |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
| Monday | 7/31/2023 |  |  | 4 | $   112.00 | $      - |  |  |  |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| Tuesday | 8/1/2023 | | | 8.5 | $ | 238.00 | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Wednesday | 8/2/2023 | | | 6.5 | $ | 182.00 | | | | | | | |
| | | | | | | $ | - | | | | | | |
| Thursday | 8/3/2023 | | | 2.5 | $ | 70.00 | | | | | | | |
| | | | | | | | | | | | | | |
| Friday | 8/4/2023 | | | 2 | $ | 56.00 | | | | | | | |
| | | | | | | | | | | | | | **Total:** |
| | | | | 23.5 | $ | 658.00 | $ | - | $ | - | $ | - | $ | **658.00** |

| | | | | Mechanic | | | | OT Rate | |
|---|---|---|---|---|---|---|---|---|---|
| | Date: | Start: | End: | Total: | $ | 28.00 | | $ | 14.00 |
| Saturday | 8/5/2023 | | | 5 | $ | 140.00 | | | |
| | | | | | | | | | |
| Sunday | 8/6/2023 | | | 10.5 | $ | 294.00 | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Monday | 8/7/2023 | | | 6 | $ | 168.00 | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Tuesday | 8/8/2023 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Wednesday | 8/9/2023 | | | 9 | $ | 252.00 | | | |
| | | | | | | | | | |
| Thursday | 8/10/2023 | | | 5.5 | $ | 154.00 | | | |

| Day | Date | Start | End | Total | $ | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Friday | 8/11/2023 | | | 5 | $ 140.00 | | | | | | |
| | | | | | | | | | | | Total: |
| | | | | 41 | $ 1,148.00 | $ - | $ - | $ 14.00 | | $ 1,162.00 | |

| | Date: | Start: | End: | Total: | $ 28.00 | Mechanic | | OT Rate | |
|---|---|---|---|---|---|---|---|---|---|
| Saturday | 8/12/2023 | | | 6 | $ 168.00 | | | | |
| | | | | | | | | | |
| Sunday | 8/13/2023 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Monday | 8/14/2023 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Tuesday | 8/15/2023 | | | 8.75 | $ 245.00 | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Wednesday | 8/16/2023 | 1:28 PM | 4:26 PM | 7.85 | $ 219.80 | | | | |
| | | | | | | | | | |
| Thursday | 8/17/2023 | 7:54 AM | 11:17 AM | 3.38 | $ 94.64 | | | | |
| | | 1:22 PM | 3:49 PM | 2.45 | $ 68.60 | | | | |
| Friday | 8/18/2023 | 7:45 AM | 12:14 PM | 4.48 | $ 125.44 | | | | |
| | | 1:13 PM | 1:29 PM | 0.27 | $ 7.56 | | | | Total: |
| | | | | 33.18 | $ 929.04 | $ - | $ - | $ - | $ 929.04 |

| | Date: | Start: | End: | Total: | $ 28.00 | Mechanic | | OT Rate | |
|---|---|---|---|---|---|---|---|---|---|
| Saturday | 8/19/2023 | 7:47 AM | 8:30 AM | 0.72 | $ 20.16 | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | Date | Start | End | Total | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sunday | 8/20/2023 | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Monday | 8/21/2023 | 8:06 AM | 10:16 AM | 2.17 | $ | 60.76 | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Tuesday | 8/22/2023 | | | 9 | $ | 252.00 | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Wednesday | 8/23/2023 | 8:00 AM | 11:09 AM | 9 | $ | 252.00 | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Thursday | 8/24/2023 | 8:12 AM | 11:03 AM | 2.85 | $ | 79.80 | | | | | | | | | |
| | | 11:53 AM | 3:20 PM | 3.45 | $ | 96.60 | | | | | | | | | |
| Friday | 8/25/2023 | 7:57 AM | 11:35 AM | 3.63 | $ | 101.64 | | | | | | | | | |
| | | 12:27 PM | 4:05 PM | 3.63 | $ | 101.64 | | | | | | | | | Total: |
| | | | | 34.45 | $ | 964.60 | $ | - | $ | - | $ | - | $ | 964.60 | |

