# NORTH Dakota | Labor and Human Rights
Be Legendary.™

January 3, 2024

Stark Energy, Inc.
1860 4th Ave E
Dickinson, ND 58601

Re:  Claim # WC-38575
     BACON v STARK ENERGY INC

Dear Stark Energy, Inc.:

A determination of merit has been made that Stark Energy, Inc. owes Justin Bacon $2,230.62 (gross) for unpaid wages and $6,720.00 in penalty wages for a total amount due to the claimant of $8,950.62.  A copy of the wage claim determination is enclosed for your review and a copy will be furnished to the employee.  Copies of the exhibits are available upon request.

An employer may withhold required state and federal deductions.  In addition, a check stub or pay voucher must be furnished indicating the dates worked, hours worked, the rate of pay, the amounts deducted and description of any deductions.  A check stub or pay voucher is required regardless of whether deductions are made.

The payment of  $8,950.62 (gross) must reach the North Dakota Department of Labor and Human Rights **by 1/17/2024** or the claim may be turned over to the North Dakota Office of the Attorney General to effect compliance with the provisions of the law.

Please **make the check payable to the claimant** (Justin Bacon) and send it to:

   North Dakota Department of Labor and Human Rights
   Attn:  Morgan E.
   600 E. Boulevard Avenue Dept. 406
   Bismarck ND 58505-0340

Sincerely,

*Morgan Edmon*

Morgan E.
Compliance Investigator

Enclosures

Cc: Justin  Bacon

Doug Burgum            Nathan Svihovec
Governor               Commissioner

600 E Boulevard Ave., Dept. 406  |  Bismarck, ND 58505  |  labor@nd.gov  |  www.nd.gov/labor
PHONE: 701-328-2660  |  TOLL-FREE: 1-800-582-8032  |  ND RELAY TTY: 1-800-366-6888  |  VOICE: 1-800-366-6889  |  FAX: 701-328-2031