UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Stark Energy, Inc.                                              Bankr. No. 24-30168

      Debtor.                                                      Chapter 11

---

## MOTION TO APPEAR BY VIDEO CONFERENCE

---

      Sarah J. Wencil, Trial Attorney for the U.S. Trustee, respectively moves this Court to enter an order under Local Rule 5001-1 allowing her to appear by video conference on Wednesday, October 16, 2024 at 10:00 a.m. on the Confirmation Hearing on First Amended Chapter 11 Small Business Subchapter V Plan (Doc. 176).

      1.      The U.S. Trustee has a pending objection.

      2.      Travel to Fargo, North Dakota would be unduly burdensome and expensive.

      WHEREFORE, Counsel requests that she be allowed to appear by video conference.

Dated: October 9, 2024                        MARY R. JENSEN
                                                  ACTING U.S. TRUSTEE REGION 12

                                                  /s/ Sarah J. Wencil
                                                  Sarah J. Wencil
                                                  Office of the U.S. Trustee
                                                  Suite 1015 U.S. Courthouse
                                                  300 South Fourth St.
                                                  Minneapolis, MN 55415
                                                  Telephone: (612) 334-1366
                                                  Sarah.J.Wencil@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

**In re:**

**Stark Energy, Inc.**                                      Bankr. No. 24-30168

    **Debtor.**                                              Chapter 11

---

**CERTIFICATE OF SERVICE**

---

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:   October 9, 2024

                                                                /s/ Sarah J. Wencil
                                                                Sarah J. Wencil