UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Stark Energy, Inc. | ) | Case No. 24-30168 |
| | ) | |
| | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| Debtor, | ) | |

MOTION TO APPEAR BY VIDEO CONFERENCE

Thomas J. Kapusta, Subchapter V Trustee, respectively moves this Court to enter an order under Local Rule 5001-2 allowing him to appear via video conference at the Plan Confirmation Hearing for First Amended Chapter 11 Small Business Subchapter V Plan (Doc. 176) scheduled for Wednesday, October 16, 2024 at 10:00 A.M.

Travel to North Dakota would be unduly burdensome and costly plus Trustee will be out of state.

Trustee concurs with the pending objection filed by the United States Trustee Office.

WHEREFORE, Trustee requests that he be allowed to appear via video conference.

Dated: October 9, 2024

Signed: s/Thomas J. Kapusta

Thomas J. Kapusta
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
email: tkapusta@aol.com
Sub Chapter V Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Stark Energy, Inc. | ) | Case No. 24-30168 |
| | ) | |
| | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| Debtor, | ) | |

**CERTIFICATE OF SERVICE**

Thomas Kapusta, Subchapter V Trustee, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:  October 9, 2024

/s/ Thomas Kapusta
Thomas Kapusta
