(12/11)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

EXHIBIT LIST FOR UNITED STATES TRUSTEE

Bankruptcy Case No: 24-30168			Bankruptcy Case Title:
						<u>Stark Energy, Inc.</u>

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UST1 | | FETTIG | August MOR Doc. 175 | M | | | | | | | | |
| UST 2 | | FETTIG | July MOR Doc. 165 | M | | | | | | | | |
| UST 3 | | FETTIG | June MOR Doc. 147 | M | | | | | | | | |
| UST 4 | | FETTIG | Partial Apr/May MOR Doc. 89 | M | | | | | | | | |
| UST 5 | | FETTIG | Profit Loss Statement Doc. 14 | M | | | | | | | | |
| UST 6 | | FETTIG | Balance Sheet Doc. 15 | M | | | | | | | | |
| UST 7 | | FETTIG | Schedules and Statements Doc. 27 | M | | | | | | | | |

\* - O – Original Record & Authenticity Only

\* - A - Admitted into Evidence for all purposes

§ - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____