# UST EXHIBIT 1

**Fill in this information to identify the case:**

Debtor Name  Stark Energy, Inc.

United States Bankruptcy Court for the: District of North Dakota

Case number: 24-30168

☐ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:  August 2024

Line of business:  Support Activity for Mining

Date report filed:  09/20/2024
MM / DD / YYYY

NAISC code:  2131

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:

Original signature of responsible party

Printed name of responsible party

Robert Fettig

Robert Fettig

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A._** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B._** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | Stark Energy, Inc. | | Case number | 24-30168 |
|---|---|---|---|---|

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 1,208.87

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 13,004.02

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 11,899.81

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 1,104.21

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 2,313.08

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ 0.00

Debtor Name  Stark Energy, Inc.                           Case number  24-30168



## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                $   48,538.53

    *(Exhibit F)*



## 5. Employees

26. What was the number of employees when the case was filed?                    2

27. What is the number of employees as of the date of this monthly report?        3

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $   1,500.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?        $   4,500.00

30. How much have you paid this month in other professional fees?        $   0.00

31. How much have you paid in total other professional fees since filing the case?        $   0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 27,300.00 | — | $ 13,004.02 | = | $ 14,295.98 |
| 33. **Cash disbursements** | $ 21,500.00 | — | $ 11,899.81 | = | $ 9,600.19 |
| 34. **Net cash flow** | $ 5,800.00 | — | $ 1,104.21 | = | $ 4,695.79 |

35. Total projected cash receipts for the next month:        $   48,000.00

36. Total projected cash disbursements for the next month:        – $   40,000.00

37. Total projected net cash flow for the next month:        = $   8,000.00

Debtor Name  Stark Energy, Inc.                                    Case number  24-30168

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.

**EXHIBIT C**

| DATE | RECEIVED FROM | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 8/1/24 | FETTIG EQUIPMENT | 2500.00 | Aug Shop Rent |
| 8/6/24 | RIVIERA | 4876.75 | Non Factored Continental S-1306, S-1307, S-1308, S-1309 |
| 8/15/24 | RIVIERA | 1008.10 | Non Factored Continental S-1310 |
| 8/15/24 | WOLLA TRUCKING | 365.17 | Sand Hauling July 15-31st |
| 8/23/24 | RIVIERA | 754.00 | Non Factored Continental S-1311 |
| 8/27/24 | FETTIG EQUIPMENT | 3500.00 | Sept Shop Rent |

