# UST EXHIBIT 3

**Fill in this information to identify the case:**

Debtor Name __Stark Energy, Inc.__

United States Bankruptcy Court for the: District of North Dakota

Case number __24-30168__

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: __June 1 - June 30__    Date report filed: __07/20/2024__
<br>MM / DD / YYYY

Line of business: __Support Activity for Mining__    NAISC code: __2131__

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: __Robert Fettig__

Original signature of responsible party _(signature)_

Printed name of responsible party __Robert Fettig__

## ☐ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Stark Energy, Inc.

Case number  24-30168

---

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$  992.97

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$  18,223.27

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $  15,174.30

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $  4,041.94

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $  4,041.94

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$  0.00

*(Exhibit E)*

---

| Debtor Name | Stark Energy, Inc. | Case number | 24-30168 |

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                          $ ___16,100.00___

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                       2
27. What is the number of employees as of the date of this monthly report?          3

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?            $ ___0.00___
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ ___0.00___
30. How much have you paid this month in other professional fees?                                      $ ___0.00___
31. How much have you paid in total other professional fees since filing the case?                     $ ___0.00___

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 15,700.00 | — | $ 18,223.27 | = | $ 2,523.27 |
| 33. **Cash disbursements** | $ 10,400.00 | — | $ 15,174.30 | = | $ 4,774.30 |
| 34. **Net cash flow** | $ 5,300.00 | — | $ 4,041.94 | = | $ 1,259.00 |

35. Total projected cash receipts for the next month:                               $ ___19,500.00___
36. Total projected cash disbursements for the next month:                       - $ ___14,850.00___
37. Total projected net cash flow for the next month:                            = $ ___4,650.00___

Debtor Name  Stark Energy, Inc.                                    Case number 24-30168

---

<div style="border:1px solid black; display:inline-block; padding:2px;">    </div>  **8. Additional Information**

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

❏  39.  Bank reconciliation reports for each account.

❏  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

❏  41.  Budget, projection, or forecast reports.

❏  42.  Project, job costing, or work-in-progress reports.

| Date Work Performed | Invoice # | Customer | Total Amt Billed |
|---|---|---|---|
| 6/7/24 | S-1305 | Selland | $1,050.00 |
| 6/2/24 | S-1304 | Continental | $1,413.75 |
| 6/1 & 6/2/24 | S-1303 | Continental | $2,791.25 |
| Wk ending 6/8/24 | | CSI | $3,332.50 |
| Wk ending 6/15/24 | | CSI | $6,737.50 |
| Wk ending 6/22/24 | | CSI | $775.00 |

**$16,100.00**

# CORNERSTONE BANK

3095 15TH STREET W
DICKINSON ND 58601

**RETURN SERVICE REQUESTED**

STARK ENERGY INC
1860 4TH AVE E
DICKINSON ND 58601-3362

## Statement Ending 06/28/2024

*STARK ENERGY INC*                                    Page 1 of 6
*Customer Number: XXXXXXXXX245*

## For Customer Service:

 Customer Service: 701-456-0700
1-888-297-2100

 Online: www.cornerstonebanks.net

📱 Mobile Banking: www.cornerstonebanks.net

 Mail: 3095 15th Street West
Dickinson, ND 58601

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY EASY BUSINESS | XXXXXXXXX245 | $4,041.94 |

