# UST EXHIBIT 5