# UST EXHIBIT 6

# Stark Energy Inc.

## Balance Sheet

As of December 31, 2023

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|   **Bank Accounts** | |
|     1013 | -147.97 |
|     1753 | -393.00 |
|     2572 | -903.17 |
|     3014 | -500.00 |
|     3235 | -4,201.01 |
|     3432 | -40.04 |
|     3947 | -150.00 |
|     4186 | -450.14 |
|     4673 | -29.80 |
|     4916 | -13.07 |
|     4936 | -1,263.46 |
|     5484 | -2,869.13 |
|     5511 | -42.56 |
|     5716 | -517.17 |
|     5802 | -389.61 |
|     5816 | -1,993.70 |
|     5836 | -85.18 |
|     5970 | -60.00 |
|     6283 | -3,305.30 |
|     6666 | -533.92 |
|     6743 | -21.52 |
|     7610 | -200.01 |
|     7688 | -2,778.76 |
|     8012 | -52.49 |
|     8347 | -400.00 |
|     8350 | -173.23 |
|     9972 | -15.11 |
|     American Express-1005 | -100.29 |
|     Capital One | 10,456.51 |
|     Cash on hand | -297,235.08 |
|     Checking | -9.98 |
|     Dacotah Bank | 45.00 |
|       0193 - Checking | 39,425.31 |
|       4277- Checking | 58,085.18 |

|  | TOTAL |
|---|---|
| Total Dacotah Bank | 97,555.49 |
| Dakota | -451.82 |
| Dakota Community | -29,138.35 |
|   0110 - Checking | -4,271.58 |
|   2981 - Checking | 239,333.38 |
| Total Dakota Community | 205,923.45 |
| Dakota- 2441 | -2,564.02 |
| Dakota-1892 | -5,360.33 |
| Dakota-6152 | -7,760.95 |
| doesn't | 15,000.00 |
| Equipment Purchase | 13,079.99 |
| Gate City Bank | -23,532.58 |
|   3045 - Rob's Personal | -3,853.33 |
|   6855 - Checking | 1,812.94 |
|   8778 - Checking | 400.00 |
| Total Gate City Bank | -25,172.97 |
| Gate City Bank - 0369 | -494.54 |
| Gate City Bank -1076 | -292.60 |
| Gate City Savings | 113.27 |
| Gate City- 4032 | -36,193.27 |
| Gate City-3144 Stark Energy | 240,776.97 |
|   Checking | -1,350.00 |
| Total Gate City-3144 Stark Energy | 239,426.97 |
| Gate City-6702 Fettig Enterprise | 108,688.88 |
| Gate City-7626 | -7,068.79 |
| IRS TAX PYMT | 20,057.54 |
| Merchant Capital Loan | 992.00 |
| Misc | 61.08 |
| Operating Expenses | 5,000.00 |
| Recruiting - Employees | 620.27 |
| RTS Fuel Cards | 6,000.00 |
| U.S. 1533 - Melissa | 240.73 |
| U.S. 1812 - Hailey | 567.05 |
| U.S. Bank | -2,417.82 |
| Wells Fargo | -60.94 |
| Wells Fargo 3910 | -25,642.88 |
| Wells Fargo-0569 | 107,954.81 |
| Wells Fargo-6419 Fettig Enterprise | 63,260.90 |
| Western | -103,303.06 |
|   353 - Basic Checking 18 | -2,629.85 |
|   353 - Flexible Share 02 | 6,000.00 |
|   353 - Regular Share 00 | 4,446.81 |
|   737 - Kasasa Cash 18 | -2,045.00 |
|   737-Flexible Share 02 | -5.00 |
| Total Western | -97,536.10 |
| Total Bank Accounts | $365,107.21 |

|  | TOTAL |
|---|---|
| Accounts Receivable | |
|   Accounts Receivable (A/R) | 0.00 |
| **Total Accounts Receivable** | **$0.00** |
| Other Current Assets | |
|   Uncategorized Asset | -273,162.65 |
|   Undeposited Funds | 27,078.75 |
| **Total Other Current Assets** | **$ -246,083.90** |
| **Total Current Assets** | **$119,023.31** |
| Fixed Assets | |
|   Drill Bits/Accessories | 40,730.84 |
|   Fettig | 12,000.00 |
|     1999 Midland Belly Dump 2MFB2S4D4XR000542 | 18,000.00 |
|     2000 Midland Belly Dump 2MFB2S3D3YR000650 | 18,000.00 |
|     2000 Midland Belly Dump 2MFB2S3D7YR000651 | 18,000.00 |
|     2000 Midland Belly Dump 2MFB2S3D7YR000652 | 18,000.00 |
|     2000 Midland Belly Dump 2MFB2S4D3YR001148 | 18,000.00 |
|     2013 Dakota Belly Dump 1D9SH4339DY554348 | 24,000.00 |
|     2014 Kenworth T800 1XKDP4EX2EJ392043 | 26,500.00 |
| **Total Fettig** | **152,500.00** |
|   Total fixed assets | |
|   Buildings | |
|     Building 4090 130th Ave SW Belfield | 249,000.00 |
| **Total Buildings** | **249,000.00** |
|   Equipment fixed asset | 36,341.05 |
|     2005 Skid Steer SN-CAT0226BAMJH04030 | 28,900.00 |
|     2012 CZM EK 125 Drilling Rig | 406,000.00 |
|     500BBL Frac Tank 75760 | 0.00 |
|     500BBL Frac Tank 92742 | 0.00 |
|     500BBL Frac Tank 92750 | 0.00 |
|     Conex Shipping Containers | 5,700.00 |
|     MIG Welder | 8,125.95 |

