# UST EXHIBIT 7

Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of North Dakota**

Case number (if known): **24-30168**   Chapter **11**

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **Stark Energy, Inc.** |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 2 – 1 3 3 1 5 2 6** |

**4. Debtor's address**

**Principal place of business**

**1860 4th Ave E**
Number          Street

**Dickinson, ND 58601-3362**
City                                State       ZIP Code

**Stark**
County

**Mailing address, if different from principal place of business**

**PO Box 748**

Number          Street

**Dickinson, ND 58602**
City                                State       ZIP Code

**Location of principal assets, if different from principal place of business**

**4090 130th Ave SW**
Number          Street

**Belfield, ND 58622**
City                                State       ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page 1

Debtor  **Stark Energy, Inc.**

Name

Case number *(if known)*  24-30168

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

2   1   3   1

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

District _____ When _____ Case number _____
                                        MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                            MM / DD / YYYY

Case number, if known _____

---

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | 24-30168 |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|
| | |

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49　☑ 50-99　☐ 1,000-5,000　☐ 5,001-10,000　☐ 25,001-50,000　☐ 50,000-100,000
☐ 100-199　☐ 200-999　☐ 10,001-25,000　☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000　☐ $1,000,001-$10 million　☐ $500,000,001-$1 billion
☐ $50,001-$100,000　☐ $10,000,001-$50 million　☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000　☐ $50,000,001-$100 million　☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million　☐ $100,000,001-$500 million　☐ More than $50 billion

---

| Debtor | **Stark Energy, Inc.** | | Case number *(if known)* | 24-30168 |
|---|---|---|---|---|
| | Name | | | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **05/17/2024**
       MM/ DD/ YYYY

**X**   **s/ Robert Fettig**                      **Robert Fettig**
Signature of authorized representative of debtor         Printed name

Title        **President**

**18. Signature of attorney**

**X**      **s/ Erik A Ahlgren**      Date **05/17/2024**
Signature of attorney for debtor              MM/ DD/ YYYY

**Erik A Ahlgren**
Printed name

**Ahlgren Law Office, PLLC**
Firm name

**220 W Washington Ave 105**
Number      Street

**Fergus Falls**              **MN**      **56537**
City                          State      ZIP Code

**(218) 998-2775**             **erik@ahlgrenlawoffice.net**
Contact phone                       Email address

**09561**             **ND**
Bar number                 State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

**Attachment to Voluntary Petition for Non-Individuals Filing for
Bankruptcy under Chapter 11**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

a. Total assets **$728,117.73**

b. Total debts (including debts listed in 2.c., below) **$5,876,359.73**

c. Debt securities held by more than 500 holders

Approximate number of holders:

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

d. Number of shares of preferred stock  _____

e. Number of shares common stock  _____

Comments, if any: _____

3. Brief description of debtor's business ___ Oil field service company and aggregate hauling

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**Fill in this information to identify the case:**

Debtor name      **Stark Energy, Inc.**

United States Bankruptcy Court for the:

**District of North Dakota**

Case number (if known):     **24-30168**

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑   *Schedule H: Codebtors* (Official Form 206H)

☑   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **05/17/2024**
       MM/ DD/ YYYY

**X**   **s/ Robert Fettig**
Signature of individual signing on behalf of debtor

**Robert Fettig**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Stark Energy, Inc.** |
| United States Bankruptcy Court for the: | **District of North Dakota** |
| Case number (if known): | **24-30168** |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Amerifi Capital LLC 330 Main St #105 Hartford, CT 06106 | | | Disputed | | | $181,875.00 |
| 2 | AVANZA GROUP, LLC 3974 Amboy Rd. Suite 306 Staten Island, NY 10308 | | | Disputed | | | $75,000.00 |
| 3 | CLOUD FUND LLC 400 Rella Blvd. Suite 165-101 Suffern, NY 10901 | | | Disputed | | | $142,424.00 |
| 4 | Daniel Gerstberger 90 East 6 Mile Rd Garden City, KS 67846 | | | | | | $50,000.00 |
| 5 | Dynasty Capital 26, LLC 96-14 Metropolitan Ave 2nd FL Forest Hills, NY 11375 | | | Disputed | | | $144,258.75 |
| 6 | EVERYDAY FUNDING GROUP LLC 132 32nd St. Brooklyn, NY 11232 | | | Disputed | | | $100,000.00 |
| 7 | Gate City Bank 1761 Third Ave W Dickinson, ND 58601 | | | | $80,991.00 | $4,500.00 | $76,491.00 |
| 8 | Gate City Bank 1761 Third Ave W Dickinson, ND 58601 | | | | $90,198.60 | $21,550.00 | $68,648.60 |

| Debtor | **Stark Energy, Inc.** | | Case number *(if known)* | | 24-30168 | | |
|--------|------------------------|--|---------------------------|--|----------|--|--|
| | Name | | | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|--|--|--|--|--|--|--|--|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | John C. Williams & Associates 1612 Northeast Expressway Atlanta, GA 30329 | | | | | | $62,740.61 |
| 10 | KELLER PAVING & LANDSCAPING INC 1820 Hwy 2 Bypass East Minot, ND 58701 | | | | | | $52,544.27 |
| 11 | Knightsbridge Funding LLC 40 Wall St New York, NY 10005 | | | Disputed | | | $79,208.00 |
| 12 | M2 Financing 20800 Swenson Drive Suite 475 Waukesha, WI 53186 | | | | $157,769.25 | $85,000.00 | $72,769.25 |
| 13 | Mathew Barrett 3007 E Papillon Circle Mesa, AZ 85215 | | | | | | $60,000.00 |
| 14 | Midland States Bank 1201 Network Centre Drive Effingham, IL 62401 | | | | | | $220,656.27 |
| 15 | Office of State Tax Commissioner 600 E Boulevard Bismarck, ND 58505-0599 | | | | | | $51,048.42 |
| 16 | PARKVIEW ADVANCE LLC 400 Main St. Stamford, CT 06901 | | | Disputed | | | $50,000.00 |
| 17 | Regions Bank PO Box 11407 Birmingham, AL 35246 | | | | $277,826.59 | $85,000.00 | $192,826.59 |
| 18 | RIVER ADVANCE 36 Airport Rd Lakewood, NJ 08701 | | | Disputed | | | $160,000.00 |
| 19 | River Capital Partners LLC 36 Airport Road Lakewood, NJ 08701 | | | Disputed | | | $149,227.25 |
| 20 | US Small Business Administration 14925 Kingsport Road Fort Worth, TX 76155 | | | | | | $2,826,480.48 |

Fill in this information to identify the case:

Debtor Name **Stark Energy, Inc.**

United States Bankruptcy Court for the: District of **North Dakota**
(State)

Case number (If known): **24-30168**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Dakotah Bank** | **Checking account** | **0 1 9 3** | $121.91 |
| 3.2. **Western Cooperative Credit Union** | **Checking account** | **3 3 5 3** | $45.82 |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$167.73**

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1

| Debtor | Stark Energy, Inc. | Case number *(if known)* | 24-30168 |
|---|---|---|---|
| | Name | | |

---

7.2 _____    _____

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____    _____

8.2 _____    _____

9.    **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.    _____

---

**Part 3:     Accounts receivable**

10.    **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11.    **Accounts receivable**

11a. 90 days old or less:    _____  -  _____  =.....➔    _____
                            face amount          doubtful or uncollectible accounts

11b. Over 90 days old:      _____  -  _____  =.....➔    _____
                            face amount          doubtful or uncollectible accounts

12.    **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    _____

---

**Part 4:     Investments**

13.    **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____    _____    _____

14.2 _____    _____    _____

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1 _____    _____    _____    _____

15.2 _____    _____    _____    _____

---

Debtor **Stark Energy, Inc.**
_____
Name

Case number *(if known)* **24-30168** _____

| | |
|---|---|
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** |

Describe:

16.1 _____    _____    _____

16.2 _____    _____    _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

```
┌──────────────┐
│              │
└──────────────┘
```

| **Part 5:** | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials**<br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress**<br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale**<br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies**<br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

```
┌──────────────┐
│              │
└──────────────┘
```

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor   **Stark Energy, Inc.**

Name

Case number (if known) 24-30168

---

| 27. | Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)? |
|-----|------------------------------------------------------------------------------------------------------------------|

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|--------------------------------------------------------|------------------------------------------|-------------------------------------|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

| 33. | **Total of Part 6** Add lines 28 through 32. Copy the total to line 85. | | | |

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|--------------------------------------------------------------|

| 38. | Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles? |
|-----|------------------------------------------------------------------------------------------|

