**Fill in this information to identify the case:**

Debtor Name __Stark Energy, Inc.__

United States Bankruptcy Court for the:

Case number: __24-30168__

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: __September 2024__

Date report filed: __10/20/2024__
MM / DD / YYYY

Line of business: __Support Activity for Mining__

NAISC code: __2131__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __Robert Fettig__

Original signature of responsible party _(signature)_

Printed name of responsible party __Robert Fettig__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Stark Energy, Inc.                                    Case number  24-30168

17.  Have you paid any bills you owed before you filed bankruptcy?                    ☐  ☑  ☐

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous
   month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                    $  2,313.08

20.  **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C.* Include all
   cash received even if you have not deposited it at the bank, collections on
   receivables, credit card deposits, cash received from other parties, or loans, gifts, or
   payments made by other parties on your behalf. Do not attach bank statements in
   lieu of *Exhibit C.*

   Report the total from *Exhibit C* here.                    $  43,370.72

21.  **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D.* List the
   date paid, payee, purpose, and amount. Include all cash payments, debit card
   transactions, checks issued even if they have not cleared the bank, outstanding
   checks issued before the bankruptcy was filed that were allowed to clear this month,
   and payments made by other parties on your behalf. Do not attach bank statements
   in lieu of *Exhibit D.*

   Report the total from *Exhibit D* here.                    – $  44,980.77

22.  **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit.*                    + $  1,610.05

23.  **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.                    = $  703.03

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   This amount may not match your bank account balance because you may have outstanding checks that
   have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

   Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
   have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the
   purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**                    $  0.00

   *(Exhibit E)*

Debtor Name __Stark Energy, Inc.__                          Case number __24-30168__

---

 **4. Money Owed to You**

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.*
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25.  **Total receivables**                                                                    $ __17,945.75__

    *(Exhibit F)*

---

**5. Employees**

26.  What was the number of employees when the case was filed?                                __2__

27.  What is the number of employees as of the date of this monthly report?                   __5__

---

**6. Professional Fees**

28.  How much have you paid this month in professional fees related to this bankruptcy case?          $ __1,500__

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ __4500__

30.  How much have you paid this month in other professional fees?                                     $ __0__

31.  How much have you paid in total other professional fees since filing the case?                    $ __0__

---

**7. Projections**

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32.  **Cash receipts** | $ 48,000 | − | $ 43,370.72 | = | $ 4,629.28 |
| 33.  **Cash disbursements** | $ 40,000 | − | $ 44,980.77 | = | $ 4,980.77 |
| 34.  **Net cash flow** | $ 8,000 | − | $ 1,610.05 | = | $ 6,389.95 |

35.  Total projected cash receipts for the next month:                    $ __50,000.00__

36.  Total projected cash disbursements for the next month:            - $ __42,000.00__

37.  Total projected net cash flow for the next month:                 = $ __8,000.00__

---

Debtor Name  Stark Energy, Inc.                                    Case number 24-30168

 **8. Additional Information**

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.





**EXHIBIT C**

| DATE | RECEIVED FROM | AMOUNT | DESCRIPTION |
|------|---------------|--------|-------------|
| 9/13/24 | Bullfrog Transport LLC | 500.00 | Shop Rent |
| 9/13/24 | Marathon | 0.15 | Credit Adjustment |
| 9/20/24 | Westlie Truck Center | 47.93 | Return - Credit Adjustment |
| 9/27/24 | Wallwork Truck Center | 384.37 | Return - Credit Adjustment |
| 9/30/24 | Simonson | 0.41 | Credit Adjustment |
| 9/3/24 | Wolla Trucking, LLC | 7,355.14 | Sand Hauling |
| 9/5/24 | Wolla Trucking, LLC | 2,012.31 | Sand Hauling |
| 9/16/24 | Wolla Trucking, LLC | 33,070.41 | Sand Hauling |

