**To UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

   Stark Energy, Inc.,                                         Chapter 11, Subchapter V
                                                                  Case No. 24-30168

         Debtor.

## MOTION FOR CONTINUANCE OF CONFIRMATION HEARING

The Debtor, by his undersigned attorney, respectfully requests a continuance of the confirmation hearing currently scheduled for December 19, 2024 as well as an extension of the November 15, 2024 deadline to file a modified plan of reorganization, November 18, 2024 deadline to serve the modified, December 16, 2024 deadline to submit ballots and file objections to plan confirmation and the December 18, 2024 deadline to submit exhibits in support of confirmation.

The Debtor requests that the deadline be extended to February of 2025. The court has jurisdiction of this case pursuant to 28 U.S.C. §§ 157 and 1334.

      1.     The United States Trustee filed an objection to the Debtor's confirmation expressing concern, among other issues, that the Debtor has not filed tax returns.

      2.     The Debtor has been informed by its tax preparer that additional time will be needed to complete and file tax returns.

      3.     The Debtor, through its attorney, has communicated with the United States Trustee and has requested a continuance of the confirmation hearing to allow the Debtor to demonstrate the financial performance required to confirm its plan and to file

its tax returns. The United States Trustee has indicated by telephone that it would not object to a continuance.

WHEREFORE, the Debtor respectfully requests a continuance of the confirmation hearing to February of 2025 as well as an extension of the deadlines in the amended scheduling Order (Doc 192) based on the date of the continued confirmation hearing.

Ahlgren Law Office, PLLC

Dated: November 18, 2024

/s/Erik A. Ahlgren
Erik A. Ahlgren, Attorney
North Dakota Attorney #09561
220 West Washington Ave, Ste 105
Fergus Falls, MN 56537
Office: 218-998-2775
erik@ahlgrenlawoffice.net

ATTORNEY FOR DEBTOR