**Fill in this information to identify the case:**

Debtor Name  Stark Energy, Inc.

United States Bankruptcy Court for the: District of North Dakota

Case number: 24-30168

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:          October

Line of business:  Support Activity for Mining

Date report filed:  11/20/2024
                    MM / DD / YYYY

NAISC code:   2131

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Robert Fettig

Original signature of responsible party  *(signature)*

Printed name of responsible party  Robert Fettig

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name   Stark Energy, Inc.                              Case number  24-30168

17. Have you paid any bills you owed before you filed bankruptcy?                    ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous
month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                     $    703.03

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
cash received even if you have not deposited it at the bank, collections on
receivables, credit card deposits, cash received from other parties, or loans, gifts, or
payments made by other parties on your behalf. Do not attach bank statements in
lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                                              $   21,282.13

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
date paid, payee, purpose, and amount. Include all cash payments, debit card
transactions, checks issued even if they have not cleared the bank, outstanding
checks issued before the bankruptcy was filed that were allowed to clear this month,
and payments made by other parties on your behalf. Do not attach bank statements
in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.                                          – $   21,112.80

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.                              + $    169.33
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.                                    = $    872.36

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that
have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                               $    n/a

   *(Exhibit E)*

Debtor Name Stark Energy, Inc.                                    Case number 24-30168

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                                          $ __15,727.51__

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                      2

27. What is the number of employees as of the date of this monthly report?         3

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ __1,500.00__

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ __6,000.00__

30. How much have you paid this month in other professional fees?                  $ __0__

31. How much have you paid in total other professional fees since filing the case?  $ __0__

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 50,000.00 | − | $ 21,282.13 | = | $ 28,717.87 |
| 33. **Cash disbursements** | $ 42,000.00 | − | $ 21,112.80 | = | $ 20,887.20 |
| 34. **Net cash flow** | $ 8,000.00 | − | $ 169.33 | = | $ 7,830.67 |

35. Total projected cash receipts for the next month:                              $ __49,500.00__

36. Total projected cash disbursements for the next month:                       - $ __40,000.00__

37. Total projected net cash flow for the next month:                            = $ __9,500.00__

Debtor Name  Stark Energy, Inc.                                    Case number  24-30168

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Print          Save As          Reset

**EXHIBIT C**

| DATE | RECEIVED FROM | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 10/4/2024 | Dachota Bank | 171.10 | Garnishment Release |
| 10/24/2024 | I State Truck Inc. | 1,003.58 | Return - Credit Adjustment |
| 10/25/2024 | Fettig Enterprise | 3,500.00 | Shop Rent |
| | | | |
| 10/4/2024 | Wallwork Truck Center | 264.84 | Return - Credit Adjustment |
| 10/17/2024 | Simonson | 0.34 | Credit Adjustment |
| 10/18/2024 | Charbonneau Car Center | 24.18 | Return - Adjustment |
| 10/30/2024 | Harbor Freight | 29.80 | Return - Adjustment |
| 10/31/2024 | Eagle Country | 242.80 | Return - Adjustment |
| | | | |
| 10/2/2024 | Wolla Trucking LLC | 13,915.52 | Sand Hauling |
| 10/15/2024 | Wolla Trucking LLC | 2,129.97 | Sand Hauling |

**$ 21,282.13**

| DATE | PAYEE | AMOUNT | DESCRIPTION |
|------|-------|--------|-------------|
| 10/2/2024 | Menards | 12.52 | Repair/Maintenance |
| 10/3/2024 | Mudflap | 18.43 | Fuel |
| 10/3/2024 | Intuit T-Sheets | 28.00 | Office Supplies/Software |
| 10/3/2024 | Preble Medical | 62.10 | Drug/Alcohol Testing |
| 10/3/2024 | Mudflap | 400.00 | Fuel |
| 10/4/2024 | Walmart | 6.09 | Tools/Supplies |
| 10/4/2024 | Mudflap | 14.02 | Fuel |
| 10/4/2024 | Mac's Hardware | 15.96 | Tools/Supplies |
| 10/4/2024 | Rudy's Lock & Key | 33.02 | Repair/Maintenance |
| 10/4/2024 | Family Fare | 52.42 | Fuel |
| 10/4/2024 | Family Fare | 3.18 | Travel Meals |
| 10/4/2024 | Mudflap | 75.85 | Fuel |
| 10/4/2024 | Mudflap | 78.92 | Fuel |
| 10/4/2024 | Mudflap | 400.00 | Fuel |
| 10/4/2024 | Spruce Valley | 58.40 | Payroll Service Fee |
| 10/4/2024 | Spruce Valley | 1,001.64 | Payroll Taxes |
| 10/7/2024 | Mudflap | 2.98 | Fuel |
| 10/7/2024 | Dan's Conoco | 13.77 | Travel Meals |
| 10/7/2024 | United Airlines | 26.99 | Employee Flight Costs-Chris Williams |
| 10/7/2024 | Mudflap | 33.18 | Fuel |
| 10/7/2024 | Dan's Conoco | 39.88 | Fuel |
| 10/7/2024 | Superpumper | 50.00 | Fuel |
| 10/7/2024 | Superpumper | 3.39 | Travel Meals |
| 10/7/2024 | Sunny's Family Restaurant | 63.92 | Travel Meals |
| 10/7/2024 | Cenex | 67.64 | Travel Meals |
| 10/7/2024 | Dan's Conoco | 72.62 | Fuel |
| 10/7/2024 | Dan's Conoco | 2.77 | Travel Meals (10/4) |
| 10/7/2024 | Badlands Inn | 78.84 | Company Housing |
| 10/7/2024 | Bullfrog Transport LLC | 85.00 | Repair/Maintenance |
| 10/7/2024 | Runnings | 85.19 | FR Clothing |
| 10/7/2024 | Mudflap | 86.32 | Fuel |
| 10/7/2024 | Wallwork Truck Center | 104.85 | Repair/Maintenance |
| 10/7/24 | O'Reilly's | 179.13 | Repair/Maintenance |
| 10/7/2024 | Mudflap | 283.76 | Fuel |
| 10/7/2024 | Mudflap | 288.91 | Fuel |
| 10/7/2024 | Northwest Tire | 388.16 | Repair/Maintenance |
| 10/7/2024 | Mudflap | 400.00 | Fuel |
| 10/7/2024 | United Airlines | 443.98 | Employee Flight Costs-Chris Williams |
| 10/8/2024 | Cenex | 7.26 | Travel Meals |
| 10/8/2024 | Charbonneau Car | 24.18 | Repair/Maintenance |
| 10/8/2024 | Preble Medical | 62.10 | Drug/Alcohol Testing |
| 10/8/2024 | O'Reilly's | 66.71 | Repair/Maintenance |
| 10/8/2024 | Runnings | 92.03 | Tools/Supplies |

