# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>STARK ENERGY, INC | CASE NO: 24-30168<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 200 |

On 12/20/2024, I did cause a copy of the following documents, described below,

Second Amended Scheduling Order ECF Docket Reference No. 200

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/20/2024

/s/ Erik A Ahlgren
Erik A Ahlgren  191814

Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537
218 998 2775
lisa@ahlgrenlaw.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 24-30168 |
|---|---|
| STARK ENERGY, INC | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 200 |

On 12/20/2024, a copy of the following documents, described below,

Second Amended Scheduling Order ECF Docket Reference No. 200

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/20/2024

_[signature]_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik A Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING      ALLIANCE FUNDING GROUP              ALLY BANK  CO AIS PORTFOLIO SERVICES
NCRS ADDRESS DOWNLOAD                 DRESSLER PETERS LLC                  LLC
CASE 24-30168                         CO KEN PETERS                        4515 N SANTA FE AVE DEPT APS
DISTRICT OF NORTH DAKOTA              101 W GRAND AVE  SUITE 404           OKLAHOMA CITY  OK 73118-7901
FRI DEC 20 11-55-58 PST 2024          CHICAGO  IL 60654-7129



                                                                          DEBTOR
GATE CITY BANK                        REGIONS BANK                         STARK ENERGY  INC
CO CAREN W STANLEY                    CO CROWLEY FLECK PLLP                1860 4TH AVE E
VOGEL LAW FIRM                        ATTN MICHAEL J KLEPPERICH            PO BOX 748
PO BOX 1389                           490 N 31ST ST  STE 500               DICKINSON  ND 58602-0748
FARGO  ND 58107-1389                  PO BOX 2529
                                      BILLINGS  MT 59103-2529


EXCLUDE
US BANKRUPTCY COURT                   AVANZA GROUP  LLC                    ADAM HAMMERLE
655 1ST AVENUE NORTH  SUITE 210       3974 AMBOY RD SUITE 306              31732 AVONDALE
FARGO  ND 58102-4932                  STATEN ISLAND  NY 10308-2414         WESTLAND  MI 48186-4993




ALEXANDER MILLER                      (P)ALLIANCE FUNDING GROUP            ALLIANCE FUNDING GROUP
PO BOX 3256                           17542 17TH STREET                    ATTN OFFICER OR MANAGING AGENT
BISMARCK  ND 58602-0016               SUITE 200                            3974 AMBOY RD SUITE 306
                                      TUSTIN CA 92780-1960                 STATEN ISLAND NY 10308-2414



                                                                           EXCLUDE
ALLIANCE FUNDING GROUP                ALLY BANK                            (D)ALLY BANK CO AIS PORTFOLIO SERVICES
CO KENNETH D PETERS  ESQ              AIS PORTFOLIO SERVICES  LLC          LLC
DRESSLER  PETERS  LLC                 4515 N SANTA FE AVE DEPT APS         4515 N SANTA FE AVE DEPT APS
101 W GRAND AVE  SUITE 404            OKLAHOMA CITY  OK 73118-7901         OKLAHOMA CITY  OK 73118-7901
CHICAGO  IL 60654-7129



                                                                           EXCLUDE
ALLY FINANCIAL                        AMERIFI CAPITAL LLC                  (D)AMERIFI CAPITAL LLC
500 WOODWARD AVE                      330 MAIN ST 105                      330 MAIN ST 105
DETROIT  MI 48226-3416                HARTFORD  CT 06106-1860              HARTFORD  CT 06106-1860




(P)ASCENTIUM CAPITAL                  BERKOVITCH  BOUSKILA  PLLC           BRAD CROSS
ATTN BANKRUPTCY                       1545 US 202  SUITE 101               809 ECR 7250
23970 US 59 NORTH                     POMONA  NY 10970-2951                BISMARCK  ND 79404
KINGWOOD TX 77339-1535




