**Fill in this information to identify the case:**

Debtor Name  Stark Energy, Inc.

United States Bankruptcy Court for the: District of North Dakota ▼

Case number: 24-30168

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:  November 2024

Date report filed:  12/20/2024
MM / DD / YYYY

Line of business:  Support Activity for Mining

NAISC code:  2131

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  Robert Fettig

Original signature of responsible party  _(signature)_

Printed name of responsible party  Robert Fettig

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Stark Energy, Inc. _____        Case number 24-30168 _____

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 845.59

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 13,821.14

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before you filed bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 12,468.08

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 1,353.06

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 2,198.65

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**

$ 0.00

*(Exhibit E)*

Debtor Name Stark Energy, Inc.      Case number 24-30168

 **4. Money Owed to You**

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**     $ 15,092.17

   (*Exhibit F*)

**5. Employees**

26. What was the number of employees when the case was filed?     2

27. What is the number of employees as of the date of this monthly report?     2

**6. Professional Fees**

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ 1,500.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ 7,500.00

30. How much have you paid this month in other professional fees?     $ 0.00

31. How much have you paid in total other professional fees since filing the case?     $ 0.00

**7. Projections**

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 50,000.00 | − | $ 13,821.14 | = | $ 36,178.86 |
| 33. **Cash disbursements** | $ 42,000.00 | − | $ 12,468.08 | = | $ 29,531.92 |
| 34. **Net cash flow** | $ 8,000.00 | − | $ 1,353.06 | = | $ 6,646.94 |

35. Total projected cash receipts for the next month:     $ 23,500.00

36. Total projected cash disbursements for the next month:     − $ 15,000.00

37. Total projected net cash flow for the next month:     = $ 8,500.00

Debtor Name Stark Energy, Inc.                                          Case number 24-30168

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**EXHIBIT C**

| DATE | RECEIVED FROM | AMOUNT | DESCRIPTION |
|------|---------------|--------|-------------|
| 11/27/24 | Fettig Enterprise | 2,500.00 | Shop Rent |
| 11/1/24 | Walllwork Truck Center | 24.00 | Return - Credit Adjustment |
| 11/15/24 | Tiger Discount | 0.28 | Credit Adjustment |
| 11/18/24 | Simonson | 0.32 | Credit Adjustment |
| 11/1/24 | Wolla Trucking LLC | 8,076.08 | Sand Hauling |
| 11/15/24 | Wolla Trucking LLC | 3,220.46 | Sand Hauling |
| | | **$13,821.14** | |

