UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                              Bankruptcy No. 24-30168
                                                    Chapter 11 – Subchapter V
Stark Energy, Inc.,

                        Debtor.
_____/

## THIRD AMENDED SCHEDULING ORDER

Pursuant to Rule 3017.2 of the Federal Rules of Bankruptcy Procedure, the following deadlines shall apply to this Subchapter V case in which there is no requirement to file a disclosure statement.

1. Deadline to file a modified plan of reorganization under section 1189(b): **February 24, 2025**.

2. Deadline to serve the modified plan, this order, a ballot conforming to Official Form 314, notice of the time within which the holders of claims and interests may accept or reject the plan, and notice of the date for the hearing on confirmation:  **February 25, 2025.**

3. Deadline for the holders of claims and interests to accept or reject the modified plan (submit ballots to plan proponent's attorney or other address on the ballot):  **March 25, 2025.**

4. Deadline to file written objections to plan confirmation:  **March 25, 2025**.

5. Deadline to file or email to the Court all exhibits in support of confirmation or an objection to confirmation:  **March 28, 2025**.  If you elect to email exhibits, please send them to **NDB_Trial_Evidence@ndb.uscourts.gov** with a copy to the Trustee, United States Trustee and any interested party who filed an objection or requested notice in this case.

7. Hearing on confirmation:  **Tuesday, April 1, 2025, at 10:00 a.m. in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota**.

If the Court receives no timely-filed written objections (or if all objections are withdrawn) and the requirements of 11 U.S.C. §1191 and other applicable provisions of the Bankruptcy Code are met, the Court may confirm the plan without a hearing.

Dated:  December 30, 2024.

Shon Hastings, Judge
United States Bankruptcy Court


Copy served electronically December 30, 2024, to Electronic Mail Notice List for Case No. 24-30168.