UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>STARK ENERGY, INC | CASE NO: 24-30168<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 11<br>ECF Docket Reference No. 206 |

On 12/30/2024, I did cause a copy of the following documents, described below,

Third Amended Scheduling Order ECF Docket Reference No. 206

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/30/2024

/s/ Erik A Ahlgren
Erik A Ahlgren  191814

Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537
218 998 2775
lisa@ahlgrenlaw.net

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE: | CASE NO: 24-30168 |
| STARK ENERGY, INC | **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br> Chapter: 11 <br> ECF Docket Reference No. 206 |

On 12/30/2024, a copy of the following documents, described below,

Third Amended Scheduling Order ECF Docket Reference No. 206

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/30/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik A Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING          ALLIANCE FUNDING GROUP                   ALLY BANK  CO AIS PORTFOLIO SERVICES
NCRS ADDRESS DOWNLOAD                     DRESSLER PETERS LLC                      LLC
CASE 24-30168                             CO KEN PETERS                            4515 N SANTA FE AVE DEPT APS
DISTRICT OF NORTH DAKOTA                  101 W GRAND AVE  SUITE 404               OKLAHOMA CITY  OK 73118-7901
MON DEC 30 9-2-41 PST 2024                CHICAGO  IL 60654-7129



                                                                                   DEBTOR
GATE CITY BANK                            REGIONS BANK                             STARK ENERGY  INC
CO CAREN W STANLEY                        CO CROWLEY FLECK PLLP                    1860 4TH AVE E
VOGEL LAW FIRM                            ATTN MICHAEL J KLEPPERICH                PO BOX 748
PO BOX 1389                               490 N 31ST ST  STE 500                   DICKINSON  ND 58602-0748
FARGO  ND 58107-1389                      PO BOX 2529
                                          BILLINGS  MT 59103-2529


EXCLUDE
US BANKRUPTCY COURT                       AVANZA GROUP  LLC                        ADAM HAMMERLE
655 1ST AVENUE NORTH  SUITE 210           3974 AMBOY RD SUITE 306                  31732 AVONDALE
FARGO  ND 58102-4932                      STATEN ISLAND  NY 10308-2414             WESTLAND  MI 48186-4993




ALEXANDER MILLER                          (P)ALLIANCE FUNDING GROUP                ALLIANCE FUNDING GROUP
PO BOX 3256                               17542 17TH STREET                        ATTN OFFICER OR MANAGING AGENT
BISMARCK  ND 58602-0016                   SUITE 200                                3974 AMBOY RD SUITE 306
                                          TUSTIN CA 92780-1960                     STATEN ISLAND NY 10308-2414



                                                                                   EXCLUDE
ALLIANCE FUNDING GROUP                    ALLY BANK                                (D)ALLY BANK CO AIS PORTFOLIO SERVICES
CO KENNETH D PETERS  ESQ                  AIS PORTFOLIO SERVICES  LLC              LLC
DRESSLER  PETERS  LLC                     4515 N SANTA FE AVE DEPT APS             4515 N SANTA FE AVE DEPT APS
101 W GRAND AVE  SUITE 404                OKLAHOMA CITY  OK 73118-7901             OKLAHOMA CITY  OK 73118-7901
CHICAGO  IL 60654-7129



                                                                                   EXCLUDE
ALLY FINANCIAL                            AMERIFI CAPITAL LLC                      (D)AMERIFI CAPITAL LLC
500 WOODWARD AVE                          330 MAIN ST 105                          330 MAIN ST 105
DETROIT  MI 48226-3416                    HARTFORD  CT 06106-1860                  HARTFORD  CT 06106-1860




(P)ASCENTIUM CAPITAL                      BERKOVITCH  BOUSKILA  PLLC               BRAD CROSS
ATTN BANKRUPTCY                           1545 US 202  SUITE 101                   809 ECR 7250
23970 US 59 NORTH                         POMONA  NY 10970-2951                    BISMARCK  ND 79404
KINGWOOD TX 77339-1535




