UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Stark Energy, Inc.,<br><br>Debtor. | Case No.: 24-30168<br><br>Chapter 11, Subchapter V |

### GATE CITY BANK'S MOTION TO CONVERT CASE TO CHAPTER 7, OR ALTERNATIVELY, TO REMOVE DEBTOR IN POSSESSION

Gate City Bank, an Interested Party and creditor in the above-captioned Chapter 11, Subchapter V case, hereby moves this Court (the "**Motion**"), through undersigned counsel, to convert this Chapter 11, Subchapter V case to Chapter 7, or in the alternative, to remove the Debtor in Possession. In support of this Motion, Gate City states as follows:

#### JURISDICTION

1. This Court has jurisdiction over this Subchapter V case and this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3. Venue of this Subchapter V case and this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

4. The statutory and legal predicates for the relief requested herein are 11 U.S.C. Section 1112(b), 1185(a), and Bankruptcy Rules 1017(f)(1) and 9013.

#### FACTUAL BACKGROUND

5. Between February 19, 2018, and March 26, 2021, Gate City Bank made a series of loans to Stark Energy, Inc. ("**Debtor**"). To secure those loans, Debtor granted Gated City

Bank a security interest in certain vehicles and trailers (the "**Collateral**"). Gate City Bank properly perfected its security interest in the Collateral.

6. Concurrent with the foregoing loans, on July 19, 2021, Debtor financed the purchase of two Kenworth trucks from Midland States Bank ("**Midland**"). When Debtor defaulted on its obligations to Midland, in June of 2023, Midland commenced suit against Debtor. On July 21, 2023, Midland obtained an order against Debtor, requiring surrender of the two Kenworth trucks.

7. Debtor did not surrender the Kenworth trucks to Midland. Instead, the same day as the surrender order was entered, Debtor's principal messaged an associate, asking to move a vehicle to the associate's lot. Two days later, on July 23, 2023, Debtor's principal again messaged the associate, advising that he was moving another vehicle to the lot.

8. On September 12, 2023, due to Debtor's defaults on its loan obligations, Gate City Bank commenced suit against Debtor in North Dakota state court.

9. On September 27, 2023, an order to show cause hearing was held in North Dakota state court to determine whether Debtor should be held in contempt for failing to surrender the two Kenworth trucks to Midland. Debtor was found to be in contempt, and was ordered to surrender the Kenworth collateral to Midland by October 4, 2023.

10. When Debtor failed to surrender the Kenworth trucks to Midland, on October 5, 2023, the state district court entered a bench warrant for the arrest of Debtor's principal, Robert Fettig.

11. On October 11, 2023, Gate City Bank obtained a prejudgment seizure order, requiring Debtor to surrender the Collateral to Gate City Bank. Debtor was served with a copy of this order on October 17, 2023.

12. On October 20, 2023, Debtor's principal was arrested on the outstanding Midland bench warrant.

13. On October 21, 2023, Yuker Towing towed two pieces of the Collateral to Debtor's property. That same day, law enforcement was present at Debtor's property, and observed more of the Collateral present.

14. On October 22, 2023, while still in custody, Debtor's principal exchanged text messages regarding how pieces of Debtor's equipment needed "to go[.]"

15. Debtor's principal appeared before the state district court on October 23, 2023, for bond related to the bench warrant. Debtor's principal denied any knowledge regarding the location of the Kenworth trucks serving as Midland's collateral.

16. On October 31, 2023, despite being ordered to surrender Gate City Bank's Collateral, Debtor continued to use the Collateral in its operations.

17. On November 14, 2023, Debtor and Debtor's principal again denied knowledge of the location of the Kenworth trucks serving as Midland's collateral under oath in the North Dakota state court. When asked what equipment Debtor was using for its operations, Debtor's principal invoked his Fifth Amendment right to remain silent.

18. Later that same day, an order to show cause was held to determine whether Debtor should be held in contempt for failing to surrender Gate City Bank's Collateral. Debtor's principal testified under oath that he had not seen the Collateral for a "couple months[,]" and denied knowledge of what happened to the Collateral.

19. Two days later, on November 16, 2023, Debtor was using the Collateral in its operations. That same day, the state district court found Debtor in contempt for failing to surrender the Collateral, and ordered that Debtor surrender the Collateral and the cellular

3

phone of Debtor's principal for analysis. Debtor failed to surrender any Collateral, or the cell phone of its principal.

