**Fill in this information to identify the case:**

Debtor Name _Stark Energy, Inc._

United States Bankruptcy Court for the: District of North Dakota

Case number: _24-30168_

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _Dec 2024_

Line of business: _Support Activity for Mining_

Date report filed: 01/20/2025
MM / DD / YYYY

NAISC code: 2131

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: **Robert Fettig**

Original signature of responsible party

Printed name of responsible party **Robert Fettig**

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Stark Energy, Inc.

Case number 24-30168

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.   $ 2,198.65

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.   $ 15,227.42

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.   − $ 13,079.37

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.   + $ 2,148.05

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $ 4,346.70

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**   $ 0.00

   *(Exhibit E)*

Debtor Name  Stark Energy, Inc.                                       Case number 24-30168



## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                          $ ___7,705.00___

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                        2

27. What is the number of employees as of the date of this monthly report?           3

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                    $ ___1,500.00___

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ ___9,000.00___

30. How much have you paid this month in other professional fees?                                              $ ___0.00___

31. How much have you paid in total other professional fees since filing the case?                            $ ___0.00___

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 23,500.00 | − | $ 15,227.42 | = | $ 8,272.58 |
| 33. **Cash disbursements** | $ 15,000.00 | − | $ 13,079.37 | = | $ 1,920.63 |
| 34. **Net cash flow** | $ 8,500.00 | − | $ 2,148.05 | = | $ 6,351.95 |

35. Total projected cash receipts for the next month:                              $ 20,000.00

36. Total projected cash disbursements for the next month:                       - $ 12,000.00

37. Total projected net cash flow for the next month:                           = $ 8,000.00

Debtor Name  Stark Energy, Inc.                                          Case number 24-30168

 **8. Additional Information**

If available, check the box to the left and attach copies of the following documents.

☑  38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39. Bank reconciliation reports for each account.

☐  40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41. Budget, projection, or forecast reports.

☐  42. Project, job costing, or work-in-progress reports.

**EXHIBIT C**

| DATE | RECEIVED FROM | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 12/6/24 | Ray's Auto Electric | 60.26 | Return/Credit Adjustment |
| 12/9/24 | Istate Power Systems | 74.99 | Return/Credit Adjustment |
| 12/2/24 | Wolla Trucking LLC | 5360.21 | Trucking |
| 12/16/24 | Wolla Trucking LLC | 9731.96 | Trucking |

