UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Stark Energy Inc.,                                              Case No.: 24-30168
                                                                              Chapter 11 Subchapter V

Debtor.

## APPLICATION TO EMPLOY ACCOUNTANT

1. Applicant is the debtor in this case.

2. Applicant believes that the employment of an accountant is necessary to represent or assist the Debtor as follows: Bookkeeping services, advise the Debtor as to tax consequences and prepare tax returns for the bankruptcy estate.

3. Jennifer Young's Bookkeeping Services, LLC is qualified by reason of practice and experience to render such representation or assistance.

4. Proposed compensation and reimbursement of expenses is as follows: Standard hourly billing rate is $150 per hour.

5. Said professional has disclosed to the undersigned that he has the following connections with the Debtor(s), creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee: None

6. The Debtor has asked the applicants to begin work immediately to expedite its work and to more efficiently use the time the applicants and Debtor have spent on this case making the initial analysis. Therefore, the Debtor respectfully requests that the employment be authorized effective on the date of this application

WHEREFORE, applicant prays that the Court approve such employment by the debtor.

                                                   Ahlgren Law Office, PLLC

Dated: February 4, 2025             /s/Erik A. Ahlgren
                                             Erik A. Ahlgren, Attorney
                                             ND Attorney #09561

220 West Washington Ave, Ste 105
Fergus Falls, MN 56537
Office: 218-998-2775
erik@ahlgrenlawoffice.net

ATTORNEY FOR DEBTOR

## 2014(a) RULE VERIFICATION

Jennifer Young's Bookkeeping Services LLC the proposed professional name in the foregoing application, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief

Dated: 2/4/25

Jennifer Young
2200 South Plaza Dr #1
Rapid City SD  57702

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:

Stark Energy Inc.,                                 Case No.: 24-30168
                                                      Chapter 11 Subchapter V

         Debtor.

## NOTICE OF APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY OR ACCOUNTANT

The Trustee filed and served an Application for Approval of Employment of Attorney or Accountant dated February 4, 2025.  Your rights may be affected in the action.  You should read the papers carefully and discuss the matters with your attorney if you have one.  If you want the court to consider your views you should mail a written response to the action, within 14 days of the date of mailing of this document, and file the response with the Clerk of Bankruptcy Court and a copy served upon the U.S. Trustee and Bankruptcy Trustee.

| | |
|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee |
| Quentin N Burdick U.S. Courthouse | 314 S Main Ave. |
| 655 First Ave N – Ste 210 | Suite 303 |
| Fargo ND  58107-4932 | Sioux Falls SD  57104-6462 |

DATE OF MAILING: February 4, 2025

                                           /s/Erik A. Ahlgren
                                           Erik A. Ahlgren, Attorney
                                           ND Attorney #09561
                                           220 West Washington Ave, Ste 105
                                           Fergus Falls, MN 56537
                                           Office: 218-998-2775
                                           erik@ahlgrenlawoffice.net

                                           ATTORNEY FOR DEBTOR

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

Stark Energy Inc.,                                    Case No.: 24-30168
                                                     Chapter 11 Subchapter V

Debtor.

---

**UNSWORN CERTIFICATE OF SERVICE**

---

  I, Lisa Ahlgren, declare under penalty of perjury that on February 4, 2025 that those entities requesting electronic notice were served electronically via CM/ECF:

And by U.S. Mail to:

Justin Bacon
PO Box 176
Wibaux, MT 59353


Executed on: February 4, 2025          Signed: /s/Lisa Ahlgren
                                               Lisa Ahlgren
                                               220 W. Washington Ave. Ste 105
                                               Fergus Falls MN  56537