Fill in this information to identify the case:

Debtor Name  Stark Energy, Inc.

United States Bankruptcy Court for the: District of North Dakota

Case number: 24-30168

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:  Jan 2025

Date report filed:  02/20/2025
MM / DD / YYYY

Line of business:  Support Activity for Mining

NAISC code:  2131

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Robert Fettig

Original signature of responsible party

Printed name of responsible party   Robert Fettig

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Stark Energy, Inc.                                    Case number  24-30168

17. Have you paid any bills you owed before you filed bankruptcy?                                    ❏  ☑  ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?      ❏  ☑  ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                        $ 4,346.70

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C.* Include all
    cash received even if you have not deposited it at the bank, collections or
    receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C.*

    Report the total from *Exhibit C* here.                                                          $ 14,803.57

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D.* List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D.*                                                                          – $ 16,256.99

    Report the total from *Exhibit D* here.

22. **Net cash flow**                                                                                + $ 1,453.42

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit.*

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                                                   = $ 2,893.28

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

                                                                                                     $ 0.00

24. **Total payables**

    *(Exhibit E)*

Debtor Name  Stark Energy, Inc.                                          Case number  24-30168

 **4. Money Owed to You**

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.*
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25.  **Total receivables**                                                                                  $  22,522.50

     *(Exhibit F)*

 **5. Employees**

26.  What was the number of employees when the case was filed?                                              4

27.  What is the number of employees as of the date of this monthly report?                                 3

**6. Professional Fees**

28.  How much have you paid this month in professional fees related to this bankruptcy case?                $  1,500.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $  10,500.00

30.  How much have you paid this month in other professional fees?                                          $  0.00

31.  How much have you paid in total other professional fees since filing the case?                         $  0.00

**7. Projections**

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ 20,000.00 | — | $ 14,803.57 | = | $ 5,196.43 |
| 33.  **Cash disbursements** | $ 12,000.00 | — | $ 16,256.99 | = | $ 4,256.99 |
| 34.  **Net cash flow** | $ 8,000.00 | — | $ 2,148.05 | = | $ 5,851.95 |

35.  Total projected cash receipts for the next month:                                                      $  20,000.00

36.  Total projected cash disbursements for the next month:                                              -  $  11,000.00

37.  Total projected net cash flow for the next month:                                                   =  $  9,000.00

Debtor Name  Stark Energy, Inc.                                          Case number 24-30168

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**EXHIBIT C**

| DATE | RECEIVED FROM | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 1/9/25 | State Tax Commissoner | 78.00 | Refund due to 3rd quarter 2024 double pymt made |
| 1/9/25 | Fettig Equipment | 3500.00 | Rental Payment |
| 1/22/25 | Fettig Equipment | 3500.00 | Rental Payment |
| 1/24/25 | Fettig Equipment | 3500.00 | Hydro Service 1/20/25 |
| 1/6/25 | Cenex Superpump | 23.53 | Return/Credit Adjustment |
| 1/6/25 | Wallwork Truck Center | 322.62 | Return/Credit Adjustment |
| 1/15/25 | Johnson Trailer Bismarck | 129.86 | Return/Credit Adjustment |
| 1/16/25 | Tiger Discount | 0.03 | POS Credit Adjustment |
| 1/16/25 | Tiger Discount | 0.03 | POS Credit Adjustment |
| 1/24/25 | Riviera Finance Inc. | 2201.00 | Trucking (Armstrong Operating Inc.) |
| 1/27/25 | Riviera Finance Inc. | 1548.50 | Trucking (Continental Resources) |

