# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>STARK ENERGY, INC | CASE NO: 24-30168<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 11<br>ECF Docket Reference No. 217 |

On 2/25/2025, I did cause a copy of the following documents, described below,

Second Amended Plan of Reorganization under Subchapter V of Chapter 11 ECF Docket Reference No. 217

Third Amended Scheduling Order 206

Notice of Confirmation Hearing

Ballot

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/25/2025

/s/ Erik A Ahlgren
Erik A Ahlgren  191814

Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537
218 998 2775
lisa@ahlgrenlaw.net

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE: <br><br> STARK ENERGY, INC | CASE NO: 24-30168 <br><br> **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br><br> Chapter: 11 <br> ECF Docket Reference No. 217 |

On 2/25/2025, a copy of the following documents, described below,

Second Amended Plan of Reorganization under Subchapter V of Chapter 11 ECF Docket Reference No. 217

Third Amended Scheduling Order 206

Notice of Confirmation Hearing

Ballot

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/25/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik A Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| FIRST CLASS | CASE INFO | |
|---|---|---|
| CAPITAL ONE NA BY AIS AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118 | LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-30168<br>DISTRICT OF NORTH DAKOTA<br>TUE FEB 25 9-57-41 PST 2025 | ALLIANCE FUNDING GROUP<br>DRESSLER PETERS LLC<br>CO KEN PETERS<br>101 W GRAND AVE SUITE 404<br>CHICAGO IL 60654-7129 |
| ALLY BANK CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | GATE CITY BANK<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | REGIONS BANK<br>CO CROWLEY FLECK PLLP<br>ATTN MICHAEL J KLEPPERICH<br>490 N 31ST ST STE 500<br>PO BOX 2529<br>BILLINGS MT 59103-2529 |
| DEBTOR<br>STARK ENERGY INC<br>1860 4TH AVE E<br>PO BOX 748<br>DICKINSON ND 58602-0748 | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~655 1ST AVENUE NORTH SUITE 210~~<br>~~FARGO ND 58102-4932~~ | AVANZA GROUP LLC<br>3974 AMBOY RD SUITE 306<br>STATEN ISLAND NY 10308-2414 |
| ADAM HAMMERLE<br>31732 AVONDALE<br>WESTLAND MI 48186-4993 | ALEXANDER MILLER<br>PO BOX 3256<br>BISMARCK ND 58602-0016 | (P)ALLIANCE FUNDING GROUP<br>17542 17TH STREET<br>SUITE 200<br>TUSTIN CA 92780-1960 |
| ALLIANCE FUNDING GROUP<br>ATTN OFFICER OR MANAGING AGENT<br>3974 AMBOY RD SUITE 306<br>STATEN ISLAND NY 10308-2414 | ALLIANCE FUNDING GROUP<br>CO KENNETH D PETERS ESQ<br>DRESSLER PETERS LLC<br>101 W GRAND AVE SUITE 404<br>CHICAGO IL 60654-7129 | ALLY BANK<br>AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 |
| ~~EXCLUDE~~<br>~~(D)ALLY BANK CO AIS PORTFOLIO SERVICES LLC~~<br>~~4515 N SANTA FE AVE DEPT APS~~<br>~~OKLAHOMA CITY OK 73118-7901~~ | ALLY FINANCIAL<br>500 WOODWARD AVE<br>DETROIT MI 48226-3416 | AMERIFI CAPITAL LLC<br>330 MAIN ST 105<br>HARTFORD CT 06106-1860 |
| ~~EXCLUDE~~<br>~~(D)AMERIFI CAPITAL LLC~~<br>~~330 MAIN ST 105~~<br>~~HARTFORD CT 06106-1860~~ | (P)ASCENTIUM CAPITAL<br>ATTN BANKRUPTCY<br>23970 US 59 NORTH<br>KINGWOOD TX 77339-1535 | BERKOVITCH BOUSKILA PLLC<br>1545 US 202 SUITE 101<br>POMONA NY 10970-2951 |
| BRAD CROSS<br>809 ECR 7250<br>BISMARCK ND 79404 | BRIGHT DESIGN HOMES<br>319 PRAIRIE DR<br>STANLEY ND 58784-8516 | BRYAN A KOSTELECKY<br>1150 11TH AVENUE WEST<br>DICKINSON ND 58601-3652 |
| BRYAN ADOLPH KOSTELECKY<br>1150 11TH AVE W<br>DICKINSON ND 58601-3652 | CLOUD FUND LLC<br>400 RELLA BLVD SUITE 165101<br>SUFFERN NY 10901-4241 | CT CORPORATION SYSTEM<br>ATTN SPRS<br>330 N BRAND BLVD SUITE 700<br>GLENDALE CA 91203-2336 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
CTHD COMPANY                         CAPITAL ONE  SPARK BUSINESS        EXCLUDE
ATTN OFFICER OR MANAGING AGENT       PO BOX 71087                       (D)CAPITAL ONE  SPARK BUSINESS
PO BOX 2576                          CHARLOTTE  NC 28272-1087            PO BOX 71087
SPRINGFIELD  IL 62708-2576                                               CHARLOTTE  NC 28272-1087


