# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Stark Energy, Inc.<br><br>Debtor. | Case No.: 24-30168<br><br>Chapter 11 Subchapter V |

## MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE

Caren W. Stanley, counsel to Gate City Bank ("Movant"), respectively moves this Court to enter an order under Local Rule 5001-1 allowing the appearance by video conference for **Kevin Warner, Senior Vice President of Business Banking Operations, Gate City Bank,** 500 2nd Avenue North, Fargo, ND  58102 ("Warner") at the 10:00 a.m. hearing on Thursday, March 6, 2025 ("Hearing") respecting the following motions:

- Motion by Gate City Bank to Convert Chapter 11 Case to Chapter 7, or Alternatively, to Remove Debtor in Possession filed January 125, 2025 [Doc 208],

- Objection by Debtor to Gate City Bank's Motion to Convert Chapter 11 Case to Chapter 7, or Alternatively, to Remove Debtor in Possession filed February 5, 2025 [Doc 212],

and any other matters scheduled to take place during the Hearing.

Although the Hearing is scheduled to take place via video conference, the undersigned makes this request to ensure the Court is aware of the need for a video connection for Warner, as he would like to appear by video conference at the Hearing. The request to attend the Hearing by video conference will not cause any undue hardship to the parties herein.

WHEREFORE, Movant requests that Warner be allowed to appear by video conference at the Hearing.

Dated this third day of March, 2025.

**VOGEL LAW FIRM**

    BY:   */s/ Caren W. Stanley*
           Caren W. Stanley (#06100
           218 NP Avenue
           PO Box 1389
           Fargo, ND  58107-1389
           Telephone:  (701) 237-6983
           Fax:  (701) 476-7676
           Email: cstanley@vogellaw.com
           ATTORNEYS FOR GATE CITY BANK