# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:

**Stark Energy, Inc.**                                           **Bankr. No. 24-30168**

    **Debtor.**                                                **Chapter 11**

---

## MOTION TO APPEAR BY TELEPHONE

---

    Sarah J. Wencil, Trial Attorney for the U.S. Trustee, respectively moves this Court to enter an order under Local Rule 5001-1 allowing her to appear by telephone on Thursday, March 6 2025 at 10:00 a.m. on Gate City's Motion to Dismiss or Convert (Doc. 208).

    1.    The U.S. Trustee has not taken a position on the motion and will not be submitting evidence or examining witnesses. The U.S. Trustee wishes to appear by telephone to monitor the proceedings as the proceedings may impact the subchapter V case.

    2.    Travel to Fargo, North Dakota would be unduly burdensome and expensive for a limited purpose.

    WHEREFORE, Counsel requests that she be allowed to appear by telephone.

Dated: March 3, 2025                MARY R. JENSEN
                                          ACTING U.S. TRUSTEE REGION 12

                                          /s/ Sarah J. Wencil
                                          Sarah J. Wencil
                                          Office of the U.S. Trustee
                                          Suite 1015 U.S. Courthouse
                                          300 South Fourth St.
                                          Minneapolis, MN 55415
                                          Telephone: (612) 334-1366
                                          Sarah.J.Wencil@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

**Stark Energy, Inc.**                                         **Bankr. No. 24-30168**

    **Debtor.**                                         **Chapter 11**

---

### CERTIFICATE OF SERVICE

---

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:   March 3, 2025

                                                      /s/ Sarah J. Wencil
                                                      Sarah J. Wencil