# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

## <u>WITNESS LIST</u>

Bankruptcy Case Name:  _Stark Energy, Inc.__                    Chapter 11, Subchapter V
Bankruptcy Case No.: 24-30168 _____

Contested Matter (Y)
Adversary Proceeding No.: _____
Adversary Proceeding Title: _____

Witness to be called by Debtor

| NAME & ADDRESS | Will/ May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Robert Fettig<br>1860 4th Ave E<br>Dickinson, ND 58601-3362 | May | All relevant issues |