# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| In Re:<br><br>Stark Energy, Inc.,<br><br>                Debtor. | Case No.: 24-30168<br><br>Chapter 11, Subchapter V |
|---|---|

## GATE CITY BANK'S WITNESS LIST

Creditor Gate City Bank hereby provides the following Witness List with respect to the Motion of Gate City Bank to Convert Chapter 11 Case to Chapter 7, or Alternatively, to Remove Debtor in Possession. The Motion Hearing is set for **Thursday, March 6, 2025, at 10:00 a.m.**

| NAME & ADDRESS | Will/May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Kevin Warner<br>Gate City Bank<br>Fargo, ND  58102 | Will Call | Loan Documents, amount owing by Debtor; Gate City's lawsuits against Debtor and Fettig; etc. |
| Robert Fettig<br>Dickinson, ND | Will Call | Location of Gate City's collateral; Debtor's good faith; reorganization feasibility; etc. |

Dated this third day of March, 2025.

**VOGEL LAW FIRM**

BY: /s/ Caren W. Stanley
Caren W. Stanley (#06100)
cstanley@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
*ATTORNEYS FOR GATE CITY BANK*

**Re:** **Stark Energy, Inc.**
**Case No. 24-30168**

| | |
|---|---|
| STATE OF | ) |
| | ) SS     **CERTIFICATE OF SERVICE** |
| COUNTY OF | ) |

    Jill Nona, being first duly sworn, does depose and say: she is a resident of Fargo, North Dakota, of legal age and not a party to or interested in the above-entitled matter.

    On March 3, 2025, affiant caused the following document(s):

**GATE CITY BANK'S WITNESS LIST**

to be served electronically to the following:

*All ECF Filing Participants*

/s/ Jill Nona
Jill Nona

    Subscribed and sworn to before me this third day of March, 2025.

/s/ Sonie Thompson
Notary Public,  County, North Dakota

(SEAL)
4880-0967-4445 v.1

2