# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

## DEBTOR'S EXHIBIT LIST

Bankruptcy Case No.: 24-30168    Bankruptcy Case Title: Stark Energy, Inc.
Adversary Case No.: _____    Adversary Case Title: _____

| Ex. No. | Date | Witness | Description | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D001 | | | February Operating Report | will | | | | | | | | |
| D002 | | | 2021 Tax Returns | Will | | | | | | | | |
| D003 | | | 2022 Tax Returns | Will | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

\* - O - Original Record & Authenticity Only
\* -A – Admitted into Evidence for all purposes
§ - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____