UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re:<br><br>Stark Energy, Inc.,<br><br>Debtor. | Case No.: 24-30168<br><br>Chapter 11, Subchapter V |
|---|---|

**GATE CITY BANK'S <u>AMENDED</u> EXHIBIT LIST**

Creditor Gate City Bank hereby provides the following Exhibit List with respect to the Motion of Gate City Bank to Convert Chapter 11 Case to Chapter 7, or Alternatively, to Remove Debtor in Possession. The Motion Hearing is set for **Thursday, March 6, 2025, at 10:00 a.m.**

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GC-1 | | | Debtor's Schedules [Doc. 27] | | | | | | | | | |
| GC-2 | | | Monthly Operating Report for May 23-May 31, 2024 [Doc 089] | | | | | | | | | |
| GC-3 | | | Monthly Operating Report for June 2024 [Doc 143 and 147] | | | | | | | | | |
| GC-4 | | | Monthly Operating Report for July 2024 [Doc 165] | | | | | | | | | |
| GC-5 | | | Monthly Operating Report for August 2024 [Doc 175] | | | | | | | | | |
| GC-6 | | | Monthly Operating Report for September 2024 [Doc 194] | | | | | | | | | |
| GC-7 | | | Monthly Operating Report for October 2024 [Doc 201] | | | | | | | | | |

Document      Page 2 of 4

| Exhibit | | | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| GC-8 | | | Monthly Operating Report for November 2024 [Doc 203] | | | | | | |
| GC-9 | | | Monthly Operating Report for December 2024 [Doc 210] | | | | | | |
| GC-10 | | | Monthly Operating Report for January 2025 [Doc 216] | | | | | | |
| GC-11 | | | Summary prepared by counsel for Gate City Bank of Monthly Operating Reports of reported Projections vs. Actual | | | | | | |
| GC-12 | | | Master List of Equipment of Stark Energy, Inc. *See,* Doc 116, Exhibit A. | | | | | | |
| GC-13 | | | Gate City Bank's Motion to Convert Case to Chapter 7, or Alternatively, to Remove Debtor In Possession [Doc 208] | | | | | | |
| GC-14 | | | Stark County District Court's Contempt Order dated August 29, 2024, and counsel for Gate City Bank's letter to Judge Rhonda Ehlis also dated August 29, 2024 | | | | | | |
| GC-15 | | | Debtor's Proposed Second Amended Chapter 11 Plan dated February 24, 2025 [Doc 217] | | | | | | |
| GC-16 | | | Debtor's Exhibit A to proposed Chapter 11 Plan filed on September 24, 2024– Liquidation Analysis [Doc 176, p. 17] | | | | | | |
| GC-17 | | | Amended Proof of Claim of Gate City Bank for deficiency after equipment sale [Claim No. 19] | | | | | | In |
| GC-18 | | | Claim No. 20 regarding Gate City Bank's Note/Mortgage on Debtor's Shop located at 4090 130C Ave. W, Belfield, ND 58622 | | | | | | |
| GC-19 | | | Owners & Encumbrance Report regarding Debtor's Shop located at 4090 130C Ave. W, Belfield, ND 58622 | | | | | | |
| GC-20 | | | Payment history regarding Debtor's Shop located at 4090 130C Ave. W, Belfield, ND 58622 | | | | | | |
| GC-21 | | | Stark County Real Estate Property Tax Statements (unpaid) for years 2022, 2023, and 2024 regarding Debtor's Shop located at 4090 130C Ave. W, Belfield, ND 58622 | | | | | | |
| GC-22 | | | Notice of Pretrial and Jury Trial (Rescheduled) *for State of North Dakota vs. Robert Gene Fettig* (Case No. 45-2024-CR-157) re Collateral of Midland; and *State of North Dakota vs. Robert Gene Fettig* (Case No. 45-2024-CR-277) re collateral of Gate City Bank setting trial for September 8-12, 2025. | | | | | | |

\* - O - Original Record & Authenticity Only
\* - A - Admitted into Evidence for all purposes
§ - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____

Dated this 4th day of March, 2025.

                                          **VOGEL LAW FIRM**

BY: /s/ Caren W. Stanley
      Caren W. Stanley (#06100)
      cstanley@vogellaw.com
      218 NP Avenue
      PO Box 1389
      Fargo, ND 58107-1389
      Telephone: (701) 237-6983
      Fax: (701) 476-7676
      ATTORNEYS FOR GATE CITY BANK

**Re:  Stark Energy, Inc.**
       **Case No. 24-30168**

| | | |
|---|---|---|
| STATE OF              ) | | |
|                              ) SS | **CERTIFICATE OF SERVICE** | |
| COUNTY OF         ) | | |

Jill Nona, being first duly sworn, does depose and say: she is a resident of Fargo, North Dakota, of legal age and not a party to or interested in the above-entitled matter.

On March 4, 2025, affiant caused the following document(s):

**GATE CITY BANK'S AMENDED EXHIBIT LIST**

to be served electronically to the following:

*All ECF Filing Participants*

/s/ Jill Nona
Jill Nona

Subscribed and sworn to before me this 4th day of March, 2025.

/s/ Sonie Thompson
(SEAL)    Notary Public, County, North Dakota

4