# The Dakota Bankruptcy Firm

# INVOICE

1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102

Invoice # 10996
Date: 03/06/2025

Stark Energy, Inc.

## 00438-Stark Energy, Inc.

## Case Administration

| Type | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- |
| Service | 06/24/2024 | Attend deposition of Andrew Yuker | 3.40 | $300.00 | $1,020.00 |
| Service | 06/26/2024 | Call with R. Fettig re deposition details, recording of Yuker, and desire to show Yuker is being dishonest | 0.30 | $300.00 | $90.00 |
| Service | 06/26/2024 | Multiple e-mails to R. Fettig and D. Fettig re depositions; Calls with C. Stanley to coordinate logistics of same | 0.20 | $300.00 | $60.00 |
| Service | 06/27/2024 | Call with R. Fettig re forthcoming deposition, need to have personal criminal counsel advise on Fifth Amendment issues, and why it would be beneficial for entity if D. Fettig voluntarily appears for deposition | 0.20 | $300.00 | $60.00 |
| Service | 06/28/2024 | Defend deposition of R. Fettig | 4.30 | $300.00 | $1,290.00 |
| Service | 06/28/2024 | Attend deposition of D. Fettig | 1.00 | $300.00 | $300.00 |

**Subtotal** **$2,820.00**

## 00441-Stark Energy, Inc.

## Fee and Employment Applications

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 06/09/2024 | Draft employment application and supporting declaration | 0.20 | $300.00 | $60.00 |
| | | | | Subtotal | $60.00 |

## 00442-Stark Energy, Inc.

## Financing

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 06/12/2024 | Call with R. Fettig to prepare for testimony in hearing on post-petition financing motion | 0.40 | $300.00 | $120.00 |
| Service | 06/12/2024 | Review briefing on motion for post-petition financing and statutory burden, in preparation for hearing (no charge for original review of briefing so as to avoid duplication of time with co-counsel; time spent reviewing on eve of hearing being in the nature of time that would be expended in preparation for a hearing regardless of who handled briefing originally) | 0.80 | $300.00 | $240.00 |
| Service | 06/13/2024 | Call with individual counsel for R. Fettig, in advance of hearing on motion to approve factoring arrangement, re scope of questions and potential invocation of Fifth Amendment privilege | 0.10 | $300.00 | $30.00 |
| Service | 06/13/2024 | Attend hearing on motion to approve factoring agreement, adduce evidence, and argue same | 1.40 | $300.00 | $420.00 |
| Service | 06/17/2024 | Review proposed order and e-mails re same; Draft notice and file alongside proposed order | 0.20 | $300.00 | $60.00 |
| | | | | Subtotal | $870.00 |

| | | | | Total | $3,750.00 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 10996 | 04/05/2025 | $3,750.00 | $0.00 | $3,750.00 |

|  |  |
|---|---|
| **Outstanding Balance** | **$3,750.00** |
| **Total Amount Outstanding** | **$3,750.00** |