| | | |
|---|---|---|
| Label Matrix for local noticing<br>0868-3<br>Case 24-30168<br>District of North Dakota<br>Fargo<br>Thu Mar  6 16:05:29 CST 2025 | Alliance Funding Group<br>Dressler Peters LLC<br>c/o Ken Peters<br>101 W. Grand Ave, Suite 404<br>Chicago, IL 60654-7129 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Gate City Bank<br>c/o Caren W. Stanley<br>Vogel Law Firm<br>P.O. Box 1389<br>Fargo, ND 58107-1389 | Regions Bank<br>c/o Crowley Fleck PLLP<br>Attn: Michael J. Klepperich<br>490 N 31st St., Ste. 500<br>PO Box 2529<br>BILLINGS, MT 59103-2529 | Stark Energy, Inc.<br>1860 4th Ave E<br>PO Box 748<br>Dickinson, ND 58602-0748 |
| U.S. BANKRUPTCY COURT<br>655 1ST AVENUE NORTH, SUITE 210<br>FARGO, ND 58102-4932 | AVANZA GROUP, LLC<br>3974 Amboy Rd. Suite 306<br>Staten Island, NY 10308-2414 | Adam Hammerle<br>31732 Avondale<br>Westland, MI 48186-4993 |
| Alexander Miller<br>P.O. Box 3256<br>Bismarck, ND 58602-0016 | (p)ALLIANCE FUNDING GROUP<br>17542 17TH STREET<br>SUITE 200<br>TUSTIN CA 92780-1960 | Alliance Funding Group<br>Attn: Officer or Managing Agent<br>3974 Amboy Rd Suite 306<br>Staten Island NY 10308-2414 |
| Alliance Funding Group<br>c/o Kenneth D. Peters, Esq.<br>Dressler & Peters, LLC<br>101 W Grand Ave, Suite 404<br>Chicago, IL 60654-7129 | Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Financial<br>500 Woodward Ave<br>Detroit, MI 48226-3416 |
| Amerifi Capital LLC<br>330 Main St #105<br>Hartford, CT 06106-1860 | (p)ASCENTIUM CAPITAL<br>ATTN BANKRUPTCY<br>23970 US 59 NORTH<br>KINGWOOD TX 77339-1535 | Berkovitch & Bouskila, PLLC<br>1545 U.S. 202, Suite 101<br>Pomona, NY 10970-2951 |
| Brad Cross<br>809 ECR 7250<br>Bismarck, ND 79404 | Bright Design Homes<br>319 Prairie Dr<br>Stanley, ND 58784-8516 | Bryan A. Kostelecky<br>1150  11th Avenue West<br>Dickinson, ND 58601-3652 |
| Bryan Adolph Kostelecky<br>1150  11th Ave W.<br>Dickinson, ND 58601-3652 | CLOUD FUND LLC<br>400 Rella Blvd. Suite 165-101<br>Suffern, NY 10901-4241 | CT Corporation System<br>Attn: SPRS<br>330 N Brand Blvd Suite 700<br>Glendale, CA 91203-2336 |
| CTHD Company<br>Attn: Officer or Managing Agent<br>PO Box 2576<br>Springfield, IL 62708-2576 | Capital One - Spark Business<br>PO Box 71087<br>Charlotte, NC 28272-1087 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Cody Ford<br>P.O. Box 64<br>Bismarck, ND 58502-0064 | Cody Laffitte<br>215 Waldroup Rd.<br>Eros, LA 71238-7206 | County Line Truck Stop<br>PO Box  2140<br>Dickinson, ND 58602-2140 |

