**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

Stark Energy, Inc.,

Chapter 11, Subchapter V
Case No. 24-30168

Debtor.

**APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION**
**TO ATTORNEY FOR THE DEBTOR**

The Ahlgren Law Office, PLLC, as attorney for the Debtor ("Applicant"), respectfully represents as follows:

1. Applicant is the attorney for the Debtor in the above-captioned Chapter 11 subchapter V case.

2. Debtor filed its voluntary petition for relief under Chapter 11 subchapter V on April 23, 2024. The case was dismissed on March 6, 2025.

3. This court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334, and Federal Rule of Bankruptcy Procedure 5005. Bankruptcy Rule 2016 governs this application. The present matter is a core proceeding.

4. The Order Approving Retention of Counsel was executed by the Honorable Shon Hastings on May 22, 2024.

5. A plan was not confirmed and case was dismissed on March 6, 2025.

6. Applicant has made no previous application for compensation. The Applicant was paid a retainer of $20,000.00 which Applicant has retained in Applicant's trust account pending approval of this application.

7. Pursuant to this current request, Applicant seeks authorization to apply the $20,000.00 retainer and seeks final allowance of fees and reimbursement of expenses as follows:

| Fees: | | Hours | Rate | Cost |
|---|---|---|---|---|
| | Erik Ahlgren | 154.60 | 335.00 | 51,791.00 |
| | Lisa Tuel-Ahlgren | 65.25 | 175.00 | 11,418.75 |

| Expenses: | | |
|---|---|---|
| | Bky Atty Services | 2,398.72 |
| | Court Filing Fees | 1,772.00 |
| | Postage | 18.96 |
| | Mileage | 287.26 |
| Total: | | $67,686.69 |

8. All services rendered and expenses incurred for which compensation or reimbursement is required were performed or incurred for or on behalf of the Debtor; the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

9. Attached to this application are the following:

   a. an itemization of time expended, including a description of the task, the person performing the task and the hourly rate; and

   b. an itemization of all expenses.

10. Applicant has not shared or agreed to share any compensation received in connection with the bankruptcy case with any person or entity.

**Wherefore**, Applicant requests the Court to enter an Order awarding the requested fees and expenses.

Ahlgren Law Office, PLLC

Dated: March 7, 2025

/s/Erik A. Ahlgren
Erik A. Ahlgren
North Dakota Bar No. 09561
220 West Washington Ave, Ste 105
Fergus Falls, MN 56537
Office: 218-998-2775
erik@ahlgrenlawoffice.net

ATTORNEY FOR DEBTOR

Verification

I, Erik A. Ahlgren, the applicant in the foregoing Application for Allowance of Final Compensation to Attorney for the Debtor, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief

Executed on: March 7, 2025                                         /s/ Erik A. Ahlgren
                                                                   Erik A. Ahlgren

