United States Bankruptcy Court

District of North Dakota

In re:     Case No. 24-30168-skh

Stark Energy, Inc.     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3     User: admin     Page 1 of 5

Date Rcvd: Mar 07, 2025     Form ID: ntcdsm     Total Noticed: 111

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stark Energy, Inc., 1860 4th Ave E, PO Box 748, Dickinson, ND 58602-0748 |
| cr | + | Daniel Gerstberger, 90 E Six Mile Road, Garden City, KS 67846-9544 |
| acc | + | Jennifer Young, Jennifer Youngs Bookkeeping Services LLC, 2200 South Plaza Dr #1, Rapid City, SD 57702-9373 |
| cr | + | Justin Bacon, PO Box 176, Wibaux, MT 59353-0176 |
| cr | | Matthew Barrett, 3007 E Papillon Circle, Mesa, AZ 85215 |
| cr | + | Regions Bank, c/o Crowley Fleck PLLP, Attn: Michael J. Klepperich, 490 N 31st St., Ste. 500, PO Box 2529 BILLINGS, MT 59103-2529 |
| 1098303 | + | AVANZA GROUP, LLC, 3974 Amboy Rd. Suite 306, Staten Island, NY 10308-2414 |
| 1098298 | + | Alexander Miller, P.O. Box 3256, Bismarck, ND 58602-0016 |
| 1098418 | | Alliance Funding Group, c/o Kenneth D. Peters, Esq., Dressler & Peters, LLC, 101 W Grand Ave, Suite 404, Chicago, IL 60654-7129 |
| 1098299 | | Alliance Funding Group, Attn: Officer or Managing Agent, 3974 Amboy Rd Suite 306, Staten Island NY 10308-2414 |
| 1098304 | | Brad Cross, 809 ECR 7250, Bismarck, ND 79404 |
| 1098305 | + | Bright Design Homes, 319 Prairie Dr, Stanley, ND 58784-8516 |
| 1097310 | + | Bryan A. Kostelecky, 1150 11th Avenue West, Dickinson, ND 58601-3652 |
| 1098306 | + | Bryan Adolph Kostelecky, 1150 11th Ave W., Dickinson, ND 58601-3652 |
| 1098308 | | CTHD Company, Attn: Officer or Managing Agent, PO Box 2576, Springfield, IL 62708-2576 |
| 1098310 | + | Cody Ford, P.O. Box 64, Bismarck, ND 58502-0064 |
| 1098311 | + | Cody Laffitte, 215 Waldroup Rd., Eros, LA 71238-7206 |
| 1097312 | + | County Line Truck Stop, PO Box 2140, Dickinson, ND 58602-2140 |
| 1098313 | #+ | Craig Elser, 2584 6th Ave W., Apt 7, Dickinson, ND 58601-2556 |
| 1097314 | + | DCI - Credit Services Inc., 121 E Rosser Ave, Bismarck, ND 58501-3864 |
| 1098315 | + | Daniel Gerstberger, 90 East 6 Mile Rd, Garden City, KS 67846-9544 |
| 1097313 | + | Daniel Gerstberger, c/o Thomas F. Murtha, PO Box 1111, Dickinson, ND 58602-1111 |
| 1098318 | + | Dustin O'Neill, 1615 Main St., Bismarck, ND 58501 |
| 1098319 | #+ | Dylan Boykin, 8715 Pine Springs, Meridian, MS 39305-9355 |
| 1098320 | + | Dylan Newton, 527 2nd Ave E., Dickinson, ND 58601-4476 |
| 1097315 | + | Dynasty Capital 26, LLC, 96-14 Metropolitan Ave 2nd FL, Forest Hills, NY 11375-6675 |
| 1098324 | | EN OD Captial LLC, 11777 Reisterstown Rd., Pikesville, MD 21208 |
| 1098325 | + | EVERYDAY FUNDING GROUP LLC, 132 32nd St., Brooklyn, NY 11232-1920 |
| 1098322 | + | Ebeltoft, Sickler Lawyers PLLC, 2272 Eight Street West, Dickinson, ND 58601-8590 |
| 1097316 | + | Ebeltoft, Sickler Lawyers PLLC, 2272 Eighth Street West, Dickinson, ND 58601-8590 |
| 1101839 | + | Eduardo Ortiz, 2717 11th Ave., Williston, ND 58801-2943 |
| 1098323 | + | Eduardo Ortiz, 6024 Wilshire Dr., Tampa, FL 33615-3432 |
| 1098327 | | Fettig Enterprise Inc, 1860 4th Ave E, Dickinson, ND 58601-3362 |
| 1097428 | | Gate City Bank, c/o Caren Stanley, Vogel Law Firm, PO Box 1389, Fargo, ND 58107-1389 |
| 1097412 | | Gate City Bank, c/o Caren W. Stanley, Vogel Law Firm, PO Box 1389, Fargo, ND 58107-1389 |
| 1100518 | | Gate City Bank, Attn: Caren Stanley, Vogel Law Firm, PO Box 1389, Fargo ND 58107-1389 |
| 1098330 | + | Gate City Bank, 1761 Third Ave W, Dickinson, ND 58601-3086 |
| 1106097 | + | Greg Moore, 632 8th St SE, Sidney, MT 59270-5316 |
| 1098331 | + | Greg Moore, 632 8th St SE, Bismarck, ND 58501 |
| 1098332 | + | Helen George, 1813 4th Ave E., Bismarck, ND 58501 |
| 1098333 | | Jason Lavigne, 375 Horizon St., Killdeer, ND 58640 |

