UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | ) |
| | ) |
| Stark Energy, Inc. | ) |
| | )  Case No. 24-30168 |
| | ) |
| | )  Chapter 11 |
| | )  Subchapter V |
| | ) |
| | ) |
| Debtor | ) |

FINAL APPLICATION OF THOMAS J. KAPUSTA FOR SUBCHAPTER V TRUSTEE FEES AND EXPENSES

Thomas J. Kapusta, in his capacity as the Sub Chapter V Trustee d/b/a TK Enterprises, LLC

{"Applicant"), pursuant to 11 U.S.C. §§ 330 and 331, hereby requests that the Court approve its

Application and enter an Order thereby awarding certain Sub Chapter V Trustee fees and

expenses incurred in connection with this case. In support thereof, Applicant respectfully

represents:

1. Applicant is the Sub Chapter V Trustee of record for the Chapter 11 proceeding and has

   acted as such since being appointed same on April 23, 2024.

2. Thomas J. Kapusta is manager and sole member of TK Enterprises, LLC. Thomas J.

   Kapusta has over 40 years of experience as a practicing attorney in multiple jurisdictions.

3. Applicant has expended time in the form of professional services in support of this

   Chapter 11 Sub Chapter V proceeding. This time has been itemized on records reflecting

   the work performed by the Applicant during the period covered by this Final Fee

Application. Attached hereto as Exhibit "A" are the time records/invoicing (Invoice #124B) related to the services, setting forth the date of each service, a description of the service rendered, and the time spent rendering such service at a rate of $275.00 per hour plus expenses noted, and the resulting fee charge on account of the service listed.

4. Applicant has listed on Exhibit "A" any expenses incurred directly in connection with Applicant's duties as Sub Chapter V Trustee of this proceeding and were necessary to Applicant's services.

5. This final application includes fees ($4840.00) and expenses ($296.34) in the aggregate amount of $5136.34 including expenses for the period of July 2, 2024 , through March 9 , 2025 that have not been previously applied for or approved for payment.

6. Work on this case during the time concerned has involved services from the Applicant related to the: (i ) review, evaluation and verification of the Debtor's Schedules and Statements as required under 11 U.S.C. §521; (ii) meeting with the United States Trustee's office and court including the Initial Debtor Interview; the first meeting of creditors; working with Debtor Counsel and with Debtor and debtors creditors, (iii) reviewing any Debtor monthly operating reports; (iv) and general work including financial analysis, review of motions and responding to inquiries, meeting with applicable creditors and debtor counsel regarding the Chapter 11 Sub Chapter V proceeding.

7. The undersigned trustee represents to the Court that the services and expenses provided during the period covered by this Final Fee Application were ordinary and necessary given the nature of this Chapter 11 Sub Chapter V proceeding, and that no

2

work was excessive or detrimental to the Bankruptcy Estate.

8. Applicant further requests that the Court, pursuant to 11 U.S.C. §, 330 and 331 approve

the allowance of fees ($4840.00) and expenses ($296.34) as sought in this Final Fee

Application and authorize the Applicant to receive such fees and expenses totaling

$5136.34 as approved by the Court within ten days from funds from Debtor and/or

immediately from any that are currently available from any previously approved security

deposit in the account maintained by the Applicant.

WHEREFORE, Applicant prays that the Court, pursuant to 11 U.S.C. § 330 and 331, enter an

Order approving the Final Application for Fee and Expenses of the Applicant, and award

compensation for services rendered ($4840) and expenses ($296.34 in the amount of $5136.34

for the period covered in the Final Application, and for Debtor to pay timely within ten days of

this order the approved amounts or immediately from any funds that are currently available

from any previously approved security deposit in the account maintained by the Applicant, and

for any and all other relief deemed just and equitable in the premises.

