UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>STARK ENERGY, INC | CASE NO: 24-30168<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 3/10/2025, I did cause a copy of the following documents, described below,

Final Trustee Fee Application and Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/10/2025

/s/ Thomas Kapusta
Thomas Kapusta
Subchapter V Trustee
c/o
PO Box 90624
Sioux Falls, SD  57109
605 376 6715
tkapusta@aol.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 24-30168 |
|---|---|
| STARK ENERGY, INC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 3/10/2025, a copy of the following documents, described below,

Final Trustee Fee Application and Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/10/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas Kapusta
c/o
PO Box 90624
Sioux Falls, SD  57109

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                           ALLIANCE FUNDING GROUP              ALLY BANK   CO AIS PORTFOLIO SERVICES
 LABEL MATRIX FOR LOCAL NOTICING    DRESSLER PETERS LLC                 LLC
NCRS ADDRESS DOWNLOAD               CO KEN PETERS                       4515 N SANTA FE AVE DEPT APS
CASE 24-30168                       101 W GRAND AVE  SUITE 404          OKLAHOMA CITY  OK 73118-7901
DISTRICT OF NORTH DAKOTA            CHICAGO  IL 60654-7129
MON MAR 10 9-36-29 PST 2025


                                                                        DEBTOR
GATE CITY BANK                      REGIONS BANK                        STARK ENERGY  INC
CO CAREN W STANLEY                  CO CROWLEY FLECK PLLP               1860 4TH AVE E
VOGEL LAW FIRM                      ATTN MICHAEL J KLEPPERICH           PO BOX 748
PO BOX 1389                         490 N 31ST ST  STE 500              DICKINSON  ND 58602-0748
FARGO  ND 58107-1389                PO BOX 2529
                                    BILLINGS  MT 59103-2529


EXCLUDE
US BANKRUPTCY COURT                 AVANZA GROUP  LLC                   ADAM HAMMERLE
655 1ST AVENUE NORTH  SUITE 210     3974 AMBOY RD SUITE 306             31732 AVONDALE
FARGO  ND 58102-4932                STATEN ISLAND  NY 10308-2414        WESTLAND  MI 48186-4993




ALEXANDER MILLER                    (P)ALLIANCE FUNDING GROUP           ALLIANCE FUNDING GROUP
PO BOX 3256                         17542 17TH STREET                   ATTN OFFICER OR MANAGING AGENT
BISMARCK  ND 58602-0016             SUITE 200                           3974 AMBOY RD SUITE 306
                                    TUSTIN CA 92780-1960                STATEN ISLAND NY 10308-2414



                                                                        EXCLUDE
ALLIANCE FUNDING GROUP              ALLY BANK                           (D)ALLY BANK CO AIS PORTFOLIO SERVICES
CO KENNETH D PETERS  ESQ            AIS PORTFOLIO SERVICES  LLC         LLC
DRESSLER  PETERS  LLC               4515 N SANTA FE AVE DEPT APS        4515 N SANTA FE AVE DEPT APS
101 W GRAND AVE  SUITE 404          OKLAHOMA CITY  OK 73118-7901        OKLAHOMA CITY  OK 73118-7901
CHICAGO  IL 60654-7129



                                                                        EXCLUDE
ALLY FINANCIAL                      AMERIFI CAPITAL LLC                 (D)AMERIFI CAPITAL LLC
500 WOODWARD AVE                    330 MAIN ST 105                     330 MAIN ST 105
DETROIT  MI 48226-3416              HARTFORD  CT 06106-1860             HARTFORD  CT 06106-1860




(P)ASCENTIUM CAPITAL                BERKOVITCH  BOUSKILA  PLLC          BRAD CROSS
ATTN BANKRUPTCY                     1545 US 202  SUITE 101              809 ECR 7250
23970 US 59 NORTH                   POMONA  NY 10970-2951               BISMARCK  ND 79404
KINGWOOD TX 77339-1535




