**Sharon Horsager**

| | |
|---|---|
| **From:** | Erik Ahlgren <Erik@Ahlgrenlawoffice.net> |
| **Sent:** | Thursday, March 6, 2025 2:47 PM |
| **To:** | Sharon Horsager |
| **Cc:** | Lisa Ahlgren; mac@dakotabankruptcy.com |
| **Subject:** | Stark Energy Fee Application |

**CAUTION - EXTERNAL:**

Sharon,

Will the court retain jurisdiction to consider a fee application?

# Erik A. Ahlgren | Attorney

Wells Fargo Center
Suite 105 (East Entrance)
220 West Washington Ave
Fergus Falls, MN 56537

Office: 218-998-2775
Fax: 218-998-6404
Cell:  218-205-7356

erik@ahlgrenlawoffice.net

This message and any attachments are intended only for the named recipient(s), and may contain information that is confidential, privileged, attorney work product, or exempt or protected from disclosure under applicable laws and rules. If you are not the intended recipient(s), you are notified that the dissemination, distribution, or copying of this message and any attachments is strictly prohibited. Please notify the sender if this email reaches you and you are not the intended recipient(s). If this communication concerns negotiation of a contract or agreement, the Uniform Electronic Transactions Act ("UETA") does not apply to this communication.  To comply with IRS requirements, you are informed that any tax advice contained in this communication (including any attachments) cannot be used for the purpose of avoiding tax-related penalties under the Internal Revenue Code.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.