# Sharon Horsager

| | |
|---|---|
| **From:** | THOMAS KAPUSTA <tkapusta@aol.com> |
| **Sent:** | Thursday, March 6, 2025 3:10 PM |
| **To:** | Sharon Horsager |
| **Subject:** | Stark Energy 24-30168 |

**CAUTION - EXTERNAL:**


Sharon, can you make sure the court does not close this case until my fee application is filed and approved so I can be paid through the retainer funds I hold?

Thank you.

Regards

Thomas Kapusta
Subchapter V Trustee


Sent from the all new AOL app for iOS

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.