UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Stark Energy, Inc.,

Chapter 11, Subchapter V
Case No. 24-30168

Debtor.

APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION
TO ACCOUNTANT FOR THE DEBTOR

The Jennifer Young Bookkeeping LLC as accountant for the Debtor ("Applicant"), respectfully represents as follows:

1. Applicant is the accountant for the Debtor in the above-captioned Chapter 11 subchapter V case.

2. Debtor filed its voluntary petition for relief under Chapter 11 subchapter V on April 23, 2024. The case was dismissed on March 6, 2025.

3. This court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334, and Federal Rule of Bankruptcy Procedure 5005. Bankruptcy Rule 2016 governs this application. The present matter is a core proceeding.

4. The Order Approving Retention of Accountant was executed by the Honorable Shon Hastings on February 20, 2025.

5. A plan was not confirmed and case was dismissed on March 6, 2025.

6. Applicant has made no previous application for compensation.

7. All services rendered and expenses incurred for which compensation or reimbursement is required were performed or incurred for or on behalf of the Debtor; the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

8. Attached to this application are the following:

  a.  an itemization of time expended, including a description of the task, the person performing the task and the hourly rate; and

  b.  an itemization of all expenses.

9.  Applicant has not shared or agreed to share any compensation received in connection with the bankruptcy case with any person or entity.

**Wherefore**, Applicant requests the Court to enter an Order awarding fees in the amount of $41,311.80 and expenses of $0.00 for a total application of $41,311.80.

            Jennifer Young Bookkeeping LLC

Dated: March 20, 2025      _____
            Jennifer Young
            2200 South Plaza Dr #1
            Rapid City SD 57702

            Verification

I, Jennifer Young, the applicant in the foregoing Application for Allowance of Final Compensation to Accountant for the Debtor, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief

Executed on: March 20, 2025     _____
            Jennifer Young

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Stark Energy, Inc.,

Chapter 11, Subchapter V
Case No. 24-30168

Debtor.

NOTICE OF APPLICATION FOR ALLOWANCE OF COMPENSATION TO ACCOUNTANT FOR THE DEBTOR

NOTICE IS HEREBY GIVEN that Jennifer Young Bookkeeping LLC has filed an Application for Allowance of Compensation to Accountant for the Debtor, a copy of which is served upon you.

Any response to this motion must be served and filed by delivery or mail not later than twenty-one (21) days from the date of the mailing of this Notice. UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED AND SERVED, THE COURT MAY DEEM SUCH RESPONSE WAIVED.

|  | Ahlgren Law Office, PLLC |
|---|---|
| Dated Mailed: March 20, 2025 | /s/Erik A. Ahlgren |
|  | Erik A. Ahlgren |
|  | North Dakota Bar No. 09561 |
|  | 220 West Washington Ave, Ste 105 |
|  | Fergus Falls, MN 56537 |
|  | Office: 218-998-2775 |
|  | erik@ahlgrenlawoffice.net |
|  |  |
|  | ATTORNEY FOR DEBTOR |

# Invoice

**Jennifer Young Bookkeeping LLC**
2200 South Plaza Dr #1
Rapid City, SD  57702 US
+16057873230
jennifer@jennifersbooks.com



| BILL TO |
| --- |
| Stark Energy Inc. |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 11239 | 01/30/2025 | $10,620.00 | 03/01/2025 | Net 30 | |

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | 2020 Taxes | 2020 Business return - Jennifer 7 Hours | 7 | 200.00 | 1,400.00T |
| | Reconcile | Input Invoices - Jeremy - 9 hours | 9 | 150.00 | 1,350.00T |
| | Reconcile | Input Statements - Shaylee - 15 Hours | 15 | 150.00 | 2,250.00T |
| | Reconcile | Input Statements - Ryan - 12 Hours | 12 | 150.00 | 1,800.00T |
| | Reconcile | Monthly Reconcile - Jeremy 18 Hours | 18 | 150.00 | 2,700.00T |
| | Accountant Review | Verify Assets - Jennifer - 1 Hours | 1 | 200.00 | 200.00T |
| | Accountant Review | Input Assets - Jeremy  - 2 Hours | 2 | 150.00 | 300.00T |

| | |
| --- | --- |
| SUBTOTAL | 10,000.00 |
| TAX | 620.00 |
| TOTAL | 10,620.00 |
| BALANCE DUE | **$10,620.00** |

Thank You For Your Business

Accounts 30 Days Passed Due Will Be Assessed A 1.5% Monthly Finance Charge, (18% APR) And Any Applicable Cost of Collection, Including But Not Limited to Attorney Fees And Court Costs.

Jennifer Young Bookkeeping LLC
2200 South Plaza Dr #1
Rapid City, SD  57702 US
+16057873230
jennifer@jennifersbooks.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| Stark Energy Inc. | Stark Energy Inc. |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11843 | 03/12/2025 | $10,089.00 | 04/11/2025 | Net 30 | |

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | 2021 Tax Return | 2021 Business return - Jennifer 7 Hours | 7 | 200.00 | 1,400.00T |
| | Reconcile | Input Invoices - Jeremy - 9 hours | 9 | 150.00 | 1,350.00T |
| | Reconcile | Monthly Reconcile - Jeremy 17 Hours | 17 | 150.00 | 2,550.00T |
| | Reconcile | Input Statements - Shaylee - 14 Hours | 14 | 150.00 | 2,100.00T |
| | Reconcile | Input Statements - Ryan - 11 Hours | 11 | 150.00 | 1,650.00T |
| | Accountant Review | Verify Assets - Jennifer - 1 Hours | 1 | 150.00 | 150.00T |
| | Accountant Review | Input Assets - Jeremy  - 2 Hours | 2 | 150.00 | 300.00T |

| | |
|---|---|
| SUBTOTAL | 9,500.00 |
| TAX | 589.00 |
| TOTAL | 10,089.00 |
| BALANCE DUE | **$10,089.00** |

Thank You For Your Business

Accounts 30 Days Passed Due Will Be Assessed A 1.5% Monthly Finance Charge, (18% APR) And Any Applicable Cost of Collection, Including But Not Limited to Attorney Fees And Court Costs.

