UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 24-30168 |
|---|---|
| STARK ENERGY, INC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 246 |

On 3/20/2025, I did cause a copy of the following documents, described below,

Application for allowance of final compensation to accountant for the debtor ECF Docket Reference No. 246

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/20/2025

/s/ Erik A Ahlgren
Erik A Ahlgren  191814

Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537
218 998 2775
lisa@ahlgrenlaw.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 24-30168 |
|---|---|
| STARK ENERGY, INC | **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br> Chapter: 11 <br> ECF Docket Reference No. 246 |

On 3/20/2025, a copy of the following documents, described below,

Application for allowance of final compensation to accountant for the debtor ECF Docket Reference No. 246

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/20/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik A Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-30168<br>DISTRICT OF NORTH DAKOTA<br>THU MAR 20 11-43-34 PST 2025 | ALLIANCE FUNDING GROUP<br>DRESSLER PETERS LLC<br>CO KEN PETERS<br>101 W GRAND AVE  SUITE 404<br>CHICAGO  IL 60654-7129 | ALLY BANK  CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| GATE CITY BANK<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO  ND 58107-1389 | REGIONS BANK<br>CO CROWLEY FLECK PLLP<br>ATTN MICHAEL J KLEPPERICH<br>490 N 31ST ST  STE 500<br>PO BOX 2529<br>BILLINGS  MT 59103-2529 | DEBTOR<br>STARK ENERGY  INC<br>1860 4TH AVE E<br>PO BOX 748<br>DICKINSON  ND 58602-0748 |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~655 1ST AVENUE NORTH SUITE 210~~<br>~~FARGO  ND 58102-4932~~ | AVANZA GROUP  LLC<br>3974 AMBOY RD SUITE 306<br>STATEN ISLAND  NY 10308-2414 | ADAM HAMMERLE<br>31732 AVONDALE<br>WESTLAND  MI 48186-4993 |
| ALEXANDER MILLER<br>PO BOX 3256<br>BISMARCK  ND 58602-0016 | (P)ALLIANCE FUNDING GROUP<br>17542 17TH STREET<br>SUITE 200<br>TUSTIN CA 92780-1960 | ALLIANCE FUNDING GROUP<br>ATTN OFFICER OR MANAGING AGENT<br>3974 AMBOY RD SUITE 306<br>STATEN ISLAND NY 10308-2414 |
| ALLIANCE FUNDING GROUP<br>CO KENNETH D PETERS  ESQ<br>DRESSLER  PETERS  LLC<br>101 W GRAND AVE  SUITE 404<br>CHICAGO  IL 60654-7129 | ALLY BANK<br>AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | ~~EXCLUDE~~<br>~~(D)ALLY BANK CO AIS PORTFOLIO SERVICES LLC~~<br>~~4515 N SANTA FE AVE DEPT APS~~<br>~~OKLAHOMA CITY  OK 73118-7901~~ |
