Jennifer Young Bookkeeping LLC
2200 South Plaza Dr #1
Rapid City, SD  57702 US
+16057873230
jennifer@jennifersbooks.com

# Invoice



| BILL TO |
| --- |
| Stark Energy Inc. |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 11239 | 02/20/2025 | $10,593.45 | 03/22/2025 | Net 30 | |

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 02/20/2024 | 2020 Taxes | Process 2020 Return - Jennifer 5.5 Hours | 5.50 | 150.00 | 825.00T |
| 02/10/2025 | Financial Statements | Input Statements into QuickBooks - Ryan 8 Hours | 8 | 150.00 | 1,200.00T |
| 02/10/2025 | Financial Statements | Input Statements into QuickBooks - Shaylee 8 Hours | 8 | 150.00 | 1,200.00T |
| 02/11/2025 | Financial Statements | Input Statements into QuickBooks - Ryan 4 Hours | 4 | 150.00 | 600.00T |
| 02/11/2025 | Financial Statements | Input Statements into QuickBooks - Shaylee 7 Hours | 7 | 150.00 | 1,050.00T |
| 02/11/2025 | Financial Statements | Input invoices into QuickBooks - Jeremy 5 Hours | 5 | 150.00 | 750.00T |
| 02/12/2025 | Financial Statements | Input Invoices into QuickBooks - Jeremy 4 Hours | 4 | 150.00 | 600.00T |
| 02/13/2025 | Reconcile | Reconcile monthly statements - Jeremy 4 Hours | 4 | 150.00 | 600.00T |
| 02/14/2025 | Reconcile | Reconcile monthly statements - Jeremy 8 Hours | 8 | 150.00 | 1,200.00T |
| 02/17/2025 | Reconcile | Reconcile monthly statements - Jeremy 6 Hours | 6 | 150.00 | 900.00T |
| 02/18/2025 | Accountant Review | Accountant Review of Assets - Jeremy 2 Hours | 2 | 150.00 | 300.00T |
| 02/18/2025 | Accountant Review | Accountant Review of Assets - Jennifer 1 Hour | 1 | 150.00 | 150.00T |
| 02/19/2025 | 2020 Taxes | Process 2020 Return - Jennifer 4 Hours | 4 | 150.00 | 600.00T |

SUBTOTAL 9,975.00
TAX 618.45
TOTAL 10,593.45
BALANCE DUE **$10,593.45**

Thank You For Your Business

Accounts 30 Days Passed Due Will Be Assessed A 1.5% Monthly Finance Charge, (18% APR) And Any Applicable Cost of Collection, Including But Not Limited to Attorney Fees And Court Costs.

Jennifer Young Bookkeeping LLC
2200 South Plaza Dr #1
Rapid City, SD  57702 US
+16057873230
jennifer@jennifersbooks.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| Stark Energy Inc. | Stark Energy Inc. |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11843 | 02/24/2025 | $10,035.90 | 03/26/2025 | Net 30 | |

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/12/2025 | Financial Statements | Input Statements into QuickBooks - Ryan 8 Hours | 8 | 150.00 | 1,200.00T |
| 02/12/2025 | Financial Statements | Input Statements into QuickBooks - Shaylee 8 Hours | 8 | 150.00 | 1,200.00T |
| 02/13/2025 | Financial Statements | Input Statements into QuickBooks - Ryan 3 Hours | 3 | 150.00 | 450.00T |
| 02/13/2025 | Financial Statements | Input Statements into QuickBooks - Shaylee 6 Hours | 6 | 150.00 | 900.00T |
| 02/18/2025 | Financial Statements | Input invoices into QuickBooks - Jeremy 5 Hours | 5 | 150.00 | 750.00T |
| 02/19/2025 | Financial Statements | Input invoices into QuickBooks - Jeremy 4 Hours | 4 | 150.00 | 600.00T |
| 02/20/2025 | Reconcile | Reconcile monthly statements - Jeremy 8 Hours | 8 | 150.00 | 1,200.00T |
| 02/21/2025 | Reconcile | Reconcile monthly statements - Jeremy 8 Hours | 8 | 150.00 | 1,200.00T |
| 02/22/2025 | Reconcile | Reconcile monthly statements - Jeremy 1 Hours | 1 | 150.00 | 150.00T |
| 02/22/2025 | Accountant Review | Input Assets - Jeremy - 2 Hours | 2 | 150.00 | 300.00T |
| 02/22/2025 | Accountant Review | Verify Assets - Jennifer - 1 Hour | 1 | 150.00 | 150.00T |
| 02/23/2025 | 2021 Tax Return | Process 2020 Return - Jennifer 5 Hours | 5 | 150.00 | 750.00T |
| 02/24/2025 | 2021 Tax Return | Process 2020 Return - Jennifer 4 Hours | 4 | 150.00 | 600.00T |

