UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA
(Fargo)

| | |
|---|---|
| In Re: ) | |
| ) | |
| Stark Energy, Inc. ) | |
| ) | Case No. 24-30168 |
| ) | |
| ) | Chapter 11 |
| ) | Subchapter V |
| ) | |
| Debtor ) | |

**SUBCHAPTER V CASE TRUSTEE REPORT OF NO DISTRIBUTION**

Chapter 11 Subchapter V Trustee's Report of No Distribution. Funds Collected: $0. Total fees paid to trustee: $10,157.00 Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending since April 23,2024. Assets Abandoned (without deducting any secured claims): Not Applicable, Assets Exempt: Not Applicable, Claims Scheduled: $0, Claims Asserted: Not Available, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): Not Applicable. Case dismissed: March 6, 2025

Respectfully Submitted,

Dated: April 11, 2025

/s/Thomas Kapusta
Subchapter V Trustee
PO Box 90624
Sioux Falls, SD  57109
tkapusta@aol.com
605-376-6715

CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2025, the foregoing instrument was filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all registered users party to this proceeding, including the United States Trustee.

/s/ *Thomas Kapusta*