**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

Stark Energy, Inc.                                    Bankruptcy No. 24-30168
                                                      Chapter 11 – Subchapter V
　　　　Debtor.
_____/

**ORDER CLOSING DISMISSED CHAPTER 11 CASE**

The Court dismissed this case on March 6, 2025. Accordingly, **IT IS ORDERED** that the Subchapter V Trustee is discharged, and this case is closed.

Dated this 13th day of May, 2025.

　　　　　　　　　　　　　　　　/s/ Shon Hastings
　　　　　　　　　　　　　　　　Shon Hastings, Judge
　　　　　　　　　　　　　　　　United States Bankruptcy Court