United States Bankruptcy Court

District of North Dakota

| | |
|---|---|
| In re: | Case No. 24-30168-skh |
| Stark Energy, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 13, 2025 | Form ID: pdf2some | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stark Energy, Inc., 1860 4th Ave E, PO Box 748, Dickinson, ND 58602-0748 |
| cr | + | Daniel Gerstberger, 90 E Six Mile Road, Garden City, KS 67846-9544 |
| acc | + | Jennifer Young, Jennifer Youngs Bookkeeping Services LLC, 2200 South Plaza Dr #1, Rapid City, SD 57702-9373 |
| cr | + | Justin Bacon, PO Box 176, Wibaux, MT 59353-0176 |
| cr | | Matthew Barrett, 3007 E Papillon Circle, Mesa, AZ 85215 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 15, 2025          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Caren Stanley | on behalf of Creditor Gate City Bank cstanley@vogellaw.com jnona@vogellaw.com;sthompson@vogellaw.com;jschares@vogellaw.com |
| Drew J. Hushka | on behalf of Creditor Gate City Bank dhushka@vogellaw.com jnona@vogellaw.com,sthompson@vogellaw.com,jschares@vogellaw.com |
| ERIK A. AHLGREN | on behalf of Debtor Stark Energy  Inc. erik@ahlgrenlawoffice.net, lisa@ahlgrenlaw.net;michael@ahlgrenlaw.net;eaa@trustesolutions.net |
| Eduardo Ortiz | |

| District/off: 0868-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 13, 2025 | Form ID: pdf2some | Total Noticed: 5 |

drdrtz@gmail.com

Eli J. Patten
on behalf of Creditor Regions Bank epatten@crowleyfleck.com  tordile@crowleyfleck.com

Evan Moscov
on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC evan.moscov@moscovlaw.com, teresap@w-legal.com

Jennifer M Gooss
on behalf of Creditor Matthew Barrett beulaw3@westriv.com

John William Baker
on behalf of Creditor John W. Baker  Atty U.S. Small Business Administration john.baker@sba.gov

Kenneth D. Peters
on behalf of Creditor Alliance Funding Group kpeters@dresslerpeters.com

Maurice VerStandig
on behalf of Debtor Stark Energy  Inc. mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael Gust
on behalf of Creditor Alliance Funding Group mlgfilings@andersonbottrell.com  jernst@abstlaw.net

Michael Joseph Klepperich
on behalf of Creditor Regions Bank mklepperich@crowleyfleck.com  hjenkins@crowleyfleck.com

Robert B. Raschke
USTPRegion12.SX.ECF@usdoj.gov

Sarah J. Wencil
on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov

Thomas Kapusta
tkapusta@aol.com

Thomas Francis Murtha, IV
on behalf of Creditor Daniel Gerstberger murthalawoffice@gmail.com
jen@murthalawoffice.com,frontdesk@murthalawoffice.com,17125@notices.nextchapterbk.com

TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

Stark Energy, Inc.                                    Bankruptcy No. 24-30168
                                                      Chapter 11 – Subchapter V

        Debtor.
_____/

**ORDER CLOSING DISMISSED CHAPTER 11 CASE**

The Court dismissed this case on March 6, 2025.  Accordingly, **IT IS ORDERED** that the Subchapter V Trustee is discharged, and this case is closed.

Dated this 13th day of May, 2025.


        <u>/s/ Shon Hastings</u>
        Shon Hastings, Judge
        United States Bankruptcy Court