| | Date: | Start: | End: | Total: | Mechanic $ | 28.00 | | | OT Rate | |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | 8/26/2023 | | | | $ | - | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Sunday | 8/27/2023 | | | 7 | $ | 196.00 | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Monday | 8/28/2023 | 7:51 AM | 12:21 PM | 4.5 | $ | 126.00 | | | | |
| | | 1:30 PM | 3:28 PM | 1.97 | $ | 55.16 | | | | |
| | | 11:14 PM | 12:02 AM | 0.8 | $ | 22.40 | | | | |
| | | | | | | | | | | |
| Tuesday | 8/29/2023 | 7:57 AM | 9:10 AM | 8 | $ | 224.00 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| Wednesday | 8/30/2023 | | | 6.25 | $ 175.00 |
| Thursday | 8/31/2023 | | | | |
| Friday | 9/1/2023 | | | | |
| | | | | | Total: |

| | 28.52 | $ 798.56 | $ - | $ - | $ - | $ 798.56 |
|---|---|---|---|---|---|---|
| | | Mechanic | | | OT Rate | |

| | Date: | Start: | End: | Total: | $ 28.00 | |
|---|---|---|---|---|---|---|
| Saturday | 9/2/2023 | | | | $ - | |
| Sunday | 9/3/2023 | | | | | |
| | | | | | | |
| Monday | 9/4/2023 | | | | | |
| | | | | | | |
| | | | | | | |
| Tuesday | 9/5/2023 | | | | | |
| | | | | | | |
| | | | | | | |
| Wednesday | 9/6/2023 | | | | | |
| Thursday | 9/7/2023 | | | | | |
| Friday | 9/8/2023 | | | | | |

Total:

| | 0 | $ - | $ - | $ - | $ - | $ - |

|  |  |  |  |  | Mechanic |  | OT Rate |  |
|---|---|---|---|---|---|---|---|---|
|  | Date: | Start: | End: | Total: | $ 28.00 |  |  |  |
| Saturday | 9/9/2023 |  |  |  | $ - |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| Sunday | 9/10/2023 |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| Monday | 9/11/2023 |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| Tuesday | 9/12/2023 |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| Wednesday | 9/13/2023 |  |  |  |  |  |  |  |
| Thursday | 9/14/2023 |  |  |  |  |  |  |  |
| Friday | 9/15/2023 |  |  |  |  |  |  |  |
|  |  |  |  | 0 | $ - | $ - | $ - | $ - |

**Total:** $ -

|  |  |  |  |  | Mechanic |  | OT Rate |  |
|---|---|---|---|---|---|---|---|---|
|  | Date: | Start: | End: | Total: | $ 28.00 |  |  |  |
| Saturday | 9/16/2023 |  |  |  | $ - |  |  |  |
|  |  |  |  |  |  |  |  |  |
| Sunday | 9/17/2023 |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

| | | | | |
|---|---|---|---|---|
| | | | | |
| Monday | 9/18/2023 | | | |
| | | | | |
| | | | | |
| | | | | |
| Tuesday | 9/19/2023 | | | |
| | | | | |
| | | | | |
| | | | | |
| Wednesday | 9/20/2023 | | | |
| | | | | |
| Thursday | 9/21/2023 | | | |
| | | | | |
| Friday | 9/22/2023 | | | |
| | | | | |

0 | $ - | $ - | $ - | $ - | **Total:** $ -

| | Date: | Start: | End: | Total: | Mechanic $ 28.00 | | | OT Rate |
|---|---|---|---|---|---|---|---|---|
| Saturday | 9/23/2023 | | | | $ - | | | |
| | | | | | | | | |
| | | | | | | | | |
| Sunday | 9/24/2023 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Monday | 9/25/2023 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Tuesday | 9/26/2023 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | Date: | Start: | End: | Total: | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Wednesday | 9/27/2023 | | | | | | | | |
| Thursday | 9/28/2023 | | | | | | | | |
| Friday | 9/29/2023 | | | | | | | | |
| | | | | 0 | $ - | $ - | $ - | $ - | Total: $ - |