**$13,004.02**

| DATE | PAYEE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 8/1/24 | Home of Economy | 27.21 | |
| 8/1/24 | Mudflap | 150.00 | Fuel |
| 8/1/24 | Mudflap | 295.72 | Fuel |
| 8/1/24 | TK Enterprises, LLC | 1500.00 | Retainer Fee |
| 8/5/24 | Preble Medical | 62.10 | DOT Drug Testing |
| 8/5/24 | Mudflap | 69.31 | Fuel |
| 8/5/24 | Mudflap | 79.18 | Fuel |
| 8/5/24 | Consolidated | 170.95 | Internet |
| 8/6/24 | Preble Medical | 62.10 | DOT Drug Testing |
| 8/7/24 | Walmart | 6.97 | |
| 8/7/24 | Arco Bayside | 66.12 | |
| 8/7/24 | Runnings | 84.61 | |
| 8/7/24 | Dan's Conoco | 93.81 | Fuel |
| 8/8/24 | Northwest Tire | 46.82 | Repair/Maintenance |
| 8/8/24 | Dan's Conoco | 66.35 | Fuel |
| 8/8/24 | Cenex Farstad | 87.84 | Fuel |
| 8/9/24 | Perkins | 27.89 | Travel Meal/Beverage |
| 8/9/24 | Total Safety | 65.85 | Safety Equipment |
| 8/9/24 | Mudflap | 87.33 | Fuel |
| 8/9/24 | Mudflap | 306.50 | Fuel |
| 8/9/24 | United Fin Cas Ins | 1409.61 | Insurance |
| 8/12/24 | Culvers | 29.12 | Travel Meal/Beverage |
| 8/12/24 | Sunoco | 59.11 | Fuel |
| 8/12/24 | Kwik Trip | 62.93 | Fuel |
| 8/12/24 | Exxon | 67.78 | Fuel |
| 8/12/24 | Sunoco | 75.00 | Fuel |
| 8/12/24 | Intuit | 200.00 | |
| 8/13/24 | Northwest Tire | 168.95 | Repair/Maintenance |
| 8/13/24 | K & M Tire | 983.94 | Repair/Maintenance |
| 8/14/24 | Allstate Peterbilt | 101.43 | Repair/Maintenance |
| 8/15/24 | Exxon | 46.96 | Fuel |
| 8/15/24 | Jamestown I-94 | 64.74 | Fuel |
| 8/15/24 | Mudflap | 88.47 | Fuel |
| 8/15/24 | Cornerstone/Bank Fee | 15.00 | Incoming Wire Fee |
| 8/16/24 | Mudflap | 90.57 | Fuel |
| 8/19/24 | Love's | 6.13 | Travel Meal/Beverage |
| 8/19/24 | Walmart | 15.93 | Repair/Maintenance |
| 8/19/24 | Cenex Tri Energy | 55.14 | Fuel 51.96; Travel Meal/Beverage 3.18 |
| 8/19/24 | Runnings | 76.66 | Repair/Maintenance |
| 8/19/24 | Mudflap | 84.21 | Fuel |
| 8/19/04 | Brake Time | 85.66 | Fuel |
| 8/19/24 | Mudflap | 241.22 | Fuel |
| 8/19/24 | Mudflap | 300.00 | Fuel |
| 8/20/24 | ND Secretary of State | 145.00 | |
| 8/20/24 | ND Secretary of State | 170.00 | |

| Date | Vendor | Amount | Description |
|---|---|---|---|
| 8/22/24 | Subway | 13.96 | Travel/Meal/Beverage |
| 8/22/24 | Mudflap | 72.89 | Fuel |
| 8/26/24 | Mudflap | 70.85 | Fuel |
| 8/26/24 | Mudflap | 74.47 | Fuel |
| 8/26/24 | Mudflap | 75.45 | Fuel |
| 8/26/24 | Mudflap | 76.83 | Fuel |
| 8/26/24 | Mudflap | 127.34 | Fuel |
| 8/26/24 | Mudflap | 146.67 | Fuel |
| 8/26/24 | Mudflap | 300.00 | Fuel |
| 8/26/24 | Mudflap | 350.00 | Fuel |
| 8/26/24 | Cenex United | 380.00 | Fuel |
| 8/27/24 | Superpumper | 36.84 | Fuel |
| 8/27/24 | Northwest Tire | 63.82 | Repair/Maintenance |
| 8/27/24 | O'Reily | 123.93 | Repair/Maintenance |
| 8/27/24 | Charbonneau | 274.18 | Repair/Maintenance |
| 8/27/24 | Mudflap | 307.61 | Fuel |
| 8/27/24 | ACHIVR VISB | 376.13 | Cell Phone |
| 8/28/24 | Spruce Valley | 58.20 | Payroll Services |
| 8/28/24 | Spruce Valley | 393.67 | Impound Tax |
| 8/30/24 | Mudflap | 90.95 | Fuel |
| 8/30/24 | Mudflap | 114.70 | Fuel |
| 8/30/24 | Mudflap | 350.00 | Fuel |
| 8/30/24 | Cornerstone/Bank Fee | 2.00 | Service Charge |