## SIMPLY EASY BUSINESS - XXXXXXXXX245

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/01/2024 | **Beginning Balance** | **$992.97** |
| | 6 Credit(s) This Period | $18,223.27 |
| | 41 Debit(s) This Period | $15,174.30 |
| 06/28/2024 | **Ending Balance** | **$4,041.94** |
| | Service Charges | $2.00 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 06/27/2024 | DEPOSIT | $3,332.50 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 06/18/2024 | RIVIERA FINANCE CORP PAY CHSTA015 | $2,632.50 |
| 06/21/2024 | STARK ENERGY, IN ACCTVERIFY 13262230 | $0.43 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 06/05/2024 | Incoming Wire 76276267 RIVIERA FINANCE INC | $6,782.84 |
| 06/13/2024 | Incoming Wire 76521223 RIVIERA FINANCE INC | $3,462.50 |
| 06/24/2024 | Incoming Wire 76791423 RIVIERA FINANCE INC | $2,012.50 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 06/06/2024 | XX8795 POS PURCHASE AT 06/05 16:07 MUDFLAP FU* 06/0 PALO ALTO CA 00077886 220844 | $304.06 |
| 06/07/2024 | XX8795 POS PURCHASE AT 06/06 18:12 LINDE GAS & EQUI DANBURY CT 25395199 300582 | $123.63 |
| 06/10/2024 | XX8795 POS PURCHASE AT 06/08 15:43 WM SUPERCENTER # DICKINSON ND 15670007 092588 | $29.31 |
| 06/10/2024 | XX8795 POS WITHDRAWAL. 06/10 10:06 OK Tire - OK Tir WATFORD CITY ND 0000GK1W 505 | $55.00 |
| 06/10/2024 | XX8795 POS PURCHASE AT 06/08 15:14 RED ROCK FORD OF DICKINSON ND 50760568 284465 | $194.26 |



| STARK ENERGY INC | XXXXXXXXX245 | Statement Ending 06/28/2024 | Page 2 of 6 |

# INFORMATION FOR OUR CUSTOMERS

### HOME EQUITY LINE OF CREDIT /
### PERSONAL LINE OF CREDIT / OVERDRAFT PROTECTION

**Method Used to Determine the Balance On Which Interest Will Be Computed**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new purchases/ advances/ fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**What To Do If You Think You Find A Mistake on Your Statement**

If you think there is an error on your statement, write us at **Cornerstone Bank, 2280 45th Street South, Fargo, ND 58104**. You may also contact us on the web at www.cornerstonebanks.net.

In your letter, give us the following information:

- *Account Information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that account.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state within 100 miles of your current mailing address, and the purchase price must have been more than $50 (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services).
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at **Cornerstone Bank, 2280 45th Street South, Fargo, ND 58104**. You may also contact us on the web at **www.cornerstonebanks.net**.

While we investigate the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### CONSUMER ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Consumer Electronic Transfers**

Please telephone or write your local office listed on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

In your letter, give us the following information:

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (5 business days if the transfer involved a point-of-sale transaction and 20 business days if the transfer involved a new account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK WITH YOUR STATEMENT

### CHECKS OUTSTANDING

| NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL OUTSTANDING** | | |

→ CARRY OVER →

1. In your checkbook enter the interest earned on your account (if applicable) as it appears on the front of this statement.
2. Verify that checks are charged on statement for amount drawn.
3. Be sure that service charge (if any) or authorized deductions shown on this statement have been deducted from your checkbook balance.
4. Verify that all deposits have been credited for the same amount as on your records.
5. Be sure that all checks outstanding on previous statement have been included in this statement (otherwise, they are still outstanding).
6. Check off on the stubs of your checkbook each of the checks paid by us.
7. Make a list of the number and amounts of those checks still outstanding in the space provided at the left.

| 8. **ENTER FINAL BALANCE** AS PER STATEMENT | | |
|---|---|---|
| 9. **ADD** ANY DEPOSITS NOT CREDITED | | |
| 10. **TOTAL** | | |
| 11. **SUBTRACT** CHECKS OUTSTANDING | | |
| 12. **BALANCE** SHOULD AGREE WITH YOUR CHECKBOOK | | |