| | TOTAL |
|---|---:|
| **Total Equipment fixed asset** | 485,067.00 |
| Semi tractors | |
|   2007 International 9900 2HSCHSCT67C526165 | 28,000.00 |
|   2007 Kenworth T800 1XKD940X07R197151 | 49,500.00 |
|   2012 Kenworth W900 1XKWP4TX8CJ335970 | 85,000.00 |
|   2012 Peterbilt 1XPTP4TX1CD147318 | 90,025.00 |
|   2014 Kenworth 1NKDX4TX3EJ403810 | 77,100.00 |
|   2014 Kenworth W9 1XKWD49X1EJ413380 | 90,436.41 |
|   2014 Kenworth W900 1XKWP4EX5EJ420085 | 97,000.00 |
|   2015 Kenworth W900 1XKWP4EX1FJ435264 | 97,000.00 |
|   2017 Volvo VN 4V4NC9EH3HN974302 | 60,375.00 |
|   2018 Volvo VN 4V4NC9EH6JN888150 | 62,130.00 |
| **Total Semi tractors** | **736,566.41** |
| Trailers | |
|   2007 Reitnoeur Low Boy Trailer 1RNF48A247R019280 | 18,000.00 |
|   2012 150bbl Dragon Trailer 1UNST4223CL109253 | 43,879.95 |
|   2013 200BBL Dragon Trailer 1UNST5340DS128118 | 50,000.00 |
|   2013 200BBL Dragon Trailer 1UNST5340DS128162 | 50,000.00 |
|   2013 200BBL Dragon Trailer 1UNST5340DS12891 | 54,000.00 |
|   2013 200BBL Dragon Trailer 1UNST5341DS128154 | 50,000.00 |
|   2013 200BBL Dragon Trailer 1UNST5343DS128172 | 50,000.00 |
|   2014 200BBL Dragon Trailer 1UNST5340ES128552 | 50,000.00 |
|   2014 200BBL Dragon Trailer 1UNST5346ES140026 | 54,000.00 |
|   2015 Great Dane Reefer 1GRAA0621FW700678 | 38,900.00 |
|   2016 Side Dump 1D9FS4437GC688018 | 40,000.00 |
|   2016 Side Dump 1D9FS4437GC688099 | 40,000.00 |
|   2018 Great Dane Reefer 1GRAA0620JW116152 | 59,267.34 |
|   2019 Load Trail Dump 4EZEDT1427K2189694 | 8,600.00 |
| **Total Trailers** | **606,647.29** |
| Vehicles | 8,000.00 |
|   2004 Ford F-150 1FTPX14524NB13169 | 8,600.00 |
|   2010 Ford F-150 Super Crew 1FTFW1EV3AFB85081 | 18,300.00 |
|   2012 Chevy 3500 Crew Truck 1GC4KZC81CF230245 | 0.00 |
|   2013 Ford F-150 1FTFW1EF2DKF29634 | 28,000.00 |
|   2015 Ford F-350 SD 1FT8W3BTZFED67354 | 35,000.00 |
| **Total Vehicles** | **97,900.00** |
| **Total Total fixed assets** | **2,175,180.70** |

| | TOTAL |
|---|---:|
| zz Total Accum Depreciation | |
|   zz Accumulated Depreciation | -771,142.69 |
|   ZZ Fettig Accumulated Depletion | -30,500.00 |
| **Total zz Total Accum Depreciation** | **-801,642.69** |
| **Total Fixed Assets** | **$1,566,768.85** |
| Other Assets | |
|   Investment in QSUB Fettig Enterprise | 1,000.00 |
| **Total Other Assets** | **$1,000.00** |
| **TOTAL ASSETS** | **$1,686,792.16** |
| LIABILITIES AND EQUITY | |
|   Liabilities | |
|     Current Liabilities | |
|       Credit Cards | |
|         1005 American Express | 11.96 |
|         Best Buy 0839 | 41.20 |
|         Expense Due to Delene | 1,077.25 |
|         Expense Due to Rob | 28,206.43 |
|         Fleet One | 8,685.78 |
|         Fuelman | -24,051.36 |
|         MASTER CARD | 81.03 |
|         Mudflap | 2,161.67 |
|         Spark | 5,627.95 |
|       **Total Credit Cards** | **$21,841.91** |
|       Other Current Liabilities | |
|         Due to Delene | 27,059.81 |
|         Due to Kristen | 0.00 |
|         Due to Rob | 48,584.03 |
|         Due to The Fettig Group | 2,429.62 |
|         Working Capital | -70,390.82 |
|       **Total Other Current Liabilities** | **$7,682.64** |
|     **Total Current Liabilities** | **$29,524.55** |
|     Long-Term Liabilities | |
|       Direct Capital EDI Loan | 0.00 |