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| Debtor | **Stark Energy, Inc.** | | Case number *(if known)* 24-30168 |
|---|---|---|---|
| | Name | | |

| | General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7**<br>Add lines 39 through 42. Copy the total to line 86. | | | |
| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?**<br>☑ No<br>☐ Yes | | | |
| 45. | **Has any of the property listed in Part 7 been appraised by a professional within the last year?**<br>☑ No<br>☐ Yes | | | |

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

| 46. | **Does the debtor own or lease any machinery, equipment, or vehicles?** |
|---|---|
| | ☐ No. Go to Part 9. |
| | ☑ Yes. Fill in the information below. |

| | General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 **2017 Volvo** / VIN: 4V4NC9EH3HN974302 | unknown | | $10,000.00 |
| | 47.2 **2004 Ford F-150** / VIN: 1FTPX14524NB13169 | unknown | | $4,500.00 |
| | 47.3 **2010 Ford F-150** / VIN: 1FTFW1EV3AFB85081 | unknown | | $2,600.00 |
| | 47.4 **2014 Kenworth T-800** / VIN: 1XKDP4EX2EJ392043 | unknown | Missing | $30,000.00 |

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | 24-30168 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.5 | **2007 International** / VIN: 2HSCHSCT67C526165 | unknown | Missing | $4,800.00 |
| 47.6 | **2018 Great Dane Trailer** / VIN: 1GRAA0620JW116152 | unknown | | $12,500.00 |
| 47.7 | **2014 Trail King INDS** / VIN: 1TKR00517EMO1331 | unknown | | $10,000.00 |
| 47.8 | **2022 Dodge Ram 2500** / VIN: 3C6UR5SL7NG149608 | unknown | | $27,000.00 |
| 47.9 | **2013 Peterbuilt 367 Straight Truck Hydrovac** / VIN: 1NPTX4TX1DD202801 | unknown | | $85,000.00 |
| 47.10 | **2013 Dragon 200bbl** / VIN: 1UNST5343DS128172 | unknown | | $1,300.00 |
| 47.11 | **2007 Kenworth T800** / VIN: 1XKDP40X7R197151 | unknown | | $1,000.00 |
| 47.12 | **2013 Dragon 200bbl** / VIN: 1UNST5341DS128154 | unknown | | $1,500.00 |
| 47.13 | **2013 Dragon 200bbl** / VIN: 1UNST5340DS128162 | unknown | | $1,500.00 |
| 47.14 | **2012 Kenworth W900** / VIN: 1XKWP4TX8CJ335970 | unknown | | $4,600.00 |
| 47.15 | **2014 Dragon 200bbl** / VIN: 1UNST5340ES128552 | unknown | Missing | $1,500.00 |
| 47.16 | **2014 KW W900** / VIN: 1XKWD49X1EJ413380 | unknown | | $15,250.00 |
| 47.17 | **2013 Dragon 200bbl** / VIN: 1UNST5348DS128118 | unknown | | $1,800.00 |
| 47.18 | **2014 KW** / VIN: 1NKDX4TX3EJ403810 | unknown | | $9,000.00 |
| 47.19 | **2013 Dragon 200bbl** / VIN: 1UNST5340DS128291 | unknown | | $3,100.00 |
| 47.20 | **2014 Dragon 200bbl** / VIN: 1UNST5346ES140026 | unknown | | $1,800.00 |
| 47.21 | **2016 S/D** / VIN: 1D9FS4437GC688018 | unknown | | $18,250.00 |
| 47.22 | **2016 S/D** / VIN: 1D9FS4430GC688099 | unknown | | $25,250.00 |
| 47.23 | **2012 Dragon 150bbl** / VIN: 1UNST4223CL109253 | unknown | | $3,000.00 |
| 47.24 | **2012 Peterbilt 367** / VIN: 1XPTP4TX1CD147318 | unknown | | $38,500.00 |

| | | | | |
|---|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | **2019 Load Trail Bumper Hitch Trailer** / VIN: 4ZECH2225K1188720 | unknown | | $6,500.00 |
| 48.2 | **2019 Load Trail Dump Trailer** / VIN: 4ZEDT1427K2189694 | unknown | | $8,500.00 |
| 48.3 | **2011 Tiger Bumper Hitch Trailer** / VIN: 5UTBU1623BM000887 | unknown | | $1,600.00 |
| 48.4 | **2007 Retinauer Trailer** / VIN: 1RNF48A247R019280 | unknown | Missing | $4,500.00 |
| 48.5 | **2013 Dakota Dump Trailer** / VIN: 1D9SH433DY554348 | unknown | | $9,800.00 |
| 48.6 | **2000 Midland Dump Trailer** / VIN: 2MFB2S3D5YR000651 | unknown | | $10,500.00 |
| 48.7 | **2000 Midland Dump Trailer** / VIN: 2MFB2S4D3YR001148 | unknown | | $4,200.00 |

Case 24-30868 Doc 182-7 Filed 05/17/24 Entered 05/17/24 19:01:22 Desc Exhibit UST Ex 7 Schedule and Statement Page 15 of 98 Page 16 of 97

Official Form 206A/B       Schedule A/B Assets — Real and Personal Property       page **6**

Debtor **Stark Energy, Inc.**
_____
Name

Case number *(if known)* 24-30168
_____

| | | |
|---|---|---|
| 48.8 **2000 Midland Dump Trailer / VIN: 2MFB2S3D3YR000650** | unknown | $10,500.00 |
| 48.9 **2000 Midland Dump Trailer / VIN: 2MFB2S3D7YR000652** | unknown | $10,500.00 |
| 48.10 **1999 Midland Dump Trailer / VIN: 2MFB2S4D4XR000542** | unknown | $9,800.00 |

49. **Aircraft and accessories**

49.1 _____

49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **2012 CZM Long Mast Drill Mounted on CAT 320d / VIN: SAV0003** | unknown | $85,000.00 |
| **500bbl Frac Tanks (3)** | unknown | Missing | $15,000.00 |
| **Drilling Rig Bits** | unknown | $35,000.00 |

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.  | **$525,150.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.

    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property
Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest

(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* 24-30168 |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 55.1 | **Shop legally described as Lot 2, Block 1, Less the South 20 feet, within the Richard Subdivision in the SE1/4 of Section 29, Township 139 North, Range 99 West of the 5th Principal Meridian, Stark County, North Dakota. SUBJECT to all prior and valid mineral reservations, restrictions, conveyances, easements and leases now of record.** / **4090 130th Ave SW Belfield, ND 58622** | Fee Simple    unknown | $202,500.00 |

| 56. | **Total of Part 9** | |
|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | $202,500.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| 61. **Internet domain names and websites** | | | |
| Internet domain www.starkenergyinc.com | unknown | | $100.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| ND waste hauling license | unknown | | $100.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| Customer List | unknown | | $100.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| | | | |
| 65. **Goodwill** | | | |
| | | | |

| Debtor | **Stark Energy, Inc.** | | Case number *(if known)* 24-30168 |
|---|---|---|---|
| | Name | | |

---

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

<div align="right">$300.00</div>

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**71.** **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➡  _____

Total face amount    doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____ Tax year _____   _____

_____ Tax year _____   _____

_____ Tax year _____   _____

**73.** **Interests in insurance policies or annuities**

**Century Surety Company – Commercial General Liability, Pollution Liability, Excess Liability**    unknown

**United Financial Casualty Company (Progressive) – Auto Policy**    unknown

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    _____

**Nature of claim**    _____

**Amount requested**    _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

---

Debtor    **Stark Energy, Inc.**
          Name                                                    Case number *(if known)* 24-30168

| | |
|---|---|
| **Nature of claim** | |
| **Amount requested** | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| **Part 12:** | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $167.73 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $525,150.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➜ | | $202,500.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $300.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column.* ...........91a. | $525,617.73 + 91b. | $202,500.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...... | | $728,117.73 |

Fill in this information to identify the case:

Debtor name **Stark Energy, Inc.**

United States Bankruptcy Court for the: District of **North Dakota**
(State)

Case number (if known): **24-30168**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>Amount of claim<br>Do not deduct the value of collateral. | *Column B*<br>Value of collateral that supports this claim |
| --- | --- | --- |

| **2.1** | | | |
| --- | --- | --- | --- |
| **Creditor's name** | Describe debtor's property that is subject to a lien | **unknown** | **$12,500.00** |
| Alliance Funding Group | 2018 Great Dane Trailer | | |
| **Creditor's mailing address** | **Describe the lien** | | |
| 17542 17th St. #200 | | | |
| Tustin, CA 92780 | | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?** | | |
| | ☑ No | | |
| | ☐ Yes | | |
| **Date debt was incurred** | **Is anyone else liable on this claim?** | | |
| | ☑ No | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply. | | |
| ☑ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