$43,370.72

| PAYEE | AMOUNT | DESCRIPTION |
|---|---|---|
| Runnings | 8.50 | Repair/Maintenance |
| Mudflap | 26.57 | Fuel |
| Mudflap | 76.94 | Fuel |
| Mudflap | 113.52 | Fuel |
| Mudflap | 350.00 | Fuel |
| Mudflap | 378.97 | Fuel |
| Mudflap | 400.00 | Fuel |
| Mudflap | 400.00 | Fuel |
| Mudflap | 21.35 | Fuel |
| Bob Evans | 36.42 | Travel Meals |
| Pri Mart Fuel Center | 54.14 | Fuel |
| Mudflap | 400.00 | Fuel |
| Walmart | 21.93 | Office Supplies/Software |
| Simonson | 61.28 | Fuel |
| Ford Enterprises - Killdeer | 75.00 | Repair/Maintenance |
| Jacks Fruit Market | 114.75 | Travel Meals |
| Marathon | 14.86 | Travel Meals |
| Shell Oil | 51.30 | Fuel |
| Penn Grill | 55.57 | Travel Meals |
| Mudflap | 60.56 | Fuel |
| Mudflap | 344.75 | Fuel |
| Mudflap | 400.00 | Fuel |
| Consolidated | 446.81 | Office Supplies/Software |
| Bullfrog Transport LLC | 700.00 | Pay Advance |
| Great Lakes Ace Hardware | 2.75 | Office Supplies/Software |
| USPS | 4.40 | Office Expense |
| Holiday Station | 8.08 | Travel Meals |
| Mudflap | 8.72 | Fuel |
| Exxon | 32.13 | Fuel |
| Exxon | 39.71 | Fuel |
| Mudflap | 48.31 | Fuel |
| Holiday Station | 84.06 | Fuel |
| Mudflap | 274.67 | Fuel |
| OK Tire | 348.87 | Repair/Maintenance |
| Mudflap | 350.00 | Fuel |
| Mudflap | 400.00 | Fuel |
| Arco Patriot Fuel | 5.25 | Travel Meals |
| Cash Wise Foods | 14.66 | Travel Meals |
| Burger King | 23.33 | Travel Meals |
| Sunoco | 64.06 | Fuel |
| Rud's Corporation | 81.78 | Fuel |
| Cenex-United | 82.49 | Fuel |
| Mudflap | 184.46 | Fuel |
| United Fin Cas Insurance | 1,519.61 | Insurance |
| Dairy Queen | 2.45 | Travel Meals |

| | | |
|---|---:|---|
| Mudflap | 43.47 | Fuel |
| Arco | 90.12 | Fuel |
| Mudflap | 350.00 | Fuel |
| Holiday Station | 73.39 | Fuel |
| Fargo Freightliner | 211.85 | Repair/Maintenance |
| Intuit Quick Books | 200.00 | Office Supplies/Software |
| M & H | 60.59 | Fuel |
| Mudflap | 81.36 | Fuel |
| Dan's Conoco | 17.89 | Travel Meals |
| Walmart | 22.44 | Office Supplies/Software |
| O'Reilly | 76.66 | Repair/Maintenance |
| Trappers Kettle | 78.97 | Travel Meals |
| ATM Withdrawal | 300.00 | Payroll - Delene Fettig |
| Mudflap | 310.35 | Fuel |
| Wallwork Truck Center | 1,432.29 | Repair/Maintenance |
| Spruce Valley Payroll | 59.60 | Payroll Service Fee |
| Spruce Valley Payroll | 2,227.00 | Payroll Taxes |
| Wallwork Truck Center | 4.94 | Repair/Maintenance |
| Cenex | 9.32 | Travel Meals |
| Walmart | 13.94 | Travel Meals |
| | 9.03 | Tools/Supplies |
| Mac's | 51.11 | Tools/Supplies |
| Trappers Kettle | 51.73 | Travel Meals |
| Dan's Conoco | 61.25 | Fuel |
| Allstate Peterbilt | 124.99 | Repair/Maintenance |
| IPFS | 2,689.65 | Insurance |
| Arby's | 41.25 | Travel Meals |
| Dan's Conoco | 85.09 | Fuel |
| Allstate Peterbilt | 101.14 | Repair/Maintenance |
| USPS | 116.00 | Office Expense |
| West Dakota Oil | 178.15 | Repair/Maintenance |
| Westlie Truck Center | 182.00 | Repair/Maintenance |
| Verizon | 213.86 | Office Expense |
| K-Line Industries | 303.58 | Tools/Supplies |
| Cenex | 63.00 | Fuel |
| Mudflap | 312.01 | Fuel |
| Wallwork Truck Center | 0.01 | Repair/Maintenance - Price Adjustment |
| Wallwork Truck Center | 4.97 | Repair/Maintenance |
| Mac's Hardware | 5.40 | Repair/Maintenance |
| Shell | 11.41 | Travel Meals |
| Quality Quick Print | 15.98 | Advertising/Promotional |
| Simonson | 41.00 | Fuel |
| Dan's Conoco | 44.94 | Fuel |
| Dan's Conoco | 47.33 | Fuel |
| Dakota Tool | 75.00 | Repair/Maintenance |
| Wallwork Truck Center | 82.72 | Repair/Maintenance |
| Mudflap | 101.13 | Fuel |
| Harbor Freight | 334.93 | Tools/Supplies |
| Wallwork Truck Center | 440.34 | Repair/Maintenance |
| Mac's | 12.76 | Repair/Maintenance |