| Date | Vendor | Amount | Category |
|---|---|---|---|
| 10/9/2024 | O'Reilly's | 3.94 | Repair/Maintenance |
| 10/9/2024 | O'Reilly's | 67.34 | Repair/Maintenance |
| 10/9/2024 | Badlands Inn | 75.56 | Company Housing |
| 10/9/2024 | Mudflap | 88.60 | Fuel |
| 10/9/2024 | O'Reilly's | 111.97 | Repair/Maintenance |
| 10/9/2024 | Red Rock Ford-Dickinson | 243.35 | Repair/Maintenance |
| 10/9/1934 | Red Rock Auto-Watford City | 397.38 | Repair/Maintenance |
| 10/10/2024 | Cenex | 10.36 | Travel Meals |
| 10/10/2024 | Simonson | 34.16 | Fuel |
| 10/10/2024 | Dan's Conoco | 35.28 | Fuel |
| 10/10/2024 | Mudflap | 86.56 | Fuel |
| 10/10/2024 | Mudflap | 98.45 | Fuel |
| 10/10/2024 | M & H | 102.95 | Fuel |
| 10/11/2024 | Walmart | 18.08 | Tools/Supplies |
| 10/11/2024 | Dan's Conoco | 31.40 | Fuel |
| 10/15/2024 | M & H | 62.91 | Fuel |
| 10/15/2024 | Intuit Qbooks | 200.00 | Office Supplies/Software |
| 10/16/2024 | Dan's Conoco | 84.09 | Fuel |
| 10/16/2024 | Dan's Conoco | 2.77 | Travel Meals |
| 10/17/2024 | Mudflap | 97.38 | Fuel |
| 10/18/2024 | Mudflap | 59.46 | Fuel |
| 10/18/2024 | Mudflap | 100.21 | Fuel |
| 10/21/2024 | TPS Alert | 49.00 | Office Supplies/Software |
| 10/21/2024 | Dan's Conoco | 52.00 | Fuel |
| 10/21/2024 | Preble Medical | 62.10 | Drug/Alcohol Testing |
| 10/21/2024 | Wallwork Truck Center | 460.03 | Repair/Maintenance |
| 10/21/2024 | Istate Truck Inc. | 1,003.58 | Repair/Maintenance |
| 10/23/2024 | Cenex | 57.83 | Fuel |
| 10/23/2024 | Dan's Conoco | 78.01 | Fuel |
| 10/23/2024 | Mudflap | 81.12 | Fuel |
| 10/23/2024 | Walmart | 89.85 | Repair/Maintenance |
| 10/23/2024 | Wallwork Truck Center | 127.13 | Repair/Maintenance |
| 10/23/2024 | Wallwork Truck Center | 145.85 | Repair/Maintenance |
| 10/24/2024 | J & J Operating | 71.73 | Repair/Maintenance |
| 10/24/2024 | Roughrider Electric | 262.68 | Utilities |
| 10/25/2024 | Grimsley's Arco | 60.00 | Fuel |
| 10/25/2024 | Spruce Valley | 40.00 | Service Fee |
| 10/28/2024 | Runnings | 19.15 | Tools/Supplies |
| 10/28/2024 | Runnings | 19.15 | Tools/Supplies |
| 10/28/2024 | Cenex-Superpumper | 22.24 | Travel Meals |
| 10/28/2024 | Walmart | 25.18 | Office Supplies/Software |
| 10/28/2024 | Walmart | 31.82 | Repair/Maintenance |
| 10/28/2024 | Wallwork Truck Center | 32.03 | Repair/Maintenance |
| 10/28/2024 | Runnings | 38.32 | Tools/Supplies |
| 10/28/2024 | Exxon West Dakota | 59.42 | Fuel |
| 10/28/2024 | Blue 42 Grille | 66.42 | Travel Meals (10/25) |
| 10/28/2024 | Trappers Kettle | 72.99 | Travel Meals (10/24) |
| 10/28/2024 | Superpumper | 183.95 | Fuel |