BRIGHT DESIGN HOMES                   BRYAN A KOSTELECKY                   BRYAN ADOLPH KOSTELECKY
319 PRAIRIE DR                        1150  11TH AVENUE WEST               1150  11TH AVE W
STANLEY  ND 58784-8516                DICKINSON  ND 58601-3652             DICKINSON  ND 58601-3652




CLOUD FUND LLC                        CT CORPORATION SYSTEM                CTHD COMPANY
400 RELLA BLVD SUITE 165101           ATTN SPRS                            ATTN OFFICER OR MANAGING AGENT
SUFFERN  NY 10901-4241                330 N BRAND BLVD SUITE 700           PO BOX 2576
                                      GLENDALE  CA 91203-2336              SPRINGFIELD  IL 62708-2576
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| CAPITAL ONE   SPARK BUSINESS<br>PO BOX 71087<br>CHARLOTTE   NC 28272-1087 | EXCLUDE<br>(D)CAPITAL ONE   SPARK BUSINESS<br>PO BOX 71087<br>CHARLOTTE   NC 28272-1087 | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE   NC  28272-1083 |
| CODY FORD<br>PO BOX 64<br>BISMARCK   ND 58502-0064 | CODY LAFFITTE<br>215 WALDROUP RD<br>EROS   LA 71238-7206 | COUNTY LINE TRUCK STOP<br>PO BOX  2140<br>DICKINSON   ND 58602-2140 |
| EXCLUDE<br>(D)COUNTY LINE TRUCK STOP<br>PO BOX  2140<br>DICKINSON   ND 58602-2140 | CRAIG ELSER<br>2584 6TH AVE W  APT 7<br>DICKINSON   ND 58601-2556 | DCI  CREDIT SERVICES INC<br>121 E ROSSER AVE<br>BISMARCK   ND 58501-3864 |
| EXCLUDE<br>(D)DCI  CREDIT SERVICES INC<br>121 E ROSSER AVE<br>BISMARCK   ND 58501-3864 | DANIEL GERSTBERGER<br>90 EAST 6 MILE RD<br>GARDEN CITY   KS 67846-9544 | DANIEL GERSTBERGER<br>CO THOMAS F MURTHA<br>PO BOX 1111<br>DICKINSON   ND 58602-1111 |
| DANIEL PALUCK<br>2030 SIERRA COMMONS RD   APT 738<br>DICKINSON   ND 58601-5173 | DUSTIN ONEILL<br>1615 MAIN ST<br>BISMARCK   ND 58501 | DYLAN BOYKIN<br>8715 PINE SPRINGS<br>MERIDIAN   MS 39305-9355 |
| DYLAN NEWTON<br>527 2ND AVE E<br>DICKINSON   ND 58601-4476 | DYNASTY CAPITAL 26   LLC<br>9614 METROPOLITAN AVE 2ND FL<br>FOREST HILLS   NY 11375-6675 | EXCLUDE<br>(D)DYNASTY CAPITAL 26   LLC<br>9614 METROPOLITAN AVE 2ND FL<br>FOREST HILLS   NY 11375-6675 |
| EN OD CAPTIAL LLC<br>11777 REISTERSTOWN RD<br>PIKESVILLE   MD 21208 | EVERYDAY FUNDING GROUP LLC<br>132 32ND ST<br>BROOKLYN   NY 11232-1920 | EBELTOFT   SICKLER LAWYERS PLLC<br>2272 EIGHT STREET WEST<br>DICKINSON   ND 58601-8590 |
| EBELTOFT   SICKLER LAWYERS PLLC<br>2272 EIGHTH STREET WEST<br>DICKINSON   ND 58601-8590 | EDUARDO ORTIZ<br>2717 11TH AVE<br>WILLISTON   ND 58801-2943 | EDUARDO ORTIZ<br>6024 WILSHIRE DR<br>TAMPA   FL 33615-3432 |