| DATE | PAYEE | AMOUNT | DESCRIPTION |
|------|-------|--------|-------------|
| 11/1/24 | Wallwork Truck Center | 143.72 | Repair/Maintenance |
| 11/4/24 | Intuit T-Sheets | 28.00 | Office Supplies/Software |
| 11/4/24 | Badlands Inn | 209.15 | Co. Housing |
| 11/4/24 | Mudflap | 311.20 | Fuel |
| 11/5/24 | Dan's Conoco | 84.69 | Fuel |
| 11/6/24 | Preble Medical | 62.10 | Drug/Alcohol Testing |
| 11/6/24 | Mudflap | 159.56 | Fuel |
| 11/6/24 | ATM Withdrawal | 200.00 | Fuel |
| 11/6/24 | City of Dickinson | 300.00 | Utilities |
| 11/6/24 | Spruce Valley Payroll | 57.20 | Payroll Service Fee |
| 11/6/24 | Spruce Valley Payroll | 568.96 | Impound Tax or Payroll Taxes |
| 11/7/24 | Tiger Discount | 28.29 | Fuel |
| 11/7/24 | Charbonneau | 44.46 | Repair/Maintenance |
| 11/7/24 | Dan's Conoco | 75.42 | Fuel |
| 11/7/24 | O'Reilly | 83.49 | Repair/Maintenance |
| 11/7/24 | Red Rock Ford | 241.84 | Repair/Maintenance |
| 11/8/24 | Superpumper | 15.33 | Travel Meal |
| 11/8/24 | Dollar General | 17.00 | Travel Meal |
| 11/8/24 | The Arc of Dickinson | 18.11 | Rags for Shop |
| 11/8/24 | Wallwork Truck Center | 21.29 | Tools/Supplies |
| 11/8/24 | Wendy's | 29.21 | Travel Meal |
| 11/8/24 | Mudflap | 36.19 | Fuel |
| 11/8/24 | Cash App | 40.00 | DOT Test |
| 11/8/24 | Red Rock Ford | 92.07 | Repair/Maintenance |
| 11/8/24 | Dan's Conoco | 268.49 | Fuel |
| 11/12/24 | Subway | 12.57 | Travel Meal |
| 11/12/24 | Runnings | 21.25 | Tools/Supplies |
| 11/12/24 | Simonson | 32.31 | Fuel |
| 11/12/24 | Preble Medical | 62.10 | Drug/Alcohol Testing |
| 11/12/24 | Mudflap | 66.84 | Fuel |
| 11/12/24 | Cenex | 81.88 | Fuel |
| 11/12/24 | Dan's Conoco | 244.89 | Fuel |
| 11/12/24 | Mudflap | 293.48 | Fuel |
| 11/13/24 | Harbor Freight | 15.96 | Tools/Supplies |
| 11/13/24 | Certified Power | 24.10 | Repair/Maintenance |
| 11/13/24 | Belfield Automotive | 77.32 | Tools/Supplies |
| 11/13/24 | Dan's Conoco | 80.00 | Fuel |
| 11/13/24 | Intuit Qbooks | 200.00 | Office Supplies/Software |
| 11/18/24 | IPFS | 2689.65 | Insurance |
| 11/19/24 | Preble Medical | 62.10 | Drug/Alcohol Testing |
| 11/25/24 | ATM Withdrawal | 400.00 | Payroll - Delene Fettig |
| 11/27/24 | M & H | 34.50 | Fuel |
| 11/27/24 | Wallwork Truck Center | 41.69 | Repair/Maintenance |
| 11/27/24 | Dan's Conoco | 119.07 | Fuel |
| 11/29/24 | USPS | 10.45 | Postage |

| 11/29/24 | Quality Quick Print | 26.63 | Advertsising/Promotional |
| 11/29/24 | Dan's Conoco | 51.83 | Fuel |
| 11/29/24 | M & H | 82.94 | Fuel |

| 11/1/24 | Bank Charges/Fees | 15.00 | Wire Fee |
| 11/4/24 | Darrell Fontenot | 1,000.00 | Payroll |
| 11/4/24 | Tow Co. -Hoosier Towing | 1,750.00 | Towing |
| 11/12/24 | ATM Withdrawal | 400.00 | Payroll - Delene Fettig |
| 11/15/24 | Bank Charges/Fees | 15.00 | Wire Fee |
| 11/27/24 | Bank Charges/Fees | 30.00 | Wire Fee |
| 11/27/24 | Alliance Funding Group | 235.00 | |
| 11/29/24 | Bank Charges/Fees | 2.00 | Service Charge |

| 11/5/24 | Ck #2020 | 1,153.75 | Darrell Fontenot-Payroll |

**$12,468.08**

## EXHIBIT F

| CUSTOMER | DATE OF SERVICE | CHARGE FOR SERVICE | |
|---|---|---|---|
| Wolla Trucking LLC | 11/5/24 | 713.77 | |
| | 11/6/24 | 691.00 | |
| | 11/7/24 | 1,353.52 | |
| | 11/8/24 | 1,415.12 | |
| | 11/9/24 | 1,360.77 | |
| | 11/10/24 | 669.00 | |
| | 11/11/24 | 1,309.27 | |
| | | $7,512.45 | |
| | less leaser fees | (2,152.24) | |
| | | $5,360.21 | Payable 12-1-24 |
| | | | |
| Wolla Trucking LLC | 11/21/24 | 2,701.61 | |
| | 11/22/24 | 1,373.97 | |
| | 11/23/24 | 3,412.79 | |
| | 11/24/24 | 2,023.56 | |
| | 11/25/24 | 1,380.70 | |
| | | $10,892.63 | |
| | less leaser fees | (1,960.67) | |
| | | $8,931.96 | |
| | reimbursement/overcharged | 800.00 | |
| | | $9,731.96 | Payable 11-15-24 |