BRIGHT DESIGN HOMES                       BRYAN A KOSTELECKY                       BRYAN ADOLPH KOSTELECKY
319 PRAIRIE DR                            1150  11TH AVENUE WEST                   1150  11TH AVE W
STANLEY  ND 58784-8516                    DICKINSON  ND 58601-3652                 DICKINSON  ND 58601-3652




CLOUD FUND LLC                            CT CORPORATION SYSTEM                    CTHD COMPANY
400 RELLA BLVD SUITE 165101               ATTN SPRS                                ATTN OFFICER OR MANAGING AGENT
SUFFERN  NY 10901-4241                    330 N BRAND BLVD SUITE 700               PO BOX 2576
                                          GLENDALE  CA 91203-2336                  SPRINGFIELD  IL 62708-2576
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CAPITAL ONE  SPARK BUSINESS            EXCLUDE                                CAPITAL ONE NA
PO BOX 71087                           (D)CAPITAL ONE  SPARK BUSINESS         BY AMERICAN INFOSOURCE AS AGENT
CHARLOTTE   NC 28272-1087              PO BOX 71087                           PO BOX 71083
                                       CHARLOTTE   NC 28272-1087              CHARLOTTE   NC  28272-1083


CODY FORD                              CODY LAFFITTE                          COUNTY LINE TRUCK STOP
PO BOX 64                              215 WALDROUP RD                        PO BOX  2140
BISMARCK   ND 58502-0064               EROS   LA 71238-7206                   DICKINSON   ND 58602-2140


EXCLUDE
(D)COUNTY LINE TRUCK STOP              CRAIG ELSER                            DCI  CREDIT SERVICES INC
PO BOX  2140                           2584 6TH AVE W  APT 7                  121 E ROSSER AVE
DICKINSON   ND 58602-2140              DICKINSON   ND 58601-2556              BISMARCK   ND 58501-3864


EXCLUDE
(D)DCI  CREDIT SERVICES INC            DANIEL GERSTBERGER                     DANIEL GERSTBERGER
121 E ROSSER AVE                       90 EAST 6 MILE RD                      CO THOMAS F MURTHA
BISMARCK   ND 58501-3864               GARDEN CITY   KS 67846-9544            PO BOX 1111
                                                                              DICKINSON   ND 58602-1111


DANIEL PALUCK                          DUSTIN ONEILL                          DYLAN BOYKIN
2030 SIERRA COMMONS RD   APT 738       1615 MAIN ST                           8715 PINE SPRINGS
DICKINSON   ND 58601-5173              BISMARCK   ND 58501                    MERIDIAN   MS 39305-9355


                                                                              EXCLUDE
DYLAN NEWTON                           DYNASTY CAPITAL 26  LLC                (D)DYNASTY CAPITAL 26  LLC
527 2ND AVE E                          9614 METROPOLITAN AVE 2ND FL           9614 METROPOLITAN AVE 2ND FL
DICKINSON   ND 58601-4476              FOREST HILLS   NY 11375-6675           FOREST HILLS   NY 11375-6675


EN OD CAPTIAL LLC                      EVERYDAY FUNDING GROUP LLC             EBELTOFT   SICKLER LAWYERS PLLC
11777 REISTERSTOWN RD                  132 32ND ST                            2272 EIGHT STREET WEST
PIKESVILLE   MD 21208                  BROOKLYN   NY 11232-1920               DICKINSON   ND 58601-8590


EBELTOFT   SICKLER LAWYERS PLLC        EDUARDO ORTIZ                          EDUARDO ORTIZ
2272 EIGHTH STREET WEST                2717 11TH AVE                          6024 WILSHIRE DR
DICKINSON   ND 58601-8590              WILLISTON   ND 58801-2943              TAMPA   FL 33615-3432