20. Thereafter, on December 8, 9, 14, and 15, 2023, as well as on January 9, February 1, February 3, February 8, February 12, February 23, February 26, February 28, February 29, March 3, March 15, March 16, March 17, March 18, March 19, March 20, March 21, March 28, April 1, April 4, April 8, April 10, April 11, April 13, April 15, and April 16, 2024, Debtor continued to use the Collateral in its operations. Debtor's principal provided a majority of these services with the Collateral.

21. Gate City Bank eventually was able to ascertain the location of the majority of the Collateral at Yuker Towing in Dickinson, North Dakota. Law enforcement seized the Collateral present at Yuker Towing on March 15, 2024, and surrendered the same to Gate City Bank. Thereafter, Gate City Bank prepared to liquidate the Collateral, with the proceeds to be applied to Debtor's debt owed to Gate City Bank.

22. A sheriff's sale was noticed for April 23, 2024. However, Debtor filed a voluntary petition for relief under Subchapter V of Chapter 11 of the United States Bankruptcy Code early that morning prior to the conclusion of the online auction sale.

23. On May 1, 2024, Gate City Bank moved for relief from the automatic stay "for cause," arguing Debtor's bad faith justified the requested relief. ECF No. 16. This Court conducted an evidentiary hearing on Gate City Bank's request on July 9 and 10, 2024. ECF Nos. 131 & 136. Following oral argument from Debtor and Gate City Bank, this Court entered its order, finding that Debtor had engaged in a bad faith filing, entitling Gate City Bank to relief from the automatic stay with respect to the Collateral. ECF Nos. 150 & 151.

4

**RELIEF REQUESTED AND BASIS THEREFOR**

**I.      Debtor's established bad faith conduct is "cause" for conversion of this case.**

24.     By this Motion, Gate City Bank seeks entry of an order converting this case to a Chapter 7 case under Section 1112(b).  In relevant part, Section 1112(b) provides a "court shall convert a cause under [Chapter 11] to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause . . . ." 11 U.S.C. § 1112(b)(1).  While not specifically identified, *cf.* 11 U.S.C. § 1112(b)(4) (setting out a non-exhaustive list of  "causes" for dismissal or conversion under Section 1112(b)), Courts have determined that a debtor's bad faith is "cause" for conversion or dismissal under Section 1112(b)(1).  *In re Kerr*, 908 F.2d 400, 404 (8th Cir. 1990).

25.     Based on the evidence pertinent to the relevant factors, this Court has already determined that Debtor acted in bad faith.  ECF Nos. 150 & 151.  Accordingly, Gate City Bank incorporates this Court's prior findings and conclusions to establish Debtor's bad faith.

**II.     Conversion is in the best interest of creditors.**

26.     Upon a finding of cause, a court must determine whether conversion or dismissal of a case is in the best interest of the creditors and the estate. 11 U.S.C. § 1112(b)(1). There is no bright line test to determine whether conversion or dismissal is in the best interest of creditors and estate.  *In re Fleetstar LLC*, 614 B.R. 767, 781 (Bankr. E.D. La. 2020) (quoting *In re Babayoff*, 445 B.R. 64, 81 (Bankr. E.D.N.Y. 2011)).  Instead, that decision is left to the sound discretion of the bankruptcy court.  *See Lumber Exchange Bldg., Ltd. v. Mutual Life Ins. Co. (In re Lumber Exchange Bldg., Ltd.)*, 968 F.2d 647, 648 (8th Cir. 1992).  Here, conversion is in the best interests of the creditors and the estate.

5

27. With respect to the estate, "[t]he best interest of the estate turns on whether its economic value is greater in or out of bankruptcy." *In re Delta AG Group, LLC*, 596 B.R. 186, 201 (Bankr. W.D. La. 2019). "When the estate has no assets with equity that a trustee could liquidate to pay unsecured creditors, dismissal is in the best interests of creditors and the estate. When there are estate assets with equity, conversion is the better course." *Id.* In this case, because Debtor has unencumbered assets that could be sold to the benefit of the creditors, conversion, rather than dismissal, would be in Debtor's best interest.