**$15,227.42**

**EXHIBIT 5**

| DATE | PAYEE | AMOUNT | DESCRIPTION |
|------|-------|--------|-------------|
| 12/3/24 | Intuit | 28.00 | Office Suplies/Software |
| 12/3/24 | MudFlap | 30.43 | Fuel |
| 12/3/24 | Dan's Conoco | 52.26 | Fuel |
| 12/3/24 | Istate Power Systems | 74.99 | Repair/Maintenance |
| 12/3/24 | Allstate Peterbilt | 98.95 | Repair/Maintenance |
| 12/3/24 | Walts Wrecker | 309.00 | Lot Rent |
| 12/3/24 | MudFlap | 400.00 | Fuel |
| 12/4/24 | Runnings | 5.63 | Repair/Maintenance |
| 12/4/24 | J & J Operating | 21.70 | Repair/Maintenance |
| 12/4/24 | J & J Operating | 33.50 | Repair/Maintenance |
| 12/4/24 | Meyer Industries | 51.17 | Repair/Maintenance |
| 12/5/24 | Walmart | 10.00 | Shop Supplies |
| 12/5/24 | Runnings | 13.81 | Repair/Maintenance |
| 12/5/24 | Arby's | 41.25 | Travel Meals |
| 12/5/24 | Dan's Conoco | 51.68 | Fuel |
| 12/5/24 | Ray's Auto/Electric | 60.26 | Repair/Maintenance |
| 12/5/24 | Verizon | 213.99 | Office Expense |
| 12/6/24 | Pilot | 10.28 | Travel Meals |
| 12/6/24 | Conoco | 58.05 | Fuel |
| 12/6/24 | Cenex | 60.00 | Fuel |
| 12/6/24 | MudFlap | 233.26 | Fuel |
| 12/9/24 | Northdale Oil Sweet Crude | 8.69 | Repair/Maintenance |
| 12/9/24 | Northdale Oil Sweet Crude | 11.01 | Travel Meals/Safety Gloves |
| 12/9/24 | Dan's Conoco | 13.18 | Travel Meals |
| 12/9/24 | Runnings | 32.38 | Shop Supplies; Repair/Maintenance |
| 12/9/24 | Mac's | 40.40 | Repair/Maintenance |
| 12/9/24 | Domino's | 47.25 | Travel Meals |
| 12/9/24 | O'Reilly | 63.37 | Repair/Maintenance |
| 12/9/24 | M & H | 87.67 | Fuel |
| 12/9/24 | NW Tire | 130.88 | Repair/Maintenance |
| 12/9/24 | Consolidated | 451.61 | Office Supplies/Software |
| 12/9/24 | K & M Tire | 1211.94 | Repair/Maintenance |
| 12/10/24 | North Star Insurance | 1112.67 | Insurance |
| 12/13/24 | Intuit | 200.00 | Office Supplies/Software |
| 12/17/24 | Dan's Conoco | 82.19 | Fuel |
| 12/17/24 | IPFS | 2689.65 | Insurance |
| 12/19/24 | Red Rock Ford | 242.73 | Repair/Maintenance |
| 12/23/24 | MudFlap | 75.73 | Fuel |
| 12/23/24 | Dan's Conoco | 83.25 | Fuel |
| 12/23/24 | Shell Oil | 95.29 | Fuel |
| 12/24/24 | ATM | 200.00 | Fuel |
| 12/24/24 | Meyer Industries | 290.81 | Repair/Maintenance |
| 12/30/24 | Verizon | 239.53 | Office Expense |
| 12/31/24 | ATM | 40.00 | Truck Wash (coins) |
| 12/31/24 | Dan's Conoco | 73.93 | Fuel |
| 12/2/24 | Incoming Wire Fee | 15.00 | Bank Charges/Fees |
| 12/2/24 | Outgoing Wire Fee | 30.00 | Bank Charges/Fees |
| 12/2/24 | Alliance Funding Group-Wire | 235.00 | Volvo Pymt |
| 12/3/24 | Cash Withdrawal | 400.00 | Shop Utilities |
| 12/16/24 | Incoming Wire Fee | 15.00 | Bank Charges/Fees |
| 12/31/224 | Service Charge | 2.00 | Bank Charges/Fees |
| 12/9/24 | Ck 2014 | 1500.00 | Retainer |
| 12/20/24 | Ck 2015 | 1500.00 | Tanker Rental |

**$13,079.37**

## EXHIBIT F

| CUSTOMER | DATE OF SERVICE | CHARGE FOR SERVICE |
|---|---|---|
| Armstrong Operating, Inc. | 1/18/25 | 2465.00 |
| Fettig Equipment | 1/20/25 | 3500.00 |
| Continental Resources, Inc. | 1/25/25 | 1740.00 |
| | | **$7,705.00** |

**Statement Ending 12/31/2024**



**CORNERSTONE BANK**
3095 15TH STREET W
DICKINSON ND 58601

**STARK ENERGY INC**
**Customer Number: XXXXXXXXX245**

Page 1 of 6

**RETURN SERVICE REQUESTED**

>000771 6760127 0001 92372 10Z



STARK ENERGY INC
1860 4TH AVE E
DICKINSON ND 58601-3362

## For Customer Service:

| | | |
|---|---|---|
| 📞 | Customer Service: | 701-456-0700<br>1-888-297-2100 |
| 🖥 | Online: | www.cornerstone.bank |
| 📱 | Mobile Banking: | www.cornerstone.bank |
| ✉ | Mail: | 3095 15th Street West<br>Dickinson, ND 58601 |

⑈||||⑆|⑊|||⑇⑉⑉⑈⑈⑊⑈⑆|⑊⑊|||||⑆|⑈⑈|⑈⑈||||⑊⑆|⑈

We have switched to .bank! You can now find us at www.cornerstone.bank. Our email addresses have also been updated to @cornerstone.bank. This change provides added security.
Remember, IF IT'S NOT .BANK, IT'S NOT OUR BANK.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY EASY BUSINESS | XXXXXXXXX245 | $4,346.70 |