**$14,803.57**

## ELECTRONIC

| DATE | PAYEE | AMOUNT | DESCRIPTION |
|------|-------|-------:|-------------|
| 1/2/25 | Conoco-Dans | 16.38 | Travel Meals |
| 1/2/25 | Total Safety | 26.60 | Safety/Safety Equipment |
| 1/2/25 | Qdoba | 31.15 | Travel Meals |
| 1/2/25 | Mac's Hardware | 38.30 | Repair/Maintenance |
| 1/2/25 | ATM Withdrawal | 100.00 | Fuel |
| 1/2/25 | Veriforce, LLC | 855.00 | Safety/Safety Equipment |
| 1/3/25 | INTUIT | 28.00 | Office Supplies/Software |
| 1/3/25 | Preble Medical | 62.10 | Drug/Alcohol Testing |
| 1/3/25 | Dans Interstate | 67.68 | Fuel |
| 1/6/24 | Dollar General | 12.03 | Advertising/Promotional |
| 1/6/24 | Conoco-Dans | 13.18 | Travel Meals |
| 1/6/25 | Conoco-Dans | 21.68 | Fuel $13.12, Shop Supplies $8.56 |
| 1/6/25 | Cenex-Superpump | 23.53 | Shop Supplies |
| 1/6/25 | Dollar General | 24.61 | Shop Supplies |
| 1/6/25 | Walmart | 51.90 | Shop Supplies |
| 1/6/25 | Conoco-Dans | 65.04 | Fuel |
| 1/6/25 | Conoco-Dans | 76.71 | Fuel |
| 1/6/25 | Dans Interstate | 79.03 | Fuel |
| 1/6/25 | Johnsen Trailer | 129.86 | Repair/Maintenance |
| 1/6/25 | Wallwork Truck Center | 1419.65 | Repair/Maintenance |
| 1/8/25 | Mudflap | 235.53 | Fuel |
| 1/9/25 | Cash Wise | 20.65 | Advertising/Promotional |
| 1/13/25 | INTUIT | 200.00 | Office Supplies/Software |
| 1/14/25 | Tiger Discount | 2.86 | Travel Meals |
| 1/14/25 | Tiger Discount | 2.86 | Travel Meals |
| 1/15/25 | MidContinent Group | 202.64 | Insurance |
| 1/21/25 | Cenex-Propoint | 1.70 | Travel Meals |
| 1/21/25 | Exxon Frontier | 8.54 | Travel Meals |
| 1/21/25 | Quality Quick Print | 30.89 | Advertising/Promotional |
| 1/21/25 | Shannon | 40.00 | Tool |
| 1/21/25 | Elmer | 42.96 | Payroll Test Pymt |
| 1/21/25 | Cenex-Superpump | 70.00 | Fuel |
| 1/21/25 | M & H | 84.03 | Fuel |
| 1/21/25 | Dans Interstate | 279.90 | Fuel |
| 1/21/25 | Spruce Valley | 198.33 | Payroll Service Fee |
| 1/21/25 | Spruce Valley | 689.15 | Payroll Taxes |
| 1/22/25 | Total Safety | 37.82 | Safety/Safety Equipment |
| 1/22/25 | Preble Medical | 103.50 | Drug/Alcohol Testing |
| 1/23/25 | Tax N Company | 8.95 | 2290 Filing Fee |
| 1/24/25 | Walmart | 24.37 | Advertising/Promotional |
| 1/24/25 | United Fin Cas Ins | 3663.90 | Insurance |
| 1/27/25 | Cash Wise | 46.38 | Advertising/Promotional |
| 1/27/25 | Mudflap | 82.19 | Fuel |
| 1/27/25 | Conoco-Dans | 95.84 | Fuel |
| 1/27/25 | Spruce Valley | 40.00 | Payroll Service Fee |
| 1/28/25 | O'Reilly | 86.23 | Repair/Maintenance |
| 1/28/25 | Red Rock Ford | 242.73 | Repair/Maintenance |
| 1/30/25 | M & H | 80.58 | Fuel |
| | | | |
| 1/3/25 | Domestic Wire Fee | 30.00 | Bank Charges/Fees |
| 1/3/25 | Alliance Funding Group | 235.00 | Equipment Payment |
| 1/24/25 | Incoming Wire Fee | 15.00 | Bank Charges/Fees |
| 1/27/25 | Incoming Wire Fee | 15.00 | Bank Charges/Fees |
| 1/31/25 | Service Charge | 2.00 | Bank Charges/Fees |

| 1/10/25 | Ck #2016 | 213.00 | DMV |
|---------|----------|--------|-----|
| 1/22/25 | Ck #2017 | 1500.00 | Payroll |
| 1/29/25 | Ck #2018 | 1500.00 | Retainer |
| 1/29/25 | Ck #2019 | 1500.00 | Retainer |
| 1/22/25 | Ck #2065 | 192.03 | Payroll |
| 1/24/25 | Ck #2067 | 1290.00 | DMV |