CAPITAL ONE NA                       CODY FORD                           CODY LAFFITTE
BY AMERICAN INFOSOURCE AS AGENT      PO BOX 64                           215 WALDROUP RD
PO BOX 71083                         BISMARCK  ND 58502-0064             EROS  LA 71238-7206
CHARLOTTE  NC  28272-1083


                                     EXCLUDE
COUNTY LINE TRUCK STOP               (D)COUNTY LINE TRUCK STOP           CRAIG ELSER
PO BOX  2140                         PO BOX  2140                        2584 6TH AVE W  APT 7
DICKINSON  ND 58602-2140             DICKINSON  ND 58602-2140            DICKINSON  ND 58601-2556


                                     EXCLUDE
DCI  CREDIT SERVICES INC             (D)DCI  CREDIT SERVICES INC         DANIEL GERSTBERGER
121 E ROSSER AVE                     121 E ROSSER AVE                    90 EAST 6 MILE RD
BISMARCK  ND 58501-3864              BISMARCK  ND 58501-3864             GARDEN CITY  KS 67846-9544


DANIEL GERSTBERGER                   DANIEL PALUCK                       DUSTIN ONEILL
CO THOMAS F MURTHA                   2030 SIERRA COMMONS RD  APT 738     1615 MAIN ST
PO BOX 1111                          DICKINSON  ND 58601-5173            BISMARCK  ND 58501
DICKINSON  ND 58602-1111


DYLAN BOYKIN                         DYLAN NEWTON                        DYNASTY CAPITAL 26  LLC
8715 PINE SPRINGS                    527 2ND AVE E                       9614 METROPOLITAN AVE 2ND FL
MERIDIAN  MS 39305-9355              DICKINSON  ND 58601-4476            FOREST HILLS  NY 11375-6675


EXCLUDE
(D)DYNASTY CAPITAL 26  LLC           EN OD CAPTIAL LLC                   EVERYDAY FUNDING GROUP LLC
9614 METROPOLITAN AVE 2ND FL         11777 REISTERSTOWN RD               132 32ND ST
FOREST HILLS  NY 11375-6675          PIKESVILLE  MD 21208                BROOKLYN  NY 11232-1920


EBELTOFT  SICKLER LAWYERS PLLC       EBELTOFT  SICKLER LAWYERS PLLC      EDUARDO ORTIZ
2272 EIGHT STREET WEST               2272 EIGHTH STREET WEST             2717 11TH AVE
DICKINSON  ND 58601-8590             DICKINSON  ND 58601-8590            WILLISTON  ND 58801-2943