| | | |
|---|---|---|
| Craig Elser<br>2584 6th Ave W., Apt 7<br>Dickinson, ND 58601-2556 | DCI - Credit Services, Inc.<br>121 E Rosser Ave<br>Bismarck, ND 58501-3864 | Daniel Gerstberger<br>90 East 6 Mile Rd<br>Garden City, KS 67846-9544 |
| Daniel Gerstberger<br>c/o Thomas F. Murtha<br>PO Box 1111<br>Dickinson, ND 58602-1111 | Daniel Paluck<br>2030 Sierra Commons Rd., Apt 738<br>Dickinson, ND 58601-5173 | Dustin O'Neill<br>1615 Main St.<br>Bismarck, ND 58501 |
| Dylan Boykin<br>8715 Pine Springs<br>Meridian, MS 39305-9355 | Dylan Newton<br>527 2nd Ave E.<br>Dickinson, ND 58601-4476 | Dynasty Capital 26, LLC<br>96-14 Metropolitan Ave 2nd FL<br>Forest Hills, NY 11375-6675 |
| EN OD Captial LLC<br>11777 Reisterstown Rd.<br>Pikesville, MD 21208 | EVERYDAY FUNDING GROUP LLC<br>132 32nd St.<br>Brooklyn, NY 11232-1920 | Ebeltoft, Sickler Lawyers PLLC<br>2272 Eight Street West<br>Dickinson, ND 58601-8590 |
| Ebeltoft, Sickler Lawyers PLLC<br>2272 Eighth Street West<br>Dickinson, ND 58601-8590 | Eduardo Ortiz<br>2717 11th Ave.<br>Williston, ND 58801-2943 | Eduardo Ortiz<br>6024 Wilshire Dr.<br>Tampa, FL 33615-3432 |
| Fettig Enterprise Inc<br>1860 4th Ave E<br>Dickinson, ND 58601-3362 | Financial Pacific Leasing Inc.<br>3455 S 344th Way Ste 300<br>Federal Way, WA 98001-9546 | Financial Pacific Leasing Inc.<br>Attn: Officer or Managing Agent<br>3455 S 344th Way Ste 300<br>Federal Way, WA 98001-9546 |
| Garrett McKenzie<br>1289 24th St W<br>Bismarck, ND 58601-2716 | Gate City Bank<br>1761 Third Ave W<br>Dickinson, ND 58601-3086 | Gate City Bank<br>204 Sims St<br>Dickinson, ND 58601-5142 |
| Gate City Bank<br>Attn: Caren Stanley, Vogel Law Firm<br>PO Box 1389<br>Fargo ND  58107-1389 | Gate City Bank<br>c/o Caren Stanley<br>Vogel Law Firm<br>PO Box 1389<br>Fargo, ND 58107-1389 | Greg Moore<br>632 8th St SE<br>Bismarck, ND 58501 |
| Greg Moore<br>632 8th St SE<br>Sidney, MT 59270-5316 | Helen George<br>1813 4th Ave E.<br>Bismarck, ND 58501 | Internal Revenue Service<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| Jason Lavigne<br>375 Horizon St.<br>Killdeer, ND 58640 | Jeffrey Schmitt<br>4007 33rd St. N.<br>Bismarck, ND 58102-6237 | Jennifer M. Gooss<br>PO Box 249<br>Beulah, ND 58523-0249 |