**Ahlgren Law Office, PLLC**

INVOICE

Invoice # 1503
Date: 03/07/2025
Due On: 05/31/2025

220 W Washington Ave Ste 105
Fergus Falls, MN 56537

Stark Energy, Inc.
1860 4th Ave E
PO Box 748
Dickinson, ND 58602

**24-01062**

**Stark Energy Inc Chapter 11 Subchapter V 24-30168**

### Services

| Type | Date | Notes | Quantity | Rate | Total | Attorney |
|---|---|---|---|---|---|---|
| Service | 04/23/2024 | Create efile; download ECF filings; process to file; prepare notice for retention of counsel; finalize application to retain Ahlgren Law Office and file with court. | 1.80 | $175.00 | $315.00 | LA |
| Service | 04/23/2024 | T/C with C. Stanley; Email notice of filing to UST; Finalize and file app to retain counsel; Review and submit UST authorization form | 2.00 | $335.00 | $670.00 | EA |
| Service | 04/23/2024 | T/C with R. Fettig; Obtain information for emergency filing; Prepare documents for filing and application to retain counsel; Email correspondence re same | 3.00 | $335.00 | $1,005.00 | EA |
| Service | 04/23/2024 | Work on bankruptcy documents; multiple emails and calls with EAA and client; update documents; file bankruptcy with court; email to Attorney Stanley | 6.00 | $175.00 | $1,050.00 | LA |
| Service | 04/24/2024 | Email correspondence with Sub V Trustee; Research and email Regions Bank counsel re motion to show | 0.75 | $335.00 | $251.25 | EA |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | cause. | | | | |
| Service | 04/25/2024 | Email re DIP Account requirements; Email requesting information on secured claims; Research re UCC filings; Review equip spreadsheet and email; Research re Fettig Equipment; Email info requests re same; Email C. Stanley requesting secured creditor info; Email F. Morgenstern re equipment; Email model financing motions to F. Morgenstern; Emails re possible turnover actions for equipment and adequate protection requirements | 2.20 | $335.00 | $737.00 | EA |
| Service | 04/26/2024 | Review and respond to emails re factoring | 0.25 | $335.00 | $83.75 | EA |
| Service | 04/26/2024 | Draft email re Initial Financial Report/ Email re adequate protection requirements to get trucks released | 0.25 | $335.00 | $83.75 | EA |
| Service | 04/28/2024 | Review Assets and creditors in preparation for filing schedules; Research re UCC filings and draft email providing instructions for preparing summary; Research filing requirements for tax returns and financial statements; email information requests; Review POC re Alliance Funding; Email requesting information re same; Review and respond to client re emails re schedules and filing requirements; Email to Anders Jorve re guaranty of fees; Email Delene requesting titles and loan docs | 4.00 | $335.00 | $1,340.00 | EA |
| Service | 04/28/2024 | Work on documents; emails to client and EAA | 2.00 | $175.00 | $350.00 | LA |
| Service | 04/29/2024 | Work on completion documents; multiple calls with Delene | 4.50 | $175.00 | $787.50 | LA |
| Service | 04/30/2024 | Email and T/C to organize filing of financial information and to follow-up on information requests for schedules | 1.00 | $335.00 | $335.00 | EA |
| Service | 04/30/2024 | File small business documents with court; calls from client | 0.80 | $175.00 | $140.00 | LA |
| Service | 05/01/2024 | Review Gate City motion for relief from stay; Email R. Fettig re motion and set out information requirements; Email instructions re legal research; Review proposed Riviera DIP | 1.00 | $335.00 | $335.00 | EA |