Case 24-30168   Doc 239   Filed 03/09/25   Entered 03/10/25 00:27:30   Desc Imaged
Certificate of Notice   Page 2 of 6

| District/off: 0868-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 07, 2025 | Form ID: ntcdsm | Total Noticed: 111 |

| | | |
|---|---|---|
| 1098334 | + | Jeffrey Schmitt, 4007 33rd St. N., Bismarck, ND 58102-6237 |
| 1099358 | + | Jennifer M. Gooss, PO Box 249, Beulah, ND 58523-0249 |
| 1099436 | + | Jennifer M. Gooss, Solem Law Office, PO Box 249, Beulah, ND 58523-0249 |
| 1098335 | | Jett Ogren, c/o ND Department of Labor, 600 E. Boulevard Ave Dept 406, Bismarck, ND 58505-0340 |
| 1097320 | + | John C. Williams & Associates, 1612 Northeast Expressway, Atlanta, GA 30329-2003 |
| 1099782 | + | Justin Bacon, 305 North Wibaux Street, P.O. Box 176, Wibaux MT 59353-0176 |
| 1098337 | | Justin Bacon, c/o ND Department of Labor, 600 E. Boulevard Ave Dept 406, Bismarck, ND 58505-0340 |
| 1098338 | | Justin Lavigne, c/o ND Department of Labor, 600 E. Boulevard Ave Dept 406, Bismarck, ND 58505-0340 |
| 1098339 | + | Keller Paving & Landscaping, Inc., 1820 Hwy 2 Bypass East, Minot, ND 58701-7929 |
| 1098340 | #+ | Kenneth Mack, 306 13th St. NE, Tioga, ND 58852-7150 |
| 1097321 | + | Knightsbridge Funding LLC, 1706 Ave M, Brooklyn NY 11230-5307 |
| 1098341 | + | Knightsbridge Funding LLC, 40 Wall St, New York, NY 10005-1304 |
| 1097322 | + | Landmark Funding, 411 Kingston Ave Ste 201, Brooklyn NY 11225-3171 |
| 1098342 | | Landmark Funding, 10232 Southard Dr, Beltsville, MD 20705-2105 |
| 1097324 | + | M2 Financing, 20800 Swenson Drive Suite 475, Waukesha, WI 53186-2075 |
| 1098345 | + | Marcelino Gonzalez, P.O. Box 295, Elsa, TX 78543-0295 |
| 1097325 | | Mathew Barrett, 3007 E Papillon Circle, Mesa, AZ 85215 |
| 1098347 | + | Mathew Haberstroh, 3907 East Duke Street, Lubbock, TX 79403-3807 |
| 1098348 | #+ | Michael Werner, 828 South 6th Street, Canon City, CO 81212-4123 |
| 1100514 | | Midland States Bank, Attn: Caren Stanley, Vogel Law Firm, PO Box 1389, Fargo ND 58107-1389 |
| 1098352 | + | Patrick Volck, 1402 20th Ave W., Apt 13, Williston, ND 58801-3775 |