Dated: March 9, 2025

Signed: _____

Thomas J. Kapusta, Sub Chapter V Trustee
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
Email: tkapusta@aol.com

3

**Thomas J Kapusta**                                                        EXHIBIT A

**TK Enterprises, LLC**

**Subchapter V Trustee**

PO Box 90624, Sioux Falls, SD 57109                    Phone: 605-376-6715
                                                        tkapusta@aol.com

Bill To:  Stark Energy, Inc. c/o Ahlgren Law Office, PLLC 220 W. Washington Ave.   Phone: 218-998-2775
          Ste 105 Fergus Falls, MN 56537                                          Invoice #: 124B
Address: See above                                      Email: erik@ahlgrenlawoffice.net   Invoice Date: March 9, 2025

Case Name:   Stark Energy, Inc.                                        Case #: 24-30168

| Date | Services | Time Spent | Fee Total |
|------|----------|-----------|-----------|
| 7/4/2024 | Review proof of claim 21-1 and multiple declarations, transcripts and exhibits in anticipation of upcoming Gate City hearing. | .8 hr | $220.00 |
| 7/8/2024 | Review joint exhibit list in anticipation of Gate City hearing | .1 hr | $27.50 |
| 7/9/2024 | Attend and participate in Gate City hearing | 3.2 hr | $880.00 |
| 7/10/2024 | Review stipulations, docket entries, orders rescheduling hearing and calendar new dates | .3 hr | $82.50 |
| 7/11/2024 | Review notice of hearing, objections files and order for hearing and calendar events | .2 hr | $55.00 |
| 7/18/2024 | Review order canceling hearing and new correspondence | .1 hr | $27.50 |
| 7/23/2024 | Review June MOR | .1 hr | $27.50 |
| 7/23/2024 | Review debtor's reorganization plan | .3 hr | $82.50 |
| 7/24/2024 | Review additional June MOR documents and prepare motion to appear by video | .3 hr | $82.50 |
| 7/24/2024 | Attend and participate in continuation of Gate City hearing | 2.2 hr | $605.00 |
| 7/26/2024 | Review proof of claim 22-1 | .1 hr | $27.50 |
| 7/26/2024 | Review order entries | .1 hr | $27.50 |
| 7/30/2024 | Review stipulations and court orders approving same and motion lifting automatic stay | .1 hr | $27.50 |
| 8/2/2024 | Review motion to amend filed by debtor | .1 hr | $27.50 |
| 8/1-8/2/2024 | Prepare and submit trustee fiscal year and monthly reports | .1 hr | $27.50 |
| 8/6/2024 | Review cited authorities filed for motions and order | .1 hr | $27.50 |
| 8/14/2024 | Review objection to confirmation of plan | .1 hr | $27.50 |
| 8/20/2024 | Review emails from USTO to debtor counsel | .2 hr | $55.00 |
| 8/21/2024 | Review objections to confirmation of plan, correspondence and court order on debtor motion | .2 hr | $55.00 |
| 8/26/2024 | Review objections to plan, July MOR, ballot compilation, objection to claim and notice of hearing regarding objection | .4 hr | $110.00 |
| 8/30/2024 | Review motion and order and reschedule and re-calendar of hearing | .1 hr | $27.50 |
| 9/7/2024 | Review proof of claim 23-1 | .1 hr | $27.50 |
| 9/24/2024 | Review notice of hearing change and re-calendar hearing | .1 hr | $27.50 |
| 9/25/2024 | Review of first amended plan and August MOR | .3 hr | $82.50 |
| 9/26/2024 | Review notice of appearance and attend wage claim hearing | .4 hr | $110.00 |
| 9/26/2024 | Review notice of continued hearing and re-calendar event | .1 hr | $27.50 |
| 10/8/2024 | Review creditor Bacon lengthy exhibits | .2 hr | $55.00 |
| 10/9/2024 | Receive and respond to USTO emails on plan objection, review entries pertaining to objection to plan and prepare and submit motion to appear by video | .3 hr | $82.50 |
| 10/10/2024 | Review extensive exhibit list filed by USTO | .2 hr | $55.00 |