BRIGHT DESIGN HOMES                 BRYAN A KOSTELECKY                  BRYAN ADOLPH KOSTELECKY
319 PRAIRIE DR                      1150  11TH AVENUE WEST              1150  11TH AVE W
STANLEY  ND 58784-8516              DICKINSON  ND 58601-3652            DICKINSON  ND 58601-3652




CLOUD FUND LLC                      CT CORPORATION SYSTEM               CTHD COMPANY
400 RELLA BLVD SUITE 165101         ATTN SPRS                           ATTN OFFICER OR MANAGING AGENT
SUFFERN  NY 10901-4241              330 N BRAND BLVD SUITE 700          PO BOX 2576
                                    GLENDALE  CA 91203-2336             SPRINGFIELD  IL 62708-2576
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled (D) were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| CAPITAL ONE  SPARK BUSINESS<br>PO BOX 71087<br>CHARLOTTE  NC 28272-1087 | EXCLUDE<br>(D)CAPITAL ONE  SPARK BUSINESS<br>PO BOX 71087<br>CHARLOTTE  NC 28272-1087 | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE  NC  28272-1083 |
| CODY FORD<br>PO BOX 64<br>BISMARCK  ND 58502-0064 | CODY LAFFITTE<br>215 WALDROUP RD<br>EROS  LA 71238-7206 | COUNTY LINE TRUCK STOP<br>PO BOX  2140<br>DICKINSON  ND 58602-2140 |
| EXCLUDE<br>(D)COUNTY LINE TRUCK STOP<br>PO BOX  2140<br>DICKINSON  ND 58602-2140 | CRAIG ELSER<br>2584 6TH AVE W  APT 7<br>DICKINSON  ND 58601-2556 | DCI  CREDIT SERVICES INC<br>121 E ROSSER AVE<br>BISMARCK  ND 58501-3864 |
| EXCLUDE<br>(D)DCI  CREDIT SERVICES INC<br>121 E ROSSER AVE<br>BISMARCK  ND 58501-3864 | DANIEL GERSTBERGER<br>90 EAST 6 MILE RD<br>GARDEN CITY  KS 67846-9544 | DANIEL GERSTBERGER<br>CO THOMAS F MURTHA<br>PO BOX 1111<br>DICKINSON  ND 58602-1111 |
| DANIEL PALUCK<br>2030 SIERRA COMMONS RD  APT 738<br>DICKINSON  ND 58601-5173 | DUSTIN ONEILL<br>1615 MAIN ST<br>BISMARCK  ND 58501 | DYLAN BOYKIN<br>8715 PINE SPRINGS<br>MERIDIAN  MS 39305-9355 |
| DYLAN NEWTON<br>527 2ND AVE E<br>DICKINSON  ND 58601-4476 | DYNASTY CAPITAL 26  LLC<br>9614 METROPOLITAN AVE 2ND FL<br>FOREST HILLS  NY 11375-6675 | EXCLUDE<br>(D)DYNASTY CAPITAL 26  LLC<br>9614 METROPOLITAN AVE 2ND FL<br>FOREST HILLS  NY 11375-6675 |
| EN OD CAPTIAL LLC<br>11777 REISTERSTOWN RD<br>PIKESVILLE  MD 21208 | EVERYDAY FUNDING GROUP LLC<br>132 32ND ST<br>BROOKLYN  NY 11232-1920 | EBELTOFT  SICKLER LAWYERS PLLC<br>2272 EIGHT STREET WEST<br>DICKINSON  ND 58601-8590 |
| EBELTOFT  SICKLER LAWYERS PLLC<br>2272 EIGHTH STREET WEST<br>DICKINSON  ND 58601-8590 | EDUARDO ORTIZ<br>2717 11TH AVE<br>WILLISTON  ND 58801-2943 | EDUARDO ORTIZ<br>6024 WILSHIRE DR<br>TAMPA  FL 33615-3432 |