**Jennifer Young Bookkeeping LLC**
2200 South Plaza Dr #1
Rapid City, SD  57702 US
+16057873230
jennifer@jennifersbooks.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| Stark Energy Inc. | Stark Energy Inc. |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11865 | 03/13/2025 | $10,620.00 | 04/12/2025 | Net 30 | |

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | 2022 Tax Return | 2022 Business return - Jennifer 7 Hours | 7 | 200.00 | 1,400.00T |
| | Reconcile | Input Invoices - Jeremy - 9 hours | 9 | 150.00 | 1,350.00T |
| | Reconcile | Input Statements - Shaylee - 15 Hours | 15 | 150.00 | 2,250.00T |
| | Reconcile | Input Statements - Ryan - 12 Hours | 12 | 150.00 | 1,800.00T |
| | Reconcile | Monthly Reconcile - Jeremy 18 Hours | 18 | 150.00 | 2,700.00T |
| | Accountant Review | Verify Assets - Jennifer - 1 Hours | 1 | 200.00 | 200.00T |
| | Accountant Review | Input Assets - Jeremy  - 2 Hours | 2 | 150.00 | 300.00T |

| | |
|---|---|
| SUBTOTAL | 10,000.00 |
| TAX | 620.00 |
| TOTAL | 10,620.00 |
| BALANCE DUE | **$10,620.00** |

Thank You For Your Business

Accounts 30 Days Passed Due Will Be Assessed A 1.5% Monthly Finance Charge, (18% APR) And Any Applicable Cost of Collection, Including But Not Limited to Attorney Fees And Court Costs.

Jennifer Young Bookkeeping LLC
2200 South Plaza Dr #1
Rapid City, SD  57702 US
+16057873230
jennifer@jennifersbooks.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| Stark Energy Inc. | Stark Energy Inc. |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11863 | 03/13/2025 | $10,620.00 | 04/12/2025 | Net 30 | |

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | 2023 Tax Return-Business | 2023 Business return - Jennifer 7 Hours | 7 | 200.00 | 1,400.00T |
| | Reconcile | Input Invoices - Jeremy - 9 hours | 9 | 150.00 | 1,350.00T |
| | Reconcile | Input Statements - Shaylee - 15 Hours | 15 | 150.00 | 2,250.00T |
| | Reconcile | Input Statements - Ryan - 12 Hours | 12 | 150.00 | 1,800.00T |
| | Reconcile | Monthly Reconcile - Jeremy 18 Hours | 18 | 150.00 | 2,700.00T |
| | Accountant Review | Verify Assets - Jennifer - 1 Hours | 1 | 200.00 | 200.00T |
| | Accountant Review | Input Assets - Jeremy  - 2 Hours | 2 | 150.00 | 300.00T |

| | |
|---|---|
| SUBTOTAL | 10,000.00 |
| TAX | 620.00 |
| TOTAL | 10,620.00 |
| BALANCE DUE | **$10,620.00** |

Thank You For Your Business

Accounts 30 Days Passed Due Will Be Assessed A 1.5% Monthly Finance Charge, (18% APR) And Any Applicable Cost of Collection, Including But Not Limited to Attorney Fees And Court Costs.

# Invoice

**Jennifer Young Bookkeeping LLC**
2200 South Plaza Dr #1
Rapid City, SD  57702 US
+16057873230
jennifer@jennifersbooks.com



| BILL TO | SHIP TO |
|---|---|
| Stark Energy Inc. | Stark Energy Inc. |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11705 | 03/03/2025 | $9,451.80 | 04/02/2025 | Net 30 | |

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | 2024 Tax Return-Business | 2024 Business Return -Jennifer 7 Hours | 7 | 200.00 | 1,400.00T |
| | Accountant Review | Verify Assets - Jennifer - 1 Hour | 1 | 150.00 | 150.00T |
| | Reconcile | Monthly Reconcile - Jeremy 16 Hours | 16 | 150.00 | 2,400.00T |
| | Accountant Review | Verify Assets - Jeremy - 3 Hour | 3 | 150.00 | 450.00T |
| | Reconcile | Input Invoices - Jeremy 6 hours | 6 | 150.00 | 900.00T |
| | Reconcile | Input Statements - Ryan - 14 Hours | 14 | 150.00 | 2,100.00T |
| | Reconcile | Input Statements - Shaylee - 10 Hours | 10 | 150.00 | 1,500.00T |

| | |
|---|---|
| SUBTOTAL | 8,900.00 |
| TAX | 551.80 |
| TOTAL | 9,451.80 |
| BALANCE DUE | **$9,451.80** |

Thank You For Your Business

Accounts 30 Days Passed Due Will Be Assessed A 1.5% Monthly Finance Charge, (18% APR) And Any Applicable Cost of Collection, Including But Not Limited to Attorney Fees And Court Costs.