| ALLY FINANCIAL<br>500 WOODWARD AVE<br>DETROIT  MI 48226-3416 | AMERIFI CAPITAL LLC<br>330 MAIN ST 105<br>HARTFORD  CT 06106-1860 | ~~EXCLUDE~~<br>~~(D)AMERIFI CAPITAL LLC~~<br>~~330 MAIN ST 105~~<br>~~HARTFORD  CT 06106-1860~~ |
| (P)ASCENTIUM CAPITAL<br>ATTN BANKRUPTCY<br>23970 US 59 NORTH<br>KINGWOOD TX 77339-1535 | BERKOVITCH  BOUSKILA  PLLC<br>1545 US 202  SUITE 101<br>POMONA  NY 10970-2951 | BRAD CROSS<br>809 ECR 7250<br>BISMARCK  ND 79404 |
| BRIGHT DESIGN HOMES<br>319 PRAIRIE DR<br>STANLEY  ND 58784-8516 | BRYAN A KOSTELECKY<br>1150  11TH AVENUE WEST<br>DICKINSON  ND 58601-3652 | BRYAN ADOLPH KOSTELECKY<br>1150  11TH AVE W<br>DICKINSON  ND 58601-3652 |
| CLOUD FUND LLC<br>400 RELLA BLVD SUITE 165101<br>SUFFERN  NY 10901-4241 | CT CORPORATION SYSTEM<br>ATTN SPRS<br>330 N BRAND BLVD SUITE 700<br>GLENDALE  CA 91203-2336 | CTHD COMPANY<br>ATTN OFFICER OR MANAGING AGENT<br>PO BOX 2576<br>SPRINGFIELD  IL 62708-2576 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| CAPITAL ONE  SPARK BUSINESS<br>PO BOX 71087<br>CHARLOTTE  NC 28272-1087 | EXCLUDE<br>(D)CAPITAL ONE  SPARK BUSINESS<br>PO BOX 71087<br>CHARLOTTE  NC 28272-1087 | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE  NC  28272-1083 |
| CODY FORD<br>PO BOX 64<br>BISMARCK  ND 58502-0064 | CODY LAFFITTE<br>215 WALDROUP RD<br>EROS  LA 71238-7206 | COUNTY LINE TRUCK STOP<br>PO BOX  2140<br>DICKINSON  ND 58602-2140 |
| EXCLUDE<br>(D)COUNTY LINE TRUCK STOP<br>PO BOX  2140<br>DICKINSON  ND 58602-2140 | CRAIG ELSER<br>2584 6TH AVE W  APT 7<br>DICKINSON  ND 58601-2556 | DCI  CREDIT SERVICES INC<br>121 E ROSSER AVE<br>BISMARCK  ND 58501-3864 |
| EXCLUDE<br>(D)DCI  CREDIT SERVICES INC<br>121 E ROSSER AVE<br>BISMARCK  ND 58501-3864 | DANIEL GERSTBERGER<br>90 EAST 6 MILE RD<br>GARDEN CITY  KS 67846-9544 | DANIEL GERSTBERGER<br>CO THOMAS F MURTHA<br>PO BOX 1111<br>DICKINSON  ND 58602-1111 |
| DANIEL PALUCK<br>2030 SIERRA COMMONS RD  APT 738<br>DICKINSON  ND 58601-5173 | DUSTIN ONEILL<br>1615 MAIN ST<br>BISMARCK  ND 58501 | DYLAN BOYKIN<br>8715 PINE SPRINGS<br>MERIDIAN  MS 39305-9355 |
| DYLAN NEWTON<br>527 2ND AVE E<br>DICKINSON  ND 58601-4476 | DYNASTY CAPITAL 26  LLC<br>9614 METROPOLITAN AVE 2ND FL<br>FOREST HILLS  NY 11375-6675 | EXCLUDE<br>(D)DYNASTY CAPITAL 26  LLC<br>9614 METROPOLITAN AVE 2ND FL<br>FOREST HILLS  NY 11375-6675 |
| EN OD CAPTIAL LLC<br>11777 REISTERSTOWN RD<br>PIKESVILLE  MD 21208 | EVERYDAY FUNDING GROUP LLC<br>132 32ND ST<br>BROOKLYN  NY 11232-1920 | EBELTOFT  SICKLER LAWYERS PLLC<br>2272 EIGHT STREET WEST<br>DICKINSON  ND 58601-8590 |