| | |
|---|---|
| SUBTOTAL | 9,450.00 |
| TAX | 585.90 |
| TOTAL | 10,035.90 |
| BALANCE DUE | **$10,035.90** |

Thank You For Your Business

Accounts 30 Days Passed Due Will Be Assessed A 1.5% Monthly Finance Charge, (18% APR) And Any Applicable Cost of Collection, Including But Not Limited to Attorney Fees And Court Costs.

# Invoice

**Jennifer Young Bookkeeping LLC**
2200 South Plaza Dr #1
Rapid City, SD  57702 US
+16057873230
jennifer@jennifersbooks.com



| BILL TO | SHIP TO |
|---|---|
| Stark Energy Inc. | Stark Energy Inc. |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11865 | 02/26/2025 | $10,593.45 | 03/28/2025 | Net 30 | |

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/13/2025 | Financial Statements | Input Statements into QuickBooks - Ryan 5 Hours | 5 | 150.00 | 750.00T |
| 02/13/2025 | Financial Statements | Input Statements into QuickBooks - Shaylee 2 Hours | 2 | 150.00 | 300.00T |
| 02/14/2025 | Financial Statements | Input Statements into QuickBooks - Ryan 7 Hours | 7 | 150.00 | 1,050.00T |
| 02/14/2025 | Financial Statements | Input Statements into QuickBooks - Shaylee 8 Hours | 8 | 150.00 | 1,200.00T |
| 02/17/2025 | Financial Statements | Input Statements into QuickBooks - Shaylee 5 Hours | 5 | 150.00 | 750.00T |
| 02/22/2025 | Financial Statements | Input invoices into QuickBooks - Jeremy 5 Hours | 5 | 150.00 | 750.00T |
| 02/23/2025 | Financial Statements | Input invoices into QuickBooks - Jeremy 4 Hours | 4 | 150.00 | 600.00T |
| 02/23/2025 | Reconcile | Reconcile monthly statements - Jeremy 4 Hours | 4 | 150.00 | 600.00T |
| 02/24/2025 | Reconcile | Reconcile monthly statements - Jeremy 8 Hours | 8 | 150.00 | 1,200.00T |
| 02/25/2025 | Reconcile | Reconcile monthly statements - Jeremy 6 Hours | 6 | 150.00 | 900.00T |
| 02/25/2025 | Accountant Review | Verify Assets - Jennifer - 1 Hours | 1 | 150.00 | 150.00T |
| 02/25/2025 | Accountant Review | Input Assets - Jeremy  - 2 Hours | 2 | 150.00 | 300.00T |
| 02/25/2025 | 2022 Tax Return | Process 2022 Return - Jennifer 6 Hours | 6 | 150.00 | 900.00T |
| 02/26/2025 | 2022 Tax Return | Process 2022 Return - Jennifer 3.5 Hours | 3.50 | 150.00 | 525.00T |

Thank You For Your Business

Accounts 30 Days Passed Due Will Be Assessed A 1.5% Monthly Finance Charge, (18% APR) And Any Applicable Cost of Collection, Including But Not Limited to Attorney Fees And Court Costs.

| | |
|---|---|
| SUBTOTAL | 9,975.00 |
| TAX | 618.45 |
| TOTAL | 10,593.45 |
| BALANCE DUE | **$10,593.45** |

Thank You For Your Business

Accounts 30 Days Passed Due Will Be Assessed A 1.5% Monthly Finance Charge, (18% APR) And Any Applicable Cost of Collection, Including But Not Limited to Attorney Fees And Court Costs.