| | | | | | Mechanic | | | OT Rate | |
|---|---|---|---|---|---|---|---|---|---|
| | Date: | Start: | End: | Total: | $ 28.00 | | | | |
| Saturday | 9/30/2023 | | | | $ - | | | | |
| Sunday | 10/1/2023 | | | | | | | | |
| Monday | 10/2/2023 | | | | | | | | |
| Tuesday | 10/3/2023 | | | | | | | | |
| Wednesday | 10/4/2023 | | | | | | | | |
| Thursday | 10/5/2023 | | | | | | | | |
| Friday | 10/6/2023 | | | 5.75 | $ 161.00 | | | | |
| | | | | 5.75 | $ 161.00 | $ - | $ - | $ - | Total: $ 161.00 |

| | Date: | Start: | End: | Total: | Mechanic | | | OT Rate | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | $      28.00 | | | | |
| Saturday | 10/7/2023 | | | 8.25 | $      231.00 | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Sunday | 10/8/2023 | | | 4 | $      112.00 | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Monday | 10/9/2023 | | | 7 | $      196.00 | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Tuesday | 10/10/2023 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Wednesday | 10/11/2023 | | | | | | | | |
| | | | | | | | | | |
| Thursday | 10/12/2023 | | | | | | | | |
| | | | | | | | | | |
| Friday | 10/13/2023 | | | | $      - | | | | |
| | | | | | | | | | |
| | | | | 19.25 | $      539.00 | $      - | $      - | $      - | **Total:** |
| | | | | | | | | | **$   539.00** |

| | Date: | Start: | End: | Total: | Mechanic | | | OT Rate | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | $      28.00 | | | | |
| Saturday | 10/14/2023 | | | | $      - | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Sunday | 10/15/2023 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Monday | 10/16/2023 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Tuesday | 10/17/2023 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Wednesday | 10/18/2023 | | | | |
| | | | | | |
| Thursday | 10/19/2023 | | | | |
| | | | | | |
| Friday | 10/20/2023 | | | | |
| | | | | | |

0 | $ - | $ - | $ - | $ - | **$ -** | **Total:**

| | | | | Mechanic | | | OT Rate |
|---|---|---|---|---|---|---|---|
| | Date: | Start: | End: | Total: | $ 28.00 | | |
| Saturday | 10/21/2023 | | | | $ - | | |
| | | | | | | | |
| Sunday | 10/22/2023 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Monday | 10/23/2023 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Tuesday | 10/24/2023 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Wednesday | 10/25/2023 | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Thursday | 10/26/2023 | | | | | | | | | |
| Friday | 10/27/2023 | | | | | | | | | |
| | | | | 0 | $    - | $    - | $  - | $  - | **Total:** | $    - |

| | | | | Mechanic | | | OT Rate | |
|---|---|---|---|---|---|---|---|---|
| | Date: | Start: | End: | Total: | $   28.00 | | | |
| Saturday | 10/28/2023 | | | | $    - | | | |
| | | | | | | | | |
| Sunday | 10/29/2023 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Monday | 10/30/2023 | 12:00 PM | 7:00 PM | 7 | $   196.00 | | | |
| | | | | | | | | |
| Tuesday | 10/31/2023 | 7:00 AM | 7:00 PM | 12 | $   336.00 | | | |
| | | | | | | | | |
| | | | | | | | | |
| Wednesday | 11/1/2023 | | | | | | | |
| Thursday | 11/2/2023 | | | | | | | |
| Friday | 11/3/2023 | | | | | | | |
| | | | | 19 | $   532.00 | $    - | $  - | $  - |