**$11,899.81**

## EXHIBIT F

| CUSTOMER | DATE OF SERVICE | CHARGE FOR SERVICE |
|---|---|---|
| Wolla | 8/1/24 | 1864.19 |
| | 8/2/24 | 580.21 |
| | 8/3/24 | 2083.50 |
| | 8/4/24 | 2482.76 |
| | 8/5/24 | 2488.00 |
| | 8/8/24 | 689.67 |
| | 8/9/24 | 1105.44 |
| | 8/17/24 | 1759.16 |
| | 8/18/24 | 1737.94 |
| | 8/19/24 | 2815.10 |
| | 8/20/24 | 2299.94 |
| | 8/21/24 | 1694.19 |
| | 8/22/24 | 2270.11 |
| | 8/23/24 | 2409.34 |
| | 8/24/24 | 4182.87 |
| | 8/25/24 | 2385.92 |
| | 8/26/24 | 3982.19 |
| | 8/27/24 | 3614.08 |
| | 8/28/24 | 1823.39 |
| | 8/29/24 | 2409.36 |
| | 8/30/24 | 1801.46 |
| | 8/31/24 | 2059.71 |

48538.53

**CORNERSTONE BANK**
3095 15TH STREET W
DICKINSON ND 58601

*Statement Ending 08/30/2024*

**STARK ENERGY INC**
**Customer Number: XXXXXXXX245**

Page 1 of 6

**RETURN SERVICE REQUESTED**

## For Customer Service:

| | | |
|---|---|---|
| (icon) | Customer Service: | 701-456-0700<br>1-888-297-2100 |
| (icon) | Online: | www.cornerstonebanks.net |
| (icon) | Mobile Banking: | www.cornerstonebanks.net |
| (icon) | Mail: | 3095 15th Street West<br>Dickinson, ND 58601 |

**STARK ENERGY INC**
**1860 4TH AVE E**
**DICKINSON ND 58601-3362**

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY EASY BUSINESS | XXXXXXXXX245 | $2,313.08 |

## SIMPLY EASY BUSINESS - XXXXXXXXX245

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/01/2024 | Beginning Balance | $1,208.87 |
| | 6 Credit(s) This Period | $13,004.02 |
| | 68 Debit(s) This Period | $11,899.81 |
| 08/30/2024 | Ending Balance | $2,313.08 |
| | Service Charges | $2.00 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 08/01/2024 | DEPOSIT | $2,500.00 |
| 08/27/2024 | DEPOSIT | $3,500.00 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 08/06/2024 | RIVIERA FINANCE CORP PAY CHSTA015 | $4,876.75 |
| 08/15/2024 | RIVIERA FINANCE CORP PAY CHSTA015 | $1,008.10 |
| 08/23/2024 | RIVIERA FINANCE CORP PAY CHSTA015 | $754.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 08/15/2024 | Incoming Wire 78314446 WOLLA TRUCKING, LLC | $365.17 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 08/01/2024 | XX8795 POS PURCHASE AT 07/31 10:51 HOME OF ECONOMY- WATFORD CITY ND 42003566 629 | $27.21 |
| 08/01/2024 | XX8795 POS PURCHASE AT 07/31 06:58 MUDFLAP FU* 07/3 PALO ALTO CA 15696780 201516 | $150.00 |
| 08/01/2024 | XX8795 POS PURCHASE AT 07/31 07:35 MUDFLAP FU* 07/3 PALO ALTO CA 18466967 496372 | $295.72 |
| 08/05/2024 | XX8795 POS PURCHASE AT 08/02 12:02 PREBLE MEDICAL S MANDAN ND 17181631 297474 | $62.10 |
| 08/05/2024 | XX8795 POS PURCHASE AT 08/02 10:22 MUDFLAP FU* 08/0 PALO ALTO CA 26835730 473703 | $69.31 |


Member
FDIC
EQUAL HOUSING LENDER

Case 24-30668 Doc 89-1 Filed 09/26/24 Entered 09/26/24 10:29:22 Desc Exhibit
UST Document MOR Page 10 of 14 Page 11 of 15

STARK ENERGY INC     XXXXXXXXX245     Statement Ending 08/30/2024     Page 2 of 6

# INFORMATION FOR OUR CUSTOMERS

## HOME EQUITY LINE OF CREDIT /
## PERSONAL LINE OF CREDIT / OVERDRAFT PROTECTION

### Method Used to Determine the Balance On Which Interest Will Be Computed

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new purchases/ advances/ fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### What To Do If You Think You Find A Mistake on Your Statement

If you think there is an error on your statement, write us at Cornerstone Bank, 2280 45th Street South, Fargo, ND 58104. You may also contact us on the web at www.cornerstonebanks.net.