**CORNERSTONE BANK**

## SIMPLY EASY BUSINESS - XXXXXXXXX245 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 06/10/2024 | XX8795 POS PURCHASE AT 06/07 17:16 MUDFLAP FU* 06/0 PALO ALTO CA 01583250 668192 | $274.74 |
| 06/10/2024 | XX8795 POS PURCHASE AT 06/07 12:36 PROGRESSIVE INS 855-758-0945 OH 15176589 0607 | $683.41 |
| 06/10/2024 | XX8795 POS PURCHASE AT 06/06 10:59 RED ROCK FORD OF DICKINSON ND 50750985 157979 | $1,875.92 |
| 06/11/2024 | XX8795 POS PURCHASE AT 06/10 10:50 MUDFLAP FU* 06/1 PALO ALTO CA 18317732 290680 | $64.78 |
| 06/12/2024 | XX8795 POS PURCHASE AT 06/12 03:56 MUDFLAP FU* 06/1 PALO ALTO CA 11461709 406790 | $294.93 |
| 06/13/2024 | XX8795 POS PURCHASE AT 06/13 13:17 Wal-Mart Super C DICKINSON ND 15670045 416575 | $4.12 |
| 06/13/2024 | XX8795 POS WITHDRAWAL. 06/13 13:31 O'REILLY 1865 DICKINSON ND 02786802 795670 | $27.83 |
| 06/13/2024 | XX8886 RECUR PURCHASE. 06/12 18:12 INTUIT * QBooks O CL.INTUIT.COM CA 72463743 99 | $200.00 |
| 06/14/2024 | XX8795 POS PURCHASE AT 06/13 14:42 PRAIRIE AUTO PAR DICKINSON ND 08141471 618065 | $86.23 |
| 06/14/2024 | XX8795 POS WITHDRAWAL. 06/14 02:44 SUPERPUMPER INC BELFIELD ND 28128901 033776 | $270.11 |
| 06/14/2024 | IPFS866-412-2561 IPFSPMTMOK B37658 | $2,689.65 |
| 06/17/2024 | XX8795 POS PURCHASE AT 06/15 13:40 PRAIRIE AUTO PAR DICKINSON ND 80073242 673255 | $36.73 |
| 06/17/2024 | XX8795 POS PURCHASE AT 06/14 12:27 BELFIELD AUTOMOT BELFIELD ND 49310398 937459 | $167.97 |
| 06/17/2024 | XX8795 POS PURCHASE AT 06/15 04:48 CENEX-SUPERPUMPE BELFIELD ND 57670287 421860 | $189.56 |
| 06/17/2024 | XX8795 POS WITHDRAWAL. 06/16 06:08 SUPERPUMPER INC BELFIELD ND 28128901 290836 | $216.51 |
| 06/17/2024 | XX8795 POS PURCHASE AT 06/14 17:04 ALLSTATE PETERBI 701-2259424 ND 10616087 5063 | $361.06 |
| 06/20/2024 | XX8795 POS WITHDRAWAL. 06/19 08:51 SIMONSON N DICK DICKINSON ND 46383901 615653 | $46.45 |
| 06/20/2024 | XX8795 POS PURCHASE AT 06/19 11:19 CHARBONNEAU CAR DICKINSON ND 26525893 336344 | $183.39 |
| 06/21/2024 | XX8795 POS PURCHASE AT 06/20 17:02 CONOCO - DANS IN BELFIELD ND 42682983 877428 | $58.15 |
| 06/21/2024 | STARK ENERGY, IN ACCTVERIFY 13262230 | $0.43 |
| 06/24/2024 | XX8795 POS PURCHASE AT 06/21 17:03 PREBLE MEDICAL S MANDAN ND 19946403 068116 | $62.10 |
| 06/24/2024 | XX8795 POS PURCHASE AT 06/21 16:45 RED ROCK FORD OF DICKINSON ND 39081309 615758 | $82.37 |
| 06/24/2024 | XX8795 POS PURCHASE AT 06/21 13:40 R & R AUTO FARM DICKINSON ND 50193406 093801 | $359.69 |
| 06/24/2024 | SPRUCE VALLEY PA INVOICE 13262230 | $58.40 |
| 06/24/2024 | SPRUCE VALLEY PA IMPOUNDTAX 13262230 | $500.71 |
| 06/26/2024 | XX8795 POS PURCHASE AT 06/25 15:55 CONOCO - DANS IN BELFIELD ND 89689416 628296 | $54.83 |
| 06/26/2024 | XX8795 POS PURCHASE AT 06/25 05:39 CENEX-SUPERPUMPE BELFIELD ND 87699381 278834 | $389.55 |
| 06/26/2024 | XX8795 POS PURCHASE AT 06/25 13:37 J AND J OPERATIN DICKINSON ND 14075657 546519 | $614.14 |
| 06/26/2024 | ROUGHRIDER ELECT WEB PMTS H3ZLNN | $481.90 |
| 06/26/2024 | UNITED FIN CAS INS PREM POL XXXXX6096 | $2,133.45 |