| | TOTAL |
|---|---:|
| Loans long term | -7,447.64 |
|    000.1 Capital One Ford F-350 Loan | 0.00 |
|    001 Installment Loan 0792 k | 4,904.02 |
|    002 Installment Loan 1820 k | 118,047.08 |
|    003 Installment Loan 1884 | 62,860.03 |
|    004 Installment Loan 3145 k | 24,144.94 |
|    005 Installment Loan 3292 | 4,829.08 |
|    006 Installment Loan 3856 k | 51,498.17 |
|    007 Installment Loan 5202 k | 15,961.73 |
|    008 Installment Loan 5221 k | 10,566.14 |
|    009 Installment Loan 6485 | 0.00 |
|    010 Installment Loan 6549 | 19,040.45 |
|    011 Installment Loan 6648 k | 74,226.77 |
|    012 Installment Loan 6855 k | 98,614.29 |
|    013 Installment Loan 7715 k | 108,198.67 |
|    014 Installment Loan 8942 k | 18,640.05 |
|    015 Installment Loan Alliance Funding 2017 Volvo | -24,842.75 |
|    016 Installment Loan Amerifi Capital | -122,359.00 |
|    017 Installment Loan Ascentium Capital | 224,879.14 |
|    019 Installment Loan BMF Advance | 0.00 |
|    020 Installment Loan Can Capital | -2,000.00 |
|    021 Installment Loan Delta Bridge Funding | -37,727.60 |
|    022 Installment Loan Delta Bridge Funding 2nd | -102,514.00 |
|    023 Installment Loan Financial Pacific Leasing 2018 Grate Dane | 28,094.74 |
|    024 Installment Loan Fora Financial | 0.00 |
|    025 Installment Loan Fox Capital 1st | 0.00 |
|    026 Installment Loan Fox Capital 2nd | 0.00 |
|    027 Installment Loan Fund4Less | -36,940.00 |
|    028 Installment Loan Fundamental Cap-1 | -165,125.86 |
|    029 Installment Loan Fundamental Cap-2 | 32,941.29 |
|    030 Installment Loan Funding Metrics - Fettig | -140.00 |
|    031 Installment Loan Global Funding - Fettig | -56,782.48 |
|    032 Installment Loan KLC Financial 203/204 | 168,660.08 |
|    033 Installment Loan Lifetime | -142,400.00 |
|    034 Installment Loan MNS Funding k | 29,950.00 |
|    035 Installment Loan Retail Capital - Fettig | 0.00 |
|    036 Installment Loan Samson Horus | 993.33 |
|    Installment Loan Velocity Group -Fettig | 0.00 |
|    PPP Loan 7813 | 0.00 |
|    PPP Loan 8303 | 0.00 |
|    Private Loan - 6690 Robert Fettig | -41,340.00 |
|    Private Loan - Allen Allcorn | 0.00 |
|    Private Loan - Daniel Gerstberger | 0.00 |
|    SBAD Loan 310 | 1,999,886.00 |
|    Shop Loan 6369 k | 143,128.14 |
| **Total Loans long term** | **2,500,444.81** |
| **Total Long-Term Liabilities** | **$2,500,444.81** |
| **Total Liabilities** | **$2,529,969.36** |

|  | TOTAL |
|---|---:|
| Equity |  |
| APIC total |  |
|   Additional Paid in Capital - Matt | 0.00 |
|   Additional Paid in Capital - Rob | 88,236.11 |
| **Total APIC total** | **88,236.11** |
| Common Stock total |  |
|   Common Stock - Matt | 0.00 |
|   Common Stock - Rob | 1,200.00 |
| **Total Common Stock total** | **1,200.00** |
| Opening Balance Equity | 0.00 |
| Owners Draws total |  |
|   Owner's Draws - Matt | 0.00 |
|   Owner's Draws - Rob | 0.00 |
| **Total Owners Draws total** | **0.00** |
| Retained Earnings | -3,052.32 |
| Retained Earnings - Fettig Enterprise Inc | 61,740.59 |
| Retained Earnings - Stark Energy | -1,195,566.28 |
| Net Income | 204,264.70 |
| **Total Equity** | **$ -843,177.20** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,686,792.16** |