**$4,141,268.21**

Debtor **Stark Energy, Inc.**
_____
Name

Case number (if known) **24-30168** _____

| | Column A | Column B |
|---|---|---|
| **Part 1:** Additional Page | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**AVANZA GROUP, LLC**
_____

**Creditor's mailing address**

**3974 Amboy Rd. Suite 306**
_____

**Staten Island, NY 10308**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$75,000.00**    **unknown**

| Debtor | Stark Energy, Inc. | | | Case number (if known) | 24-30168 |
|---|---|---|---|---|---|
| | Name | | | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3 Creditor's name**

CHTD Company

**Creditor's mailing address**

PO Box 2576

Springfield, IL 62708

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

unknown      unknown

Debtor **Stark Energy, Inc.**

Name

Case number (if known) **24-30168**

| Part 1: | Additional Page | | **Column A** | **Column B** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.4** **Creditor's name**

**CLOUD FUND LLC**

**Describe debtor's property that is subject to a lien**

$142,424.00    unknown

**Creditor's mailing address**

**400 Rella Blvd. Suite 165-101**

**Suffern, NY 10901**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 21

Debtor **Stark Energy, Inc.**

Name

Case number (if known) **24-30168**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.5** **Creditor's name**

**CT Corporation System**

**Creditor's mailing address**

**Attn: SPRS**

**330 N Brand Blvd Suite 700**

**Glendale, CA 91203**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **unknown**

Column B: **unknown**

Debtor  **Stark Energy, Inc.**

Name

Case number (if known) **24-30168**

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.6** **Creditor's name**

**Financial Pacific Leasing Inc.**

**Creditor's mailing address**

**3455 S 344th Way Ste 300**

**Federal Way, WA 98001**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **unknown**

Column B: **unknown**

| Debtor | **Stark Energy, Inc.** | Case number (if known) | 24-30168 |
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7**

**Creditor's name**

Gate City Bank

**Describe debtor's property that is subject to a lien**

2013 Dragon 200bbl

$10,970.34    $1,300.00

**Creditor's mailing address**

1761 Third Ave W

Dickinson, ND 58601

**Describe the lien**

798942

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____
      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor **Stark Energy, Inc.**

Name

Case number (if known) 24-30168

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---------|-----------------|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.8** **Creditor's name**

**Gate City Bank**

**Creditor's mailing address**

**1761 Third Ave W**

**Dickinson, ND 58601**

**Creditor's email address, if known**

Date debt was incurred    **11/16/18**

Last 4 digits of account number    **5  2  2  1**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2007 Kenworth T800

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  | | |
|---|---|---|
| | $816.69 | $1,000.00 |

Debtor **Stark Energy, Inc.**
Name

Case number (if known) **24-30168**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.9** Creditor's name
**Gate City Bank**

Creditor's mailing address
**1761 Third Ave W**

**Dickinson, ND 58601**

Creditor's email address, if known

Date debt was incurred **11/26/18**

Last 4 digits of account number **6 8 5 5**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
2013 Dragon 200bbl, 2013 Dragon 200bbl, 2014 Dragon 200bbl

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$80,991.00**     **$4,500.00**

| | | Case number (if known) | 24-30168 |
|---|---|---|---|

Debtor **Stark Energy, Inc.**
Name

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.10** Creditor's name

**Gate City Bank**

Creditor's mailing address

**1761 Third Ave W**

**Dickinson, ND 58601**

Creditor's email address, if known

Date debt was incurred  **2/1/19**

Last 4 digits of account number  **3  1  4  5**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2012 Kenworth W900

Describe the lien

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| $5,173.66 | $4,600.00 |

Debtor **Stark Energy, Inc.**

Name

Case number (if known) __24-30168__

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.11 Creditor's name**

**Gate City Bank**

**Creditor's mailing address**

**1761 Third Ave W**

**Dickinson, ND 58601**

**Creditor's email address, if known**

**Date debt was incurred**  __12/27/19__

**Last 4 digits of account number**  __1__ __8__ __2__ __0__

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2014 KW W900, 2013 Dragon 200bbl, 2007 Retinauer Trailer

$90,198.60 | $21,550.00

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **Stark Energy, Inc.** | | Case number (if known) | 24-30168 |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.12** Creditor's name

**Gate City Bank**

Creditor's mailing address

**1761 Third Ave W**

**Dickinson, ND 58601**

Creditor's email address, if known

Date debt was incurred    **1/16/20**

Last 4 digits of account    **3 8 5 6**
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2014 KW        **$38,348.06**       **$9,000.00**

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **Stark Energy, Inc.**
Name

Case number (if known) **24-30168**

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.13** **Creditor's name**

**Gate City Bank**

**Creditor's mailing address**

**1761 Third Ave W**

**Dickinson, ND 58601**

**Creditor's email address, if known**

**Date debt was incurred** **3/4/20**

**Last 4 digits of account number** **6 6 4 8**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2013 Dragon 200bbl, 2014 Dragon 200bbl

**$53,169.85**

**$4,900.00**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **Stark Energy, Inc.** | | Case number (if known) | 24-30168 |
|--------|------------------------|---|------------------------|----------|
| | Name | | | |

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| **2.14** Creditor's name | Describe debtor's property that is subject to a lien | **$78,768.62** | **$98,800.00** |
|---|---|---|---|

**2.14** Creditor's name

**Gate City Bank**

Describe debtor's property that is subject to a lien

2016 S/D, 2016 S/D, 2013 Dakota Dump Trailer, 2000 Midland Dump Trailer, 2000 Midland Dump Trailer, 2000 Midland Dump Trailer, 2000 Midland Dump Trailer, 1999 Midland Dump Trailer

Creditor's mailing address

**1761 Third Ave W**

**Dickinson, ND 58601**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred       **7/1/20**

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number     **7 7 1 5**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor **Stark Energy, Inc.**
Name

Case number (if known) 24-30168

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** — Amount of claim — Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

**2.15** Creditor's name

**Gate City Bank**

Creditor's mailing address

**1761 Third Ave W**

**Dickinson, ND 58601**

Creditor's email address, if known

Date debt was incurred   **3/26/21**

Last 4 digits of account number   **5 2 0 2**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien

2012 Dragon 150bbl     **$10,773.30**     **$3,000.00**

Describe the lien

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor **Stark Energy, Inc.**

Name

Case number (if known) **24-30168**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.16** Creditor's name

**Gate City Bank**

Creditor's mailing address

**1761 Third Ave W**

**Dickinson, ND 58601**

Creditor's email address, if known

Date debt was incurred **2/4/20**

Last 4 digits of account number **6 3 6 9**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Shop legally described as Lot 2, Block 1, Less the South 20 feet, within the Richard Subdivision in the SE1/4 of Section 29, Township 139 North, Range 99 West of the 5th Principal Meridian, Stark County, North Dakota. SUBJECT to all prior and valid mineral reservations, restrictions, conveyances, easements and leases now of record.

Describe the lien

**Mortgage**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$143,330.52 | $202,500.00

Debtor **Stark Energy, Inc.**

Name

Case number (if known) **24-30168**

| | Column A | Column B |
|---|---|---|
| **Part 1:**    Additional Page | Amount of claim | Value of collateral that supports this claim |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | Do not deduct the value of collateral. | |

**2.17** Creditor's name

**M2 Financing**

Creditor's mailing address

**20800 Swenson Drive Suite 475**

**Waukesha, WI 53186**

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2013 Peterbuilt 367 Straight Truck Hydrovac

**$157,769.25**      **$85,000.00**

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor  **Stark Energy, Inc.**
Name

Case number (if known)  **24-30168**

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.18** Creditor's name

**Regions Bank**

Creditor's mailing address

**PO Box 11407**

**Birmingham, AL 35246**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
2012 CZM Long Mast Drill Mounted on CAT 320d

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$277,826.59**  **$85,000.00**

Debtor  **Stark Energy, Inc.**
_____
Name

Case number (if known)  __24-30168__

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.19** **Creditor's name**

**River Capital Partners LLC**
_____

**Creditor's mailing address**

**36 Airport Road**
_____

**Lakewood, NJ 08701**
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

$149,227.25      unknown

Debtor **Stark Energy, Inc.**
Name

Case number (if known) **24-30168**

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** Additional Page | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.20** **Creditor's name**