| | | |
|---|---:|---|
| | 4.94 | Travel/Meals |
| Dan's Conoco | 47.16 | Fuel |
| Wallwork Truck Center | 155.13 | Repair/Maintenance |
| Total Safety | 24.31 | Safety/Safety Equipment |
| Runnings | 24.46 | Tools/Supplies |
| | 85.19 | Safety/Safety Equipment |
| Wallwork Truck Center | 384.37 | Repair/Maintenance |
| Total Safety | 150.86 | Safety/Safety Equipment |
| | | |
| Bank Fee | 15.00 | Incoming Wire Fee |
| Bank Fee | 33.00 | Stop Payment Fee |
| Checking Withdrawal | 500.00 | Payroll - Delene Fettig |
| Bank Fee | 15.00 | Incoming Wire Fee |
| Checking Withdrawal | 300.00 | Payroll - Robert Fettig |
| Bank Fee | 15.00 | Incoming Wire Fee |
| Bank Fee | 33.00 | Stop Payment Fee |
| Cash Withdrawal | 7,000.00 | Repair/Maintenance |
| Bank Fee | 30.00 | Wire Fee |
| Bank Fee | 30.00 | Wire Fee |
| Bullfrog Transport LLC | 2,169.05 | Wire Payroll |
| PH Group LLC | 3,261.00 | RGN Hauling fee for rig to yard |
| Cash Withdrawal | 200.00 | SW Water Authority-Utility |
| Checking Withdrawal | 1,000.00 | Payroll - Robert Fettig |
| Bank Fee | 2.00 | Service Charge |
| | | |
| | | |
| Ck #2008 | 1,425.92 | Travis Rice - Payroll |
| Ck #2009 | 235.00 | Alliance Funding Group - Volvo Payment |
| Ck #2010 | 235.00 | Alliance Funding Group - Volvo Payment |
| Ck #2058 | 2,018.81 | Timothy Halstead - Payroll |
| Ck #2059 | 4,427.62 | Darrell Fontenot - Payroll |
| Ck #2060 | 1,500.00 | TK Enterprises, LLC - Retainer |

**$44,980.77**

## EXHIBIT F

| CUSTOMER | DATE OF SERVICE | CHARGE FOR SERVICE |
|---|---|---|
| Wolla Trucking LLC | 9/1/24 | 2,350.23 |
| | 9/3/24 | 3,190.78 |
| | 9/4/24 | 746.64 |
| | 9/5/24 | 1,611.81 |
| | 9/6/24 | 1,465.89 |
| | 9/7/24 | 778.54 |
| | 9/8/24 | 3,114.79 |
| | 9/9/24 | 2,360.56 |
| | 9/10/24 | 2,326.51 |
| | | **$17,945.75** |

*Statement Ending 09/30/2024*

## CORNERSTONE BANK

3095 15TH STREET W
DICKINSON ND 58601

**RETURN SERVICE REQUESTED**

STARK ENERGY INC
1860 4TH AVE E
DICKINSON ND 58601-3362

*STARK ENERGY INC*                                    Page 1 of 8
*Customer Number: XXXXXXXXX245*

## For Customer Service:

| | | |
|---|---|---|
| | Customer Service: | 701-456-0700<br>1-888-297-2100 |
| | Online: | www.cornerstonebanks.net |
| | Mobile Banking: | www.cornerstonebanks.net |
| | Mail: | 3095 15th Street West<br>Dickinson, ND 58601 |

We have switched to .bank!  You can now find us at www.cornerstone.bank.  Our email addresses have also been updated to @cornerstone.bank.  This change provides added security.
Remember, IF IT'S NOT .BANK, IT'S NOT OUR BANK.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY EASY BUSINESS | XXXXXXXXX245 | $703.03 |

## SIMPLY EASY BUSINESS  -  XXXXXXXXX245

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/31/2024 | **Beginning Balance** | **$2,313.08** |
| | 8 Credit(s) This Period | $43,370.72 |
| | 121 Debit(s) This Period | $44,980.77 |
| 09/30/2024 | **Ending Balance** | **$703.03** |
| | Service Charges | $2.00 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 09/13/2024 | DEPOSIT | $500.00 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 09/13/2024 | XX8795 POS CREDIT ADJ. 09/12 23:22 RBT MARATHON PET EasySavings NY 01002583 5862 | $0.15 |
| 09/20/2024 | XX8795 POS RETURN..... 09/19 05:58 WESTLIE TRUCK CE DICKINSON ND 12100103 925647 | $47.93 |
| 09/27/2024 | XX8795 POS RETURN..... 09/26 03:43 WALLWORK TRUCK C WILLISTON ND 80955739 874371 | $384.37 |
| 09/30/2024 | XX8886 POS CREDIT ADJ. 09/28 03:12 RBT SIMONSON N EasySavings NY 01319367 963528 | $0.41 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/03/2024 | Incoming Wire 78830091 WOLLA TRUCKING, LLC | $7,355.14 |
| 09/05/2024 | Incoming Wire 78888915 WOLLA TRUCKING, LLC | $2,012.31 |
| 09/16/2024 | Incoming Wire 79173841 WOLLA TRUCKING, LLC | $33,070.41 |


EQUAL HOUSING LENDER
Member FDIC

STARK ENERGY INC                                 XXXXXXXXX245                    Statement Ending 09/30/2024                    Page 2 of 8

# INFORMATION FOR OUR CUSTOMERS

### Demand Deposit Account / Savings Account

**Method Used to Determine the Balance On Which Interest Will Be Computed**
We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new purchases/advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**What To Do If You Think You Find a Mistake on Your Statement**
If you think there is an error on your statement, write to us at **Cornerstone Bank, 2280 45th Street South, Fargo, ND 58104.** You may also contact us on the web at **www.cornerstone.bank.**