| Date | Payee | Amount | Category |
|---|---|---|---|
| 10/28/2024 | Superpumper | 29.95 | Travel Meals |
| 10/28/2024 | O'Reilly's | 222.53 | Repair/Maintenance |
| 10/28/2024 | Bullfrog Transport LLC | 300.00 | Payroll |
| 10/28/2024 | West Dakota Oil | 356.31 | Repair/Maintenance |
| 10/28/2024 | ACHIVR VISB | 376.24 | Cell Phone Service |
| 10/29/2024 | Wallwork Truck Center | 9.73 | Repair/Maintenance |
| 10/29/2024 | Wallwork Truck Center | 13.42 | Repair/Maintenance |
| 10/29/2024 | Wallwork Truck Center | 20.13 | Repair/Maintenance |
| 10/29/2024 | Runnings | 29.78 | Tools/Supplies |
| 10/29/2024 | Harbor Freight | 36.19 | Tools/Supplies |
| 10/29/2024 | Dan's Conoco | 89.17 | Fuel |
| 10/29/2024 | Harbor Freight | 110.71 | Tools/Supplies |
| 10/30/2024 | Trappers Kettle | 40.54 | Travel Meals |
| 10/30/2024 | Family Fare | 47.66 | Fuel |
| 10/30/2024 | Preble Medical | 62.10 | Drug/Alcohol Testing |
| 10/30/2024 | Mudflap | 66.97 | Fuel |
| 10/30/2024 | Wallwork Truck Center | 108.71 | Repair/Maintenance |
| 10/30/2024 | Mudflap | 300.00 | Fuel |
| 10/30/2024 | Eagle Country Ford | 716.67 | Repair/Maintenance |
| 10/31/2024 | Allstate Peterbilt | 12.33 | Repair/Maintenance |
| 10/31/2024 | Mac's Hardware | 14.59 | Tools/Supplies |
| 10/31/2024 | Domino's | 55.44 | Travel Meals |

| Date | Type | Amount | Description |
|---|---|---|---|
| 10/2/2024 | Bank Charges/Fees | 15.00 | Wire Fee |
| 10/4/2024 | Cash Withdrawal | 500.00 | Rob Fettig-Payroll |
| 10/15/2024 | Bank Charges/Fees | 15.00 | Wire Fee |
| 10/25/2024 | Cash Withdrawal | 400.00 | Delene Fettig-Payroll |
| 10/31/2024 | Cash Withdrawal | 70.00 | Fuel |
| 10/31/2024 | Bank Charges/Fees | 2.00 | Service Charge |

| Date | Check | Amount | Description |
|---|---|---|---|
| 10/4/2024 | Ck# 2062 | 2,273.98 | Darrell Fontenot-Payroll |
| 10/4/2024 | Ck# 2063 | 1,974.76 | Tim Halstead-Payroll |
| 10/8/2024 | Ck# 2011 | 200.00 | SW Water-Utilities |
| 10/11/2024 | Ck# 2012 | 1,500.00 | TK Enterprises, LLC - Retainer |
| 10/17/2024 | Ck# 2013 | 350.00 | Safety Works - Safety Classes |
| 10/23/2024 | Ck# 2061 | 235.00 | Alliance Funding Group - Volvo Payment |

**$ 21,112.80**

**EXHIBIT F**

| CUSTOMER | DATE OF SERVICE | CHARGE FOR SERVICE | |
|---|---|---|---|
| Wolla Trucking LLC | 10/3/2024 | 3,045.43 | |
| | 10/4/2024 | 3,000.35 | |
| | 10/5/2024 | 1,814.01 | |
| | 10/6/2024 | 2,373.60 | |
| | 10/7/2024 | 591.10 | |
| | | 10,824.49 | Payable 11-1-24 |
| | 10/20/2024 | 1,090.90 | |
| | 10/21/2024 | 2,730.95 | |
| | 10/22/2024 | 531.58 | |
| | 10/23/2024 | 549.59 | |
| | | 4,903.02 | Payable 11-15-24 |

# CornerStone Bank

3095 15TH STREET W
DICKINSON ND 58601

**RETURN SERVICE REQUESTED**

STARK ENERGY INC
1860 4TH AVE E
DICKINSON ND 58601-3362

*Statement Ending 10/31/2024*

*STARK ENERGY INC*　　　　　　　　　　　*Page 1 of 8*
*Customer Number: XXXXXXXXX245*

## For Customer Service:

| | | |
|---|---|---|
| | Customer Service: | 701-456-0700<br>1-888-297-2100 |
| | Online: | www.cornerstone.bank |
| | Mobile Banking: | www.cornerstone.bank |
| | Mail: | 3095 15th Street West<br>Dickinson, ND 58601 |

We have switched to .bank!  You can now find us at www.cornerstone.bank.  Our email addresses have also been updated to @cornerstone.bank.  This change provides added security.
Remember, IF IT'S NOT .BANK, IT'S NOT OUR BANK.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY EASY BUSINESS | XXXXXXXXX245 | $845.59 |