| FETTIG ENTERPRISE INC<br>1860 4TH AVE E<br>DICKINSON   ND 58601-3362 | FINANCIAL PACIFIC LEASING INC<br>3455 S 344TH WAY STE 300<br>FEDERAL WAY   WA 98001-9546 | FINANCIAL PACIFIC LEASING INC<br>ATTN OFFICER OR MANAGING AGENT<br>3455 S 344TH WAY STE 300<br>FEDERAL WAY   WA 98001-9546 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| GARRETT MCKENZIE<br>1289 24TH ST W<br>BISMARCK  ND 58601-2716 | GATE CITY BANK<br>1761 THIRD AVE W<br>DICKINSON  ND 58601-3086 | GATE CITY BANK<br>204 SIMS ST<br>DICKINSON  ND 58601-5142 |
| GATE CITY BANK<br>ATTN CAREN STANLEY  VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND   58107-1389 | GATE CITY BANK<br>CO CAREN STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO  ND 58107-1389 | EXCLUDE<br>(D)GATE CITY BANK<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO  ND 58107-1389 |
| GREG MOORE<br>632 8TH ST SE<br>BISMARCK  ND 58501 | GREG MOORE<br>632 8TH ST SE<br>SIDNEY  MT 59270-5316 | HELEN GEORGE<br>1813 4TH AVE E<br>BISMARCK  ND 58501 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JASON LAVIGNE<br>375 HORIZON ST<br>KILLDEER  ND 58640 | JEFFREY SCHMITT<br>4007 33RD ST N<br>BISMARCK  ND 58102-6237 |
| JENNIFER M GOOSS<br>PO BOX 249<br>BEULAH  ND 58523-0249 | JENNIFER M GOOSS<br>SOLEM LAW OFFICE<br>PO BOX 249<br>BEULAH  ND 58523-0249 | JETT OGREN<br>CO ND  DEPARTMENT OF LABOR<br>600 E BOULEVARD AVE DEPT 406<br>BISMARCK  ND 58505-0340 |
| JOHN C WILLIAMS  ASSOCIATES<br>1612 NORTHEAST EXPRESSWAY<br>ATLANTA  GA 30329-2003 | EXCLUDE<br>(D)JOHN C WILLIAMS  ASSOCIATES<br>1612 NORTHEAST EXPRESSWAY<br>ATLANTA  GA 30329-2003 | JUSTIN BACON<br>305 NORTH WIBAUX STREET<br>PO BOX 176<br>WIBAUX MT 59353-0176 |
| JUSTIN BACON<br>CO ND DEPARTMENT OF LABOR<br>600 E BOULEVARD AVE DEPT 406<br>BISMARCK  ND 58505-0340 | JUSTIN LAVIGNE<br>CO ND  DEPARTMENT OF LABOR<br>600 E BOULEVARD AVE DEPT 406<br>BISMARCK  ND 58505-0340 | KELLER PAVING  LANDSCAPING  INC<br>1820 HWY 2 BYPASS EAST<br>MINOT  ND 58701-7929 |
| KENNETH MACK<br>306 13TH ST NE<br>TIOGA  ND 58852-7150 | KNIGHTSBRIDGE FUNDING LLC<br>1706 AVE M<br>BROOKLYN NY 11230-5307 | KNIGHTSBRIDGE FUNDING LLC<br>40 WALL ST<br>NEW YORK  NY 10005-1304 |
| LANDMARK FUNDING<br>10232 SOUTHARD DR<br>BELTSVILLE  MD 20705-2105 | LANDMARK FUNDING<br>411 KINGSTON AVE STE 201<br>BROOKLYN NY 11225-3171 | LINEBARGER GOGGAN BLAIR  SAMPSON  LLP<br>233 SOUTH WACKER DRIVE SUITE<br>CHICAGO, IL 60606-6379 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>233 SOUTH WACKER DRIVE SUITE 4030<br>CHICAGO IL 60606-6379 | M2 FINANCING<br>20800 SWENSON DRIVE SUITE 475<br>WAUKESHA WI 53186-2075 | EXCLUDE<br>(D)M2 FINANCING<br>20800 SWENSON DRIVE SUITE 475<br>WAUKESHA WI 53186-2075 |