**Statement Ending 11/29/2024**



## CORNERSTONE BANK
3095 15TH STREET W
DICKINSON ND 58601

**STARK ENERGY INC**                                     Page 1 of 6
**Customer Number: XXXXXXXXX245**

**RETURN SERVICE REQUESTED**

>000784 6222217 0001 92372 10Z


STARK ENERGY INC
1860 4TH AVE E
DICKINSON ND 58601-3362

### For Customer Service:

| | | |
|---|---|---|
| 🎧 | Customer Service: | 701-456-0700<br>1-888-297-2100 |
| 💻 | Online: | www.cornerstone.bank |
| 📱 | Mobile Banking: | www.cornerstone.bank |
| ✉ | Mail: | 3095 15th Street West<br>Dickinson, ND 58601 |

We have switched to .bank! You can now find us at www.cornerstone.bank. Our email addresses have also been updated to @cornerstone.bank. This change provides added security.
Remember, IF IT'S NOT .BANK, IT'S NOT OUR BANK.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY EASY BUSINESS | XXXXXXXXX245 | $2,198.65 |

## SIMPLY EASY BUSINESS  -  XXXXXXXXX245

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 11/01/2024 | **Beginning Balance** | **$845.59** |
| | 6 Credit(s) This Period | $13,821.14 |
| | 57 Debit(s) This Period | $12,468.08 |
| 11/29/2024 | **Ending Balance** | **$2,198.65** |
| | Service Charges | $2.00 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 11/27/2024 | DEPOSIT | $2,500.00 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 11/01/2024 | XX8795 POS RETURN..... 10/31 03:00 WALLWORK TRUCK C DICKINSON ND 40545013 852045 | $24.00 |
| 11/15/2024 | XX8795 POS CREDIT ADJ. 11/14 22:56 RBT TIGER DISCOU EasySavings NY 01025043 6904 | $0.28 |
| 11/18/2024 | XX8795 POS CREDIT ADJ. 11/16 21:47 RBT SIMONSON N EasySavings NY 00714007 089139 | $0.32 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 11/01/2024 | Incoming Wire 80555036 WOLLA TRUCKING, LLC | $8,076.08 |
| 11/15/2024 | Incoming Wire 80910847 WOLLA TRUCKING, LLC | $3,220.46 |


Member
FDIC
EQUAL HOUSING LENDER

STARK ENERGY INC                        XXXXXXXXX245         Statement Ending 11/29/2024                    Page 2 of 6

# INFORMATION FOR OUR CUSTOMERS

## HOME EQUITY LINE OF CREDIT / PERSONAL LINE OF CREDIT / OVERDRAFT PROTECTION

**Method Used to Determine the Balance On Which Interest Will Be Computed**
We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new purchases/advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**What To Do If You Think You Find a Mistake on Your Statement**
If you think there is an error on your statement, write to us at Cornerstone Bank, 2280 45th Street South, Fargo, ND 58104. You may also contact us on the web at www.cornerstone.bank.

In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at Cornerstone Bank, 2280 45th Street South, Fargo, ND 58104. You may also contact us on the web at www.cornerstone.bank.

While we investigate the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## CONSUMER ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Consumer Electronic Transfers**
Please telephone or write your local office listed on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

In your letter, give us the following information:

(1) Tell us your name and account number.