FETTIG ENTERPRISE INC                  FINANCIAL PACIFIC LEASING INC          FINANCIAL PACIFIC LEASING INC
1860 4TH AVE E                         3455 S 344TH WAY STE 300               ATTN OFFICER OR MANAGING AGENT
DICKINSON   ND 58601-3362              FEDERAL WAY   WA 98001-9546            3455 S 344TH WAY STE 300
                                                                              FEDERAL WAY   WA 98001-9546
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| GARRETT MCKENZIE<br>1289 24TH ST W<br>BISMARCK   ND 58601-2716 | GATE CITY BANK<br>1761 THIRD AVE W<br>DICKINSON   ND 58601-3086 | GATE CITY BANK<br>204 SIMS ST<br>DICKINSON   ND 58601-5142 |
| GATE CITY BANK<br>ATTN CAREN STANLEY   VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND   58107-1389 | GATE CITY BANK<br>CO CAREN STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO   ND 58107-1389 | EXCLUDE<br>(D)GATE CITY BANK<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO   ND 58107-1389 |
| GREG MOORE<br>632 8TH ST SE<br>BISMARCK   ND 58501 | GREG MOORE<br>632 8TH ST SE<br>SIDNEY   MT 59270-5316 | HELEN GEORGE<br>1813 4TH AVE E<br>BISMARCK   ND 58501 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JASON LAVIGNE<br>375 HORIZON ST<br>KILLDEER   ND 58640 | JEFFREY SCHMITT<br>4007 33RD ST N<br>BISMARCK   ND 58102-6237 |
| JENNIFER M GOOSS<br>PO BOX 249<br>BEULAH   ND 58523-0249 | JENNIFER M GOOSS<br>SOLEM LAW OFFICE<br>PO BOX 249<br>BEULAH   ND 58523-0249 | JETT OGREN<br>CO ND   DEPARTMENT OF LABOR<br>600 E BOULEVARD AVE DEPT 406<br>BISMARCK   ND 58505-0340 |
| JOHN C WILLIAMS   ASSOCIATES<br>1612 NORTHEAST EXPRESSWAY<br>ATLANTA   GA 30329-2003 | EXCLUDE<br>(D)JOHN C WILLIAMS   ASSOCIATES<br>1612 NORTHEAST EXPRESSWAY<br>ATLANTA   GA 30329-2003 | JUSTIN BACON<br>305 NORTH WIBAUX STREET<br>PO BOX 176<br>WIBAUX MT 59353-0176 |
| JUSTIN BACON<br>CO ND DEPARTMENT OF LABOR<br>600 E BOULEVARD AVE DEPT 406<br>BISMARCK   ND 58505-0340 | JUSTIN LAVIGNE<br>CO ND   DEPARTMENT OF LABOR<br>600 E BOULEVARD AVE DEPT 406<br>BISMARCK   ND 58505-0340 | KELLER PAVING   LANDSCAPING   INC<br>1820 HWY 2 BYPASS EAST<br>MINOT   ND 58701-7929 |
| KENNETH MACK<br>306 13TH ST NE<br>TIOGA   ND 58852-7150 | KNIGHTSBRIDGE FUNDING LLC<br>1706 AVE M<br>BROOKLYN NY 11230-5307 | KNIGHTSBRIDGE FUNDING LLC<br>40 WALL ST<br>NEW YORK   NY 10005-1304 |
| LANDMARK FUNDING<br>10232 SOUTHARD DR<br>BELTSVILLE   MD 20705-2105 | LANDMARK FUNDING<br>411 KINGSTON AVE STE 201<br>BROOKLYN NY 11225-3171 | UNDELIVERABLE<br>LINEBARGER GOGGAN BLAIR   SAMPSON   LLP<br>233 SOUTH WACKER DRIVE SUITE 606066379 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>233 SOUTH WACKER DRIVE SUITE 4030<br>CHICAGO IL 60606-6379 | M2 FINANCING<br>20800 SWENSON DRIVE SUITE 475<br>WAUKESHA WI 53186-2075 | EXCLUDE<br>(D)M2 FINANCING<br>20800 SWENSON DRIVE SUITE 475<br>WAUKESHA WI 53186-2075 |