28. Conversion in this case to Chapter 7 is preferred and clearly in the best interests of creditors because if the case is dismissed, then it will be exceedingly difficult for creditors to pursue and collect on any judgment against the Debtor as demonstrated by the past contumacious conduct of Debtor's principal, Robert Fettig, in concealing and/or deliberately refusing to turn over secured collateral despite repeated court orders.[1]

29. Debtor disclosed unencumbered assets valued as $78,003.88 in the liquidation analysis submitted previously in support of Debtor's First Amended Plan of Reorganization submitted on September 25, 2024 (the "Proposed Plan"). ECF No. 176. However, Debtor appears to once again be obfuscating the truth by failing to list at least one piece of equipment currently being used to operate the business as unencumbered in the liquidation analysis.

---

[1] Gate City Bank was forced to bring yet another motion to hold Robert Fettig in contempt on August 29, 2024, with respect to a 2013 Ford pickup truck and a 2019 Harley Davidson motorcycle that was Gate City Bank's secured collateral in Stark County District Court, Case No. 45-2023-CV-0075. This was barely one month after the Bankruptcy Court's ruling on Gate City Bank's motion to lift the automatic stay which occurred on July 25, 2024. Copies of the Stark County District Court's Contempt Order dated August 29, 2024, and counsel for Gate City Bank's letter to Judge Rhonda Ehlis also dated August 29, 2024, are attached as **Exhibit A**.

6

30. The Debtor's Liquidation Analysis identifies the unencumbered assets as follows:

Exhibit A

ESTIMATED LIQUIDATION VALUE

| ASSETS[1] | | |
|---|---|---|
| | Cash on hand | $167.73 |
| | Accounts receivable | $0.00 |
| | Inventory | $0.00 |
| | Office furniture & equipment | $0.00 |
| | 2004 Ford F-150 / VIN: 1FTPX14524NB13169 | $4,500.00 |
| | 2010 Ford F-150 / VIN: 1FTFW1EV3AFB85081 | $2,600.00 |
| | 2019 Load Trail Bumper Hitch Trailer VIN: 4ZECH2225K1188720 | $6,500.00 |
| | 2019 Load Trail Dump Trailer VIN: 4ZEDT1427K2189694 | $8,500.00 |
| | 2011 Tiger Bumper Hitch Trailer VIN: 5UTBU1623BM000887 | $1,600.00 |
| | Building & Land<br>• [illegible]<br>• [illegible] | $53,836.15 |
| | Customer list | $100.00 |
| | Lawsuits or other claims against third-parties | 0.00 |
| | Other intangibles | $200.00 |
| Total Unsecured Assets | | $78,003.88 |

*Id.*, at 17.

31. The piece of equipment (S-211 which is a 2012 Peterbilt 367, VIN# 1XPTP4TX1CD147318) which was not disclosed in the liquidation analysis has been consistently used in the Debtor's ongoing business operations and the Debtor's principal was clearly aware it was unencumbered. S-211 was scheduled as follows on Schedule B:

| 47.24 | 2012 Peterbilt 367 / VIN: 1XPTP4TX1CD147318 | unknown | $38,500.00 |

ECF No. 27, at 14; *see also* ECF No. 116, Ex. A (identifying S-211).

32. Mr. Fettig testified as follows during his deposition:

7

```
21   Q.   Do you recall that repossession officers --
22   or repossession companies were looking for --
23   A.   Yeah, I recall a driver was approached in
24   S-211, and it was free and clear, and he was pissed
25   off, and he wanted to know where the rest of the

1    trucks were.
2    Q.   So --
3    A.   And then my driver said that I -- I was
4    going to lose S-211.
5         And I said:  Where are you at right now?
6    That truck's free and clear.  There's no way I'm
7    losing that truck.
```

ECF No. 120, Tr., at 119:21-120:7.

33. Conversion would clearly benefit creditors by the appointment of a Chapter 7 Trustee to oversee the Debtor's liquidation. *Cf. In re M.A.R. Designs & Constr., Inc.*, 653 B.R. 843, 872 (Bankr. S.D. Tex. 2023) (conversion, rather than dismissal, was in the creditors' best interest as the appointment of "a Chapter 7 trustee would be better positioned to investigate and effectively liquidate the" debtor's estate in light of distrust in debtor's principal based on "numerous findings of bad faith").