## SIMPLY EASY BUSINESS - XXXXXXXXX245

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 11/30/2024 | Beginning Balance | $2,198.65 |
| | 4 Credit(s) This Period | $15,227.42 |
| | 53 Debit(s) This Period | $13,079.37 |
| 12/31/2024 | Ending Balance | $4,346.70 |
| | Service Charges | $2.00 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 12/06/2024 | XX8795 POS RETURN..... 12/04 23:37 RAYS AUTO ELECTR DICKINSON ND 01359541 304316 | $60.26 |
| 12/09/2024 | XX8795 POS RETURN..... 12/06 12:57 ISTATE POWER SYS BISMARCK ND 94001091 921823 | $74.99 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 12/02/2024 | Incoming Wire 81355587 WOLLA TRUCKING, LLC | $5,360.21 |
| 12/16/2024 | Incoming Wire 81773048 WOLLA TRUCKING, LLC | $9,731.96 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 12/03/2024 | XX8886 RECUR PURCHASE. 12/02 09:05 INTUIT * TSheets CL.INTUIT.COM CA 90743955 438 | $28.00 |
| 12/03/2024 | XX8795 POS PURCHASE AT 12/02 20:18 MUDFLAP FU* 12/0 PALO ALTO CA 25058633 927742 | $30.43 |
| 12/03/2024 | XX8795 POS WITHDRAWAL. 12/03 13:43 DANS INTERSTATE BELFIELD ND 0007RR64 163570 | $52.26 |



Member
**FDIC**
EQUAL HOUSING
LENDER

# INFORMATION FOR OUR CUSTOMERS

## HOME EQUITY LINE OF CREDIT / PERSONAL LINE OF CREDIT / OVERDRAFT PROTECTION

### Method Used to Determine the Balance On Which Interest Will Be Computed
We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new purchases/advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### What To Do If You Think You Find a Mistake on Your Statement
If you think there is an error on your statement, write to us at Cornerstone Bank, 2280 45th Street South, Fargo, ND 58104. You may also contact us on the web at www.cornerstone.bank.

In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing* or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases
If you are dissatisfied with the goods or services that you have purchased with your credit card, and have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* or electronically at Cornerstone Bank, 2280 45th Street South, Fargo, ND 58104. You may also contact us on the web at www.cornerstone.bank.

While we investigate the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## CONSUMER ELECTRONIC TRANSFERS

### In Case of Errors or Questions About Consumer Electronic Transfers
Please telephone or write your local office listed on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

In your letter, give us the following information:
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (5 business days if the transfer involved a point-of-sale transaction and 20 business days if the transfer involved a new account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK WITH YOUR STATEMENT

### CHECKS OUTSTANDING

| NUMBER | AMOUNT | |
|--------|--------|--|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL OUTSTANDING** | | |

1. In your checkbook enter the interest earned on your account (if applicable) as it appears on the front of this statement.
2. Verify that checks are charged on statement for amount drawn.
3. Be sure that service charge (if any) or other authorized deductions shown on this statement have been deducted from your checkbook balance.
4. Verify that all deposits have been credited for same amount as on your records.
5. Be sure that all checks outstanding on previous statement have been included in this statement (otherwise, they are still outstanding).
6. Check off on the stubs of your checkbook each of the checks paid by us.
7. Make a list of the numbers and amounts of those checks still outstanding in the space provided at the left.

| | | |
|--|--|--|
| 8. | ENTER FINAL BALANCE AS PER STATEMENT | |
| 9. | ADD ANY DEPOSITS NOT CREDITED | |
| 10. | TOTAL | |
| 11. | SUBTRACT CHECKS OUTSTANDING | |
| 12. | BALANCE SHOULD AGREE WITH YOUR CHECKBOOK | |