**$16,256.99**

**EXHIBIT F**

| INVOICE# | CUSTOMER | DATE OF SERVICE | CHARGE FOR SERVICE |
|---|---|---|---|
| | Fettig Equipment | 1/20/25 | 3500.00 |
| S-1313 | Armstrong Operating, Inc. | 1/21/25 | 2465.00 |
| S-1314 | Continental Resources, Inc. | 1/26/25 | 1740.00 |
| | | | **$7,705.00** |
| S-1322 | Fettig Equipment | 2/23/25 | 970.00 |
| S-1321 | Continental Resources Inc. | 2/19/25 | 870.00 |
| S-1320 | Kraken Oil & Gas LLC | 2/20/25 | 870.00 |
| S-1319 | Kraken Oil & Gas LLC | 2/20/25 | 942.50 |
| S-1318 | Kraken Oil & Gas LLC | 2/20/25 | 5510.00 |
| S-1317 | Kraken Oil & Gas LLC | 2/14/25 | 2030.00 |
| S-1316 | Kraken Oil & Gas LLC | 2/14/25 | 2610.00 |
| S-1315 | Kraken Oil & Gas LLC | 2/14/15 | 1015.00 |
| | | | **$14,817.50** |

**Statement Ending 01/31/2025**

## CORNERSTONE BANK
3095 15TH STREET W
DICKINSON ND 58601

**RETURN SERVICE REQUESTED**

>000782 7986491 0001 92372 10Z

STARK ENERGY INC
1860 4TH AVE E
DICKINSON ND 58601-3362

ʰˡᵘˡˡˡ|ˡˡ|ˡ|ˡ|ˡˡ|ˡ|ˡˡ|ˡˡ|ˡˡ|ˡˡˡˡ|ˡˡˡˡˡ|ˡˡ|ˡˡ|ˡˡ|ˡ|

**STARK ENERGY INC**
**Customer Number: XXXXXXXX245**

Page 1 of 6

### For Customer Service:



| | Customer Service: | 701-456-0700 |
| | | 1-888-297-2100 |
| | Online: | www.cornerstone.bank |
| | Mobile Banking: | www.cornerstone.bank |
| | Mail: | 3095 15th Street West |
| | | Dickinson, ND 58601 |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY EASY BUSINESS | XXXXXXXXX245 | $2,893.28 |

## SIMPLY EASY BUSINESS - XXXXXXXXX245

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/01/2025 | Beginning Balance | $4,346.70 |
| | 11 Credit(s) This Period | $14,803.57 |
| | 59 Debit(s) This Period | $16,256.99 |
| 01/31/2025 | Ending Balance | $2,893.28 |
| | Service Charges | $2.00 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 01/09/2025 | DEPOSIT | $78.00 |
| 01/09/2025 | DEPOSIT | $3,500.00 |
| 01/22/2025 | DEPOSIT | $3,500.00 |
| 01/24/2025 | DEPOSIT | $3,500.00 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 01/06/2025 | XX8795 POS RETURN..... 01/03 06.20 CENEX- SUPERPUMP BELFIELD ND 77366386 648489 | $23.53 |
| 01/06/2025 | XX8795 POS RETURN..... 01/05 03.47 WALLWORK TRUCK C DICKINSON ND 30748251 018254 | $322.62 |
| 01/15/2025 | XX8795 POS RETURN..... 01/14 08.27 JOHNSEN TRAILER BISMARCK ND 11100014 191397 | $129.86 |
| 01/16/2025 | XX8795 POS CREDIT ADJ. 01/16 07.31 RBT TIGER DISCOU EasySavings NY 00496099 9354 | $0.03 |
| 01/16/2025 | XX8795 POS CREDIT ADJ. 01/16 06.37 RBT TIGER DISCOU EasySavings NY 00496107 7932 | $0.03 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 01/24/2025 | Incoming Wire 82858620 RIVIERA FINANCE INC | $2,201.00 |
| 01/27/2025 | Incoming Wire 82895421 RIVIERA FINANCE INC | $1,548.50 |







Member
FDIC
EQUAL HOUSING LENDER

# INFORMATION FOR OUR CUSTOMERS

## HOME EQUITY LINE OF CREDIT / PERSONAL LINE OF CREDIT / OVERDRAFT PROTECTION

**Method Used to Determine the Balance On Which Interest Will Be Computed**
We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new purchases/advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**What To Do If You Think You Find a Mistake on Your Statement**
If you think there is an error on your statement, write to us at Cornerstone Bank, 2280 45th Street South, Fargo, ND 58104. You may also contact us on the web at www.cornerstone.bank.