EDUARDO ORTIZ                        FETTIG ENTERPRISE INC               FINANCIAL PACIFIC LEASING INC
6024 WILSHIRE DR                     1860 4TH AVE E                      3455 S 344TH WAY STE 300
TAMPA  FL 33615-3432                 DICKINSON  ND 58601-3362            FEDERAL WAY  WA 98001-9546
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| FINANCIAL PACIFIC LEASING INC<br>ATTN OFFICER OR MANAGING AGENT<br>3455 S 344TH WAY STE 300<br>FEDERAL WAY  WA 98001-9546 | GARRETT MCKENZIE<br>1289 24TH ST W<br>BISMARCK  ND 58601-2716 | GATE CITY BANK<br>1761 THIRD AVE W<br>DICKINSON  ND 58601-3086 |
| GATE CITY BANK<br>204 SIMS ST<br>DICKINSON  ND 58601-5142 | GATE CITY BANK<br>ATTN CAREN STANLEY  VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND  58107-1389 | GATE CITY BANK<br>CO CAREN STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO  ND 58107-1389 |
| ~~EXCLUDE~~<br>~~(D)GATE CITY BANK~~<br>~~CO CAREN W STANLEY~~<br>~~VOGEL LAW FIRM~~<br>~~PO BOX 1389~~<br>~~FARGO  ND 58107-1389~~ | GREG MOORE<br>632 8TH ST SE<br>BISMARCK  ND 58501 | GREG MOORE<br>632 8TH ST SE<br>SIDNEY  MT 59270-5316 |
| HELEN GEORGE<br>1813 4TH AVE E<br>BISMARCK  ND 58501 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JASON LAVIGNE<br>375 HORIZON ST<br>KILLDEER  ND 58640 |
| JEFFREY SCHMITT<br>4007 33RD ST N<br>BISMARCK  ND 58102-6237 | JENNIFER M GOOSS<br>PO BOX 249<br>BEULAH  ND 58523-0249 | JENNIFER M GOOSS<br>SOLEM LAW OFFICE<br>PO BOX 249<br>BEULAH  ND 58523-0249 |
| JETT OGREN<br>CO ND  DEPARTMENT OF LABOR<br>600 E BOULEVARD AVE DEPT 406<br>BISMARCK  ND 58505-0340 | JOHN C WILLIAMS  ASSOCIATES<br>1612 NORTHEAST EXPRESSWAY<br>ATLANTA  GA 30329-2003 | ~~EXCLUDE~~<br>~~(D)JOHN C WILLIAMS  ASSOCIATES~~<br>~~1612 NORTHEAST EXPRESSWAY~~<br>~~ATLANTA  GA 30329-2003~~ |
| JUSTIN BACON<br>305 NORTH WIBAUX STREET<br>PO BOX 176<br>WIBAUX MT 59353-0176 | JUSTIN BACON<br>CO ND DEPARTMENT OF LABOR<br>600 E BOULEVARD AVE DEPT 406<br>BISMARCK  ND 58505-0340 | JUSTIN LAVIGNE<br>CO ND  DEPARTMENT OF LABOR<br>600 E BOULEVARD AVE DEPT 406<br>BISMARCK  ND 58505-0340 |
| KELLER PAVING  LANDSCAPING  INC<br>1820 HWY 2 BYPASS EAST<br>MINOT  ND 58701-7929 | KENNETH MACK<br>306 13TH ST NE<br>TIOGA  ND 58852-7150 | KNIGHTSBRIDGE FUNDING LLC<br>1706 AVE M<br>BROOKLYN NY 11230-5307 |