| | | |
|---|---|---|
| Jennifer M. Gooss<br>Solem Law Office<br>PO Box 249<br>Beulah, ND 58523-0249 | Jett Ogren<br>c/o ND Department of Labor<br>600 E. Boulevard Ave Dept 406<br>Bismarck, ND 58505-0340 | John C. Williams & Associates<br>1612 Northeast Expressway<br>Atlanta, GA 30329-2003 |
| Justin Bacon<br>305 North Wibaux Street<br>P.O. Box 176<br>Wibaux MT 59353-0176 | Justin Bacon<br>c/o ND Department of Labor<br>600 E. Boulevard Ave Dept 406<br>Bismarck, ND 58505-0340 | Justin Lavigne<br>c/o ND Department of Labor<br>600 E. Boulevard Ave Dept 406<br>Bismarck, ND 58505-0340 |
| Keller Paving & Landscaping, Inc.<br>1820 Hwy 2 Bypass East<br>Minot, ND 58701-7929 | Kenneth Mack<br>306 13th St. NE<br>Tioga, ND 58852-7150 | Knightsbridge Funding LLC<br>1706 Ave M<br>Brooklyn NY 11230-5307 |
| Knightsbridge Funding LLC<br>40 Wall St<br>New York, NY 10005-1304 | Landmark Funding<br>10232 Southard Dr<br>Beltsville, MD 20705-2105 | Landmark Funding<br>411 Kingston Ave Ste 201<br>Brooklyn NY 11225-3171 |
| Linebarger Goggan Blair & Sampson, LLP<br>233 South Wacker Drive Suite 60606-6379 | Linebarger Goggan Blair & Sampson, LLP<br>233 South Wacker Drive Suite 4030<br>Chicago, IL 60606-6379 | M2 Financing<br>20800 Swenson Drive  Suite 475<br>Waukesha, WI 53186-2075 |
| Marcelino Gonzalez<br>P.O. Box 295<br>Elsa, TX 78543-0295 | Mathew Barrett<br>3007 E Papillon Circle<br>Mesa, AZ 85215 | Mathew Haberstroh<br>3907 East Duke Street<br>Lubbock, TX 79403-3807 |
| Michael Werner<br>828 South 6th Street<br>Canon City, CO 81212-4123 | Midland States Bank<br>1201 Network Centre Drive<br>Effingham, IL 62401-4677 | Midland States Bank<br>Attn: Caren Stanley<br>Vogel Law Firm<br>PO Box 1389<br>Fargo ND  58107-1389 |
| Office of State Tax Commissioner<br>600 E Boulevard<br>Bismarck, ND 58505-0599 | PARKVIEW ADVANCE LLC<br>400 Main St.<br>Stamford, CT 06901-3000 | Patrick Volck<br>1402 20th Ave W., Apt 13<br>Williston, ND 58801-3775 |
| Pinnacle Business Funding LLC<br>1777 Reisterstown Rd<br>Pikesville, MD 21208-1313 | Pioneer Credit Recovery Inc<br>PO Box 189<br>Arcade, NY 14009-0189 | Preble Medical Services Inc.<br>101 Collins Avenue<br>Mandan, ND 58554-3176 |
| Preble Medical Services Inc.<br>Mary Ann Preble-Owner<br>101 Collins Avenue<br>Mandan, ND 58554-3176 | Quality Quick Print<br>37 1ST Ave West<br>Dickinson, ND 58601-5102 | Quent Lusk<br>1455 Rough Rider Blvd., Apt 202<br>Dickinson, ND 58601-6760 |