|         |            |                                                                                                                                                                                                                                                     |      |          |           |    |
|---------|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|-----------|----|
|         |            | financing motion                                                                                                                                                                                                                                    |      |          |           |    |
| Service | 05/02/2024 | Review and respond to Gate City request for a 2004 Exam; Email Rob re same; Research and draft email re information required for schedules and deadline re same; Research ND database re judgments and open litigation; Prepare schedule re same; Email F. Morgenstern re UCC filings and information needed for schedules | 2.00 | $335.00  | $670.00   | EA |
| Service | 05/03/2024 | Research status of information requests and email client re same; Email re fee guaranty; draft motion to extend deadline to file schedules                                                                                                          | 1.80 | $335.00  | $603.00   | EA |
| Service | 05/04/2024 | Review emails and work on documents                                                                                                                                                                                                                 | 2.50 | $175.00  | $437.50   | LA |
| Service | 05/06/2024 | Call from client; review emails                                                                                                                                                                                                                     | 1.00 | $175.00  | $175.00   | LA |
| Service | 05/07/2024 | Review share file and emails; respond to EAA                                                                                                                                                                                                        | 0.50 | $175.00  | $87.50    | LA |
| Service | 05/07/2024 | Review email correspondence from client and status of information required for schedules; Draft emails outlining priorities for providing information                                                                                               | 1.00 | $335.00  | $335.00   | EA |
| Service | 05/08/2024 | receive returned 341 notice; email Rob for updated address for Knightbridge; draft certificate of service and file with court                                                                                                                       | 0.40 | $175.00  | $70.00    | LA |
| Service | 05/09/2024 | Review emails; update documents; email to EAA                                                                                                                                                                                                       | 2.50 | $175.00  | $437.50   | LA |
| Service | 05/09/2024 | T/C with R. Fettig to discuss factual background re Gate City relief from stay motion                                                                                                                                                               | 1.50 | $335.00  | $502.50   | EA |
| Service | 05/10/2024 | Review draft of schedules; Prepare and email table setting out required information; Draft outline of response to Gate City Motion for Relief from Stay                                                                                             | 1.50 | $335.00  | $502.50   | EA |
| Service | 05/11/2024 | Review and revise objection to Gate City Motion for Relief from Stay; Reseach and draft discussion re adequate protection                                                                                                                           | 3.50 | $335.00  | $1,172.50 | EA |
| Service | 05/12/2024 | Review and revise declarations of R. Fettig and N. Wald; Emails re same                                                                                                                                                                             | 1.50 | $335.00  | $502.50   | EA |
| Service | 05/12/2024 | Review emails; work on documents                                                                                                                                                                                                                    | 5.00 | $175.00  | $875.00   | LA |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 05/13/2024 | Call to client; email to client | 1.50 | $175.00 | $262.50 | LA |
| Service | 05/14/2024 | Review and finalize Objection to Relief from Stay | 0.30 | $335.00 | $100.50 | EA |
| Service | 05/14/2024 | Review emails update documents, call to client, email to client | 3.00 | $175.00 | $525.00 | LA |
| Service | 05/15/2024 | Review Debtor's objection to Gate City Relief from Stay motion, draft certificate of service; organize final document and prepare pdf; file with court; web research for Landmark Funding address; mail out 341 notice to Landmark Funding and file certificate of service with court | 1.10 | $175.00 | $192.50 | LA |
| Service | 05/15/2024 | T/C with attorney Phil Sand re declaration; Emails re same; Follow-up conference call with Rob and Phil; Revise declaration and response re same; Tele and email communications re schedules and open info requirements | 2.75 | $335.00 | $921.25 | EA |