| 1097327 | + | Pinnacle Business Funding LLC, 1777 Reisterstown Rd, Pikesville, MD 21208-1313 |
| 1098355 | + | Preble Medical Services Inc., 101 Collins Avenue, Mandan, ND 58554-3176 |
| 1097329 | + | Preble Medical Services Inc., Mary Ann Preble-Owner, 101 Collins Avenue, Mandan, ND 58554-3176 |
| 1097330 | + | Quality Quick Print, 37 1ST Ave West, Dickinson, ND 58601-5102 |
| 1098357 | + | Quent Lusk, 1455 Rough Rider Blvd., Apt 202, Dickinson, ND 58601-6760 |
| 1098362 | + | RIVER ADVANCE, 36 Airport Rd, Lakewood, NJ 08701-7034 |
| 1098360 | + | Regions Bank, c/o Michael J. Klepperich, P.O. Box 2529, Billings, MT 59103-2529 |
| 1098361 | + | Ricardo Muzquiz, 1004 Paseo De Tiber, Laredo, TX 78046-8939 |
| 1097332 | + | River Capital Partners LLC, 36 Airport Road, Lakewood, NJ 08701-7034 |
| 1098364 | | Rob Fettig, 1860 4TH AVE E, Dickinson, ND 58601-3362 |
| 1098365 | | Rob Fettig, 1860 4TH AVE E DICKINSON, Dickinson, ND 58601-3362 |
| 1098367 | + | Robert Boatright, 1810 Diaz Ave., Bismarck, ND 78076-3384 |
| 1098368 | + | Robert Haider, 1093 Enterprise Ave., Apt 3, Bismarck, ND 58601-4162 |
| 1098369 | + | Shannon Brock, 615 29th St. W., Dickinson, ND 58601-2536 |
| 1098370 | + | South Metro Remodel and Home Repair, 13617 4th Ave South, Burnsville, MN 55337-4071 |
| 1098371 | + | Steven Kopp, 1911 Radnor Dr., Melbourne, FL 32901-4226 |
| 1104581 | + | THE AVANZA GROUP, LLC, 1545 U.S. 202, Suite 101, Pomona, NY 10970-2951 |
| 1098375 | + | Travis Vernon, 633 27th St. West, Bismarck, ND 58501 |
| 1098627 | | U.S. Attorney, 655 First Ave N Ste 250, Fargo ND 58102-4932 |
| 1098377 | + | Valentin Mascorro, 633 27th St. West, Dickinson, ND 58601-2520 |
| 1098378 | + | Vogel Law Firm, 218 NP AVE, Fargo, ND 58102-4834 |
| 1097335 | | Western Equipment Solutions, PO Box 26975, Salt Lake City, UT 84126-0975 |
| 1098380 | + | Yuker Towing, 876 E Broadway St, Dickinson, ND 58601-7416 |
| 1097336 | + | Yuker Towing and Repair LLC, c/o Thomas F. Murtha IV, PO Box 1111, Dickisnon, ND 58602-1111 |
| 1099293 | + | m2 Equipment Finance LLC, 20800 Swenson Drive, Waukesha, WI 53186-2075 |