| Date | Services | Time Spent | Fee Total |
|------|----------|-----------|-----------|
| 10/11/2024 | Review debtor's motion to continue hearing, order granting motion and amended scheduling order and re-calendar events | .3 hr | $82.50 |
| 10/19/2024 | Review amended objection to claim (193) | .1 hr | $27.50 |
| 10/22/2024 | Attend and participate in telephonic wage objection hearing | .3 hr | $82.50 |
| 10/24/2024 | Review proof of claim 24-1 and September MOR | .3 hr | $82.50 |
| 11/18/2024 | Telephone call with creditor Justin Bacon | .1 hr | $27.50 |
| 11/19/2024 | Review motion to continue hearing and email debtor counsel | .2 hr | $55.00 |
| 11/20/2024 | Review second amended scheduling order and re-calendar events | .2 hr | $55.00 |
| 11/23/2024 | Review October MOR | .1 hr | $27.50 |
| 12/28/2024 | Review November MOR and motion to continue | .2 hr | $55.00 |
| 12/30/2024 | Review order continuing continuance and third amended scheduling order and re-calendar events | .1 hr | $27.50 |
| 1/16/2025 | Review documents filed to convert or dismiss or remove debtor from possession | .1 hr | $27.50 |
| 1/29/2025 | Review December MOR | .1 hr | $27.50 |
| 2/6/2025 | Review application to employ accountant, objection to motion to convert, affidavit of debtor, hearing notice and calendar event in preparation for call with debtor counsel | .2 hr | $55.00 |
| 2/25/2025 | Review January MOR and order approving accountant employment | .2 hr | $55.00 |
| 2/26/2025 | Review 2nd amended plan | .3 hr | $82.50 |
| 3/3/2025 | Review exhibists for Gate City hearing and prepare motion to attend via video and review tax returns 2021-2022 and prepare and submit monthly trustee report | .4 hr | $137.50 |
| 3/4/2025 | Review amended exhibit lists | .1 hr | $27.50 |
| 3/5/2025 | Review February MOR and proof of claim 19-2 | .2 hr | $55.00 |
| 3/6/2025 | Prepare for, attend and participate in Gate City hearing to convert or dismiss | 2.5 hr | $687.50 |
| 3/6/2025 | Prepare fee application and no distribution report | .7 hr | $192.50 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total Professional Fees (17.6 hr @$275/hr) | $4,840.00 |
| | | apportioned surety bond expense | $10.00 |
| | | Service of Process expense | $286.34 |
| | | | |

DUE UPON RECEIPT.

| Make all checks payable to Thomas J Kapusta. | | TOTAL | $5,136.34 |
|---|---|---|---|

TRUSTEE SIGNATURE:  ss/Thomas J. Kapusta   *[signature]*
Date: March 9, 2025

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

|  |  |  |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Stark Energy, Inc. | ) | |
| | ) | Case No. 24-30168 |
| | ) | |
| | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| Debtor | ) | |

NOTICE OF FINAL APPLICATION OF THOMAS J. KAPUSTA
FOR SUBCHAPTER V TRUSTEE FEES AND EXPENSES

Thomas J. Kapusta, Subchapter V Trustee, has filed an application to be paid from the bankruptcy estate $4840.00 for compensation for fees and $296.34 for reimbursement of expenses, for a total of $5136.34 in fees and expenses. Your rights may be affected. You should read the application and this notice carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to approve the application, you or your attorney have twenty-one (21) days to file with the Bankruptcy Clerk, a typewritten response explaining your position. The response must include the case name and case number and be signed and dated by you or your attorney. The response should also include your daytime telephone number or, if your attorney files the response, your attorney's telephone number. Only an attorney may file a response on behalf of a corporation, a partnership, or another formal legal entity.

If you are an attorney, you must file any response electronically. See additional information regarding electronic filing (CM/ECF) on the Court's website at www.ndb.uscourts.gov. If you are not an attorney, your response may be mailed or delivered to the Bankruptcy Clerk, whose address is 655 1st Avenue North, Suite 210, Fargo, North Dakota 58102-4932. The response must be mailed early enough to ensure the Bankruptcy Clerk receives it on or before the deadline stated above.

1

If you or your attorney files a response, you or your attorney must also mail a copy of the response to parties in interest who will not receive electronic notice of the response. You or your attorney may obtain the names and addresses of the parties-in-interest listed in by contacting the Bankruptcy Clerk's office at (701) 297-7100.

A hearing on the application may be set by separate order if a response is filed on or before the deadline stated above. If you or your attorney files a response to the application on or before the deadline stated above, the Court will call you or your attorney at the scheduled hearing time using the telephone number provided in the response. If an evidentiary hearing is needed, the Court will set the date, time, and place for the evidentiary hearing during the telephonic hearing. Only an attorney may represent a corporation, a partnership, or another formal legal entity at a hearing.

If no one files a response on or before the deadline stated above, the Court may enter an order granting the application without a hearing.

Dated: March 9, 2025

Signed: s/Thomas J. Kapusta

Thomas J. Kapusta
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
email: tkapusta@aol.com
Sub Chapter V Trustee