| FETTIG ENTERPRISE INC<br>1860 4TH AVE E<br>DICKINSON  ND 58601-3362 | FINANCIAL PACIFIC LEASING INC<br>3455 S 344TH WAY STE 300<br>FEDERAL WAY  WA 98001-9546 | FINANCIAL PACIFIC LEASING INC<br>ATTN OFFICER OR MANAGING AGENT<br>3455 S 344TH WAY STE 300<br>FEDERAL WAY  WA 98001-9546 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled "EXCLUDE" were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| GARRETT MCKENZIE<br>1289 24TH ST W<br>BISMARCK  ND 58601-2716 | GATE CITY BANK<br>1761 THIRD AVE W<br>DICKINSON  ND 58601-3086 | GATE CITY BANK<br>204 SIMS ST<br>DICKINSON  ND 58601-5142 |
| GATE CITY BANK<br>ATTN CAREN STANLEY  VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND  58107-1389 | GATE CITY BANK<br>CO CAREN STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO  ND 58107-1389 | EXCLUDE<br>(D)GATE CITY BANK<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO  ND 58107-1389 |
| GREG MOORE<br>632 8TH ST SE<br>BISMARCK  ND 58501 | GREG MOORE<br>632 8TH ST SE<br>SIDNEY  MT 59270-5316 | HELEN GEORGE<br>1813 4TH AVE E<br>BISMARCK  ND 58501 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JASON LAVIGNE<br>375 HORIZON ST<br>KILLDEER  ND 58640 | JEFFREY SCHMITT<br>4007 33RD ST N<br>BISMARCK  ND 58102-6237 |
| JENNIFER M GOOSS<br>PO BOX 249<br>BEULAH  ND 58523-0249 | JENNIFER M GOOSS<br>SOLEM LAW OFFICE<br>PO BOX 249<br>BEULAH  ND 58523-0249 | JETT OGREN<br>CO ND  DEPARTMENT OF LABOR<br>600 E BOULEVARD AVE DEPT 406<br>BISMARCK  ND 58505-0340 |
| JOHN C WILLIAMS  ASSOCIATES<br>1612 NORTHEAST EXPRESSWAY<br>ATLANTA  GA 30329-2003 | EXCLUDE<br>(D)JOHN C WILLIAMS  ASSOCIATES<br>1612 NORTHEAST EXPRESSWAY<br>ATLANTA  GA 30329-2003 | JUSTIN BACON<br>305 NORTH WIBAUX STREET<br>PO BOX 176<br>WIBAUX MT 59353-0176 |
| JUSTIN BACON<br>CO ND DEPARTMENT OF LABOR<br>600 E BOULEVARD AVE DEPT 406<br>BISMARCK  ND 58505-0340 | JUSTIN LAVIGNE<br>CO ND  DEPARTMENT OF LABOR<br>600 E BOULEVARD AVE DEPT 406<br>BISMARCK  ND 58505-0340 | KELLER PAVING  LANDSCAPING  INC<br>1820 HWY 2 BYPASS EAST<br>MINOT  ND 58701-7929 |
| KENNETH MACK<br>306 13TH ST NE<br>TIOGA  ND 58852-7150 | KNIGHTSBRIDGE FUNDING LLC<br>1706 AVE M<br>BROOKLYN NY 11230-5307 | KNIGHTSBRIDGE FUNDING LLC<br>40 WALL ST<br>NEW YORK  NY 10005-1304 |
| LANDMARK FUNDING<br>10232 SOUTHARD DR<br>BELTSVILLE  MD 20705-2105 | LANDMARK FUNDING<br>411 KINGSTON AVE STE 201<br>BROOKLYN NY 11225-3171 | LINEBARGER GOGGAN BLAIR  SAMPSON  LLP<br>233 SOUTH WACKER DRIVE SUITE<br>CHICAGO, IL 60606-6379 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled (D)(Dup) or (U)(Und) were not served via First Class USPS Mail Service.