| EBELTOFT  SICKLER LAWYERS PLLC<br>2272 EIGHTH STREET WEST<br>DICKINSON  ND 58601-8590 | EDUARDO ORTIZ<br>2717 11TH AVE<br>WILLISTON  ND 58801-2943 | EDUARDO ORTIZ<br>6024 WILSHIRE DR<br>TAMPA  FL 33615-3432 |
| FETTIG ENTERPRISE INC<br>1860 4TH AVE E<br>DICKINSON  ND 58601-3362 | FINANCIAL PACIFIC LEASING INC<br>3455 S 344TH WAY STE 300<br>FEDERAL WAY  WA 98001-9546 | FINANCIAL PACIFIC LEASING INC<br>ATTN OFFICER OR MANAGING AGENT<br>3455 S 344TH WAY STE 300<br>FEDERAL WAY  WA 98001-9546 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| GARRETT MCKENZIE<br>1289 24TH ST W<br>BISMARCK  ND 58601-2716 | GATE CITY BANK<br>1761 THIRD AVE W<br>DICKINSON  ND 58601-3086 | GATE CITY BANK<br>204 SIMS ST<br>DICKINSON  ND 58601-5142 |
| GATE CITY BANK<br>ATTN CAREN STANLEY  VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND  58107-1389 | GATE CITY BANK<br>CO CAREN STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO  ND 58107-1389 | EXCLUDE<br>~~(D)GATE CITY BANK~~<br>~~CO CAREN W STANLEY~~<br>~~VOGEL LAW FIRM~~<br>~~PO BOX 1389~~<br>~~FARGO  ND 58107-1389~~ |
| GREG MOORE<br>632 8TH ST SE<br>BISMARCK  ND 58501 | GREG MOORE<br>632 8TH ST SE<br>SIDNEY  MT 59270-5316 | HELEN GEORGE<br>1813 4TH AVE E<br>BISMARCK  ND 58501 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JASON LAVIGNE<br>375 HORIZON ST<br>KILLDEER  ND 58640 | JEFFREY SCHMITT<br>4007 33RD ST N<br>BISMARCK  ND 58102-6237 |
| JENNIFER M GOOSS<br>PO BOX 249<br>BEULAH  ND 58523-0249 | JENNIFER M GOOSS<br>SOLEM LAW OFFICE<br>PO BOX 249<br>BEULAH  ND 58523-0249 | JETT OGREN<br>CO ND  DEPARTMENT OF LABOR<br>600 E BOULEVARD AVE DEPT 406<br>BISMARCK  ND 58505-0340 |
| JOHN C WILLIAMS  ASSOCIATES<br>1612 NORTHEAST EXPRESSWAY<br>ATLANTA  GA 30329-2003 | EXCLUDE<br>~~(D)JOHN C WILLIAMS  ASSOCIATES~~<br>~~1612 NORTHEAST EXPRESSWAY~~<br>~~ATLANTA  GA 30329-2003~~ | JUSTIN BACON<br>305 NORTH WIBAUX STREET<br>PO BOX 176<br>WIBAUX MT 59353-0176 |
| JUSTIN BACON<br>CO ND DEPARTMENT OF LABOR<br>600 E BOULEVARD AVE DEPT 406<br>BISMARCK  ND 58505-0340 | JUSTIN LAVIGNE<br>CO ND  DEPARTMENT OF LABOR<br>600 E BOULEVARD AVE DEPT 406<br>BISMARCK  ND 58505-0340 | KELLER PAVING  LANDSCAPING  INC<br>1820 HWY 2 BYPASS EAST<br>MINOT  ND 58701-7929 |
| KENNETH MACK<br>306 13TH ST NE<br>TIOGA  ND 58852-7150 | KNIGHTSBRIDGE FUNDING LLC<br>1706 AVE M<br>BROOKLYN NY 11230-5307 | KNIGHTSBRIDGE FUNDING LLC<br>40 WALL ST<br>NEW YORK  NY 10005-1304 |
| LANDMARK FUNDING<br>10232 SOUTHARD DR<br>BELTSVILLE  MD 20705-2105 | LANDMARK FUNDING<br>411 KINGSTON AVE STE 201<br>BROOKLYN NY 11225-3171 | UNDELIVERABLE<br>LINEBARGER GOGGAN BLAIR  SAMPSON  LLP<br>233 SOUTH WACKER DRIVE SUITE<br> 60606-6379 |