**Jennifer Young Bookkeeping LLC**
2200 South Plaza Dr #1
Rapid City, SD  57702 US
+16057873230
jennifer@jennifersbooks.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| Stark Energy Inc. | Stark Energy Inc. |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11863 | 03/02/2025 | $10,593.45 | 04/01/2025 | Net 30 | |

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/17/2025 | Financial Statements | Input Statements into QuickBooks - Ryan 8 Hours | 8 | 150.00 | 1,200.00T |
| 02/17/2025 | Financial Statements | Input Statements into QuickBooks - Shaylee 8 Hours | 8 | 150.00 | 1,200.00T |
| 02/18/2025 | Financial Statements | Input Statements into QuickBooks - Ryan 4 Hours | 4 | 150.00 | 600.00T |
| 02/18/2025 | Financial Statements | Input Statements into QuickBooks - Shaylee 7 Hours | 7 | 150.00 | 1,050.00T |
| 02/26/2025 | Financial Statements | Input invoices into QuickBooks - Jeremy 8 Hours | 8 | 150.00 | 1,200.00T |
| 02/27/2025 | Financial Statements | Input invoices into QuickBooks - Jeremy 1 Hours | 1 | 150.00 | 150.00T |
| 02/27/2025 | Reconcile | Reconcile monthly statements - Jeremy 8 Hours | 8 | 150.00 | 1,200.00T |
| 02/28/2025 | Reconcile | Reconcile monthly statements - Jeremy 8 Hours | 8 | 150.00 | 1,200.00T |
| 03/01/2025 | Reconcile | Reconcile monthly statements - Jeremy 2 Hours | 2 | 150.00 | 300.00T |
| 03/01/2025 | Accountant Review | Input Assets - Jeremy  - 2 Hours | 2 | 150.00 | 300.00T |
| 03/01/2025 | Accountant Review | Verify Assets - Jennifer - 1 Hours | 1 | 150.00 | 150.00T |
| 03/01/2025 | 2023 Tax Return-Business | Process 2023 Return - Jennifer 7 Hours | 7 | 150.00 | 1,050.00T |
| 03/02/2025 | 2023 Tax Return-Business | Process 2022 Return - Jennifer 2.5 Hours | 2.50 | 150.00 | 375.00T |

|  |  |
|---|---|
| SUBTOTAL | 9,975.00 |
| TAX | 618.45 |
| TOTAL | 10,593.45 |
| BALANCE DUE | **$10,593.45** |

Thank You For Your Business

Accounts 30 Days Passed Due Will Be Assessed A 1.5% Monthly Finance Charge, (18% APR) And Any Applicable Cost of Collection, Including But Not Limited to Attorney Fees And Court Costs.

Jennifer Young Bookkeeping LLC
2200 South Plaza Dr #1
Rapid City, SD  57702 US
+16057873230
jennifer@jennifersbooks.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| Stark Energy Inc. | Stark Energy Inc. |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11705 | 03/05/2025 | $9,398.70 | 04/04/2025 | Net 30 | |

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/18/2025 | Financial Statements | Input Statements into QuickBooks - Ryan 4 Hours | 4 | 150.00 | 600.00T |
| 02/18/2025 | Financial Statements | Input Statements into QuickBooks - Shaylee 1 Hours | 1 | 150.00 | 150.00T |
| 02/19/2025 | Financial Statements | Input Statements into QuickBooks - Ryan 8 Hours | 8 | 150.00 | 1,200.00T |
| 02/19/2025 | Financial Statements | Input Statements into QuickBooks - Shaylee 8 Hours | 8 | 150.00 | 1,200.00T |
| 02/20/2025 | Financial Statements | Input Statements into QuickBooks - Ryan 2 Hours | 2 | 150.00 | 300.00T |
| 03/01/2025 | Financial Statements | Input Invoices - Jeremy 6 hours | 6 | 150.00 | 900.00T |
| 03/02/2025 | Reconcile | Reconcile monthly statements - Jeremy 8 Hours | 8 | 150.00 | 1,200.00T |
| 03/03/2025 | Reconcile | Reconcile monthly statements - Jeremy 8 Hours | 8 | 150.00 | 1,200.00T |
| 03/04/2025 | Accountant Review | Input Assets - Jeremy - 2 Hours | 2 | 150.00 | 300.00T |
| 03/04/2025 | Accountant Review | Verify Assets - Jennifer - 1 Hours | 1 | 150.00 | 150.00T |
| 03/04/2025 | 2024 Tax Return-Business | Process 2024 Return - Jennifer 7 Hours | 7 | 150.00 | 1,050.00T |
| 03/05/2025 | 2024 Tax Return-Business | Process 2024 Return - Jennifer 4 hours | 4 | 150.00 | 600.00T |

SUBTOTAL 8,850.00
TAX 548.70
TOTAL 9,398.70
BALANCE DUE **$9,398.70**

Thank You For Your Business

Accounts 30 Days Passed Due Will Be Assessed A 1.5% Monthly Finance Charge, (18% APR) And Any Applicable Cost of Collection, Including But Not Limited to Attorney Fees And Court Costs.