Total: $ 532.00

Mechanic                    OT Rate

| | Date: | Start: | End: | Total: | $    28.00 | | | |
|---|---|---|---|---|---|---|---|---|
| Saturday | 11/4/2023 | | | | $    - | | | |
| | | | | | | | | |
| Sunday | 11/5/2023 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Monday | 11/6/2023 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Tuesday | 11/7/2023 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Wednesday | 11/8/2023 | | | | | | | |
| | | | | | | | | |
| Thursday | 11/9/2023 | | | | | | | |
| | | | | | | | | |
| Friday | 11/10/2023 | | | | | | | |
| | | | | 0 | $    - | $    - | $    - | $    - |

**Total:** $    -

| | | | Mechanic | | | | OT Rate | |
|---|---|---|---|---|---|---|---|---|
| | Date: | Start: | End: | Total: | $    28.00 | | | |
| Saturday | 11/11/2023 | | | | $    - | | | |
| | | | | | | | | |
| Sunday | 11/12/2023 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Monday | 11/13/2023 | | | | | | | |

| Day | Date | Start | End | Total | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Tuesday | 11/14/2023 | 5:00 PM | 2:00 AM | 9 | $ | 252.00 | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Wednesday | 11/15/2023 | 9:00 AM | 4:30 PM | 7.5 | $ | 210.00 | | | | | | | | | |
| | | | 5:00 PM | 7:30 PM | 2.5 | $ | 70.00 | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Thursday | 11/16/2023 | 8:00 AM | 11:30 AM | 3.5 | $ | 98.00 | | | | | | | | | |
| | | | 12:30 PM | 3:00 PM | 2.5 | $ | 70.00 | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Friday | 11/17/2023 | 8:00 AM | 11:00 AM | 3 | $ | 84.00 | | | | | | | | | |
| | | | 1:00 PM | 3:30 PM | 2.5 | $ | 70.00 | | | | | | | | | **Total:** |
| | | | | | 30.5 | $ | 854.00 | $ | - | $ | - | $ | - | $ | **854.00** |

| | Date: | Start: | End: | Total: | Mechanic $ 28.00 | | | OT Rate |
|---|---|---|---|---|---|---|---|---|
| Saturday | 11/18/2023 | 8:00 AM | 1:00 PM | 5 | $ | 140.00 | | |
| | | | | | | | | |
| | | | | | | | | |
| Sunday | 11/19/2023 | 8:00 AM | 1:30 PM | 5.5 | $ | 154.00 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Monday | 11/20/2023 | 8:00 AM | 11:30 AM | 3.5 | $ | 98.00 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Tuesday | 11/21/2023 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Wednesday | 11/22/2023 | | | | |
| | | | | | |
| Thursday | 11/23/2023 | | | | |
| | | | | | |
| Friday | 11/24/2023 | | | | |
| | | | | | Total: |
| | | 14 | $ 392.00 | $ - | $ - | $ - | $ 392.00 |

| | |
|---|---|
| Total Wages Earned | $ 7,746.20 |
| Total Wages Paid | $ 5,515.58 |
| Wages Due | $ 2,230.62 |

(Per ER) Advances:

| $ | 361.00 |
|---|---|
| $ | 200.00 |
| $ | 100.00 |
| $ | 400.00 |
| $ | 300.00 |
| $ | 500.00 |
| $ | 50.00 |
| $ | 300.00 |
| $ | 300.00 |
| $ | 150.00 |
| $ | 150.00 |
| $ | 1,523.35 |
| $ | 150.00 |
| $ | 131.23 |
| $ | 500.00 |
| $ | 200.00 |
| $ | 200.00 |
| **$** | **5,515.58** |

**Payroll Advances (Per EE's screenshots)**

| Date | Amount |
|---|---|
| 24-Nov | 361 |
| 22-Nov | 200 |
| 18-Dec | 100 |
| 17-Nov | 400 |
| 16-Nov | 300 |
| 14-Nov | 500 |
| 31-Oct | 50 |
| 20-Oct | 300 |
| 16-Oct | 300 |
| 7-Oct | 150 |
| 5-Oct | 150 |
| 28-Aug | 1523.35 |
| 19-Aug | 150 |
| 15-Aug | 131.23 |
| 14-Aug | 500 |
| 28-Jul | 200 |
| 26-Jul | 200 |
| | $ 5,515.58 |