In your letter, give us the following information:

- *Account Information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that account.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### Your Rights if You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state within 100 miles of your current mailing address, and the purchase price must have been more than $50 (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services).
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at Cornerstone Bank, 2280 45th Street South, Fargo, ND 58104. You may also contact us on the web at www.cornerstonebanks.net.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## CONSUMER ELECTRONIC TRANSFERS

### In Case of Errors or Questions About Consumer Electronic Transfers

Please telephone or write your local office listed on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

In your letter, give us the following information:

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (5 business days if the transfer involved a point-of-sale transaction and 20 business days if the transfer involved a new account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK WITH YOUR STATEMENT

### CHECKS OUTSTANDING

| NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL OUTSTANDING** | |

CARRY OVER →

1. In your checkbook enter the interest earned on your account (if applicable) as it appears on the front of this statement.
2. Verify that checks are charged on statement for amount drawn.
3. Be sure that service charge (if any) or authorized deductions shown on this statement have been deducted from your checkbook balance.
4. Verify that all deposits have been credited for the same amount as on your records.
5. Be sure that all checks outstanding on previous statement have been included in this statement (otherwise, they are still outstanding).
6. Check off on the stubs of your checkbook each of the checks paid by us.
7. Make a list of the number and amounts of those checks still outstanding in the space provided at the left.

| | | |
|---|---|---|
| 8. ENTER FINAL BALANCE AS PER STATEMENT | | |
| 9. ADD ANY DEPOSITS NOT CREDITED | | |
| 10. TOTAL | | |
| 11. SUBTRACT CHECKS OUTSTANDING | | |
| 12. BALANCE SHOULD AGREE WITH YOUR CHECKBOOK | | |