| STARK ENERGY INC | XXXXXXXXX245 | Statement Ending 06/28/2024 | Page 4 of 6 |

## SIMPLY EASY BUSINESS - XXXXXXXXX245 (continued)

**Other Debits**

| Date | Description | Amount |
|---|---|---|
| 06/05/2024 | INCOMING WIRE FEE 76276267 | $15.00 |
| 06/13/2024 | INCOMING WIRE FEE 76521223 | $15.00 |
| 06/21/2024 | MISCELLANEOUS DEBIT | $951.93 |
| 06/24/2024 | INCOMING WIRE FEE 76791423 | $15.00 |
| 06/28/2024 | SERVICE CHARGE | $2.00 |

**Checks**

| Check # | Date | Amount |
|---|---|---|
| 2038 | 06/21/2024 | $1,000.00 |

* Indicates a gap in check number sequence

**Daily Balances**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06/05/2024 | $7,760.81 | 06/13/2024 | $7,076.32 | 06/24/2024 | $4,385.31 |
| 06/06/2024 | $7,456.75 | 06/14/2024 | $4,030.33 | 06/26/2024 | $711.44 |
| 06/07/2024 | $7,333.12 | 06/17/2024 | $3,058.50 | 06/27/2024 | $4,043.94 |
| 06/10/2024 | $4,220.48 | 06/18/2024 | $5,691.00 | 06/28/2024 | $4,041.94 |
| 06/11/2024 | $4,155.70 | 06/20/2024 | $5,461.16 | | |
| 06/12/2024 | $3,860.77 | 06/21/2024 | $3,451.08 | | |

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Service Charge Summary**

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR PAPER STATEMENT FEE: | $2.00 |
| Total Service Charge | $2.00 |

**Statement Ending 06/28/2024**

# CORNERSTONE BANK

STARK ENERGY INC                                      Page 5 of 6
*Customer Number: XXXXXXXXX245*

---

**Checking Withdrawal**                              Withdrawal

STARK ENERGY INC

| | |
|---|---|
| Branch: 9 Dickinson Main | DIN: 000006162242 |
| Station: DM01 | Date/Time: 06/21/2024  2:14 PM |
| Teller #: 0007  Seq #: 22 | Batch #: 2  Trans #: 7 |
| Employee: Campbell, Tiffani | |
| Description: | |

CORNERSTONE BANK                                      CORNERSTONE BANK

| AUXILIARY | R/T | ACCOUNT | TC | AMOUNT |
|---|---|---|---|---|
| | 540120000 | 9000017245 | 037 | $951.93 |

**#0000        06/21/2024              $951.93**

---

**Checking Deposit**                                  Deposit

STARK ENERGY INC

| | |
|---|---|
| Branch: 9 Dickinson Main | DIN: 000059044954 |
| Station: DM09 | Date/Time: 06/27/2024  11:58 AM |
| Teller #: 0005  Seq #: 11 | Batch #: 2  Trans #: 7 |
| Employee: Richard, Michelle | |
| Description: | |

CORNERSTONE BANK                                      CORNERSTONE BANK

| AUXILIARY | R/T | ACCOUNT | TC | AMOUNT |
|---|---|---|---|---|
| | 091300719 | 9000017245 | 009 | $3332.50 |

**#0000        06/27/2024              $3,332.50**

---

Stark Energy Inc                                      **2038**
Section 3+ Prospecation                               77-715/913
Case No. 24-30168
PO Box 740
Dickinson ND 58602

Date  6/21/24

Pay to the order of  Robert G. Fettig       $ 1,000.00

One thousand  AND  No/100                   Dollars

CORNERSTONE BANK

For  Pay Roll

⑆091300719⑆ 9000017245⑆ 2038

**#2038        06/21/2024              $1,000.00**

THIS PAGE LEFT INTENTIONALLY BLANK