**US Small Business Administration**

**Creditor's mailing address**

**14925 Kingsport Road**

**Fort Worth, TX 76155**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$2,826,480.48      unknown

Debtor    **Stark Energy, Inc.**
_____
Name

Case number (if known)    **24-30168**

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Vogel Law Firm**<br>**218 NP AVE**<br>**Fargo, ND 58107** | Line 2. **7** | ___ ___ ___ ___ |
| **Vogel Law Firm**<br>**218 NP AVE**<br>**Fargo, ND 58107** | Line 2. **10** | ___ ___ ___ ___ |
| **Vogel Law Firm**<br>**218 NP AVE**<br>**Fargo, ND 58107** | Line 2. **11** | ___ ___ ___ ___ |
| **Vogel Law Firm**<br>**218 NP AVE**<br>**Fargo, ND 58107** | Line 2. **12** | ___ ___ ___ ___ |
| **Vogel Law Firm**<br>**218 NP AVE**<br>**Fargo, ND 58107** | Line 2. **13** | ___ ___ ___ ___ |
| **Vogel Law Firm**<br>**218 NP AVE**<br>**Fargo, ND 58107** | Line 2. **14** | ___ ___ ___ ___ |
| **Vogel Law Firm**<br>**218 NP AVE**<br>**Fargo, ND 58107** | Line 2. **15** | ___ ___ ___ ___ |
| **Ascentium Capital LLC**<br>**23970 Hwy 59 North**<br>**Kingwood, TX 77339** | Line 2. **18** | ___ ___ ___ ___ |
| **Pioneer Credit Recovery Inc**<br>**PO Box 189**<br>**Arcade, NY 14009** | Line 2. **20** | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Stark Energy, Inc.** |
| United States Bankruptcy Court for the: | **District of North Dakota** |
| Case number (if known): | **24-30168** |

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$19,125.94** | **$3,000.00** |
|---|---|---|---|
| **Greg Moore** | *Check all that apply.* | | |
| **632 8th St SE** | ☐ Contingent | | |
| **Bismarck, ND 59270** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the Claim: | | |
| _____ | _____ | | |
| Last 4 digits of account number **9  0  5  8** | Is the claim subject to offset? ☑ No  ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)** | | | |

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$51,048.42** | **$51,048.42** |
|---|---|---|---|
| **Office of State Tax Commissioner** | *Check all that apply.* | | |
| **600 E Boulevard** | ☐ Contingent | | |
| **Bismarck, ND 58505-0599** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the Claim: | | |
| _____ | _____ | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☑ No  ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | | | |

| Debtor | **Stark Energy, Inc.** | | Case number *(if known)* | **24-30168** |
|---|---|---|---|---|
| | Name | | | |

---

<div style="background:black; color:white">**Part 1:**</div> Additional Page

---

**2.3** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,300.00 | $1,300.00

**Priority creditor's name and mailing address**

**Travis Vernon**

**633 27th St. West**

**Bismarck, ND 58601**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number**  **9**  **3**  **3**  **8**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(4)**

---

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | 24-30168 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Adam Hammerle**

**31732 Avondale**

**Westland, MI 48186**

Date or dates debt was incurred

Last 4 digits of account number   **4  4  3  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,700.00**

**3.2** Nonpriority creditor's name and mailing address

**Alexander Miller**

**P.O. Box 3256**

**Bismarck, ND 58602**

Date or dates debt was incurred

Last 4 digits of account number   **7  3  3  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,109.50**

**3.3** Nonpriority creditor's name and mailing address

**Ally Financial**

**500 Woodward Ave**

**Detroit, MI 48226**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$62,992.00**

**3.4** Nonpriority creditor's name and mailing address

**Amerifi Capital LLC**

**330 Main St #105**

**Hartford, CT 06106**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$181,875.00**

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | **24-30168** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Brad Cross**

**809 ECR 7250**

**Bismarck, ND 79404**

Date or dates debt was incurred _____

Last 4 digits of account number __9__ __1__ __0__ __8__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$8,046.39

---

**3.6** Nonpriority creditor's name and mailing address

**Bright Design Homes**

**319 Prairie Dr**

**Stanley, ND 58784**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

$19,160.00

---

**3.7** Nonpriority creditor's name and mailing address

**Bryan Adolph Kostelecky**

**1150 11th Ave W.**

**Dickinson, ND 58601**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$18,338.48

---

**3.8** Nonpriority creditor's name and mailing address

**Capital One - Spark Business**

**PO Box 71087**

**Charlotte, NC 28272-1087**

Date or dates debt was incurred _____

Last 4 digits of account number __6__ __9__ __6__ __1__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$8,136.99

---

| Debtor | **Stark Energy, Inc.** | | Case number *(if known)* | 24-30168 |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,717.47 |
|---|---|---|---|

**Cody Ford**

P.O. Box 64

Bismarck, ND 58640

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number    8  6  6  1

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,000.00 |

**Cody Laffitte**

215 Waldroup Rd.

Eros, LA 71238

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number    7  1  9  1

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,877.41 |

**County Line Truck Stop**

PO Box 2140

Dickinson, ND 58602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number    ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,019.71 |

**Craig Elser**

2584 6th Ave W., Apt 7

Dickinson, ND 58601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number    6  4  6  3

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | **24-30168** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Daniel Gerstberger**

**90 East 6 Mile Rd**

**Garden City, KS 67846**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$50,000.00

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $540.00 |
|---|---|---|---|

**Daniel Paluck**

**2030 Sierra Commons Rd., Apt 738**

**Dickinson, ND 58601**

Date or dates debt was incurred _____

Last 4 digits of account number  6  9  0  1

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$540.00

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,402.76 |
|---|---|---|---|

**DCI - Credit Services Inc.**

**121 E Rosser Ave**

**Bismarck, ND 58501**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$6,402.76

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,123.50 |
|---|---|---|---|

**Dustin O'Neill**

**1615 Main St.**

**Bismarck, ND 56589**

Date or dates debt was incurred _____

Last 4 digits of account number  8  2  7  3

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$6,123.50

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | **24-30168** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,988.75 |
|---|---|---|---|

**Dylan Boykin**

**8715 Pine Springs**

**Meridian, MS 39305**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Judgment**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**Dylan Newton**

**527 2nd Ave E.**

**Dickinson, ND 58601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: wages**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  7  3  8  7

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144,258.75 |
|---|---|---|---|

**Dynasty Capital 26, LLC**

**96-14 Metropolitan Ave 2nd FL**

**Forest Hills, NY 11375**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,565.53 |
|---|---|---|---|

**Ebeltoft, Sickler Lawyers PLLC**

**2272 Eight Street West**

**Dickinson, ND 58601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  0  0  0  0

---

| Debtor | **Stark Energy, Inc.** | | Case number *(if known)* | **24-30168** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:**  Additional Page

---

| **3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $14,624.09 |
|---|---|---|---|
| | **Eduardo Ortiz** | ☐ Contingent | |
| | **6024 Wilshire Dr.** | ☐ Unliquidated | |
| | **Tampa, FL 33615** | ☐ Disputed | |
| | | **Basis for the claim:  wages** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number   7  9  1  6 | ☑ No<br>☐ Yes | |

| **3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | unknown |
|---|---|---|---|
| | **EN OD Captial LLC** | ☐ Contingent | |
| | **11777 Reisterstown Rd.** | ☐ Unliquidated | |
| | **Pikesville, MD 21208** | ☑ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number   ___ ___ ___ ___ | ☑ No<br>☐ Yes | |

| **3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $100,000.00 |
|---|---|---|---|
| | **EVERYDAY FUNDING GROUP LLC** | ☐ Contingent | |
| | **132 32nd St.** | ☐ Unliquidated | |
| | **Brooklyn, NY 11232** | ☑ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number   ___ ___ ___ ___ | ☑ No<br>☐ Yes | |

| **3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $10,022.60 |
|---|---|---|---|
| | **Garrett McKenzie** | ☐ Contingent | |
| | **1289 24th St W** | ☐ Unliquidated | |
| | **Bismarck, ND 58601** | ☐ Disputed | |
| | | **Basis for the claim:  wages** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number   1  7  5  2 | ☑ No<br>☐ Yes | |

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | **24-30168** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,320.00 |
|---|---|---|---|

Helen George

1813 4th Ave E.

Bismarck, ND 58601

Date or dates debt was incurred _____

Last 4 digits of account number    6   3   9   9

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | unknown |
|---|---|---|---|

Jason Lavigne

375 Horizon St.

Killdeer, ND 58640

Date or dates debt was incurred _____

Last 4 digits of account number    ___ ___ ___ ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $13,842.40 |
|---|---|---|---|

Jeffrey Schmitt

4007 33rd St. N.