In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of Problem:* If  you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing* or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* or electronically at **Cornerstone Bank, 2280 45th Street South, Fargo, ND 58104.** You may also contact us on the web at **www.cornerstone.bank.**

While we investigate the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## CONSUMER ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Consumer Electronic Transfers**
Please telephone or write your local office listed on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

In your letter, give us the following information:
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (5 business days if the transfer involved a point-of-sale transaction and 20 business days if the transfer involved a new account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK WITH YOUR STATEMENT

### CHECKS OUTSTANDING

| NUMBER | AMOUNT |
|--------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL OUTSTANDING** |  |

1. In your checkbook enter the interest earned on your account (if applicable) as it appears on the front of this statement.
2. Verify that checks are charged on statement for amount drawn.
3. Be sure that service charge (if any) or other authorized deductions shown on this statement have been deducted from your checkbook balance.
4. Verify that all deposits have been credited for same amount as on your records.
5. Be sure that all checks outstanding on previous statement have been included in this statement (otherwise, they are still outstanding).
6. Check off on the stubs of your checkbook each of the checks paid by us.
7. Make a list of the numbers and amounts of those checks still outstanding in the space provided at the left.

CARRY OVER

| | | |
|---|---|---|
| 8. | **ENTER FINAL BALANCE** AS PER STATEMENT | |
| 9. | **ADD** ANY DEPOSITS NOT CREDITED | |
| 10. | **TOTAL** | |
| 11. | **SUBTRACT** CHECKS OUTSTANDING | |
| 12. | **BALANCE** SHOULD AGREE WITH | |

*Statement Ending 09/30/2024*

# CORNERSTONE BANK

*STARK ENERGY INC*                                            *Page 3 of 8*
*Customer Number: XXXXXXXXX245*

## SIMPLY EASY BUSINESS  -  XXXXXXXXX245 (continued)

### Electronic Debits

| Date | Description | Amount |
|------|-------------|-------:|
| 09/03/2024 | XX8795 POS PURCHASE AT 09/01 19:03 RUNNINGS OF DICK DICKINSON ND 56395483 722032 | $8.50 |
| 09/03/2024 | XX8795 POS PURCHASE AT 09/01 06:59 MUDFLAP FU* 09/0 PALO ALTO CA 33455773 912025 | $26.57 |
| 09/03/2024 | XX8795 POS PURCHASE AT 09/02 11:04 MUDFLAP FU* 09/0 PALO ALTO CA 37558050 575125 | $76.94 |