## SIMPLY EASY BUSINESS  -  XXXXXXXXX245

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/01/2024 | **Beginning Balance** | **$703.03** |
| | 10 Credit(s) This Period | $21,264.13 |
| | 120 Debit(s) This Period | $21,121.57 |
| 10/31/2024 | **Ending Balance** | **$845.59** |
| | Service Charges | $2.00 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 10/04/2024 | DEPOSIT | $171.10 |
| 10/24/2024 | DEPOSIT | $1,003.58 |
| 10/25/2024 | DEPOSIT | $3,500.00 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 10/04/2024 | XX8795 POS RETURN..... 10/03 06:59 WALLWORK TRUCK C DICKINSON ND 67884550 478553 | $246.84 |
| 10/17/2024 | XX8795 POS CREDIT ADJ. 10/16 00:05 RBT SIMONSON N EasySavings NY 00878965 845449 | $0.34 |
| 10/18/2024 | XX8795 POS RETURN..... 10/11 05:59 CHARBONNEAU CAR DICKINSON ND 60619255 974560 | $24.18 |
| 10/30/2024 | XX8795 POS RETURN..... 10/29 10:55 HARBOR FREIGHT T DICKINSON ND 48407375 678754 | $29.80 |
| 10/31/2024 | XX8795 POS RETURN..... 10/30 11:06 EAGLE COUNTRY FO SIDNEY MT 84435782 018199 | $242.80 |



# INFORMATION FOR OUR CUSTOMERS

### Demand Deposit Account / Savings Account

**Method Used to Determine the Balance On Which Interest Will Be Computed**
We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new purchases/advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**What To Do If You Think You Find a Mistake on Your Statement**
If you think there is an error on your statement, write to us at **Cornerstone Bank, 2280 45th Street South, Fargo, ND 58104.** You may also contact us on the web at **www.cornerstone.bank.**

In your letter, give us the following information:
• *Account Information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of Problem:* If  you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing* or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* or electronically at **Cornerstone Bank, 2280 45th Street South, Fargo, ND 58104.** You may also contact us on the web at **www.cornerstone.bank.**

While we investigate the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## CONSUMER ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Consumer Electronic Transfers**
Please telephone or write your local office listed on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

In your letter, give us the following information:
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (5 business days if the transfer involved a point-of-sale transaction and 20 business days if the transfer involved a new account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK WITH YOUR STATEMENT

### CHECKS OUTSTANDING

| NUMBER | AMOUNT |
|--------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL OUTSTANDING** |  |

1. In your checkbook enter the interest earned on your account (if applicable) as it appears on the front of this statement.
2. Verify that checks are charged on statement for amount drawn.
3. Be sure that service charge (if any) or other authorized deductions shown on this statement have been deducted from your checkbook balance.
4. Verify that all deposits have been credited for same amount as on your records.
5. Be sure that all checks outstanding on previous statement have been included in this statement (otherwise, they are still outstanding).
6. Check off on the stubs of your checkbook each of the checks paid by us.
7. Make a list of the numbers and amounts of those checks still outstanding in the space provided at the left.

CARRY OVER

8. **ENTER FINAL BALANCE** AS PER STATEMENT
9. **ADD** ANY DEPOSITS NOT CREDITED
10. **TOTAL**
11. **SUBTRACT** CHECKS OUTSTANDING
12. **BALANCE** SHOULD AGREE WITH

# CORNERSTONE BANK

*Statement Ending 10/31/2024*

## SIMPLY EASY BUSINESS  -  XXXXXXXXX245 (continued)

### Other Credits

| Date | Description | Amount |
|------|-------------|--------|
| 10/02/2024 | Incoming Wire 79651052 WOLLA TRUCKING, LLC | $13,915.52 |
| 10/15/2024 | Incoming Wire 80007180 WOLLA TRUCKING, LLC | $2,129.97 |