| MARCELINO GONZALEZ<br>PO BOX 295<br>ELSA TX 78543-0295 | MATHEW BARRETT<br>3007 E PAPILLON CIRCLE<br>MESA AZ 85215 | EXCLUDE<br>(D)MATHEW BARRETT<br>3007 E PAPILLON CIRCLE<br>MESA AZ 85215 |
| MATHEW HABERSTROH<br>3907 EAST DUKE STREET<br>LUBBOCK TX 79403-3807 | MICHAEL WERNER<br>828 SOUTH 6TH STREET<br>CANON CITY CO 81212-4123 | MIDLAND STATES BANK<br>1201 NETWORK CENTRE DRIVE<br>EFFINGHAM IL 62401-4677 |
| EXCLUDE<br>(D)MIDLAND STATES BANK<br>1201 NETWORK CENTRE DRIVE<br>EFFINGHAM IL 62401-4677 | MIDLAND STATES BANK<br>ATTN CAREN STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | OFFICE OF STATE TAX COMMISSIONER<br>600 E BOULEVARD<br>BISMARCK ND 58505-0599 |
| PARKVIEW ADVANCE LLC<br>400 MAIN ST<br>STAMFORD CT 06901-3000 | PATRICK VOLCK<br>1402 20TH AVE W APT 13<br>WILLISTON ND 58801-3775 | PINNACLE BUSINESS FUNDING LLC<br>1777 REISTERSTOWN RD<br>PIKESVILLE MD 21208-1313 |
| EXCLUDE<br>(D)PINNACLE BUSINESS FUNDING LLC<br>1777 REISTERSTOWN RD<br>PIKESVILLE MD 21208-1313 | PIONEER CREDIT RECOVERY INC<br>PO BOX 189<br>ARCADE NY 14009-0189 | PREBLE MEDICAL SERVICES INC<br>101 COLLINS AVENUE<br>MANDAN ND 58554-3176 |
| PREBLE MEDICAL SERVICES INC<br>MARY ANN PREBLEOWNER<br>101 COLLINS AVENUE<br>MANDAN ND 58554-3176 | QUALITY QUICK PRINT<br>37 1ST AVE WEST<br>DICKINSON ND 58601-5102 | QUENT LUSK<br>1455 ROUGH RIDER BLVD APT 202<br>DICKINSON ND 58601-6760 |
| QUINTON JENKINS<br>201 COUNTY ROAD 685<br>QUITMAN MS 39355-8982 | RIVER ADVANCE<br>36 AIRPORT RD<br>LAKEWOOD NJ 08701-7034 | RAYMOND IBE<br>5809 VICTORIA AVE UNIT H<br>WILLISTON ND 58801-5174 |
| REGIONS BANK<br>PO BOX 11407<br>BIRMINGHAM AL 35246-3035 | REGIONS BANK<br>CO MICHAEL J KLEPPERICH<br>PO BOX 2529<br>BILLINGS MT 59103-2529 | RICARDO MUZQUIZ<br>1004 PASEO DE TIBER<br>LAREDO TX 78046-8939 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled (D)(U) (EXCLUDE) were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| RIVER CAPITAL PARTNERS LLC<br>36 AIRPORT ROAD<br>LAKEWOOD   NJ 08701-7034 | EXCLUDE<br>(D)RIVER CAPITAL PARTNERS LLC<br>36 AIRPORT ROAD<br>LAKEWOOD   NJ 08701-7034 | ROB FETTIG<br>1860 4TH AVE E<br>DICKINSON   ND 58601-3362 |
| ROB FETTIG<br>1860 4TH AVE E DICKINSON<br>DICKINSON   ND 58601-3362 | ROBERT BOATRIGHT<br>1810 DIAZ AVE<br>BISMARCK   ND 78076-3384 | ROBERT HAIDER<br>1093 ENTERPRISE AVE   APT 3<br>BISMARCK   ND 58601-4162 |