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (5 business days if the transfer involved a point-of-sale transaction and 20 business days if the transfer involved a new account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK WITH YOUR STATEMENT

### CHECKS OUTSTANDING

| NUMBER | AMOUNT |
|--------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL OUTSTANDING** |  |

1. In your checkbook enter the interest earned on your account (if applicable) as it appears on the front of this statement.
2. Verify that checks are charged on statement for amount drawn.
3. Be sure that service charge (if any) or other authorized deductions shown on this statement have been deducted from your checkbook balance.
4. Verify that all deposits have been credited for same amount as on your records.
5. Be sure that all checks outstanding on previous statement have been included in this statement (otherwise, they are still outstanding).
6. Check off on the stubs of your checkbook each of the checks paid by us.
7. Make a list of the numbers and amounts of those checks still outstanding in the space provided at the left.

CARRY OVER ▶▶

| | | |
|---|---|---|
| 8. | **ENTER FINAL BALANCE AS PER STATEMENT** | |
| 9. | **ADD ANY DEPOSITS NOT CREDITED** | |
| 10. | **TOTAL** | |
| 11. | **SUBTRACT CHECKS OUTSTANDING** | |
| 12. | **BALANCE SHOULD AGREE WITH YOUR CHECKBOOK** | |

**CORNERSTONE BANK**

*Statement Ending 11/29/2024*

*STARK ENERGY INC*
*Customer Number: XXXXXXXXX245*

*Page 3 of 6*

# SIMPLY EASY BUSINESS - XXXXXXXXX245 (continued)



### Electronic Debits

| Date | Description | Amount |
|------|-------------|-------:|
| 11/01/2024 | XX8795 POS PURCHASE AT 10/31 14:11 WALLWORK TRUCK C DICKINSON ND 40544925 172548 | $143.72 |
| 11/04/2024 | XX8886 RECUR PURCHASE. 11/02 11:06 INTUIT * TSheets CL.INTUIT.COM CA 36656051 009 | $28.00 |
| 11/04/2024 | XX8795 POS PURCHASE AT 11/01 23:04 BADLANDS INN DICKINSON ND 07084064 871941 | $209.15 |
| 11/04/2024 | XX8795 POS PURCHASE AT 11/01 16:25 MUDFLAP FU* 11/0 PALO ALTO CA 02196015 627735 | $311.20 |
| 11/05/2024 | XX8795 POS WITHDRAWAL. 11/05 11:13 DANS INTERSTATE BELFIELD ND 0007RR64 43109055 | $84.69 |
| 11/06/2024 | XX8795 POS PURCHASE AT 11/05 11:22 PREBLE MEDICAL S MANDAN ND 80236275 849135 | $62.10 |