| MARCELINO GONZALEZ<br>PO BOX 295<br>ELSA TX 78543-0295 | MATHEW BARRETT<br>3007 E PAPILLON CIRCLE<br>MESA AZ 85215 | EXCLUDE<br>(D)MATHEW BARRETT<br>3007 E PAPILLON CIRCLE<br>MESA AZ 85215 |
| MATHEW HABERSTROH<br>3907 EAST DUKE STREET<br>LUBBOCK TX 79403-3807 | MICHAEL WERNER<br>828 SOUTH 6TH STREET<br>CANON CITY CO 81212-4123 | MIDLAND STATES BANK<br>1201 NETWORK CENTRE DRIVE<br>EFFINGHAM IL 62401-4677 |
| EXCLUDE<br>(D)MIDLAND STATES BANK<br>1201 NETWORK CENTRE DRIVE<br>EFFINGHAM IL 62401-4677 | MIDLAND STATES BANK<br>ATTN CAREN STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | OFFICE OF STATE TAX COMMISSIONER<br>600 E BOULEVARD<br>BISMARCK ND 58505-0599 |
| PARKVIEW ADVANCE LLC<br>400 MAIN ST<br>STAMFORD CT 06901-3000 | PATRICK VOLCK<br>1402 20TH AVE W APT 13<br>WILLISTON ND 58801-3775 | PINNACLE BUSINESS FUNDING LLC<br>1777 REISTERSTOWN RD<br>PIKESVILLE MD 21208-1313 |
| EXCLUDE<br>(D)PINNACLE BUSINESS FUNDING LLC<br>1777 REISTERSTOWN RD<br>PIKESVILLE MD 21208-1313 | PIONEER CREDIT RECOVERY INC<br>PO BOX 189<br>ARCADE NY 14009-0189 | PREBLE MEDICAL SERVICES INC<br>101 COLLINS AVENUE<br>MANDAN ND 58554-3176 |
| PREBLE MEDICAL SERVICES INC<br>MARY ANN PREBLEOWNER<br>101 COLLINS AVENUE<br>MANDAN ND 58554-3176 | QUALITY QUICK PRINT<br>37 1ST AVE WEST<br>DICKINSON ND 58601-5102 | QUENT LUSK<br>1455 ROUGH RIDER BLVD APT 202<br>DICKINSON ND 58601-6760 |
| QUINTON JENKINS<br>201 COUNTY ROAD 685<br>QUITMAN MS 39355-8982 | RIVER ADVANCE<br>36 AIRPORT RD<br>LAKEWOOD NJ 08701-7034 | RAYMOND IBE<br>5809 VICTORIA AVE UNIT H<br>WILLISTON ND 58801-5174 |
| REGIONS BANK<br>PO BOX 11407<br>BIRMINGHAM AL 35246-3035 | REGIONS BANK<br>CO MICHAEL J KLEPPERICH<br>PO BOX 2529<br>BILLINGS MT 59103-2529 | RICARDO MUZQUIZ<br>1004 PASEO DE TIBER<br>LAREDO TX 78046-8939 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled (D)/(E) (EXCLUDE) were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| RIVER CAPITAL PARTNERS LLC<br>36 AIRPORT ROAD<br>LAKEWOOD  NJ 08701-7034 | EXCLUDE<br>(D)RIVER CAPITAL PARTNERS LLC<br>36 AIRPORT ROAD<br>LAKEWOOD  NJ 08701-7034 | ROB FETTIG<br>1860 4TH AVE E<br>DICKINSON  ND 58601-3362 |
| ROB FETTIG<br>1860 4TH AVE E DICKINSON<br>DICKINSON  ND 58601-3362 | ROBERT BOATRIGHT<br>1810 DIAZ AVE<br>BISMARCK  ND 78076-3384 | ROBERT HAIDER<br>1093 ENTERPRISE AVE  APT 3<br>BISMARCK  ND 58601-4162 |