### III. Alternatively, the Debtor-in-Possession should be removed pursuant to 11 USC § 1185

34. Following notice and hearing, a court "shall" remove a debtor in possession "for cause, including fraud, dishonesty, incompetence, or gross mismangagement of the affairs of debtor, either before or after the date of commencement of the case[.]"  11 U.S.C. § 1185(a); *see also In re Comedymix*, LLC 647 B.R. 457 (where the debtor, through disobedience to court

8

orders and refusal to be bound by the law, shows himself unable to act as a fiduciary, removal of the debtor from possession and appointment of a trustee is appropriate).

35. Debtor's principal, Robert Fettig, has proven by his past fraudulent conduct and his complete and utter disregard of court orders that he is unable to act as a fiduciary for the benefit of the creditors.

36. The Debtor still has not retained a professional to rectify the failure to file tax returns and has no possible chance of a successful reorganization based on the monthly operating reports that have been filed—as pointed out by the U.S. Trustee in its objection to the Plan. *See* ECF No. 184. If the case is not converted to Chapter 7, then the next best option would be to remove the Debtor-In-Possession and appoint a Subchapter V trustee to file a liquidating plan.

## CONCLUSION

37. WHEREFORE, Gate City Bank respectfully requests that this Court convert this case to one under Chapter 7, or alternatively, remove the Debtor-in-Possession.

Dated: January 15, 2025.

**VOGEL LAW FIRM**

BY: */s/Caren W. Stanley*
Caren W. Stanley (#06100)
cstanley@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue,
PO Box 1389
Fargo, ND 58107-1389
Telephone: 701.237.6983
ATTORNEYS FOR GATE CITY BANK

9

## VERIFICATION

I, Kevin Warner, Vice President of Gate City Bank, based on my personal information and belief, declare under penalty of perjury that the facts set forth in the preceding Motion are true and correct, according to the best of my knowledge, information and belief.

Dated: January 13, 2025           Signed: _____
                                          Kevin Warner

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Stark Energy, Inc.,<br><br>                Debtor. | Case No.: 24-30168<br><br>Chapter 11, Subchapter V |

## NOTICE OF MOTION TO CONVERT CASE, OR ALTERNATIVELY, TO REMOVE THE DEBTOR-IN-POSSESSION

TO:    ALL CREDITORS AND INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that Gate City Bank, an Interested Party and creditor of the Debtor Stark Energy, Inc., has filed a Motion to Convert Case, or Alternatively, to Remove the Debtor-In-Possession, a copy of which motion is annexed hereto and herewith served upon you.

NOTICE IS FURTHER GIVEN that written objections to said motion, if any, shall be filed with the Clerk of the United States Bankruptcy Court, whose address is 655 First Avenue North, Suite 210, Fargo, ND 58102-4932, with a copy mailed to counsel for Gate City Bank, whose name and address is listed below, <u>within twenty-one (21) days from the date of the mailing of this Notice</u>.  Any objections not filed and served may be deemed waived.

11

Dated this 15th day of January, 2025.

**VOGEL LAW FIRM**

BY: /s/ *Caren W. Stanley*
Caren W. Stanley (#06100)
cstanley@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
Telephone:  701.237.6983
ATTORNEYS FOR GATE CITY BANK

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: <br><br> Stark Energy, Inc., <br><br> Debtor. | Case No.: 24-30168 <br><br> Chapter 11, Subchapter V <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on January 15, 2025, the following documents:

**GATE CITY BANK'S MOTION TO CONVERT CASE, OR ALTERNATIVELY, TO REMOVE THE DEBTOR IN POSSESSION**

**NOTICE OF MOTION TO CONVERT CASE, OR ALTERNATIVELY, TO REMOVE THE DEBTOR IN POSSESSION**

were filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

**ALL PARTIES BY ECF**

I further certify that a copy of the foregoing documents will be mailed by first-class mail, postage paid, to the following non-ECF participants:

*See attached Creditor Matrix*     Stark Energy, Inc.
1860 4th Ave E
PO Box 748
Dickinson, ND 58602

**VOGEL LAW FIRM**

BY: */s/ Caren W. Stanley*
Caren W. Stanley (#06100)
cstanley@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
701.237.6983
ATTORNEYS FOR GATE CITY BANK