CARRY OVER

**CORNERSTONE BANK**

## SIMPLY EASY BUSINESS  -  XXXXXXXXX245 (continued)

### Electronic Debits (continued)



| Date | Description | Amount |
|---|---|---|
| 12/03/2024 | XX8795 POS WITHDRAWAL. 12/03 16:45 ISTATE POWER SYS BISMARCK ND 03463271 000161 | $74.99 |
| 12/03/2024 | XX8795 POS PURCHASE AT 12/02 15:39 ALLSTATE PETERBI DICKINSON ND 95020635 300899 | $98.95 |
| 12/03/2024 | XX8795 POS PURCHASE AT 12/02 14:07 WALTS WRECKER SE 843-7613341 FL 11107213 5110 | $309.00 |
| 12/03/2024 | XX8795 POS PURCHASE AT 12/02 19:40 MUDFLAP FU* 12/0 PALO ALTO CA 16053155 497575 | $400.00 |
| 12/04/2024 | XX8795 POS WITHDRAWAL. 12/04 13:01 RUNNINGS OF DICK DICKINSON ND 00514162 433920 | $5.63 |
| 12/04/2024 | XX8795 POS PURCHASE AT 12/04 14:18 J AND J OPERATIN DICKINSON ND 66115132 585277 | $21.70 |
| 12/04/2024 | XX8795 POS PURCHASE AT 12/03 12:40 J AND J OPERATIN DICKINSON ND 66115082 657861 | $33.50 |
| 12/04/2024 | XX8795 POS PURCHASE AT 12/03 13:53 PY * MEYER INDUST DICKINSON ND 66558933 215080 | $51.17 |
| 12/05/2024 | XX8795 POS PURCHASE AT 12/05 07:53 WM SUPERCENTER # DICKINSON ND 15670026 056453 | $10.00 |
| 12/05/2024 | XX8795 POS WITHDRAWAL. 12/05 12:48 RUNNINGS OF DICK DICKINSON ND 00514162 434098 | $13.81 |
| 12/05/2024 | XX8795 POS PURCHASE AT 12/03 12:29 ARBYS 6636 DICKINSON ND 24257627 086016 | $41.25 |
| 12/05/2024 | XX8795 POS PURCHASE AT 12/04 09:34 CONOCO - DANS IN BELFIELD ND 31494281 200738 | $51.68 |
| 12/05/2024 | XX8795 POS PURCHASE AT 12/03 10:32 RAYS AUTO ELECTR DICKINSON ND 00402338 276548 | $60.26 |
| 12/05/2024 | XX8795 RECUR PURCHASE. 12/04 13:46 VERIZONWRLSS* RTC 800-922-0204 FL 19828624 169 | $213.99 |
| 12/06/2024 | XX8795 POS PURCHASE AT 12/04 18:51 PILOT 1014 GLENDIVE MT 56886931 820315 | $10.28 |
| 12/06/2024 | XX8795 POS PURCHASE AT 12/04 00:02 CONOCO - GLENDIV GLENDIVE MT 04196264 522767 | $58.05 |
| 12/06/2024 | XX8795 POS PURCHASE AT 12/04 09:27 CENEX- SUPERPUMP BELFIELD ND 69442918 116503 | $60.00 |
| 12/06/2024 | XX8795 POS PURCHASE AT 12/05 09:58 MUDFLAP FU* 12/0 PALO ALTO CA 49011440 877442 | $233.26 |
| 12/09/2024 | XX8795 POS PURCHASE AT 12/08 15:11 NORTHDALE OIL SW GRASSY BUTTE ND 40404209 597 | $8.69 |
| 12/09/2024 | XX8795 POS PURCHASE AT 12/08 14:36 NORTHDALE OIL SW GRASSY BUTTE ND 40404217 834 | $11.01 |
| 12/09/2024 | XX8795 POS PURCHASE AT 12/08 11:19 CONOCO - DANS IN BELFIELD ND 53461908 881661 | $13.18 |
| 12/09/2024 | XX8795 POS PURCHASE AT 12/06 20:47 RUNNINGS OF DICK DICKINSON ND 87653019 928158 | $32.38 |
| 12/09/2024 | XX8795 POS PURCHASE AT 12/08 13:59 MAC'S DICKINSON, DICKINSON ND 92256149 613175 | $40.40 |
| 12/09/2024 | XX8795 POS PURCHASE AT 12/06 21:10 DOMINO'S 1876 DICKINSON ND 00872711 407025 | $47.25 |
| 12/09/2024 | XX8795 POS WITHDRAWAL. 12/07 18:15 O'REILLY 1865 DICKINSON ND 02786802 646760 | $63.37 |
| 12/09/2024 | XX8795 POS PURCHASE AT 12/07 12:04 M&H #22 DICKINSON ND 17091522 899103 | $87.67 |
| 12/09/2024 | XX8795 POS PURCHASE AT 12/06 15:43 NORTHWEST TIRE # DICKINSON ND 84907689 381935 | $130.88 |
| 12/09/2024 | XX8795 POS PURCHASE AT 12/06 14:29 CONSOLIDATED TEL DICKINSON ND 02783941 821668 | $451.61 |
| 12/09/2024 | XX8795 POS PURCHASE AT 12/06 13:42 K & M TIRE DELPHOS OH 84907507 902489 | $1,211.94 |
| 12/10/2024 | XX8795 POS PURCHASE AT 12/09 16:13 NORTH STAR MUTUA 5074236262 MN 42860240 39523 | $1,112.67 |