In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in *writing* or electronically. You may call us, but if you do so we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in *writing* or electronically at Cornerstone Bank, 2280 45th Street South, Fargo, ND 58104. You may also contact us on the web at www.cornerstone.bank.

While we investigate the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## CONSUMER ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Consumer Electronic Transfers**
Please telephone or write your local office listed on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later then 60 days after we sent you the first statement on which the error or problem appeared.

In your letter, give us the following information:
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (5 business days if the transfer involved a point-of-sale transaction and 20 business days if the transfer involved a new account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

---

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK WITH YOUR STATEMENT

### CHECKS OUTSTANDING

| NUMBER | AMOUNT | |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL OUTSTANDING** |  |  |

1. In your checkbook enter the interest earned on your account (if applicable) as it appears on the front of this statement.
2. Verify that checks are charged on statement for amount drawn.
3. Be sure that service charge (if any) or other authorized deductions shown on this statement have been deducted from your checkbook balance.
4. Verify that all deposits have been credited for same amount as on your records.
5. Be sure that all checks outstanding on previous statement have been included in this statement (otherwise, they are still outstanding).
6. Check off on the stubs of your checkbook each of the checks paid by us.
7. Make a list of the numbers and amounts of those checks still outstanding in the space provided at the left.

8. ENTER FINAL BALANCE AS PER STATEMENT

9. ADD
ANY DEPOSITS
NOT CREDITED

10. TOTAL

11. SUBTRACT
CHECKS
OUTSTANDING

CARRY OVER

12. BALANCE
SHOULD AGREE WITH
YOUR CHECKBOOK

**CORNERSTONE BANK**

**Statement Ending 01/31/2025**

STARK ENERGY INC

Customer Number: XXXXXXXXX245

Page 3 of 6

# SIMPLY EASY BUSINESS - XXXXXXXXX245 (continued)

## Electronic Debits

| Date | Description | Amount |
|------|-------------|--------|
| 01/02/2025 | XX8795 POS PURCHASE AT 01/01 13:46 CONOCO - DANS IN BELFIELD ND 06528647 659613 | $16.38 |
| 01/02/2025 | XX8795 POS PURCHASE AT 01/01 10:53 TOTAL SAFETY HOUSTON TX 00163981 623587 | $26.60 |
| 01/02/2025 | XX8795 POS PURCHASE AT 01/02 15:03 QDOBA 2906 DICKINSON ND 62751219 245468 | $31.15 |