| KNIGHTSBRIDGE FUNDING LLC<br>40 WALL ST<br>NEW YORK  NY 10005-1304 | LANDMARK FUNDING<br>10232 SOUTHARD DR<br>BELTSVILLE  MD 20705-2105 | LANDMARK FUNDING<br>411 KINGSTON AVE STE 201<br>BROOKLYN NY 11225-3171 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>233 SOUTH WACKER DRIVE SUITE<br>CHICAGO, IL 60606-6379 | LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>233 SOUTH WACKER DRIVE SUITE 4030<br>CHICAGO  IL 60606-6379 | M2 FINANCING<br>20800 SWENSON DRIVE  SUITE 475<br>WAUKESHA  WI 53186-2075 |
| EXCLUDE<br>(D)M2 FINANCING<br>20800 SWENSON DRIVE  SUITE 475<br>WAUKESHA  WI 53186-2075 | MARCELINO GONZALEZ<br>PO BOX 295<br>ELSA  TX 78543-0295 | MATHEW BARRETT<br>3007 E PAPILLON CIRCLE<br>MESA  AZ 85215 |
| EXCLUDE<br>(D)MATHEW BARRETT<br>3007 E PAPILLON CIRCLE<br>MESA  AZ 85215 | MATHEW HABERSTROH<br>3907 EAST DUKE STREET<br>LUBBOCK  TX 79403-3807 | MICHAEL WERNER<br>828 SOUTH 6TH STREET<br>CANON CITY  CO 81212-4123 |
| MIDLAND STATES BANK<br>1201 NETWORK CENTRE DRIVE<br>EFFINGHAM  IL 62401-4677 | EXCLUDE<br>(D)MIDLAND STATES BANK<br>1201 NETWORK CENTRE DRIVE<br>EFFINGHAM  IL 62401-4677 | MIDLAND STATES BANK<br>ATTN CAREN STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND  58107-1389 |
| OFFICE OF STATE TAX COMMISSIONER<br>600 E BOULEVARD<br>BISMARCK  ND 58505-0599 | PARKVIEW ADVANCE LLC<br>400 MAIN ST<br>STAMFORD  CT 06901-3000 | PATRICK VOLCK<br>1402 20TH AVE W  APT 13<br>WILLISTON  ND 58801-3775 |
| PINNACLE BUSINESS FUNDING LLC<br>1777 REISTERSTOWN RD<br>PIKESVILLE  MD 21208-1313 | EXCLUDE<br>(D)PINNACLE BUSINESS FUNDING LLC<br>1777 REISTERSTOWN RD<br>PIKESVILLE  MD 21208-1313 | PIONEER CREDIT RECOVERY INC<br>PO BOX 189<br>ARCADE  NY 14009-0189 |
| PREBLE MEDICAL SERVICES INC<br>101 COLLINS AVENUE<br>MANDAN  ND 58554-3176 | PREBLE MEDICAL SERVICES INC<br>MARY ANN PREBLEOWNER<br>101 COLLINS AVENUE<br>MANDAN  ND 58554-3176 | QUALITY QUICK PRINT<br>37 1ST AVE WEST<br>DICKINSON  ND 58601-5102 |
| QUENT LUSK<br>1455 ROUGH RIDER BLVD  APT 202<br>DICKINSON  ND 58601-6760 | QUINTON JENKINS<br>201 COUNTY ROAD 685<br>QUITMAN  MS 39355-8982 | RIVER ADVANCE<br>36 AIRPORT RD<br>LAKEWOOD  NJ 08701-7034 |
| RAYMOND IBE<br>5809 VICTORIA AVE  UNIT H<br>WILLISTON  ND 58801-5174 | REGIONS BANK<br>PO BOX 11407<br>BIRMINGHAM  AL 35246-3035 | REGIONS BANK<br>CO MICHAEL J KLEPPERICH<br>PO BOX 2529<br>BILLINGS  MT 59103-2529 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| RICARDO MUZQUIZ<br>1004 PASEO DE TIBER<br>LAREDO   TX 78046-8939 | RIVER CAPITAL PARTNERS LLC<br>36 AIRPORT ROAD<br>LAKEWOOD   NJ 08701-7034 | EXCLUDE<br>(D)RIVER CAPITAL PARTNERS LLC<br>36 AIRPORT ROAD<br>LAKEWOOD   NJ 08701-7034 |