| | | |
|---|---|---|
| Quinton Jenkins<br>201 County Road 685<br>Quitman, MS 39355-8982 | RIVER ADVANCE<br>36 Airport Rd<br>Lakewood, NJ 08701-7034 | Raymond Ibe<br>5809 Victoria Ave., Unit H<br>Williston, ND 58801-5174 |
| Regions Bank<br>PO Box 11407<br>Birmingham, AL 35246-3035 | Regions Bank<br>c/o Michael J. Klepperich<br>P.O. Box 2529<br>Billings, MT 59103-2529 | Ricardo Muzquiz<br>1004 Paseo De Tiber<br>Laredo, TX 78046-8939 |
| River Capital Partners LLC<br>36 Airport Road<br>Lakewood, NJ 08701-7034 | Rob Fettig<br>1860 4TH AVE E<br>Dickinson, ND 58601-3362 | Rob Fettig<br>1860 4TH AVE E DICKINSON<br>Dickinson, ND 58601-3362 |
| Robert Boatright<br>1810 Diaz Ave.<br>Bismarck, ND 78076-3384 | Robert Haider<br>1093 Enterprise Ave., Apt 3<br>Bismarck, ND 58601-4162 | Shannon Brock<br>615 29th St. W.<br>Dickinson, ND 58601-2536 |
| South Metro Remodel and Home Repair<br>13617 4th Ave South<br>Burnsville, MN 55337-4071 | Steven Kopp<br>1911 Radnor Dr.<br>Melbourne, FL 32901-4226 | Steven Stack<br>9201 275th Ave SE<br>Bismarck, ND 58781-9221 |
| THE AVANZA GROUP, LLC<br>1545 U.S. 202, Suite 101<br>Pomona, NY 10970-2951 | The Avanza Group LLC<br>3974 Amboy Road Ste 304<br>Staten Island, NY 10308-2414 | Todd Griffiths<br>2463 Coves Ct.<br>Dickinson, ND 58601-3030 |
| Travis Vernon<br>633 27th St. West<br>Bismarck, ND 58501 | U.S. Attorney<br>655 First Ave N Ste 250<br>Fargo ND 58102-4932 | U.S. Small Business Administration<br>John W. Baker, Attorney<br>721 19th Street<br>Suite 426<br>Denver, CO 80202-2517 |
| US Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155-2243 | Valentin Mascorro<br>633 27th St. West<br>Dickinson, ND 58601-2520 | Vogel Law Firm<br>218 NP AVE<br>Fargo, ND 58102-4834 |
| Western Equipment Solutions<br>PO Box 26975<br>Salt Lake City, UT 84126-0975 | Yuker Towing<br>876 E Broadway St<br>Dickinson, ND 58601-7416 | Yuker Towing and Repair LLC<br>c/o Thomas F. Murtha IV<br>PO Box 1111<br>Dickisnon, ND 58602-1111 |
| m2 Equipment Finance LLC<br>20800 Swenson Drive<br>Waukesha, WI 53186-2075 | Daniel Gerstberger<br>90 E Six Mile Road<br>Garden City, KS 67846-9544 | ERIK A. AHLGREN<br>Ahlgren Law Office, PLLC<br>220 W. Washington Ave.<br>Ste 105<br>Fergus Falls, MN 56537-2569 |

Jennifer Young
Jennifer Youngs Bookkeeping Services LLC
2200 South Plaza Dr #1
Rapid City, SD 57702-9373

Justin Bazor
PO Box 176
Wibaux, MT 59353-0176

Matthew Barrett
3007 E Papillon Circle
Mesa, AZ 85215

Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102-4246

Robert B. Raschke
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

Thomas Kapusta
PO Box 90624
Sioux Falls, SD 57109-0624

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Alliance Funding Group
17542 17th St. #200
Tustin, CA 92780

Ascentium Capital LLC
23970 Hwy 59 North
Kingwood, TX 77339

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)Amerifi Capital LLC
330 Main St #105
Hartford, CT 06106-1860

(d)Capital One - Spark Business
PO Box 71087
Charlotte, NC 28272-1087

(d)County Line Truck Stop
PO Box  2140
Dickinson, ND 58602-2140

(d)DCI - Credit Services Inc.
121 E Rosser Ave
Bismarck, ND 58501-3864

(d)Dynasty Capital 26, LLC
96-14 Metropolitan Ave 2nd FL
Forest Hills, NY 11375-6675

(d)Gate City Bank
c/o Caren W. Stanley
Vogel Law Firm
PO Box 1389
Fargo, ND 58107-1389

(d)John C. Williams & Associates
1612 Northeast Expressway
Atlanta, GA 30329-2003

(d)M2 Financing
20800 Swenson Drive  Suite 475
Waukesha, WI 53186-2075

(d)Mathew Barrett
3007 E Papillon Circle
Mesa, AZ 85215

(d)Midland States Bank
1201 Network Centre Drive
Effingham, IL 62401-4677

(d)Pinnacle Business Funding LLC
1777 Reisterstown Rd
Pikesville, MD 21208-1313

(d)River Capital Partners LLC
36 Airport Road
Lakewood, NJ 08701-7034

(d)US Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155-2243

(d)Western Equipment Solutions
PO Box 26975
Salt Lake City, UT 84126-0975

```
(d)Eduardo Ortiz                    (u)John W. Baker, Atty U.S. Small Business Ad      End of Label Matrix
6024 Wilshire Drive                                                                    Mailable recipients   125
Tampa, FL 33615-3432                                                                   Bypassed recipients    17
                                                                                       Total                 142
```