| Service | 05/15/2024 | T/C with client | 0.10 | $175.00 | $17.50 | LA |
| Service | 05/16/2024 | Review emails; update documents; tele and email communications with client and EAA | 5.00 | $175.00 | $875.00 | LA |
| Service | 05/16/2024 | Work on schedules and statements to complete bankruptcy filing; Arrange for DIP Bank account | 4.50 | $335.00 | $1,507.50 | EA |
| Service | 05/17/2024 | Receive returned 341 notice addressed to River Capital Partners LLC; email Delene and Rob to provide correct address | 0.10 | $175.00 | $17.50 | LA |
| Service | 05/17/2024 | Work on documents; file completion with court | 7.00 | $175.00 | $1,225.00 | LA |
| Service | 05/17/2024 | Finalize and arrange for filing of schedules and statements to complete bankruptcy filing | 4.00 | $335.00 | $1,340.00 | EA |
| Service | 05/18/2024 | Research and draft email requesting information for initial financial report | 0.50 | $335.00 | $167.50 | EA |
| Service | 05/19/2024 | Emails re equipment list to identify equipment repossessed and missing; Emails re scheduling of relief from stay hearing and meeting of creditors; Email and T/C with client re scheduling and testimony; Email correspondence with C. Stanley re witness list, proposed stipulations and | 4.00 | $335.00 | $1,340.00 | EA |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | scheduling; Draft DIP Financing Motion; Email correspondence with S. Wencil re scheduling of hearings; Draft letter demanding return of drill rig; Email court re scheduling of conflicting 341 meeting and relief from stay motion | | | | |
| Service | 05/20/2024 | Review emails re completion documents; pay court fee; arrange for service of 341 notice on additional creditors added; serve Status conference order on Ally Bank and file COS. | 0.50 | $175.00 | $87.50 | LA |
| Service | 05/20/2024 | Arrange for mailing and email of Demand Letter re Drilling Rig; | 0.20 | $175.00 | $35.00 | LA |
| Service | 05/20/2024 | Call bankruptcy court; create and file declaration of compensation with court | 0.30 | $175.00 | $52.50 | LA |
| Service | 05/20/2024 | Email correspondence re scheduling of conflicting relief from stay hearing and 341 meeting; Email proposed DIP Financing motion to Riviera for comment; Email demand letter to iSpy re return of drill rig; Notice of change in scheduling for 341 meeting; email re Initial Financial Report | 3.00 | $335.00 | $1,005.00 | EA |
| Service | 05/21/2024 | Review objection to continue hearing; draft certificate of service for objection; create pdf and file objection with court; serve objection; review court docket and download recent ECF filings; process to file | 0.60 | $175.00 | $105.00 | LA |
| Service | 05/21/2024 | T/C with Rob; Email Ryon instruction re liquidation valuation and creating table of claims and interest for the Plan; Email Frederick re preparation of Cash Flow analysis; Review Gate City Motion for continuance and draft objection re same; Review court order re scheduling of preliminary hearing on Motion for Relief from Stay; Email C. Stanley re hearing and subpoenas; | 2.80 | $335.00 | $938.00 | EA |
| Service | 05/22/2024 | Prepare for and participate in Initial Debtor Interview; Follow-up call with R. Fettig; Review Riviera comments to finance motion; Revise motion and respond to email; Research and draft adversary complaint re turnover of drilling rig | 4.50 | $335.00 | $1,507.50 | EA |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 05/24/2024 | File COS for U.S. Atty and IRS; File COS for DIP motion | 0.30 | $175.00 | $52.50 | LA |
| Service | 05/24/2024 | Finalize iSpy Adv Proc complaint.; Email M Hute re same | 0.50 | $335.00 | $167.50 | EA |
| Service | 05/26/2024 | Follow-up emails re subpoena requests and bank statements; Review and respond to S. Wencil emails | 0.40 | $335.00 | $134.00 | EA |
| Service | 05/27/2024 | Work on spreadsheets for reorganization plan | 5.00 | $175.00 | $875.00 | LA |
| Service | 05/27/2024 | Review and respond to emails of R. Fettig setting out priorities; Email Alliance Funding Group re proof of claim and security interests; Review and respond to email of S. Wencil re IDI information; Email R Fettig re status of equipment; Email C. Stanley re hearing on Motion for Relief from Stay | 1.30 | $335.00 | $435.50 | EA |
| Service | 05/28/2024 | Review returned mail for 341 notice; compose summary of address and email to client to provide correct addresses | 0.50 | $175.00 | $87.50 | LA |
| Service | 05/28/2024 | Draft Witness and Exhibit List; email to Erik for review; finalize and file with court. | 0.45 | $175.00 | $78.75 | LA |
| Service | 05/29/2024 | Prepare for Relief from Stay Motion Evidentiary hearing; T/C with C. STanley re stipulated declarations; Review supplemental briefing and declarations filed by Gate City; T/C with R. Fettig; Review subpoena responses from SW Correctional; Draft email to client and P. Becker; Email S. Wencil info for 341 meeting | 4.00 | $335.00 | $1,340.00 | EA |
| Service | 05/30/2024 | Prepare for and attend hearing on relief from stay motion and Meeting of creditors; Follow-up calls with R. Fettig and P. Becker; Draft Ch 11 status report | 4.50 | $335.00 | $1,507.50 | EA |
| Service | 05/31/2024 | T/C with Rob; Review research re Gate City obligation to turnover assets and effect of auction contract as a disposition | 0.60 | $335.00 | $201.00 | EA |
| Service | 06/01/2024 | Draft proposed iSpy Mutual release agreement; Email correspondence with M Hute; Revise and email | 1.00 | $335.00 | $335.00 | EA |