TOTAL: 87

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ehunter@dresslerpeters.com | Mar 07 2025 18:49:00 | Alliance Funding Group, Dressler Peters LLC, c/o Ken Peters, 101 W. Grand Ave, Suite 404, Chicago, IL 60654-7129 |
| 1097307 | | Email/Text: bknox@afg.com | Mar 07 2025 18:49:00 | Alliance Funding Group, 17542 17th St. #200, Tustin, CA 92780 |
| 1098302 | | Email/Text: bankruptcy@ascentiumcapital.com | Mar 07 2025 18:49:00 | Ascentium Capital LLC, 23970 Hwy 59 North, Kingwood, TX 77339 |
| 1097494 | + | EDI: AISACG.COM | Mar 07 2025 23:47:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK |

| District/off: 0868-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Mar 07, 2025 | Form ID: ntcdsm | Total Noticed: 111 |

| | | | | |
|---|---|---|---|---|
| | | | | 73118-7901 |
| 1097494 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 07 2025 18:58:40 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 1097851 | + | EDI: AISACG.COM | Mar 07 2025 23:47:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 1097851 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 07 2025 18:58:42 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 1098300 | + | EDI: GMACFS.COM | Mar 07 2025 23:47:00 | Ally Financial, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 1097309 | ^ | MEBN | Mar 07 2025 18:46:08 | Amerifi Capital LLC, 330 Main St #105, Hartford, CT 06106-1860 |
| 1104580 | + | Email/Text: BNCnotices@bblawpllc.com | Mar 07 2025 18:49:00 | Berkovitch & Bouskila, PLLC, 1545 U.S. 202, Suite 101, Pomona, NY 10970-2951 |
| 1098309 | + | Email/Text: bankruptcy@deltabridgefunding.com | Mar 07 2025 18:49:00 | CLOUD FUND LLC, 400 Rella Blvd. Suite 165-101, Suffern, NY 10901-4241 |
| 1098314 | ^ | MEBN | Mar 07 2025 18:46:05 | CT Corporation System, Attn: SPRS, 330 N Brand Blvd Suite 700, Glendale, CA 91203-2336 |
| 1097311 | | EDI: CAPITALONE.COM | Mar 07 2025 23:47:00 | Capital One - Spark Business, PO Box 71087, Charlotte, NC 28272-1087 |
| 1097311 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2025 18:57:54 | Capital One - Spark Business, PO Box 71087, Charlotte, NC 28272-1087 |
| 1097655 | | EDI: CAPITALONE.COM | Mar 07 2025 23:47:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 1097655 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2025 18:58:40 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 1098328 | + | Email/Text: psadmin@finpac.com | Mar 07 2025 18:49:00 | Financial Pacific Leasing Inc., Attn: Officer or Managing Agent, 3455 S 344th Way Ste 300, Federal Way, WA 98001-9546 |
| 1097318 | + | Email/Text: psadmin@finpac.com | Mar 07 2025 18:49:00 | Financial Pacific Leasing Inc., 3455 S 344th Way Ste 300, Federal Way, WA 98001-9546 |
| 1097319 | + | Email/Text: bankruptcy@gatecity.bank | Mar 07 2025 18:49:00 | Gate City Bank, 204 Sims St, Dickinson, ND 58601-5142 |
| 1098626 | | EDI: IRS.COM | Mar 07 2025 23:47:00 | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia PA 19101-7346 |
| 1097323 | + | Email/Text: Chicago-Bankruptcy@lgbs.com | Mar 07 2025 18:49:00 | Linebarger Goggan Blair & Sampson, LLP, 233 South Wacker Drive Suite 60606-6379 |
| 1098343 | + | Email/Text: Chicago-Bankruptcy@lgbs.com | Mar 07 2025 18:49:00 | Linebarger Goggan Blair & Sampson, LLP, 233 South Wacker Drive Suite 4030, Chicago, IL 60606-6379 |
| 1097326 | + | Email/Text: MSBLegalAction@midlandsb.com | Mar 07 2025 18:49:00 | Midland States Bank, 1201 Network Centre Drive, Effingham, IL 62401-4677 |
| 1098350 | | Email/Text: ecftax@nd.gov | Mar 07 2025 18:49:00 | Office of State Tax Commissioner, 600 E Boulevard, Bismarck, ND 58505-0599 |
| 1097328 | ^ | MEBN | Mar 07 2025 18:46:06 | Pioneer Credit Recovery Inc, PO Box 189, Arcade, NY 14009-0189 |
| 1097331 | + | Email/Text: newbk@Regions.com | Mar 07 2025 18:49:00 | Regions Bank, PO Box 11407, Birmingham, AL 35246-3035 |
| 1100384 | + | Email/Text: bankruptcynotices@sba.gov | Mar 07 2025 18:49:00 | U.S. Small Business Administration, John W. Baker, Attorney, 721 19th Street, Suite 426, Denver, CO 80202-2517 |