LINEBARGER GOGGAN BLAIR SAMPSON LLP    M2 FINANCING                           EXCLUDE
233 SOUTH WACKER DRIVE SUITE 4030      20800 SWENSON DRIVE SUITE 475          (D)M2 FINANCING
CHICAGO IL 60606-6379                  WAUKESHA WI 53186-2075                 20800 SWENSON DRIVE SUITE 475
                                                                              WAUKESHA WI 53186-2075




                                                                              EXCLUDE
MARCELINO GONZALEZ                     MATHEW BARRETT                         (D)MATHEW BARRETT
PO BOX 295                             3007 E PAPILLON CIRCLE                 3007 E PAPILLON CIRCLE
ELSA TX 78543-0295                     MESA AZ 85215                          MESA AZ 85215




MATHEW HABERSTROH                      MICHAEL WERNER                         MIDLAND STATES BANK
3907 EAST DUKE STREET                  828 SOUTH 6TH STREET                   1201 NETWORK CENTRE DRIVE
LUBBOCK TX 79403-3807                  CANON CITY CO 81212-4123               EFFINGHAM IL 62401-4677




EXCLUDE
(D)MIDLAND STATES BANK                 MIDLAND STATES BANK                    OFFICE OF STATE TAX COMMISSIONER
1201 NETWORK CENTRE DRIVE              ATTN CAREN STANLEY                     600 E BOULEVARD
EFFINGHAM IL 62401-4677                VOGEL LAW FIRM                         BISMARCK ND 58505-0599
                                       PO BOX 1389
                                       FARGO ND 58107-1389




PARKVIEW ADVANCE LLC                   PATRICK VOLCK                          PINNACLE BUSINESS FUNDING LLC
400 MAIN ST                            1402 20TH AVE W APT 13                 1777 REISTERSTOWN RD
STAMFORD CT 06901-3000                 WILLISTON ND 58801-3775                PIKESVILLE MD 21208-1313




EXCLUDE
(D)PINNACLE BUSINESS FUNDING LLC       PIONEER CREDIT RECOVERY INC            PREBLE MEDICAL SERVICES INC
1777 REISTERSTOWN RD                   PO BOX 189                             101 COLLINS AVENUE
PIKESVILLE MD 21208-1313               ARCADE NY 14009-0189                   MANDAN ND 58554-3176




PREBLE MEDICAL SERVICES INC            QUALITY QUICK PRINT                    QUENT LUSK
MARY ANN PREBLEOWNER                   37 1ST AVE WEST                        1455 ROUGH RIDER BLVD APT 202
101 COLLINS AVENUE                     DICKINSON ND 58601-5102                DICKINSON ND 58601-6760
MANDAN ND 58554-3176




QUINTON JENKINS                        RIVER ADVANCE                          RAYMOND IBE
201 COUNTY ROAD 685                    36 AIRPORT RD                          5809 VICTORIA AVE UNIT H
QUITMAN MS 39355-8982                  LAKEWOOD NJ 08701-7034                 WILLISTON ND 58801-5174