USPS FIRST CLASS MAIL AND/OR COPIES OF IMAGE SERVICE were not served via First Class USPS Mail Service.
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>233 SOUTH WACKER DRIVE SUITE 4030<br>CHICAGO  IL  60606-6379 | M2 FINANCING<br>20800 SWENSON DRIVE  SUITE 475<br>WAUKESHA  WI  53186-2075 | EXCLUDE<br>(D)M2 FINANCING<br>20800 SWENSON DRIVE  SUITE 475<br>WAUKESHA  WI  53186-2075 |
| MARCELINO GONZALEZ<br>PO BOX 295<br>ELSA  TX  78543-0295 | MATHEW BARRETT<br>3007 E PAPILLON CIRCLE<br>MESA  AZ  85215 | EXCLUDE<br>(D)MATHEW BARRETT<br>3007 E PAPILLON CIRCLE<br>MESA  AZ  85215 |
| MATHEW HABERSTROH<br>3907 EAST DUKE STREET<br>LUBBOCK  TX  79403-3807 | MICHAEL WERNER<br>828 SOUTH 6TH STREET<br>CANON CITY  CO  81212-4123 | MIDLAND STATES BANK<br>1201 NETWORK CENTRE DRIVE<br>EFFINGHAM  IL  62401-4677 |
| EXCLUDE<br>(D)MIDLAND STATES BANK<br>1201 NETWORK CENTRE DRIVE<br>EFFINGHAM  IL  62401-4677 | MIDLAND STATES BANK<br>ATTN CAREN STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND  58107-1389 | OFFICE OF STATE TAX COMMISSIONER<br>600 E BOULEVARD<br>BISMARCK  ND  58505-0599 |
| PARKVIEW ADVANCE LLC<br>400 MAIN ST<br>STAMFORD  CT  06901-3000 | PATRICK VOLCK<br>1402 20TH AVE W  APT 13<br>WILLISTON  ND  58801-3775 | PINNACLE BUSINESS FUNDING LLC<br>1777 REISTERSTOWN RD<br>PIKESVILLE  MD  21208-1313 |
| EXCLUDE<br>(D)PINNACLE BUSINESS FUNDING LLC<br>1777 REISTERSTOWN RD<br>PIKESVILLE  MD  21208-1313 | PIONEER CREDIT RECOVERY INC<br>PO BOX 189<br>ARCADE  NY  14009-0189 | PREBLE MEDICAL SERVICES INC<br>101 COLLINS AVENUE<br>MANDAN  ND  58554-3176 |
| PREBLE MEDICAL SERVICES INC<br>MARY ANN PREBLEOWNER<br>101 COLLINS AVENUE<br>MANDAN  ND  58554-3176 | QUALITY QUICK PRINT<br>37 1ST AVE WEST<br>DICKINSON  ND  58601-5102 | QUENT LUSK<br>1455 ROUGH RIDER BLVD  APT 202<br>DICKINSON  ND  58601-6760 |
| QUINTON JENKINS<br>201 COUNTY ROAD 685<br>QUITMAN  MS  39355-8982 | RIVER ADVANCE<br>36 AIRPORT RD<br>LAKEWOOD  NJ  08701-7034 | RAYMOND IBE<br>5809 VICTORIA AVE  UNIT H<br>WILLISTON  ND  58801-5174 |
| REGIONS BANK<br>PO BOX 11407<br>BIRMINGHAM  AL  35246-3035 | REGIONS BANK<br>CO MICHAEL J KLEPPERICH<br>PO BOX 2529<br>BILLINGS  MT  59103-2529 | RICARDO MUZQUIZ<br>1004 PASEO DE TIBER<br>LAREDO  TX  78046-8939 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| RIVER CAPITAL PARTNERS LLC<br>36 AIRPORT ROAD<br>LAKEWOOD  NJ 08701-7034 | EXCLUDE<br>(D)RIVER CAPITAL PARTNERS LLC<br>36 AIRPORT ROAD<br>LAKEWOOD  NJ 08701-7034 | ROB FETTIG<br>1860 4TH AVE E<br>DICKINSON  ND 58601-3362 |