**CORNERSTONE BANK**

*Statement Ending 08/30/2024*

STARK ENERGY INC
Customer Number: XXXXXXXXX245

Page 3 of 6

## SIMPLY EASY BUSINESS - XXXXXXXXX245 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 08/05/2024 | XX8795 POS PURCHASE AT 08/03 10:31 MUDFLAP FU* 08/0 PALO ALTO CA 23298618 306383 | $79.18 |
| 08/05/2024 | Consolidated Tel SIGONFILE TC93WN | $170.95 |
| 08/06/2024 | XX8795 POS PURCHASE AT 08/05 09:01 PREBLE MEDICAL S MANDAN ND 83288102 414651 | $62.10 |
| 08/07/2024 | XX8795 POS PURCHASE AT 08/07 10:59 WM SUPERCENTER # DICKINSON ND 15670014 085041 | $6.97 |
| 08/07/2024 | XX8795 POS PURCHASE AT 08/05 23:05 ARCO BAYSIDE MANDAN ND 07228274 676595 | $66.12 |
| 08/07/2024 | XX8795 POS WITHDRAWAL. 08/07 15:03 RUNNINGS OF DICK DICKINSON ND 00514162 422038 | $84.61 |
| 08/07/2024 | XX8795 POS PURCHASE AT 08/06 14:35 CONOCO - DANS IN BELFIELD ND 15560205 923363 | $93.81 |
| 08/08/2024 | XX8795 POS PURCHASE AT 08/07 16:45 NORTHWEST TIRE # DICKINSON ND 70442697 659005 | $46.82 |
| 08/08/2024 | XX8795 POS PURCHASE AT 08/07 16:42 CONOCO - DANS IN BELFIELD ND 45346091 502961 | $66.35 |
| 08/08/2024 | XX8795 POS PURCHASE AT 08/08 17:46 CENEX FARSTAD OI TOWER CITY ND 63717801 77086 | $87.84 |
| 08/09/2024 | XX8795 POS PURCHASE AT 08/08 22:12 PERKINS RESTAURA MONTICELLO MN 08545757 42220 | $27.89 |
| 08/09/2024 | XX8795 POS PURCHASE AT 08/07 17:17 TOTAL SAFETY HOUSTON TX 00345983 960005 | $65.85 |
| 08/09/2024 | XX8795 POS PURCHASE AT 08/09 00:51 MUDFLAP FU* 08/0 PALO ALTO CA 13834929 331528 | $87.33 |
| 08/09/2024 | XX8795 POS PURCHASE AT 08/08 19:00 MUDFLAP FU* 08/0 PALO ALTO CA 06227149 528725 | $306.50 |
| 08/09/2024 | UNITED FIN CAS INS PREM POL 976766096 | $1,409.61 |
| 08/12/2024 | XX8795 POS PURCHASE AT 08/09 17:59 CULVERS OF BAY C BAY CITY MI 53646577 024022 | $29.12 |
| 08/12/2024 | XX8795 POS PURCHASE AT 08/09 14:14 SUNOCO 038426550 SAGINAW MI 23546818 802958 | $59.11 |
| 08/12/2024 | XX8795 POS PURCHASE AT 08/10 23:52 KWIK TRIP #234 CLOQUET MN 78709804 355827 | $62.93 |
| 08/12/2024 | XX8795 POS PURCHASE AT 08/11 08:59 EXXON JAMESTOWN JAMESTOWN ND 13127948 366386 | $67.78 |
| 08/12/2024 | XX8795 POS PURCHASE AT 08/09 22:38 SUNOCO 044463320 GULLIVER MI 23776837 953225 | $75.00 |
| 08/12/2024 | XX8886 RECUR PURCHASE. 08/12 11:28 INTUIT 18004INT MOUNTAIN VIEW CA 003 42251182 | $200.00 |
| 08/13/2024 | XX8795 POS PURCHASE AT 08/12 17:17 NORTHWEST TIRE # DICKINSON ND 65100396 203301 | $168.95 |
| 08/13/2024 | XX8795 POS PURCHASE AT 08/12 16:20 K & M TIRE DELPHOS OH 65100214 037639 | $983.94 |
| 08/14/2024 | XX8795 POS PURCHASE AT 08/12 10:03 ALLSTATE PETERBI 701-2259424 ND 15232889 8897 | $101.43 |
| 08/15/2024 | XX8795 POS PURCHASE AT 08/14 09:56 EXXON RUD'S CORP NEW SALEM ND 22623097 421356 | $46.96 |
| 08/15/2024 | XX8795 POS PURCHASE AT 08/15 06:54 JAMESTOWN I-94 JAMESTOWN ND 03869701 080601 | $64.74 |
| 08/15/2024 | XX8795 POS PURCHASE AT 08/14 05:18 MUDFLAP FU* 08/1 PALO ALTO CA 19579564 780492 | $88.47 |
| 08/16/2024 | XX8795 POS PURCHASE AT 08/15 13:34 MUDFLAP FU* 08/1 PALO ALTO CA 36126109 962563 | $90.57 |
| 08/19/2024 | XX8795 POS PURCHASE AT 08/16 22:06 LOVE'S #0474 INS WILLISTON ND 31152738 804628 | $6.13 |
| 08/19/2024 | XX8795 POS PURCHASE AT 08/17 16:47 WAL-MART #1567 DICKINSON ND 24156701 463482 | $15.93 |

STARK ENERGY INC      XXXXXXXXX245      Statement Ending 08/30/2024      **Page 4 of 6**