Bismarck, ND 58102

Date or dates debt was incurred _____

Last 4 digits of account number    7   0   2   6

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $7,475.10 |
|---|---|---|---|

Jett Ogren

c/o ND Department of Labor

600 E. Boulevard Ave Dept 406

Bismarck, ND 58505-0340

Date or dates debt was incurred _____

Last 4 digits of account number    7   1   8   0

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | **24-30168** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.29** Nonpriority creditor's name and mailing address

**John C. Williams & Associates**

**1612 Northeast Expressway**

**Atlanta, GA 30329**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$62,740.61

---

**3.30** Nonpriority creditor's name and mailing address

**Justin Bacon**

**c/o ND Department of Labor**

**600 E. Boulevard Ave Dept 406**

**Bismarck, ND 58505-0340**

Date or dates debt was incurred _____

Last 4 digits of account number  8  5  7  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$8,950.62

---

**3.31** Nonpriority creditor's name and mailing address

**Justin Lavigne**

**c/o ND Department of Labor**

**600 E. Boulevard Ave Dept 406**

**Bismarck, ND 58505-0340**

Date or dates debt was incurred _____

Last 4 digits of account number  8  9  8  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$14,146.09

---

**3.32** Nonpriority creditor's name and mailing address

**KELLER PAVING & LANDSCAPING INC**

**1820 Hwy 2 Bypass East**

**Minot, ND 58701**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$52,544.27

---

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | 24-30168 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:**</td><td>Additional Page</td></tr>
</table>

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,278.82 |
|---|---|---|---|
| | **Kenneth Mack** | ☐ Contingent | |
| | **306 13th St. NE** | ☐ Unliquidated | |
| | **Tioga, ND 58852** | ☐ Disputed | |
| | | **Basis for the claim: wages** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number **8 0 8 6** | ☑ No  ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79,208.00 |
|---|---|---|---|
| | **Knightsbridge Funding LLC** | ☐ Contingent | |
| | **40 Wall St** | ☐ Unliquidated | |
| | **New York, NY 10005** | ☑ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|
| | **Landmark Funding** | ☐ Contingent | |
| | **10232 Southard Dr** | ☐ Unliquidated | |
| | **Beltsville, MD 20705-2105** | ☑ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87.20 |
|---|---|---|---|
| | **Linebarger Goggan Blair & Sampson, LLP** | ☐ Contingent | |
| | **233 South Wacker Drive Suite 4030** | ☐ Unliquidated | |
| | **Chicago, IL 60606** | ☑ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes | |

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | **24-30168** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b> Additional Page</td></tr>
</table>

**3.37** Nonpriority creditor's name and mailing address

**Marcelino Gonzalez**

**P.O. Box 295**

**Elsa, TX 78543**

Date or dates debt was incurred _____

Last 4 digits of account number  **6 9 6 9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$17,713.52

---

**3.38** Nonpriority creditor's name and mailing address

**Mathew Barrett**

**3007 E Papillon Circle**

**Mesa, AZ 85215**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$60,000.00

---

**3.39** Nonpriority creditor's name and mailing address

**Mathew Haberstroh**

**3907 East Duke Street**

**Lubbock, TX 79403**

Date or dates debt was incurred _____

Last 4 digits of account number  **6 6 5 7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$6,597.86

---

**3.40** Nonpriority creditor's name and mailing address

**Michael Werner**

**828 South 6th Street**

**Canon City, CO 81212**

Date or dates debt was incurred _____

Last 4 digits of account number  **7 1 0 7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$13,413.02

---

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | 24-30168 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $220,656.27 |
|---|---|---|---|

**Midland States Bank**

1201 Network Centre Drive

Effingham, IL 62401

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $50,000.00 |
|---|---|---|---|

**PARKVIEW ADVANCE LLC**

400 Main St.

Stamford, CT 06901

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $6,900.00 |
|---|---|---|---|

**Patrick Volck**

1402 20th Ave W., Apt 13

Williston, ND 58801

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **wages**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number **9  3  0  6**

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $45,593.79 |
|---|---|---|---|

**Pinnacle Business Funding LLC**

1777 Reisterstown Rd

Pikesville, MD 21209

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | 24-30168 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.45** Nonpriority creditor's name and mailing address

**Preble Medical Services Inc.**

**101 Collins Avenue**

**Mandan, ND 58554**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$560.00

---

**3.46** Nonpriority creditor's name and mailing address

**Quality Quick Print**

**37 1ST Ave West**

**Dickinson, ND 58601**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,522.89

---

**3.47** Nonpriority creditor's name and mailing address

**Quent Lusk**

**1455 Rough Rider Blvd., Apt 202**

**Dickinson, ND 58601**

Date or dates debt was incurred _____

Last 4 digits of account number   6   5   1   0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$1,354.00

---

**3.48** Nonpriority creditor's name and mailing address

**Quinton Jenkins**

**201 County Road 685**

**Quitman, MS 39355**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

$19,884.63

---

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | 24-30168 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $543.75 |
|---|---|---|---|

**Raymond Ibe**

5809 Victoria Ave., Unit H

Williston, ND 58801

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** wages

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   7  1  3  9

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,080.00 |
|---|---|---|---|

**Ricardo Muzquiz**

1004 Paseo De Tiber

Laredo, TX 78046

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** wages

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   9  1  7  4

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160,000.00 |
|---|---|---|---|

**RIVER ADVANCE**

36 Airport Rd

Lakewood, NJ 08701

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __  __  __  __

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,327.00 |
|---|---|---|---|

**Robert Boatright**

1810 Diaz Ave.

Bismarck, ND 78076

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** wages

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   7  0  4  7

---

| Debtor | **Stark Energy, Inc.** | | Case number *(if known)* | 24-30168 |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,220.00 |
|---|---|---|---|
| | **Robert Haider** | ☐ Contingent | |
| | **1093 Enterprise Ave., Apt 3** | ☐ Unliquidated | |
| | **Bismarck, ND 58601** | ☐ Disputed | |
| | | **Basis for the claim:  wages** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number   8  1  4  9 | ☑ No   ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,380.00 |
|---|---|---|---|
| | **Shannon Brock** | ☐ Contingent | |
| | **615 29th St. W.** | ☐ Unliquidated | |
| | **Dickinson, ND 58601** | ☐ Disputed | |
| | | **Basis for the claim:  wages** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number   4  4  7  4 | ☑ No   ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,126.37 |
|---|---|---|---|
| | **Steven Kopp** | ☐ Contingent | |
| | **1911 Radnor Dr.** | ☐ Unliquidated | |
| | **Melbourne, FL 32901** | ☐ Disputed | |
| | | **Basis for the claim:  wages** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number   7  9  1  5 | ☑ No   ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $487.50 |
|---|---|---|---|
| | **Steven Stack** | ☐ Contingent | |
| | **9201 275th Ave SE** | ☐ Unliquidated | |
| | **Bismarck, ND 58781** | ☐ Disputed | |
| | | **Basis for the claim:  wages** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number   4  3  9  0 | ☑ No   ☐ Yes | |

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | 24-30168 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**The Avanza Group LLC**

3974 Amboy Road Ste 304

Staten Island, NY 10308

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,093.48 |
|---|---|---|---|

**Todd Griffiths**

2463 Coves Ct.

Dickinson, ND 58601

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Judgment**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,471.31 |
|---|---|---|---|

**Valentin Mascorro**

633 27th St. West

Dickinson, ND 58601

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Judgment**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,721.27 |
|---|---|---|---|

**Western Equipment Solutions**

PO Box 26975

Salt Lake City, UT 84126-0975

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | **24-30168** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| **3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,128.46 |
|---|---|---|---|

**Yuker Towing**

**876 E Broadway St**

**Dickinson, ND 58601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Stark Energy, Inc.** | | Case number *(if known)* | **24-30168** |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td style="background:black;color:white">Part 3:</td><td colspan="2">List Others to Be Notified About Unsecured Claims</td></tr>
</table>

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Vogel Law Firm** | Line **3.41** | |
| **218 NP AVE** | ☐ Not listed. Explain _____ | __ __ __ __ |
| **Fargo, ND 58107** | _____ | |

| Debtor | **Stark Energy, Inc.** | | Case number *(if known)* | **24-30168** |
|---|---|---|---|---|
| | Name | | | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$71,474.36** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$1,663,617.16** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,735,091.52** |