| 09/03/2024 | XX8795 POS PURCHASE AT 08/30 11:30 MUDFLAP FU* 08/3 PALO ALTO CA 41830993 418568 | $113.52 |
| 09/03/2024 | XX8795 POS PURCHASE AT 08/30 10:31 MUDFLAP FU* 08/3 PALO ALTO CA 37347242 252721 | $350.00 |
| 09/03/2024 | XX8795 POS PURCHASE AT 08/31 04:16 MUDFLAP FU* 08/3 PALO ALTO CA 22831340 656386 | $378.97 |
| 09/03/2024 | XX8795 POS PURCHASE AT 09/01 06:11 MUDFLAP FU* 09/0 PALO ALTO CA 28871729 004401 | $400.00 |
| 09/03/2024 | XX8795 POS PURCHASE AT 09/02 10:20 MUDFLAP FU* 09/0 PALO ALTO CA 33614162 536101 | $400.00 |
| 09/04/2024 | XX8795 POS PURCHASE AT 09/03 12:26 MUDFLAP FU* 09/0 PALO ALTO CA 41210184 228144 | $21.35 |
| 09/04/2024 | XX8795 POS WITHDRAWAL. 09/04 13:53 BOB EVANS 2254 P BENTON HARBOR MI 53363001 74 | $36.42 |
| 09/04/2024 | XX8795 POS WITHDRAWAL. 09/04 14:03 BP#9634643PRI M BENTON HARBOR MI 39117801 377 | $54.14 |
| 09/04/2024 | XX8795 POS PURCHASE AT 09/03 11:47 MUDFLAP FU* 09/0 PALO ALTO CA 36911663 102305 | $400.00 |
| 09/05/2024 | XX8795 POS PURCHASE AT 09/05 10:29 WM SUPERCENTER # CANTON MI 34760020 004186 | $21.93 |
| 09/05/2024 | XX8886 POS WITHDRAWAL. 09/05 11:12 SIMONSON N DICK DICKINSON ND 46383901 088093 | $61.28 |
| 09/05/2024 | XX8795 POS PURCHASE AT 09/04 23:33 SQ * FORD ENTERPR KILLDEER ND 77827301 4248235 | $75.00 |
| 09/05/2024 | XX8795 POS PURCHASE AT 09/04 18:21 JACKS FRUIT MARK ESSEXVILLE MI 77426725 51996 | $114.75 |
| 09/06/2024 | XX8795 POS PURCHASE AT 09/04 15:53 MARATHON PETRO12 DIMONDALE MI 23047284 735565 | $14.86 |
| 09/06/2024 | XX8795 POS PURCHASE AT 09/04 22:46 SHELL OIL 574417 PLYMOUTH MI 91211163 586752 | $51.30 |
| 09/06/2024 | XX8795 POS PURCHASE AT 09/04 22:34 PENN GRILL BAR PLYMOUTH MI 14131829 770324 | $55.57 |
| 09/06/2024 | XX8795 POS PURCHASE AT 09/05 13:49 MUDFLAP FU* 09/0 PALO ALTO CA 43506702 804187 | $60.56 |
| 09/06/2024 | XX8795 POS PURCHASE AT 09/06 03:01 MUDFLAP FU* 09/0 PALO ALTO CA 22714562 257663 | $344.75 |
| 09/06/2024 | XX8795 POS PURCHASE AT 09/05 13:07 MUDFLAP FU* 09/0 PALO ALTO CA 39461839 362736 | $400.00 |
| 09/06/2024 | XX8795 POS PURCHASE AT 09/05 12:59 CONSOLIDATED TEL DICKINSON ND 02495978 513802 | $446.81 |
| 09/06/2024 | XX8795 POS PURCHASE AT 09/05 18:12 CASH APP* BULLFRO San Francisco CA 73344087 71 | $700.00 |
| 09/09/2024 | XX8795 POS PURCHASE AT 09/06 11:44 GREAT LAKES ACE PLYMOUTH MI 06477857 743815 | $2.75 |
| 09/09/2024 | XX8886 POS PURCHASE AT 09/06 10:21 USPS PO 37240009 DICKINSON ND 54782188 292803 | $4.40 |
| 09/09/2024 | XX8795 POS PURCHASE AT 09/08 15:43 HOLIDAY STATIONS RAPID RIVER MI 52542614 7480 | $8.08 |
| 09/09/2024 | XX8886 POS PURCHASE AT 09/09 00:13 MUDFLAP FU* 09/0 PALO ALTO CA 19609590 064257 | $8.72 |