### Electronic Debits

| Date | Description | Amount |
|------|-------------|--------|
| 10/02/2024 | XX8795 POS WITHDRAWAL. 10/02 13:11 MNRD-DICK 4411 W DICKINSON ND 35331302 923939 | $12.52 |
| 10/03/2024 | XX8795 POS PURCHASE AT 10/02 16:28 MUDFLAP FU* 10/0 PALO ALTO CA 05076384 025301 | $18.43 |
| 10/03/2024 | XX8886 RECUR PURCHASE. 10/02 15:56 INTUIT * TSheets CL.INTUIT.COM CA 29469390 829 | $28.00 |
| 10/03/2024 | XX8795 POS PURCHASE AT 10/02 14:36 PREBLE MEDICAL S MANDAN ND 83799206 949056 | $62.10 |
| 10/03/2024 | XX8795 POS PURCHASE AT 10/02 15:45 MUDFLAP FU* 10/0 PALO ALTO CA 49333149 275232 | $400.00 |
| 10/04/2024 | XX8795 POS WITHDRAWAL. 10/04 11:38 Wal-Mart Super C DICKINSON ND 15670020 427865 | $6.09 |
| 10/04/2024 | XX8795 POS PURCHASE AT 10/04 00:38 MUDFLAP FU* 10/0 PALO ALTO CA 23850678 943820 | $14.02 |
| 10/04/2024 | XX8795 POS PURCHASE AT 10/03 11:06 MAC'S DICKINSON, DICKINSON ND 70700676 922429 | $15.96 |
| 10/04/2024 | XX8795 POS PURCHASE AT 10/03 15:34 RUDY'S LOCK AND DICKINSON ND 04163272 672824 | $33.02 |
| 10/04/2024 | XX8795 POS PURCHASE AT 10/02 13:18 FAMILY FARE QUIC DICKINSON ND 36058820 594364 | $55.60 |
| 10/04/2024 | XX8795 POS PURCHASE AT 10/03 23:35 MUDFLAP FU* 10/0 PALO ALTO CA 19140464 836619 | $75.85 |
| 10/04/2024 | XX8795 POS PURCHASE AT 10/03 21:55 MUDFLAP FU* 10/0 PALO ALTO CA 15311523 243071 | $78.92 |
| 10/04/2024 | XX8795 POS PURCHASE AT 10/03 23:57 MUDFLAP FU* 10/0 PALO ALTO CA 19988235 520621 | $400.00 |
| 10/04/2024 | SPRUCE VALLEY PA INVOICE 13262230 | $58.40 |
| 10/04/2024 | SPRUCE VALLEY PA IMPOUNDTAX 13262230 | $1,001.64 |
| 10/07/2024 | XX8795 POS PURCHASE AT 10/04 18:20 MUDFLAP FU* 10/0 PALO ALTO CA 09336931 703048 | $2.98 |
| 10/07/2024 | XX8795 POS PURCHASE AT 10/06 13:06 CONOCO - DANS IN BELFIELD ND 22548940 400547 | $13.77 |
| 10/07/2024 | XX8886 POS PURCHASE AT 10/03 23:54 UNITED UNITED.COM TX 33589653 971799 | $26.99 |
| 10/07/2024 | XX8795 POS PURCHASE AT 10/05 07:18 MUDFLAP FU* 10/0 PALO ALTO CA 32364355 222414 | $33.18 |
| 10/07/2024 | XX8795 POS PURCHASE AT 10/06 13:04 CONOCO - DANS IN BELFIELD ND 22548932 492970 | $39.88 |
| 10/07/2024 | XX8795 POS PURCHASE AT 10/05 11:05 SUPERPUMPER #23 SIDNEY MT 11353401 881374 | $62.12 |
| 10/07/2024 | XX8795 POS PURCHASE AT 10/05 16:54 SQ * SUNNY'S FAMI SIDNEY MT 77827301 427916474 | $63.92 |
| 10/07/2024 | XX8795 POS PURCHASE AT 10/24 22:03 CENEX-UNITED QUA NEW TOWN ND 58068763 489996 | $67.64 |
| 10/07/2024 | XX8795 POS PURCHASE AT 10/04 13:48 CONOCO - DANS IN BELFIELD ND 29675050 331162 | $75.38 |
| 10/07/2024 | XX8795 POS PURCHASE AT 10/05 19:06 BADLANDS INN DICKINSON ND 06010773 546172 | $78.84 |
| 10/07/2024 | XX8795 POS PURCHASE AT 10/05 23:29 CASH APP* BULLFRO San Francisco CA 80469024 01 | $85.00 |
| 10/07/2024 | XX8795 POS PURCHASE AT 10/04 21:15 RUNNINGS OF DICK DICKINSON ND 60680573 713355 | $85.19 |

STARK ENERGY INC                          XXXXXXXXX245          Statement Ending 10/31/2024                    Page 4 of 8