| SHANNON BROCK<br>615 29TH ST W<br>DICKINSON   ND 58601-2536 | SOUTH METRO REMODEL AND HOME REPAIR<br>13617 4TH AVE SOUTH<br>BURNSVILLE   MN 55337-4071 | STEVEN KOPP<br>1911 RADNOR DR<br>MELBOURNE   FL 32901-4226 |
| STEVEN STACK<br>9201 275TH AVE SE<br>BISMARCK   ND 58781-9221 | THE AVANZA GROUP   LLC<br>1545 US 202   SUITE 101<br>POMONA   NY 10970-2951 | THE AVANZA GROUP LLC<br>3974 AMBOY ROAD STE 304<br>STATEN ISLAND   NY 10308-2414 |
| TODD GRIFFITHS<br>2463 COVES CT<br>DICKINSON   ND 58601-3030 | TRAVIS VERNON<br>633 27TH ST WEST<br>BISMARCK   ND 58501 | US ATTORNEY<br>655 FIRST AVE N STE 250<br>FARGO ND   58102-4932 |
| US SMALL BUSINESS ADMINISTRATION<br>JOHN W BAKER   ATTORNEY<br>721 19TH STREET<br>SUITE 426<br>DENVER   CO 80202-2517 | US SMALL BUSINESS ADMINISTRATION<br>14925 KINGSPORT ROAD<br>FORT WORTH   TX 76155-2243 | EXCLUDE<br>(D)US SMALL BUSINESS ADMINISTRATION<br>14925 KINGSPORT ROAD<br>FORT WORTH   TX 76155-2243 |
| VALENTIN MASCORRO<br>633 27TH ST WEST<br>DICKINSON   ND 58601-2520 | VOGEL LAW FIRM<br>218 NP AVE<br>FARGO   ND 58102-4834 | WESTERN EQUIPMENT SOLUTIONS<br>PO BOX 26975<br>SALT LAKE CITY   UT 84126-0975 |
| EXCLUDE<br>(D)WESTERN EQUIPMENT SOLUTIONS<br>PO BOX 26975<br>SALT LAKE CITY   UT 84126-0975 | YUKER TOWING<br>876 E BROADWAY ST<br>DICKINSON   ND 58601-7416 | YUKER TOWING AND REPAIR LLC<br>CO THOMAS F MURTHA IV<br>PO BOX 1111<br>DICKISNON   ND 58602-1111 |
| M2 EQUIPMENT FINANCE LLC<br>20800 SWENSON DRIVE<br>WAUKESHA   WI 53186-2075 | DANIEL GERSTBERGER<br>90 E SIX MILE ROAD<br>GARDEN CITY   KS 67846-9544 | EXCLUDE<br>ERIK A AHLGREN<br>AHLGREN LAW OFFICE   PLLC<br>220 W WASHINGTON AVE<br>STE 105<br>FERGUS FALLS   MN 56537-2569 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE                           EXCLUDE
(D)EDUARDO ORTIZ                  (U)JOHN W BAKER - ATTY US SMALL BUSINESS    JUSTIN BACON
6024 WILSHIRE DRIVE               ADMI                                        PO BOX 176
TAMPA   FL 33615-3432                                                         WIBAUX  MT 59353-0176




MATTHEW BARRETT                   MAURICE VERSTANDIG                          ROBERT B RASCHKE
3007 E PAPILLON CIRCLE            THE DAKOTA BANKRUPTCY FIRM                  ASSISTANT US TRUSTEE
MESA  AZ 85215                    1630 1ST AVENUE N                           SUITE 1015 US COURTHOUSE
                                  SUITE B PMB 24                              300 SOUTH FOURTH STREET
                                  FARGO  ND 58102-4246                       MINNEAPOLIS  MN 55415-1320



THOMAS KAPUSTA
PO BOX 90624
SIOUX FALLS  SD 57109-0624
```