| 11/06/2024 | XX8795 POS PURCHASE AT 11/05 16:51 MUDFLAP FU* 11/0 PALO ALTO CA 03707269 761357 | $159.56 |
| 11/06/2024 | XX8795 ATM WITHDRAWAL. 11/06 10:21 3095 15TH ST SW DICKINSON ND ND000153 009007 | $200.00 |
| 11/06/2024 | XX8795 POS PURCHASE AT 11/04 15:25 CITY OF DICKINSO DICKINSON ND 95197063 874413 | $300.00 |
| 11/06/2024 | SPRUCE VALLEY PA INVOICE 13262230 | $57.20 |
| 11/06/2024 | SPRUCE VALLEY PA IMPOUNDTAX 13262230 | $568.96 |
| 11/07/2024 | XX8795 POS PURCHASE AT 11/06 22:14 TIGER DISCOUNT T DICKINSON ND 19115750 887406 | $28.29 |
| 11/07/2024 | XX8795 POS PURCHASE AT 11/06 16:06 CHARBONNEAU CAR DICKINSON ND 25992113 500814 | $44.46 |
| 11/07/2024 | XX8795 POS PURCHASE AT 11/06 08:53 CONOCO - DANS IN BELFIELD ND 44337120 599270 | $75.42 |
| 11/07/2024 | XX8795 POS PURCHASE AT 11/06 17:24 O'REILLY 1865 DICKINSON ND 13826980 724789 | $83.49 |
| 11/07/2024 | XX8795 POS PURCHASE AT 11/06 17:37 RED ROCK FORD OF DICKINSON ND 00051283 863199 | $241.84 |
| 11/08/2024 | XX8795 POS PURCHASE AT 11/06 21:42 CENEX- SUPERPUMP BELFIELD ND 94539094 069770 | $15.33 |
| 11/08/2024 | XX8795 POS PURCHASE AT 11/07 18:41 DOLLAR GENERAL # BELFIELD ND 32091302 189583 | $17.00 |
| 11/08/2024 | XX8795 POS PURCHASE AT 11/06 16:31 THE ARC OF DICKI DICKINSON ND 77013961 896131 | $18.11 |
| 11/08/2024 | XX8795 POS PURCHASE AT 11/07 13:57 WALLWORK TRUCK C DICKINSON ND 18563506 490826 | $21.29 |
| 11/08/2024 | XX8795 POS PURCHASE AT 11/07 19:18 WENDYS 4113 DICKINSON ND 30516001 398816 | $29.21 |
| 11/08/2024 | XX8795 POS PURCHASE AT 11/07 11:09 MUDFLAP FU* 11/0 PALO ALTO CA 43370416 052962 | $36.19 |
| 11/08/2024 | XX8795 POS PURCHASE AT 11/07 16:48 CASH APP* WILL WE San Francisco CA 97446077 96 | $40.00 |
| 11/08/2024 | XX8795 POS PURCHASE AT 11/07 13:10 RED ROCK FORD OF DICKINSON ND 81052072 533983 | $92.07 |
| 11/08/2024 | XX8795 POS PURCHASE AT 11/07 17:24 CONOCO - DANS IN BELFIELD ND 37676620 692310 | $268.49 |
| 11/12/2024 | XX8795 POS PURCHASE AT 11/10 20:28 Subway 59776 Watford City ND 89638038 834516 | $12.57 |
| 11/12/2024 | XX8795 POS PURCHASE AT 11/06 16:21 RUNNINGS OF DICK DICKINSON ND 90670190 443158 | $21.25 |
| 11/12/2024 | XX8795 POS PURCHASE AT 11/07 15:05 SIMONSON N DI DICKINSON ND 85469284 152350 | $32.31 |
| 11/12/2024 | XX8795 POS PURCHASE AT 11/08 15:29 PREBLE MEDICAL S MANDAN ND 00460126 058488 | $62.10 |