| SHANNON BROCK<br>615 29TH ST W<br>DICKINSON  ND 58601-2536 | SOUTH METRO REMODEL AND HOME REPAIR<br>13617 4TH AVE SOUTH<br>BURNSVILLE  MN 55337-4071 | STEVEN KOPP<br>1911 RADNOR DR<br>MELBOURNE  FL 32901-4226 |
| STEVEN STACK<br>9201 275TH AVE SE<br>BISMARCK  ND 58781-9221 | THE AVANZA GROUP  LLC<br>1545 US 202  SUITE 101<br>POMONA  NY 10970-2951 | THE AVANZA GROUP LLC<br>3974 AMBOY ROAD STE 304<br>STATEN ISLAND  NY 10308-2414 |
| TODD GRIFFITHS<br>2463 COVES CT<br>DICKINSON  ND 58601-3030 | TRAVIS VERNON<br>633 27TH ST WEST<br>BISMARCK  ND 58501 | US ATTORNEY<br>655 FIRST AVE N STE 250<br>FARGO ND  58102-4932 |
| US SMALL BUSINESS ADMINISTRATION<br>JOHN W BAKER   ATTORNEY<br>721 19TH STREET<br>SUITE 426<br>DENVER  CO 80202-2517 | US SMALL BUSINESS ADMINISTRATION<br>14925 KINGSPORT ROAD<br>FORT WORTH  TX 76155-2243 | EXCLUDE<br>(D)US SMALL BUSINESS ADMINISTRATION<br>14925 KINGSPORT ROAD<br>FORT WORTH  TX 76155-2243 |
| VALENTIN MASCORRO<br>633 27TH ST WEST<br>DICKINSON  ND 58601-2520 | VOGEL LAW FIRM<br>218 NP AVE<br>FARGO  ND 58102-4834 | WESTERN EQUIPMENT SOLUTIONS<br>PO BOX 26975<br>SALT LAKE CITY  UT 84126-0975 |
| EXCLUDE<br>(D)WESTERN EQUIPMENT SOLUTIONS<br>PO BOX 26975<br>SALT LAKE CITY  UT 84126-0975 | YUKER TOWING<br>876 E BROADWAY ST<br>DICKINSON  ND 58601-7416 | YUKER TOWING AND REPAIR LLC<br>CO THOMAS F MURTHA IV<br>PO BOX 1111<br>DICKISNON  ND 58602-1111 |
| M2 EQUIPMENT FINANCE LLC<br>20800 SWENSON DRIVE<br>WAUKESHA  WI 53186-2075 | DANIEL GERSTBERGER<br>90 E SIX MILE ROAD<br>GARDEN CITY  KS 67846-9544 | EXCLUDE<br>ERIK A AHLGREN<br>AHLGREN LAW OFFICE  PLLC<br>220 W WASHINGTON AVE<br>STE 105<br>FERGUS FALLS  MN 56537-2569 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE                              EXCLUDE
(D)EDUARDO ORTIZ                     (U)JOHN W BAKER - ATTY US SMALL BUSINESS   JUSTIN BACON
6024 WILSHIRE DRIVE                  ADMI                                       PO BOX 176
TAMPA  FL 33615-3432                                                            WIBAUX  MT 59353-0176




MATTHEW BARRETT                      MAURICE VERSTANDIG                         ROBERT B RASCHKE
3007 E PAPILLON CIRCLE               THE DAKOTA BANKRUPTCY FIRM                 ASSISTANT US TRUSTEE
MESA  AZ 85215                       1630 1ST AVENUE N                          SUITE 1015 US COURTHOUSE
                                     SUITE B PMB 24                             300 SOUTH FOURTH STREET
                                     FARGO  ND 58102-4246                      MINNEAPOLIS  MN 55415-1320




THOMAS KAPUSTA
PO BOX 90624
SIOUX FALLS  SD 57109-0624
```