*4899-4982-3232 v.2*

13

```
Label Matrix for local noticing        Alliance Funding Group                 Ally Bank, c/o AIS Portfolio Services, LLC
0868-3                                  Dressler Peters LLC                    4515 N Santa Fe Ave. Dept. APS
Case 24-30168                           c/o Ken Peters                         Oklahoma City, OK 73118-7901
District of North Dakota                101 W. Grand Ave, Suite 404
Fargo                                   Chicago, IL 60654-7129
Mon Jan 13 13:18:29 CST 2025

Gate City Bank                          Regions Bank                           Stark Energy, Inc.
c/o Carey W. Stanley                    c/o Crowley Fleck PLLP                 1860 4th Ave E
Vogel Law Firm                          Attn: Michael J. Klepperich            PO Box 748
P.O. Box 1389                           490 N 31st St., Ste. 500               Dickinson, ND 58602-0748
Fargo, ND 58107-1389                    PO Box 2529
                                        BILLINGS, MT 59103-2529

U.S. BANKRUPTCY COURT                   AVANZA GROUP, LLC                      Adam Hammerle
655 1ST AVENUE NORTH, SUITE 210         3974 Amboy Rd. Suite 306               31732 Avondale
FARGO, ND 58102-4932                    Staten Island, NY 10308-2414           Westland, MI 48186-4993


Alexander Miller                        (p)ALLIANCE FUNDING GROUP              Alliance Funding Group
P.O. Box 3256                           17542 17TH STREET                      Attn: Officer or Managing Agent
Bismarck, ND 58602-0016                 SUITE 200                              3974 Amboy Rd Suite 306
                                        TUSTIN CA 92780-1960                   Staten Island NY 10308-2414


Alliance Funding Group                  Ally Bank                              Ally Financial
c/o Kenneth D. Peters, Esq.             AIS Portfolio Services, LLC            500 Woodward Ave
Dressler & Peters, LLC                  4515 N Santa Fe Ave. Dept. APS         Detroit, MI 48226-3416
101 W Grand Ave, Suite 404              Oklahoma City, OK 73118-7901
Chicago, IL 60654-7129


Amerifi Capital LLC                     (p)ASCENTIUM CAPITAL                   Berkovitch & Bouskila, PLLC
330 Main St #105                        ATTN BANKRUPTCY                        1545 U.S. 202, Suite 101
Hartford, CT 06106-1860                 23970 US 59 NORTH                      Pomona, NY 10970-2951
                                        KINGWOOD TX 77339-1535


Brad Cross                              Bright Design Homes                    Bryan A. Kostelecky
809 ECR 7250                            319 Prairie Dr                         1150  11th Avenue West
Bismarck, ND 79404                      Stanley, ND 58784-8516                 Dickinson, ND 58601-3652


Bryan Adolph Kostelecky                 CLOUD FUND LLC                         CT Corporation System
1150  11th Ave W.                       400 Rella Blvd. Suite 165-101          Attn: SPRS
Dickinson, ND 58601-3652                Suffern, NY 10901-4241                 330 N Brand Blvd Suite 700
                                                                               Glendale, CA 91203-2336


CTHD Company                            Capital One - Spark Business           Capital One N.A.
Attn: Officer or Managing Agent         PO Box 71087                           by American InfoSource as agent
PO Box 2576                             Charlotte, NC 28272-1087               PO Box 71083
Springfield, IL 62708-2576                                                     Charlotte, NC  28272-1083


Cody Ford                               Cody Laffitte                          County Line Truck Stop
P.O. Box 64                             215 Waldroup Rd.                       PO Box  2140
Bismarck, ND 58502-0064                 Eros, LA 71238-7206                    Dickinson, ND 58602-2140
```

Craig Elser
2584 6th Ave W., Apt 7
Dickinson, ND 58601-2556

DCI Credit Services Inc.
121 E Rosser Ave
Bismarck, ND 58501-3864

Daniel Gerstberger
90 East 6 Mile Rd
Garden City, KS 67846-9544


Daniel Gerstberger
c/o Thomas F. Murtha
PO Box 1111
Dickinson, ND 58602-1111

Daniel Paluck
2030 Sierra Commons Rd., Apt 738
Dickinson, ND 58601-5173

Dustin O'Neill
1615 Main St.
Bismarck, ND 58501


Dylan Boykin
8715 Pine Springs
Meridian, MS 39305-9355

Dylan Newton
527 2nd Ave E.
Dickinson, ND 58601-4476

Dynasty Capital 26, LLC
96-14 Metropolitan Ave 2nd FL
Forest Hills, NY 11375-6675