# SIMPLY EASY BUSINESS - XXXXXXXXX245 (continued)

## Electronic Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 12/13/2024 | XX8886 RECUR PURCHASE. 12/12 09:39 INTUIT * QBooks O CL.INTUIT.COM CA 95823336 48 | $200.00 |
| 12/17/2024 | XX8795 POS WITHDRAWAL. 12/16 17:16 DANS INTERSTATE BELFIELD ND 0007RR64 43519437 | $82.19 |
| 12/17/2024 | IPFS866-412-2561 IPFSPMTMOK B37658 | $2,689.65 |
| 12/19/2024 | XX8795 POS PURCHASE AT 12/18 14:07 RED ROCK FORD OF DICKINSON ND 66046922 878120 | $242.73 |
| 12/23/2024 | XX8795 POS PURCHASE AT 12/20 14:28 MUDFLAP FU* 12/2 PALO ALTO CA 61375535 528014 | $75.73 |
| 12/23/2024 | XX8795 POS PURCHASE AT 12/21 19:52 DANS INTERSTATE BELFIELD ND 0007RR64 986637 | $83.25 |
| 12/23/2024 | XX8795 POS PURCHASE AT 12/21 22:18 SHELL OIL1250281 MANDAN ND 31710715 267633 | $95.29 |
| 12/24/2024 | XX8795 ATM WITHDRAWAL. 12/24 16:45 3095 15TH ST SW DICKINSON ND ND000153 009403 | $200.00 |
| 12/24/2024 | XX8795 POS PURCHASE AT 12/23 17:37 PY * MEYER INDUST DICKINSON ND 82897205 938116 | $290.81 |
| 12/30/2024 | XX8795 RECUR PURCHASE. 12/28 03:38 VZWRLSS* BILL PAY 800-922-0204 FL 44966623 240 | $239.53 |
| 12/31/2024 | XX8795 ATM WITHDRAWAL. 12/30 19:40 3095 15TH ST SW DICKINSON ND ND000153 009441 | $40.00 |
| 12/31/2024 | XX8795 POS PURCHASE AT 12/30 19:36 DANS INTERSTATE BELFIELD ND 0007RR64 959357 | $73.93 |

## Other Debits

| Date | Description | Amount |
|---|---|---|
| 12/02/2024 | INCOMING WIRE FEE 81355587 | $15.00 |
| 12/02/2024 | Domestic Wire Fee 52677 | $30.00 |
| 12/02/2024 | Outgoing Wire 52677 ALLIANCE FUNDING GROUP | $235.00 |
| 12/03/2024 | MISCELLANEOUS DEBIT | $400.00 |
| 12/16/2024 | INCOMING WIRE FEE 81773048 | $15.00 |
| 12/31/2024 | SERVICE CHARGE | $2.00 |

## Checks

| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| 2014 | 12/09/2024 | $1,500.00 | 2015 | 12/20/2024 | $1,500.00 |

* Indicates a gap in check number sequence

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/02/2024 | $7,278.86 | 12/10/2024 | $444.85 | 12/23/2024 | $5,192.97 |
| 12/03/2024 | $5,885.23 | 12/13/2024 | $244.85 | 12/24/2024 | $4,702.16 |
| 12/04/2024 | $5,773.23 | 12/16/2024 | $9,961.81 | 12/30/2024 | $4,462.63 |
| 12/05/2024 | $5,382.24 | 12/17/2024 | $7,189.97 | 12/31/2024 | $4,346.70 |
| 12/06/2024 | $5,080.91 | 12/19/2024 | $6,947.24 | | |
| 12/09/2024 | $1,557.52 | 12/20/2024 | $5,447.24 | | |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**CORNERSTONE BANK**

## SIMPLY EASY BUSINESS - XXXXXXXXX245 (continued)

### Service Charge Summary

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR PAPER STATEMENT FEE: | $2.00 |
| Total Service Charge | $2.00 |





**#0000        12/03/2024        $400.00**



**#2014        12/09/2024        $1,500.00**

**#2015        12/20/2024        $1,500.00**