| 01/02/2025 | XX8795 POS PURCHASE AT 01/01 13:46 MAC'S DICKINSON, DICKINSON ND 06043770 484719 | $38.30 |
| 01/02/2025 | XX8795 ATM WITHDRAWAL. 01/01 15:11 3095 15TH ST SW DICKINSON ND ND000153 009464 | $100.00 |
| 01/02/2025 | VERIFORCE, LLC PAYMENTS 5198190 | $855.00 |
| 01/03/2025 | XX8886 RECUR PURCHASE. 01/02 09:54 INTUIT * TSheets CL INTUIT.COM CA 23125510 067 | $28.00 |
| 01/03/2025 | XX8795 POS PURCHASE AT 01/02 10:32 PREBLE MEDICAL S MANDAN ND 60588158 621318 | $62.10 |
| 01/03/2025 | XX8795 POS PURCHASE AT 01/02 21:18 DANS INTERSTATE BELFIELD ND 0007RR64 992757 | $67.68 |
| 01/06/2025 | XX8795 POS PURCHASE AT 01/03 20:01 DOLLAR GENERAL # BELFIELD ND 32091301 198599 | $12.03 |
| 01/06/2025 | XX8795 POS PURCHASE AT 01/03 13:02 CONOCO - DANS IN BELFIELD ND 02515647 814073 | $13.18 |
| 01/06/2025 | XX8795 POS PURCHASE AT 01/05 09:50 CONOCO - DANS IN BELFIELD ND 66405094 147486 | $21.68 |
| 01/06/2025 | XX8795 POS PURCHASE AT 01/03 20:31 CENEX- SUPERPUMP BELFIELD ND 77366378 678847 | $23.53 |
| 01/06/2025 | XX8795 POS PURCHASE AT 01/03 20:41 DOLLAR GENERAL # BELFIELD ND 32091301 198605 | $24.61 |
| 01/06/2025 | XX8795 POS WITHDRAWAL. 01/03 17:52 WM SUPERCENTER # DICKINSON ND 15670005 720892 | $51.90 |
| 01/06/2025 | XX8795 POS PURCHASE AT 01/05 10:54 CONOCO - DANS IN BELFIELD ND 68426502 232121 | $65.04 |
| 01/06/2025 | XX8795 POS PURCHASE AT 01/03 22:31 CONOCO - DANS IN BELFIELD ND 91331821 893229 | $76.71 |
| 01/06/2025 | XX8795 POS PURCHASE AT 01/03 18:53 DANS INTERSTATE BELFIELD ND 0007RR64 046075 | $79.03 |
| 01/06/2025 | XX8795 POS PURCHASE AT 01/03 16:38 JOHNSEN TRAILER BISMARCK ND 10400306 080934 | $129.86 |
| 01/06/2025 | XX8795 POS PURCHASE AT 01/04 14:14 WALLWORK TRUCK C DICKINSON ND 63538747 930500 | $1,419.65 |
| 01/08/2025 | XX8795 POS PURCHASE AT 01/07 13:49 MUDFLAP FU* 01/0 PALO ALTO CA 45577593 561891 | $235.53 |
| 01/09/2025 | XX8795 POS PURCHASE AT 01/08 19:19 CASH WISE #3044 DICKINSON ND 55235449 062556 | $20.65 |
| 01/13/2025 | XX8886 RECUR PURCHASE. 01/12 09:36 INTUIT * QBooks O CL INTUIT.COM CA 93847214 60 | $200.00 |
| 01/14/2025 | XX8795 POS PURCHASE AT 01/13 17:15 TIGER DISCOUNT T DICKINSON ND 03108560 317577 | $2.86 |
| 01/14/2025 | XX8795 POS PURCHASE AT 01/13 17:17 TIGER DISCOUNT T DICKINSON ND 03108578 852382 | $2.86 |
| 01/15/2025 | MidContinent Gro debitpmt #XXXXX5700 | $202.64 |
| 01/21/2025 | XX8795 POS PURCHASE AT 01/18 08:08 CENEX-PROPOINT C BOWMAN ND 64310325 427575 | $1.70 |
| 01/21/2025 | XX8795 POS PURCHASE AT 01/18 08:21 EXXON FRONTIER T BOWMAN ND 21229048 522665 | $8.54 |
| 01/21/2025 | XX8795 POS PURCHASE AT 01/20 14:45 QUALITY QUICK PR DICKINSON ND 07057615 877551 | $30.89 |
| 01/21/2025 | XX8795 POS PURCHASE AT 01/18 03:46 CASH APP* SHANNON Oakland CA 42116937 324997 | $40.00 |