| ROB FETTIG<br>1860 4TH AVE E<br>DICKINSON   ND 58601-3362 | ROB FETTIG<br>1860 4TH AVE E DICKINSON<br>DICKINSON   ND 58601-3362 | ROBERT BOATRIGHT<br>1810 DIAZ AVE<br>BISMARCK   ND 78076-3384 |
| ROBERT HAIDER<br>1093 ENTERPRISE AVE  APT 3<br>BISMARCK   ND 58601-4162 | SHANNON BROCK<br>615 29TH ST W<br>DICKINSON   ND 58601-2536 | SOUTH METRO REMODEL AND HOME REPAIR<br>13617 4TH AVE SOUTH<br>BURNSVILLE   MN 55337-4071 |
| STEVEN KOPP<br>1911 RADNOR DR<br>MELBOURNE   FL 32901-4226 | STEVEN STACK<br>9201 275TH AVE SE<br>BISMARCK   ND 58781-9221 | THE AVANZA GROUP   LLC<br>1545 US 202   SUITE 101<br>POMONA   NY 10970-2951 |
| THE AVANZA GROUP LLC<br>3974 AMBOY ROAD STE 304<br>STATEN ISLAND   NY 10308-2414 | TODD GRIFFITHS<br>2463 COVES CT<br>DICKINSON   ND 58601-3030 | TRAVIS VERNON<br>633 27TH ST WEST<br>BISMARCK   ND 58501 |
| US ATTORNEY<br>655 FIRST AVE N STE 250<br>FARGO ND   58102-4932 | US SMALL BUSINESS ADMINISTRATION<br>JOHN W BAKER   ATTORNEY<br>721 19TH STREET<br>SUITE 426<br>DENVER  CO 80202-2517 | US SMALL BUSINESS ADMINISTRATION<br>14925 KINGSPORT ROAD<br>FORT WORTH   TX 76155-2243 |
| EXCLUDE<br>(D)US SMALL BUSINESS ADMINISTRATION<br>14925 KINGSPORT ROAD<br>FORT WORTH   TX 76155-2243 | VALENTIN MASCORRO<br>633 27TH ST WEST<br>DICKINSON   ND 58601-2520 | VOGEL LAW FIRM<br>218 NP AVE<br>FARGO   ND 58102-4834 |
| WESTERN EQUIPMENT SOLUTIONS<br>PO BOX 26975<br>SALT LAKE CITY   UT 84126-0975 | EXCLUDE<br>(D)WESTERN EQUIPMENT SOLUTIONS<br>PO BOX 26975<br>SALT LAKE CITY   UT 84126-0975 | YUKER TOWING<br>876 E BROADWAY ST<br>DICKINSON   ND 58601-7416 |
| YUKER TOWING AND REPAIR LLC<br>CO THOMAS F MURTHA IV<br>PO BOX 1111<br>DICKISNON   ND 58602-1111 | M2 EQUIPMENT FINANCE LLC<br>20800 SWENSON DRIVE<br>WAUKESHA   WI 53186-2075 | DANIEL GERSTBERGER<br>90 E SIX MILE ROAD<br>GARDEN CITY   KS 67846-9544 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| EXCLUDE<br>ERIK A AHLGREN<br>AHLGREN LAW OFFICE PLLC<br>220 W WASHINGTON AVE<br>STE 105<br>FERGUS FALLS MN 56537-2569 | EXCLUDE<br>(D)EDUARDO ORTIZ<br>6024 WILSHIRE DRIVE<br>TAMPA FL 33615-3432 | JENNIFER YOUNG<br>JENNIFER YOUNGS BOOKKEEPING SERVICES LLC<br>2200 SOUTH PLAZA DR 1<br>RAPID CITY SD 57702-9373 |
| EXCLUDE<br>(U)JOHN W BAKER ATTY US SMALL BUSINESS ADMI | JUSTIN BACON<br>PO BOX 176<br>WIBAUX MT 59353-0176 | MATTHEW BARRETT<br>3007 E PAPILLON CIRCLE<br>MESA AZ 85215 |
| MAURICE VERSTANDIG<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO ND 58102-4246 | ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS MN 55415-1320 | THOMAS KAPUSTA<br>PO BOX 90624<br>SIOUX FALLS SD 57109-0624 |