|  |  |  | | | | |
|---|---|---|---|---|---|---|
|  |  | release agreement |  |  |  |  |
| Service | 06/03/2024 | Review UST objection to DIP financing; Email correspondence with Riviera re same; T/C with Rob same; Follow-up email to Riviera; Review and respond to GAte City request for production of documents | 1.50 | $335.00 | $502.50 | EA |
| Service | 06/04/2024 | Research re right to obtain turnover of Gate City assets and effect of transferring title; Review and respond to request for production of documents | 1.25 | $335.00 | $418.75 | EA |
| Service | 06/05/2024 | T/C with Rob; T/C with Greg Kmieck of Riviera; Revise proposed order approving financing; Email UST and Riviera re same; Email Delene IDI information requests; Email Cornerstone Bank IDI info requests; Email R. Bernas of Riviera re non-factored payments | 1.80 | $335.00 | $603.00 | EA |
| Service | 06/06/2024 | Review Gate City objection to DIP Financing motion; Emails with Cornerstone Bank and UST re sample check; Email Frederick MOR | 0.70 | $335.00 | $234.50 | EA |
| Service | 06/07/2024 | Email correspondence with Riviera re financing agreement; Email C. STanley re objection to Gate City financing motion | 0.40 | $335.00 | $134.00 | EA |
| Service | 06/09/2024 | Email re IDI follow-up; email Frederick with model MOR and instructions for completing; Draft outline of outstanding matters for Mac; Review M. Barrett objection and draft email re issues; Draft email addressing UST objections and responses to assist Mac in preparing for hearing; Draft email re Claw-back claims re East End Towing; Email iSpy regarding resolution of Drilling Rig claims | 4.00 | $335.00 | $1,340.00 | EA |
| Service | 06/10/2024 | Emails negotiating a return of drilling rig; emails re Volvo and relationship between Alliance Funding Group; Emails re bank statements to follow-up from IDI; Provide info in response to subpoena; file witness and exhibit list | 1.50 | $335.00 | $502.50 | EA |
| Service | 06/11/2024 | T/C with S. Wencil re objection to DIP Financing; Revise proposed order and email re same | 1.50 | $335.00 | $502.50 | EA |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 06/12/2024 | Revisions to proposed DIP financing order; emails re same with S. Wencil, T. Kapusta; Email explaining changes to Riviera | 2.00 | $335.00 | $670.00 | EA |
| Service | 06/17/2024 | Email Riviera re DIP Financing hearing and expected court order; Email Rob re Drilling Rig; Email Mac re proposed DIP order; Email Frederick re MOR; Email Rob re meeting of creditors | 0.75 | $335.00 | $251.25 | EA |
| Service | 06/19/2024 | Prepare for and participate in continued 341 meeting; Follow-up T/C with Rob | 2.00 | $335.00 | $670.00 | EA |
| Service | 06/25/2024 | Review Riviera email raising concerns about the court's order approving financing; Research and draft email analyzing differences between the proposed order and the court's order | 2.20 | $335.00 | $737.00 | EA |
| Service | 06/26/2024 | Review court's order approving financing; Research and respond to emails from Riviera re same | 1.60 | $335.00 | $536.00 | EA |
| Service | 06/28/2024 | Research and draft response to Regions Bank Summary Judgment motion, including declarations of R. Fettig and N. Wald | 3.70 | $335.00 | $1,239.50 | EA |
| Service | 07/08/2024 | Prepare for evidentiary hearing on Gate City motion for relief from stay | 5.00 | $335.00 | $1,675.00 | EA |
| Service | 07/09/2024 | Evidentiary hearing on Gate City motion for relief from stay | 7.00 | $335.00 | $2,345.00 | EA |
| Service | 07/10/2024 | Day 2 of hearing on Gate City motion for relief from stay; draft objection to Alliance Funding Group motion for relief from stay; T/C with M Gust, atty representing Alliance and draft email with offer of adequate protection | 4.50 | $335.00 | $1,507.50 | EA |
| Service | 07/23/2024 | Review claims register, review creditors matrix; cross reference filed claims notice address with PACER mailing information for case for service; Review scheduling order; Draft Ballot; Upload Plan, Scheduling Order, Notice of Confirmation Hearing and Ballot to Bky Atty Services for mailing to matrix and interested parties. | 1.80 | $175.00 | $315.00 | LA |
| Service | 07/24/2024 | Prepare for, travel to and participate in hearing on Gate City Motion for | 5.00 | $335.00 | $1,675.00 | EA |