Case 24-30168   Doc 239   Filed 03/09/25   Entered 03/10/25 00:27:30   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0868-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 07, 2025 | Form ID: ntcdsm | Total Noticed: 111 |

| 1097334 | + Email/Text: PDELINQ@sba.gov | | |
|---|---|---|---|
| | | Mar 07 2025 18:49:00 | US Small Business Administration, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | John W. Baker, Atty U.S. Small Business Administra |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | Gate City Bank, c/o Caren W. Stanley, Vogel Law Firm, P.O. Box 1389, Fargo, ND 58107-1389 |
| 1098301 | *+ | Amerifi Capital LLC, 330 Main St #105, Hartford, CT 06106-1860 |
| 1098307 | * | Capital One - Spark Business, PO Box 71087, Charlotte, NC 28272-1087 |
| 1098312 | *+ | County Line Truck Stop, PO Box 2140, Dickinson, ND 58602-2140 |
| 1098317 | *+ | DCI - Credit Services Inc., 121 E Rosser Ave, Bismarck, ND 58501-3864 |
| 1098321 | *+ | Dynasty Capital 26, LLC, 96-14 Metropolitan Ave 2nd FL, Forest Hills, NY 11375-6675 |
| 1098336 | *+ | John C. Williams & Associates, 1612 Northeast Expressway, Atlanta, GA 30329-2003 |
| 1098344 | *+ | M2 Financing, 20800 Swenson Drive Suite 475, Waukesha, WI 53186-2075 |
| 1098346 | * | Mathew Barrett, 3007 E Papillon Circle, Mesa, AZ 85215 |
| 1098349 | *+ | Midland States Bank, 1201 Network Centre Drive, Effingham, IL 62401-4677 |
| 1098353 | *+ | Pinnacle Business Funding LLC, 1777 Reisterstown Rd, Pikesville, MD 21208-1313 |
| 1098354 | *+ | Pioneer Credit Recovery Inc, PO Box 189, Arcade, NY 14009-0189 |
| 1098356 | *+ | Quality Quick Print, 37 1ST Ave West, Dickinson, ND 58601-5102 |
| 1098363 | *+ | River Capital Partners LLC, 36 Airport Road, Lakewood, NJ 08701-7034 |
| 1098366 | * | Rob Fettig, 1860 4TH AVE E, Dickinson, ND 58601-3362 |
| 1098373 | *+ | The Avanza Group LLC, 3974 Amboy Road Ste 304, Staten Island, NY 10308-2414 |
| 1098376 | *+ | US Small Business Administration, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 1098379 | * | Western Equipment Solutions, PO Box 26975, Salt Lake City, UT 84126-0975 |
| 1098297 | ##+ | Adam Hammerle, 31732 Avondale, Westland, MI 48186-4993 |
| 1098316 | ##+ | Daniel Paluck, 2030 Sierra Commons Rd., Apt 738, Dickinson, ND 58601-5173 |
| 1098329 | ##+ | Garrett McKenzie, 1289 24th St W, Bismarck, ND 58601-2716 |
| 1098351 | ##+ | PARKVIEW ADVANCE LLC, 400 Main St., Stamford, CT 06901-3000 |
| 1098358 | ##+ | Quinton Jenkins, 201 County Road 685, Quitman, MS 39355-8982 |
| 1098359 | ##+ | Raymond Ibe, 5809 Victoria Ave., Unit H, Williston, ND 58801-5174 |
| 1098372 | ##+ | Steven Stack, 9201 275th Ave SE, Bismarck, ND 58781-9221 |
| 1097333 | ##+ | The Avanza Group LLC, 3974 Amboy Road Ste 304, Staten Island, NY 10308-2414 |
| 1098374 | ##+ | Todd Griffiths, 2463 Coves Ct., Dickinson, ND 58601-3030 |