REGIONS BANK                           REGIONS BANK                           RICARDO MUZQUIZ
PO BOX 11407                           CO MICHAEL J KLEPPERICH                1004 PASEO DE TIBER
BIRMINGHAM AL 35246-3035               PO BOX 2529                            LAREDO TX 78046-8939
                                       BILLINGS MT 59103-2529
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled (D)(E)(I)(W) were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| RIVER CAPITAL PARTNERS LLC<br>36 AIRPORT ROAD<br>LAKEWOOD   NJ 08701-7034 | EXCLUDE<br>(D)RIVER CAPITAL PARTNERS LLC<br>36 AIRPORT ROAD<br>LAKEWOOD   NJ 08701-7034 | ROB FETTIG<br>1860 4TH AVE E<br>DICKINSON   ND 58601-3362 |
| ROB FETTIG<br>1860 4TH AVE E DICKINSON<br>DICKINSON   ND 58601-3362 | ROBERT BOATRIGHT<br>1810 DIAZ AVE<br>BISMARCK   ND 78076-3384 | ROBERT HAIDER<br>1093 ENTERPRISE AVE   APT 3<br>BISMARCK   ND 58601-4162 |
| SHANNON BROCK<br>615 29TH ST W<br>DICKINSON   ND 58601-2536 | SOUTH METRO REMODEL AND HOME REPAIR<br>13617 4TH AVE SOUTH<br>BURNSVILLE   MN 55337-4071 | STEVEN KOPP<br>1911 RADNOR DR<br>MELBOURNE   FL 32901-4226 |
| STEVEN STACK<br>9201 275TH AVE SE<br>BISMARCK   ND 58781-9221 | THE AVANZA GROUP   LLC<br>1545 US 202   SUITE 101<br>POMONA   NY 10970-2951 | THE AVANZA GROUP LLC<br>3974 AMBOY ROAD STE 304<br>STATEN ISLAND   NY 10308-2414 |
| TODD GRIFFITHS<br>2463 COVES CT<br>DICKINSON   ND 58601-3030 | TRAVIS VERNON<br>633 27TH ST WEST<br>BISMARCK   ND 58501 | US ATTORNEY<br>655 FIRST AVE N STE 250<br>FARGO ND   58102-4932 |
| US SMALL BUSINESS ADMINISTRATION<br>JOHN W BAKER   ATTORNEY<br>721 19TH STREET<br>SUITE 426<br>DENVER   CO 80202-2517 | US SMALL BUSINESS ADMINISTRATION<br>14925 KINGSPORT ROAD<br>FORT WORTH   TX 76155-2243 | EXCLUDE<br>(D)US SMALL BUSINESS ADMINISTRATION<br>14925 KINGSPORT ROAD<br>FORT WORTH   TX 76155-2243 |
| VALENTIN MASCORRO<br>633 27TH ST WEST<br>DICKINSON   ND 58601-2520 | VOGEL LAW FIRM<br>218 NP AVE<br>FARGO   ND 58102-4834 | WESTERN EQUIPMENT SOLUTIONS<br>PO BOX 26975<br>SALT LAKE CITY   UT 84126-0975 |
| EXCLUDE<br>(D)WESTERN EQUIPMENT SOLUTIONS<br>PO BOX 26975<br>SALT LAKE CITY   UT 84126-0975 | YUKER TOWING<br>876 E BROADWAY ST<br>DICKINSON   ND 58601-7416 | YUKER TOWING AND REPAIR LLC<br>CO THOMAS F MURTHA IV<br>PO BOX 1111<br>DICKISNON   ND 58602-1111 |
| M2 EQUIPMENT FINANCE LLC<br>20800 SWENSON DRIVE<br>WAUKESHA   WI 53186-2075 | DANIEL GERSTBERGER<br>90 E SIX MILE ROAD<br>GARDEN CITY   KS 67846-9544 | ERIK A AHLGREN<br>AHLGREN LAW OFFICE   PLLC<br>220 W WASHINGTON AVE<br>STE 105<br>FERGUS FALLS   MN 56537-2569 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| EXCLUDE | | EXCLUDE |
|---|---|---|
| ~~(D)EDUARDO ORTIZ~~ ~~6024 WILSHIRE DRIVE~~ ~~TAMPA, FL 33615-3432~~ | JENNIFER YOUNG<br>JENNIFER YOUNGS BOOKKEEPING SERVICES LLC<br>2200 SOUTH PLAZA DR 1<br>RAPID CITY, SD 57702-9373 | ~~(U)JOHN W BAKER - ATTY US SMALL BUSINES~~ ~~ADMI~~ |
| JUSTIN BACON<br>PO BOX 176<br>WIBAUX, MT 59353-0176 | MATTHEW BARRETT<br>3007 E PAPILLON CIRCLE<br>MESA, AZ 85215 | MAURICE VERSTANDIG<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO, ND 58102-4246 |
| ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS, MN 55415-1320 | THOMAS KAPUSTA<br>PO BOX 90624<br>SIOUX FALLS, SD 57109-0624 | |