| ROB FETTIG<br>1860 4TH AVE E DICKINSON<br>DICKINSON  ND 58601-3362 | ROBERT BOATRIGHT<br>1810 DIAZ AVE<br>BISMARCK  ND 78076-3384 | ROBERT HAIDER<br>1093 ENTERPRISE AVE  APT 3<br>BISMARCK  ND 58601-4162 |
| SHANNON BROCK<br>615 29TH ST W<br>DICKINSON  ND 58601-2536 | SOUTH METRO REMODEL AND HOME REPAIR<br>13617 4TH AVE SOUTH<br>BURNSVILLE  MN 55337-4071 | STEVEN KOPP<br>1911 RADNOR DR<br>MELBOURNE  FL 32901-4226 |
| STEVEN STACK<br>9201 275TH AVE SE<br>BISMARCK  ND 58781-9221 | THE AVANZA GROUP  LLC<br>1545 US 202  SUITE 101<br>POMONA  NY 10970-2951 | THE AVANZA GROUP LLC<br>3974 AMBOY ROAD STE 304<br>STATEN ISLAND  NY 10308-2414 |
| TODD GRIFFITHS<br>2463 COVES CT<br>DICKINSON  ND 58601-3030 | TRAVIS VERNON<br>633 27TH ST WEST<br>BISMARCK  ND 58501 | US ATTORNEY<br>655 FIRST AVE N STE 250<br>FARGO ND  58102-4932 |
| US SMALL BUSINESS ADMINISTRATION<br>JOHN W BAKER  ATTORNEY<br>721 19TH STREET<br>SUITE 426<br>DENVER  CO 80202-2517 | US SMALL BUSINESS ADMINISTRATION<br>14925 KINGSPORT ROAD<br>FORT WORTH  TX 76155-2243 | EXCLUDE<br>(D)US SMALL BUSINESS ADMINISTRATION<br>14925 KINGSPORT ROAD<br>FORT WORTH  TX 76155-2243 |
| VALENTIN MASCORRO<br>633 27TH ST WEST<br>DICKINSON  ND 58601-2520 | VOGEL LAW FIRM<br>218 NP AVE<br>FARGO  ND 58102-4834 | WESTERN EQUIPMENT SOLUTIONS<br>PO BOX 26975<br>SALT LAKE CITY  UT 84126-0975 |
| EXCLUDE<br>(D)WESTERN EQUIPMENT SOLUTIONS<br>PO BOX 26975<br>SALT LAKE CITY  UT 84126-0975 | YUKER TOWING<br>876 E BROADWAY ST<br>DICKINSON  ND 58601-7416 | YUKER TOWING AND REPAIR LLC<br>CO THOMAS F MURTHA IV<br>PO BOX 1111<br>DICKISNON  ND 58602-1111 |
| M2 EQUIPMENT FINANCE LLC<br>20800 SWENSON DRIVE<br>WAUKESHA  WI 53186-2075 | DANIEL GERSTBERGER<br>90 E SIX MILE ROAD<br>GARDEN CITY  KS 67846-9544 | EXCLUDE<br>ERIK A AHLGREN<br>AHLGREN LAW OFFICE  PLLC<br>220 W WASHINGTON AVE<br>STE 105<br>FERGUS FALLS  MN 56537-2569 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| EXCLUDE | | EXCLUDE |
|---|---|---|
| ~~(D)EDUARDO ORTIZ~~<br>~~6024 WILSHIRE DRIVE~~<br>~~TAMPA  FL 33615-3432~~ | JENNIFER YOUNG<br>JENNIFER YOUNGS BOOKKEEPING SERVICES LLC<br>2200 SOUTH PLAZA DR 1<br>RAPID CITY  SD 57702-9373 | ~~(U)JOHN W BAKER  ATTY US SMALL BUSINES~~<br>~~ADMI~~ |

JUSTIN BACON
PO BOX 176
WIBAUX  MT 59353-0176

MATTHEW BARRETT
3007 E PAPILLON CIRCLE
MESA  AZ 85215

MAURICE VERSTANDIG
THE DAKOTA BANKRUPTCY FIRM
1630 1ST AVENUE N
SUITE B PMB 24
FARGO  ND 58102-4246

ROBERT B RASCHKE
ASSISTANT US TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS  MN 55415-1320

THOMAS KAPUSTA
PO BOX 90624
SIOUX FALLS  SD 57109-0624