# SIMPLY EASY BUSINESS - XXXXXXXXX245 (continued)

## Electronic Debits (continued)

| Date | Description | Amount |
|------|-------------|-------:|
| 08/19/2024 | XX8795 POS PURCHASE AT 08/16 17:02 CENEX-TRI ENERGY DICKINSON ND 69903931 032081 | $55.14 |
| 08/19/2024 | XX8795 POS WITHDRAWAL. 08/17 16:36 RUNNINGS OF DICK DICKINSON ND 00514162 423035 | $76.66 |
| 08/19/2024 | XX8795 POS PURCHASE AT 08/19 03:00 MUDFLAP FU* 08/1 PALO ALTO CA 17741706 205506 | $84.21 |
| 08/19/2024 | XX8795 POS PURCHASE AT 08/16 00:01 BRAKE TIME 716 SIDNEY MT 42989396 397526 | $85.66 |
| 08/19/2024 | XX8795 POS PURCHASE AT 08/17 09:31 MUDFLAP FU* 08/1 PALO ALTO CA 31998623 461754 | $241.22 |
| 08/19/2024 | XX8795 POS PURCHASE AT 08/17 08:49 MUDFLAP FU* 08/1 PALO ALTO CA 27667802 993194 | $300.00 |
| 08/20/2024 | XX8886 POS PURCHASE AT 08/19 18:15 ND SECRETARY OF 701-328-3723 ND 15139009 6134 | $145.00 |
| 08/20/2024 | XX8886 POS PURCHASE AT 08/19 18:07 ND SECRETARY OF 701-328-3723 ND 15138993 4532 | $170.00 |
| 08/22/2024 | XX8795 POS PURCHASE AT 08/21 20:26 Subway 59776 Watford City ND 32669038 294439 | $33.06 |
| 08/22/2024 | XX8795 POS PURCHASE AT 08/21 09:04 MUDFLAP FU* 08/2 PALO ALTO CA 26851171 767076 | $72.89 |
| 08/26/2024 | XX8795 POS PURCHASE AT 08/25 15:14 MUDFLAP FU* 08/2 PALO ALTO CA 38366800 189102 | $70.85 |
| 08/26/2024 | XX8795 POS PURCHASE AT 08/25 01:50 MUDFLAP FU* 08/2 PALO ALTO CA 16740869 243522 | $74.47 |
| 08/26/2024 | XX8795 POS PURCHASE AT 08/23 13:29 MUDFLAP FU* 08/2 PALO ALTO CA 39556088 028624 | $75.45 |
| 08/26/2024 | XX8795 POS PURCHASE AT 08/25 01:28 MUDFLAP FU* 08/2 PALO ALTO CA 18619020 038403 | $76.83 |
| 08/26/2024 | XX8795 POS PURCHASE AT 08/26 02:25 MUDFLAP FU* 08/2 PALO ALTO CA 20840795 277731 | $127.34 |
| 08/26/2024 | XX8795 POS PURCHASE AT 08/23 22:45 MUDFLAP FU* 08/2 PALO ALTO CA 13617517 564420 | $146.67 |
| 08/26/2024 | XX8795 POS PURCHASE AT 08/25 00:44 MUDFLAP FU* 08/2 PALO ALTO CA 15309427 367602 | $300.00 |
| 08/26/2024 | XX8795 POS PURCHASE AT 08/26 01:43 MUDFLAP FU* 08/2 PALO ALTO CA 19339999 344892 | $350.00 |
| 08/26/2024 | XX8795 POS PURCHASE AT 08/22 01:07 CENEX-UNITED QUA NEW TOWN ND 81217253 125255 | $380.00 |
| 08/27/2024 | XX8795 POS WITHDRAWAL. 08/26 21:06 SUPERPUMPER INC BELFIELD ND 28128901 576703 | $36.84 |
| 08/27/2024 | XX8795 POS PURCHASE AT 08/26 17:12 NORTHWEST TIRE # DICKINSON ND 60333475 553358 | $63.82 |
| 08/27/2024 | XX8795 POS PURCHASE AT 08/26 17:31 O'REILLY 1865 DICKINSON ND 54854065 579068 | $123.93 |
| 08/27/2024 | XX8795 POS PURCHASE AT 08/26 15:44 CHARBONNEAU CAR DICKINSON ND 06182318 757569 | $274.18 |
| 08/27/2024 | XX8795 POS PURCHASE AT 08/26 20:24 MUDFLAP FU* 08/2 PALO ALTO CA 09759443 152400 | $307.61 |
| 08/27/2024 | ACHIVR VISB BILL PYMNT 0997222 | $376.13 |
| 08/28/2024 | SPRUCE VALLEY PA INVOICE 13262230 | $58.20 |
| 08/28/2024 | SPRUCE VALLEY PA IMPOUNDTAX 13262230 | $393.67 |
| 08/30/2024 | XX8795 POS PURCHASE AT 08/29 19:24 MUDFLAP FU* 08/3 PALO ALTO CA 08212607 290391 | $90.95 |
| 08/30/2024 | XX8795 POS PURCHASE AT 08/29 15:58 MUDFLAP FU* 08/2 PALO ALTO CA 03515327 036315 | $114.70 |
| 08/30/2024 | XX8795 POS PURCHASE AT 08/29 14:57 MUDFLAP FU* 08/2 PALO ALTO CA 42624040 750990 | $350.00 |