**Schedule E/F: Creditors Who Have Unsecured Claims**

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

| | |
|---|---|
| Debtor name | **Stark Energy, Inc.** |
| United States Bankruptcy Court for the: | **District of North Dakota** |
| Case number (if known): | **24-30168** Chapter **11** |

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

    ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name __**Stark Energy, Inc.**__

United States Bankruptcy Court for the District of __**North Dakota**__
(State)

Case number (If known): __**24-30168**__

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, **Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Fettig Enterprise Inc** | Street | **Amerifi Capital LLC** | ☐ D ☑ E/F ☐ G |
| | City    State    ZIP Code | **PARKVIEW ADVANCE LLC** | ☐ D ☑ E/F ☐ G |
| 2.2 **Fettig Enterprise Inc** | **1860 4th Ave E** Street | **Amerifi Capital LLC** | ☐ D ☑ E/F ☐ G |
| | **Dickinson, ND 58601-3362** City    State    ZIP Code | **PARKVIEW ADVANCE LLC** | ☐ D ☑ E/F ☐ G |
| 2.3 **Fettig, Rob** | **1860 4TH AVE E DICKINSON** Street | **Amerifi Capital LLC** | ☐ D ☑ E/F ☐ G |
| | **Dickinson, ND 58601-3362** City    State    ZIP Code | **Dynasty Capital 26, LLC** | ☐ D ☑ E/F ☐ G |
| | | **River Capital Partners LLC** | ☑ D ☐ E/F ☐ G |
| | | **Pinnacle Business Funding LLC** | ☐ D ☑ E/F ☐ G |
| | | **Landmark Funding** | ☐ D ☑ E/F ☐ G |

Case 24-30168  Doc 127  Filed 05/17/24  Entered 05/17/24 19:01:57  Desc Main
UST Ex 7 Schedules and Statements  Page 66 of 97

Case 24-30168  Doc 18-7  Filed 05/10/24  Entered 05/10/24 19:24:52  Desc Exhibit
Document  Page 65 of 96

| Debtor | **Stark Energy, Inc.** | | Case number (if known) | 24-30168 |
|---|---|---|---|---|
| | Name | | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** |
|---|

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| | | Knightsbridge Funding LLC | ☐ D / ☑ E/F / ☐ G |
| | | AVANZA GROUP, LLC | ☐ D / ☐ E/F / ☐ G |
| | | CLOUD FUND LLC | ☑ D / ☐ E/F / ☐ G |
| | | PARKVIEW ADVANCE LLC | ☐ D / ☑ E/F / ☐ G |
| 2.4 Fettig, Rob | 1860 4TH AVE E <br> Street <br><br> Dickinson, ND 58601-3362 <br> City  State  ZIP Code | Amerifi Capital LLC | ☐ D / ☑ E/F / ☐ G |
| | | Dynasty Capital 26, LLC | ☐ D / ☑ E/F / ☐ G |
| | | River Capital Partners LLC | ☑ D / ☐ E/F / ☐ G |
| | | Pinnacle Business Funding LLC | ☐ D / ☑ E/F / ☐ G |
| | | Landmark Funding | ☐ D / ☑ E/F / ☐ G |
| | | Knightsbridge Funding LLC | ☐ D / ☑ E/F / ☐ G |
| | | AVANZA GROUP, LLC | ☑ D / ☐ E/F / ☐ G |
| | | CLOUD FUND LLC | ☑ D / ☐ E/F / ☐ G |
| | | PARKVIEW ADVANCE LLC | ☐ D / ☑ E/F / ☐ G |

| Debtor | **Stark Energy, Inc.** | Case number (if known) | **24-30168** |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.5 | **Mathew Barrett** | **3007 E Papillon Circle**<br>Street<br><br>**Mesa, AZ 85215**<br>City　　State　　ZIP Code | **Gate City Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Gate City Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Gate City Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Gate City Bank** | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | **Rob Fettig** | **1860 4TH AVE E**<br>Street<br><br>**Dickinson, ND 58601-3362**<br>City　　State　　ZIP Code | **Amerifi Capital LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Dynasty Capital 26, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **River Capital Partners LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Pinnacle Business Funding LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Landmark Funding** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Knightsbridge Funding LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **AVANZA GROUP, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **CLOUD FUND LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **PARKVIEW ADVANCE LLC** | ☐ D<br>☑ E/F<br>☐ G |

Debtor **Stark Energy, Inc.**
Name

Case number (if known) **24-30168**

| | Additional Page if Debtor Has More Codebtors |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.7 | **South Metro Remodel and Home Repair** | **13617 4th Ave South** <br> Street <br><br> **Burnsville, MN 55337** <br> City State ZIP Code | **PARKVIEW ADVANCE LLC** | ☐ D <br> ☑ E/F <br> ☐ G |

Official Form 206H Schedule H: Codebtors page __4__ of __4__

Fill in this information to identify the case:

Debtor name **Stark Energy, Inc.**

United States Bankruptcy Court for the:

**District of North Dakota**

Case number (if known): **24-30168** Chapter **11**

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*.................................................................................................

    | $202,500.00 |

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................................

    | $525,617.73 |

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................

    | $728,117.73 |

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

    | $4,141,268.21 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................

    | $71,474.36 |

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................

    | + $1,663,617.16 |

4. **Total liabilities**............................................................................................................
    Lines 2 + 3a + 3b

    | $5,876,359.73 |

Fill in this information to identify the case:

Debtor name _____**Stark Energy, Inc.**_____

United States Bankruptcy Court for the:

_____**District of North Dakota**_____

Case number (if known): _____**24-30168**_____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$115,002.21** |
| **For prior year:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$707,648.93** |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,444,709.83** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

| Debtor | **Stark Energy, Inc.** | Case number *(if known)* | 24-30168 |
|---|---|---|---|
| | Name | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> _____ <br> City          State    ZIP Code | _____ <br> _____ <br> _____ | _____ <br> _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> _____ <br> City          State    ZIP Code <br> **Relationship to debtor** <br> _____ | _____ <br> _____ <br> _____ | _____ <br> _____ | _____ <br> _____ <br> _____ |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

| Debtor | Stark Energy, Inc. | | Case number *(if known)* | 24-30168 |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 5.1. | **Gate City Bank**<br>Creditor's name | **Recovered Vehicle Collateral, as described in Motion to Lift Automatic Stay (Doc. 16)** | 3/24 | $150,000.00 |
| | **1761 Third Ave W**<br>Street | | | |
| | **Dickinson, ND 58601**<br>City          State    ZIP Code | | | |
| 5.2. | **Midland States Bank**<br>Creditor's name | **Private Sale of 2014 Kenworth W-900, VIN 1XKWP4EX5EJ420085 and 2015 Kenworth W-900, VIN 1XKWP4EX1FJ435264 (valued at $36,000 sold for $22,000)** | 3/29/24 | $22,000.00 |
| | **1201 Network Centre Drive**<br>Street | | | |
| | **Effingham, IL 62401**<br>City          State    ZIP Code | | | |
| 5.3. | **Regions Bank**<br>Creditor's name | **Repossessed CZM 2012 Drilling Rig** | 1/2/24 | $100,000.00 |
| | **PO Box 11407**<br>Street | | | |
| | **Birmingham, AL 35246**<br>City          State    ZIP Code | | | |
| 5.4. | **Yuker Towing**<br>Creditor's name | **Recovered Vehicle Collateral, as described in Motion to Lift Automatic Stay (Doc. 16) and 2014 Kenworth W-900, VIN 1XKWP4EX5EJ420085 and 2015 Kenworth W-900, VIN 1XKWP4EX1FJ435264** | 2023 | $186,000.00 |
| | **876 E Broadway St**<br>Street | | | |
| | **Dickinson, ND 58601**<br>City          State    ZIP Code | | | |
| 5.5. | **Gate City Bank**<br>Creditor's name | **Garnished funds from Dacotah bank account** | 10/24/23 | $171.00 |
| | **1761 Third Ave W**<br>Street | | | |
| | **Dickinson, ND 58601**<br>City          State    ZIP Code | | | |
| 5.6. | **Gate City Bank**<br>Creditor's name | **Garnished funds from Dakotah bank account** | 3/26/24 | $204.00 |
| | **1761 Third Ave W**<br>Street | | | |
| | **Dickinson, ND 58601**<br>City          State    ZIP Code | | | |
| 5.7. | **Alliance Funding Group**<br>Creditor's name | **Repossessed and Sold 2015 Trail King VIN TKJ05330FM057588** | 1/2/24 | $98,000.00 |
| | **17542 17th St. #200**<br>Street | | | |
| | **Tustin, CA 92780**<br>City          State    ZIP Code | | | |