# SIMPLY EASY BUSINESS  -  XXXXXXXXX245 (continued)

## Electronic Debits (continued)

| Date | Description | Amount |
|------|-------------|-------:|
| 09/09/2024 | XX8795 POS PURCHASE AT 09/08 08:59 EXXON OWEN ROAD FENTON MI 46962051 889291 | $32.13 |
| 09/09/2024 | XX8795 POS PURCHASE AT 09/06 18:03 EXXON LIVONIA OI LIVONIA MI 13804741 104717 | $39.71 |
| 09/09/2024 | XX8795 POS PURCHASE AT 09/08 05:20 MUDFLAP FU* 09/0 PALO ALTO CA 24576538 901945 | $48.31 |
| 09/09/2024 | XX8795 POS PURCHASE AT 09/08 06:37 HOLIDAY STATIONS MARINETTE WI 24683786 013053 | $84.06 |
| 09/09/2024 | XX8795 POS PURCHASE AT 09/07 12:53 MUDFLAP FU* 09/0 PALO ALTO CA 38698733 020771 | $274.67 |
| 09/09/2024 | XX8795 POS PURCHASE AT 09/06 07:51 OK TIRE - WATFOR 7018426654 ND 00839379 94599 | $348.87 |
| 09/09/2024 | XX8795 POS PURCHASE AT 09/08 04:44 MUDFLAP FU* 09/0 PALO ALTO CA 21101645 188385 | $350.00 |
| 09/09/2024 | XX8886 POS PURCHASE AT 09/08 23:29 MUDFLAP FU* 09/0 PALO ALTO CA 16200567 215100 | $400.00 |
| 09/10/2024 | XX8795 POS WITHDRAWAL. 09/09 23:22 ARCO PATRIOT FUE ALEXANDER ND 57653 634974 | $5.25 |
| 09/10/2024 | XX8795 POS PURCHASE AT 09/09 21:15 CASH WISE FOODS WATFORD CITY ND 58707019 3248 | $14.66 |
| 09/10/2024 | XX8795 POS PURCHASE AT 09/08 22:55 BURGER KING #130 FRIDLEY MN 26192031 953593 | $23.33 |
| 09/10/2024 | XX8795 POS PURCHASE AT 09/08 23:37 SUNOCO 053974920 AKRON MI 21554026 086100 | $64.06 |
| 09/10/2024 | XX8795 POS WITHDRAWAL. 09/10 15:40 RUD'S CORPORATI NEW SALEM ND 41096801 567992 | $81.78 |
| 09/10/2024 | XX8795 POS PURCHASE AT 09/09 19:20 CENEX-UNITED QUA NEW TOWN ND 83418901 922492 | $82.49 |
| 09/10/2024 | XX8795 POS PURCHASE AT 09/09 10:31 MUDFLAP FU* 09/0 PALO ALTO CA 32053453 882605 | $184.46 |
| 09/10/2024 | UNITED FIN CAS INS PREM POL 976766096 | $1,519.61 |
| 09/11/2024 | XX8795 POS PURCHASE AT 09/10 19:48 DAIRY QUEEN # 71 CASSELTON ND 60664895 909099 | $2.45 |
| 09/11/2024 | XX8795 POS PURCHASE AT 09/10 15:03 MUDFLAP FU* 09/1 PALO ALTO CA 01226757 244542 | $43.47 |
| 09/11/2024 | XX8795 POS PURCHASE AT 09/09 22:11 ARCO ROTHSAY TRU ROTHSAY MN 85163343 165193 | $90.12 |
| 09/11/2024 | XX8795 POS PURCHASE AT 09/10 14:24 MUDFLAP FU* 09/1 PALO ALTO CA 41720455 530036 | $350.00 |
| 09/12/2024 | XX8795 POS PURCHASE AT 09/11 05:32 HOLIDAY STATIONS BISMARCK ND 51026307 588813 | $73.39 |
| 09/12/2024 | XX8795 POS PURCHASE AT 09/10 19:03 FARGO FREIGHTLIN FARGO ND 11500459 503154 | $211.85 |
| 09/13/2024 | XX8886 RECUR PURCHASE. 09/12 10:25 INTUIT * QBooks O CL.INTUIT.COM CA 59813113 32 | $200.00 |
| 09/16/2024 | XX8795 POS WITHDRAWAL. 09/16 10:44 M&H #22 DICKINSON ND 97592901 693122 | $60.59 |
| 09/16/2024 | XX8795 POS PURCHASE AT 09/15 13:50 MUDFLAP FU* 09/1 PALO ALTO CA 41059834 435573 | $81.36 |
| 09/17/2024 | XX8795 POS PURCHASE AT 09/16 16:16 CONOCO - DANS IN BELFIELD ND 80608266 545786 | $17.89 |
| 09/17/2024 | XX8795 POS PURCHASE AT 09/16 17:47 WAL-MART #1567 DICKINSON ND 24156701 320191 | $22.44 |
| 09/17/2024 | XX8795 POS PURCHASE AT 09/16 10:23 O'REILLY 1865 DICKINSON ND 32841675 326346 | $76.66 |
| 09/17/2024 | XX8795 POS PURCHASE AT 09/15 11:53 TRAPPERS KETTLE BELFIELD ND 09674232 211122 | $78.97 |
| 09/17/2024 | XX8795 ATM WITHDRAWAL. 09/16 23:54 3095 15TH ST SW DICKINSON ND ND000153 008487 | $300.00 |
| 09/17/2024 | XX8795 POS PURCHASE AT 09/16 12:41 MUDFLAP FU* 09/1 PALO ALTO CA 39333172 336468 | $310.35 |
| 09/17/2024 | XX8795 POS PURCHASE AT 09/16 18:59 WALLWORK TRUCK C DICKINSON ND 07859388 365070 | $1,432.29 |

**CORNERSTONE BANK**

*Statement Ending 09/30/2024*

*STARK ENERGY INC*                                    *Page 5 of 8*
*Customer Number: XXXXXXXXX245*