# SIMPLY EASY BUSINESS  -  XXXXXXXXX245 (continued)

## Electronic Debits (continued)

| Date | Description | Amount |
|------|-------------|-------:|
| 10/07/2024 | XX8795 POS PURCHASE AT 10/06 16:23 MUDFLAP FU* 10/0 PALO ALTO CA 00449473 679645 | $86.32 |
| 10/07/2024 | XX8795 POS PURCHASE AT 10/05 16:04 WALLWORK TRUCK C DICKINSON ND 67158008 871978 | $104.85 |
| 10/07/2024 | XX8795 POS PURCHASE AT 10/05 16:51 O'REILLY 1865 DICKINSON ND 15878961 811164 | $179.13 |
| 10/07/2024 | XX8795 POS PURCHASE AT 10/06 07:41 MUDFLAP FU* 10/0 PALO ALTO CA 30730422 100090 | $283.76 |
| 10/07/2024 | XX8795 POS PURCHASE AT 10/06 17:32 MUDFLAP FU* 10/0 PALO ALTO CA 03124776 154635 | $288.91 |
| 10/07/2024 | XX8795 POS PURCHASE AT 10/04 17:01 NORTHWEST TIRE # DICKINSON ND 29387118 869050 | $388.16 |
| 10/07/2024 | XX8795 POS PURCHASE AT 10/04 17:39 MUDFLAP FU* 10/0 PALO ALTO CA 03722623 413164 | $400.00 |
| 10/07/2024 | XX8886 POS PURCHASE AT 10/03 15:53 UNITED UNITED.COM TX 33032043 032042 | $443.98 |
| 10/08/2024 | XX8795 POS PURCHASE AT 10/06 11:39 CENEX-UNITED QUA NEW TOWN ND 14939762 711601 | $7.26 |
| 10/08/2024 | XX8795 POS WITHDRAWAL. 10/08 14:39 CHARBONNEAU CAR DICKINSON ND 05628218 3208617 | $24.18 |
| 10/08/2024 | XX8795 POS PURCHASE AT 10/07 14:07 PREBLE MEDICAL S MANDAN ND 75401186 141357 | $62.10 |
| 10/08/2024 | XX8795 POS WITHDRAWAL. 10/08 15:07 O'REILLY 1865 DICKINSON ND 02786802 258270 | $66.71 |
| 10/08/2024 | XX8795 POS WITHDRAWAL. 10/08 16:59 RUNNINGS OF DICK DICKINSON ND 00514162 428262 | $92.03 |
| 10/09/2024 | XX8795 POS WITHDRAWAL. 10/09 09:36 O'REILLY 1865 DICKINSON ND 02786802 400967 | $23.94 |
| 10/09/2024 | XX8795 POS WITHDRAWAL. 10/09 12:41 O'REILLY 1536 BISMARCK ND 02540802 286981 | $67.34 |
| 10/09/2024 | XX8795 POS PURCHASE AT 10/07 13:35 BADLANDS INN DICKINSON ND 00594404 809485 | $75.56 |
| 10/09/2024 | XX8795 POS PURCHASE AT 10/09 03:24 MUDFLAP FU* 10/0 PALO ALTO CA 25949976 260106 | $88.60 |
| 10/09/2024 | XX8795 POS WITHDRAWAL. 10/09 12:19 O'REILLY 2022 MANDAN ND 02811002 402607 | $111.97 |
| 10/09/2024 | XX8795 POS PURCHASE AT 10/08 11:27 RED ROCK FORD OF DICKINSON ND 71043327 271405 | $243.38 |
| 10/09/2024 | XX8795 POS WITHDRAWAL. 10/09 17:54 RED ROCK AUTO OF WATFORD CITY ND 01641570 428 | $397.38 |
| 10/10/2024 | XX8795 POS PURCHASE AT 10/06 05:57 CENEX-CONVENIENC KILLDEER ND 50148223 373485 | $10.36 |
| 10/10/2024 | XX8795 POS PURCHASE AT 10/08 21:49 SIMONSON N DI DICKINSON ND 35477667 373748 | $34.16 |
| 10/10/2024 | XX8795 POS PURCHASE AT 10/09 17:10 CONOCO - DANS IN BELFIELD ND 44260368 410502 | $35.28 |
| 10/10/2024 | XX8795 POS PURCHASE AT 10/09 22:50 MUDFLAP FU* 10/1 PALO ALTO CA 18040113 801252 | $86.56 |
| 10/10/2024 | XX8795 POS PURCHASE AT 10/09 15:26 MUDFLAP FU* 10/0 PALO ALTO CA 48803929 127641 | $98.45 |
| 10/10/2024 | XX8795 POS PURCHASE AT 10/08 17:18 M&H #22 DICKINSON ND 28044647 871727 | $102.95 |
| 10/11/2024 | XX8795 POS PURCHASE AT 10/10 19:54 WAL-MART #1567 DICKINSON ND 24156701 342489 | $18.08 |
| 10/11/2024 | XX8795 POS PURCHASE AT 10/10 13:06 CONOCO - DANS IN BELFIELD ND 71551604 190346 | $31.40 |
| 10/15/2024 | XX8795 POS PURCHASE AT 10/10 19:12 M&H #13 MANDAN ND 74256793 154973 | $62.91 |
| 10/15/2024 | XX8886 RECUR PURCHASE. 10/12 11:10 INTUIT * QBooks O CL.INTUIT.COM CA 68767155 31 | $200.00 |
| 10/16/2024 | XX8795 POS PURCHASE AT 10/15 17:50 CONOCO - DANS IN BELFIELD ND 46215726 231163 | $86.86 |
| 10/17/2024 | XX8795 POS PURCHASE AT 10/16 13:44 MUDFLAP FU* 10/1 PALO ALTO CA 45279157 008217 | $97.38 |
| 10/18/2024 | XX8795 POS PURCHASE AT 10/17 12:11 MUDFLAP FU* 10/1 PALO ALTO CA 43335851 813662 | $59.46 |