# SIMPLY EASY BUSINESS - XXXXXXXXX245 (continued)

## Electronic Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 11/12/2024 | XX8795 POS PURCHASE AT 11/10 11:32 MUDFLAP FU* 11/1 PALO ALTO CA 43576951 565374 | $66.84 |
| 11/12/2024 | XX8795 POS PURCHASE AT 11/07 21:42 CENEX- SUPERPUMP BELFIELD ND 54715684 910712 | $81.88 |
| 11/12/2024 | XX8795 POS PURCHASE AT 11/08 00:56 CONOCO - DANS IN BELFIELD ND 92521189 538753 | $244.89 |
| 11/12/2024 | XX8795 POS PURCHASE AT 11/10 12:59 MUDFLAP FU* 11/1 PALO ALTO CA 46615871 007788 | $293.48 |
| 11/13/2024 | XX8795 POS PURCHASE AT 11/12 16:22 HARBOR FREIGHT T DICKINSON ND 95104117 787921 | $15.96 |
| 11/13/2024 | XX8795 POS PURCHASE AT 11/12 17:11 CERTIFIED POWER MUNDELEIN IL 71353077 257101 | $24.10 |
| 11/13/2024 | XX8795 POS PURCHASE AT 11/12 14:56 BELFIELD AUTOMOT BELFIELD ND 82980858 737003 | $77.32 |
| 11/13/2024 | XX8795 POS PURCHASE AT 11/12 12:05 CONOCO - DANS IN BELFIELD ND 92475334 852412 | $80.00 |
| 11/13/2024 | XX8886 RECUR PURCHASE. 11/12 10:23 INTUIT * QBooks O CL.INTUIT.COM CA 03941477 16 | $200.00 |
| 11/18/2024 | IPFS866-412-2561 IPFSPMTMOK B37658 | $2,689.65 |
| 11/19/2024 | XX8795 POS PURCHASE AT 11/18 11:56 PREBLE MEDICAL S MANDAN ND 63814234 536760 | $62.10 |
| 11/25/2024 | XX8795 ATM WITHDRAWAL. 11/23 08:34 3095 15TH ST SW DICKINSON ND ND000153 009169 | $400.00 |
| 11/27/2024 | XX8795 POS WITHDRAWAL. 11/26 20:54 M&H #22 DICKINSON ND 97592901 369735 | $34.50 |
| 11/27/2024 | XX8795 POS PURCHASE AT 11/26 16:46 WALLWORK TRUCK C DICKINSON ND 78439282 326607 | $41.69 |
| 11/27/2024 | XX8795 POS PURCHASE AT 11/26 09:10 CONOCO - DANS IN BELFIELD ND 51337477 544562 | $119.07 |
| 11/29/2024 | XX8795 POS PURCHASE AT 11/27 11:28 USPS PO 37240009 DICKINSON ND 17880633 256122 | $10.45 |
| 11/29/2024 | XX8795 POS PURCHASE AT 11/27 13:32 QUALITY QUICK PR DICKINSON ND 05680049 030745 | $26.63 |
| 11/29/2024 | XX8795 POS PURCHASE AT 11/27 15:40 CONOCO - DANS IN BELFIELD ND 09619841 708952 | $51.83 |
| 11/29/2024 | XX8795 POS WITHDRAWAL. 11/28 15:00 M&H #22 DICKINSON ND 97592901 585687 | $82.94 |

## Other Debits

| Date | Description | Amount |
|---|---|---|
| 11/01/2024 | INCOMING WIRE FEE 80555036 | $15.00 |
| 11/04/2024 | MISCELLANEOUS DEBIT | $1,000.00 |
| 11/04/2024 | MISCELLANEOUS DEBIT | $1,750.00 |
| 11/12/2024 | MISCELLANEOUS DEBIT | $400.00 |
| 11/15/2024 | INCOMING WIRE FEE 80910847 | $15.00 |
| 11/27/2024 | Domestic Wire Fee 52644 | $30.00 |
| 11/27/2024 | Outgoing Wire 52644 ALLIANCE FUNDING GROUP | $235.00 |
| 11/29/2024 | SERVICE CHARGE | $2.00 |

## Checks

| Check # | Date | Amount |
|---|---|---|
| 2020 | 11/05/2024 | $1,153.75 |

* Indicates a gap in check number sequence

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/01/2024 | $8,786.95 | 11/08/2024 | $1,891.15 | 11/19/2024 | $732.76 |
| 11/04/2024 | $5,488.60 | 11/12/2024 | $675.83 | 11/25/2024 | $332.76 |
| 11/05/2024 | $4,250.16 | 11/13/2024 | $278.45 | 11/27/2024 | $2,372.50 |
| 11/06/2024 | $2,902.34 | 11/15/2024 | $3,484.19 | 11/29/2024 | $2,198.65 |
| 11/07/2024 | $2,428.84 | 11/18/2024 | $794.86 | | |

# CORNERSTONE BANK

## SIMPLY EASY BUSINESS · XXXXXXXXX245 (continued)

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Service Charge Summary



| Description | Amount |
|---|---|
| TOTAL CHARGE FOR PAPER STATEMENT FEE | $2.00 |
| Total Service Charge | $2.00 |



#0000        11/04/2024        $1,000.00



#0000        11/04/2024        $1,750.00



#0000        11/12/2024        $400.00

**Checking Deposit**          **Deposit**
STARK ENERGY INC

#0000        11/27/2024        $2,500.00

#2020        11/05/2024        $1,153.75