EN OD Captial LLC
11777 Reisterstown Rd.
Pikesville, MD 21208

EVERYDAY FUNDING GROUP LLC
132 32nd St.
Brooklyn, NY 11232-1920

Ebeltoft, Sickler Lawyers PLLC
2272 Eight Street West
Dickinson, ND 58601-8590


Ebeltoft, Sickler Lawyers PLLC
2272 Eighth Street West
Dickinson, ND 58601-8590

Eduardo Ortiz
2717 11th Ave.
Williston, ND 58801-2943

Eduardo Ortiz
6024 Wilshire Dr.
Tampa, FL 33615-3432


Fettig Enterprise Inc
1860 4th Ave E
Dickinson, ND 58601-3362

Financial Pacific Leasing Inc.
3455 S 344th Way Ste 300
Federal Way, WA 98001-9546

Financial Pacific Leasing Inc.
Attn: Officer or Managing Agent
3455 S 344th Way Ste 300
Federal Way, WA 98001-9546


Garrett McKenzie
1289 24th St W
Bismarck, ND 58601-2716

Gate City Bank
1761 Third Ave W
Dickinson, ND 58601-3086

Gate City Bank
204 Sims St
Dickinson, ND 58601-5142


Gate City Bank
Attn: Caren Stanley, Vogel Law Firm
PO Box 1389
Fargo ND  58107-1389

Gate City Bank
c/o Caren Stanley
Vogel Law Firm
PO Box 1389
Fargo, ND 58107-1389

Greg Moore
632 8th St SE
Bismarck, ND 58501


Greg Moore
632 8th St SE
Sidney, MT 59270-5316

Helen George
1813 4th Ave E.
Bismarck, ND 58501

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia PA 19101-7346


Jason Lavigne
375 Horizon St.
Killdeer, ND 58640

Jeffrey Schmitt
4007 33rd St. N.
Bismarck, ND 58102-6237

Jennifer M. Gooss
PO Box 249
Beulah, ND 58523-0249

```
Jennifer M. Gooss                    Jett Ogren                           John C. Williams & Associates
Solem Law Office                     c/o ND  Department of Labor          1612 Northeast Expressway
PO Box 249                           600 E. Boulevard Ave Dept 406        Atlanta, GA 30329-2003
Beulah, ND 58523-0249                Bismarck, ND 58505-0340


Justin Bacon                         Justin Bacon                         Justin Lavigne
305 North Wibaux Street              c/o ND Department of Labor           c/o ND  Department of Labor
P.O. Box 176                         600 E. Boulevard Ave Dept 406        600 E. Boulevard Ave Dept 406
Wibaux MT 59353-0176                 Bismarck, ND 58505-0340              Bismarck, ND 58505-0340


Keller Paving & Landscaping, Inc.    Kenneth Mack                         Knightsbridge Funding LLC
1820 Hwy 2 Bypass East               306 13th St. NE                      1706 Ave M
Minot, ND 58701-7929                 Tioga, ND 58852-7150                 Brooklyn NY 11230-5307


Knightsbridge Funding LLC            Landmark Funding                     Landmark Funding
40 Wall St                           10232 Southard Dr                    411 Kingston Ave Ste 201
New York, NY 10005-1304              Beltsville, MD 20705-2105            Brooklyn NY 11225-3171


Linebarger Goggan Blair & Sampson, LLP   Linebarger Goggan Blair & Sampson, LLP   M2 Financing
233 South Wacker Drive Suite 60606-6379  233 South Wacker Drive Suite 4030        20800 Swenson Drive  Suite 475
                                         Chicago, IL 60606-6379                   Waukesha, WI 53186-2075


Marcelino Gonzalez                   Mathew Barrett                       Mathew Haberstroh
P.O. Box 295                         3007 E Papillon Circle               3907 East Duke Street
Elsa, TX 78543-0295                  Mesa, AZ 85215                       Lubbock, TX 79403-3807


Michael Werner                       Midland States Bank                  Midland States Bank
828 South 6th Street                 1201 Network Centre Drive            Attn: Carey Stanley
Canon City, CO 81212-4123            Effingham, IL 62401-4677             Vogel Law Firm
                                                                          PO Box 1389
                                                                          Fargo ND   58107-1389


Office of State Tax Commissioner     PARKVIEW ADVANCE LLC                 Patrick Volck
600 E Boulevard                      400 Main St.                         1402 20th Ave W., Apt 13
Bismarck, ND 58505-0599              Stamford, CT 06901-3000              Williston, ND 58801-3775


Pinnacle Business Funding LLC        Pioneer Credit Recovery Inc          Preble Medical Services Inc.
1777 Reisterstown Rd                 PO Box 189                           101 Collins Avenue
Pikesville, MD 21208-1313            Arcade, NY 14009-0189                Mandan, ND 58554-3176


Preble Medical Services Inc.         Quality Quick Print                  Quent Lusk
Mary Ann Preble-Owner                37 1ST Ave West                      1455 Rough Rider Blvd., Apt 202
101 Collins Avenue                   Dickinson, ND 58601-5102             Dickinson, ND 58601-6760
Mandan, ND 58554-3176
```