# SIMPLY EASY BUSINESS - XXXXXXXXX245 (continued)

## Electronic Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 01/21/2025 | XX8795 POS PURCHASE AT 01/17 18.04 CASH APP* ELMER S Oakland CA 14188493 266934 | $42.96 |
| 01/21/2025 | XX8795 POS PURCHASE AT 01/18 00.08 CENEX- SUPERPUMP BELFIELD ND 65370161 359329 | $70.00 |
| 01/21/2025 | XX8795 POS PURCHASE AT 01/16 18.08 M&H #22 DICKINSON ND 65047030 191580 | $84.03 |
| 01/21/2025 | XX8795 POS WITHDRAWAL. 01/18 07:11 DANS INTERSTATE BELFIELD ND 0007RR64 50189557 | $279.90 |
| 01/21/2025 | SPRUCE VALLEY PA INVOICE 13262230 | $198.33 |
| 01/21/2025 | SPRUCE VALLEY PA IMPOUNDTAX 13262230 | $689.15 |
| 01/22/2025 | XX8795 POS PURCHASE AT 01/21 17.31 TOTAL SAFETY HOUSTON TX 00269311 744799 | $37.82 |
| 01/22/2025 | XX8795 POS PURCHASE AT 01/21 09.28 PREBLE MEDICAL S MANDAN ND 34676706 246343 | $103.50 |
| 01/23/2025 | XX8795 POS PURCHASE AT 01/22 16.33 TAXNCOMPANY E-FI 415-827-7560 CA 95184530 534 | $8.95 |
| 01/24/2025 | XX8795 POS PURCHASE AT 01/24 09.54 WM SUPERCENTER # DICKINSON ND 15670022 684891 | $24.37 |
| 01/24/2025 | UNITED FIN CAS INS PREM POL 976766096 | $3,663.90 |
| 01/27/2025 | XX8795 POS PURCHASE AT 01/24 16.46 CASH WISE FOODS WATFORD CITY ND 64200590 4548 | $46.38 |
| 01/27/2025 | XX8795 POS PURCHASE AT 01/26 08.52 MUDFLAP FU* 01/2 PALO ALTO CA 36601078 872515 | $82.19 |
| 01/27/2025 | XX8795 POS PURCHASE AT 01/25 10.49 CONOCO - DANS IN BELFIELD ND 12481166 550324 | $95.84 |
| 01/27/2025 | SPRUCE VALLEY PA INVOICE 13262230 | $40.00 |
| 01/28/2025 | XX8795 POS WITHDRAWAL. 01/28 08.36 O'REILLY 1865 DICKINSON ND 02786802 407486 | $86.23 |
| 01/28/2025 | XX8795 POS WITHDRAWAL. 01/28 10.28 RED ROCK FORD OF DICKINSON ND 01641588 502801 | $242.73 |
| 01/30/2025 | XX8795 POS PURCHASE AT 01/28 09.19 M&H #22 DICKINSON ND 69042459 437737 | $80.58 |

## Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 01/03/2025 | Domestic Wire Fee 53240 | $30.00 |
| 01/03/2025 | Outgoing Wire 53240 ALLIANCE FUNDING GROUP | $235.00 |
| 01/24/2025 | INCOMING WIRE FEE 82858620 | $15.00 |
| 01/27/2025 | INCOMING WIRE FEE 82895421 | $15.00 |
| 01/31/2025 | SERVICE CHARGE | $2.00 |

## Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---------|------|--------|---------|------|--------|---------|------|--------|
| 2016 | 01/10/2025 | $213.00 | 2018 | 01/29/2025 | $1,500.00 | 2065* | 01/22/2025 | $192.03 |
| 2017 | 01/22/2025 | $1,500.00 | 2019 | 01/29/2025 | $1,500.00 | 2067* | 01/24/2025 | $1,290.00 |

* Indicates a gap in check number sequence

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 01/02/2025 | $3,279.27 | 01/14/2025 | $4,188.52 | 01/27/2025 | $6,304.82 |
| 01/03/2025 | $2,856.49 | 01/15/2025 | $4,115.74 | 01/28/2025 | $5,975.86 |
| 01/06/2025 | $1,285.42 | 01/16/2025 | $4,115.80 | 01/29/2025 | $2,975.86 |
| 01/08/2025 | $1,049.89 | 01/21/2025 | $2,670.30 | 01/30/2025 | $2,895.28 |
| 01/09/2025 | $4,607.24 | 01/22/2025 | $4,336.95 | 01/31/2025 | $2,893.28 |
| 01/10/2025 | $4,394.24 | 01/23/2025 | $4,328.00 | | |
| 01/13/2025 | $4,194.24 | 01/24/2025 | $5,035.73 | | |

**CORNERSTONE BANK**

## SIMPLY EASY BUSINESS  -  XXXXXXXXX245 (continued)

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 | $0.00 |

### Service Charge Summary

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR PAPER STATEMENT FEE: | $2.00 |
| Total Service Charge | $2.00 |

00782 746449 001776 003551 0003/0003