|         |            |                                                                                                                                                                                  |      |          |            |    |
|---------|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|------------|----|
|         |            | Relief from Stay                                                                                                                                                                 |      |          |            |    |
| Service | 07/26/2024 | Emails and T/C re offer to purchase equipment                                                                                                                                    | 1.00 | $335.00  | $335.00    | EA |
| Service | 07/29/2024 | Finalize and file adequate protection with AFG; Email and tele communications with client and atty for Gate City re repurchase of equipment                                      | 1.00 | $335.00  | $335.00    | EA |
| Service | 07/31/2024 | T/C with Rob; Follow-up emails and T/C with Caren re hoses; email re adequate protection payments; draft motion to revise order approving financing                              | 2.50 | $335.00  | $837.50    | EA |
| Service | 08/01/2024 | Review Motion to revise DIP Financing order, draft Notice of motion re same; Prepare Exhibit A, Prepare pdf and file with court; upload filed pdf for service.                   | 0.80 | $175.00  | $140.00    | LA |
| Service | 08/01/2024 | Finalize and file motion to revise financing order; emails re same; T/C with Rob re timing; emails re Tom Kapusta retainer                                                       | 1.00 | $335.00  | $335.00    | EA |
| Service | 08/02/2024 | File COS with court; scan ballots received and process to file                                                                                                                   | 0.30 | $175.00  | $52.50     | LA |
| Service | 08/08/2024 | Research and draft email re adequate protection payments                                                                                                                         | 0.40 | $335.00  | $134.00    | EA |
| Service | 08/19/2024 | Research and draft emails re Ally objection and AFG stipulated agreement to vote for plan; Propose revised plan language; Research procedure for submitting revised plan; Emails re factoring; T/C with Rob | 1.50 | $335.00  | $502.50    | EA |
| Service | 08/21/2024 | Emails with Ally attorney re settlement of Plan objection; Emails with UST re plan objections; Emails re AFG adequate protection payments; review Gate City Ballots              | 1.50 | $335.00  | $502.50    | EA |
| Service | 08/22/2024 | Review ballots, review filed claims; draft ballot report; email to Erik re same                                                                                                  | 2.10 | $175.00  | $367.50    | LA |
| Service | 08/22/2024 | Research and respond to questions re ballot report; emails re modification to treatment of Gate City claim; Review filed objections; Email T. Kapusta re UST objection; draft objection to claim of J. Bacon; follow- | 4.00 | $335.00  | $1,340.00  | EA |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | up email to T. Kapusta re Plan; Draft revisions to Plan of Reorganization | | | | |
| Service | 08/23/2024 | Redact bank statement and prepare July MOR pdf; file July MOR, file ballot tabulation and ballots; finalize claim objection and file with court; draft certificate of service; serve claim objection and notice of hearing on claimant. | 0.90 | $175.00 | $157.50 | LA |
| Service | 09/08/2024 | Research and draft response to AFG Notice of Default | 0.40 | $335.00 | $134.00 | EA |
| Service | 09/21/2024 | Email E Muscov re truck valuation; Email C. Stanley re auction and amend POC; T/C with Rob re projections; Revise and update Plan | 1.50 | $335.00 | $502.50 | EA |
| Service | 09/25/2024 | Revise and finalize First Amended Plan of Reorganization | 2.50 | $335.00 | $837.50 | EA |
| Service | 10/09/2024 | Review UST objection to Plan and discuss same with Rob | 1.20 | $335.00 | $402.00 | EA |
| Service | 10/11/2024 | Draft motion for continuance; email correspondence with UST and atty for bank re same; T/C and emails with client re same; Emails re AFG adequate protection payment; T/C and email with client re tax returns; email accountant re same | 1.50 | $335.00 | $502.50 | EA |
| Service | 10/15/2024 | T/C with Peggy and Jayme re tax returns; Emails with Riviera to obtain factoring account summaries | 1.50 | $335.00 | $502.50 | EA |
| Service | 10/17/2024 | T/C with J. Bacon; Follow-up email and T/C with J. Bacon; Draft amended objection | 1.00 | $335.00 | $335.00 | EA |
| Service | 10/18/2024 | Edit amended claim objection and file with court; serve on Bacon | 0.40 | $175.00 | $70.00 | LA |