TOTAL: 1 Undeliverable, 19 Duplicate, 9 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2025 at the address(es) listed below:

District/off: 0868-3 | User: admin | Page 5 of 5
Date Rcvd: Mar 07, 2025 | Form ID: ntcdsm | Total Noticed: 111

| Name | Email Address |
| --- | --- |
| Caren W. Stanley | on behalf of Creditor Gate City Bank cstanley@vogellaw.com jnona@vogellaw.com;sthompson@vogellaw.com;jschares@vogellaw.com |
| Drew J. Hushka | on behalf of Creditor Gate City Bank dhushka@vogellaw.com jnona@vogellaw.com,sthompson@vogellaw.com,jschares@vogellaw.com |
| ERIK A. AHLGREN | on behalf of Debtor Stark Energy  Inc. erik@ahlgrenlawoffice.net, lisa@ahlgrenlaw.net;michael@ahlgrenlaw.net;eaa@trustesolutions.net |
| Eduardo Ortiz | drdrtz@gmail.com |
| Eli J. Patten | on behalf of Creditor Regions Bank epatten@crowleyfleck.com  sskaggs@crowleyfleck.com |
| Evan Moscov | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC evan.moscov@moscovlaw.com, teresap@w-legal.com |
| Jennifer M Gooss | on behalf of Creditor Matthew Barrett beulaw3@westriv.com |
| John William Baker | on behalf of Creditor John W. Baker  Atty U.S. Small Business Administration john.baker@sba.gov |
| Kenneth D. Peters | on behalf of Creditor Alliance Funding Group kpeters@dresslerpeters.com |
| Maurice VerStandig | on behalf of Debtor Stark Energy  Inc. mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael Gust | on behalf of Creditor Alliance Funding Group mlgfilings@andersonbottrell.com  jernst@abstlaw.net |
| Michael Joseph Klepperich | on behalf of Creditor Regions Bank mklepperich@crowleyfleck.com  hjenkins@crowleyfleck.com |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |
| Sarah J. Wencil | on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov |
| Thomas Kapusta | tkapusta@aol.com |
| Thomas Francis Murtha, IV | on behalf of Creditor Daniel Gerstberger murthalawoffice@gmail.com jen@murthalawoffice.com,frontdesk@murthalawoffice.com,17125@notices.nextchapterbk.com |

TOTAL: 16

Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
**District of North Dakota**

Case No.: 24−30168
Chapter: 11

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stark Energy, Inc.
   1860 4th Ave E
   PO Box 748
   Dickinson, ND 58602

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
   82−1331526

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above case was entered on March 6, 2025.

Dated: 3/7/25

**Kay A. Melquist**
Clerk, U.S. Bankruptcy Court
Quentin N. Burdick U.S. Courthouse
655 1st Avenue North, Suite 210
Fargo, ND 58102−4932

BY: /s/ Caryl Krone
Deputy Clerk