## Other Debits

| Date | Description | Amount |
|------|-------------|-------:|
| 08/15/2024 | INCOMING WIRE FEE 78314446 | $15.00 |

**CORNERSTONE BANK**

*Statement Ending 08/30/2024*

*Page 5 of 6*

STARK ENERGY INC
Customer Number: XXXXXXXXX245

# SIMPLY EASY BUSINESS - XXXXXXXXX245 (continued)

## Other Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 08/30/2024 | SERVICE CHARGE | $2.00 |

## Checks

| Check # | Date | Amount |
|---------|------|--------|
| 2005 | 08/13/2024 | $1,500.00 |

* Indicates a gap in check number sequence

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08/01/2024 | $3,235.94 | 08/13/2024 | $2,172.52 | 08/23/2024 | $2,606.72 |
| 08/05/2024 | $2,854.40 | 08/14/2024 | $2,071.09 | 08/26/2024 | $1,005.11 |
| 08/06/2024 | $7,669.05 | 08/15/2024 | $3,229.19 | 08/27/2024 | $3,322.60 |
| 08/07/2024 | $7,417.54 | 08/16/2024 | $3,138.62 | 08/28/2024 | $2,870.73 |
| 08/08/2024 | $7,216.53 | 08/19/2024 | $2,273.67 | 08/30/2024 | $2,313.08 |
| 08/09/2024 | $5,319.35 | 08/20/2024 | $1,958.67 | | |
| 08/12/2024 | $4,825.41 | 08/22/2024 | $1,852.72 | | |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|--|----------------------|--------------------|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

## Service Charge Summary

| Description | Amount |
|-------------|--------|
| TOTAL CHARGE FOR PAPER STATEMENT FEE: | $2.00 |
| Total Service Charge | $2.00 |

Case 24-30668 Doc 897 Filed 09/25/24 Entered 09/25/24 10:29:22 Desc Exhibit
USTP Document MOR Page 14 of 15
STARK ENERGY INC
XXXXXXXXX245
Statement Ending 08/30/2024
Page 6 of 6

## Checking Deposit — Deposit

| Checking Deposit | Deposit |
|---|---|
| STARK ENERGY INC | |
| Branch: 9 Dickinson Main | DIN: 000000184924 |
| Station: DM01 | Date/Time: 08/01/2024  12:19 PM |
| Teller #: 3008  Seq #: 34 | Batch #: 4  Trans #: 1 |
| Employee: Willis, Lacey | |
| Description: | |
| CORNERSTONE BANK | CORNERSTONE BANK |
| AUXILIARY  R/T 091300719  ACCOUNT 90000017245 | TC 008  AMOUNT $2500.00 |
| #0000  08/01/2024 | $2,500.00 |

| Checking Deposit | Deposit |
|---|---|
| Branch: 9 Dickinson Main | DIN: 000095171997 |
| Station: DM32 | Date/Time: 08/27/2024  8:58 AM |
| Teller #: 3008  Seq #: 27 | Batch #: 2  Trans #: 3 |
| Employee: Foster, Alesha | |
| Description: | |
| CORNERSTONE BANK | CORNERSTONE BANK |
| AUXILIARY  R/T 091300719  ACCOUNT 90000017245 | TC 008  AMOUNT $3500.00 |
| #0000  08/27/2024 | $3,500.00 |



| #2005 | 08/13/2024 | $1,500.00 |