Case 24-30868  Doc 187    Filed 05/17/24    Entered 05/17/24 11:00:24    Desc Main
UST Ex 7 Schedules and Statement Page 73 of 97

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. Creditor's name _____ Street _____ City ____ State ____ ZIP Code | XXXX– __ __ __ __ | ____ | ____ |

---

| Part 3: | Legal Actions or Assignments |
|---|---|

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Midland States Bank v Fettig, Robert Gene and Stark Energy, Inc** <br><br> Case number <br> **17-2023-CV-00026** | collection | **Golden Valley County District Court** <br> Name <br> **150 1st Ave SE** <br> Street <br> **Beach, ND 58621** <br> City     State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| 7.2. | **Griffiths, Todd v Stark Energy, Inc** <br><br> Case number <br> **45-2023-CV-00216** | | **Stark County District Court** <br> Name <br> **51 3rd St E** <br> Street <br> **Dickinson, ND 58601** <br> City     State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| 7.3. | **Midland States Bank v Fettig, Robert Gene and Stark Energy, Inc** <br><br> Case number <br> **45-2023-CV-00475** | | **Stark County District Court** <br> Name <br> **51 3rd St E** <br> Street <br> **Dickinson, ND 58601** <br> City     State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|
| | **Kostelecky, Bryan A. v Fettig, Robert and Stark Energy, Inc** | | **Stark County District Court** <br> Name <br><br> **51 3rd St E** <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** | | | |
| | **45-2023-CV-00550** | | **Dickinson, ND 58601** <br> City              State       ZIP Code | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|
| | **Boykin, Dylan, Jenkins, Quinton and Mascorro, Valentin v Fetting Enterprise, Inc, Fettig Equipment and Stark Energy Inc** | | **Stark County District Court** <br> Name <br><br> **51 3rd St E** <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** | | | |
| | **45-2023-CV-00648** | | **Dickinson, ND 58601** <br> City              State       ZIP Code | |

| 7.6. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|
| | **Gate City Bank v Barrett, Matthew, Fettig, Robert G. and Stark Energy, Inc** | | **Stark County District Court** <br> Name <br><br> **51 3rd St E** <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** | | | |
| | **45-2023-CV-00689** | | **Dickinson, ND 58601** <br> City              State       ZIP Code | |

| 7.7. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|
| | **Regions Bank v Fettig, Robert Gene and Stark Energy, Inc** | | **Stark County District Court** <br> Name <br><br> **51 3rd St E** <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** | | | |
| | **45-2023-CV-00916** | | **Dickinson, ND 58601** <br> City              State       ZIP Code | |

| 7.8. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|
| | **Kostelecky, Bryan and Twila v Stark Energy, Inc** | | **Stark County District Court** <br> Name <br><br> **51 3rd St E** <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** | | | |
| | **45-2023-CV-00079** | | **Dickinson, ND 58601** <br> City              State       ZIP Code | |

| 7.9. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|
| | **Kostelecky, Bryan v Stark Energy, Inc** | | **Stark County District Court** <br> Name <br><br> **51 3rd St E** <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** | | | |
| | **45-2023-SC-00080** | | **Dickinson, ND 58601** <br> City              State       ZIP Code | |

| 7.10. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Bright Design Homes v Stark Energy | | District Court, County of Mountrail, State of North Dakota | ☐ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | 101 N Main St | ☑ Concluded |
| | | | Street | |
| | 31-2023-CV-00071 | | | |
| | | | Stanley, ND 58784 | |
| | | | City          State    ZIP Code | |

| 7.11. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Bright Design Homes v Stark Energy | | District Court, County of Mountrail, State of North Dakota | ☐ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | 101 N Main St | ☑ Concluded |
| | | | Street | |
| | 312023-CV-00072 | | | |
| | | | Stanley, ND 58784 | |
| | | | City          State    ZIP Code | |

| 7.12. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Regions Bank vs Stark Energy, Inc., et al. | | Stark County District Court | ☑ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | 51 3rd St E | ☐ Concluded |
| | | | Street | |
| | 45-2023-CV-00916 | | | |
| | | | Dickinson, ND 58601 | |
| | | | City          State    ZIP Code | |

| 7.13. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Daniel Gerstberger vs Robert Fettig, et al. | | Stark County District Court | ☑ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | 51 3rd St E | ☐ Concluded |
| | | | Street | |
| | 45-2024-CV-00085 | | | |
| | | | Dickinson, ND 58601 | |
| | | | City          State    ZIP Code | |

| 7.14. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | River Capital Partners LLC against Stark Energy Inc and Robert Fettig | | Supreme Court of the State of New York, County of Nassau | ☑ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | 100 Supreme Court Drive | ☐ Concluded |
| | | | Street | |
| | | | | |
| | | | 11501 | |
| | | | City          State    ZIP Code | |

| 7.15. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Knightsbridge Funding LLC against Fettig Enterprise, Inc. DBA Fettig Equipment; Stark Energy Inc; and Robert Fettig** | | **Supreme Court of the State of New York, County of Niagara** <br> Name <br> **775 Third Street** <br> Street <br> **Niagara Falls, NY 14301** <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> _____ | | | |

| 7.16. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Pinnacle Business Funding, LLC against Stark Energy Inc and Robert Gene Fettig** | | **Supreme Court of the State of New York, County of Sullivan** <br> Name <br> **414 Broadway** <br> Street <br> **Monticello, NY 12701** <br> City    State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **E2022-1462** | | | |

| 7.17. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Dynasty Capital 26, LLC v Stark Energy Inc and Robert Gene Fettig** | | **Supreme Court of the State of New York, County of Kings** <br> Name <br> **360 Adams St Ste 189** <br> Street <br> **11201** <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> _____ | | | |

| 7.18. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **The Avanza Group, LLC against Stark Energy Inc., D/B/A Stark Energy Inc. and Robert Gene Fettig** | | **Supreme Court of the State of New York, County of Sullivan** <br> Name <br> **414 Broadway** <br> Street <br> **Monticello, NY 12701** <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **E2022-1413** | | | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Debtor | Stark Energy, Inc. | Case number (if known) | 24-30168 |
|---|---|---|---|
| | Name | | |

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name

**Case title**

**Court name and address**

Street

Name

**Case number**

Street

City                State      ZIP Code

**Date of order or assignment**

City                State      ZIP Code

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City                State      ZIP Code

**Recipient's relationship to debtor**

---

**Part 5:   Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1.  **2014 Kenworth** | **none, stolen** | **2023** | **$30,000.00** |

---

**Part 6:   Certain Payments or Transfers**

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Ahlgren Law Office** | | **4/23/24** | **$10,000.00** |
| | **Address** | | | |
| | **220 West Washington Ave Suite 105** | | | |
| | Street | | | |
| | **Fergus Falls, MN 56537** | | | |
| | City        State    ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | **Anders Jorve** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Debtor | Stark Energy, Inc. | | Case number *(if known)* 24-30168 |
|---|---|---|---|
| | Name | | |

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** _____ | | | |
| | Street _____ | | | |
| | City _____ State ___ ZIP Code | | | |
| | **Relationship to debtor** _____ | | | |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ Street | From _____ To _____ |
| _____ | |
| City _____ State ___ ZIP Code | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City _____ State ___ ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **18.1** **Dakota Commercial Bank and Trust** <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City   State   ZIP Code | XXXX– _ _ _ _ | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | _____ | **$0.00** |
| **18.2** **Gate City Bank** <br> Name <br><br> **1761 Third Ave W** <br> Street <br><br> **Dickinson, ND 58601** <br> City   State   ZIP Code | XXXX– _ _ _ _ | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | _____ | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Case 24-30168    Doc 127    Filed 05/17/24    Entered 05/17/24 19:02:57    Desc Main
UST Ex 7 Schedules and Statements    Page 81 of 97

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Rob Fettig** | **4090 130 C Ave SW** | ~~Personal Tools~~ | **$0.00** |
| Name | | | |
| **1860 4TH AVE E DICKINSON** | **Belfield, ND 58622** | | |
| Street | | | |
| **Dickinson          ND** | | | |
| **58601-3362** | | | |
| City          State     ZIP Code | | | |

---

**Part 12:   Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | Name | | ☐ On appeal |
| **Case number** | Street | | ☐ Concluded |
| | City                State     ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State     ZIP Code | City        State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State     ZIP Code | City        State     ZIP Code | | |

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Debtor | Stark Energy, Inc. | Case number *(if known)* | 24-30168 |
|---|---|---|---|
| | Name | | |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.