# SIMPLY EASY BUSINESS  -  XXXXXXXXX245 (continued)

## Electronic Debits (continued)

| Date | Description | Amount |
|------|-------------|-------:|
| 09/17/2024 | SPRUCE VALLEY PA INVOICE 13262230 | $59.60 |
| 09/17/2024 | SPRUCE VALLEY PA IMPOUNDTAX 13262230 | $2,227.00 |
| 09/18/2024 | XX8795 POS PURCHASE AT 09/17 16:21 WALLWORK TRUCK C DICKINSON ND 88514928 433366 | $4.94 |
| 09/18/2024 | XX8795 POS PURCHASE AT 09/16 11:16 CENEX-FARMERS UN RICHARDTON ND 35264142 09260 | $9.32 |
| 09/18/2024 | XX8795 POS PURCHASE AT 09/17 18:17 WAL-MART #1567 DICKINSON ND 24156701 906227 | $22.97 |
| 09/18/2024 | XX8795 POS PURCHASE AT 09/17 19:32 MAC'S DICKINSON, DICKINSON ND 90681976 853493 | $51.11 |
| 09/18/2024 | XX8795 POS PURCHASE AT 09/16 18:27 TRAPPERS KETTLE BELFIELD ND 07984300 648812 | $51.73 |
| 09/18/2024 | XX8795 POS PURCHASE AT 09/16 21:43 CONOCO - DANS IN BELFIELD ND 65340906 030671 | $61.25 |
| 09/18/2024 | XX8795 POS PURCHASE AT 09/16 17:22 ALLSTATE PETERBI 701-2259424 ND 17744960 6494 | $124.99 |
| 09/18/2024 | IPFS866-412-2561 IPFSPMTMOK B37658 | $2,689.65 |
| 09/19/2024 | XX8795 POS PURCHASE AT 09/17 14:49 ARBYS 6636 DICKINSON ND 58046239 198142 | $41.25 |
| 09/19/2024 | XX8795 POS PURCHASE AT 09/17 22:16 CONOCO - DANS IN BELFIELD ND 50337344 526088 | $85.09 |
| 09/19/2024 | XX8795 POS PURCHASE AT 09/17 15:10 ALLSTATE PETERBI 701-2259424 ND 17845261 5449 | $101.14 |
| 09/19/2024 | XX8886 POS PURCHASE AT 09/18 15:35 USPS PO 37240009 DICKINSON ND 60307786 834646 | $116.00 |
| 09/19/2024 | XX8795 POS PURCHASE AT 09/17 16:33 WEST DAKOTA OIL 701-225-4292 ND 53961611 7880 | $178.15 |
| 09/19/2024 | XX8795 POS PURCHASE AT 09/18 12:32 WESTLIE TRUCK CE DICKINSON ND 12000064 873200 | $182.00 |
| 09/19/2024 | XX8795 POS PURCHASE AT 09/17 13:27 VERIZON WRLS IVR FOLSOM CA 72715517 771171 | $213.86 |
| 09/19/2024 | XX8886 POS PURCHASE AT 09/18 18:10 K-LINE INDUSTRIE 6163963564 MI 10258152 18361 | $303.58 |
| 09/20/2024 | XX8795 POS PURCHASE AT 09/18 16:30 CENEX-FARMERS UN RICHARDTON ND 75268486 85767 | $63.00 |
| 09/20/2024 | XX8795 POS PURCHASE AT 09/19 05:52 MUDFLAP FU* 09/1 PALO ALTO CA 27811152 389743 | $312.01 |
| 09/23/2024 | XX8795 POS PURCHASE AT 09/21 16:50 WALLWORK TRUCK C WILLISTON ND 70885082 930458 | $0.01 |
| 09/23/2024 | XX8795 POS PURCHASE AT 09/21 14:08 WALLWORK TRUCK C DICKINSON ND 68625870 425736 | $4.97 |
| 09/23/2024 | XX8795 POS WITHDRAWAL. 09/21 17:30 MAC'S DICKINSON DICKINSON ND 03866723 4265330 | $5.40 |
| 09/23/2024 | XX8795 POS PURCHASE AT 09/19 07:49 SHELL OIL1008958 STEELE ND 15538468 981148 | $11.41 |
| 09/23/2024 | XX8795 POS PURCHASE AT 09/20 17:23 QUALITY QUICK PR DICKINSON ND 80606822 291034 | $15.98 |
| 09/23/2024 | XX8886 POS PURCHASE AT 09/21 14:42 SIMONSON N DI DICKINSON ND 38449902 067045 | $41.00 |
| 09/23/2024 | XX8795 POS PURCHASE AT 09/21 15:40 CONOCO - DANS IN BELFIELD ND 35687962 247169 | $44.94 |
| 09/23/2024 | XX8795 POS PURCHASE AT 09/20 14:14 CONOCO - DANS IN BELFIELD ND 36658791 113374 | $47.33 |
| 09/23/2024 | XX8795 POS PURCHASE AT 09/20 17:30 DAKOTA TOOL & MA DICKINSON ND 93076564 013959 | $75.00 |
| 09/23/2024 | XX8795 POS PURCHASE AT 09/21 16:57 WALLWORK TRUCK C WILLISTON ND 70885090 787452 | $82.72 |

STARK ENERGY INC                    XXXXXXXXX245              Statement Ending 09/30/2024                    Page 6 of 8