# CORNERSTONE BANK

## SIMPLY EASY BUSINESS  -  XXXXXXXXX245 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 10/18/2024 | XX8795 POS PURCHASE AT 10/17 04:58 MUDFLAP FU* 10/1 PALO ALTO CA 29594877 558448 | $100.21 |
| 10/21/2024 | XX8795 POS PURCHASE AT 10/18 14:57 IN * TPS ALERT, L 918-9702323 OK 72859442 9647 | $49.00 |
| 10/21/2024 | XX8795 POS PURCHASE AT 10/20 11:21 CONOCO - DANS IN BELFIELD ND 58180901 531092 | $52.00 |
| 10/21/2024 | XX8795 POS PURCHASE AT 10/18 12:28 PREBLE MEDICAL S MANDAN ND 98500441 761532 | $62.10 |
| 10/21/2024 | XX8795 POS PURCHASE AT 10/19 16:52 WALLWORK TRUCK C DICKINSON ND 28488478 534008 | $460.03 |
| 10/21/2024 | XX8795 POS PURCHASE AT 10/19 12:51 ISTATE TRUCK INC BISMARCK ND 78002340 104534 | $1,003.58 |
| 10/23/2024 | XX8795 POS PURCHASE AT 10/22 19:10 CENEX-SUPERPUMPE BELFIELD ND 86452357 055026 | $57.83 |
| 10/23/2024 | XX8795 POS PURCHASE AT 10/21 21:53 CONOCO - DANS IN BELFIELD ND 73330833 816812 | $78.01 |
| 10/23/2024 | XX8795 POS PURCHASE AT 10/23 03:39 MUDFLAP FU* 10/2 PALO ALTO CA 26539978 736568 | $81.12 |
| 10/23/2024 | XX8795 POS WITHDRAWAL. 10/23 11:19 WM SUPERCENTER # BISMARCK ND 36480033 786307 | $89.85 |
| 10/23/2024 | XX8795 POS PURCHASE AT 10/22 18:54 WALLWORK TRUCK C DICKINSON ND 34403958 298221 | $127.13 |
| 10/23/2024 | XX8795 POS PURCHASE AT 10/22 17:07 WALLWORK TRUCK C DICKINSON ND 34403891 520795 | $145.85 |
| 10/24/2024 | XX8795 POS PURCHASE AT 10/23 10:23 J AND J OPERATIN DICKINSON ND 52073203 564980 | $71.73 |
| 10/24/2024 | ROUGHRIDER ELECT WEB PMTS PRKF9P | $262.68 |
| 10/25/2024 | XX8795 POS PURCHASE AT 10/23 13:01 ARCO GRIMSLEY'S UNDERWOOD ND 44219034 907629 | $60.00 |
| 10/25/2024 | SPRUCE VALLEY PA INVOICE 13262230 | $40.00 |
| 10/28/2024 | XX8795 POS WITHDRAWAL. 10/26 17:00 RUNNINGS OF DICK DICKINSON ND 00514162 430044 | $19.15 |
| 10/28/2024 | XX8795 POS PURCHASE AT 10/25 21:51 RUNNINGS OF DICK DICKINSON ND 23704669 703173 | $19.16 |
| 10/28/2024 | XX8795 POS PURCHASE AT 10/26 19:58 CENEX-SUPERPUMPE BELFIELD ND 68531345 594330 | $22.24 |
| 10/28/2024 | XX8795 POS PURCHASE AT 10/25 19:28 WAL-MART #1567 DICKINSON ND 24156701 212586 | $25.18 |
| 10/28/2024 | XX8795 POS PURCHASE AT 10/25 18:28 WM SUPERCENTER # DICKINSON ND 15670068 090360 | $31.82 |
| 10/28/2024 | XX8795 POS PURCHASE AT 10/26 15:32 WALLWORK TRUCK C DICKINSON ND 74120656 913626 | $32.03 |
| 10/28/2024 | XX8795 POS WITHDRAWAL. 10/28 14:09 RUNNINGS OF DICK DICKINSON ND 00514162 430292 | $38.32 |
| 10/28/2024 | XX8795 POS PURCHASE AT 10/25 16:10 EXXON WEST DAKOT DICKINSON ND 39879399 952524 | $59.42 |
| 10/28/2024 | XX8795 POS PURCHASE AT 10/25 23:46 TST* BLUE 42 SPOR Dickinson ND 80381142 791777 | $66.42 |
| 10/28/2024 | XX8795 POS PURCHASE AT 10/24 14:28 TRAPPERS KETTLE BELFIELD ND 11682578 653195 | $72.99 |
| 10/28/2024 | XX8795 POS WITHDRAWAL. 10/25 21:59 SUPERPUMPER INC BELFIELD ND 28128901 216181 | $213.90 |
| 10/28/2024 | XX8795 POS PURCHASE AT 10/25 19:43 O'REILLY 1865 DICKINSON ND 52086188 545503 | $222.53 |
| 10/28/2024 | XX8795 POS PURCHASE AT 10/28 01:15 CASH APP* BULLFRO San Francisco CA 04996042 82 | $300.00 |

STARK ENERGY INC                          XXXXXXXXX245              Statement Ending 10/31/2024                          Page 6 of 8