| | | |
|---|---|---|
| Quinton Jenkins<br>201 County Road 685<br>Quitman, MS 39355-8982 | RIVER ADVANCE<br>36 Airport Rd<br>Lakewood, NJ 08701-7034 | Raymond Ibe<br>5809 Victoria Ave., Unit H<br>Williston, ND 58801-5174 |
| Regions Bank<br>PO Box 11407<br>Birmingham, AL 35246-3035 | Regions Bank ~~X~~<br>c/o Michael J. Klepperich<br>P.O. Box 2529<br>Billings, MT 59103-2529 | Ricardo Muzquiz<br>1004 Paseo De Tiber<br>Laredo, TX 78046-8939 |
| River Capital Partners LLC<br>36 Airport Road<br>Lakewood, NJ 08701-7034 | Rob Fettig<br>1860 4TH AVE E<br>Dickinson, ND 58601-3362 | Rob Fettig ~~X~~<br>1860 4TH AVE E DICKINSON<br>Dickinson, ND 58601-3362 |
| Robert Boatright<br>1810 Diaz Ave.<br>Bismarck, ND 78076-3384 | Robert Haider<br>1093 Enterprise Ave., Apt 3<br>Bismarck, ND 58601-4162 | Shannon Brock<br>615 29th St. W.<br>Dickinson, ND 58601-2536 |
| South Metro Remodel and Home Repair<br>13617 4th Ave South<br>Burnsville, MN 55337-4071 | Steven Kopp<br>1911 Radnor Dr.<br>Melbourne, FL 32901-4226 | Steven Stack<br>9201 275th Ave SE<br>Bismarck, ND 58781-9221 |
| THE AVANZA GROUP, LLC<br>1545 U.S. 202, Suite 101<br>Pomona, NY 10970-2951 | The Avanza Group LLC<br>3974 Amboy Road Ste 304<br>Staten Island, NY 10308-2414 | Todd Griffiths<br>2463 Coves Ct.<br>Dickinson, ND 58601-3030 |
| Travis Vernon<br>633 27th St. West<br>Bismarck, ND 58501 | U.S. Attorney<br>655 First Ave N Ste 250<br>Fargo ND  58102-4932 | U.S. Small Business Administration<br>John W. Baker, Attorney<br>721 19th Street<br>Suite 426<br>Denver, CO 80202-2517 |
| US Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155-2243 | Valentin Mascorro<br>633 27th St. West<br>Dickinson, ND 58601-2520 | Vogel Law Firm ~~X~~<br>218 NP AVE<br>Fargo, ND 58102-4834 |
| Western Equipment Solutions<br>PO Box 26975<br>Salt Lake City, UT 84126-0975 | Yuker Towing<br>876 E Broadway St<br>Dickinson, ND 58601-7416 | Yuker Towing and Repair LLC<br>c/o Thomas F. Murtha IV<br>PO Box 1111<br>Dickisnon, ND 58602-1111 |
| m2 Equipment Finance LLC<br>20800 Swenson Drive<br>Waukesha, WI 53186-2075 | Daniel Gerstberger ~~X~~<br>90 E Six Mile Road<br>Garden City, KS 67846-9544 | ERIK A. AHLGREN<br>Ahlgren Law Office, PLLC ~~X~~<br>220 W. Washington Ave.<br>Ste 105<br>Fergus Falls, MN 56537-2569 |

Justin Bacon
PO Box 176
Wibaux, MT 59353-0176

Matthew Barrett
3007 E Papillon Circle
Mesa, AZ 85215

Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102-4246

Robert B. Raschke
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

Thomas Kapusta
PO Box 90624
Sioux Falls, SD 57109-0624