| Service | 10/18/2024 | Conf call with Peggy, Delene and Rob re taxes | 0.40 | $335.00 | $134.00 | EA |
| Service | 10/22/2024 | review email from Rob; prepare MOR for filing; file MOR with Court | 0.30 | $175.00 | $52.50 | LA |
| Service | 10/22/2024 | Prepare for and attend hearing on Bacon priority wage claim; email and T/C with Rob re MOR | 0.60 | $335.00 | $201.00 | EA |
| Service | 11/18/2024 | T/C with M. Barrett and Rob Fettig; Email and tele communication with S. Wencil; Draft motion for continuance | 1.00 | $335.00 | $335.00 | EA |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 11/22/2024 | Review MOR and exhibits; redact bank statement; prepare Dec MOR pdf and file with court; process document to file | 0.30 | $175.00 | $52.50 | LA |
| Service | 12/27/2024 | Review email from Robb Fettig; Redact bank statements; Prepare November MOR and file with court | 0.30 | $175.00 | $52.50 | LA |
| Service | 12/27/2024 | Review 2nd Amended Scheduling Order; Draft motion to Continue Confirmation hearing and extend deadlines; email to Erik for review; file motion with court; redact bank statements, prepare Nov MOR; file MOR with court; process filings to sharefile | 0.80 | $175.00 | $140.00 | LA |
| Service | 12/27/2024 | Review MOR; T/C with R Fettig re same; Email S Wencil of UST re extension of confirmation; Motion to request extension | 0.80 | $335.00 | $268.00 | EA |
| Service | 12/30/2024 | Review Third Amended Scheduling Order; calendar dates; serve scheduling order on all creditors | 0.40 | $175.00 | $70.00 | LA |
| Service | 02/04/2025 | Draft application to employ accountant; email to Jennifer for review and signature; receive email from Jennifer; prepare pdf for filing; file with court and serve. | 0.40 | $175.00 | $70.00 | LA |
| Service | 02/04/2025 | Research and draft response to Gate City Motion to Dismiss or convert and declaration in support of the motion; T/C with R. Fettig re same | 3.50 | $335.00 | $1,172.50 | EA |
| Service | 02/06/2025 | Download and review Notice of Hearing; Calendar hearing date | 0.10 | $175.00 | $17.50 | LA |
| Service | 02/24/2025 | Draft Second Amended Plan of Reorganization; Organize filing of same | 6.50 | $335.00 | $2,177.50 | EA |
| Service | 02/25/2025 | Review notice addresses for filed claims; Arrange for service of 2nd Amended Plan, Ballot, Scheduling Order and Notice of Confirmation hearing | 0.50 | $175.00 | $87.50 | LA |
| Service | 02/26/2025 | File certificate of service | 0.10 | $175.00 | $17.50 | LA |
| Service | 03/03/2025 | T/C with C. Stanley; Draft exhibit list and witness list; Review tax returns and email re same | 1.00 | $335.00 | $335.00 | EA |
| Service | 03/05/2025 | T/C with Rob; Review email from | 1.60 | $175.00 | $280.00 | LA |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | client; prepare PDF of Feb MOR and redact; file MOR with Court; Review and redact 2021 and 2022 tax returns; file tax returns with court; process filed documents to share file | | | | |
| Service | 03/05/2025 | Prepare for Motion to Dismiss or Convert hearing | 2.00 | $335.00 | $670.00 | EA |
| Service | 03/06/2025 | Hearing on Motion to Dismiss or Convert; travel re same | 4.00 | $335.00 | $1,340.00 | EA |
| Service | 03/07/2025 | Draft fee application and email to Erik | 1.50 | $175.00 | $262.50 | LA |
| | | | | Quantity Subtotal | | 219.85 |
| | | | | Services Subtotal | | $63,209.75 |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 04/23/2024 | Court Filing Fee: Chapter 11 filing fee | 1.00 | $1,738.00 | $1,738.00 |
| Expense | 05/08/2024 | Postage: Postage- 341 Notice to Knightbridge | 1.00 | $0.68 | $0.68 |
| Expense | 05/15/2024 | Postage: mail 341 notice to Landmark Funding | 1.00 | $0.68 | $0.68 |
| Expense | 05/20/2024 | Court filing fee: Court filing fee- additional creditors | 1.00 | $34.00 | $34.00 |
| Expense | 05/20/2024 | Bky Atty Services: Bky Atty Services- service of 341 Notice on additional creditors | 1.00 | $81.34 | $81.34 |
| Expense | 05/20/2024 | Postage: Postage- correspondence re Drill Rig | 1.00 | $1.36 | $1.36 |
| Expense | 05/20/2024 | Postage: Postage- mail Status conf Order to Ally | 1.00 | $0.68 | $0.68 |
| Expense | 05/21/2024 | Bky Atty Services: Bky Atty Services- Service of Rescheduled Meeting of Creditors | 1.00 | $77.76 | $77.76 |
| Expense | 05/21/2024 | Postage: Postage-service of Objection to continue hearing | 1.00 | $0.68 | $0.68 |
| Expense | 05/24/2024 | Bky Atty Services: Bky Atty Services-serve DIP motion | 1.00 | $61.92 | $61.92 |
| Expense | 05/24/2024 | Postage: Postage: mail out 341 notice and rescheduled 341 to IRS and U.S. Attorney for North Dakota | 1.00 | $1.36 | $1.36 |
| Expense | 06/17/2024 | Bky Atty Services: Bky Atty Services- mailing of Scheduling order | 1.00 | $107.80 | $107.80 |
| Expense | 06/24/2024 | Bky Atty Services: Bky Atty Services- service of Doc 87 Order approving DIP Financing | 1.00 | $33.35 | $33.35 |