Name

Street

_____

City          State     ZIP Code

EIN: _ _ – _ _ _ _ _ _ _

**Dates business existed**

From _____   To _____

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.  **Mahoney CPA's and Advisors**
Name

**10 River Park Plz Ste 800**
Street

**Saint Paul, MN 55107**
City                    State          ZIP Code

From _____   To _____

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1.

Name

Street

_____

City                    State          ZIP Code

From _____   To _____

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

Name

Street

_____

City                    State          ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.

Name
_____

Street
_____

_____

City                        State              ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.
_____

Name
_____

Street
_____

_____

City                        State              ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rob Fettig | 1860 4TH AVE E DICKINSON Dickinson, ND 58601-3362 | Sole Officer/Director, | 100.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ |
| | | | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Debtor | Stark Energy, Inc. | | Case number *(if known)* | 24-30168 |
|---|---|---|---|---|

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Rob Fettig** <br> Name <br><br> **1860 4TH AVE E** <br> Street <br><br><br> **Dickinson, ND 58601-3362** <br> City      State      ZIP Code | **$5000.00** | **multiple** | |

Relationship to debtor

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **05/17/2024**
     MM/ DD/ YYYY

**X** **s/ Robert Fettig**        Printed name      **Robert Fettig**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor      **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

Adam Hammerle
31732 Avondale
Westland, MI 48186

Alexander Miller
P.O. Box 3256
Bismarck, ND 58602

Alliance Funding Group
17542 17th St. #200
Tustin, CA 92780

Ally Financial
500 Woodward Ave
Detroit, MI 48226

Amerifi Capital LLC
330 Main St #105
Hartford, CT 06106

Ascentium Capital LLC
23970 Hwy 59 North
Kingwood, TX 77339

AVANZA GROUP, LLC
3974 Amboy Rd. Suite 306
Staten Island, NY 10308

Brad Cross
809 ECR 7250
Bismarck, ND 79404

Bright Design Homes
319 Prairie Dr
Stanley, ND 58784

Bryan Adolph Kostelecky
1150 11th Ave W.
Dickinson, ND 58601

Capital One - Spark Business
PO Box 71087
Charlotte, NC 28272-1087

CHTD Company
PO Box 2576
Springfield, IL 62708

CLOUD FUND LLC
400 Rella Blvd. Suite 165-101
Suffern, NY 10901

Cody Ford
P.O. Box 64
Bismarck, ND 58640

Cody Laffitte
215 Waldroup Rd.
Eros, LA 71238

County Line Truck Stop
PO Box 2140
Dickinson, ND 58602

Craig Elser
2584 6th Ave W., Apt 7
Dickinson, ND 58601

CT Corporation System
Attn: SPRS
330 N Brand Blvd Suite 700
Glendale, CA 91203

Daniel Gerstberger
90 East 6 Mile Rd
Garden City, KS 67846

Daniel Paluck
2030 Sierra Commons Rd., Apt 738
Dickinson, ND 58601

DCI - Credit Services Inc.
121 E Rosser Ave
Bismarck, ND 58501

Dustin O'Neill
1615 Main St.
Bismarck, ND 56589

Dylan Boykin
8715 Pine Springs
Meridian, MS 39305

Dylan Newton
527 2nd Ave E.
Dickinson, ND 58601

Dynasty Capital 26, LLC
96-14 Metropolitan Ave 2nd FL
Forest Hills, NY 11375


Ebeltoft, Sickler Lawyers PLLC
2272 Eight Street West
Dickinson, ND 58601


Eduardo Ortiz
6024 Wilshire Dr.
Tampa, FL 33615


EN OD Captial LLC
11777 Reisterstown Rd.
Pikesville, MD 21208


EVERYDAY FUNDING GROUP
LLC
132 32nd St.
Brooklyn, NY 11232


Fettig Enterprise Inc


Fettig Enterprise Inc
1860 4th Ave E
Dickinson, ND 58601-3362


Rob Fettig
1860 4TH AVE E DICKINSON
Dickinson, ND 58601-3362

Rob Fettig
1860 4TH AVE E
Dickinson, ND 58601-3362

Financial Pacific Leasing Inc.
3455 S 344th Way Ste 300
Federal Way, WA 98001

Garrett McKenzie
1289 24th St W
Bismarck, ND 58601

Gate City Bank
1761 Third Ave W
Dickinson, ND 58601

Greg Moore
632 8th St SE
Bismarck, ND 59270

Helen George
1813 4th Ave E.
Bismarck, ND 58601

Jason Lavigne
375 Horizon St.
Killdeer, ND 58640

Jeffrey Schmitt
4007 33rd St. N.
Bismarck, ND 58102

Jett Ogren
c/o ND Department of Labor
600 E. Boulevard Ave Dept 406
Bismarck, ND 58505-0340


John C. Williams & Associates
1612 Northeast Expressway
Atlanta, GA 30329


Justin Bacon
c/o ND Department of Labor
600 E. Boulevard Ave Dept 406
Bismarck, ND 58505-0340


Justin Lavigne
c/o ND Department of Labor
600 E. Boulevard Ave Dept 406
Bismarck, ND 58505-0340


KELLER PAVING &
LANDSCAPING INC
1820 Hwy 2 Bypass East
Minot, ND 58701


Kenneth Mack
306 13th St. NE
Tioga, ND 58852


Knightsbridge Funding LLC
40 Wall St
New York, NY 10005


Landmark Funding
10232 Southard Dr
Beltsville, MD 20705-2105

Linebarger Goggan Blair &
Sampson, LLP
233 South Wacker Drive Suite 4030
Chicago, IL 60606


M2 Financing
20800 Swenson Drive Suite 475
Waukesha, WI 53186


Marcelino Gonzalez
P.O. Box 295
Elsa, TX 78543


Mathew Barrett
3007 E Papillon Circle
Mesa, AZ 85215


Mathew Haberstroh
3907 East Duke Street
Lubbock, TX 79403


Michael Werner
828 South 6th Street
Canon City, CO 81212


Midland States Bank
1201 Network Centre Drive
Effingham, IL 62401


Office of State Tax
Commissioner
600 E Boulevard
Bismarck, ND 58505-0599

PARKVIEW ADVANCE LLC
400 Main St.
Stamford, CT 06901


Patrick Volck
1402 20th Ave W., Apt 13
Williston, ND 58801


Pinnacle Business Funding
LLC
1777 Reisterstown Rd
Pikesville, MD 21209


Pioneer Credit Recovery Inc
PO Box 189
Arcade, NY 14009


Preble Medical Services Inc.
101 Collins Avenue
Mandan, ND 58554


Quality Quick Print
37 1ST Ave West
Dickinson, ND 58601


Quent Lusk
1455 Rough Rider Blvd., Apt 202
Dickinson, ND 58601


Quinton Jenkins
201 County Road 685
Quitman, MS 39355

Raymond Ibe
5809 Victoria Ave., Unit H
Williston, ND 58801

Regions Bank
PO Box 11407
Birmingham, AL 35246

Ricardo Muzquiz
1004 Paseo De Tiber
Laredo, TX 78046

RIVER ADVANCE
36 Airport Rd
Lakewood, NJ 08701

River Capital Partners LLC
36 Airport Road
Lakewood, NJ 08701

Rob Fettig
1860 4TH AVE E
Dickinson, ND 58601-3362

Robert Boatright
1810 Diaz Ave.
Bismarck, ND 78076

Robert Haider
1093 Enterprise Ave., Apt 3
Bismarck, ND 58601

Shannon Brock
615 29th St. W.
Dickinson, ND 58601


South Metro Remodel and
Home Repair
13617 4th Ave South
Burnsville, MN 55337


Steven Kopp
1911 Radnor Dr.
Melbourne, FL 32901


Steven Stack
9201 275th Ave SE
Bismarck, ND 58781


The Avanza Group LLC
3974 Amboy Road Ste 304
Staten Island, NY 10308


Todd Griffiths
2463 Coves Ct.
Dickinson, ND 58601


Travis Vernon
633 27th St. West
Bismarck, ND 58601


US Small Business
Administration
14925 Kingsport Road
Fort Worth, TX 76155

Valentin Mascorro
633 27th St. West
Dickinson, ND 58601


Vogel Law Firm
218 NP AVE
Fargo, ND 58107


Western Equipment Solutions
PO Box 26975
Salt Lake City, UT 84126-0975


Yuker Towing
876 E Broadway St
Dickinson, ND 58601

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**
**FARGO DIVISION**

IN RE: **Stark Energy, Inc.**                                    CASE NO 24-30168

                                                                CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____**05/17/2024**_____     Signature _____**s/ Robert Fettig**_____

                                                    Robert Fettig, President