## SIMPLY EASY BUSINESS  -  XXXXXXXXX245 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 09/23/2024 | XX8795 POS PURCHASE AT 09/21 19:56 MUDFLAP FU* 09/2 PALO ALTO CA 07108873 784766 | $101.13 |
| 09/23/2024 | XX8886 POS PURCHASE AT 09/20 18:54 HARBOR FREIGHT T DICKINSON ND 16392277 477203 | $334.93 |
| 09/23/2024 | XX8795 POS PURCHASE AT 09/21 16:49 WALLWORK TRUCK C DICKINSON ND 68625938 385499 | $440.34 |
| 09/24/2024 | XX8795 POS PURCHASE AT 09/23 20:04 MAC'S DICKINSON, DICKINSON ND 62241842 091659 | $17.70 |
| 09/24/2024 | XX8795 POS PURCHASE AT 09/22 23:22 CONOCO - DANS IN BELFIELD ND 39230597 121698 | $47.16 |
| 09/24/2024 | XX8795 POS PURCHASE AT 09/23 18:42 WALLWORK TRUCK C DICKINSON ND 77463948 341445 | $155.13 |
| 09/25/2024 | XX8795 POS PURCHASE AT 09/23 15:42 TOTAL SAFETY HOUSTON TX 00283527 365871 | $24.31 |
| 09/25/2024 | XX8795 POS PURCHASE AT 09/24 11:17 RUNNINGS OF DICK DICKINSON ND 21239333 871020 | $109.65 |
| 09/25/2024 | XX8795 POS PURCHASE AT 09/24 13:44 WALLWORK TRUCK C WILLISTON ND 65348041 500423 | $384.37 |
| 09/26/2024 | XX8795 POS PURCHASE AT 09/24 11:00 TOTAL SAFETY HOUSTON TX 00337181 940754 | $150.86 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/03/2024 | INCOMING WIRE FEE 78830091 | $15.00 |
| 09/05/2024 | STOP PAYMENT CHARGE | $33.00 |
| 09/05/2024 | MISCELLANEOUS DEBIT | $500.00 |
| 09/05/2024 | INCOMING WIRE FEE 78888915 | $15.00 |
| 09/09/2024 | MISCELLANEOUS DEBIT | $300.00 |
| 09/16/2024 | INCOMING WIRE FEE 79173841 | $15.00 |
| 09/17/2024 | STOP PAYMENT CHARGE | $33.00 |
| 09/17/2024 | MISCELLANEOUS DEBIT | $7,000.00 |
| 09/17/2024 | Domestic Wire Fee 51203 | $30.00 |
| 09/17/2024 | Domestic Wire Fee 51209 | $30.00 |
| 09/17/2024 | Outgoing Wire 51203 BULLFROG TRANSPORT LLC | $2,169.05 |
| 09/17/2024 | Outgoing Wire 51209 PH GROUP LLC | $3,261.00 |
| 09/23/2024 | MISCELLANEOUS DEBIT | $200.00 |
| 09/24/2024 | MISCELLANEOUS DEBIT | $1,000.00 |
| 09/30/2024 | SERVICE CHARGE | $2.00 |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2008 | 09/04/2024 | $1,425.92 | 2010 | 09/19/2024 | $235.00 | 2059 | 09/17/2024 | $4,427.62 |
| 2009 | 09/19/2024 | $235.00 | 2058* | 09/18/2024 | $2,018.81 | 2060 | 09/24/2024 | $1,500.00 |

* Indicates a gap in check number sequence

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/03/2024 | $7,898.72 | 09/12/2024 | $429.77 | 09/23/2024 | $3,709.43 |
| 09/04/2024 | $5,960.89 | 09/13/2024 | $729.92 | 09/24/2024 | $989.44 |
| 09/05/2024 | $7,152.24 | 09/16/2024 | $33,643.38 | 09/25/2024 | $471.11 |
| 09/06/2024 | $5,078.39 | 09/17/2024 | $12,167.51 | 09/26/2024 | $320.25 |
| 09/09/2024 | $3,176.69 | 09/18/2024 | $7,132.74 | 09/27/2024 | $704.62 |
| 09/10/2024 | $1,201.05 | 09/19/2024 | $5,441.67 | 09/30/2024 | $703.03 |
| 09/11/2024 | $715.01 | 09/20/2024 | $5,114.59 | | |

# CornerStone Bank

**Statement Ending 09/30/2024**

*STARK ENERGY INC*                                                 *Page 7 of 8*
*Customer Number: XXXXXXXXX245*

## SIMPLY EASY BUSINESS  -  XXXXXXXXX245 (continued)

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

### Service Charge Summary

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR PAPER STATEMENT FEE: | $2.00 |
| Total Service Charge | $2.00 |

STARK ENERGY INC    XXXXXXXXX245    Statement Ending 09/30/2024    Page 8 of 8



**Checking Withdrawal** — Withdrawal

#0000    09/05/2024    $500.00



#0000    09/09/2024    $300.00



**Checking Deposit** — Deposit

#0000    09/13/2024    $500.00



#0000    09/17/2024    $7,000.00



**Checking Withdrawal** — Withdrawal

#0000    09/23/2024    $200.00



#0000    09/24/2024    $1,000.00



#2008    09/04/2024    $1,425.92



#2009    09/19/2024    $235.00



#2010    09/19/2024    $235.00



#2058    09/18/2024    $2,018.81



#2059    09/17/2024    $4,427.62



#2060    09/24/2024    $1,500.00

# Introducing Our New .bank Domain!



We are excited to announce that we have made the switch to a .bank domain!

**What does this mean?**
The domain .bank is similar to .gov in that it has a high level of mandated security and is only available to verified financial institutions. Switching to a .bank domain demonstrates our commitment to prioritizing your security. We want to give you complete confidence that when you are on our site, you can look for the .bank and know your personal information is safe!

Along with the new website address, our emails are also changing to @cornerstone.bank. We believe this implementation will also help you with identifying our emails and avoiding scam attempts. If its not .bank, it is NOT our bank!

**What action is needed?**
Please start using www.cornerstone.bank to reach our website and @cornerstone.bank when emailing bank staff. Rest assured that your emails to @cornerstonebanks.net will continue to be delivered, however, it's best to update your address book to reflect the new domain.

If you have any questions please don't hesitate to reach out, and remember ***if its not .bank, it is NOT our bank!***



**www.cornerstone.bank  |  888-297-2100**





THIS PAGE LEFT INTENTIONALLY BLANK