# SIMPLY EASY BUSINESS  -  XXXXXXXXX245 (continued)

## Electronic Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 10/28/2024 | XX8795 POS PURCHASE AT 10/25 18:50 WEST DAKOTA OIL 701-225-4292 ND 32645397 8330 | $356.31 |
| 10/28/2024 | ACHIVR VISB BILL PYMNT 1587522 | $376.25 |
| 10/29/2024 | XX8795 POS PURCHASE AT 10/28 16:31 WALLWORK TRUCK C DICKINSON ND 63617948 762383 | $9.73 |
| 10/29/2024 | XX8795 POS PURCHASE AT 10/28 18:05 WALLWORK TRUCK C DICKINSON ND 63618011 297209 | $13.42 |
| 10/29/2024 | XX8795 POS PURCHASE AT 10/28 15:39 WALLWORK TRUCK C DICKINSON ND 63617898 041647 | $20.13 |
| 10/29/2024 | XX8795 POS WITHDRAWAL. 10/29 12:39 RUNNINGS OF DICK DICKINSON ND 00514162 430352 | $29.78 |
| 10/29/2024 | XX8795 POS WITHDRAWAL. 10/29 11:09 HARBOR FREIGHT T DICKINSON ND 05719649 430320 | $36.19 |
| 10/29/2024 | XX8795 POS PURCHASE AT 10/27 21:19 CONOCO - DANS IN BELFIELD ND 89130900 031980 | $89.17 |
| 10/29/2024 | XX8795 POS WITHDRAWAL. 10/29 09:50 HARBOR FREIGHT T DICKINSON ND 05719649 430317 | $110.71 |
| 10/30/2024 | XX8795 POS PURCHASE AT 10/28 18:20 TRAPPERS KETTLE BELFIELD ND 04114922 996731 | $40.54 |
| 10/30/2024 | XX8795 POS PURCHASE AT 10/29 10:59 FAMILY FARE QUIC DICKINSON ND 35325327 559921 | $47.66 |
| 10/30/2024 | XX8795 POS PURCHASE AT 10/29 14:53 PREBLE MEDICAL S MANDAN ND 72726704 845973 | $62.10 |
| 10/30/2024 | XX8795 POS PURCHASE AT 10/29 17:07 MUDFLAP FU* 10/3 PALO ALTO CA 06976217 010781 | $66.97 |
| 10/30/2024 | XX8795 POS PURCHASE AT 10/29 16:08 WALLWORK TRUCK C DICKINSON ND 74851848 434825 | $108.71 |
| 10/30/2024 | XX8795 POS PURCHASE AT 10/29 16:29 MUDFLAP FU* 10/3 PALO ALTO CA 00921888 575997 | $300.00 |
| 10/30/2024 | XX8795 POS PURCHASE AT 10/29 17:01 EAGLE COUNTRY FO SIDNEY MT 67330854 686351 | $716.67 |
| 10/31/2024 | XX8795 POS PURCHASE AT 10/30 09:04 ALLSTATE PETERBI DICKINSON ND 32007758 401215 | $12.33 |
| 10/31/2024 | XX8795 POS PURCHASE AT 10/30 21:03 MAC'S DICKINSON, DICKINSON ND 13716517 896237 | $14.59 |
| 10/31/2024 | XX8795 POS PURCHASE AT 10/30 23:59 DOMINO'S 1876 DICKINSON ND 44402398 893167 | $55.44 |

## Other Debits

| Date | Description | Amount |
|---|---|---|
| 10/02/2024 | INCOMING WIRE FEE 79651052 | $15.00 |
| 10/04/2024 | MISCELLANEOUS DEBIT | $500.00 |
| 10/15/2024 | INCOMING WIRE FEE 80007180 | $15.00 |
| 10/25/2024 | MISCELLANEOUS DEBIT | $400.00 |
| 10/31/2024 | MISCELLANEOUS DEBIT | $70.00 |
| 10/31/2024 | SERVICE CHARGE | $2.00 |

## Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2011 | 10/08/2024 | $200.00 | 2013 | 10/17/2024 | $350.00 | 2062 | 10/04/2024 | $2,273.98 |
| 2012 | 10/11/2024 | $1,500.00 | 2061* | 10/23/2024 | $235.00 | 2063 | 10/04/2024 | $1,974.76 |

* Indicates a gap in check number sequence

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10/02/2024 | $14,591.03 | 10/08/2024 | $4,749.92 | 10/15/2024 | $3,676.57 |
| 10/03/2024 | $14,082.50 | 10/09/2024 | $3,741.75 | 10/16/2024 | $3,589.71 |
| 10/04/2024 | $8,012.20 | 10/10/2024 | $3,373.99 | 10/17/2024 | $3,142.67 |
| 10/07/2024 | $5,202.20 | 10/11/2024 | $1,824.51 | 10/18/2024 | $3,007.18 |

# CORNERSTONE BANK

## SIMPLY EASY BUSINESS  -  XXXXXXXXX245 (continued)

### Daily Balances (continued)

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 10/21/2024 | $1,380.47 | 10/25/2024 | $4,234.85 | 10/30/2024 | $757.15 |
| 10/23/2024 | $565.68 | 10/28/2024 | $2,379.13 | 10/31/2024 | $845.59 |
| 10/24/2024 | $1,234.85 | 10/29/2024 | $2,070.00 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|:---:|:---:|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

### Service Charge Summary

| Description | Amount |
|---|:---:|
| TOTAL CHARGE FOR PAPER STATEMENT FEE: | $2.00 |
| Total Service Charge | $2.00 |

STARK ENERGY INC                    XXXXXXXXX245          Statement Ending 10/31/2024                    Page 8 of 8



| #0000 | 10/04/2024 | $500.00 |
| #0000 | 10/04/2024 | $171.10 |
| #0000 | 10/24/2024 | $1,003.58 |
| #0000 | 10/25/2024 | $400.00 |
| #0000 | 10/25/2024 | $3,500.00 |
| #0000 | 10/31/2024 | $70.00 |



#2011    10/08/2024    $200.00



#2012    10/11/2024    $1,500.00



#2013    10/17/2024    $350.00



#2061    10/23/2024    $235.00

#2062    10/04/2024    $2,273.98

#2063    10/04/2024    $1,974.76