Invoice # 1503 - 24-01062 - 03/07/2025

| | | | | | |
|---|---|---|---|---|---|
| Expense | 07/09/2024 | Mileage: mileage round trip Fergus Falls-Fargo | 106.00 | $0.67 | $71.02 |
| Expense | 07/10/2024 | Mileage: round trip Fergus Fall -Fargo | 106.00 | $0.67 | $71.02 |
| Expense | 07/23/2024 | Bky Atty Services: Service of Plan, Sched Order, Ballot and Notice of Conf. Hearing on complete creditors matrix | 1.00 | $411.84 | $411.84 |
| Expense | 07/24/2024 | Mileage: Round trip Fergus Falls-Fargo | 106.00 | $0.67 | $71.02 |
| Expense | 08/02/2024 | Bky Atty Services: Certificate of service- Doc 155 -Motion to revise DIP Financing order | 1.00 | $44.66 | $44.66 |
| Expense | 08/07/2024 | Postage: resend ballot, plan, order to Steve Kopp at new address | 1.00 | $1.77 | $1.77 |
| Expense | 08/23/2024 | Postage: mailing of Bacon claim objection | 1.00 | $1.56 | $1.56 |
| Expense | 09/26/2024 | Bky Atty Services: Mailing of Doc 176 amended plan of reorganization | 1.00 | $415.56 | $415.56 |
| Expense | 10/18/2024 | Postage: mailed amended objection to POC 12 -Justin Bacon | 1.00 | $1.46 | $1.46 |
| Expense | 12/20/2024 | Bky Atty Services: Service of 2nd amended scheduling order | 1.00 | $125.66 | $125.66 |
| Expense | 12/30/2024 | Bky Atty Services: Service of 3rd Amended Scheduling Order | 1.00 | $124.63 | $124.63 |
| Expense | 02/04/2025 | Postage: serve acct app | 1.00 | $0.73 | $0.73 |
| Expense | 02/25/2025 | Bky Atty Services: Mailing of 2nd amended Plan, Ballot, scheduling order and notice of confirmation hearing. | 1.00 | $544.36 | $544.36 |
| Expense | 03/03/2025 | Postage: Postage re-mail Plan and ballot to USPS provided address for 4 creditors | 1.00 | $8.00 | $8.00 |
| Expense | 03/06/2025 | Mileage: Mileage Fergus Falls-Fargo roundtrip | 106.00 | $0.70 | $74.20 |
| Expense | 03/07/2025 | Bky Atty Services: Bky Atty Services: Mailing of Atty Fee Application | 1.00 | $369.84 | $369.84 |
| | | | **Expenses Subtotal** | | **$4,476.94** |
| | | | **Quantity Total** | | **219.85** |
| | | | **Subtotal** | | **$67,686.69** |
| | | | **Total** | | **$67,686.69** |

Invoice # 1503 - 24-01062 - 03/07/2025

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1503 | 05/31/2025 | $67,686.69 | $0.00 | $67,686.69 |

| | |
|---|---|
| **Outstanding Balance** | $67,686.69 |
| **Amount in Trust** | $20,000.00 |
| **Total Amount Outstanding** | $47,686.69 |

Please make all amounts payable to: Ahlgren Law Office, PLLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Stark Energy, Inc.,

Chapter 11, Subchapter V
Case No. 24-30168

Debtor.

NOTICE OF APPLICATION FOR ALLOWANCE OF COMPENSATION TO ATTORNEY FOR THE DEBTOR

NOTICE IS HEREBY GIVEN that Ahlgren Law Office, PLLC has filed an Application for Allowance of Compensation to Attorney for the Debtor, a copy of which is served upon you.

Any response to this motion must be served and filed by delivery or mail not later than twenty-one (21) days from the date of the mailing of this Notice. UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED AND SERVED, THE COURT MAY DEEM SUCH RESPONSE WAIVED.

Ahlgren Law Office, PLLC

Dated Mailed: March 7, 2025

/s/Erik A. Ahlgren
Erik A. Ahlgren
North Dakota Bar No. 09561
220 West Washington Ave, Ste 105
Fergus Falls, MN 56537
Office: 218-998-2775
erik@ahlgrenlawoffice.net

ATTORNEY FOR DEBTOR